B6A (Official Form 6A) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:**  Keith M. Scriven**,** Debtor        Case No: 13 - 18271 BIF
                             Chapter  11

## SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which Debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which Debtor holds rights and powers exercisable for Debtor's own benefit.  If Debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the third column labeled "Husband, Wife, Joint or Community" if Debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1007 North 6th Street Philadelphia, PA 19123 | fee simple | | 608,000 | 468,000 |
| 1009 North 6th Street Philadelphia, PA 19123 | fee simple | | 150,000 | 100,000 |
| 324 Queen Street, Unit B Philadelphia, PA 19147 | fee simple | J | 575,000 | ** |
| 341-A Shell Walk Fire Island Pines, NY 11782 | fee simple | | 650,000 | 263,645 |
| 937 County Road 619 Newton, NJ 07860 | fee simple | | 950,000 | 826,000 |
| 25 Widgeon Walk Fire Island Pines, NY 11782 | fee simple | | 700,000 | 681,210 |

| | | | | |
|---|---|---|---|---|
| One Shore Road<br>Edgewater, NJ 07020 | fee simple | | 1,200,000 | 1,100,000 |
| 1022 County Road 619<br>Newton, NJ 07860 | fee simple | | 350,000 | 133,000 |
| | | | | |
| | | | $5,183,000.00 | TOTAL |

\*\* - Debtor is not liable for mortgage

B6B (Official Form 6B) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:** Keith M. Scriven**,** Debtor          Case No: 13 - 18271 BIF
Chapter 11

**SCHEDULE B — PERSONAL PROPERTY**

Except as directed below, list all personal property of Debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If Debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If Debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.**

If the property is being held for Debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | at residence | | 300 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank | | 11,000 |
| | | Citizens Bank | | 250 |
| | | Wells Fargo | | 250 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | at residence | | 100,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | at residence | | 50,000 |
| 6. Wearing apparel. | | at residence | | 2,500 |
| 7. Furs and jewelry. | | at residence | | 15,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | at residence | | 2,000 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interests. 11 U.S.C. § 523©; Rule 1007(b) | x | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Hanlan Midgette Scriven, LLC Hanlan Midgette Scriven, LP Scriven, Inc. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |

| | | | | |
|---|---|---|---|---|
| 16. Accounts receivable. | x | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 24. Consumer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 12 Mercedes-Benz Sprinter | | 35,000 |
| | | 07 Mercedes-Benz R350 | J | 19,550 |
| | | 03 Dodge Ram PU2500 | | 10,900 |
| | | 11 Adams Trailer | | 12,000 |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | x | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | | 2 German Shephard | | 500 |
| | | 4 horses | | 20,000 |
| 32. Crops— growing or harvested. give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize | x | | | |
| | | ___ continuation sheets attached | Total: | **$279,250.00** |

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

B6C (Official Form 6C) (4/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:**  Keith M. Scriven**,** Debtor       Case No: 13 - 18271 BIF
                                                Chapter  11

**SCHEDULE C — PROPERTY CLAIMED AS EXEMPT**

Debtor elect the exemption to which Debtor is entitled under:      [ ] Check if debtor claims a homestead exemption that exceeds
Check one box:                                                     $155,675. *
[x]   11 U.S.C. § 522(b)(2)
[]    11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| residence | 522(d)(1) | 12,250 | 468,000 |
| automobile | (2) | 3,675 | 35,000 |
| hsehld goods & frnshg, wearing apparel, appliance and books | (3) | 12,250 | 102,000 |
| jewelry | (4) | 1,550 | 15,000 |
| other property | (5) | 12,725 | 44,550 |

*  - Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced
     on or after the date of adjustment.

Unless specifically stated otherwise, Debtor claims 100% of Debtor's interest in each item listed in this
Schedule as exempt in the maximum amount permitted under applicable law.  Debtor also asserts that the
amount exempt is the total value of Debtor's  interest in such property.

B6D (Official Form 6D) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:** Keith M. Scriven**,** Debtor            Case No: 13 - 18271 BIF
                                                 Chapter  11

### SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number of all entities holding claims secured by property of Debtor as of the date of filing of the petition. The complete account number of any account Debtor has with the creditor is useful to the trustee and the creditor and may be provided if Debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, If Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if Debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data."

[ ]    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No: x - x - <br> American Home Mortg. Accpt a/k/a, U.S. Bank, N.A./Ocwen <br> 538 Broadhollow Road <br> Melville, NY 11747 | | | mortgage <br> $950,000.00 (County Rd) | | | | 826,000 | |
| Acct No: x - x - <br> Arch Bay Holdings <br> 8742 Lucent Blvd <br> Highlands Ranch, CO 80129 | | | 11/11/2005 <br> 1st mortgage <br> $608,000 (1007) | | | | 466,520 | |
| Acct No: x - x - <br> BAC Home Loans Servicing <br> P.O. Box 5170 <br> Simi Valley, CA 93062 | | | 11/1/2005 <br> 2nd mortgage <br> $608,000 (1007) | | | | 54,710 | |

| Acct No | | | Date / Description | | | | Amount | |
|---|---|---|---|---|---|---|---|---|
| Acct No: x - x - <br> Ocwen Loan Servicing, LLC <br> 1661 Worthington Road <br> West Palm Beach, FL 33409 | | | 11/11/2005 <br> 1st mortgage <br> $200,000 (1009) | | | | 135,000 | |
| Acct No: x - x - 6621 <br> Ocwen Loan Servicing, LLC <br> 1661 Worthington Road <br> West Palm Beach, FL 33409 | | | mortgage <br> $700,000.00 (Widgeon) | | | | 681,210 | |
| Acct No: x - x - 4601 <br> Ocwen Loan Servicing, LLC <br> 1661 Worthington Road <br> West Palm Beach, FL 33409 | | | mortgage <br> $750,000.00 (937) | | | | 824,145 | |
| Acct No: x - x - 6690 <br> Penn Business Credit <br> 1 Belmont Avenue <br> Bala Cynwyd, PA 19004 | | | mortgage <br> $350,000.00 (1022) | | | | 133,925 | |
| Acct No: x - x - 9003 <br> TD Bank <br> 1701 Rt. 70 East <br> Cherry Hill, NJ 08034 | | J | 5/12/2004 <br> 1st mortgage <br> $1,200,000.00 (Shore) | | | | 1,151,575 | |
| Acct No: x - x - 6709 <br> Wells Fargo Bank <br> 3476 Stateview Blvd <br> Fort Mill, SC  29715 | | | 4/26/2002 <br> 2nd mortgage <br> $650,000.00 (Shell) | | | | 263,645 | |
| Acct No: x - x - | | | | | | | | |
| Acct No: x - x - | | | | | | | | |
| Acct No: x - x - | | | | | | | | |
| | | | **Totals >** | | | | $4,549,730.00 | $  0.00 |

(Report total also on Summary of Schedules) <br>
(If Applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (4/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:**  Keith M. Scriven**,** Debtor          Case No: 13 - 18271 BIF
Chapter  11

**SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and the last four digits of the account number, if any, of all entities holding priority claims against Debtor or property of Debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account Debtor has with the creditor is useful to the trustee and the creditor and may be provided if Debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an X in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this Total also in the Summary of Schedules.

  Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under Chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts who file a case under Chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data."

[ ]  Check this box if Debtor has no creditors holding unsecured, priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]     **Domestic Support Obligations**
Claims for domestic support that are owed to or are recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]     **Extensions of credit in an involuntary case**.
Claims arising in the ordinary course of Debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]     **Wages, salaries, and commissions**
Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

   * - amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced
       on or after the date of adjustment.

[ ] **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ] **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to a maximum of $6,150* per farmer or fisherman, against Debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ] **Deposits by individuals**
    Claims of individuals up to a maximum of $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[x] **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while Debtor was intoxicated from using alcohol, a drug or other substance.

\* - amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Type of Priority for Claims Listed on this Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | CJWH | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Acct No:<br>Bergen County<br>One Bergen County Plaza<br>Hackensack, NJ  07601 | | | R.E. taxes | | | | 38,000 | 38,000 | |
| Acct No:<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | | income taxes | | | | 5,000 | 5,000 | |
| Acct No:<br>PA Dept of Revenue<br>P.O. Box 280946<br>Harrisburg, PA  17128 | | | income taxes | | | | 10,400 | 10,400 | |
| Acct No:<br>Philadelphia Law Dept<br>1401 JFK Blvd<br>Philadelphia, PA 19102 | | | R.E. taxes | | | | 6,715 | 6,715 | |
| Acct No: | | | | | | | | | |
| | | | **TOTALS >** | | | | $60,115.00 | $60,115.00 | $ 0.00 |

(Report total also on Summary of Schedules)
(If Applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:** Keith M. Scriven**,** Debtor      Case No: 13 - 18271 BIF
Chapter  11

**SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against Debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account Debtor has with the creditor is useful to the trustee and the creditor and may be provided if Debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT."  If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED."  If the claim is disputed, place an "X" in the column labeled "DISPUTED."  You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also in the Summary of Schedules.

[ ]     Check this box if Debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim<br><br>If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No: x - x -<br>Bank of America<br>100 No. Tryon Street<br>Charlotte, NC  28202 | | | 10/10/2005<br>credit card | | | d | 1 |
| Acct No: x - x -<br>Capital One Financial<br>P.O. Box 30285<br>Salt Lake City, UT  84130 | | | 6/27/2006<br>credit card | | | | 7,840 |
| Acct No: x - x -<br>FirstEnergy Electric Company<br>Jersey Central Power & Light<br>8998 Route 18 North<br>Old Bridge, NJ 08857 | | | electrical services | | | | 4,840 |
| Acct No: x - x -<br>J. Otis Smith<br>P.O. Box 8222<br>Philadelphia, PA 19101 | | | line of credit | | | | 30,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Acct No: x - x -<br>Lawrence M. Kane<br>1007 North 6th Street<br>Philadelphia, PA 19123 | | | line of credit | | | 125,000 |
| Acct No: x - x -<br>New York Community Bank<br>615 Merrick Avenue<br>Westbury, NY 11590 | | J | personal guaranty<br>(141-42 Main) | | | 1 |
| Acct No: x - x -<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>1617 JFK Blvd<br>Philadelphia, PA 19103 | | | 6/21/2007<br>legal services | | d | 20,235 |
| Acct No: x - x -<br>PECo Energy Co.<br>2301 Market Street<br>Philadelphia, PA 19103 | | | electrical services | | | 5,500 |
| Acct No: x - x -<br>Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | | | gas services | | | 155 |
| Acct No: x - x -<br>PSE&G<br>P.O. Box 490<br>Cranford, NJ 07016 | | | electrical services | | | 4,500 |
| Acct No: x - x -<br>Ronette Streeter<br>25 East 23rd Street<br>Chester, PA 19013 | | | professional services | | | 40,000 |
| Acct No: x - x -<br>Stacy J. Brookstein<br>324 Queen Street<br>Philadelphia, PA 19147 | | | professional services | | | 75,000 |
| Acct No: x - x -<br>Suffolk County Water Authority<br>4060 Sunrise Highway<br>Oakdale, NY 11769 | | | water services | | | 490 |
| Acct No: x - x -<br>United Water - New Jersey<br>69 DeVoe Place<br>Hackensack, NJ 07601 | | | water services | | | 1,500 |
| Acct No: x - x -<br>Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | | | telephone services | | | 1,000 |
| Acct No: x - x -<br>William Whalon<br>138 North 2nd Street<br>Philadelphia, PA 19106 | | | line of credit | | | 95,000 |
| Acct No: x - x - | | | | | | |
| | | | | **TOTAL >** | | $411,062.00 |

(Report total also on Summary of Schedules)
(If Applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:**  Keith M. Scriven**,** Debtor     Case No: 13 - 18271 BIF
Chapter  11

**SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.  State nature of Debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State   whether Debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

[] Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| various Tenants | residential real estate |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:**  Keith M. Scriven**,** Debtor             Case No: 13 - 18271 BIF
                                                                              Chapter  11

**SCHEDULE H — CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by Debtor in the schedules of creditors.  Include all guarantors and co-signers.   If Debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with Debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

[ ]  Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| TD Bank | Hanlan Midgette Scriven |
| New York Community Bank | Hanlan Midgette Scriven |
| American Home Mortg. Accpt a/k/a, U.S. Bank, N.A./Ocwen | Hanlan Midgette Scriven |
|  |  |

B6I (Official Form 6I) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Keith M. Scriven, Debtor     Case No: 13 - 18271 BIF
Chapter 11

### SCHEDULE I — CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | |
|---|---|---|
| single | RELATIONSHIP | AGE |

| EMPLOYMENT: | Debtor | Spouse |
|---|---|---|
| Occupation, Name of Employer: | self employed | |
| How long employed: | | |
| Address of employer: | | |

| INCOME (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | |
| 2. Estimated monthly overtime | | |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | | |
|    b. Insurance | | |
|    c. Union dues | | |
|    d. Other (Specify:) | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business/profession/farm (attach statement) | | |
| 8. Income from real property    *See*, attachment | 17,000 | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance, or support payments payable to Debtor for the debtor's use or that of the dependents listed above | | |
| 11. Social security or other governmental assistance Specify: | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify): | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $17,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $17,000.00 | $ 0.00 |
| 16. **COMBINED AVERAGE MONTHLY INCOME**    ** $17,000.00 | (Report also on Summary of Schedules and Statistical Summary of Certain Liabilities, Data) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.
    ** - Debtor is basing his Schedule I on projected, possible rental income.  Debtor may sell some of his real estate, and Debtor is also anticipating a payout from his associated partnership.

B6J (Official Form 6J) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re**:** Keith M. Scriven**,** Debtor          Case No: 13 - 18271 BIF
                                                 Chapter 11

**SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS**

Complete this schedule by estimating the average or projected monthly expenses of Debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| # | Item | Amount |
|---|---|---|
| 1 | Rent, home mortgage, or mobile-home lot rent  Are real estate taxes included? Yes __x__ No _____  Is property insurance included? Yes __x__ No _____ | 2,944 |
| 2 | Utilities | |
| | a  Electricity and heating fuel | 100 |
| | b  Water and sewer | 50 |
| | c  Telephone | 150 |
| | d  Other: | |
| 3 | Home Maintenance (repairs and upkeep) | |
| 4 | Food | 200 |
| 5 | Clothing | |
| 6 | Laundry, dry cleaning | |
| 7 | Medical and dental expenses | |
| 8 | Transportation (not including car payments) | 500 |
| 9 | Recreation, clubs, entertainment, newspapers, magazines, etc | |
| 10 | Charitable contributions | |
| 11 | Insurance (not deducted from wages or included in home mortgage payments | |
| | a. Homeowner's or renter's | 121 |
| | b. Life | |
| | c. Health | |
| | d. Auto | |
| | e. Other insurance: | |
| 12 | Taxes (not deducted from wages or included in home mortgage) Specify: | |
| 13 | Installment payments (in Chapters11, 12 and 13, do not list payments to be included in the plan) | |
| | a. Auto payment: | |
| | b. Other payment(s) (List): | |
| 14 | Alimony, maintenance, and support paid to others | |
| 15 | Payments for support of additional dependents not living at your home | |
| 16 | Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17 | Other expenses:    *See*, attachment | 15,914 |
| 18 | **AVERAGE MONTHLY EXPENSES** (Report also on Summary of Schedules and Statistical Summary of Certain Liabilities, Data) | $19,979.00 |

19 Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: ** - *See*, Schedule I and Debtor may sell some of his real estate.

20 STATEMENT OF MONTHLY NET INCOME
  a. Average monthly income from Line 16 of Schedule I                ** $17,000.00
  b. Average monthly expenses from Line 18 above                        $19,979.00
  c. Monthly net income (a minus b)                                      ($2,979.00)

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Keith M. Scriven, Debtor

Case No: 13 - 18271 BIF
Chapter 11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date 10/17/2013    Signature: /S/ _____
Keith M. Scriven, Debtor

Date _____    Signature: /S/ _____
(In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date _____

_____
Signature

_____
(Print or type the name of individual signing for debtor)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.