UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                           :    Case No. 13 - 18271
   Keith M. Scriven      :        (Chapter 11)
      Debtor.            :
                                :    Hon. Ashely M. Chan
                                :

## ORDER CONFIRMING PLAN OF REORGANIZATION

AND NOW, this ____ day of Nov, 2015, the Plan under Chapter 11 of the Bankruptcy Code filed by Debtor on November 9, 2015 having been transmitted to creditors and equity holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(b) have been satisfied;

IT IS HEREBY ORDERED that

The Plan under Chapter 11 of the Bankruptcy Code filed by Debtor on November 9, 2015 is hereby CONFIRMED and Debtor shall PAY one hundred percent (100%) of his timely filed and allowed claims under 11 U.S.C. § 502, general unsecured creditors.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Copies to:
Debtor: Keith M. Scriven
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the U.S. Trustee: Kevin P. Callahan, Esquire
Creditors: