# UNITED STATES BANKRUPTCY COURT
### for the Eastern District of Pennsylvania

|  | : |  |
|---|---|---|
| In re | : | Case No.  13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending:  2nd  -  2016

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1.    Date of entry of order confirming Plan:                      November 24, 2015

2.    Cash balance at the beginning of this quarter:         $10,016.84
      Total receipts during this quarter:                            34,551.92
      Total disbursements during this quarter:                  39,393.72
      Cash balance at the end of this quarter:                    1,040.07

3.    Payments made pursuant to the Plan this quarter:
      Total payments to be made pursuant to the Plan:       *
      Cumulative paid to date:                                          *
      Balance remaining to be made under the Plan:           *

      *  -  Debtor has modified his mortgages under the Plan
              ($17,194.51 per month until the maturity dates
              of these mortgages).

      AS OF END OF THIS REPORTING PERIOD:                      Yes     No

4.    Are all payments required by the confirmed plan
        current at this time?                                                             x
      **[If "No," attach an explanatory statement identifying
      payments not made.  Include creditor, amount, due
      date, reason for non-payment <u>and</u> an estimated date
      when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]**     X

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?     X

7. Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]**     X

8. Has the order confirming the Plan become non-appealable?     X

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]**     X

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?     X

11. Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]**     X

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?     X

13. Anticipated date of motion for final decree:     November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

7/22/2016
Dated:

Keith M. Scriven, Debtor

Current Address:     1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.:     (215) 564 - 3999

# Wells Fargo Opportunity Checking



Account number: ████5377  ■  April 15, 2016 - May 13, 2016  ■  Page 1 of 5

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

Students have unique needs when it comes to their money. Whether a younger teen in high school, or an older teen preparing to graduate and take the next step towards college, the military, or directly into the workforce, Wells Fargo has the tools and resources to help students access their money, manage a budget, pay for college, and much more. Visit **wellsfargo.com/studentcenter**

## Activity summary

| | |
|---|---|
| Beginning balance on 4/15 | $1,689.75 |
| Deposits/Additions | 9,245.00 |
| Withdrawals/Subtractions | - 8,908.15 |
| **Ending balance on 5/13** | **$2,026.60** |

Account number: ████5377

**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------|-------------|---------------------|---------------------------|----------------------|
| 4/15 | | ATM Withdrawal authorized on 04/15 25 W. Skippack Pike Broad Axe PA 0002112 ATM ID 0212K Card 7980 | | 140.00 | 1,549.75 |
| 4/18 | | Purchase authorized on 04/15 Power Gas Belvidere NJ S586106433617870 Card 7980 | | 25.22 | |
| 4/18 | | Purchase authorized on 04/15 Sq *Reanimator Cof Philadelphia PA S306106499402779 Card 7980 | | 3.25 | |
| 4/18 | | Billmatrix Billpayfee 160417 16233069942 Billmatrix | | 2.35 | |
| 4/18 | | Peco Consumer Bill Pay 160417 16233069941 Peco Consumer | | 161.30 | 1,357.63 |
| 4/19 | | ATM Withdrawal authorized on 04/19 122 Water Street Newton NJ 0008767 ATM ID 0115N Card 7980 | | 280.00 | 1,077.63 |
| 4/21 | | Vz Wireless Ve Vzw Webpay 160420 2743336 Keith *Scriven | | 200.00 | 877.63 |
| 4/22 | | ATM Transfer authorized on 04/22 From Keith M Scriven Savings 601 Chestnut St. Philadelphia PA 0006453 ATM ID 6560S Card 7980 | 1,000.00 | | |
| 4/22 | | Cash eWithdrawal in Branch/Store 04/22/2016 9:58 Am 601 Chestnut St Philadelphia PA 7980 | | 1,100.00 | |
| 4/22 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 269.61 | 508.02 |
| 4/25 | | Purchase authorized on 04/22 Power Gas Belvidere NJ S586113423553051 Card 7980 | | 32.60 | |
| 4/25 | | Purchase authorized on 04/23 Famous Daves #2093 Metuchen NJ S286114554351589 Card 7980 | | 42.78 | |
| 4/25 | | Purchase authorized on 04/23 Petsmart Inc 1524 Mount Olive NJ S466114594651936 Card 7980 | | 70.59 | 362.05 |
| 4/26 | | ATM Check Deposit on 04/26 122 Water Street Newton NJ 0000123 ATM ID 0115N Card 7980 | 5,000.00 | | |
| 4/26 | | Purchase authorized on 04/24 Main Street Liquor Stillwater NJ S306115684052574 Card 7980 | | 17.48 | |
| 4/26 | | ATM Withdrawal authorized on 04/26 122 Water Street Newton NJ 0000124 ATM ID 0115N Card 7980 | | 120.00 | 5,224.57 |
| 4/27 | | Purchase authorized on 04/26 Petsmart Inc 2316 Newton NJ S586117574466169 Card 7980 | | 101.75 | |
| 4/27 | | Cash eWithdrawal in Branch/Store 04/27/2016 10:48 Am 122 Water St Newton NJ 7980 | | 1,400.00 | 3,722.82 |
| 4/28 | | Purchase authorized on 04/26 Fredon Animal Hosp Newton NJ S006117542869769 Card 7980 | | 114.50 | |
| 4/28 | | Cash eWithdrawal in Branch/Store 04/28/2016 1:55 Pm 50 International Dr S Flanders NJ 7980 | | 600.00 | |
| 4/28 | 161 | Check | | 1,113.38 | 1,894.94 |
| 4/29 | | Purchase authorized on 04/27 The Home Depot #09 Newton NJ S386118550383931 Card 7980 | | 79.17 | |
| 4/29 | | Purchase authorized on 04/27 The Home Depot #09 Newton NJ S466118555794793 Card 7980 | | 68.31 | 1,747.46 |
| 5/2 | | ATM Check Deposit on 04/30 2 W. Girard Avenue Philadelphia PA 0006777 ATM ID 2091A Card 7980 | 1,000.00 | | |
| 5/2 | | Purchase authorized on 04/29 Power Gas Belvidere NJ S586120416156452 Card 7980 | | 28.95 | |
| 5/2 | | Purchase authorized on 04/29 Jewelers Depot Philadelphia PA S386120513716612 Card 7980 | | 309.40 | |
| 5/2 | | Purchase authorized on 04/29 Ppa on Street Mete Philadelphia PA S306120588655269 Card 7980 | | 6.00 | |
| 5/2 | | Purchase authorized on 04/29 The Dutch Eating P Philadelphia PA S386120622644255 Card 7980 | | 26.89 | |
| 5/2 | | Purchase authorized on 04/29 Reggae Reggae Vibe Philadelphia PA S286120854325880 Card 7980 | | 11.00 | |

Account number:    ███████5377 ■ April 15, 2016 - May 13, 2016 ■ Page 3 of 5



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|-------------|---------|-------------|---------|
| 5/2 | | ATM Withdrawal authorized on 04/30 2 W. Girard Avenue Philadelphia PA 0006778 ATM ID 2091A Card 7980 | | 60.00 | |
| 5/2 | | ATM Withdrawal authorized on 04/30 2 W. Girard Avenue Philadelphia PA 0006903 ATM ID 2091Y Card 7980 | | 240.00 | |
| 5/2 | | ATM Withdrawal authorized on 05/02 1 Freedom Valley Dr. Plumsteadvill PA 0003780 ATM ID 0087R Card 7980 | | 300.00 | |
| 5/2 | | Cash eWithdrawal in Branch/Store 05/02/2016 3:58 Pm 2 W Washington Ave Washington NJ 7980 | | 440.00 | |
| 5/2 | | Transamerica Transameri 160501 42089058 Keith Scriven | | 391.51 | 933.71 |
| 5/5 | | Purchase authorized on 05/04 Joann Stores Inc Succasunna NJ S386125533787121 Card 7980 | | 284.18 | |
| 5/5 | | Cash eWithdrawal in Branch/Store 05/05/2016 2:43 Pm 70 Flanders Bartley Rd Flanders NJ 7980 | | 440.00 | 209.53 |
| 5/6 | | Edeposit IN Branch/Store 05/06/16 10:20:13 Am 601 Chestnut St Philadelphia PA 7980 | 300.00 | | |
| 5/6 | | Purchase authorized on 05/05 19 Petroleum Alpha Alpha NJ S306126500344259 Card 7980 | | 30.05 | 479.48 |
| 5/9 | | Square Inc 160507R2 160507 L204105892722 Keith M. Scriven | 1,945.00 | | |
| 5/9 | | Purchase authorized on 05/05 Tgi Friday's 2761 Bridgewater NJ S286126646328475 Card 7980 | | 34.13 | |
| 5/9 | | Vz Wireless Ve Vzw Webpay 160507 1889050 Keith *Scriven | | 200.00 | 2,190.35 |
| 5/10 | | Purchase authorized on 05/08 The Home Depot #09 Newton NJ S466129643148024 Card 7980 | | 126.20 | 2,064.15 |
| 5/13 | | Purchase authorized on 05/12 Power Gas Belvidere NJ S386133442527780 Card 7980 | | 37.55 | 2,026.60 |
| **Ending balance on 5/13** | | | | | **2,026.60** |
| **Totals** | | | **$9,245.00** | **$8,908.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 161 | 4/28 | 1,113.38 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/15/2016 - 05/13/2016 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $1,500.00 | $209.53 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,945.00 | ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 20 | ☑ |

JL/JL

 IMPORTANT ACCOUNT INFORMATION

**WELLS FARGO**

- If we do not allow you to keep funds on deposit, we will not be liable for any loss or damage that may result from dishonoring any of your items that are presented or otherwise received after your account is closed.

- You can close your account at any time if the account is in good standing (e.g., does not have a negative balance or any restrictions on the account).

- If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed.

- If your account has Overdraft Protection and/or Debit Card Overdraft Service, these services will be removed when you request to close your account.

- If your account balance does not reach zero within 30 days from the date of your request to close your account, we will charge you the applicable monthly service fee if you do not meet the requirements to avoid the monthly service fee. If the monthly service fee is greater than your account balance, only the amount equal to your account balance will be charged and your account will be closed.

- After 30 days, if your account balance does not reach zero, your account will be returned to active status and subject to all applicable fees. If your account is a variable interest earning account, the interest rates disclosed in the rate sheet in effect on the date your account is returned to active status will apply. We may change the interest rate for variable rate accounts at any time. You will need to reestablish Overdraft Protection and/or Debit Card Overdraft Service if desired by contacting your banker or calling the number on your statement.

**Other Wells Fargo Benefits**

Students have unique needs when it comes to their money. Whether a younger teen in high school, or an older teen preparing to graduate and take the next step towards college, the military, or directly into the workforce, Wells Fargo has the tools and resources to help students access their money, manage a budget, pay for college, and much more. Visit  **wellsfargo.com/studentcenter**

## Activity summary

| | |
|---|---|
| Beginning balance on 5/14 | $2,026.60 |
| Deposits/Additions | 22,320.95 |
| Withdrawals/Subtractions | - 19,206.74 |
| **Ending balance on 6/14** | **$5,140.81** |

Account number:  ▮▮▮▮5377

**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/16 | | Purchase authorized on 05/13 Philadelphia Pk Au 888-5913636 PA S586134331468764 Card 7980 | | 35.10 | |
| 5/16 | | Purchase authorized on 05/14 Swartswood Deli Newton NJ S306135554326477 Card 7980 | | 16.68 | 1,974.82 |
| 5/17 | | Purchase authorized on 05/15 Fredon Deli Newton NJ S306136398403213 Card 7980 | | 5.25 | |
| 5/17 | | Purchase authorized on 05/16 Joann Stores Inc Succasunna NJ S586137559039414 Card 7980 | | 32.04 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/17 | | New York Propert Nypiua 160517 0000030 I051716 002000581614 | | 306.00 | 1,631.53 |
| 5/18 | | Square Inc 160518R2 160518 L204108454698 Keith M. Scriven | 1,688.60 | | |
| 5/18 | | Purchase authorized on 05/16 Ramsey Outdoor Sto 973-584-7799 NJ S466137524152132 Card 7980 | | 110.18 | |
| 5/18 | | Purchase authorized on 05/17 Power Gas Belvidere NJ S466138453651388 Card 7980 | | 31.47 | |
| 5/18 | | Purchase authorized on 05/17 Nuts to You Philadelphia PA S386138517438217 Card 7980 | | 16.48 | 3,162.00 |
| 5/19 | | Square Inc 160519R2 160519 L204108763941 Keith M. Scriven | 482.35 | | |
| 5/19 | | Purchase authorized on 05/17 Izzies Delicatesse Blue Bell PA S586138589905081 Card 7980 | | 14.77 | |
| 5/19 | | Purchase authorized on 05/18 Tractor Supply Com Blairstown NJ S166139550495962 Card 7980 | | 93.24 | |
| 5/19 | | Cash eWithdrawal in Branch/Store 05/19/2016 10:21 Am 122 Water St Newton NJ 7980 | | 580.00 | 2,956.34 |
| 5/20 | | Purchase authorized on 05/19 Paynow*First Energ 800-794-1630 PA S386140721027113 Card 7980 | | 281.14 | |
| 5/20 | | Purchase authorized on 05/19 Paynow*First Energ 800-794-1630 PA S306140726892150 Card 7980 | | 196.26 | 2,478.94 |
| 5/23 | | Purchase authorized on 05/20 Power Gas Belvidere NJ S386141425406687 Card 7980 | | 27.01 | |
| 5/23 | | Purchase authorized on 05/20 Jewelers Depot Philadelphia PA S306141501624389 Card 7980 | | 85.44 | |
| 5/23 | | ATM Withdrawal authorized on 05/22 122 Water Street Newton NJ 0005804 ATM ID 0115C Card 7980 | | 300.00 | |
| 5/23 | | Chubb Chubb02 160519 405313315195001 Keith Scriven | | 141.19 | 1,925.30 |
| 5/24 | | Purchase authorized on 05/22 The Home Depot #09 Newton NJ S466143553702848 Card 7980 | | 56.07 | |
| 5/24 | | Purchase authorized on 05/23 Pamma Jewelry Tool Philadelphia PA S586144583360513 Card 7980 | | 95.50 | |
| 5/24 | | Purchase authorized on 05/23 Pamma Jewelry Tool Philadelphia PA S306144586448274 Card 7980 | | 30.00 | |
| 5/24 | | Purchase authorized on 05/23 Bagelsmith Grill Alpha NJ S306144679483842 Card 7980 | | 60.72 | |
| 5/24 | | ATM Withdrawal authorized on 05/24 122 Water Street Newton NJ 0006156 ATM ID 0115N Card 7980 | | 300.00 | |
| 5/24 | 162 | Check | | 649.63 | 733.38 |
| 5/26 | | Purchase authorized on 05/25 Petsmart Inc 2316 Newton NJ S306146475947327 Card 7980 | | 65.77 | 667.61 |
| 5/27 | | WT Fed#09141 The Bridgehampton /Org=Atlantis Resorts Realty Ltd Srf# 0214066670128100 Trn#160527095999 Rfb# | 16,200.00 | | |
| 5/27 | | Wire Trans Svc Charge - Sequence: 160527095999 Srf# 0214066670128100 Trn#160527095999 Rfb# | | 15.00 | |
| 5/27 | | Purchase authorized on 05/25 The Home Depot #09 Newton NJ S586146495725465 Card 7980 | | 61.76 | |
| 5/27 | | Purchase authorized on 05/26 Centurylink/Speedw 800-201-4099 LA S466146543820423 Card 7980 | | 152.50 | |
| 5/27 | | Purchase authorized on 05/26 Bed Bath & Beyond Newton NJ S466147615880826 Card 7980 | | 109.56 | |
| 5/27 | | Cash eWithdrawal in Branch/Store 05/27/2016 1:05 Pm 601 Chestnut St Philadelphia PA 7980 | | 2,480.00 | 14,048.79 |
| 5/31 | | ATM Check Deposit on 05/31 601 Chestnut St. Philadelphia PA 0001081 ATM ID 6560S Card 7980 | 700.00 | | |
| 5/31 | | Purchase authorized on 05/26 Fredon Gas Fredon NJ S586147416112984 Card 7980 | | 21.30 | |
| 5/31 | | Purchase authorized on 05/27 Fredon Gas Fredon NJ S466148401771021 Card 7980 | | 41.50 | |
| 5/31 | | Purchase authorized on 05/27 Service Electric C 973-7297653 NJ S386148738638048 Card 7980 | | 142.58 | |
| 5/31 | | Purchase authorized on 05/28 The Home Depot 410 Philadelphia PA S466149460227618 Card 7980 | | 49.81 | |

Account number:  ████5377  ■  May 14, 2016 - June 14, 2016  ■  Page 4 of 6



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/31 | | ATM Withdrawal authorized on 05/28 2301 W Cheltenham Ave Philadelphia PA 0006072 ATM ID 0147P Card 7980 | | 300.00 | |
| 5/31 | | Cash eWithdrawal in Branch/Store 05/28/2016 10:58 Am 5810 Easton Rd Plumsteadville PA 7980 | | 1,113.38 | |
| 5/31 | | Purchase Bank Check OR Draft | | 1,360.00 | |
| 5/31 | | ATM Withdrawal authorized on 05/29 122 Water Street Newton NJ 0007303 ATM ID 0115N Card 7980 | | 300.00 | |
| 5/31 | | Cash eWithdrawal in Branch/Store 05/31/2016 11:57 Am 601 Chestnut St Philadelphia PA 7980 | | 1,700.00 | |
| 5/31 | 163 | Check | | 1,113.38 | 8,606.84 |
| 6/1 | | Purchase authorized on 05/30 Fredon Gas Fredon NJ S306151614292073 Card 7980 | | 42.00 | |
| 6/1 | | Transamerica Transameri 160601 42089058 Keith Scriven | | 391.51 | 8,173.33 |
| 6/2 | | Purchase authorized on 06/01 Walgreens #10439 Newton NJ S306153583003703 Card 7980 | | 26.99 | |
| 6/2 | | Non-WF ATM Withdrawal authorized on 06/02 395 Route 94 Lakeland B Fredon NJ 00586154586288556 ATM ID NJ000312 Card 7980 | | 303.00 | |
| 6/2 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 7,840.84 |
| 6/3 | | Purchase authorized on 06/02 Petsmart Inc 2316 Newton NJ S306154536513762 Card 7980 | | 94.51 | |
| 6/3 | | Cash eWithdrawal in Branch/Store 06/03/2016 12:38 Pm 340 S 2ND St Philadelphia PA 7980 | | 600.00 | 7,146.33 |
| 6/6 | | ATM Check Deposit on 06/06 2301 W Cheltenham Ave Philadelphia PA 0008398 ATM ID 0147P Card 7980 | 1,450.00 | | |
| 6/6 | | ATM Withdrawal authorized on 06/05 122 Water Street Newton NJ 0008972 ATM ID 0115N Card 7980 | | 300.00 | |
| 6/6 | | Cash eWithdrawal in Branch/Store 06/06/2016 10:35 Am 2301 W Cheltenham Ave Philadelphia PA 7980 | | 900.00 | |
| 6/6 | | ATM Withdrawal authorized on 06/06 1 Freedom Valley Dr. Plumsteadvill PA 0000271 ATM ID 0087R Card 7980 | | 260.00 | 7,136.33 |
| 6/7 | | Purchase authorized on 06/05 The Home Depot #09 Newton NJ S586157639340541 Card 7980 | | 89.82 | |
| 6/7 | | Purchase authorized on 06/06 19 Petroleum Alpha Alpha NJ S466158427180342 Card 7980 | | 38.25 | 7,008.26 |
| 6/8 | | Purchase authorized on 06/06 The Home Depot 410 Philadelphia PA S306158545184834 Card 7980 | | 495.87 | 6,512.39 |
| 6/9 | | Purchase authorized on 06/08 Tractor Supply Com Blairstown NJ S286160577891965 Card 7980 | | 42.92 | |
| 6/9 | | Cash eWithdrawal in Branch/Store 06/09/2016 12:27 Pm 122 Water St Newton NJ 7980 | | 600.00 | 5,869.47 |
| 6/10 | | Cash eWithdrawal in Branch/Store 06/10/2016 2:08 Pm 601 Chestnut St Philadelphia PA 7980 | | 1,000.00 | |
| 6/10 | | Usliabilityinsur Insurance 160609 5219400 Keith Scriven | | 344.00 | 4,525.47 |
| 6/13 | | eDeposit IN Branch/Store 06/13/16 02:06:48 Pm 2 W Girard Ave Philadelphia PA 5377 | 1,800.00 | | |
| 6/13 | | Purchase authorized on 06/10 Jewelers Depot Philadelphia PA S306162627467296 Card 7980 | | 233.10 | |
| 6/13 | | ATM Withdrawal authorized on 06/11 2301 W Cheltenham Ave Philadelphia PA 0009660 ATM ID 0147P Card 7980 | | 300.00 | |
| 6/13 | | ATM Withdrawal authorized on 06/12 122 Water Street Newton NJ 0000718 ATM ID 0115N Card 7980 | | 300.00 | 5,492.37 |
| 6/14 | | Purchase authorized on 06/12 Main Street Liquor Stillwater NJ S386164543662652 Card 7980 | | 51.56 | |
| 6/14 | | ATM Withdrawal authorized on 06/14 122 Water Street Newton NJ 0009182 ATM ID 0115Q Card 7980 | | 300.00 | 5,140.81 |
| **Ending balance on 6/14** | | | | | **5,140.81** |
| **Totals** | | | **$22,320.95** | **$19,206.74** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/16 | | Purchase authorized on 06/15 Power Gas Belvidere NJ S586167420116408 Card 7980 | | 37.33 | 5,103.48 |
| 6/17 | | Cash eWithdrawal in Branch/Store 06/17/2016 12:09 Pm 601 Chestnut St Philadelphia PA 7980 | | 600.00 | |
| 6/17 | | Centurylink Speedpay 160616 xxxxx1047 99076674 | | 150.00 | |
| 6/17 | 164 | Check | | 602.15 | 3,751.33 |
| 6/20 | | ATM Check Deposit on 06/18 70 Flanders-Bartley Rd Flanders NJ 0009949 ATM ID 6753M Card 7980 | 500.00 | | |
| 6/20 | | Square Inc 160618R2 160618 L204116366960 Keith M. Scriven | 795.97 | | |
| 6/20 | | Purchase authorized on 06/16 Service Electric C 973-7297653 NJ S306168550212804 Card 7980 | | 155.00 | |
| 6/20 | | Purchase authorized on 06/16 The Storage Store 973-691-4848 NJ S586168553024350 Card 7980 | | 137.42 | |
| 6/20 | | ATM Withdrawal authorized on 06/19 122 Water Street Newton NJ 0002215 ATM ID 0115N Card 7980 | | 300.00 | |
| 6/20 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 671.82 | 3,783.06 |
| 6/21 | | Purchase authorized on 06/20 Shoprite Newton S1 Newton NJ S386172556817306 Card 7980 | | 128.37 | |
| 6/21 | | Suffolk County W BT0620 062016 000000021180352 Keith M Scriven | | 246.78 | 3,407.91 |
| 6/22 | | Purchase authorized on 06/20 The Home Depot #09 Newton NJ S386172537497608 Card 7980 | | 99.40 | |
| 6/22 | | Purchase authorized on 06/21 Gulf Oil 92040418 Parsippany NJ S586173530637531 Card 7980 | | 40.81 | |
| 6/22 | | Purchase authorized on 06/21 Cescos Pizzeria Newton NJ S466174011481307 Card 7980 | | 68.43 | |
| 6/22 | | ATM Withdrawal authorized on 06/22 122 Water Street Newton NJ 0002759 ATM ID 0115N Card 7980 | | 300.00 | 2,899.27 |
| 6/23 | | Purchase authorized on 06/21 Main Street Liquor Stillwater NJ S386173639264310 Card 7980 | | 15.50 | 2,883.77 |
| 6/24 | | Purchase authorized on 06/23 Tractor Supply Com Blairstown NJ S286175500158092 Card 7980 | | 27.80 | |
| 6/24 | | Non-WF ATM Withdrawal authorized on 06/24 800 Walnut St Cardtronic Philadelphia PA 00466176535363432 ATM ID SE275821 Card 7980 | | 62.00 | |
| 6/24 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 2,791.47 |
| 6/27 | | eDeposit IN Branch/Store 06/27/16 12:40:55 Pm 2 W Girard Ave Philadelphia PA 5377 | 300.00 | | |
| 6/27 | | Purchase authorized on 06/23 Fredon Animal Hosp Newton NJ S286175723193142 Card 7980 | | 326.35 | |
| 6/27 | | Purchase authorized on 06/24 Power Gas Belvidere NJ S586176415231217 Card 7980 | | 14.54 | |
| 6/27 | | Purchase authorized on 06/24 Metal Marketplace 2155928777 PA S466176597983621 Card 7980 | | 98.48 | |
| 6/27 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Iben97Wx5L on 06/25/16 | | 175.00 | |
| 6/27 | | Cash eWithdrawal in Branch/Store 06/25/2016 12:48 Pm 122 Water St Newton NJ 7980 | | 900.00 | |
| 6/27 | | ATM Withdrawal authorized on 06/26 122 Water Street Newton NJ 0003759 ATM ID 0115N Card 7980 | | 300.00 | 1,277.10 |
| 6/28 | | Purchase authorized on 06/26 Marshalls #443 Newton NJ S006178651636077 Card 7980 | | 47.30 | |
| 6/28 | | ATM Withdrawal authorized on 06/28 122 Water Street Newton NJ 0000592 ATM ID 0115Q Card 7980 | | 300.00 | |
| 6/28 | | Cash eWithdrawal in Branch/Store 06/28/2016 11:23 Am 122 Water St Newton NJ 7980 | | 400.00 | 529.80 |
| 7/1 | | Purchase authorized on 07/01 Njt Trenton 5033 Trenton NJ P00000000743722141 Card 7980 | | 33.50 | 496.30 |
| 7/5 | | Purchase authorized on 07/01 19 Petroleum Alpha Alpha NJ S386183429105760 Card 7980 | | 25.00 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/5 | | Purchase authorized on 07/01 Wawa 277 0000 Trevose PA S466183597196187 Card 7980 | | 10.85 | |
| 7/5 | | Purchase authorized on 07/01 Cafe 31 New York NY S586183835480328 Card 7980 | | 58.00 | |
| 7/5 | | ATM Withdrawal authorized on 07/04 122 Water Street Newton NJ 0005384 ATM ID 0115N Card 7980 | | 300.00 | |
| 7/5 | | ATM Withdrawal authorized on 07/05 50 International Drive Flanders NJ 0007696 ATM ID 9856H Card 7980 | | 40.00 | 62.45 |
| 7/6 | | ATM Cash Deposit on 07/06 601 Chestnut St. Philadelphia PA 0002865 ATM ID 6560D Card 7980 | 500.00 | | 562.45 |
| 7/7 | | Purchase authorized on 07/06 Ac Moore Str 138 973-891-3208 NJ S586188738223182 Card 7980 | | 85.38 | |
| 7/7 | | ATM Withdrawal authorized on 07/07 122 Water Street Newton NJ 0005963 ATM ID 0115N Card 7980 | | 200.00 | 277.07 |
| 7/8 | | Purchase authorized on 07/07 Staples 0010 Newton NJ S386189500488546 Card 7980 | | 92.00 | 185.07 |
| 7/11 | | Purchase Return authorized on 07/07 Ac Moore Str 138 973-891-3208 NJ S626191556154859 Card 7980 | 21.35 | | |
| 7/11 | | ATM Cash Deposit on 07/09 1101 Old York Rd Abington PA 0002681 ATM ID 0684E Card 7980 | 240.00 | | |
| 7/11 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe8P68Rnp on 07/09/16 | 150.00 | | |
| 7/11 | | Purchase authorized on 07/08 Quick Chek Corpora Belvidere NJ S386190424639629 Card 7980 | | 39.15 | 557.27 |
| 7/13 | | ATM Withdrawal authorized on 07/13 122 Water Street Newton NJ 0007370 ATM ID 0115N Card 7980 | | 120.00 | |
| 7/13 | | Purchase authorized on 07/13 Bedbath&Beyond# 27A Ro Newton NJ P0038619554698195 Card 7980 | | 12.83 | 424.44 |
| 7/14 | | Square Inc 160714R2 160714 L204122676856 Keith M. Scriven | 482.35 | | |
| 7/14 | | New York Propert Nypiua 160714 000011 I071416 002000581614 | | 239.34 | 667.45 |
| 7/15 | | ATM Withdrawal authorized on 07/15 601 Chestnut St. Philadelphia PA 0007063 ATM ID 6560S Card 7980 | | 200.00 | 467.45 |
| **Ending balance on 7/15** | | | | | **467.45** |
| **Totals** | | | **$2,989.67** | **$7,663.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 164 | 6/17 | 602.15 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/15/2016 - 07/15/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $62.45 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,278.32 ☑ |

# Wells Fargo Opportunity Savings

**WELLS FARGO**

Account number: ████1981 ■ April 1, 2016 - April 30, 2016 ■ Page 1 of 3

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

---

**Other Wells Fargo Benefits**

Students have unique needs when it comes to their money. Whether a younger teen in high school, or an older teen preparing to graduate and take the next step towards college, the military, or directly into the workforce, Wells Fargo has the tools and resources to help students access their money, manage a budget, pay for college, and much more. Visit   **wellsfargo.com/studentcenter**

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $4,645.24 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 4,310.00 |
| **Ending balance on 4/30** | **$335.26** |

Account number: ████1981

**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $2,559.90 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.03 |

Account number:  ███1981  ■  April 1, 2016 - April 30, 2016  ■  Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 4/13 | ATM Withdrawal authorized on 04/13 50 International Drive Flanders NJ 0003201 ATM ID 9856H Card 7980 | | 300.00 | 4,345.24 |
| 4/15 | Purchase Bank Check OR Draft | | 3,010.00 | 1,335.24 |
| 4/22 | ATM Transfer authorized on 04/22 to Keith M Scriven Checking 601 Chestnut St. Philadelphia PA 0006453 ATM ID 6560S Card 7980 | | 1,000.00 | 335.24 |
| 4/29 | Interest Payment | 0.02 | | 335.26 |
| **Ending balance on 4/30** | | | | **335.26** |
| **Totals** | | **$0.02** | **$4,310.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 04/01/2016 - 04/30/2016 | Standard monthly service fee $5.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $300.00 | $335.24 | ☑ |
| · Qualifying direct deposit | $100.00 | $0.00 | ☐ ^ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 | ☐ ^ |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
TS/TS

## ✔ IMPORTANT ACCOUNT INFORMATION

Overdraft Fee Waiver Clarification: We will waive any overdraft fees if both your ending daily account balance (posted balance) and your available balance (which includes pending transactions) are overdrawn by $5 or less and there are no items returned for insufficient funds at the end of our nightly processing. This fee waiver is associated with the total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance. To find out more about online banking tools that Wells Fargo offers to help you manage and track your spending, visit wellsfargo.com/online-banking. For additional information, see your Account Agreement, speak with a local banker, or call the phone number on the top of your statement.

Account number: ████ 1981 ■ May 1, 2016 - June 30, 2016 ■ Page 2 of 4

**WELLS FARGO**

- If your account has Overdraft Protection and/or Debit Card Overdraft Service, these services will be removed when you request to close your account.

- If your account balance does not reach zero within 30 days from the date of your request to close your account, we will charge you the applicable monthly service fee if you do not meet the requirements to avoid the monthly service fee. If the monthly service fee is greater than your account balance, only the amount equal to your account balance will be charged and your account will be closed.

- After 30 days, if your account balance does not reach zero, your account will be returned to active status and subject to all applicable fees. If your account is a variable interest earning account, the interest rates disclosed in the rate sheet in effect on the date your account is returned to active status will apply. We may change the interest rate for variable rate accounts at any time. You will need to reestablish Overdraft Protection and/or Debit Card Overdraft Service if desired by contacting your banker or calling the number on your statement.

**Other Wells Fargo Benefits**

Students have unique needs when it comes to their money. Whether a younger teen in high school, or an older teen preparing to graduate and take the next step towards college, the military, or directly into the workforce, Wells Fargo has the tools and resources to help students access their money, manage a budget, pay for college, and much more. Visit          **wellsfargo.com/studentcenter**

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $335.26 |
| Deposits/Additions | 175.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 6/30** | **$510.27** |

Account number: ████ 1981

**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $346.74 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.04 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 5/24 | Interest Payment | 0.01 | | 335.27 |
| 6/27 | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Iben97Wx5L on 06/25/16 | 175.00 | | 510.27 |
| | **Ending balance on 6/30** | | | **510.27** |
| | **Totals** | **$175.01** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*