United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18271-amc
Keith M. Scriven                                                        Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 1            Date Rcvd: Nov 02, 2016
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
db             Keith M. Scriven,    1007 North 6th Street,    Philadelphia, PA   19123-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania
               crmomjian@attorneygeneral.gov
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   US Bank, National Association et al
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
               vbarber@udren.com
              JACK M. SEITZ    on behalf of Creditor   New York Community Bank jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor   Deutsche Bank National Trust Company
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor   City of Philadelphia
               vandermarkj@whiteandwilliams.com
              JANET L. GOLD    on behalf of Creditor   Fulton Bank NA jgold@egclawfirm.com,
               ksantiago@egclawfirm.com,nmccormack@egclawfirm.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
              JUSTIN PIERCE BERUTICH    on behalf of Creditor   TD Bank, N.A. justin.berutich@bipc.com,
               heidi.smiegocki@bipc.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              LESLIE J. RASE    on behalf of Creditor   Deutsche Bank National Trust Company pabk@logs.com,
               lerase@logs.com
              MARK D. PFEIFFER    on behalf of Creditor   TD Bank, N.A. mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Seterus, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              MICHAEL D. VAGNONI    on behalf of Creditor   Obermayer Rebmann Maxwell & Hippel LLP
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              NICOLE B. LABLETTA    on behalf of Creditor   Ocwen Loan Servcing, LLC as servicer for
               nlabletta@udren.com, vbarber@udren.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net
              SHERRI J. BRAUNSTEIN    on behalf of Creditor   Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor   Deutsche Bank National Trust Company
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                 TOTAL: 24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11
KEITH M. SCRIVEN :
         Debtor : BK. No. 13-18271 AMC
:

**STIPULATION MODIFING PLAN TREATMENT OF SECURED CLAIM OF WELLS FARGO BANK #12-1**

It is hereby stipulated by and between Phelan Hallinan Diamond & Jones, LLP, counsel for the Movant, **WELLS FARGO BANK, N.A.**, and RONALD G. MCNEIL, Esquire, counsel for the Debtor, as follows:

1. That Relief from the Automatic Stay as provided by Section 362 of the Bankruptcy Code shall be lifted on approval of this stipulation to allow the parties to enter into this agreement modifying the plan treatment of Class #15, secured Claim #12-1, for the property located at **341A SHELL WALK, FIRE ISLAND PINES, NY 11782**, mortgage account ending with "**6709**".

3. The parties agree that the claim treatement/loan shall be modified upon signing of this stipulation by the parties as follows:

Claim Treatment
Secured claim: 417,737.60
Interest Rate: 4.25%
Term: 360 months
P&I payment: 2,055.02
Estimated Escrow Payment: 889.25 (762.21 T&I + 127.03 cushion required by normal servicing)
PITI: 2,944.27
The account is escrowed and will remain escrowed as defined by the pre-bankruptcy contractual terms. Any post-modification escrow disbursements will be recoverable as part of the regular escrow payment per normal servicing practices. The escrow payment is subject to change perr normal servicing.

4. Beginning November 1, 2016, Debtor shall commence payment of the regular monthly mortgage payment in the amount of $2,944.27 All subsequent monthly payments and late charges shall be due in accordance with the terms of the Mortgage and Note. All payments made pursuant to this Stipulation shall be payable to **WELLS FARGO BANK, N.A. ONE HOME CAMPUS, MAC X2302-04C, DES MOINES, IA 50328.**

5. The sale, refinance or transfer of said property will require the loan to be paid in full unless specific court approval is obtained.

6. Debtor's tendering of a check to **WELLS FARGO BANK, N.A.**, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation. The parties stipulate that Movant shall be permitted to communicate with the Debtor and Debtor's Counsel to the extent necessary to comply with applicable non-bankruptcy law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date:    October 19, 2016

Jay B. Jones, Esq.
Jerome Blank, Esq.
Andrew L. Spivack, Esq.
James P. Shay, Esq.
Michael Dingerdissen, Esq.
Attorneys for Movant

RONALD G. MCNEIL, ESQUIRE
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
KEITH M. SCRIVEN
    Debtor

: CHAPTER 11
:
: BK. No. 13-18271 AMC

## ORDER

AND NOW, this 2nd day of November, 2016, it is hereby

ORDERED that corresponding Stipulation Modifying the Plan Treatment of the property is hereby approved, shall be, and is hereby made an Order *of this Court*.

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

KEITH M. SCRIVEN
1007 NORTH 6TH STREET
PHILADELPHIA, PA 19123-1406

RONALD G. MCNEIL, ESQUIRE
MCNEIL LEGAL SERVICES, 1333 RACE STREET
PHILADELPHIA, PA 19107-1585

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107