WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re: | Chapter 11 |
|---|---|
| Keith M. Scriven | |
| Debtor | Case Number: 13-18271-AMC |

### ORDER

AND NOW, this ___21st___ day of ___Nov___, 2016, upon the motion of Deutsche Bank National Trust Company, , as Trustee for American Home Mortgage Assets Trust, 2006-1 , Mortgage-Backed Pass Through Certificates, Series 2006-1 , by its servicer Ocwen Loan Servicing, LLC ("Deutsche Bank National Trust Company by its servicer, Ocwen Loan Servicing, LLC") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Deutsche Bank National Trust Company by its servicer, Ocwen Loan Servicing, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 25 WIDGEON ROAD, FIRE ISLAND PINES, NY 11782

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE