United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                       Case No. 13-18271-amc
Keith M. Scriven                                                                             Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine               Page 1 of 2                Date Rcvd: Nov 21, 2016
                              Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db              Keith M. Scriven,    1007 North 6th Street,    Philadelphia, PA   19123-1406
cr             +Deutsche Bank National Trust Company,    Stern and Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania
               crmomjian@attorneygeneral.gov
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association et al
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
               vbarber@udren.com
              JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
               vandermarkj@whiteandwilliams.com
              JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com,
               heidi.smiegocki@bipc.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
               lerase@logs.com
              MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP
               michael.vagnoni@obermayer.com,
               michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
              NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
               nlabletta@udren.com,  vbarber@udren.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven  r.mcneill@verizon.net

```
District/off: 0313-2          User: Denine              Page 2 of 2              Date Rcvd: Nov 21, 2016
                              Form ID: pdf900           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com, vbarber@udren.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                            TOTAL: 24

WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re: | Chapter 11 |
|---|---|
| Keith M. Scriven | |
| Debtor | Case Number: 13-18271-AMC |

### ORDER

AND NOW, this _____ day of ___Nov___, 2016, upon the motion of Deutsche Bank National Trust Company, , as Trustee for American Home Mortgage Assets Trust, 2006-1 , Mortgage-Backed Pass Through Certificates, Series 2006-1 , by its servicer Ocwen Loan Servicing, LLC ("Deutsche Bank National Trust Company by its servicer, Ocwen Loan Servicing, LLC") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Deutsche Bank National Trust Company by its servicer, Ocwen Loan Servicing, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 25 WIDGEON ROAD, FIRE ISLAND PINES, NY 11782

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE