United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith M. Scriven  
    Debtor

Case No. 13-18271-amc  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 2      Date Rcvd: Nov 21, 2016  
                  Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
```
db              Keith M. Scriven,    1007 North 6th Street,    Philadelphia, PA  19123-1406
cr             +Commonwealth of Pennsylvania,    c/o Christopher R Momjian, Esquire,    21 S 12 St    3rd Floor,
                 Philadelphia, PA 19107-3604
cr             +Deutsche Bank National Trust Company,    Stern and Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
acc            +Howard Markovitz,    J Bernard Kay & Co., P.C.,    822 Montgomery Avenue,
                 Narbeth, PA 19072-1937
cr             +New York Community Bank,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,
                 7535 Windsor Drive, Suite 200,    Allentown, PA 18195-1042
cr             +Obermayer Rebmann Maxwell & Hippel LLP,    c/o Michael D. Vagnoni, Esquire,
                 1617 JFK Boulevard, 19th Fl,    One Penn Center,    Philadelphia, PA 19103-1823
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +TD Bank, N.A.,    c/o Mark Pfeiffer, Esquire,    Buchanan Ingersoll & Rooney PC,
                 50 S. 16th Street, Ste. 3200,    Philadelphia, PA 19102-2555
r              +Weichert Realtors,    c/o Ruth Loschiavo,    310 Main Street,    Fort Lee, NJ 07024-4796
13356027        Ocwen Loan Servicing LLC,    Attn: Bankruptcy Dept,    PO Box 24605,
                 W Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 22 2016 02:18:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Nov 22 2016 02:18:21     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2016 02:18:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2016 02:18:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Nov 22 2016 02:18:41     City of Philadelphia,
                 Law Revenue Departments,    c/o James C. Vandermark, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, MSB,    Philadelphia, PA  19102
cr             +E-mail/Text: bankruptcy@fult.com Nov 22 2016 02:18:48     Fulton Bank NA,    One Penn Square,
                 Lancaster, PA 17602-2853
13152015        Fax: 407-737-5634 Nov 22 2016 04:16:05     Ocwen Loan Servicing, LLC,    Bankruptcy Department,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
                                                                                                TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania
           crmomjian@attorneygeneral.gov
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association et al
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          DAVID NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
           vbarber@udren.com
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Nov 21, 2016
                              Form ID: pdf900         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com,
           sblake@lesavoybutz.com
          JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company
           jmcnally@sterneisenberg.com,
           seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
           erneisenberg.com
          JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
           vandermarkj@whiteandwilliams.com
          JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com,
           ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com,
           heidi.smiegocki@bipc.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
           lerase@logs.com
          MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com,
           donna.curcio@bipc.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP
           michael.vagnoni@obermayer.com,
           michele.emory@obermayer.com;Lucille.acello@obermayer.com;Stacie.fetrow@obermayer.com
          NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
           nlabletta@udren.com,    vbarber@udren.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
           vbarber@udren.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 24
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith M. Scriven | CHAPTER 11 |
| | CASE NO. 13-18271-AMC |

Ocwen Loan Servicing, LLC servicer for U.S. Bank National Association, as Trustee for American Home Mortgage Investment Trust 2005-4C

                        Movant

vs.

Keith M. Scriven

                        Debtor(s)

and

Kevin P Callahan, Esquire

                        Trustee

## STIPULATION IN SETTLEMENT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

    Ocwen Loan Servicing, LLC servicer for U.S. Bank National Association, as Trustee for American Home Mortgage Investment Trust 2005-4C ("Mortgagee") and Keith M. Scriven ("Debtor(s)"), through their respective counsel, hereby stipulate as follows:

    1.    The automatic stay as provided by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

    2.    Mortgagee is the holder of a mortgage which is a lien on Debtor's real property known as and located at: 937 Route 619, Newton, NJ 07860.

    3.    The parties certify that the total post-petition delinquency as of October 14, 2016, is $233,983.95, consisting of post-petition payments from 11/1/13 - 5/1/14 at $5,670.82 each, 6/1/14 - 9/1/14 at $6,131.45 each, 10/1/14 - 9/1/15 at $6,116.86 each, 10/1/15 at $6,147.25, 11/1/15 - 10/1/16 at $7,814.35 each, attorney fees in the amount of $850.00, filing fees in the amount of $176.00, less a suspense balance of $4,585.36.

    4.    As of the date of the execution of this Agreement, Debtor currently has a loan modification application pending with Mortgagee.

    5.    Debtor and Mortgagee hereby agree that if either (1) a loan modification is not offered as a result of the current loan modification application pending with Mortgagee or (2) Debtor does not accept the terms of any loan modification offered as a result of the current loan modification application pending with Mortgagee, Mortgagee may send Debtor(s) and counsel a written notice of default of this Stipulation. The notice of default shall set forth right of Debtor to cure the above referenced entire post-petition delinquency in paragraph 3 within ten (10) days. If

the entire default is not cured within ten (10) days of the notice, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the mortgaged property.

6. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by the mortgagee, and the monthly payment amount due under the terms of this stipulation shall change accordingly.

7. In addition, it is further agreed by Debtor that it shall constitute an additional default under this stipulation should Debtor fail to comply with all covenants set forth in the Note and Mortgage Agreements, including but not limited to payment of all non-escrowed real estate taxes when they become due and maintenance of homeowner's insurance on the property. Should Movant advance any amounts on Debtors' behalf for delinquent real estate taxes and/or homeowner's insurance or be required to obtain forced-placed hazard insurance, Movant shall send Debtor and Debtor's counsel a written notice of default of this Stipulation as set forth in paragraph 5 herein.

8. In the event the instant bankruptcy case is converted to a case under any other Chapter of the Bankruptcy Code, the Debtor(s) shall cure the pre-petition and post-petition mortgage arrears within ten (10) days from the date of such conversion. Should the Debtor fail to cure said arrears within the ten day period, such failure shall be deemed a default under the terms of this Stipulation and Movant may send Debtor(s) and counsel a written notice of default. If the default is not cured within ten (10) days from the date of the notice, counsel for Mortgagee may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the mortgaged property.

9. The parties agree that a facsimile signature shall have the same force and effect as an original signature.

_____
Nicole LaBletta, Esquire
UDREN LAW OFFICES, P.C.
Attorneys for Mortgagee

_____
Ronald G McNeil, Esquire
Attorney for Debtor(s)

APPROVED BY THE COURT THIS 21st DAY OF November, 2016.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE