UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No.  13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 3rd  -  2016

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:                              November 24, 2015

2. Cash balance at the beginning of this quarter:                $1,040.07
   Total receipts during this quarter:                                       26,894.76
   Total disbursements during this quarter:                          28,315.66
   Cash balance at the end of this quarter:                                954.19

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:             *
   Cumulative paid to date:                                                        *
   Balance remaining to be made under the Plan:                 *

   * -  Debtor has modified his mortgages under the Plan
         ($17,194.51 per month until the maturity dates
         of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:                              Yes     No

4. Are all payments required by the confirmed plan
   current at this time?                                                                              x
   **[If "No," attach an explanatory statement identifying payments not made.  Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? [If "Yes," attach an explanatory statement.] — X

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? — X

7. Have all motions, contested matters and adversary proceedings been fully resolved [If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.] — X

8. Has the order confirming the Plan become non-appealable? — X

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? [If "No," attach an explanatory statement.] — X

10. Has any property proposed by the Plan to be transferred pursuant to the Plan? — X

11. Do any property remain to be transferred pursuant to the Plan? [If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.] — X

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? — X

13. Anticipated date of motion for final decree:   November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

11/26/16
Dated:                                         Keith M. Scriven, Debtor

Current Address:   1007 North 6th Street
                   Philadelphia, PA 19123-1406

Telephone No.:     (215) 564 - 3999

# Wells Fargo Everyday Checking

Account number: ▇▇▇▇▇5377 ■ June 15, 2016 - July 15, 2016 ■ Page 1 of 5

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 6/15 | $5,140.81 |
| Deposits/Additions | 2,989.67 |
| Withdrawals/Subtractions | - 7,663.03 |
| **Ending balance on 7/15** | **$467.45** |

Account number: ▇▇▇▇▇5377
**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  ▇▇▇▇5377  ■  June 15, 2016 - July 15, 2016  ■  Page 2 of 5



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/16 | | Purchase authorized on 06/15 Power Gas Belvidere NJ S586167420116408 Card 7980 | | 37.33 | 5,103.48 |
| 6/17 | | Cash eWithdrawal in Branch/Store 06/17/2016 12:09 Pm 601 Chestnut St Philadelphia PA 7980 | | 600.00 | |
| 6/17 | | Centurylink Speedpay 160616 xxxxx1047 99076674 | | 150.00 | |
| 6/17 | 164 | Check | | 602.15 | 3,751.33 |
| 6/20 | | ATM Check Deposit on 06/18 70 Flanders-Bartley Rd Flanders NJ 0009949 ATM ID 6753M Card 7980 | 500.00 | | |
| 6/20 | | Square Inc 160618R2 160618 L204116366960 Keith M. Scriven | 795.97 | | |
| 6/20 | | Purchase authorized on 06/16 Service Electric C 973-7297653 NJ S306168550212804 Card 7980 | | 155.00 | |
| 6/20 | | Purchase authorized on 06/16 The Storage Store 973-691-4848 NJ S586168553024350 Card 7980 | | 137.42 | |
| 6/20 | | ATM Withdrawal authorized on 06/19 122 Water Street Newton NJ 0002215 ATM ID 0115N Card 7980 | | 300.00 | |
| 6/20 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 671.82 | 3,783.06 |
| 6/21 | | Purchase authorized on 06/20 Shoprite Newton S1 Newton NJ S386172556817306 Card 7980 | | 128.37 | |
| 6/21 | | Suffolk County W BT0620 062016 000000021180352 Keith M Scriven | | 246.78 | 3,407.91 |
| 6/22 | | Purchase authorized on 06/20 The Home Depot #09 Newton NJ S386172537497608 Card 7980 | | 99.40 | |
| 6/22 | | Purchase authorized on 06/21 Gulf Oil 92040418 Parsippany NJ S586173530637531 Card 7980 | | 40.81 | |
| 6/22 | | Purchase authorized on 06/21 Cescos Pizzeria Newton NJ S466174011481307 Card 7980 | | 68.43 | |
| 6/22 | | ATM Withdrawal authorized on 06/22 122 Water Street Newton NJ 0002759 ATM ID 0115N Card 7980 | | 300.00 | 2,899.27 |
| 6/23 | | Purchase authorized on 06/21 Main Street Liquor Stillwater NJ S386173639264310 Card 7980 | | 15.50 | 2,883.77 |
| 6/24 | | Purchase authorized on 06/23 Tractor Supply Com Blairstown NJ S286175500158092 Card 7980 | | 27.80 | |
| 6/24 | | Non-WF ATM Withdrawal authorized on 06/24 800 Walnut St Cardtronic Philadelphia PA 00466176535363432 ATM ID SE275821 Card 7980 | | 62.00 | |
| 6/24 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 2,791.47 |
| 6/27 | | eDeposit IN Branch/Store 06/27/16 12:40:55 Pm 2 W Girard Ave Philadelphia PA 5377 | 300.00 | | |
| 6/27 | | Purchase authorized on 06/23 Fredon Animal Hosp Newton NJ S286175723193142 Card 7980 | | 326.35 | |
| 6/27 | | Purchase authorized on 06/24 Power Gas Belvidere NJ S586176415231217 Card 7980 | | 14.54 | |
| 6/27 | | Purchase authorized on 06/24 Metal Marketplace 2155928777 PA S466176597983621 Card 7980 | | 98.48 | |
| 6/27 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Iben97Wx5L on 06/25/16 | | 175.00 | |
| 6/27 | | Cash eWithdrawal in Branch/Store 06/25/2016 12:48 Pm 122 Water St Newton NJ 7980 | | 900.00 | |
| 6/27 | | ATM Withdrawal authorized on 06/26 122 Water Street Newton NJ 0003759 ATM ID 0115N Card 7980 | | 300.00 | 1,277.10 |
| 6/28 | | Purchase authorized on 06/26 Marshalls #443 Newton NJ S006178651636077 Card 7980 | | 47.30 | |
| 6/28 | | ATM Withdrawal authorized on 06/28 122 Water Street Newton NJ 0000592 ATM ID 0115Q Card 7980 | | 300.00 | |
| 6/28 | | Cash eWithdrawal in Branch/Store 06/28/2016 11:23 Am 122 Water St Newton NJ 7980 | | 400.00 | 529.80 |
| 7/1 | | Purchase authorized on 07/01 Njt Trenton 5033 Trenton NJ P00000000743722141 Card 7980 | | 33.50 | 496.30 |
| 7/5 | | Purchase authorized on 07/01 19 Petroleum Alpha Alpha NJ S386183429105760 Card 7980 | | 25.00 | |

Account number:  ████5377  ■  June 15, 2016 - July 15, 2016  ■  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/5 | | Purchase authorized on 07/01 Wawa 277 0000 Trevose PA S466183597196187 Card 7980 | | 10.85 | |
| 7/5 | | Purchase authorized on 07/01 Cafe 31 New York NY S586183835480328 Card 7980 | | 58.00 | |
| 7/5 | | ATM Withdrawal authorized on 07/04 122 Water Street Newton NJ 0005384 ATM ID 0115N Card 7980 | | 300.00 | |
| 7/5 | | ATM Withdrawal authorized on 07/05 50 International Drive Flanders NJ 0007696 ATM ID 9856H Card 7980 | | 40.00 | 62.45 |
| 7/6 | | ATM Cash Deposit on 07/06 601 Chestnut St. Philadelphia PA 0002865 ATM ID 6560D Card 7980 | 500.00 | | 562.45 |
| 7/7 | | Purchase authorized on 07/06 Ac Moore Str 138 973-891-3208 NJ S586188738223182 Card 7980 | | 85.38 | |
| 7/7 | | ATM Withdrawal authorized on 07/07 122 Water Street Newton NJ 0005963 ATM ID 0115N Card 7980 | | 200.00 | 277.07 |
| 7/8 | | Purchase authorized on 07/07 Staples 0010 Newton NJ S386189500488546 Card 7980 | | 92.00 | 185.07 |
| 7/11 | | Purchase Return authorized on 07/07 Ac Moore Str 138 973-891-3208 NJ S626191556154859 Card 7980 | 21.35 | | |
| 7/11 | | ATM Cash Deposit on 07/09 1101 Old York Rd Abington PA 0002681 ATM ID 0684E Card 7980 | 240.00 | | |
| 7/11 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe8P68Rnp on 07/09/16 | 150.00 | | |
| 7/11 | | Purchase authorized on 07/08 Quick Chek Corpora Belvidere NJ S386190424639629 Card 7980 | | 39.15 | 557.27 |
| 7/13 | | ATM Withdrawal authorized on 07/13 122 Water Street Newton NJ 0007370 ATM ID 0115N Card 7980 | | 120.00 | |
| 7/13 | | Purchase authorized on 07/13 Bedbath&Beyond# 27A Ro Newton NJ P00386195546981958 Card 7980 | | 12.83 | 424.44 |
| 7/14 | | Square Inc 160714R2 160714 L204122676856 Keith M. Scriven | 482.35 | | |
| 7/14 | | New York Propert Nypiua 160714 0000011 I071416 002000581614 | | 239.34 | 667.45 |
| 7/15 | | ATM Withdrawal authorized on 07/15 601 Chestnut St. Philadelphia PA 0007063 ATM ID 6560S Card 7980 | | 200.00 | 467.45 |
| **Ending balance on 7/15** | | | | | 467.45 |
| **Totals** | | | **$2,989.67** | **$7,663.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 164 | 6/17 | 602.15 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/15/2016 - 07/15/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $62.45 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,278.32 ☑ |

Account number: ▮▮▮▮5377  ▪  July 16, 2016 - August 12, 2016  ▪  Page 2 of 5



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/18 | | Purchase authorized on 07/15 Power Gas Belvidere NJ S306197420308366 Card 7980 | | 24.41 | |
| 7/18 | | Purchase authorized on 07/15 PF Changs #9949 Glen Mills PA S386197651792712 Card 7980 | | 44.00 | |
| 7/18 | | ATM Withdrawal authorized on 07/18 122 Water Street Newton NJ 0008522 ATM ID 0115N Card 7980 | | 300.00 | 99.04 |
| 7/21 | | ATM Check Deposit on 07/21 25 W. Skippack Pike Broad Axe PA 0004723 ATM ID 0212K Card 7980 | 500.00 | | |
| 7/21 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibexynbzjz on 07/21/16 | 50.00 | | 649.04 |
| 7/22 | | Purchase authorized on 07/20 Main Street Liquor Stillwater NJ S386202803562142 Card 7980 | | 15.50 | |
| 7/22 | | Purchase authorized on 07/21 Scmua Lafayette NJ S386203430977750 Card 7980 | | 10.00 | |
| 7/22 | | Purchase authorized on 07/21 Lukoil 74056 Phillipsburg NJ S466203476929900 Card 7980 | | 36.42 | 587.12 |
| 7/25 | | Purchase authorized on 07/21 Kc's Alley Ambler PA S306203680691298 Card 7980 | | 22.84 | |
| 7/25 | | Purchase authorized on 07/21 Performance Bike S Allentown PA S386204000222574 Card 7980 | | 79.99 | |
| 7/25 | | Purchase authorized on 07/22 Advance Auto Parts Newton NJ S306204532832890 Card 7980 | | 57.76 | |
| 7/25 | | Purchase authorized on 07/22 Wal-Mart #2604 Newton NJ S466204574050400 Card 7980 | | 138.28 | 288.25 |
| 7/26 | | ATM Check Deposit on 07/26 601 Chestnut St. Philadelphia PA 0007099 ATM ID 6560D Card 7980 | 300.00 | | |
| 7/26 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 181.82 | 406.43 |
| 7/27 | | Purchase authorized on 07/26 Power Gas Belvidere NJ S466208475390402 Card 7980 | | 20.00 | |
| 7/27 | | Purchase authorized on 07/26 Pamma Jewelry Tool Philadelphia PA S466208587748656 Card 7980 | | 87.00 | 299.43 |
| 7/29 | | Purchase authorized on 07/28 Jewelers Depot Philadelphia PA S306210643502468 Card 7980 | | 142.42 | 157.01 |
| 8/1 | | ATM Check Deposit on 07/30 122 Water Street Newton NJ 0001296 ATM ID 0115N Card 7980 | 350.00 | | |
| 8/1 | | Square Inc 160801R2 160801 L204127181458 Keith M. Scriven | 145.87 | | |
| 8/1 | | Purchase authorized on 07/29 19 Petroleum Alpha Alpha NJ S586211460820882 Card 7980 | | 30.00 | |
| 8/1 | | ATM Withdrawal authorized on 07/30 122 Water Street Newton NJ 0004242 ATM ID 0115Q Card 7980 | | 100.00 | |
| 8/1 | | Purchase authorized on 08/01 Petsmart Inc 2316 Newton NJ P00466214679775362 Card 7980 | | 47.93 | |
| 8/1 | | Transamerica Transameri 160801 42089058 Keith Scriven | | 391.51 | 83.44 |
| 8/3 | | Purchase authorized on 08/02 Power Gas Belvidere NJ S586215459046345 Card 7980 | | 20.35 | |
| 8/3 | | Purchase authorized on 08/02 Tractor Supply #18 Pipersville PA S286215696612662 Card 7980 | | 16.42 | 46.67 |
| 8/4 | | Square Inc 160804R2 160804 L204128113163 Keith M. Scriven | 313.47 | | |
| 8/4 | | Purchase authorized on 08/03 Power Gas Belvidere NJ S586216679995802 Card 7980 | | 20.00 | 340.14 |
| 8/5 | | Purchase authorized on 08/03 Main Street Liquor Stillwater NJ S586216836224083 Card 7980 | | 18.99 | |
| 8/5 | | ATM Withdrawal authorized on 08/05 25 W. Skippack Pike Broad Axe PA 0006616 ATM ID 0212K Card 7980 | | 300.00 | 21.15 |
| 8/8 | | Square Inc 160806R2 160806 L204128757890 Keith M. Scriven | 97.25 | | |
| 8/8 | | Square Inc 160808R2 160808 L204129083357 Keith M. Scriven | 194.50 | | |
| 8/8 | | ATM Check Deposit on 08/08 2 W. Girard Avenue Philadelphia PA 0009691 ATM ID 2091A Card 7980 | 836.00 | | |
| 8/8 | | Purchase authorized on 08/06 19 Petroleum Alpha Alpha NJ S386219544616951 Card 7980 | | 20.00 | |

Account number: ▮▮▮▮5377   ■   July 16, 2016 - August 12, 2016   ■   Page 3 of 5



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/8 | | ATM Withdrawal authorized on 08/08 74 Church St Flemington NJ 0005665 ATM ID 6865W Card 7980 | | 180.00 | |
| 8/8 | | ATM Withdrawal authorized on 08/08 1 Freedom Valley Dr. Plumsteadvill PA 0002144 ATM ID 0087R Card 7980 | | 120.00 | 828.90 |
| 8/9 | | Square Inc 160809R2 160809 L204129263842 Keith M. Scriven | 729.37 | | |
| 8/9 | | Purchase authorized on 08/08 Hop & Vine Liquors Belvidere NJ S586221686338372 Card 7980 | | 12.83 | |
| 8/9 | | ATM Withdrawal authorized on 08/09 122 Water Street Newton NJ 0003641 ATM ID 0115N Card 7980 | | 60.00 | |
| 8/9 | | ATM Withdrawal authorized on 08/09 122 Water Street Newton NJ 0003644 ATM ID 0115N Card 7980 | | 40.00 | |
| 8/9 | | ATM Withdrawal authorized on 08/09 122 Water Street Newton NJ 0005420 ATM ID 0115Q Card 7980 | | 100.00 | 1,345.44 |
| 8/10 | | ATM Check Deposit on 08/10 2301 W Cheltenham Ave Philadelphia PA 0001388 ATM ID 0147W Card 7980 | 1,000.00 | | |
| 8/10 | | Purchase authorized on 08/08 US Fuel Flemington NJ S586221456680065 Card 7980 | | 20.00 | |
| 8/10 | | Purchase authorized on 08/09 Ops* Newton Expres Newton NJ S166222535436786 Card 7980 | | 30.00 | 2,295.44 |
| 8/11 | | Purchase authorized on 08/10 City of Philadelph 800-4874567 AL S386223646634884 Card 7980 | | 300.00 | |
| 8/11 | | Purchase authorized on 08/10 Opc 800-4874567 CA S306223646644810 Card 7980 | | 3.95 | |
| 8/11 | | ATM Withdrawal authorized on 08/11 122 Water Street Newton NJ 0004078 ATM ID 0115N Card 7980 | | 100.00 | |
| 8/11 | | Purchase Bank Check OR Draft | | 404.84 | |
| 8/11 | | ATM Withdrawal authorized on 08/11 1230 US Hwy. 22 Phillipsburg NJ 0000751 ATM ID 6743S Card 7980 | | 40.00 | 1,446.65 |
| 8/12 | | Purchase authorized on 08/11 Ops* Newton Expres Newton NJ S086224481946856 Card 7980 | | 20.00 | |
| 8/12 | | Purchase authorized on 08/11 Petsmart Inc 2316 Newton NJ S386224562612900 Card 7980 | | 72.52 | |
| 8/12 | | Centurylink Speedpay 160811 xxxxx1047 xxxxx3727 | | 155.00 | 1,199.13 |
| **Ending balance on 8/12** | | | | | **1,199.13** |
| **Totals** | | | **$4,516.46** | **$3,784.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/16/2016 - 08/12/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $21.15 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,480.46 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 26 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| **Monthly service fee discount(s)** *(applied when box is checked)* | | |
| Age of primary account owner is 17 - 24 ($5.00 discount) | ☐ | |
| RC/RC | | |

Account number: ▮▮▮▮5377    ■    August 13, 2016 - September 15, 2016    ■    Page 2 of 5



---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/15 | | Square Inc 160813R2 160813 L204130536501 Keith M. Scriven | 1,945.00 | | |
| 8/15 | | Purchase authorized on 08/11 Service Electric C 973-7297653 NJ S386224602590998 Card 7980 | | 200.00 | |
| 8/15 | | Firstenergy Opco Fe Echeck 100110834700 Ronette Streeter | | 31.99 | |
| 8/15 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 150.00 | |
| 8/15 | 165 | Check | | 650.15 | 2,111.99 |
| 8/16 | | Purchase authorized on 08/15 Frank Rymon & Sons Washington NJ S466228521304249 Card 7980 | | 242.00 | |
| 8/16 | | Purchase authorized on 08/15 Power Gas Belvidere NJ S386228530838972 Card 7980 | | 20.00 | |
| 8/16 | 166 | Check | | 1,113.38 | 736.61 |
| 8/17 | | Vz Wireless Ve Vzw Webpay 160816 5180786 Keith *Scriven | | 200.00 | 536.61 |
| 8/19 | | Purchase authorized on 08/18 Petsmart Inc 2316 Newton NJ S466231610795876 Card 7980 | | 84.17 | |
| 8/19 | | ATM Withdrawal authorized on 08/19 2301 W Cheltenham Ave Philadelphia PA 0005345 ATM ID 0147W Card 7980 | | 140.00 | |
| 8/19 | | Non-WF ATM Withdrawal authorized on 08/19 150 Chelten Avepnc Bank Philadelphia PA 005862327804118373 ATM ID Pj3207 Card 7980 | | 23.50 | |
| 8/19 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 286.44 |
| 8/22 | | Square Inc 160820R2 160820 L204132316194 Keith M. Scriven | 1,945.00 | | |
| 8/22 | | Purchase authorized on 08/18 Wilsons Leather Ou Tannersville PA S466231557989364 Card 7980 | | 110.47 | |
| 8/22 | | Purchase authorized on 08/20 Tractor Supply #11 Ringoes NJ S286233435447066 Card 7980 | | 16.57 | |
| 8/22 | | ATM Withdrawal authorized on 08/20 122 Water Street Newton NJ 0006175 ATM ID 0115N Card 7980 | | 100.00 | |
| 8/22 | | ATM Withdrawal authorized on 08/22 50 International Drive Flanders NJ 0001871 ATM ID 9856H Card 7980 | | 300.00 | |
| 8/22 | | Cash eWithdrawal in Branch/Store 08/22/2016 3:37 Pm 50 International Dr S Flanders NJ 7980 | | 1,625.00 | 79.40 |
| 8/23 | 167 | Check | | 40.00 | 39.40 |
| 8/24 | | ATM Check Deposit on 08/24 481 W. Germantown Pik Plymouth Meet PA 0006947 ATM ID 0092R Card 7980 | 12,500.00 | | |
| 8/24 | | ATM Withdrawal authorized on 08/24 481 W. Germantown Pik Plymouth Meet PA 0006948 ATM ID 0092R Card 7980 | | 300.00 | 12,239.40 |
| 8/25 | | Purchase authorized on 08/24 Busy Bee Fredon NJ S586237447231240 Card 7980 | | 25.00 | |
| 8/25 | | Purchase authorized on 08/24 Petsmart Inc 2316 Newton NJ S466237719447534 Card 7980 | | 76.63 | |
| 8/25 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe5Slmvts on 08/25/16 | | 2,500.00 | |
| 8/25 | | Cash eWithdrawal in Branch/Store 08/25/2016 10:08 Am 601 Chestnut St Philadelphia PA 7980 | | 1,600.00 | 8,037.77 |
| 8/26 | | Cash eWithdrawal in Branch/Store 08/26/2016 12:49 Pm 122 Water St Newton NJ 7980 | | 900.00 | 7,137.77 |
| 8/29 | | Purchase authorized on 08/25 Jewelers Depot Philadelphia PA S586238536549311 Card 7980 | | 200.00 | |
| 8/29 | | ATM Withdrawal authorized on 08/27 122 Water Street Newton NJ 0007680 ATM ID 0115N Card 7980 | | 300.00 | |
| 8/29 | | ATM Withdrawal authorized on 08/28 50 International Drive Flanders NJ 0003719 ATM ID 9856H Card 7980 | | 300.00 | |
| 8/29 | | Pgw Webpay Utility 160826 7624134 Keith Scriven | | 150.00 | |
| 8/29 | | Peco - Wallet Ac Bill Pay 160826 17907979881 Peco - Wallet ACH Imm | | 304.32 | 5,883.45 |
| 8/30 | | Cash eWithdrawal in Branch/Store 08/30/2016 2:01 Pm 5810 Easton Rd Plumsteadville PA 7980 | | 650.00 | 5,233.45 |
| 8/31 | | Purchase authorized on 08/31 Alice Bakery & Con North Wales PA S466243624115953 Card 7980 | | 36.00 | |
| 8/31 | | Transamerica Transameri 160831 42089058 Keith Scriven | | 391.51 | 4,805.94 |

Account number: ■■■■5377  ■  August 13, 2016 - September 15, 2016  ■  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Purchase authorized on 08/31 Petsmart Inc 2316 Newton NJ S306244573072841 Card 7980 | | 116.38 | |
| 9/1 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | 4,555.71 |
| 9/6 | | Purchase authorized on 09/02 19 Petroleum Alpha Alpha NJ S386246440245911 Card 7980 | | 40.00 | |
| 9/6 | | Purchase authorized on 09/02 The Home Depot #41 Philadelphia PA S466247025745550 Card 7980 | | 27.77 | |
| 9/6 | | ATM Withdrawal authorized on 09/03 50 International Drive Flanders NJ 0005498 ATM ID 9856H Card 7980 | | 200.00 | |
| 9/6 | | Purchase authorized on 09/03 Ramsey Outdoor Sto 973-584-7799 NJ S466247607719552 Card 7980 | | 196.87 | |
| 9/6 | | Purchase authorized on 09/03 Ramsey Outdoor Sto 973-584-7799 NJ S466247608107064 Card 7980 | | 103.96 | |
| 9/6 | | Cash eWithdrawal in Branch/Store 09/06/2016 10:21 Am 122 Water St Newton NJ 7980 | | 650.00 | 3,337.11 |
| 9/8 | | ATM Check Deposit on 09/08 122 Water Street Newton NJ 0000173 ATM ID 0115N Card 7980 | 300.00 | | |
| 9/8 | | Purchase authorized on 09/07 Petsmart Inc 560 North Whales PA S466251613562563 Card 7980 | | 76.30 | 3,560.81 |
| 9/9 | | Purchase authorized on 09/08 USPS 3358501343312 Newton NJ S466252656228683 Card 7980 | | 22.95 | |
| 9/9 | | ATM Withdrawal authorized on 09/09 340-50 S. Second St. Philadelphia PA 0004648 ATM ID 5858G Card 7980 | | 100.00 | |
| 9/9 | | Flood Payments Webpayment 160908 6Lcsk7339D1 Keith M Scriven | | 822.00 | |
| 9/9 | 172 | Check | | 729.74 | 1,886.12 |
| 9/12 | | Purchase authorized on 09/09 Quick Chek Corpora Belvidere NJ S466253437544153 Card 7980 | | 5.34 | |
| 9/12 | | Purchase authorized on 09/09 Staples 0010 Philadelphia PA S306253799736554 Card 7980 | | 35.42 | |
| 9/12 | | ATM Withdrawal authorized on 09/12 601 Chestnut St. Philadelphia PA 0006441 ATM ID 6560D Card 7980 | | 100.00 | |
| 9/12 | | ATM Withdrawal authorized on 09/12 1 Freedom Valley Dr. Plumsteadvill PA 0008610 ATM ID 0087R Card 7980 | | 100.00 | |
| 9/12 | | Comcast Cable 160910 8129241 Keith *Scriven | | 70.09 | 1,575.27 |
| 9/13 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe2Wqy6x7 on 09/13/16 | 500.00 | | |
| 9/13 | | ATM Withdrawal authorized on 09/13 122 Water Street Newton NJ 0001264 ATM ID 0115N Card 7980 | | 160.00 | |
| 9/13 | | New York Propert Nypiua 160913 0000020 I091316 002000581614 | | 239.33 | 1,675.94 |
| 9/14 | | Purchase authorized on 09/13 Petsmart Inc 2316 Newton NJ S386257532311240 Card 7980 | | 53.06 | |
| 9/14 | 170 | Check | | 836.00 | 786.88 |
| 9/15 | | Purchase authorized on 09/14 Busy Bee Fredon NJ S466258576131569 Card 7980 | | 19.06 | |
| 9/15 | | Vz Wireless Ve Vzw Webpay 160914 8829008 Keith *Scriven | | 200.00 | 567.82 |
| **Ending balance on 9/15** | | | | | **567.82** |
| **Totals** | | | **$17,190.00** | **$17,821.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/16 | | Purchase authorized on 09/14 The Home Depot #09 Newton NJ S306258462237372 Card 7980 | | 81.15 | |
| 9/16 | | Purchase authorized on 09/15 Power Gas Belvidere NJ S306259565882920 Card 7980 | | 20.00 | |
| 9/16 | | Purchase authorized on 09/15 Njt Trenton Trenton NJ S306259621538402 Card 7980 | | 33.50 | 433.17 |
| 9/20 | | Purchase authorized on 09/18 Main Street Liquor Stillwater NJ S586262589681331 Card 7980 | | 16.49 | |
| 9/20 | | Purchase authorized on 09/19 Lukoil 74056 Phillipsburg NJ S386263467606549 Card 7980 | | 36.16 | 380.52 |
| 9/22 | | ATM Check Deposit on 09/22 2 W. Girard Avenue Philadelphia PA 0004257 ATM ID 2091A Card 7980 | 600.00 | | |
| 9/22 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibekf455J2 on 09/22/16 | 150.00 | | 1,130.52 |
| 9/23 | | Purchase authorized on 09/21 Staples 0010 Newton NJ S586265639576388 Card 7980 | | 88.24 | |
| 9/23 | | ATM Withdrawal authorized on 09/23 1 Freedom Valley Dr. Plumsteadvill PA 0000587 ATM ID 0087R Card 7980 | | 200.00 | |
| 9/23 | | Centurylink Speedpay 160922 xxxxx1047 xxxxx2068 | | 155.00 | 687.28 |
| 9/26 | | Square Inc 160926R2 160926 L204141576218 Keith M. Scriven | 2,029.23 | | |
| 9/26 | | ATM Check Deposit on 09/26 601 Chestnut St. Philadelphia PA 0006273 ATM ID 6560S Card 7980 | 425.00 | | |
| 9/26 | | Purchase authorized on 09/23 Port Richmond Thri Philadelphia PA S586267482338639 Card 7980 | | 57.42 | |
| 9/26 | | Purchase authorized on 09/23 Pamma Jewelry Tool Philadelphia PA S586267555919179 Card 7980 | | 15.00 | |
| 9/26 | | Purchase authorized on 09/23 Ppa on Street Mete Philadelphia PA S586267567923598 Card 7980 | | 2.25 | |
| 9/26 | | Purchase authorized on 09/23 Ppa on Street Mete Philadelphia PA S306267593983912 Card 7980 | | 1.50 | |
| 9/26 | | Purchase authorized on 09/25 Lowes #01849* Philadelphia PA S466269631060611 Card 7980 | | 55.31 | |
| 9/26 | | Service Electric Service El G6J22K2203555 Keith M Scriven | | 100.00 | |
| 9/26 | | Service Electric Service El G6J22Q4710265 Keith M Scriven | | 165.00 | 2,745.03 |
| 9/27 | | Purchase authorized on 09/25 Reggae Reggae Vibe Philadelphia PA S166269669210456 Card 7980 | | 44.00 | |
| 9/27 | | Cash eWithdrawal in Branch/Store 09/27/2016 10:38 Am 122 Water St Newton NJ 7980 | | 900.00 | 1,801.03 |
| 9/29 | | Square Inc 160929R2 160929 L204142384703 Keith M. Scriven | 340.37 | | |
| 9/29 | | ATM Withdrawal authorized on 09/29 50 International Drive Flanders NJ 0002770 ATM ID 9856H Card 7980 | | 300.00 | |
| 9/29 | | Transamerica Transameri 160929 42089058 Keith Scriven | | 391.51 | |
| 9/29 | | Healthinspremium EDI Paymts 7268791 Lawrence Kane | | 535.21 | 914.68 |
| 9/30 | | ATM Check Deposit on 09/30 74 Church St Flemington NJ 0001564 ATM ID 6865W Card 7980 | 250.00 | | |
| 9/30 | | Purchase authorized on 09/28 The Home Depot #09 Newton NJ S586272599451459 Card 7980 | | 137.09 | |
| 9/30 | | Purchase authorized on 09/29 Petsmart Inc 1524 Mount Olive NJ S466273844533136 Card 7980 | | 65.86 | |
| 9/30 | | Purchase authorized on 09/29 Shoprite Wines and Stanhope NJ S466273852438032 Card 7980 | | 12.83 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 74 Church St Flemington NJ 0001565 ATM ID 6865W Card 7980 | | 40.00 | 908.90 |
| 10/3 | | ATM Cash Deposit on 10/01 74 Church St Flemington NJ 0002067 ATM ID 6865W Card 7980 | 300.00 | | |
| 10/3 | | Square Inc 161001R2 161001 L204143034511 Keith M. Scriven | 48.62 | | |
| 10/3 | | Purchase authorized on 09/30 Jewelers Depot Philadelphia PA S466274527232924 Card 7980 | | 491.31 | |
| 10/3 | | Purchase authorized on 09/30 Reggae Reggae Vibe Philadelphia PA S006274643876436 Card 7980 | | 22.00 | |

# Wells Fargo Way2Save® Savings



Account number:  ▮▮▮▮1981  ■  July 1, 2016 - July 31, 2016  ■  Page 1 of 3

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $510.27 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 505.00 |
| **Ending balance on 7/31** | **$5.27** |

Account number:  ▮▮▮▮1981

**KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $129.62 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.04 |

Account number:  ▮▮▮▮1981   ■   July 1, 2016 - July 31, 2016   ■   Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 7/5 | ATM Withdrawal authorized on 07/02 1230 US Hwy. 22 Phillipsburg NJ 0005625 ATM ID 6743S Card 7980 | | 300.00 | 210.27 |
| 7/11 | ∗ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibe8P68Rnp on 07/09/16 | | 150.00 | 60.27 |
| 7/21 | ∗ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibexynbzjz on 07/21/16 | | 50.00 | 10.27 |
| 7/29 | Monthly Service Fee | | 5.00 | 5.27 |
| **Ending balance on 7/31** | | | | **5.27** |
| **Totals** | | **$0.00** | **$505.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

∗ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2016 - 07/31/2016 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $10.27 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 8/25 | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ibe5Slmvts on 08/25/16 | 2,500.00 | | 2,505.27 |
| 8/31 | Interest Payment | 0.01 | | |
| 8/31 | Monthly Service Fee | | 5.00 | 2,500.28 |
| **Ending balance on 8/31** | | | | **2,500.28** |
| **Totals** | | **$2,500.01** | **$5.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2016 - 08/31/2016 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.27 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM



# ☑ IMPORTANT ACCOUNT INFORMATION

Here's some clarifying information on when your account could become dormant and what could happen.

**When does my account become dormant?**
**Checking accounts, savings accounts, and Time Accounts (CDs)**
Generally, your account becomes dormant if you do not initiate an account-related activity for 12 months for a checking account, 34 months for a savings account, or 34 months after the first renewal for a Time Account. An account-related activity is determined by the laws governing your account. Examples of account-related activity are depositing or withdrawing funds at a banking location or ATM, or writing a check which is paid from the account. Automatic transactions (including recurring and one-time), such as pre-authorized transfers/payments and electronic deposits (including direct deposits of your paycheck), set up on the account may not qualify as account-related activity that you initiated.

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs)**
Generally, your IRA and ESA (Savings or Time Account) will become dormant if you do not initiate an account-related activity as follows: Traditional IRA becomes dormant if you do not initiate an account-related activity for 34 months or more after you reach the age of 70 1/2; ROTH IRA will not become dormant unless we receive notification of your death; or ESA becomes dormant after you reach age 30. An account-related activity that you initiate is determined by the laws governing your account.

**What happens to a dormant account?**

Account number:        1981  ■  September 1, 2016 - September 30, 2016  ■  Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 9/13 | ∗ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibe2Wqy6x7 on 09/13/16 | | 500.00 | 2,000.28 |
| 9/15 | Cash eWithdrawal in Branch/Store 09/15/2016 4:17 Pm 535 7th Ave New York NY 7980 | | 1,000.00 | 1,000.28 |
| 9/19 | ATM Withdrawal authorized on 09/19 1 Freedom Valley Dr. Plumsteadvill PA 0009869 ATM ID 0087R Card 7980 | | 300.00 | |
| 9/19 | Cash eWithdrawal in Branch/Store 09/19/2016 1:47 Pm 5810 Easton Rd Plumsteadville PA 7980 | | 200.00 | 500.28 |
| 9/21 | ATM Withdrawal authorized on 09/21 122 Water Street Newton NJ 0002867 ATM ID 0115N Card 7980 | | 300.00 | 200.28 |
| 9/22 | ∗ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibekf455J2 on 09/22/16 | | 150.00 | 50.28 |
| 9/30 | Interest Payment | 0.01 | | |
| 9/30 | Monthly Service Fee | | 5.00 | 45.29 |
| **Ending balance on 9/30** | | | | **45.29** |
| **Totals** | | **$0.01** | **$2,455.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

∗   Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2016 - 09/30/2016 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $50.28 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM



# ✓ IMPORTANT ACCOUNT INFORMATION

To verify your identity when you contact us, we may use a service that compares information your mobile or wireless operator has with information you have provided us. Please refer to our Privacy Policy for how we treat your data.

**Is your wireless operator authorized to provide information to assist in verifying your identity?**

Yes, and we may rely on this information to assist in verifying your identity.