UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 4th - 2016

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:                                  November 24, 2015

2. Cash balance at the beginning of this quarter:                           $954.19
   Total receipts during this quarter:                                      $54,871.38
   Total disbursements during this quarter:                                 $47,091.34
   Cash balance at the end of this quarter:                                 $5,739.13

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:            *
   Cumulative paid to date:                                   *
   Balance remaining to be made under the Plan:               *

   \* - Debtor has modified his mortgages under the Plan
        ($17,194.51 per month until the maturity dates
         of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:                                      Yes     No

4. Are all payments required by the confirmed plan
   current at this time?                                                             x
   **[If "No," attach an explanatory statement identifying
   payments not made. Include creditor, amount, due
   date, reason for non-payment and an estimated date
   when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? [If "Yes," attach an explanatory statement.]  x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?  x

7. Have all motions, contested matters and adversary proceedings been fully resolved [If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]  x

8. Has the order confirming the Plan become non-appealable?  x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? [If "No," attach an explanatory statement.]  x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?  x

11. Do any property remain to be transferred pursuant to the Plan? [If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]  x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?  x

13. Anticipated date of motion for final decree:    November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

2/18/17
Dated:                    Keith M. Scriven, Debtor

Current Address:    1007 North 6th Street
                    Philadelphia, PA 19123-1406

Telephone No.:    (215) 564 - 3999

# Wells Fargo Everyday Checking



Account number:  ▓▓▓▓▓5377  ■  September 16, 2016 - October 17, 2016  ■  Page 1 of 5

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 9/16 | $567.82 |
| Deposits/Additions | 6,846.04 |
| Withdrawals/Subtractions | - 6,959.91 |
| **Ending balance on 10/17** | **$453.95** |

Account number:  ▓▓▓▓▓5377
**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(345)  Ins  =2
Sheet Seq = 0016560
Sheet 00001 of  00003



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/16 | | Purchase authorized on 09/14 The Home Depot #09 Newton NJ S306258462237372 Card 7980 | | 81.15 | |
| 9/16 | | Purchase authorized on 09/15 Power Gas Belvidere NJ S306259565882920 Card 7980 | | 20.00 | |
| 9/16 | | Purchase authorized on 09/15 Njt Trenton Trenton NJ S306259621538402 Card 7980 | | 33.50 | 433.17 |
| 9/20 | | Purchase authorized on 09/18 Main Street Liquor Stillwater NJ S586262589681331 Card 7980 | | 16.49 | |
| 9/20 | | Purchase authorized on 09/19 Lukoil 74056 Phillipsburg NJ S386263467606549 Card 7980 | | 36.16 | 380.52 |
| 9/22 | | ATM Check Deposit on 09/22 2 W. Girard Avenue Philadelphia PA 0004257 ATM ID 2091A Card 7980 | 600.00 | | |
| 9/22 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibekf455J2 on 09/22/16 | 150.00 | | 1,130.52 |
| 9/23 | | Purchase authorized on 09/21 Staples 0010 Newton NJ S586265639576388 Card 7980 | | 88.24 | |
| 9/23 | | ATM Withdrawal authorized on 09/23 1 Freedom Valley Dr. Plumsteadvill PA 0000587 ATM ID 0087R Card 7980 | | 200.00 | |
| 9/23 | | Centurylink Speedpay 160922 xxxxx1047 xxxxx2068 | | 155.00 | 687.28 |
| 9/26 | | Square Inc 160926R2 160926 L204141576218 Keith M. Scriven | 2,029.23 | | |
| 9/26 | | ATM Check Deposit on 09/26 601 Chestnut St. Philadelphia PA 0006273 ATM ID 6560S Card 7980 | 425.00 | | |
| 9/26 | | Purchase authorized on 09/23 Port Richmond Thri Philadelphia PA S586267482338639 Card 7980 | | 57.42 | |
| 9/26 | | Purchase authorized on 09/23 Pamma Jewelry Tool Philadelphia PA S586267555919179 Card 7980 | | 15.00 | |
| 9/26 | | Purchase authorized on 09/23 Ppa on Street Mete Philadelphia PA S586267567923598 Card 7980 | | 2.25 | |
| 9/26 | | Purchase authorized on 09/23 Ppa on Street Mete Philadelphia PA S306267593983912 Card 7980 | | 1.50 | |
| 9/26 | | Purchase authorized on 09/25 Lowes #01849* Philadelphia PA S466269631060611 Card 7980 | | 55.31 | |
| 9/26 | | Service Electric Service El G6J22K2203555 Keith M Scriven | | 100.00 | |
| 9/26 | | Service Electric Service El G6J22Q4710265 Keith M Scriven | | 165.00 | 2,745.03 |
| 9/27 | | Purchase authorized on 09/25 Reggae Reggae Vibe Philadelphia PA S166269669210456 Card 7980 | | 44.00 | |
| 9/27 | | Cash eWithdrawal in Branch/Store 09/27/2016 10:38 Am 122 Water St Newton NJ 7980 | | 900.00 | 1,801.03 |
| 9/29 | | Square Inc 160929R2 160929 L204142384703 Keith M. Scriven | 340.37 | | |
| 9/29 | | ATM Withdrawal authorized on 09/29 50 International Drive Flanders NJ 0002770 ATM ID 9856H Card 7980 | | 300.00 | |
| 9/29 | | Transamerica Transameri 160929 42089058 Keith Scriven | | 391.51 | |
| 9/29 | | Healthinspremium EDI Paymts 7268791 Lawrence Kane | | 535.21 | 914.68 |
| 9/30 | | ATM Check Deposit on 09/30 74 Church St Flemington NJ 0001564 ATM ID 6865W Card 7980 | 250.00 | | |
| 9/30 | | Purchase authorized on 09/28 The Home Depot #09 Newton NJ S586272599451459 Card 7980 | | 137.09 | |
| 9/30 | | Purchase authorized on 09/29 Petsmart Inc 1524 Mount Olive NJ S466273844533136 Card 7980 | | 65.86 | |
| 9/30 | | Purchase authorized on 09/29 Shoprite Wines and Stanhope NJ S466273852438032 Card 7980 | | 12.83 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 74 Church St Flemington NJ 0001565 ATM ID 6865W Card 7980 | | 40.00 | 908.90 |
| 10/3 | | ATM Cash Deposit on 10/01 74 Church St Flemington NJ 0002067 ATM ID 6865W Card 7980 | 300.00 | | |
| 10/3 | | Square Inc 161001R2 161001 L204143034511 Keith M. Scriven | 48.62 | | |
| 10/3 | | Purchase authorized on 09/30 Jewelers Depot Philadelphia PA S466274527232924 Card 7980 | | 491.31 | |
| 10/3 | | Purchase authorized on 09/30 Reggae Reggae Vibe Philadelphia PA S006274643876436 Card 7980 | | 22.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/3 | | Purchase authorized on 10/01 Burlington Stores30 Flemington NJ S466275590571004 Card 7980 | | 79.98 | |
| 10/3 | | Cash eWithdrawal in Branch/Store 10/03/2016 2:28 Pm 122 Water St Newton NJ 7980 | | 580.00 | |
| 10/3 | 169 | Check | | 209.00 | -124.77 |
| 10/4 | | ATM Cash Deposit on 10/04 601 Chestnut St. Philadelphia PA 0007285 ATM ID 6560S Card 7980 | 600.00 | | |
| 10/4 | | ATM Check Deposit on 10/04 2301 W Cheltenham Ave Philadelphia PA 0004572 ATM ID 0147W Card 7980 | 200.00 | | 675.23 |
| 10/5 | | Square Inc 161005R2 161005 L204143999515 Keith M. Scriven | 602.82 | | |
| 10/5 | | Cash eWithdrawal in Branch/Store 10/05/2016 9:08 Am 122 Water St Newton NJ 7980 | | 760.00 | 518.05 |
| 10/6 | | Purchase authorized on 10/04 Jewelers Depot Philadelphia PA S386278524323820 Card 7980 | | 32.04 | 486.01 |
| 10/7 | | Purchase authorized on 10/06 Mount Arlington Newark NJ S306280560251844 Card 7980 | | 32.00 | |
| 10/7 | | Purchase authorized on 10/07 Reggae Reggae Vibes Philadelphia PA P00000000057880975 Card 7980 | | 11.00 | |
| 10/7 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | |
| 10/7 | | Firstenergy Opco Fe Echeck 100118192457 Ronette Streeter | | 191.97 | 117.19 |
| 10/11 | | Deposit Made In A Branch/Store | 50.00 | | |
| 10/11 | | Deposit Made In A Branch/Store | 410.00 | | |
| 10/11 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibegj85688 on 10/10/16 | 40.00 | | |
| 10/11 | | Purchase authorized on 10/07 Wine & Spirits 518 Philadelphia PA S586281706344340 Card 7980 | | 38.85 | |
| 10/11 | | ATM Withdrawal authorized on 10/10 122 Water Street Newton NJ 0006982 ATM ID 0115N Card 7980 | | 60.00 | 518.34 |
| 10/12 | | Purchase authorized on 10/11 USPS 3358501343312 Newton NJ S306285636716640 Card 7980 | | 21.00 | |
| 10/12 | | Credit One Bank Payment 161009 0000165019728 Keith Scriven | | 60.00 | 437.34 |
| 10/13 | | ATM Check Deposit on 10/13 601 Chestnut St. Philadelphia PA 0002705 ATM ID 6560D Card 7980 | 300.00 | | |
| 10/13 | | Purchase authorized on 10/13 Vzwrlss*Ivr Ve 800-922-0204 NJ S586286818534345 Card 7980 | | 100.00 | |
| 10/13 | | Firstenergy Opco Fe Echeck 100110834700 Ronette Streeter | | 30.49 | |
| 10/13 | | Service Electric Service El F6K11P2235376 Keith M Scriven | | 160.00 | 446.85 |
| 10/14 | | eDeposit IN Branch/Store 10/14/16 12:47:28 Pm 340 S 2ND St Philadelphia PA 7980 | 500.00 | | |
| 10/14 | | Purchase authorized on 10/12 Fredon Animal Hosp Newton NJ S006286740339880 Card 7980 | | 100.00 | |
| 10/14 | | Purchase authorized on 10/13 Tractor Supply #11 Ringoes NJ S466287689300131 Card 7980 | | 31.01 | 815.84 |
| 10/17 | | Purchase authorized on 10/13 Fredon Animal Hosp Newton NJ S286287753289166 Card 7980 | | 250.00 | |
| 10/17 | | Purchase authorized on 10/14 Power Gas Belvidere NJ S306288439768509 Card 7980 | | 10.00 | |
| 10/17 | | Purchase authorized on 10/14 Tb Hagstoz and Son Philadelphia PA S466288579553042 Card 7980 | | 24.83 | |
| 10/17 | | Purchase authorized on 10/14 Jewelers Depot Philadelphia PA S386288618083955 Card 7980 | | 77.06 | 453.95 |
| **Ending balance on 10/17** | | | | | 453.95 |
| **Totals** | | | **$6,846.04** | **$6,959.91** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/18 | | Deposit Made In A Branch/Store | 1,000.00 | | |
| 10/18 | | New York Propert Nypiua 161018 0000034 I101816 002000581614 | | 239.33 | 1,214.62 |
| 10/19 | | Purchase authorized on 10/18 Busy Bee Fredon NJ S386292519468217 Card 7980 | | 38.25 | |
| 10/19 | | ATM Withdrawal authorized on 10/19 74 Church St Flemington NJ 0007395 ATM ID 6865W Card 7980 | | 100.00 | |
| 10/19 | | Centurylink Speedpay 161018 xxxxx1047 xxxxx8751 | | 117.94 | 958.43 |
| 10/20 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 756.65 | 201.78 |
| 10/21 | | Square Inc 161021R2 161021 L204148252164 Keith M. Scriven | 1,447.35 | | |
| 10/21 | | ATM Withdrawal authorized on 10/21 5458 Germantown Ave. Philadelphia PA 0005702 ATM ID 0213I Card 7980 | | 300.00 | 1,349.13 |
| 10/24 | | Purchase authorized on 10/20 The Storage Store 973-691-4848 NJ S306294786427395 Card 7980 | | 162.42 | |
| 10/24 | | Purchase authorized on 10/21 19 Petroleum Alpha Alpha NJ S586295437610802 Card 7980 | | 21.00 | |
| 10/24 | | Purchase authorized on 10/21 Gaffney Fabrics IN Philadelphia PA S386295616605905 Card 7980 | | 50.87 | |
| 10/24 | | ATM Withdrawal authorized on 10/22 122 Water Street Newton NJ 0009518 ATM ID 0115N Card 7980 | | 280.00 | |
| 10/24 | | Purchase authorized on 10/22 Petsmart Inc 2316 Newton NJ S306296611032535 Card 7980 | | 74.02 | |
| 10/24 | | Non-WF ATM Withdrawal authorized on 10/23 902 Main Street Stillwater NJ 00586297573580416 ATM ID NJ000296 Card 7980 | | 263.00 | |
| 10/24 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 10/24 | | Capital One Online Pmt 629639919247645 7983013892Scrivenkeith | | 280.00 | 215.32 |
| 10/25 | | Service Electric Service El F6K21D4146406 Keith M Scriven | | 145.20 | 70.12 |
| 10/26 | | Square Inc 161026R2 161026 L204149408536 Keith M. Scriven | 241.10 | | |
| 10/26 | | Purchase authorized on 10/24 Main Street Liquor Stillwater NJ S386298746251121 Card 7980 | | 16.49 | |
| 10/26 | | Purchase authorized on 10/25 Power Gas Belvidere NJ S306299436203161 Card 7980 | | 20.00 | |
| 10/26 | | Purchase authorized on 10/25 Jo-Ann Stores #235 Warrington PA S466299690034348 Card 7980 | | 6.34 | |
| 10/26 | | Purchase authorized on 10/26 Quick Chek Corp Belvidere NJ P00000000549613333 Card 7980 | | 2.02 | |
| 10/26 | | ATM Withdrawal authorized on 10/26 74 Church St Flemington NJ 0009441 ATM ID 6865W Card 7980 | | 100.00 | 166.37 |
| 10/27 | | Square Inc 161027R2 161027 L204149726246 Keith M. Scriven | 482.35 | | |
| 10/27 | | Purchase authorized on 10/26 Power Gas Belvidere NJ S386300457112781 Card 7980 | | 20.00 | |
| 10/27 | | Cash eWithdrawal in Branch/Store 10/27/2016 12:40 Pm 122 Water St Newton NJ 7980 | | 500.00 | 128.72 |
| 10/28 | | Square Inc 161028R2 161028 L204150058625 Keith M. Scriven | 964.85 | | |
| 10/28 | | ATM Check Deposit on 10/28 2 W. Girard Avenue Philadelphia PA 0005152 ATM ID 2091A Card 7980 | 800.00 | | |
| 10/28 | | Purchase authorized on 10/27 Petsmart Inc 2316 Newton NJ S586301610959336 Card 7980 | | 78.24 | |
| 10/28 | | Purchase authorized on 10/27 Petsmart Inc 2316 Newton NJ S306301656017257 Card 7980 | | 47.06 | |
| 10/28 | | ATM Withdrawal authorized on 10/28 74 Church St Flemington NJ 0009965 ATM ID 6865W Card 7980 | | 300.00 | |
| 10/28 | | Cash eWithdrawal in Branch/Store 10/28/2016 1:34 Pm 2 W Girard Ave Philadelphia PA 7980 | | 300.00 | 1,168.27 |
| 10/31 | | Square Inc 161031R2 161031 L204150719749 Keith M. Scriven | 194.50 | | |
| 10/31 | | Purchase authorized on 10/28 Power Gas Belvidere NJ S466302429480037 Card 7980 | | 25.00 | |
| 10/31 | | Purchase authorized on 10/28 Tb Hagstoz and Son Philadelphia PA S386302503359248 Card 7980 | | 35.84 | |

Account number: ▮▮▮▮5377 ■ October 18, 2016 - November 15, 2016 ■ Page 3 of 5


**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | ATM Withdrawal authorized on 10/29 2 W. Girard Avenue Philadelphia PA 0005484 ATM ID 2091A Card 7980 | | 100.00 | |
| 10/31 | | Cash eWithdrawal in Branch/Store 10/31/2016 2:43 Pm 2 W Washington Ave Washington NJ 7980 | | 900.00 | |
| 10/31 | | ATM Withdrawal authorized on 10/31 1 W Washington Ave Washington NJ 0007386 ATM ID 0216F Card 7980 | | 100.00 | 201.93 |
| 11/1 | | Square Inc 161101R2 161101 L204150891717 Keith M. Scriven | 482.35 | | |
| 11/1 | | Purchase authorized on 10/31 19 Petroleum Alpha Alpha NJ S386305446368469 Card 7980 | | 20.00 | |
| 11/1 | | Purchase authorized on 10/31 Tractor Supply #11 Ringoes NJ S386305646730516 Card 7980 | | 20.32 | |
| 11/1 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe2x8Lvsv on 11/01/16 | | 100.00 | 543.96 |
| 11/2 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe5Tblyzg on 11/02/16 | 80.00 | | |
| 11/2 | | Transamerica Transameri 161102 42089058 Keith Scriven | | 391.51 | 232.45 |
| 11/3 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibegjhhk6S on 11/03/16 | 15.00 | | |
| 11/3 | | Purchase authorized on 11/01 Fredon Deli Newton NJ S306306417088517 Card 7980 | | 9.99 | 237.46 |
| 11/4 | | ATM Cash Deposit on 11/04 25 W. Skippack Pike Broad Axe PA 0007879 ATM ID 0212K Card 7980 | 140.00 | | |
| 11/4 | | Purchase authorized on 11/02 Jewelers Depot Philadelphia PA S466307591784302 Card 7980 | | 215.03 | 162.43 |
| 11/7 | | Square Inc 161105R2 161105 L204152173019 Keith M. Scriven | 820.10 | | |
| 11/7 | | Square Inc 161105R2 161105 L204152173018 Keith M. Scriven | 1,945.00 | | |
| 11/7 | | Purchase authorized on 11/03 Main Street Liquor Stillwater NJ S306308792891086 Card 7980 | | 15.50 | |
| 11/7 | | ATM Withdrawal authorized on 11/05 122 Water Street Newton NJ 0002527 ATM ID 0115N Card 7980 | | 140.00 | |
| 11/7 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | |
| 11/7 | | Chase Epay 161105 2837889549 Lawrence M Kane | | 345.00 | 2,293.18 |
| 11/8 | | ATM Cash Deposit on 11/08 25 W. Skippack Pike Broad Axe PA 0008333 ATM ID 0212K Card 7980 | 400.00 | | |
| 11/8 | | Cash eWithdrawal in Branch/Store 11/08/2016 1:20 Pm 5810 Easton Rd Plumsteadville PA 7980 | | 1,000.00 | 1,693.18 |
| 11/9 | | Purchase authorized on 11/07 Main Street Liquor Stillwater NJ S466312709060793 Card 7980 | | 15.50 | |
| 11/9 | | Credit One Bank Payment 161108 0000169151518 Keith Scriven | | 70.00 | 1,607.68 |
| 11/10 | | Square Inc 161110R2 161110 L204153334646 Keith M. Scriven | 340.37 | | |
| 11/10 | | Purchase authorized on 11/08 Quick Chek Corpora Belvidere NJ S306313475171619 Card 7980 | | 2.02 | |
| 11/10 | | Purchase authorized on 11/08 Quick Chek Corpora Belvidere NJ S306313473845692 Card 7980 | | 25.00 | |
| 11/10 | | Purchase authorized on 11/09 Petsmart Inc 2316 Newton NJ S466314558803507 Card 7980 | | 55.23 | |
| 11/10 | | Centurylink Speedpay 161109 xxxxx1047 xxxxx0654 | | 180.00 | |
| 11/10 | | Healthinspremium EDI Paymts 7560401 Lawrence Kane | | 536.00 | |
| 11/10 | 168 | Check | | 400.00 | 749.80 |
| 11/14 | | ATM Cash Deposit on 11/12 1 Freedom Valley Dr. Plumsteadvill PA 0009717 ATM ID 0087R Card 7980 | 200.00 | | |
| 11/14 | | Purchase authorized on 11/10 Main Street Liquor Stillwater NJ S306315678465434 Card 7980 | | 15.50 | |

Account number: █████5377 ■ October 18, 2016 - November 15, 2016 ■ Page 4 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/14 | | ATM Withdrawal authorized on 11/11 601 Chestnut St. Philadelphia PA 0008247 ATM ID 6560D Card 7980 | | 300.00 | |
| 11/14 | | Purchase authorized on 11/12 Reggae Reggae Vibe Philadelphia PA S306317122355701 Card 7980 | | 11.00 | 623.30 |
| **Ending balance on 11/15** | | | | | **623.30** |
| **Totals** | | | **$9,552.97** | **$9,383.62** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 168 | 11/10 | 400.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/18/2016 - 11/15/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $70.12 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $6,917.97 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 25 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)    ☐

RC/RC

Account number:  ▮▮▮▮5377  ▪  November 16, 2016 - December 14, 2016  ▪  Page 2 of 6



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/16 | | ATM Cash Deposit on 11/16 122 Water Street Newton NJ 0005562 ATM ID 0115Q Card 7980 | 40.00 | | |
| 11/16 | | ATM Cash Deposit on 11/16 122 Water Street Newton NJ 0005564 ATM ID 0115Q Card 7980 | 20.00 | | 683.30 |
| 11/17 | | Purchase authorized on 11/16 Petsmart Inc 2316 Newton NJ S306321566148736 Card 7980 | | 18.18 | 665.12 |
| 11/18 | | Non-WF ATM Balance Inquiry Fee 11/18 Rte 663 & We Milford Sq PA ATM ID Vc0497 Card 7980 | | 2.00 | 663.12 |
| 11/22 | | Square Inc 161122R2 161122 L204156454777 Keith M. Scriven | 472.70 | | |
| 11/22 | | ATM Withdrawal authorized on 11/22 74 Church St Flemington NJ 0007218 ATM ID 6865W Card 7980 | | 100.00 | |
| 11/22 | | ATM Withdrawal authorized on 11/22 1 Freedom Valley Dr. Plumsteadvill PA 0001404 ATM ID 0087R Card 7980 | | 200.00 | |
| 11/22 | 173 | Check | | 649.85 | 185.97 |
| 11/23 | | eDeposit IN Branch/Store 11/23/16 04:02:35 Pm 601 Chestnut St Philadelphia PA 7980 | 39,600.00 | | |
| 11/23 | | Purchase authorized on 11/22 Petsmart Inc 2143 Flemington NJ S386327593204494 Card 7980 | | 60.12 | |
| 11/23 | | Purchase authorized on 11/22 Petsmart Inc 2143 Flemington NJ S306327596575031 Card 7980 | | 37.44 | |
| 11/23 | | ATM Withdrawal authorized on 11/23 601 Chestnut St. Philadelphia PA 0002869 ATM ID 6560S Card 7980 | | 20.00 | |
| 11/23 | | ATM Withdrawal authorized on 11/23 601 Chestnut St. Philadelphia PA 0000458 ATM ID 6560D Card 7980 | | 280.00 | 39,388.41 |
| 11/25 | | ATM Statement Fee 11/24 122 Water St Newton NJ ATM ID 0115N Card 7980 | | 1.00 | |
| 11/25 | | Purchase authorized on 11/22 Weis Markets 143 Newton NJ S586327517548258 Card 7980 | | 38.53 | |
| 11/25 | | Purchase authorized on 11/23 Scmua Lafayette NJ S586328538174995 Card 7980 | | 13.80 | |
| 11/25 | | Purchase authorized on 11/23 Lukoil 69259 Philadelphia PA S386328806164218 Card 7980 | | 29.89 | |
| 11/25 | | ATM Withdrawal authorized on 11/24 122 Water Street Newton NJ 0006316 ATM ID 0115N Card 7980 | | 300.00 | |
| 11/25 | | ATM Transfer authorized on 11/24 to Keith M Scriven Savings 122 Water Street Newton NJ 0006317 ATM ID 0115N Card 7980 | | 25,000.00 | |
| 11/25 | 174 | Check | | 455.00 | 13,550.19 |
| 11/28 | | Purchase authorized on 11/24 The Storage Store 973-691-4848 NJ S586329607771377 Card 7980 | | 162.42 | |
| 11/28 | | Purchase authorized on 11/25 PA Driver/Vehicle 800-932-4600 PA S306330605311698 Card 7980 | | 30.50 | |
| 11/28 | | Purchase authorized on 11/26 Fredon Animal Hosp Newton NJ S006331564270155 Card 7980 | | 277.35 | |
| 11/28 | | Cash eWithdrawal in Branch/Store 11/26/2016 10:52 Am 122 Water St Newton NJ 7980 | | 2,100.00 | |
| 11/28 | | ATM Withdrawal authorized on 11/26 122 Water Street Newton NJ 0006527 ATM ID 0115Q Card 7980 | | 300.00 | |
| 11/28 | | Purchase authorized on 11/28 Wal-Mart Wal-Mart Sto Newton NJ P00000000644780029 Card 7980 | | 759.50 | 9,920.42 |
| 11/29 | | Purchase authorized on 11/27 The Home Depot #09 Newton NJ S466332671218084 Card 7980 | | 694.43 | |
| 11/29 | | Purchase authorized on 11/27 The Home Depot #09 Newton NJ S586332704798253 Card 7980 | | 48.06 | |
| 11/29 | | Purchase authorized on 11/28 All County Fuel Oi 973-827-8179 NJ S166333589121563 Card 7980 | | 396.00 | 8,781.93 |
| 11/30 | | Purchase authorized on 11/28 The Home Depot #09 Newton NJ S586333532246943 Card 7980 | | 37.32 | |
| 11/30 | | Purchase authorized on 11/29 All County Fuel Oi 973-827-8179 NJ S166334749491896 Card 7980 | | 99.84 | 8,644.77 |

Account number: ▮▮▮▮5377 ■ November 16, 2016 - December 14, 2016 ■ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Purchase Return authorized on 11/30 Shoefitters Ambler PA S616336552865104 Card 7980 | 134.00 | | |
| 12/1 | | Purchase authorized on 11/29 Main Street Liquor Stillwater NJ S466334709822069 Card 7980 | | 15.50 | |
| 12/1 | | Purchase authorized on 11/30 Shoefitters Ambler PA S286335593850330 Card 7980 | | 234.00 | |
| 12/1 | | Purchase Bank Check OR Draft | | 1,515.53 | 7,013.74 |
| 12/2 | | Cash eWithdrawal in Branch/Store 12/02/2016 10:12 Am 1101 Old York Rd Abington PA 7980 | | 2,500.00 | |
| 12/2 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | |
| 12/2 | | Chubb Chubb02 161130 405313315195001 Keith Scriven | | 242.37 | |
| 12/2 | | Vz Wireless Ve E Check 161201 8801763 Keith *Scriven | | 298.20 | |
| 12/2 | | Transamerica Transameri 161202 42089058 Keith Scriven | | 391.51 | 3,447.81 |
| 12/5 | | Purchase authorized on 12/02 19 Petroleum Alpha Alpha NJ S306337468707353 Card 7980 | | 28.00 | |
| 12/5 | | Purchase authorized on 12/02 Wine & Spirits 518 Philadelphia PA S306337732925267 Card 7980 | | 164.06 | |
| 12/5 | | Purchase authorized on 12/02 Port Richmond Thri Philadelphia PA S386337766429396 Card 7980 | | 56.49 | |
| 12/5 | | ATM Withdrawal authorized on 12/03 3400 Aramingo Avenue Philadelphia PA 0005157 ATM ID 0262x Card 7980 | | 300.00 | |
| 12/5 | | Non-WF ATM Withdrawal authorized on 12/04 395 Route 94 Fredon NJ 004663395926668193 ATM ID NJ000312 Card 7980 | | 303.00 | |
| 12/5 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 12/5 | | Cash eWithdrawal in Branch/Store 12/05/2016 2:35 Pm 122 Water St Newton NJ 7980 | | 600.00 | 1,993.76 |
| 12/6 | 175 | Check | | 320.00 | 1,673.76 |
| 12/7 | | ATM Withdrawal authorized on 12/07 601 Chestnut St. Philadelphia PA 0002537 ATM ID 6560D Card 7980 | | 300.00 | 1,373.76 |
| 12/9 | | ATM Cash Deposit on 12/09 601 Chestnut St. Philadelphia PA 0004611 ATM ID 6560S Card 7980 | 2,000.00 | | |
| 12/9 | | Purchase authorized on 12/08 Petsmart Inc 2316 Newton NJ S586343700929132 Card 7980 | | 109.11 | 3,264.65 |
| 12/12 | | Purchase authorized on 12/10 Wawa 288 0000 Pipersville PA S466345610609257 Card 7980 | | 31.02 | |
| 12/12 | | Purchase authorized on 12/10 Tractor Supply #18 Pipersville PA S586345630323812 Card 7980 | | 107.75 | |
| 12/12 | | Purchase authorized on 12/10 Marshalls #1267 Phillipsburg NJ S386345670603482 Card 7980 | | 139.96 | |
| 12/12 | | Capital One Phone Pymt 634439869011259 7983013892Scrivenkeith | | 535.00 | 2,450.92 |
| 12/13 | | ATM Withdrawal authorized on 12/13 1 W Washington Ave Washington NJ 0005820 ATM ID 0216F Card 7980 | | 300.00 | 2,150.92 |
| 12/14 | | Pgw Webpay Utility 161213 7631938 Keith Scriven | | 100.00 | 2,050.92 |
| **Ending balance on 12/14** | | | | | **2,050.92** |
| **Totals** | | | **$42,266.70** | **$40,839.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 173 | 11/22 | 649.85 | 174 | 11/25 | 455.00 | 175 | 12/6 | 320.00 |



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | | Purchase authorized on 12/13 Jewelers Depot Philadelphia PA S386348606430618 Card 7980 | | 187.32 | 1,863.60 |
| 12/16 | | ATM Withdrawal authorized on 12/16 601 Chestnut St. Philadelphia PA 0005283 ATM ID 6560S Card 7980 | | 300.00 | |
| 12/16 | 176 | Check | | 295.00 | 1,268.60 |
| 12/19 | | ATM Transfer authorized on 12/19 From Keith M Scriven Savings 122 Water Street Newton NJ 0001561 ATM ID 0115N Card 7980 | 3,700.00 | | |
| 12/19 | | Purchase authorized on 12/16 Quick Chek Corpora Belvidere NJ S586351475707569 Card 7980 | | 27.66 | |
| 12/19 | | Purchase authorized on 12/16 Michaels Stores 99 North Wales PA S466351539891505 Card 7980 | | 21.12 | |
| 12/19 | | Purchase authorized on 12/16 Metal Marketplace 2155928777 PA S386351633074143 Card 7980 | | 112.88 | |
| 12/19 | | ATM Withdrawal authorized on 12/19 122 Water Street Newton NJ 0001562 ATM ID 0115N Card 7980 | | 300.00 | 4,506.94 |
| 12/20 | | Credit One Bank Payment 161219 0000174847138 Keith Scriven | | 200.00 | |
| 12/20 | | Peco - Wallet Ac Bill Pay 161219 19357506381 Peco - Wallet ACH Sch | | 202.00 | 4,104.94 |
| 12/21 | | Purchase authorized on 12/19 The Storage Store 973-691-4848 NJ S306354453140342 Card 7980 | | 162.42 | |
| 12/21 | | Purchase authorized on 12/20 Joann Stores Inc Succasunna NJ S306355579583557 Card 7980 | | 76.51 | |
| 12/21 | | ATM Withdrawal authorized on 12/21 75 East City Line Ave Bala Cynwyd PA 0008255 ATM ID 0174Y Card 7980 | | 300.00 | |
| 12/21 | 177 | Check | | 854.93 | 2,711.08 |
| 12/23 | | Purchase authorized on 12/21 Jewelers Depot Philadelphia PA S586356594441513 Card 7980 | | 567.72 | |
| 12/23 | | Purchase authorized on 12/21 Jewelers Depot Philadelphia PA S306356664091302 Card 7980 | | 114.05 | |
| 12/23 | | Purchase authorized on 12/22 Nycdot Parking Met Long Is City NY S386357568342363 Card 7980 | | 3.50 | |
| 12/23 | | ATM Withdrawal authorized on 12/23 601 Chestnut St. Philadelphia PA 0005290 ATM ID 6560D Card 7980 | | 300.00 | |
| 12/23 | | Purchase authorized on 12/23 Pamma Jewelry Tool Philadelphia PA P00466358704387143 Card 7980 | | 32.00 | |
| 12/23 | | Purchase with Cash Back $ 20.00 authorized on 12/23 Tractor Supply # 6719 Bedminster PA P00466358820777443 Card 7980 | | 58.14 | 1,635.67 |
| 12/27 | | ATM Transfer authorized on 12/27 From Keith M Scriven Savings 122 Water Street Newton NJ 0009646 ATM ID 0115Q Card 7980 | 3,000.00 | | |
| 12/27 | | Purchase authorized on 12/22 Bourbon Branch Philadelphia PA S466358104670775 Card 7980 | | 25.78 | |
| 12/27 | | Purchase authorized on 12/23 Enterprise Rent-A- Glenside PA S586358596820419 Card 7980 | | 955.37 | |
| 12/27 | | Purchase authorized on 12/23 Petsmart # 0560 Montgomery to PA S586358799134442 Card 7980 | | 147.50 | |
| 12/27 | | Purchase authorized on 12/23 Wawa 288 0000 Pipersville PA S386358815077367 Card 7980 | | 25.40 | |
| 12/27 | | ATM Withdrawal authorized on 12/24 122 Water Street Newton NJ 0002921 ATM ID 0115N Card 7980 | | 300.00 | |
| 12/27 | | Purchase authorized on 12/26 Ops* Newton Expres Newton NJ S466361644793916 Card 7980 | | 20.00 | |
| 12/27 | | Cash eWithdrawal in Branch/Store 12/27/2016 3:09 Pm 122 Water St Newton NJ 7980 | | 1,400.00 | 1,761.62 |
| 12/28 | | ATM Withdrawal authorized on 12/28 601 Chestnut St. Philadelphia PA 0006540 ATM ID 6560S Card 7980 | | 100.00 | |
| 12/28 | 178 | Check | | 1,500.00 | 161.62 |
| 12/29 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe8Qvkjgt on 12/29/16 | 2,000.00 | | |
| 12/29 | | Purchase authorized on 12/28 USPS PO 4165940114 Philadelphia PA S386363735751802 Card 7980 | | 22.95 | |

Account number:  ▆▆▆▆5377  ■  December 15, 2016 - January 17, 2017  ■  Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/29 | | Non-WF ATM Withdrawal authorized on 12/29 902 Main Street Stillwater NJ 00386364666351980 ATM ID NJ000296 Card 7980 | | 303.00 | |
| 12/29 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 1,833.17 |
| 12/30 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibegjytrh2 on 12/30/16 | 1,000.00 | | |
| 12/30 | | Purchase authorized on 12/29 Busy Bee Fredon NJ S466364698578675 Card 7980 | | 94.50 | 2,738.67 |
| 1/3 | | Purchase authorized on 12/30 All County Fuel Oi 973-827-8179 NJ S006365475653459 Card 7980 | | 446.00 | |
| 1/3 | | Purchase authorized on 12/30 Lukoil 69267 Philadelphia PA S466365708396442 Card 7980 | | 22.66 | |
| 1/3 | | Purchase authorized on 01/02 Wal-Mart #2604 Newton NJ S467002504841936 Card 7980 | | 14.40 | |
| 1/3 | | Purchase authorized on 01/02 All County Fuel Oi 973-827-8179 NJ S167002638413518 Card 7980 | | 20.00 | |
| 1/3 | | Purchase authorized on 01/02 Narberth Beverage Narberth PA P00000000531670693 Card 7980 | | 24.00 | |
| 1/3 | | Transamerica Transameri 161231 42089058 Keith Scriven | | 391.51 | |
| 1/3 | | Independence Blu Web Pay 161230 1000243874000 Lawrence Kane | | 1,217.22 | 602.88 |
| 1/5 | | ATM Withdrawal authorized on 01/05 122 Water Street Newton NJ 0005063 ATM ID 0115N Card 7980 | | 300.00 | 302.88 |
| 1/6 | | Purchase authorized on 01/05 Marshalls #443 Newton NJ S387005660845740 Card 7980 | | 111.99 | 190.89 |
| 1/9 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib0346R68N on 01/08/17 | 300.00 | | |
| 1/9 | | ATM Withdrawal authorized on 01/07 122 Water Street Newton NJ 0005564 ATM ID 0115N Card 7980 | | 80.00 | 410.89 |
| 1/11 | | WT Fed#00476 Pnc Bank New Jerse /Org=Allied Title, LLC DBA Srf# 2017011100016956 Trn#170111065994 Rfb# Proceeds | 4,907.13 | | |
| 1/11 | | Wire Trans Svc Charge - Sequence: 170111065994 Srf# 2017011100016956 Trn#170111065994 Rfb# Proceeds | | 15.00 | |
| 1/11 | | Non-WF ATM Withdrawal authorized on 01/11 165 Main Street, Rt Andover NJ 00307011572436186 ATM ID NJ000430 Card 7980 | | 103.00 | |
| 1/11 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 1/11 | 179 | Check | | 159.24 | 5,038.28 |
| 1/12 | | Purchase authorized on 01/11 Harris Automotive Philadelphia PA S467011725367522 Card 7980 | | 258.12 | |
| 1/12 | | Purchase authorized on 01/11 Petsmart Inc 2143 Flemington NJ S467011763338979 Card 7980 | | 96.72 | |
| 1/12 | | Cash eWithdrawal in Branch/Store 01/12/2017 10:44 Am 122 Water St Newton NJ 7980 | | 1,300.00 | 3,383.44 |
| 1/13 | | eDeposit IN Branch/Store 01/13/17 03:24:41 Pm 601 Chestnut St Philadelphia PA 7980 | 2,000.00 | | |
| 1/13 | | Purchase authorized on 01/11 Mountain Valley 908-4533000 NJ S467011783203442 Card 7980 | | 21.35 | |
| 1/13 | | Purchase authorized on 01/11 Quick Chek Corpora Belvidere NJ S387011793023684 Card 7980 | | 25.00 | |
| 1/13 | | ATM Withdrawal authorized on 01/13 601 Chestnut St. Philadelphia PA 0008252 ATM ID 6560S Card 7980 | | 300.00 | |
| 1/13 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | 4,903.24 |
| 1/17 | | Purchase authorized on 01/13 Quick Ckek Food St Ringoes NJ S467013493746171 Card 7980 | | 25.00 | |
| 1/17 | | Purchase authorized on 01/13 IN *Anita T. Conne 215-7828833 PA S467013738331746 Card 7980 | | 500.00 | |
| 1/17 | | Purchase authorized on 01/13 IN *Anita T. Conne 215-7828833 PA S467013739805725 Card 7980 | | 500.00 | |
| 1/17 | | Purchase authorized on 01/14 Reggae Reggae Vibe Philadelphia PA S307013773658348 Card 7980 | | 23.76 | |
| 1/17 | | Purchase authorized on 01/16 McDonald's F19994 Succasunna NJ S307016569816591 Card 7980 | | 6.72 | |

Account number: ▮▮▮▮5377 ■ December 15, 2016 - January 17, 2017 ■ Page 4 of 6

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/17 | | Purchase authorized on 01/16 Shoprite Wines and Stanhope NJ S467016584181988 Card 7980 | | 20.29 | |
| 1/17 | | Vz Wireless Ve Vzw Webpay 170113 8970488 Keith *Scriven | | 210.00 | |
| 1/17 | | Firstenergy Opco Fe Echeck 100110834700 Ronette Streeter | | 117.65 | |
| 1/17 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 557.08 | 2,942.74 |
| **Ending balance on 1/17** | | | | | **2,942.74** |
| **Totals** | | | **$16,907.13** | **$16,015.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 176 | 12/16 | 295.00 | 178 | 12/28 | 1,500.00 | 179 | 1/11 | 159.24 |
| 177 | 12/21 | 854.93 | | | | | | |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/15/2016 - 01/17/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $161.62 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 34 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)    ☐

RC/RC

 **IMPORTANT ACCOUNT INFORMATION**

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of

# Wells Fargo Way2Save® Savings



Account number:  ▮▮▮▮▮1981  ■ October 1, 2016 - October 31, 2016  ■ Page 1 of 3

KEITH M SCRIVEN
DEBTOR IN POSSESSION
CH 11 CASE 13-18271 EPA
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $45.29 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 45.00 |
| **Ending balance on 10/31** | **$0.29** |

Account number:  ▮▮▮▮▮1981
**KEITH M SCRIVEN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-18271 EPA**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $18.19 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.06 |

Account number:  ▇▇▇▇1981  ■  October 1, 2016 - October 31, 2016  ■  Page 2 of 3

**WELLS FARGO**

---

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 10/11 | ✳ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibegj85688 on 10/10/16 | | 40.00 | 5.29 |
| 10/31 | Monthly Service Fee | | 5.00 | 0.29 |
| | **Ending balance on 10/31** | | | **0.29** |
| **Totals** | | **$0.00** | **$45.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳   *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2016 - 10/31/2016 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.29 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

---



# ✓ IMPORTANT ACCOUNT INFORMATION

---

It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.

# Wells Fargo Way2Save® Savings



Account number:  ▇▇▇▇▇1981  ■  November 1, 2016 - November 30, 2016  ■  Page 1 of 3

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $0.29 |
| Deposits/Additions | 25,100.04 |
| Withdrawals/Subtractions | - 100.00 |
| **Ending balance on 11/30** | **$25,000.33** |

Account number:  ▇▇▇▇▇1981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.04 |
| Average collected balance | $5,008.95 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.10 |

## Transaction history

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 11/1 | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ibe2x8Lvsv on 11/01/16 | 100.00 | | 100.29 |
| 11/2 | * Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibe5Tblyzg on 11/02/16 | | 80.00 | 20.29 |



**WELLS FARGO**

## Transaction history (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 11/3 | ✱ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibegjhhk6S on 11/03/16 | | 15.00 | 5.29 |
| 11/25 | ATM Transfer authorized on 11/24 From Keith M Scriven Checking 122 Water Street Newton NJ 0006317 ATM ID 0115N Card 7980 | 25,000.00 | | 25,005.29 |
| 11/30 | Interest Payment | 0.04 | | |
| 11/30 | Monthly Service Fee | | 5.00 | 25,000.33 |
| **Ending balance on 11/30** | | | | **25,000.33** |
| **Totals** | | **$25,100.04** | **$100.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✱ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/01/2016 - 11/30/2016 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.29 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

# Wells Fargo Way2Save® Savings



Account number:  ████ 1981  ■  December 1, 2016 - December 31, 2016  ■  Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $25,000.33 |
| Deposits/Additions | 0.13 |
| Withdrawals/Subtractions | - 22,000.00 |
| **Ending balance on 12/31** | **$3,000.46** |

Account number:  ████ 1981

**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.13 |
| Average collected balance | $15,726.13 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.13 |
| Interest paid this year | $0.23 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 12/2 | Cash eWithdrawal in Branch/Store 12/02/2016 10:14 Am 1101 Old York Rd Abington PA 7980 | | 2,500.00 | 22,500.33 |
| 12/9 | Withdrawal Made In A Branch/Store | | 3,800.00 | 18,700.33 |
| 12/19 | ATM Transfer authorized on 12/19 to Keith M Scriven Checking 122 Water Street Newton NJ 0001561 ATM ID 0115N Card 7980 | | 3,700.00 | 15,000.33 |

Account number:  ▮▮▮▮▮▮1981  ■  December 1, 2016 - December 31, 2016  ■  Page 2 of 4



---

### Transaction history  (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 12/23 | Withdrawal Made In A Branch/Store | | 6,000.00 | 9,000.33 |
| 12/27 | ATM Transfer authorized on 12/27 to Keith M Scriven Checking 122 Water Street Newton NJ 0009646 ATM ID 0115Q Card 7980 | | 3,000.00 | 6,000.33 |
| 12/29 | * Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibe8Qvkjgt on 12/29/16 | | 2,000.00 | 4,000.33 |
| 12/30 | * Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ibegjytrh2 on 12/30/16 | | 1,000.00 | |
| 12/30 | Interest Payment | 0.13 | | 3,000.46 |
| **Ending balance on 12/31** | | | | **3,000.46** |
| **Totals** | | **$0.13** | **$22,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2016 - 12/31/2016 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $3,000.33 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM

# ✓ IMPORTANT ACCOUNT INFORMATION



It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.

---

Amendment to our Funds Availability Policy