UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| | : | |
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

# Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 1st - 2017

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan: November 24, 2015

2. Cash balance at the beginning of this quarter: $ 1,017.97
Total receipts during this quarter: 38,896.30
Total disbursements during this quarter: 40,958.09
Cash balance at the end of this quarter: 841.97

3. Payments made pursuant to the Plan this quarter:
Total payments to be made pursuant to the Plan: *
Cumulative paid to date: *
Balance remaining to be made under the Plan: *

* - Debtor has modified his mortgages under the Plan ($17,194.51 per month until the maturity dates of these mortgages).

| AS OF END OF THIS REPORTING PERIOD: | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? | x | |

**[If "No," attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment <u>and</u> an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]** x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? x

7. Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]** x

8. Has the order confirming the Plan become non-appealable? x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]** x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan? x

11. Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]** x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? x

13. Anticipated date of motion for final decree: November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

5/20/17

Dated:

Keith M. Scriven, Debtor

Current Address: 1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.: (215) 564 - 3999

# Wells Fargo Everyday Checking

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/15 | $2,050.92 |
| Deposits/Additions | 16,907.13 |
| Withdrawals/Subtractions | - 16,015.31 |
| **Ending balance on 1/17** | **$2,942.74** |

Account number: ██████**5377**
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████5377 ■ December 15, 2016 - January 17, 2017 ■ Page 2 of 6


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | | Purchase authorized on 12/13 Jewelers Depot Philadelphia PA S386348606430618 Card 7980 | | 187.32 | 1,863.60 |
| 12/16 | | ATM Withdrawal authorized on 12/16 601 Chestnut St. Philadelphia PA 0005283 ATM ID 6560S Card 7980 | | 300.00 | |
| 12/16 | 176 | Check | | 295.00 | 1,268.60 |
| 12/19 | | ATM Transfer authorized on 12/19 From Keith M Scriven Savings 122 Water Street Newton NJ 0001561 ATM ID 0115N Card 7980 | 3,700.00 | | |
| 12/19 | | Purchase authorized on 12/16 Quick Chek Corpora Belvidere NJ S586351475707569 Card 7980 | | 27.66 | |
| 12/19 | | Purchase authorized on 12/16 Michaels Stores 99 North Wales PA S466351539891505 Card 7980 | | 21.12 | |
| 12/19 | | Purchase authorized on 12/16 Metal Marketplace 2155928777 PA S386351633074143 Card 7980 | | 112.88 | |
| 12/19 | | ATM Withdrawal authorized on 12/19 122 Water Street Newton NJ 0001562 ATM ID 0115N Card 7980 | | 300.00 | 4,506.94 |
| 12/20 | | Credit One Bank Payment 161219 0000174847138 Keith Scriven | | 200.00 | |
| 12/20 | | Peco - Wallet Ac Bill Pay 161219 19357506381 Peco - Wallet ACH Sch | | 202.00 | 4,104.94 |
| 12/21 | | Purchase authorized on 12/19 The Storage Store 973-691-4848 NJ S306354453140342 Card 7980 | | 162.42 | |
| 12/21 | | Purchase authorized on 12/20 Joann Stores Inc Succasunna NJ S306355579583557 Card 7980 | | 76.51 | |
| 12/21 | | ATM Withdrawal authorized on 12/21 75 East City Line Ave Bala Cynwyd PA 0008255 ATM ID 0174Y Card 7980 | | 300.00 | |
| 12/21 | 177 | Check | | 854.93 | 2,711.08 |
| 12/23 | | Purchase authorized on 12/21 Jewelers Depot Philadelphia PA S586356594441513 Card 7980 | | 567.72 | |
| 12/23 | | Purchase authorized on 12/21 Jewelers Depot Philadelphia PA S306356664091302 Card 7980 | | 114.05 | |
| 12/23 | | Purchase authorized on 12/22 Nycdot Parking Met Long Is City NY S386357568342363 Card 7980 | | 3.50 | |
| 12/23 | | ATM Withdrawal authorized on 12/23 601 Chestnut St. Philadelphia PA 0005290 ATM ID 6560D Card 7980 | | 300.00 | |
| 12/23 | | Purchase authorized on 12/23 Pamma Jewelry Tool Philadelphia PA P00466358704387143 Card 7980 | | 32.00 | |
| 12/23 | | Purchase with Cash Back $ 20.00 authorized on 12/23 Tractor Supply # 6719 Bedminster PA P00466358820777443 Card 7980 | | 58.14 | 1,635.67 |
| 12/27 | | ATM Transfer authorized on 12/27 From Keith M Scriven Savings 122 Water Street Newton NJ 0009646 ATM ID 0115Q Card 7980 | 3,000.00 | | |
| 12/27 | | Purchase authorized on 12/22 Bourbon Branch Philadelphia PA S466358104670775 Card 7980 | | 25.78 | |
| 12/27 | | Purchase authorized on 12/23 Enterprise Rent-A- Glenside PA S586358596820419 Card 7980 | | 955.37 | |
| 12/27 | | Purchase authorized on 12/23 Petsmart # 0560 Montgomery to PA S586358799134442 Card 7980 | | 147.50 | |
| 12/27 | | Purchase authorized on 12/23 Wawa 288 0000 Pipersville PA S386358815077367 Card 7980 | | 25.40 | |
| 12/27 | | ATM Withdrawal authorized on 12/24 122 Water Street Newton NJ 0002921 ATM ID 0115N Card 7980 | | 300.00 | |
| 12/27 | | Purchase authorized on 12/26 Ops* Newton Expres Newton NJ S466361644793916 Card 7980 | | 20.00 | |
| 12/27 | | Cash eWithdrawal in Branch/Store 12/27/2016 3:09 Pm 122 Water St Newton NJ 7980 | | 1,400.00 | 1,761.62 |
| 12/28 | | ATM Withdrawal authorized on 12/28 601 Chestnut St. Philadelphia PA 0006540 ATM ID 6560S Card 7980 | | 100.00 | |
| 12/28 | 178 | Check | | 1,500.00 | 161.62 |
| 12/29 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibe8Qvkjgt on 12/29/16 | 2,000.00 | | |
| 12/29 | | Purchase authorized on 12/28 USPS PO 4165940114 Philadelphia PA S386363735751802 Card 7980 | | 22.95 | |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/29 | | Non-WF ATM Withdrawal authorized on 12/29 902 Main Street Stillwater NJ 00386364666351980 ATM ID NJ000296 Card 7980 | | 303.00 | |
| 12/29 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 1,833.17 |
| 12/30 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ibegjytrh2 on 12/30/16 | 1,000.00 | | |
| 12/30 | | Purchase authorized on 12/29 Busy Bee Fredon NJ S466364698578675 Card 7980 | | 94.50 | 2,738.67 |
| 1/3 | | Purchase authorized on 12/30 All County Fuel Oi 973-827-8179 NJ S006365475653459 Card 7980 | | 446.00 | |
| 1/3 | | Purchase authorized on 12/30 Lukoil 69267 Philadelphia PA S466365708396442 Card 7980 | | 22.66 | |
| 1/3 | | Purchase authorized on 01/02 Wal-Mart #2604 Newton NJ S467002504841936 Card 7980 | | 14.40 | |
| 1/3 | | Purchase authorized on 01/02 All County Fuel Oi 973-827-8179 NJ S167002638413518 Card 7980 | | 20.00 | |
| 1/3 | | Purchase authorized on 01/02 Narberth Beverage Narberth PA P00000000531670693 Card 7980 | | 24.00 | |
| 1/3 | | Transamerica Transameri 161231 42089058 Keith Scriven | | 391.51 | |
| 1/3 | | Independence Blu Web Pay 161230 1000243874000 Lawrence Kane | | 1,217.22 | 602.88 |
| 1/5 | | ATM Withdrawal authorized on 01/05 122 Water Street Newton NJ 0005063 ATM ID 0115N Card 7980 | | 300.00 | 302.88 |
| 1/6 | | Purchase authorized on 01/05 Marshalls #443 Newton NJ S387005660845740 Card 7980 | | 111.99 | 190.89 |
| 1/9 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib0346R68N on 01/08/17 | 300.00 | | |
| 1/9 | | ATM Withdrawal authorized on 01/07 122 Water Street Newton NJ 0005564 ATM ID 0115N Card 7980 | | 80.00 | 410.89 |
| 1/11 | | WT Fed#00476 Pnc Bank New Jerse /Org=Allied Title, LLC DBA Srf# 2017011100016956 Trn#170111065994 Rfb# Proceeds | 4,907.13 | | |
| 1/11 | | Wire Trans Svc Charge - Sequence: 170111065994 Srf# 2017011100016956 Trn#170111065994 Rfb# Proceeds | | 15.00 | |
| 1/11 | | Non-WF ATM Withdrawal authorized on 01/11 165 Main Street, Rt Andover NJ 00307011572436186 ATM ID NJ000430 Card 7980 | | 103.00 | |
| 1/11 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 1/11 | 179 | Check | | 159.24 | 5,038.28 |
| 1/12 | | Purchase authorized on 01/11 Harris Automotive Philadelphia PA S467011725367522 Card 7980 | | 258.12 | |
| 1/12 | | Purchase authorized on 01/11 Petsmart Inc 2143 Flemington NJ S467011763338979 Card 7980 | | 96.72 | |
| 1/12 | | Cash eWithdrawal in Branch/Store 01/12/2017 10:44 Am 122 Water St Newton NJ 7980 | | 1,300.00 | 3,383.44 |
| 1/13 | | eDeposit IN Branch/Store 01/13/17 03:24:41 Pm 601 Chestnut St Philadelphia PA 7980 | 2,000.00 | | |
| 1/13 | | Purchase authorized on 01/11 Mountain Valley 908-4533000 NJ S467011783203442 Card 7980 | | 21.35 | |
| 1/13 | | Purchase authorized on 01/11 Quick Chek Corpora Belvidere NJ S387011793023684 Card 7980 | | 25.00 | |
| 1/13 | | ATM Withdrawal authorized on 01/13 601 Chestnut St. Philadelphia PA 0008252 ATM ID 6560S Card 7980 | | 300.00 | |
| 1/13 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | 4,903.24 |
| 1/17 | | Purchase authorized on 01/13 Quick Ckek Food St Ringoes NJ S467013493746171 Card 7980 | | 25.00 | |
| 1/17 | | Purchase authorized on 01/13 IN *Anita T. Conne 215-7828833 PA S467013738331746 Card 7980 | | 500.00 | |
| 1/17 | | Purchase authorized on 01/13 IN *Anita T. Conne 215-7828833 PA S467013739805725 Card 7980 | | 500.00 | |
| 1/17 | | Purchase authorized on 01/14 Reggae Reggae Vibe Philadelphia PA S307013773658348 Card 7980 | | 23.76 | |
| 1/17 | | Purchase authorized on 01/16 McDonald's F19994 Succasunna NJ S307016569816591 Card 7980 | | 6.72 | |

WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/17 | | Purchase authorized on 01/16 Shoprite Wines and Stanhope NJ S467016584181988 Card 7980 | | 20.29 | |
| 1/17 | | Vz Wireless Ve Vzw Webpay 170113 8970488 Keith *Scriven | | 210.00 | |
| 1/17 | | Firstenergy Opco Fe Echeck 100110834700 Ronette Streeter | | 117.65 | |
| 1/17 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 557.08 | 2,942.74 |
| **Ending balance on 1/17** | | | | | **2,942.74** |
| **Totals** | | | **$16,907.13** | **$16,015.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 176 | 12/16 | 295.00 | 178 | 12/28 | 1,500.00 | 179 | 1/11 | 159.24 |
| 177 | 12/21 | 854.93 | | | | | | |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/15/2016 - 01/17/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $161.62 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 34 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($5.00 discount) ☐

RC/RC

# IMPORTANT ACCOUNT INFORMATION

---

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

---

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of

Account number: ▉▉▉▉5377 ■ January 18, 2017 - February 14, 2017 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/18 | | Purchase authorized on 01/16 Exxonmobil 4797 Andover NJ S387016513250198 Card 7980 | | 25.00 | |
| 1/18 | | Purchase authorized on 01/16 Ramsey Outdoor -Su Succasunna NJ S387016566738542 Card 7980 | | 114.99 | |
| 1/18 | | ATM Withdrawal authorized on 01/18 50 International Drive Flanders NJ 0003892 ATM ID 9856H Card 7980 | | 300.00 | 2,502.75 |
| 1/19 | | Purchase authorized on 01/18 Dover Parking Util Dover NJ S307018529499372 Card 7980 | | 5.00 | |
| 1/19 | | Purchase authorized on 01/18 Njt Dover Dover NJ S467018539078390 Card 7980 | | 30.50 | |
| 1/19 | | ATM Withdrawal authorized on 01/19 122 Water Street Newton NJ 0007780 ATM ID 0115N Card 7980 | | 300.00 | 2,167.25 |
| 1/20 | | Purchase authorized on 01/18 Nyc Taxi Ccrmt Long Is City NY S387018710636167 Card 7980 | | 15.96 | |
| 1/20 | | Purchase authorized on 01/19 Houndstooth Pub New York NY S587018781118345 Card 7980 | | 41.00 | |
| 1/20 | | Purchase authorized on 01/19 Tractor Supply Com Blairstown NJ S387019652318540 Card 7980 | | 55.64 | |
| 1/20 | | ATM Withdrawal authorized on 01/20 601 Chestnut St. Philadelphia PA 0009371 ATM ID 6560D Card 7980 | | 300.00 | 1,754.65 |
| 1/23 | | eDeposit IN Branch/Store 01/23/17 10:40:08 Am 122 Water St Newton NJ 7980 | 11,529.38 | | |
| 1/23 | | Purchase authorized on 01/20 All County Fuel Oi 973-827-8179 NJ S087020475568178 Card 7980 | | 243.00 | |
| 1/23 | | Purchase authorized on 01/20 19 Petroleum Alpha Alpha NJ S387020477385407 Card 7980 | | 30.00 | |
| 1/23 | | Purchase authorized on 01/21 Marshalls #440 Flemington NJ S387021564373397 Card 7980 | | 102.73 | |
| 1/23 | | ATM Withdrawal authorized on 01/22 122 Water Street Newton NJ 0002114 ATM ID 0115Q Card 7980 | | 300.00 | |
| 1/23 | | Cash eWithdrawal in Branch/Store 01/23/2017 10:41 Am 122 Water St Newton NJ 7980 | | 500.00 | 12,108.30 |
| 1/26 | | Purchase authorized on 01/25 Petsmart # 2143 Flemington NJ S587025787292107 Card 7980 | | 46.80 | |
| 1/26 | | ATM Withdrawal authorized on 01/26 122 Water Street Newton NJ 0009083 ATM ID 0115N Card 7980 | | 300.00 | 11,761.50 |
| 1/27 | | Cash eWithdrawal in Branch/Store 01/27/2017 11:50 Am 601 Chestnut St Philadelphia PA 7980 | | 2,500.00 | |
| 1/27 | 181 | Check | | 251.00 | |
| 1/27 | | Capital One Online Pmt 702739919553819 7983013892Scrivenkeith | | 120.00 | 8,890.50 |
| 1/30 | | Purchase authorized on 01/26 The Home Depot #09 Newton NJ S307026658671830 Card 7980 | | 41.11 | |
| 1/30 | | ATM Withdrawal authorized on 01/28 74 Church St Flemington NJ 0006068 ATM ID 6865W Card 7980 | | 300.00 | |
| 1/30 | ^ 180 | American Express Arc Pmt 170129 00180 | | 1,630.80 | 6,918.59 |
| 1/31 | | Purchase authorized on 01/30 Main Street Liquor Stillwater NJ S467030631135511 Card 7980 | | 15.50 | 6,903.09 |
| 2/1 | | Transamerica Transameri 170201 42089058 Keith Scriven | | 391.51 | 6,511.58 |
| 2/2 | | Purchase authorized on 02/01 Busy Bee Fredon NJ S307032500457217 Card 7980 | | 30.00 | |
| 2/2 | | Purchase authorized on 02/01 Petco 1855 6351 Phillipsburg NJ S587032777161598 Card 7980 | | 53.43 | |
| 2/2 | | Purchase authorized on 02/01 Hop & Vine Liquors Belvidere NJ S307032789186348 Card 7980 | | 21.36 | 6,406.79 |
| 2/3 | | Purchase authorized on 12/06 Petvalu #5415 Phillipsburg NJ S627034546956753 Card 7980 | | 42.79 | |
| 2/3 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | |
| 2/3 | 182 | Check | | 5,000.00 | 1,230.15 |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/6 | | ATM Cash Deposit on 02/06 122 Water Street Newton NJ 0003417 ATM ID 0115Q Card 7980 | 2,000.00 | | |
| 2/6 | | Purchase authorized on 02/03 19 Petroleum Alpha Alpha NJ S587034465478006 Card 7980 | | 41.00 | |
| 2/6 | | Purchase authorized on 02/03 Rite Aid Store - 1 Pipersville PA S307034491813188 Card 7980 | | 13.96 | |
| 2/6 | | Purchase authorized on 02/05 Main Street Liquor Stillwater NJ S307036725350001 Card 7980 | | 15.50 | |
| 2/6 | 183 | Check | | 856.00 | 2,303.69 |
| 2/7 | | Purchase authorized on 02/06 Shoprite Wines and Newton NJ S467037601129101 Card 7980 | | 20.30 | |
| 2/7 | 184 | Check | | 100.00 | 2,183.39 |
| 2/8 | | Purchase authorized on 02/06 Fredon Animal Hosp Newton NJ S087037609974283 Card 7980 | | 190.45 | |
| 2/8 | | Public Storage I Rental 170208 000000014321751 Ronette Streeter | | 317.52 | 1,675.42 |
| 2/9 | | Purchase authorized on 02/08 Main Street Liquor Stillwater NJ S387039672323567 Card 7980 | | 32.61 | |
| 2/9 | | Purchase authorized on 02/08 Busy Bee Fredon NJ S387039691111714 Card 7980 | | 59.73 | |
| 2/9 | 185 | Check | | 650.00 | 933.08 |
| 2/10 | | Credit One Bank Payment 170209 0000182501965 Keith Scriven | | 60.00 | 873.08 |
| 2/13 | | Purchase authorized on 02/10 Fredon Deli Newton NJ S307041455412780 Card 7980 | | 5.51 | |
| 2/13 | | Purchase authorized on 02/10 19 Petroleum Alpha Alpha NJ S587041493880027 Card 7980 | | 40.50 | |
| 2/13 | | Purchase authorized on 02/11 Alpha Liquors Alpha NJ S587042665835066 Card 7980 | | 37.43 | |
| 2/13 | 186 | Check | | 200.00 | 589.64 |
| 2/14 | | Vz Wireless Ve Vzw Webpay 170213 9709444 Keith *Scriven | | 310.00 | 279.64 |
| **Ending balance on 2/14** | | | | | **279.64** |
| **Totals** | | | **$13,529.38** | **$16,192.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ ***Converted check:*** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 180 | 1/30 | 1,630.80 | 183 | 2/6 | 856.00 | 185 | 2/9 | 650.00 |
| 181 | 1/27 | 251.00 | 184 | 2/7 | 100.00 | 186 | 2/13 | 200.00 |
| 182 | 2/3 | 5,000.00 | | | | | | |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/18/2017 - 02/14/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $279.64 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |

Account number: ████5377 ∎ February 15, 2017 - March 14, 2017 ∎ Page 2 of 4


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/15 | | Purchase authorized on 02/14 Busy Bee Fredon NJ S467045655341983 Card 7980 | | 47.08 | 232.56 |
| 2/16 | | Square Inc 170216R2 170216 L204178775585 Keith M. Scriven | 291.75 | | |
| 2/16 | | ATM Check Deposit on 02/16 1886 Bethlehem Pike Flourtown PA 0004681 ATM ID 0013A Card 7980 | 1,000.00 | | |
| 2/16 | | Chubb Chubb02 170214 405313315195001 Keith M Scriven | | 96.36 | 1,427.95 |
| 2/17 | | Purchase authorized on 02/16 19 Petroleum Alpha Alpha NJ S467047478848833 Card 7980 | | 30.00 | |
| 2/17 | | Purchase authorized on 02/16 Shoefitters Ambler PA S287047677764865 Card 7980 | | 70.00 | |
| 2/17 | | Purchase authorized on 02/16 Bagelsmith Grill Alpha NJ S307047789829101 Card 7980 | | 67.36 | 1,260.59 |
| 2/21 | | Purchase authorized on 02/17 All County Fuel Oi 973-827-8179 NJ S007048506767145 Card 7980 | | 243.00 | |
| 2/21 | | Purchase authorized on 02/17 Brodhecker Farm Newton NJ S307048610283162 Card 7980 | | 114.95 | 902.64 |
| 2/22 | | ATM Withdrawal authorized on 02/22 601 Chestnut St. Philadelphia PA 0002199 ATM ID 6560S Card 7980 | | 200.00 | 702.64 |
| 2/24 | | Purchase authorized on 02/22 US Fuel Flemington NJ S587053792202791 Card 7980 | | 30.00 | |
| 2/24 | | Purchase authorized on 02/23 Petsmart # 2316 Newton NJ S467054690625002 Card 7980 | | 35.26 | |
| 2/24 | | ATM Withdrawal authorized on 02/24 601 Chestnut St. Philadelphia PA 0002453 ATM ID 6560S Card 7980 | | 200.00 | 437.38 |
| 2/27 | | Square Inc 170227R2 170227 L204181552072 Keith M. Scriven | 337.60 | | |
| 2/27 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib0376Vl34 on 02/27/17 | 200.00 | | |
| 2/27 | | Purchase authorized on 02/25 Sn Food Mart Philadelphia PA S307056645642426 Card 7980 | | 27.08 | |
| 2/27 | | Cash eWithdrawal in Branch/Store 02/27/2017 1:24 Pm 122 Water St Newton NJ 7980 | | 900.00 | 47.90 |
| 2/28 | | Square Inc 170228R2 170228 L204182033906 Keith M. Scriven | 855.64 | | |
| 2/28 | | eDeposit IN Branch/Store 02/28/17 11:32:11 Am 1370 3Rd Ave New York NY 7980 | 9,000.00 | | |
| 2/28 | | Cash eWithdrawal in Branch/Store 02/28/2017 9:14 Am 50 International Dr S Flanders NJ 7980 | | 400.00 | |
| 2/28 | | ATM Withdrawal authorized on 02/28 1370 3Rd Ave New York NY 0004911 ATM ID 9856P Card 7980 | | 300.00 | |
| 2/28 | | Capital One Online Pmt 705939919577195 7983013892Scrivenkeith | | 200.00 | 9,003.54 |
| 3/1 | | Square Inc 170301R2 170301 L204182362723 Keith M. Scriven | 443.27 | | |
| 3/1 | | Non-WF ATM Withdrawal authorized on 03/01 395 Route 94 Fredon NJ 003070604665453243 ATM ID NJ000312 Card 7980 | | 303.50 | |
| 3/1 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 9,140.81 |
| 3/2 | | Purchase authorized on 02/28 Shell Oil 91002541 Andover NJ S387059502946412 Card 7980 | | 30.00 | |
| 3/2 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib037Kbnpz on 03/02/17 | | 2,500.00 | |
| 3/2 | | Transamerica Transameri 170302 42089058 Keith Scriven | | 391.51 | 6,219.30 |
| 3/3 | | Purchase authorized on 03/02 All County Fuel Oi 973-827-8179 NJ S007061485199489 Card 7980 | | 243.00 | |
| 3/3 | | Cash eWithdrawal in Branch/Store 03/03/2017 11:27 Am 601 Chestnut St Philadelphia PA 7980 | | 2,380.00 | |
| 3/3 | | Transamerica Transameri 170303 42089058 Keith Scriven | | 391.51 | 3,204.79 |
| 3/6 | | Purchase authorized on 03/03 19 Petroleum Alpha Alpha NJ S307062469006801 Card 7980 | | 25.00 | |
| 3/6 | | Purchase authorized on 03/03 Burlngton Stores49 Jenkintown PA S307062800665156 Card 7980 | | 59.99 | |
| 3/6 | | Purchase authorized on 03/03 The Drake Tavern Jenkintown PA S467063029717671 Card 7980 | | 86.00 | |

Account number: ▊▊▊▊5377 ■ February 15, 2017 - March 14, 2017 ■ Page 3 of 4



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/6 | | ATM Withdrawal authorized on 03/05 122 Water Street Newton NJ 0006720 ATM ID 0115N Card 7980 | | 140.00 | 2,893.80 |
| 3/9 | | Credit One Bank Payment 170308 0000187844195 Keith Scriven | | 75.00 | |
| 3/9 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | 2,684.95 |
| 3/10 | | Square Inc 170310R2 170310 L204184963637 Keith M. Scriven | 467.39 | | 3,152.34 |
| 3/13 | | ATM Cash Deposit on 03/11 122 Water Street Newton NJ 0007902 ATM ID 0115N Card 7980 | 1,900.00 | | |
| 3/13 | | Purchase authorized on 03/10 Fredon Deli Newton NJ S587069421389061 Card 7980 | | 4.01 | |
| 3/13 | | Purchase authorized on 03/10 US Gas Andover Andover NJ S587069433787234 Card 7980 | | 22.62 | |
| 3/13 | | Purchase authorized on 03/11 Tractor Supply #18 Pipersville PA S307070598805288 Card 7980 | | 44.49 | |
| 3/13 | | Purchase authorized on 03/11 Alpha Liquors Alpha NJ S307070621455082 Card 7980 | | 45.99 | |
| 3/13 | | Cash eWithdrawal in Branch/Store 03/13/2017 11:08 Am 122 Water St Newton NJ 7980 | | 1,100.00 | 3,835.23 |
| 3/14 | | Purchase authorized on 03/13 Wal-Mart #2604 Newton NJ S587072599027794 Card 7980 | | 24.53 | 3,810.70 |
| **Ending balance on 3/14** | | | | | **3,810.70** |
| **Totals** | | | **$14,495.65** | **$10,964.59** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/15/2017 - 03/14/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $47.90 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $2,395.65 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 19 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)    ☐

RC/RC



# IMPORTANT ACCOUNT INFORMATION

Effective February 21, 2017, we reduced the daily limit of overdraft and/or returned item (non-sufficient funds/NSF) fees assessed from four (4) to three (3) per business day. To learn more about tools that Wells Fargo offers to help you avoid overdraft and/or returned item fees, visit wellsfargo.com/checking/overdraft-services, speak with a local banker, or call the phone number on the top of your statement  .

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/15 | | Purchase authorized on 03/13 Staples 0010 Newton NJ S587072560667563 Card 7980 | | 145.33 | 3,665.37 |
| 3/16 | | Cash eWithdrawal in Branch/Store 03/16/2017 11:19 Am 122 Water St Newton NJ 7980 | | 535.00 | |
| 3/16 | | Anita T. Conner Sale 170316 Keith Scriven | | 50.00 | |
| 3/16 | | Revenue Collecti ACH 170315 215-288-6800 Keith Scriven | | 315.24 | 2,765.13 |
| 3/17 | | Purchase authorized on 03/16 Sq *Tech Farm Newton NJ S587075560080782 Card 7980 | | 130.54 | |
| 3/17 | | Purchase authorized on 03/16 Petsmart # 2316 Newton NJ S467075568185950 Card 7980 | | 35.26 | |
| 3/17 | | Purchase authorized on 03/16 Busy Bee Fredon NJ S587075577615609 Card 7980 | | 58.74 | |
| 3/17 | | ATM Withdrawal authorized on 03/17 1886 Bethlehem Pike Flourtown PA 0000186 ATM ID 0013A Card 7980 | | 300.00 | |
| 3/17 | | Non-WF ATM Withdrawal authorized on 03/17 801 N. 2ND Street Philadelphia PA 00587076721826369 ATM ID Bx1157 Card 7980 | | 201.75 | |
| 3/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/17 | | Vz Wireless Ve Vzw Webpay 170316 8223244 Keith *Scriven | | 195.00 | 1,841.34 |
| 3/20 | | Purchase authorized on 03/17 19 Petroleum Alpha Alpha NJ S467076442793604 Card 7980 | | 27.02 | |
| 3/20 | | Purchase authorized on 03/17 North Third Restau Philadelphia PA S307076790921046 Card 7980 | | 86.72 | |
| 3/20 | | ATM Withdrawal authorized on 03/18 75 St. James Place Ardmore PA 0000185 ATM ID 6839B Card 7980 | | 400.00 | |
| 3/20 | | Purchase authorized on 03/19 Joann Stores Inc Succasunna NJ S307078632435023 Card 7980 | | 106.88 | |
| 3/20 | | Purchase authorized on 03/19 Joann Stores Inc Succasunna NJ S387078651901172 Card 7980 | | 45.43 | |
| 3/20 | | Purchase authorized on 03/19 Shoprite Wines and Succasunna NJ S587078653232112 Card 7980 | | 12.82 | 1,162.47 |
| 3/21 | | ATM Withdrawal authorized on 03/21 122 Water Street Newton NJ 0009691 ATM ID 0115N Card 7980 | | 300.00 | 862.47 |
| 3/23 | | Purchase authorized on 03/22 All County Fuel Oi 973-827-8179 NJ S007081447259168 Card 7980 | | 243.00 | 619.47 |
| 3/24 | | ATM Cash Deposit on 03/24 2 W. Girard Avenue Philadelphia PA 0009589 ATM ID 2091Y Card 7980 | 260.00 | | |
| 3/24 | | Purchase authorized on 03/23 Power Gas Belvider Buttzville NJ S307082439011340 Card 7980 | | 38.30 | |
| 3/24 | | Purchase authorized on 03/23 Jewelers Depot Philadelphia PA S587082545439290 Card 7980 | | 28.64 | |
| 3/24 | | Purchase authorized on 03/23 Jewelers Depot Philadelphia PA S587082551957064 Card 7980 | | 32.12 | |
| 3/24 | | Purchase authorized on 03/23 Qdoba Mexican Gril Jenkintown PA S387082720269430 Card 7980 | | 13.04 | |
| 3/24 | | ATM Withdrawal authorized on 03/24 601 Chestnut St. Philadelphia PA 0005482 ATM ID 6560S Card 7980 | | 80.00 | 687.37 |
| 3/27 | | Deposit Made In A Branch/Store | 100.00 | | |
| 3/27 | | ATM Cash Deposit on 03/27 122 Water Street Newton NJ 0000936 ATM ID 0115N Card 7980 | 20.00 | | |
| 3/27 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib039Dtf73 on 03/26/17 | 150.00 | | |
| 3/27 | | Purchase authorized on 03/24 Ops* Laundrycafe-G Philadelphia PA S467083526115081 Card 7980 | | 3.49 | |
| 3/27 | | Purchase authorized on 03/25 Main Street Liquor Stillwater NJ S467084602440937 Card 7980 | | 15.50 | |
| 3/27 | | ATM Withdrawal authorized on 03/27 122 Water Street Newton NJ 0008172 ATM ID 0115Q Card 7980 | | 100.00 | |
| 3/27 | 188 | Check | | 485.00 | |
| 3/27 | | Capital One Online Pmt 708639919588123 7983013892Scrivenkeith | | 115.00 | 238.38 |

Account number: ▇▇▇▇5377 ■ March 15, 2017 - April 14, 2017 ▐ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | ATM Cash Deposit on 03/28 601 Chestnut St. Philadelphia PA 0005766 ATM ID 6560S Card 7980 | 2,000.00 | | |
| 3/28 | | Purchase authorized on 03/26 The Storage Store 973-691-4848 NJ S307085613562247 Card 7980 | | 162.29 | |
| 3/28 | | Purchase authorized on 03/27 Petsmart # 2316 Newton NJ S587086651006088 Card 7980 | | 50.21 | |
| 3/28 | | Purchase authorized on 03/27 Fredon Discount Li Fredon NJ S307086661204041 Card 7980 | | 8.54 | 2,017.34 |
| 3/30 | | ATM Cash Deposit on 03/30 100 W. Lincoln Hwy Exton PA 0003672 ATM ID 0123E Card 7980 | 3,000.00 | | |
| 3/30 | | ATM Cash Deposit on 03/30 100 W. Lincoln Hwy Exton PA 0003673 ATM ID 0123E Card 7980 | 400.00 | | 5,417.34 |
| 3/31 | | Square Inc 170331R2 170331 L204190968083 Keith M. Scriven | 384.14 | | |
| 3/31 | 189 | Check | | 5,000.00 | 801.48 |
| 4/3 | | Purchase authorized on 03/31 City of Philadelph 800-4874567 AL S307090728984118 Card 7980 | | 315.24 | |
| 4/3 | | Purchase authorized on 03/31 Opc 800-4874567 CA S307090728995269 Card 7980 | | 3.95 | |
| 4/3 | | ATM Withdrawal authorized on 04/01 1 Freedom Valley Dr. Plumsteadvill PA 0002497 ATM ID 0087R Card 7980 | | 100.00 | 382.29 |
| 4/5 | | Square Inc 170405R2 170405 L204192399656 Keith M. Scriven | 291.75 | | |
| 4/5 | | ATM Withdrawal authorized on 04/05 122 Water Street Newton NJ 0002779 ATM ID 0115N Card 7980 | | 400.00 | 274.04 |
| 4/6 | | Square Inc 170406R2 170406 L204192722109 Keith M. Scriven | 357.38 | | 631.42 |
| 4/7 | | Square Inc 170407R2 170407 L204193364416 Keith M. Scriven | 192.85 | | |
| 4/7 | | Purchase authorized on 04/06 US Gas Andover Andover NJ S587096442367892 Card 7980 | | 25.00 | |
| 4/7 | | Purchase authorized on 04/06 Dover Parking Util Dover NJ S307096462550024 Card 7980 | | 5.00 | |
| 4/7 | | Purchase authorized on 04/06 Njt Dover Dover NJ S387096464708646 Card 7980 | | 15.25 | |
| 4/7 | | ATM Withdrawal authorized on 04/07 122 Water Street Newton NJ 0009307 ATM ID 0115Q Card 7980 | | 160.00 | 619.02 |
| 4/10 | | Purchase authorized on 04/08 Ops* Newton Expres Newton NJ S307098520380950 Card 7980 | | 40.00 | |
| 4/10 | | Purchase authorized on 04/08 Fredon Discount Li Fredon NJ S587098595760540 Card 7980 | | 14.95 | |
| 4/10 | | Non-WF ATM Withdrawal authorized on 04/08 345 W Broad St Quakertown PA 00467098631631987 ATM ID A0006493 Card 7980 | | 203.25 | |
| 4/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/10 | | Non-WF ATM Withdrawal authorized on 04/08 345 W Broad St Quakertown PA 00307098631966218 ATM ID A0006493 Card 7980 | | 103.25 | |
| 4/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/10 | | Purchase authorized on 04/09 Main Street Liquor Stillwater NJ S307099665346707 Card 7980 | | 17.48 | 235.09 |
| 4/11 | | Non-WF ATM Transaction Fee Reversal | 2.50 | | |
| 4/11 | | Non-WF ATM Transaction Fee Reversal | 2.50 | | |
| 4/11 | | Card Provisional Credit 30410170057 | 306.50 | | |
| 4/11 | | ATM Withdrawal authorized on 04/11 74 Church St Flemington NJ 0006099 ATM ID 6865W Card 0357 | | 40.00 | |
| 4/11 | | ATM Withdrawal authorized on 04/11 1 Freedom Valley Dr. Plumsteadvill PA 0004343 ATM ID 0087R Card 0357 | | 40.00 | |
| 4/11 | | Credit One Bank Payment 170409 0000193265989 Keith Scriven | | 60.00 | 406.59 |
| 4/12 | | ATM Withdrawal authorized on 04/12 122 Water Street Newton NJ 0004233 ATM ID 0115N Card 0357 | | 80.00 | 326.59 |
| 4/13 | | ATM Cash Deposit on 04/13 601 Chestnut St. Philadelphia PA 0007646 ATM ID 6560S Card 0357 | 2,000.00 | | 2,326.59 |
| 4/14 | | Deposit Made In A Branch/Store | 3,500.00 | | |
| 4/14 | | ATM Check Deposit on 04/14 725 2ND Street Pike Richboro PA 0008796 ATM ID 3004x Card 0357 | 250.00 | | |

Account number: ███████5377  ■  March 15, 2017 - April 14, 2017  ■  Page 4 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/14 | | Purchase authorized on 04/13 Wine & Spirits 518 Philadelphia PA S307103790953825 Card 0357 | | 35.63 | |
| 4/14 | | Purchase authorized on 04/14 All Aboard Seafood Philadelphia PA S587104021283288 Card 0357 | | 214.92 | |
| 4/14 | | Vz Wireless Ve Vzw Webpay 170413 2230124 Keith *Scriven | | 203.00 | 5,623.04 |
| **Ending balance on 4/14** | | | | | **5,623.04** |
| **Totals** | | | **$13,217.62** | **$11,405.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 188 | 3/27 | 485.00 | 189 | 3/31 | 5,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/15/2017 - 04/14/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $238.38 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,226.12 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 29 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)**  *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC



# IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a

# Wells Fargo Way2Save® Savings

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $3,000.46 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 1,500.00 |
| **Ending balance on 1/31** | **$1,500.48** |

Account number: ▇▇▇▇**1981**
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,684.33 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.02 |
| Total interest paid in 2016 | $0.23 |

WELLS FARGO

## Transaction history

| Date | | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Cash eWithdrawal in Branch/Store 01/03/2017 3:04 Pm 122 Water St Newton NJ 7980 | | 900.00 | 2,100.46 |
| 1/6 | | ATM Withdrawal authorized on 01/06 74 Church St Flemington NJ 0000094 ATM ID 6865W Card 7980 | | 300.00 | 1,800.46 |
| 1/9 | * | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib0346R68N on 01/08/17 | | 300.00 | 1,500.46 |
| 1/31 | | Interest Payment | 0.02 | | 1,500.48 |
| **Ending balance on 1/31** | | | | | **1,500.48** |
| **Totals** | | | **$0.02** | **$1,500.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2017 - 01/31/2017 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $1,500.46 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

# IMPORTANT ACCOUNT INFORMATION

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

## Transaction history

| Date | | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Cash eWithdrawal in Branch/Store 02/03/2017 3:49 Pm 601 Chestnut St Philadelphia PA 7980 | | 1,000.00 | 500.48 |
| 2/17 | | ATM Withdrawal authorized on 02/17 122 Water Street Newton NJ 0003478 ATM ID 0115N Card 7980 | | 200.00 | 300.48 |
| 2/27 | * | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib0376Vl34 on 02/27/17 | | 200.00 | 100.48 |
| 2/28 | | Monthly Service Fee | | 5.00 | 95.48 |
| **Ending balance on 2/28** | | | | | **95.48** |
| **Totals** | | | **$0.00** | **$1,405.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2017 - 02/28/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $100.48 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

# IMPORTANT ACCOUNT INFORMATION

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

WELLS FARGO

## Transaction history

| Date | | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ib037Kbnpz on 03/02/17 | 2,500.00 | | 2,595.48 |
| 3/13 | | Cash eWithdrawal in Branch/Store 03/11/2017 12:22 Pm 1230 US Hwy 22 Phillipsburg NJ 7980 | | 1,400.00 | 1,195.48 |
| 3/17 | | Cash eWithdrawal in Branch/Store 03/17/2017 12:43 Pm 601 Chestnut St Philadelphia PA 7980 | | 700.00 | 495.48 |
| 3/27 | * | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib039Dtf73 on 03/26/17 | | 150.00 | |
| 3/27 | | ATM Withdrawal authorized on 03/27 122 Water Street Newton NJ 0000922 ATM ID 0115N Card 7980 | | 300.00 | 45.48 |
| 3/31 | | Interest Payment | 0.01 | | |
| 3/31 | | Monthly Service Fee | | 5.00 | 40.49 |
| **Ending balance on 3/31** | | | | | **40.49** |
| **Totals** | | | **$2,500.01** | **$2,555.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2017 - 03/31/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $45.48 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?