IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| KEITH M. SCRIVEN | : | BK. No. 13-18271-amc |
| Debtor | : | |
| | : | Chapter No. 11 |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| KEITH M. SCRIVEN | : | |
| CAPPY HANLAN | : | 11 U.S.C. §362 AND §1301 |
| Respondent | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

**AND NOW**, this 29th day of June, 2017, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 341A SHELL WALK, FIRE ISLAND PINES, NY 11782(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

KEVIN P. CALLAHAN, ESQUIRE
(TRUSTEE)
UNITED STATES TRUSTEE
DEPT. OF JUSTICE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

KEITH M. SCRIVEN
341A SHELL WALK
FIRE ISLAND PINES, NY 11782

KEITH M. SCRIVEN
1007 NORTH 6TH STREET
PHILADELPHIA, PA 19123-1406

RONALD G. MCNEIL, ESQUIRE
1333 RACE STREET
PHILADELPHIA, PA 19107-1585

CAPPY HANLAN
341A SHELL WALK
FIRE ISLAND PINES, NY 11782

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107