United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith M. Scriven  
    Debtor

Case No. 13-18271-amc  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: Jun 29, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.  
db        Keith M. Scriven,    1007 North 6th Street,    Philadelphia, PA   19123-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
       CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov  
       DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association et al debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
       DAVID NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com, vbarber@udren.com  
       JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com, sblake@lesavoybutz.com  
       JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company jmcnally@sterneisenberg.com, seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com  
       JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia vandermarkj@whiteandwilliams.com  
       JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com, ksantiago@egalawfirm.com,nmccormack@egalawfirm.com  
       JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
       JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com  
       JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com, heidi.smiegocki@bipc.com  
       KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov  
       LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com, lerase@logs.com  
       MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com, donna.curcio@bipc.com  
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov  
       MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com  
       NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for nlabletta@udren.com, vbarber@udren.com  
       PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com  
       RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneill@verizon.net  
       SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com, vbarber@udren.com  
       THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

```
District/off: 0313-2            User: Virginia              Page 2 of 2              Date Rcvd: Jun 29, 2017
                                Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                        TOTAL: 25

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE: | : |
| **KEITH M. SCRIVEN** | :    **BK. No. 13-18271-amc** |
| **Debtor** | : |
| | :    **Chapter No. 11** |
| **WELLS FARGO BANK, N.A.** | : |
| **Movant** | : |
| v. | : |
| **KEITH M. SCRIVEN** | : |
| **CAPPY HANLAN** | :    **11 U.S.C. §362 AND §1301** |
| **Respondent** | : |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

    **AND NOW**, this 29th day of June, 2017, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 341A SHELL WALK, FIRE ISLAND PINES, NY 11782(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

KEVIN P. CALLAHAN, ESQUIRE      KEITH M. SCRIVEN
(TRUSTEE)      341A SHELL WALK
UNITED STATES TRUSTEE      FIRE ISLAND PINES, NY 11782
DEPT. OF JUSTICE
833 CHESTNUT STREET      KEITH M. SCRIVEN
SUITE 500      1007 NORTH 6TH STREET
PHILADELPHIA, PA 19107      PHILADELPHIA, PA 19123-1406

RONALD G. MCNEIL, ESQUIRE
1333 RACE STREET
PHILADELPHIA, PA 19107-1585

CAPPY HANLAN
341A SHELL WALK
FIRE ISLAND PINES, NY 11782

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107