UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Quarterly Post-Confirmation Report for Reorganized Debtor
### For the Quarter Ending: 2nd - 2017

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:          November 24, 2015

2. Cash balance at the beginning of this quarter:          $841.97
   Total receipts during this quarter:          $49,018.56
   Total disbursements during this quarter:          $49,346.53
   Cash balance at the end of this quarter:          $216.50
   [based on bank statements thru June 14, 2017]

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:          *
   Cumulative paid to date:          *
   Balance remaining to be made under the Plan:          *

   * - Debtor has modified his mortgages under the Plan
       ($17,194.51 per month until the maturity dates
       of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:          Yes     No

4. Are all payments required by the confirmed plan
   current at this time?                                                                    x
   **[If "No," attach an explanatory statement identifying
   payments not made. Include creditor, amount, due
   date, reason for non-payment and an estimated date
   when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]**  x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?  x

7. Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]**  x

8. Has the order confirming the Plan become non-appealable?  x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]**  x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?  x

11. Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]**  x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?  x

13. Anticipated date of motion for final decree:  November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

8-4-17
Dated:                         Keith M. Scriven, Debtor

Current Address:    1007 North 6th Street
                     Philadelphia, PA 19123-1406

Telephone No.:       (215) 564 - 3999

# Wells Fargo Everyday Checking



Account number:  ▇▇▇▇▇5377  ■  March 15, 2017 - April 14, 2017  ■  Page 1 of 6

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
         P.O. Box 6995
         Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number:  ▇▇▇▇▇5377
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

## Activity summary

| | |
|---|---:|
| Beginning balance on 3/15 | $3,810.70 |
| Deposits/Additions | 13,217.62 |
| Withdrawals/Subtractions | - 11,405.28 |
| **Ending balance on 4/14** | **$5,623.04** |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▇▇▇▇5377  ■  March 15, 2017 - April 14, 2017  ■  Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/15 | | Purchase authorized on 03/13 Staples 0010 Newton NJ S587072560667563 Card 7980 | | 145.33 | 3,665.37 |
| 3/16 | | Cash eWithdrawal in Branch/Store 03/16/2017 11:19 Am 122 Water St Newton NJ 7980 | | 535.00 | |
| 3/16 | | Anita T. Conner Sale 170316 Keith Scriven | | 50.00 | |
| 3/16 | | Revenue Collecti ACH 170315 215-288-6800 Keith Scriven | | 315.24 | 2,765.13 |
| 3/17 | | Purchase authorized on 03/16 Sq *Tech Farm Newton NJ S587075560080782 Card 7980 | | 130.54 | |
| 3/17 | | Purchase authorized on 03/16 Petsmart # 2316 Newton NJ S467075568185950 Card 7980 | | 35.26 | |
| 3/17 | | Purchase authorized on 03/16 Busy Bee Fredon NJ S587075577615609 Card 7980 | | 58.74 | |
| 3/17 | | ATM Withdrawal authorized on 03/17 1886 Bethlehem Pike Flourtown PA 0000186 ATM ID 0013A Card 7980 | | 300.00 | |
| 3/17 | | Non-WF ATM Withdrawal authorized on 03/17 801 N. 2ND Street Philadelphia PA 00587076721826369 ATM ID Bx1157 Card 7980 | | 201.75 | |
| 3/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/17 | | Vz Wireless Ve Vzw Webpay 170316 8223244 Keith *Scriven | | 195.00 | 1,841.34 |
| 3/20 | | Purchase authorized on 03/17 19 Petroleum Alpha Alpha NJ S467076442793604 Card 7980 | | 27.02 | |
| 3/20 | | Purchase authorized on 03/17 North Third Restau Philadelphia PA S307076790921046 Card 7980 | | 86.72 | |
| 3/20 | | ATM Withdrawal authorized on 03/18 75 St. James Place Ardmore PA 0000185 ATM ID 6839B Card 7980 | | 400.00 | |
| 3/20 | | Purchase authorized on 03/19 Joann Stores Inc Succasunna NJ S307078632435023 Card 7980 | | 106.88 | |
| 3/20 | | Purchase authorized on 03/19 Joann Stores Inc Succasunna NJ S387078651901172 Card 7980 | | 45.43 | |
| 3/20 | | Purchase authorized on 03/19 Shoprite Wines and Succasunna NJ S587078653232112 Card 7980 | | 12.82 | 1,162.47 |
| 3/21 | | ATM Withdrawal authorized on 03/21 122 Water Street Newton NJ 0009691 ATM ID 0115N Card 7980 | | 300.00 | 862.47 |
| 3/23 | | Purchase authorized on 03/22 All County Fuel Oi 973-827-8179 NJ S007081447259168 Card 7980 | | 243.00 | 619.47 |
| 3/24 | | ATM Cash Deposit on 03/24 2 W. Girard Avenue Philadelphia PA 0009589 ATM ID 2091Y Card 7980 | 260.00 | | |
| 3/24 | | Purchase authorized on 03/23 Power Gas Belvider Buttzville NJ S307082439011340 Card 7980 | | 38.30 | |
| 3/24 | | Purchase authorized on 03/23 Jewelers Depot Philadelphia PA S587082545439290 Card 7980 | | 28.64 | |
| 3/24 | | Purchase authorized on 03/23 Jewelers Depot Philadelphia PA S587082551957064 Card 7980 | | 32.12 | |
| 3/24 | | Purchase authorized on 03/23 Qdoba Mexican Gril Jenkintown PA S387082720269430 Card 7980 | | 13.04 | |
| 3/24 | | ATM Withdrawal authorized on 03/24 601 Chestnut St. Philadelphia PA 0005482 ATM ID 6560S Card 7980 | | 80.00 | 687.37 |
| 3/27 | | Deposit Made In A Branch/Store | 100.00 | | |
| 3/27 | | ATM Cash Deposit on 03/27 122 Water Street Newton NJ 0000936 ATM ID 0115N Card 7980 | 20.00 | | |
| 3/27 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib039Dtf73 on 03/26/17 | 150.00 | | |
| 3/27 | | Purchase authorized on 03/24 Ops* Laundrycafe-G Philadelphia PA S467083526115081 Card 7980 | | 3.49 | |
| 3/27 | | Purchase authorized on 03/25 Main Street Liquor Stillwater NJ S467084602440937 Card 7980 | | 15.50 | |
| 3/27 | | ATM Withdrawal authorized on 03/27 122 Water Street Newton NJ 0008172 ATM ID 0115Q Card 7980 | | 100.00 | |
| 3/27 | 188 | Check | | 485.00 | |
| 3/27 | | Capital One Online Pmt 708639919588123 7983013892Scrivenkeith | | 115.00 | 238.38 |

Account number: ▮▮▮▮5377    ■    March 15, 2017 - April 14, 2017    ■ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | ATM Cash Deposit on 03/28 601 Chestnut St. Philadelphia PA 0005766 ATM ID 6560S Card 7980 | 2,000.00 | | |
| 3/28 | | Purchase authorized on 03/26 The Storage Store 973-691-4848 NJ S307085613562247 Card 7980 | | 162.29 | |
| 3/28 | | Purchase authorized on 03/27 Petsmart # 2316 Newton NJ S587086651006088 Card 7980 | | 50.21 | |
| 3/28 | | Purchase authorized on 03/27 Fredon Discount Li Fredon NJ S307086661204041 Card 7980 | | 8.54 | 2,017.34 |
| 3/30 | | ATM Cash Deposit on 03/30 100 W. Lincoln Hwy Exton PA 0003672 ATM ID 0123E Card 7980 | 3,000.00 | | |
| 3/30 | | ATM Cash Deposit on 03/30 100 W. Lincoln Hwy Exton PA 0003673 ATM ID 0123E Card 7980 | 400.00 | | 5,417.34 |
| 3/31 | | Square Inc 170331R2 170331 L204190968083 Keith M. Scriven | 384.14 | | |
| 3/31 | 189 | Check | | 5,000.00 | 801.48 |
| 4/3 | | Purchase authorized on 03/31 City of Philadelph 800-4874567 AL S307090728984118 Card 7980 | | 315.24 | |
| 4/3 | | Purchase authorized on 03/31 Opc 800-4874567 CA S307090728995269 Card 7980 | | 3.95 | |
| 4/3 | | ATM Withdrawal authorized on 04/01 1 Freedom Valley Dr. Plumsteadvill PA 0002497 ATM ID 0087R Card 7980 | | 100.00 | 382.29 |
| 4/5 | | Square Inc 170405R2 170405 L204192399656 Keith M. Scriven | 291.75 | | |
| 4/5 | | ATM Withdrawal authorized on 04/05 122 Water Street Newton NJ 0002779 ATM ID 0115N Card 7980 | | 400.00 | 274.04 |
| 4/6 | | Square Inc 170406R2 170406 L204192722109 Keith M. Scriven | 357.38 | | 631.42 |
| 4/7 | | Square Inc 170407R2 170407 L204193364416 Keith M. Scriven | 192.85 | | |
| 4/7 | | Purchase authorized on 04/06 US Gas Andover Andover NJ S587096442367892 Card 7980 | | 25.00 | |
| 4/7 | | Purchase authorized on 04/06 Dover Parking Util Dover NJ S307096462550024 Card 7980 | | 5.00 | |
| 4/7 | | Purchase authorized on 04/06 Njt Dover Dover NJ S387096464708646 Card 7980 | | 15.25 | |
| 4/7 | | ATM Withdrawal authorized on 04/07 122 Water Street Newton NJ 0009307 ATM ID 0115Q Card 7980 | | 160.00 | 619.02 |
| 4/10 | | Purchase authorized on 04/08 Ops* Newton Expres Newton NJ S307098520380950 Card 7980 | | 40.00 | |
| 4/10 | | Purchase authorized on 04/08 Fredon Discount Li Fredon NJ S587098595760540 Card 7980 | | 14.95 | |
| 4/10 | | Non-WF ATM Withdrawal authorized on 04/08 345 W Broad St Quakertown PA 00467098631631987 ATM ID A0006493 Card 7980 | | 203.25 | |
| 4/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/10 | | Non-WF ATM Withdrawal authorized on 04/08 345 W Broad St Quakertown PA 00307098631966218 ATM ID A0006493 Card 7980 | | 103.25 | |
| 4/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/10 | | Purchase authorized on 04/09 Main Street Liquor Stillwater NJ S307099665346707 Card 7980 | | 17.48 | 235.09 |
| 4/11 | | Non-WF ATM Transaction Fee Reversal | 2.50 | | |
| 4/11 | | Non-WF ATM Transaction Fee Reversal | 2.50 | | |
| 4/11 | | Card Provisional Credit 30410170057 | 306.50 | | |
| 4/11 | | ATM Withdrawal authorized on 04/11 74 Church St Flemington NJ 0006099 ATM ID 6865W Card 0357 | | 40.00 | |
| 4/11 | | ATM Withdrawal authorized on 04/11 1 Freedom Valley Dr. Plumsteadvill PA 0004343 ATM ID 0087R Card 0357 | | 40.00 | |
| 4/11 | | Credit One Bank Payment 170409 0000193265989 Keith Scriven | | 60.00 | 406.59 |
| 4/12 | | ATM Withdrawal authorized on 04/12 122 Water Street Newton NJ 0004233 ATM ID 0115N Card 0357 | | 80.00 | 326.59 |
| 4/13 | | ATM Cash Deposit on 04/13 601 Chestnut St. Philadelphia PA 0007646 ATM ID 6560S Card 0357 | 2,000.00 | | 2,326.59 |
| 4/14 | | Deposit Made In A Branch/Store | 3,500.00 | | |
| 4/14 | | ATM Check Deposit on 04/14 725 2ND Street Pike Richboro PA 0008796 ATM ID 3004x Card 0357 | 250.00 | | |

**Transaction history** *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/14 | | Purchase authorized on 04/13 Wine & Spirits 518 Philadelphia PA S307103790953825 Card 0357 | | 35.63 | |
| 4/14 | | Purchase authorized on 04/14 All Aboard Seafood Philadelphia PA S587104021283288 Card 0357 | | 214.92 | |
| 4/14 | | Vz Wireless Ve Vzw Webpay 170413 2230124 Keith *Scriven | | 203.00 | 5,623.04 |
| **Ending balance on 4/14** | | | | | 5,623.04 |
| **Totals** | | | **$13,217.62** | **$11,405.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 188 | 3/27 | 485.00 | 189 | 3/31 | 5,000.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/15/2017 - 04/14/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $238.38 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,226.12 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 29 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)**  *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC



# IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a

Account number: ▮▮▮▮5377 ■ April 15, 2017 - May 12, 2017 ■ Page 2 of 6



# Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/17 | | ATM Cash Deposit on 04/17 122 Water Street Newton NJ 0005308 ATM ID 0115N Card 0357 | 280.00 | | 5,903.04 |
| 4/19 | | Purchase authorized on 04/17 Service Electric C 973-7297653 NJ S307107482464639 Card 0357 | | 325.00 | |
| 4/19 | | Revenue Collecti ACH 170418 215-288-6800 Keith Scriven | | 160.75 | 5,417.29 |
| 4/20 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 107.43 | 5,309.86 |
| 4/24 | | Money Transfer authorized on 04/22 From Square Cash CA S467112514739603 Card 0357 | 99.99 | | |
| 4/24 | | Purchase authorized on 04/21 Sqc*Jean Lopez 8774174551 CA S587111687495752 Card 0357 | | 1.00 | |
| 4/24 | | Purchase Bank Check OR Draft | | 5,010.00 | 398.85 |
| 4/25 | | Square Inc 170425R2 170425 L204198225506 Keith M. Scriven | 482.35 | | 881.20 |
| 4/26 | | eDeposit IN Branch/Store 04/26/17 11:38:11 Am 601 Chestnut St Philadelphia PA 0357 | 300.00 | | |
| 4/26 | | Money Transfer authorized on 04/26 From Square Cash CA S587116743157756 Card 0357 | 400.95 | | |
| 4/26 | | Purchase authorized on 04/24 US Fuel Flemington NJ S307114522045637 Card 0357 | | 30.00 | |
| 4/26 | | Purchase authorized on 04/25 Main Street Liquor Stillwater NJ S587115825556304 Card 0357 | | 19.09 | 1,533.06 |
| 4/27 | | Cash eWithdrawal in Branch/Store 04/27/2017 10:33 Am 122 Water St Newton NJ 0357 | | 1,200.00 | 333.06 |
| 4/28 | | eDeposit IN Branch/Store 04/28/17 02:42:20 Pm 601 Chestnut St Philadelphia PA 5377 | 5,000.00 | | |
| 4/28 | | Purchase authorized on 04/27 Main Street Liquor Stillwater NJ S387117685968833 Card 0357 | | 15.50 | |
| 4/28 | | ATM Withdrawal authorized on 04/28 307 Levering Mill Road Bala Cynwyd PA 0003248 ATM ID 0174K Card 0357 | | 200.00 | |
| 4/28 | | Withdrawal Made In A Branch/Store | | 4,010.00 | 1,107.56 |
| 5/1 | | Money Transfer authorized on 04/30 From Square Cash CA S587120506192974 Card 0357 | 178.20 | | |
| 5/1 | | Square Inc 170429R2 170429 L204199530079 Keith M. Scriven | 214.44 | | |
| 5/1 | | Purchase authorized on 04/28 Busy Bee Fredon NJ S307118402614686 Card 0357 | | 25.00 | |
| 5/1 | | Purchase authorized on 04/28 Jewelers Depot Philadelphia PA S387118694724014 Card 0357 | | 683.23 | |
| 5/1 | | Purchase authorized on 04/29 Quick Chek Food St Phillipsburg NJ S467119670110548 Card 0357 | | 30.00 | |
| 5/1 | | Transamerica Transameri 170501 42089058 Keith Scriven | | 391.51 | 370.46 |
| 5/2 | | Square Inc 170502R2 170502 L204200184050 Keith M. Scriven | 120.47 | | |
| 5/2 | | Purchase authorized on 05/02 Burger King #22807 Flemington NJ S467121662225254 Card 0357 | | 8.75 | |
| 5/2 | | Purchase authorized on 05/01 Petsmart # 2143 Flemington NJ S387121670970123 Card 0357 | | 50.32 | |
| 5/2 | | ATM Withdrawal authorized on 05/02 481 W. Germantown Pik Plymouth Meet PA 0008382 ATM ID 0092R Card 0357 | | 40.00 | 391.86 |
| 5/3 | | Purchase authorized on 05/01 Washington Discoun Washington NJ S587121688336652 Card 0357 | | 13.88 | |
| 5/3 | | Purchase authorized on 05/02 Scmua Lafayette NJ S587122490157552 Card 0357 | | 10.00 | |
| 5/3 | | ATM Withdrawal authorized on 05/03 122 Water Street Newton NJ 0008601 ATM ID 0115N Card 0357 | | 40.00 | |
| 5/3 | | ATM Withdrawal authorized on 05/03 122 Water Street Newton NJ 0008602 ATM ID 0115N Card 0357 | | 60.00 | 267.98 |
| 5/4 | | Square Inc Squar 170504 T2009080548 Keith Scriven | 400.00 | | |
| 5/4 | | Money Transfer authorized on 05/04 From Square Cash CA S307124476169895 Card 0357 | 158.40 | | |
| 5/4 | | Deposit Made In A Branch/Store | 6,000.00 | | |
| 5/4 | | Purchase authorized on 05/02 Quick Chek Corpora Newton NJ S307122478195904 Card 0357 | | 30.00 | |

Account number: ▮▮▮▮5377 ∎ April 15, 2017 - May 12, 2017 ∎ Page 3 of 6



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/4 | | Purchase authorized on 05/03 Busy Bee Fredon NJ S307123687714146 Card 0357 | | 23.85 | |
| 5/4 | | ATM Withdrawal authorized on 05/04 122 Water Street Newton NJ 0008853 ATM ID 0115N Card 0357 | | 360.00 | 6,412.53 |
| 5/5 | | Square Inc 170505R2 170505 L204201153298 Keith M. Scriven | 2,412.35 | | |
| 5/5 | | Deposit Made In A Branch/Store | 5,000.00 | | |
| 5/5 | | Purchase authorized on 05/03 Quick Chek Corpora Newton NJ S307123660535590 Card 0357 | | 20.00 | |
| 5/5 | | Purchase authorized on 05/03 Campbells Small En Newton NJ S467123680449131 Card 0357 | | 33.13 | |
| 5/5 | | Purchase authorized on 05/04 All County Fuel Oi 973-827-8179 NJ S167124472459034 Card 0357 | | 228.00 | |
| 5/5 | | Purchase authorized on 05/04 Brodhecker Farm Newton NJ S307124515542232 Card 0357 | | 25.65 | |
| 5/5 | | Purchase authorized on 05/04 Main Street Liquor Stillwater NJ S307124667042089 Card 0357 | | 15.50 | |
| 5/5 | | ATM Withdrawal authorized on 05/05 400 Old York Rd. Jenkintown PA 0005159 ATM ID 0744D Card 0357 | | 400.00 | |
| 5/5 | | Purchase Bank Check OR Draft | | 7,010.00 | |
| 5/5 | | Superior Payment 1103-45815 Keith M Scriven | | 133.85 | |
| 5/5 | 190 | Check | | 5,000.00 | 958.75 |
| 5/8 | | Purchase authorized on 05/05 Philadelphia Pk Au 888-5913636 PA S587125392858647 Card 0357 | | 39.50 | |
| 5/8 | | Purchase authorized on 05/05 Jewelers Depot Philadelphia PA S387125552848206 Card 0357 | | 150.00 | |
| 5/8 | | Purchase authorized on 05/05 Sq *Aion Mfg 877-417-4551 PA S307125589980808 Card 0357 | | 252.00 | |
| 5/8 | | Purchase authorized on 05/05 Nya Joe's #25 Ardmore PA S307126025424198 Card 0357 | | 71.76 | |
| 5/8 | | Purchase authorized on 05/06 Rite Aid Store - 2 Melrose Park PA S467126538104983 Card 0357 | | 35.15 | |
| 5/8 | | ATM Withdrawal authorized on 05/06 1 Freedom Valley Dr. Plumsteadvill PA 0008892 ATM ID 0087R Card 0357 | | 200.00 | |
| 5/8 | | Purchase authorized on 05/07 Brodhecker Farm Newton NJ P00467127689934902 Card 0357 | | 24.00 | 186.34 |
| 5/9 | | ATM Cash Deposit on 05/09 601 Chestnut St. Philadelphia PA 0000463 ATM ID 6560S Card 0357 | 640.00 | | |
| 5/9 | | Purchase authorized on 05/08 Fredon Deli Newton NJ S307128451217806 Card 0357 | | 5.49 | |
| 5/9 | | Purchase authorized on 05/08 Main Street Liquor Stillwater NJ S467128679690432 Card 0357 | | 17.48 | 803.37 |
| 5/10 | | Purchase authorized on 05/09 Speedway 03500 Camden NJ S387129571006751 Card 0357 | | 25.00 | 778.37 |
| 5/11 | | Square Inc 170511R2 170511 L204202784164 Keith M. Scriven | 1,806.81 | | |
| 5/11 | | Money Transfer authorized on 05/11 From Square Cash CA S307131738710827 Card 2343 | 346.50 | | |
| 5/11 | | Purchase authorized on 05/10 Scmua Lafayette NJ S387130636456140 Card 0357 | | 10.00 | |
| 5/11 | | Purchase authorized on 05/10 Petsmart # 2316 Newton NJ S587130650488353 Card 0357 | | 51.66 | |
| 5/11 | | Purchase authorized on 05/10 Shoprite Wines and Newton NJ S587130655074957 Card 0357 | | 11.75 | |
| 5/11 | | Purchase authorized on 05/10 Brodhecker Farm Newton NJ S467130663756833 Card 0357 | | 24.00 | |

Account number:  ▇▇▇▇▇5377   ■ April 15, 2017 - May 12, 2017   ■ Page 4 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/11 | | Tele-Transfer to xxxxxx3982 Reference #TF03F57Qd7 | | 250.00 | 2,584.27 |
| 5/12 | | ATM Withdrawal authorized on 05/12 601 Chestnut St. Philadelphia PA 0000897 ATM ID 6560S Card 2343 | | 300.00 | 2,284.27 |
| **Ending balance on 5/12** | | | | | **2,284.27** |
| **Totals** | | | **$23,840.46** | **$27,179.23** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 190 | 5/5 | 5,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/15/2017 - 05/12/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $186.34 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $5,436.42 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 32 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC

Account number:  ▮▮▮▮5377 ■ May 13, 2017 - June 14, 2017 ■ Page 2 of 7



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/15 | | Purchase authorized on 05/13 Reggae Reggae Vibe Philadelphia PA S587132645319893 Card 2343 | | 35.64 | |
| 5/15 | | ATM Withdrawal authorized on 05/13 25 W. Skippack Pike Broad Axe PA 0009954 ATM ID 0212K Card 2343 | | 160.00 | |
| 5/15 | | Purchase authorized on 05/13 Quick Chek Corpora Belvidere NJ S587133683887988 Card 2343 | | 20.00 | |
| 5/15 | | Purchase authorized on 05/14 Main Street Liquor Stillwater NJ S467134673622510 Card 2343 | | 15.50 | |
| 5/15 | | New York Propert Nypiua 170515 0000015 I051317 002000581615 | | 351.60 | |
| 5/15 | | Pgw/EZ-Pay Utility 170512 9038711 Keith M Scriven | | 374.37 | |
| 5/15 | 191 | Check | | 650.00 | 677.16 |
| 5/16 | | Purchase authorized on 05/15 Brodhecker Farm Newton NJ S387135648812312 Card 2343 | | 42.73 | |
| 5/16 | | Comcast Cable 170515 9848930 Keith *Scriven | | 91.93 | |
| 5/16 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 357.39 | 185.11 |
| 5/17 | | Vz Wireless Ve E Check 170516 3093390 Keith *Scriven | | 150.00 | 35.11 |
| 5/18 | | Square Inc 170518R2 170518 L204204731042 Keith M. Scriven | 272.30 | | |
| 5/18 | | Purchase authorized on 05/17 Fredon Discount Li Fredon NJ S587137613685683 Card 2343 | | 14.95 | 292.46 |
| 5/19 | | Square Inc 170519R2 170519 L204205068629 Keith M. Scriven | 525.29 | | |
| 5/19 | | ATM Withdrawal authorized on 05/19 1 Freedom Valley Dr. Plumsteadvill PA 0001180 ATM ID 0087R Card 2343 | | 200.00 | 617.75 |
| 5/22 | | ATM Check Deposit on 05/20 2 W. Girard Avenue Philadelphia PA 0003289 ATM ID 2091Y Card 2343 | 405.50 | | |
| 5/22 | | Square Inc 170520R2 170520 L204205389555 Keith M. Scriven | 325.79 | | |
| 5/22 | | WT Fed#07234 The Bridgehampton /Org=Atlantis Resorts Realty Ltd Srf# 0214066670158923 Trn#170522107412 Rfb# | 13,500.00 | | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 170522107412 Srf# 0214066670158923 Trn#170522107412 Rfb# | | 15.00 | |
| 5/22 | | Purchase authorized on 05/18 AMC Rockaway Plz # Rockaway NJ S387138565028850 Card 2343 | | 34.18 | |
| 5/22 | | Purchase authorized on 05/19 19 Petroleum Alpha Alpha NJ S387139446254356 Card 2343 | | 30.00 | |
| 5/22 | | Purchase authorized on 05/19 Jewelers Depot Philadelphia PA S467139636030768 Card 2343 | | 225.00 | |
| 5/22 | | Purchase authorized on 05/20 North Third Restau Philadelphia PA S307140039653817 Card 2343 | | 41.00 | |
| 5/22 | | Purchase authorized on 05/20 Fredon Discount Li Fredon NJ S467140605642047 Card 2343 | | 14.95 | |
| 5/22 | | ATM Withdrawal authorized on 05/21 122 Water Street Newton NJ 0002340 ATM ID 0115N Card 2343 | | 260.00 | |
| 5/22 | | Purchase authorized on 05/21 Advance Auto Parts Newton NJ S307141595840202 Card 2343 | | 50.22 | |
| 5/22 | | ATM Withdrawal authorized on 05/22 74 Church St Flemington NJ 0008183 ATM ID 6865W Card 2343 | | 400.00 | |
| 5/22 | | Non-WF ATM Withdrawal authorized on 05/22 733 W Lancaster Av Bry Mawr PA 00587142615564667 ATM ID MI7024 Card 2343 | | 103.50 | |
| 5/22 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 5/22 | | Cash eWithdrawal in Branch/Store 05/22/2017 3:08 Pm 5810 Easton Rd Plumsteadville PA 2343 | | 700.00 | |
| 5/22 | | Purchase Bank Check OR Draft | | 5,510.00 | |
| 5/22 | | Capital One Online Pmt 714239919735633 7983013892Scrivenkeith | | 272.00 | 7,190.69 |
| 5/23 | | Purchase authorized on 05/21 The Home Depot #09 Newton NJ S307141582639440 Card 2343 | | 62.97 | |
| 5/23 | | Purchase authorized on 05/22 Vegas Vapes LLC Bryn Mawr PA S387142642071679 Card 2343 | | 23.32 | |
| 5/23 | | ATM Withdrawal authorized on 05/23 122 Water Street Newton NJ 0002691 ATM ID 0115N Card 2343 | | 700.00 | |

Account number: ███████5377    ■    May 13, 2017 - June 14, 2017    ■    Page 3 of 7



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/23 | | Centurylink Speedpay 170522 xxxxx1047 xxxxx1188 | | 172.94 | 6,231.46 |
| 5/24 | | Purchase authorized on 05/22 Quick Chek Corpora Belvidere NJ S307142459504257 Card 2343 | | 30.00 | |
| 5/24 | | Credit One Bank Payment 170523 0000200135235 Keith Scriven | | 150.00 | 6,051.46 |
| 5/25 | | Purchase authorized on 05/24 Main Street Liquor Stillwater NJ S467144748117396 Card 2343 | | 15.50 | 6,035.96 |
| 5/26 | | Purchase authorized on 05/24 Jewelers Depot 267-7738126 PA S387144584776189 Card 2343 | | 1,079.29 | |
| 5/26 | | Purchase authorized on 05/25 Petsmart # 2316 Newton NJ S387145577356350 Card 2343 | | 70.18 | |
| 5/26 | | Purchase authorized on 05/25 Brodhecker Farm Newton NJ S307145590988882 Card 2343 | | 32.06 | |
| 5/26 | | ATM Withdrawal authorized on 05/26 601 Chestnut St. Philadelphia PA 0000602 ATM ID 6560D Card 2343 | | 800.00 | 4,054.43 |
| 5/30 | | Purchase authorized on 05/26 19 Petroleum Alpha Alpha NJ S587146434472159 Card 2343 | | 30.00 | |
| 5/30 | | Purchase authorized on 05/26 Pamma Jewelry Tool Philadelphia PA S387146646614031 Card 2343 | | 108.00 | |
| 5/30 | | ATM Withdrawal authorized on 05/27 1 Freedom Valley Dr. Plumsteadvill PA 0002671 ATM ID 0087R Card 2343 | | 600.00 | |
| 5/30 | | Purchase authorized on 05/27 Hop & Vine Liquors Belvidere NJ S387147535576270 Card 2343 | | 14.19 | |
| 5/30 | | ATM Withdrawal authorized on 05/28 122 Water Street Newton NJ 0003789 ATM ID 0115N Card 2343 | | 300.00 | |
| 5/30 | | Purchase authorized on 05/28 Brodhecker Farm Newton NJ S467148586926798 Card 2343 | | 38.48 | |
| 5/30 | | ATM Withdrawal authorized on 05/30 601 Chestnut St. Philadelphia PA 0002600 ATM ID 6560S Card 2343 | | 200.00 | 2,763.76 |
| 5/31 | | Money Transfer authorized on 05/31 From Square Cash CA S307151732842927 Card 2343 | 471.24 | | |
| 5/31 | | Purchase authorized on 05/30 Jewelers Depot Philadelphia PA S387150517153775 Card 2343 | | 375.72 | 2,859.28 |
| 6/1 | | Purchase authorized on 05/30 Quick Chek Corpora Belvidere NJ S467150418859903 Card 2343 | | 30.00 | |
| 6/1 | | Purchase authorized on 05/30 Ppa on Street Mete Philadelphia PA S307150571547805 Card 2343 | | 6.00 | |
| 6/1 | | Purchase authorized on 05/30 Talula S Garden Philadelphia PA S587150574461994 Card 2343 | | 9.18 | |
| 6/1 | | Purchase authorized on 05/31 North Third Restau Philadelphia PA S467151065301138 Card 2343 | | 121.44 | |
| 6/1 | | Purchase authorized on 05/31 Borro Internet NY S087151726378502 Card 2343 | | 1,756.15 | |
| 6/1 | | Purchase authorized on 05/31 Hop & Vine Liquors Belvidere NJ S307151742719743 Card 2343 | | 12.82 | |
| 6/1 | | Purchase authorized on 05/31 Sq *Aion Mfg 877-417-4551 PA S307151748842841 Card 2343 | | 500.00 | 423.69 |
| 6/2 | | Money Transfer authorized on 06/02 From Square Cash CA S467153499911408 Card 2343 | 1,336.50 | | |
| 6/2 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Gwhbw9 on 06/02/17 | 30.00 | | |
| 6/2 | | Purchase authorized on 06/01 Main Street Liquor Stillwater NJ S587152714012825 Card 2343 | | 15.50 | |
| 6/2 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Gwhdxp on 06/02/17 | | 5.00 | |
| 6/2 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Gwmf7T on 06/02/17 | | 200.00 | |
| 6/2 | | Transamerica Transameri 170602 42089058 Keith Scriven | | 391.51 | 1,178.18 |
| 6/5 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03H4T6B8 on 06/05/17 | 160.00 | | |
| 6/5 | | Purchase authorized on 06/02 Sqc*Karon Woodland 8774174551 CA S307153472185609 Card 2343 | | 30.00 | |

Account number:  ▇▇▇▇▇5377  ■  May 13, 2017 - June 14, 2017  ■  Page 4 of 7      

## Transaction history (continued)

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/5 | | Purchase authorized on 06/02 The Home Depot #09 Newton NJ S387153553993756 Card 2343 | | 32.05 | |
| 6/5 | | Purchase authorized on 06/02 Brodhecker Farm Newton NJ S387153572979323 Card 2343 | | 38.48 | |
| 6/5 | | Purchase authorized on 06/02 Quick Chek Corpora Belvidere NJ S587153705784618 Card 2343 | | 30.00 | |
| 6/5 | | Purchase authorized on 06/03 Fredon Deli Newton NJ S307154443221179 Card 2343 | | 11.29 | |
| 6/5 | | ATM Withdrawal authorized on 06/03 122 Water Street Newton NJ 0005105 ATM ID 0115N Card 2343 | | 700.00 | |
| 6/5 | | ATM Withdrawal authorized on 06/04 122 Water Street Newton NJ 0005347 ATM ID 0115N Card 2343 | | 40.00 | |
| 6/5 | | ATM Withdrawal authorized on 06/05 74 Church St Flemington NJ 0002553 ATM ID 6865W Card 2343 | | 360.00 | 96.36 |
| 6/6 | | Purchase authorized on 06/04 Quick Chek Corpora Newton NJ S467155611862030 Card 2343 | | 40.00 | 56.36 |
| 6/7 | | Purchase Return authorized on 06/05 Jewelers Depot Philadelphia PA S617158544175468 Card 2343 | 197.73 | | |
| 6/7 | | Money Transfer authorized on 06/07 From Square Cash CA S587158444029185 Card 2343 | 99.00 | | |
| 6/7 | | ATM Cash Deposit on 06/07 601 Chestnut St. Philadelphia PA 0003654 ATM ID 6560S Card 2343 | 200.00 | | |
| 6/7 | | Purchase authorized on 06/05 McDonald's F1962 Philadelphia PA S587156617737441 Card 2343 | | 8.19 | 544.90 |
| 6/8 | | Purchase authorized on 06/07 Sq *Aion Mfg 877-417-4551 PA S467158521504725 Card 2343 | | 300.00 | |
| 6/8 | | Purchase authorized on 06/07 Bagelsmith Grill Alpha NJ S467158753512581 Card 2343 | | 34.03 | |
| 6/8 | | ATM Withdrawal authorized on 06/08 122 Water Street Newton NJ 0005687 ATM ID 0115Q Card 2343 | | 100.00 | 110.87 |
| 6/9 | | ATM Withdrawal authorized on 06/09 601 Chestnut St. Philadelphia PA 0004056 ATM ID 6560S Card 2343 | | 40.00 | 70.87 |
| 6/12 | | Square Inc 170612R2 170612 L204211465530 Keith M. Scriven | 145.87 | | |
| 6/12 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Hkqsvd on 06/11/17 | 40.00 | | 256.74 |
| 6/13 | | Purchase authorized on 06/12 Scmua Lafayette NJ S467163546637926 Card 2343 | | 12.65 | |
| 6/13 | | Purchase authorized on 06/12 Brodhecker Farm Newton NJ S467163560490713 Card 2343 | | 38.48 | |
| 6/13 | | ATM Withdrawal authorized on 06/13 1230 US Hwy. 22 Phillipsburg NJ 0001437 ATM ID 6743S Card 2343 | | 80.00 | |
| 6/13 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 100.00 | 25.61 |
| 6/14 | | Square Inc 170614R2 170614 L204212106431 Keith M. Scriven | 260.40 | | |
| 6/14 | | Purchase authorized on 06/13 Lukoil 74056 Phillipsburg NJ S307164467486464 Card 2343 | | 20.00 | |
| 6/14 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Hr7Thw on 06/14/17 | | 100.00 | 166.01 |
| **Ending balance on 6/14** | | | | | **166.01** |
| **Totals** | | | **$17,969.62** | **$20,087.88** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---:|
| 191 | 5/15 | 650.00 |

# Wells Fargo Way2Save® Savings



Account number:  ▮▮▮▮1981  ■  April 1, 2017 - June 30, 2017  ■  Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*   Wells Fargo Bank, N.A. (345)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $40.49 |
| Deposits/Additions | 305.00 |
| Withdrawals/Subtractions | - 295.00 |
| **Ending balance on 6/30** | **$50.49** |

Account number:  ▮▮▮▮1981
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $47.63 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 4/28 | Monthly Service Fee | | 5.00 | 35.49 |
| 5/31 | Monthly Service Fee | | 5.00 | 30.49 |
| 6/2 | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Gwhdxp on 06/02/17 | 5.00 | | |



## Transaction history  (continued)

| Date | | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Gwmf7T on 06/02/17 | 200.00 | | |
| 6/2 | ∗ | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Gwhbw9 on 06/02/17 | | 30.00 | 205.49 |
| 6/5 | ∗ | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib03H4T6B8 on 06/05/17 | | 160.00 | 45.49 |
| 6/12 | ∗ | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Hkqsvd on 06/11/17 | | 40.00 | 5.49 |
| 6/14 | | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Hr7Thw on 06/14/17 | 100.00 | | 105.49 |
| 6/16 | ∗ | Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Hzyysg on 06/16/17 | | 50.00 | 55.49 |
| 6/30 | | Monthly Service Fee | | 5.00 | 50.49 |
| **Ending balance on 6/30** | | | | | **50.49** |
| **Totals** | | | **$305.00** | **$295.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

∗   *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2017 - 04/30/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $40.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 05/01/2017 - 05/31/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $35.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 06/01/2017 - 06/30/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |