UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re : Case No. 13 - 18271
Keith M. Scriven : (Chapter 11)
Debtor. :
: Hon. Ashely M. Chan
:

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 3rd - 2017

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan: November 24, 2015

2. Cash balance at the beginning of this quarter: $ 216.50
   Total receipts during this quarter: 45,626.77
   Total disbursements during this quarter: 45,698.89
   Cash balance at the end of this quarter: 1,380.03

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan: *
   Cumulative paid to date: *
   Balance remaining to be made under the Plan: *

   * - Debtor has modified his mortgages under the Plan
       ($17,194.51 per month until the maturity dates
       of these mortgages).

   AS OF END OF THIS REPORTING PERIOD: Yes No

4. Are all payments required by the confirmed plan
   current at this time? x
   **[If "No," attach an explanatory statement identifying
   payments not made. Include creditor, amount, due
   date, reason for non-payment and an estimated date
   when payments will be brought current.]**

| | | |
|---|---|---|
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? [If "Yes," attach an explanatory statement.] | x |
| 6. | Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? | x |
| 7. | Have all motions, contested matters and adversary proceedings been fully resolved [If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.] | x |
| 8. | Has the order confirming the Plan become non-appealable? | x |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? [If "No," attach an explanatory statement.] | x |
| 10. | Has any property proposed by the Plan to be transferred pursuant to the Plan? | x |
| 11. | Do any property remain to be transferred pursuant to the Plan? [If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.] | x |
| 12. | Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? | x |
| 13. | Anticipated date of motion for final decree: | November 24, 2018 |

I declare under penalty of perjury that the statements set forth above are true and accurate.

11/12/17
Dated:

Keith M. Scriven, Debtor

Current Address:   1007 North 6th Street
                   Philadelphia, PA 19123-1406

Telephone No.:    (215) 564 - 3999

# Wells Fargo Everyday Checking

Account number:  ▮▮▮▮5377  ■  June 15, 2017 - July 17, 2017  ■  Page 1 of 5



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number:  ▮▮▮▮5377
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

## Activity summary

| | |
|---|---:|
| Beginning balance on 6/15 | $166.01 |
| Deposits/Additions | 9,949.18 |
| Withdrawals/Subtractions | - 9,537.78 |
| **Ending balance on 7/17** | **$577.41** |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▓▓▓▓5377 ■ June 15, 2017 - July 17, 2017 ■ Page 2 of 5


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/15 | | Purchase authorized on 06/14 Fredon Discount Li Fredon NJ S587165669280415 Card 2343 | | 14.95 | |
| 6/15 | | Purchase authorized on 06/14 Busy Bee Fredon NJ S467165670963258 Card 2343 | | 23.02 | 128.04 |
| 6/16 | | ATM Cash Deposit on 06/16 1 Freedom Valley Dr. Plumsteadvill PA 0006296 ATM ID 0087R Card 2343 | 2,000.00 | | |
| 6/16 | | ATM Cash Deposit on 06/16 601 Chestnut St. Philadelphia PA 0005057 ATM ID 6560D Card 2343 | 500.00 | | |
| 6/16 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Hzyysg on 06/16/17 | 50.00 | | |
| 6/16 | | Purchase authorized on 06/15 Main Street Liquor Stillwater NJ S307166727596587 Card 2343 | | 15.50 | 2,662.54 |
| 6/19 | | ATM Check Deposit on 06/19 601 Chestnut St. Philadelphia PA 0005110 ATM ID 6560S Card 2343 | 25.00 | | |
| 6/19 | | ATM Cash Deposit on 06/19 601 Chestnut St. Philadelphia PA 0005111 ATM ID 6560S Card 2343 | 560.00 | | |
| 6/19 | | Purchase authorized on 06/16 Tractor Supply #18 Pipersville PA S387167463220147 Card 2343 | | 42.58 | |
| 6/19 | | Purchase authorized on 06/19 Pamma Jewelry Tool Philadelphia PA P00467170609346211 Card 2343 | | 29.00 | |
| 6/19 | | Vz Wireless Ve E Check 170617 4121390 Keith *Scriven | | 100.00 | |
| 6/19 | 193 | Check | | 2,500.00 | 575.96 |
| 6/20 | | Square Inc 170620R2 170620 L204213757509 Keith M. Scriven | 729.37 | | |
| 6/20 | | Purchase authorized on 06/19 Power Gas Belvider Buttzville NJ S587170674253254 Card 2343 | | 25.00 | |
| 6/20 | | ATM Withdrawal authorized on 06/20 50 International Drive Flanders NJ 0004818 ATM ID 9856H Card 2343 | | 300.00 | 980.33 |
| 6/21 | | Purchase authorized on 06/19 Jewelers Depot Philadelphia PA S307170552156921 Card 2343 | | 137.85 | |
| 6/21 | | Purchase authorized on 06/19 Ppa on Street Mete Philadelphia PA S587170564016191 Card 2343 | | 6.00 | |
| 6/21 | | Purchase authorized on 06/20 Hop & Vine Liquors Belvidere NJ S587171707848821 Card 2343 | | 15.89 | 820.59 |
| 6/22 | | Money Transfer authorized on 06/22 From Square Cash CA S467173472411800 Card 2343 | 1,584.00 | | 2,404.59 |
| 6/23 | | Centurylink Speedpay 170622 xxxxx1047 xxxxx1189 | | 172.93 | |
| 6/23 | | Centurylink Speedpay 170622 xxxxx1047 xxxxx5312 | | 198.00 | |
| 6/23 | | Peco - Wallet Ac Bill Pay 170622 20078365011 Keith Scriven | | 222.81 | 1,810.85 |
| 6/26 | | Service Electric Service El F7G22I4444145 Keith M Scriven | | 160.00 | 1,650.85 |
| 6/27 | 195 | Check | | 900.00 | 750.85 |
| 6/28 | 194 | Check | | 618.19 | 132.66 |
| 6/29 | | Square Inc 170629R2 170629 L204216703773 Keith M. Scriven | 437.62 | | |
| 6/29 | | Money Transfer authorized on 06/29 From Square Cash CA S467180751629017 Card 2343 | 247.50 | | |
| 6/29 | | Purchase authorized on 06/28 Ops* Newton Expres Newton NJ S467179512338276 Card 2343 | | 20.00 | |
| 6/29 | | Purchase authorized on 06/28 Scmua Lafayette NJ S387179575131921 Card 2343 | | 10.00 | |
| 6/29 | | ATM Withdrawal authorized on 06/29 122 Water Street Newton NJ 0000627 ATM ID 0115N Card 2343 | | 300.00 | 487.78 |
| 6/30 | | Purchase authorized on 06/30 Pamma Jewelry Tool Philadelphia PA P00467181502904795 Card 2343 | | 49.50 | 438.28 |
| 7/3 | | ATM Cash Deposit on 07/01 1 Freedom Valley Dr. Plumsteadvill PA 0009175 ATM ID 0087R Card 2343 | 20.00 | | |
| 7/3 | | Square Inc 170701R2 170701 L204217368774 Keith M. Scriven | 145.87 | | |
| 7/3 | | Purchase authorized on 06/30 Wawa 8080 0008 Cheltenham PA S307181770047904 Card 2343 | | 19.97 | |
| 7/3 | | Transamerica Transameri 170702 42089058 Keith Scriven | | 391.51 | 192.67 |
| 7/6 | | ATM Cash Deposit on 07/06 122 Water Street Newton NJ 0002101 ATM ID 0115N Card 2343 | 200.00 | | |

Account number:  ▮▮▮▮5377  ■  June 15, 2017 - July 17, 2017  ■  Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/6 | | Purchase authorized on 07/04 Quick Chek Corpora Newton NJ S387185517583497 Card 2343 | | 30.00 | |
| 7/6 | | Purchase authorized on 07/05 T B Hagstoz & Sons Philadelphia PA S467186516898196 Card 2343 | | 48.38 | 314.29 |
| 7/7 | | ATM Cash Deposit on 07/07 601 Chestnut St. Philadelphia PA 0009215 ATM ID 6560D Card 2343 | 1,920.00 | | |
| 7/7 | | eDeposit IN Branch/Store 07/07/17 11:50:41 Am 601 Chestnut St Philadelphia PA 2343 | 680.00 | | |
| 7/7 | | Purchase authorized on 07/05 Kc's Alley Ambler PA S467186629357898 Card 2343 | | 24.91 | |
| 7/7 | | Purchase authorized on 07/05 Modell's #29 North Wales PA S307186710679325 Card 2343 | | 27.00 | |
| 7/7 | | Purchase authorized on 07/06 Shoprite Newton S1 Newton NJ S307187588118975 Card 2343 | | 21.84 | 2,840.54 |
| 7/10 | | Purchase authorized on 07/07 Quick Chek Corpora Belvidere NJ S307188423397168 Card 2343 | | 30.00 | |
| 7/10 | | Purchase authorized on 07/07 Ppa on Street Mete Philadelphia PA S387188574189945 Card 2343 | | 3.25 | |
| 7/10 | | Purchase authorized on 07/07 Girard Food & Gas Philadelphia PA S307188842612273 Card 2343 | | 18.63 | 2,788.66 |
| 7/12 | | Square Inc 170712R2 170712 L204220299003 Keith M. Scriven | 216.97 | | |
| 7/12 | | Philadelphia Fcu Popmoney 170712 Savonia Thorn Keith Scriven | 320.00 | | 3,325.63 |
| 7/13 | | Square Inc 170713R2 170713 L204220623575 Keith M. Scriven | 192.85 | | 3,518.48 |
| 7/14 | | New York Propert Nypiua 170714 0000009 I071417 002000581615 | | 274.81 | |
| 7/14 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 286.26 | 2,957.41 |
| 7/17 | | ATM Cash Deposit on 07/17 122 Water Street Newton NJ 0004514 ATM ID 0115N Card 2343 | 120.00 | | |
| 7/17 | 192 | Check | | 2,500.00 | 577.41 |
| **Ending balance on 7/17** | | | | | **577.41** |
| **Totals** | | | **$9,949.18** | **$9,537.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 192 | 7/17 | 2,500.00 | 194 | 6/28 | 618.19 | 195 | 6/27 | 900.00 |
| 193 | 6/19 | 2,500.00 | | | | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/15/2017 - 07/17/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $1,500.00 | $128.04 ☐ |
| ·  Total amount of qualifying direct deposits | $500.00 | $2,042.68 ☑ |
| ·  Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 21 ☑ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Account number:  ▇▇▇▇5377  ■  July 18, 2017 - August 14, 2017  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/18 | | Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 444.59 |
| 7/24 | | Money Transfer authorized on 07/24 From Square Cash CA S467205599663717 Card 2343 | 742.50 | | |
| 7/24 | | Purchase authorized on 07/21 Target 0001 North Wales PA S387202491754211 Card 2343 | | 8.15 | |
| 7/24 | | ATM Withdrawal authorized on 07/24 122 Water Street Newton NJ 0006148 ATM ID 0115N Card 2343 | | 660.00 | 518.94 |
| 7/25 | | Purchase authorized on 07/24 Shoprite Newton S1 Newton NJ S467205616040428 Card 2343 | | 54.96 | 463.98 |
| 7/27 | | Purchase authorized on 07/27 Pamma Jewelry Tool Philadelphia PA P00467208727476527 Card 2343 | | 12.50 | |
| 7/27 | | ATM Withdrawal authorized on 07/27 2 W. Girard Avenue Philadelphia PA 0009879 ATM ID 2091Y Card 2343 | | 300.00 | 151.48 |
| 7/28 | | Square Inc 170728R2 170728 L204225137426 Keith M. Scriven | 216.97 | | |
| 7/28 | | Purchase authorized on 07/26 Shell Oil 57545297 Stanhope NJ S387207459368937 Card 2343 | | 30.00 | 338.45 |
| 7/31 | | Square Inc 170731R2 170731 L204225973992 Keith M. Scriven | 677.97 | | |
| 7/31 | | Purchase authorized on 07/27 US Fuel Flemington NJ S387208653464544 Card 2343 | | 25.00 | |
| 7/31 | | ATM Withdrawal authorized on 07/29 122 Water Street Newton NJ 0007227 ATM ID 0115N Card 2343 | | 140.00 | |
| 7/31 | | Purchase authorized on 07/29 Fredon Discount Li Fredon NJ S307210659458418 Card 2343 | | 14.95 | |
| 7/31 | | Purchase authorized on 07/30 Fredon Deli Newton NJ S467211448639213 Card 2343 | | 12.77 | |
| 7/31 | | ATM Withdrawal authorized on 07/31 1300 Uhler Road Easton PA 0007587 ATM ID 0732D Card 2343 | | 40.00 | 783.70 |
| 8/1 | | Square Inc 170730P2 170731 L204225507244 Keith M. Scriven | 1,650.00 | | |
| 8/1 | | Purchase authorized on 07/31 Sqc*Keith Scriven 8774174551 CA S467212828985772 Card 2343 | | 300.00 | |
| 8/1 | | Transamerica Transameri 170801 42089058 Keith Scriven | | 391.51 | 1,742.19 |
| 8/2 | | Purchase authorized on 08/01 Main Street Liquor Stillwater NJ S587213727095175 Card 2343 | | 17.48 | |
| 8/2 | | ATM Withdrawal authorized on 08/02 601 Chestnut St. Philadelphia PA 0000295 ATM ID 6560S Card 2343 | | 600.00 | |
| 8/2 | | Purchase authorized on 08/02 Pamma Jewelry Tool Philadelphia PA P00587214531585957 Card 2343 | | 8.00 | 1,116.71 |
| 8/3 | | Purchase authorized on 08/02 Le Pain Quotidien Philadelphia PA S467214610833602 Card 2343 | | 35.57 | 1,081.14 |
| 8/4 | | ATM Check Deposit on 08/04 25 W. Skippack Pike Broad Axe PA 0000413 ATM ID 0212K Card 2343 | 194.41 | | |
| 8/4 | | Purchase authorized on 08/02 Quick Ckek Food St Ringoes NJ S587214486509488 Card 2343 | | 25.00 | |
| 8/4 | | Purchase authorized on 08/03 Sqc*Keith Scriven 8774174551 CA S387215653369750 Card 2343 | | 525.00 | |
| 8/4 | | Service Electric Service El G7I02Q2526924 Keith M Scriven | | 50.00 | 675.55 |
| 8/7 | | eDeposit IN Branch/Store 08/07/17 02:44:43 Pm 5810 Easton Rd Plumsteadville PA 5377 | 2,000.00 | | |
| 8/7 | | Purchase authorized on 08/04 Quick Ckek Food St Ringoes NJ S467216452531873 Card 2343 | | 20.00 | |
| 8/7 | | Purchase authorized on 08/04 T B Hagstoz & Sons Philadelphia PA S467216554501496 Card 2343 | | 95.68 | |
| 8/7 | | Purchase authorized on 08/04 Ppa on Street Mete Philadelphia PA S387216610741861 Card 2343 | | 1.75 | |
| 8/7 | | Purchase authorized on 08/04 McDonald's F1962 Philadelphia PA S587216640501362 Card 2343 | | 4.32 | |
| 8/7 | | Purchase authorized on 08/05 Tractor Supply #11 Ringoes NJ S587217534977176 Card 2343 | | 13.19 | |
| 8/7 | | Purchase authorized on 08/05 Scmua Lafayette NJ S307217627557676 Card 2343 | | 10.00 | |

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/7 | | ATM Withdrawal authorized on 08/05 122 Water Street Newton NJ 0008854 ATM ID 0115N Card 2343 | | 520.00 | 2,010.61 |
| 8/8 | | ATM Check Deposit on 08/08 122 Water Street Newton NJ 0009425 ATM ID 0115N Card 2343 | 811.03 | | |
| 8/8 | | ATM Cash Deposit on 08/08 122 Water Street Newton NJ 0009427 ATM ID 0115N Card 2343 | 1,000.00 | | |
| 8/8 | | Credit One Bank Payment 170807 0000212597756 Keith Scriven | | 100.00 | 3,721.64 |
| 8/10 | 196 | Check | | 2,500.00 | 1,221.64 |
| 8/11 | | Purchase authorized on 08/09 The Storage Store 973-691-4848 NJ S307221426868087 Card 2343 | | 137.29 | |
| 8/11 | | Purchase authorized on 08/10 Main Street Liquor Stillwater NJ S587222755870653 Card 2343 | | 15.50 | 1,068.85 |
| 8/14 | | Purchase authorized on 08/11 Shell Oil 91002541 Andover NJ S587223419110281 Card 2343 | | 30.00 | |
| 8/14 | | Purchase authorized on 08/11 Keystone Sewing MA Philadelphia PA S387223595655001 Card 2343 | | 70.00 | |
| 8/14 | 197 | Check | | 650.00 | 318.85 |
| **Ending balance on 8/14** | | | | | **318.85** |
| **Totals** | | | **$7,292.88** | **$7,551.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 196 | 8/10 | 2,500.00 | 197 | 8/14 | 650.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/18/2017 - 08/14/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $151.48 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $2,544.94 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 23 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| **Monthly service fee discount(s)** *(applied when box is checked)* | | |
| Age of primary account owner is 17 - 24 ($5.00 discount) | ☐ | |

RC/RC



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/15 | | ATM Check Deposit on 08/15 122 Water Street Newton NJ 0001069 ATM ID 0115N Card 2343 | 821.69 | | 1,140.54 |
| 8/17 | | Purchase authorized on 08/16 19 Petroleum Alpha Alpha NJ S467228476251521 Card 2343 | | 30.00 | |
| 8/17 | | Vz Wireless Ve E Check 170816 7589610 Keith *Scriven | | 199.15 | 911.39 |
| 8/18 | | eDeposit IN Branch/Store 08/18/17 01:16:45 Pm 1200 E Lancaster Ave Bryn Mawr PA 5377 | 1,400.00 | | |
| 8/18 | | Purchase authorized on 08/16 Quick Chek Corpora Belvidere NJ S307228460193191 Card 2343 | | 9.99 | |
| 8/18 | | Purchase authorized on 08/17 Marshalls #443 Newton NJ S467229518350621 Card 2343 | | 74.78 | |
| 8/18 | | Withdrawal Made In A Branch/Store | | 1,610.00 | |
| 8/18 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 483.80 |
| 8/21 | | Purchase authorized on 08/19 Alice Bakery & Con Ambler PA S587230487302068 Card 2343 | | 12.03 | |
| 8/21 | | Purchase authorized on 08/18 Sq *Well Qualified Newton NJ S387230591650013 Card 2343 | | 80.00 | |
| 8/21 | | Revenue Collecti ACH 170818 215-288-6800 Keith Scriven | | 191.80 | 199.97 |
| 8/22 | | Square Inc 170822R2 170822 L204232722143 Keith M. Scriven | 422.35 | | |
| 8/22 | | Purchase authorized on 08/21 Petsmart # 2316 Newton NJ S587233649429065 Card 2343 | | 115.80 | |
| 8/22 | | Comcast Cable 170821 8284190 Keith *Scriven | | 110.00 | 396.52 |
| 8/24 | | Purchase authorized on 08/23 Shoprite Newton S1 Newton NJ S587235538259584 Card 2343 | | 35.04 | 361.48 |
| 8/25 | | ATM Check Deposit on 08/25 340-50 S. Second St. Philadelphia PA 0005852 ATM ID 5858G Card 2343 | 300.00 | | |
| 8/25 | | Purchase authorized on 08/23 Quick Chek Corpora Newton NJ S307235525908183 Card 2343 | | 30.00 | |
| 8/25 | | ATM Withdrawal authorized on 08/25 340-50 S. Second St. Philadelphia PA 0005853 ATM ID 5858G Card 2343 | | 40.00 | |
| 8/25 | | Purchase authorized on 08/25 Fleishman Fabrics Philadelphia PA P00307237576622170 Card 2343 | | 42.90 | 548.58 |
| 8/28 | | ATM Cash Deposit on 08/27 122 Water Street Newton NJ 0004641 ATM ID 0115Q Card 2343 | 800.00 | | |
| 8/28 | | Purchase authorized on 08/25 Fredon Deli Newton NJ S307237403464631 Card 2343 | | 5.78 | |
| 8/28 | | Purchase authorized on 08/26 Tandy Leather Fact Philadelphia PA S307238511908926 Card 2343 | | 429.79 | |
| 8/28 | | Purchase authorized on 08/27 Shoprite Newton S1 Newton NJ S587239588664088 Card 2343 | | 15.97 | |
| 8/28 | | Purchase authorized on 08/27 Shoprite Wines and Newton NJ S4672395897682233 Card 2343 | | 12.82 | |
| 8/28 | | Capital One Online Pmt 170827 724039919306967 7983013892Scrivenkeith | | 130.00 | 754.22 |
| 8/29 | | IRS Usataxpymt 082917 222764132578572 Keith M Scriven | | 225.00 | 529.22 |
| 8/31 | | ATM Check Deposit on 08/31 122 Water Street Newton NJ 0004555 ATM ID 0115N Card 2343 | 590.00 | | |
| 8/31 | | Purchase authorized on 08/30 Wal-Mart #2604 Newton NJ S307242416509347 Card 2343 | | 191.31 | |
| 8/31 | | Purchase authorized on 08/30 Hop & Vine Liquors Belvidere NJ S587242731505643 Card 2343 | | 13.89 | |
| 8/31 | | ATM Withdrawal authorized on 08/31 122 Water Street Newton NJ 0004558 ATM ID 0115N Card 2343 | | 60.00 | 854.02 |
| 9/1 | | Purchase authorized on 09/01 Fleishman Fabrics Philadelphia PA P00467244554188987 Card 2343 | | 40.00 | 814.02 |
| 9/5 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Qgpt94 on 09/03/17 | 20.00 | | |
| 9/5 | | Purchase authorized on 09/01 Power Gas Belvider Buttzville NJ S467244424971501 Card 2343 | | 30.00 | |

Account number: ████5377 ▪ August 15, 2017 - September 15, 2017 ▪ Page 3 of 5



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Purchase authorized on 09/01 Wine and Spirits 5 Philadelphia PA S467244778202033 Card 2343 | | 37.77 | |
| 9/5 | | Purchase authorized on 09/02 Reggae Reggae Vibe Philadelphia PA S307244789371394 Card 2343 | | 35.64 | |
| 9/5 | | ATM Withdrawal authorized on 09/02 2401 W Cheltenham Ave Wyncote PA 0009096 ATM ID 9867C Card 2343 | | 640.00 | |
| 9/5 | | Discover E-Payment 170903 3391 Kane Lawrence | | 85.00 | 5.61 |
| 9/6 | | Square Inc 170906R2 170906 L204237174124 Keith M. Scriven | 255.75 | | |
| 9/6 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Qpm9P4 on 09/06/17 | 10.00 | | |
| 9/6 | | ATM Withdrawal authorized on 09/06 122 Water Street Newton NJ 0005903 ATM ID 0115N Card 2343 | | 160.00 | 111.36 |
| 9/7 | | Square Inc 170907R2 170907 L204237504007 Keith M. Scriven | 170.50 | | |
| 9/7 | | Purchase authorized on 09/06 Wal-Mart #2604 Newton NJ S387249564656286 Card 2343 | | 109.79 | 172.07 |
| 9/11 | | Square Inc 170911R2 170911 L204238605750 Keith M. Scriven | 717.95 | | |
| 9/11 | | Purchase authorized on 09/09 Reggae Reggae Vibe Philadelphia PA S587251813545765 Card 2343 | | 59.40 | |
| 9/11 | | Purchase authorized on 09/09 Sqc*Ronette Street 8774174551 CA S467252198392601 Card 2343 | | 30.00 | |
| 9/11 | | Purchase authorized on 09/09 Power Gas Belvider Buttzville NJ S587252538561008 Card 2343 | | 30.00 | |
| 9/11 | | ATM Withdrawal authorized on 09/11 122 Water Street Newton NJ 0006995 ATM ID 0115N Card 2343 | | 200.00 | |
| 9/11 | | Purchase authorized on 09/11 USPS PO 33585013 39 Main Newton NJ P00467254519597927 Card 2343 | | 6.65 | |
| 9/11 | | Purchase authorized on 09/11 Njt Newark 5044 Newark NJ P00000000341027412 Card 2343 | | 10.50 | 553.47 |
| 9/12 | | ATM Cash Deposit on 09/12 50 International Drive Flanders NJ 0008701 ATM ID 9856H Card 2343 | 250.00 | | |
| 9/12 | | Purchase authorized on 09/11 Leather, Suede, Sk New York NY S587254648705415 Card 2343 | | 65.00 | |
| 9/12 | | Purchase authorized on 09/11 Laz Parking 590819 Newark NJ S307254698221369 Card 2343 | | 16.00 | 722.47 |
| 9/13 | | ATM Cash Deposit on 09/13 122 Water Street Newton NJ 0007348 ATM ID 0115N Card 2343 | 650.00 | | |
| 9/13 | | Purchase authorized on 09/11 Shell Oil 57545297 Stanhope NJ S587254532636273 Card 2343 | | 30.00 | |
| 9/13 | | Purchase authorized on 09/12 Petsmart # 1524 Flanders NJ S387255606577118 Card 2343 | | 37.40 | |
| 9/13 | | Purchase authorized on 09/12 Main Street Liquor Stillwater NJ S467255806959911 Card 2343 | | 17.48 | |
| 9/13 | | Firstenergy Opco Fe Echeck 100110834700 Ronette Streeter | | 105.44 | 1,182.15 |
| 9/14 | | Purchase authorized on 09/13 Flood Processing 406-756-8656 MT S387256638112337 Card 2343 | | 816.00 | 366.15 |
| 9/15 | | Purchase authorized on 09/14 Main Street Liquor Stillwater NJ S467257739068884 Card 2343 | | 15.50 | 350.65 |
| **Ending balance on 9/15** | | | | | **350.65** |
| **Totals** | | | **$6,408.24** | **$6,376.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Account number:  ▇▇▇▇5377    ■    September 16, 2017 - October 16, 2017    ■    Page 2 of 4


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/18 | | ATM Check Deposit on 09/18 122 Water Street Newton NJ 0008439 ATM ID 0115N Card 2343 | 150.00 | | |
| 9/18 | | Purchase authorized on 09/15 Power Gas Belvider Buttzville NJ S467258422187930 Card 2343 | | 30.00 | |
| 9/18 | 198 | Check | | 194.41 | 276.24 |
| 9/19 | | Purchase authorized on 09/17 Verizon Wrls D2219 Succasunna NJ S587260595866765 Card 2343 | | 68.20 | |
| 9/19 | | Purchase authorized on 09/17 Verizon Wrls D2219 Succasunna NJ S307260620666778 Card 2343 | | 51.98 | |
| 9/19 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 23.24 |
| 9/20 | | Square Inc 170920R2 170920 L204241543418 Keith M. Scriven | 170.50 | | 193.74 |
| 9/21 | | Money Transfer authorized on 09/21 From Square Cash CA S00587264525352930 Card 2343 | 193.05 | | |
| 9/21 | | Credit One Bank Payment 170920 0000219849202 Keith Scriven | | 140.00 | |
| 9/21 | | Revenue Collecti ACH 170920 215-288-6800 Keith Scriven | | 191.80 | 54.99 |
| 9/22 | | Square Inc 170922R2 170922 L204242204616 Keith M. Scriven | 211.10 | | 266.09 |
| 9/25 | | Purchase authorized on 09/22 19 Petroleum Alpha Alpha NJ S387265437564985 Card 2343 | | 20.00 | |
| 9/25 | | Purchase authorized on 09/23 Reggae Reggae Vibe Philadelphia PA S307265798146566 Card 2343 | | 35.64 | |
| 9/25 | | Purchase authorized on 09/22 Wine and Spirits 5 Philadelphia PA S307265832055558 Card 2343 | | 64.77 | |
| 9/25 | | ATM Withdrawal authorized on 09/23 1 Freedom Valley Dr. Plumsteadvill PA 0004411 ATM ID 0087R Card 2343 | | 120.00 | |
| 9/25 | | Purchase authorized on 09/23 Tractor Supply # 6719 Eas Bedminster PA P005872666619320280 Card 2343 | | 19.40 | 6.28 |
| 9/27 | | Money Transfer authorized on 09/27 From Square Cash CA S00587270600965827 Card 2343 | 148.50 | | 154.78 |
| 9/28 | | Purchase authorized on 09/27 Main Street Liquor Stillwater NJ S587270660947215 Card 2343 | | 15.50 | |
| 9/28 | | IRS Usataxpymt 092817 222767154868041 Keith M Scriven | | 41.17 | |
| 9/28 | | IRS Usataxpymt 092817 222767131791860 Keith M Scriven | | 66.00 | 32.11 |
| 10/2 | | ATM Check Deposit on 09/30 1 Freedom Valley Dr. Plumsteadvill PA 0005661 ATM ID 0087R Card 2343 | 500.00 | | |
| 10/2 | | Square Inc 171002R2 171002 L204245144068 Keith M. Scriven | 135.05 | | |
| 10/2 | | Purchase authorized on 09/29 Fredon Deli Newton NJ S587272408582575 Card 2343 | | 4.28 | |
| 10/2 | | Purchase authorized on 09/29 US Fuel Flemington NJ S387272450658478 Card 2343 | | 25.00 | |
| 10/2 | | Transamerica Transameri 171001 42089058 42089058 | | 392.51 | 245.37 |
| 10/3 | | Purchase authorized on 10/02 Joann Stores #2341 Succasunna NJ S307275572040336 Card 2343 | | 53.84 | |
| 10/3 | | Purchase authorized on 10/02 McDonald's F19994 Succasunna NJ S467275601713807 Card 2343 | | 8.11 | |
| 10/3 | | Purchase authorized on 10/02 Shoprite Wines and Stanhope NJ S467275612867976 Card 2343 | | 12.82 | |
| 10/3 | | ATM Withdrawal authorized on 10/03 601 Chestnut St. Philadelphia PA 0006229 ATM ID 6560D Card 2343 | | 120.00 | 50.60 |
| 10/4 | | Money Transfer authorized on 10/04 From Square Cash CA S00387277511749197 Card 2343 | 74.25 | | |
| 10/4 | | ATM Withdrawal authorized on 10/04 122 Water Street Newton NJ 0008620 ATM ID 0115Q Card 2343 | | 40.00 | 84.85 |
| 10/5 | | Purchase authorized on 10/03 US Fuel Flemington NJ S307276454613552 Card 2343 | | 30.00 | 54.85 |
| 10/6 | | Purchase authorized on 10/05 Potbelly #279 New York NY S467278584065995 Card 2343 | | 7.68 | |
| 10/6 | | Purchase authorized on 10/06 #0291 Acme Philadelphia PA P00467279759382961 Card 2343 | | 8.99 | 38.18 |

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/10 | | Purchase authorized on 10/06 Ppa on Street Mete Philadelphia PA S467279716468486 Card 2343 | | 1.00 | |
| 10/10 | | Purchase authorized on 10/07 Dunkin #331955 Q35 Philadelphia PA S387280482232866 Card 2343 | | 16.57 | 20.61 |
| 10/16 | | ATM Check Deposit on 10/14 1 Freedom Valley Dr. Plumsteadvill PA 0008123 ATM ID 0087R Card 2343 | 600.00 | | |
| 10/16 | | Purchase authorized on 10/13 McDonald's F1962 Philadelphia PA S587286630873822 Card 2343 | | 11.77 | |
| 10/16 | | ATM Withdrawal authorized on 10/14 1 Freedom Valley Dr. Plumsteadvill PA 0008124 ATM ID 0087R Card 2343 | | 200.00 | |
| 10/16 | | Purchase authorized on 10/15 Main Street Liquor Stillwater NJ S587288617408938 Card 2343 | | 24.60 | |
| 10/16 | | Purchase authorized on 10/16 Petsmart # 2143 Flemington NJ P005872896759334 87 Card 2343 | | 69.45 | 314.79 |
| **Ending balance on 10/16** | | | | | **314.79** |
| **Totals** | | | **$2,182.45** | **$2,218.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 198 | 9/18 | 194.41 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells   Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to abanker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/16/2017 - 10/16/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·    Minimum daily balance | $1,500.00 | $6.28 ☐ |
| ·    Total amount of qualifying direct deposits | $500.00 | $516.65 ☑ |
| ·    Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 21 ☑ |
| ·    The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC

# Wells Fargo Way2Save® Savings



Account number:  ▮▮▮▮1981  ■  July 1, 2017 - September 30, 2017  ■  Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $50.49 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 45.00 |
| **Ending balance on 9/30** | **$5.49** |

Account number:  ▮▮▮▮1981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $37.17 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 7/31 | Monthly Service Fee | | 5.00 | 45.49 |
| 8/31 | Monthly Service Fee | | 5.00 | 40.49 |
| 9/5 | ⁎ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Qgpt94 on 09/03/17 | | 20.00 | 20.49 |

Account number:  ▮▮▮▮▮▮1981  ■  July 1, 2017 - September 30, 2017  ■  Page 2 of 4



## Transaction history  (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 9/6 | ✶ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Qpm9P4 on 09/06/17 | | 10.00 | 10.49 |
| 9/29 | Monthly Service Fee | | 5.00 | 5.49 |
| **Ending balance on 9/30** | | | | **5.49** |
| **Totals** | | **$0.00** | **$45.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✶ Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2017 - 07/31/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $50.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 08/01/2017 - 08/31/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $45.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 09/01/2017 - 09/30/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $10.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

AM/AM