UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 4th - 2017

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:             November 24, 2015

2. Cash balance at the beginning of this quarter:      $   37.60
   Total receipts during this quarter:                    19,510.79
   Total disbursements during this quarter:               19,253.46
   Cash balance at the end of this quarter:                  219.73

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:     *
   Cumulative paid to date:                            *
   Balance remaining to be made under the Plan:        *

   \* - Debtor has modified his mortgages under the Plan
         ($17,194.51 per month until the maturity dates
          of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:                 Yes    No

4. Are all payments required by the confirmed plan
   current at this time?                                       x
   **[If "No," attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment <u>and</u> an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]**    x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?    x

7. Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]**    x

8. Has the order confirming the Plan become non-appealable?    x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]**    x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?    x

11. Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]**    x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?    x

13. Anticipated date of motion for final decree:    November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

2-1-2018
Dated:                    Keith M. Scriven, Debtor

Current Address:    1007 North 6th Street
                    Philadelphia, PA 19123-1406

Telephone No.:      (215) 564 - 3999

# Wells Fargo Everyday Checking



Account number: ▇▇▇▇▇5377   ■   September 16, 2017 - October 16, 2017   ■   Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: ▇▇▇▇▇5377
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

## Activity summary

| | |
|---|---:|
| Beginning balance on 9/16 | $350.65 |
| Deposits/Additions | 2,182.45 |
| Withdrawals/Subtractions | - 2,218.31 |
| **Ending balance on 10/16** | **$314.79** |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Document      Page 4 of 12

Account number: ▮▮▮▮5377  ■  September 16, 2017 - October 16, 2017  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/18 | | ATM Check Deposit on 09/18 122 Water Street Newton NJ 0008439 ATM ID 0115N Card 2343 | 150.00 | | |
| 9/18 | | Purchase authorized on 09/15 Power Gas Belvider Buttzville NJ S467258422187930 Card 2343 | | 30.00 | |
| 9/18 | 198 | Check | | 194.41 | 276.24 |
| 9/19 | | Purchase authorized on 09/17 Verizon Wrls D2219 Succasunna NJ S587260595866765 Card 2343 | | 68.20 | |
| 9/19 | | Purchase authorized on 09/17 Verizon Wrls D2219 Succasunna NJ S307260620666778 Card 2343 | | 51.98 | |
| 9/19 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 23.24 |
| 9/20 | | Square Inc 170920R2 170920 L204241543418 Keith M. Scriven | 170.50 | | 193.74 |
| 9/21 | | Money Transfer authorized on 09/21 From Square Cash CA S00587264525352930 Card 2343 | 193.05 | | |
| 9/21 | | Credit One Bank Payment 170920 0000219849202 Keith Scriven | | 140.00 | |
| 9/21 | | Revenue Collecti ACH 170920 215-288-6800 Keith Scriven | | 191.80 | 54.99 |
| 9/22 | | Square Inc 170922R2 170922 L204242204616 Keith M. Scriven | 211.10 | | 266.09 |
| 9/25 | | Purchase authorized on 09/22 19 Petroleum Alpha Alpha NJ S387265437564985 Card 2343 | | 20.00 | |
| 9/25 | | Purchase authorized on 09/23 Reggae Reggae Vibe Philadelphia PA S307265798146566 Card 2343 | | 35.64 | |
| 9/25 | | Purchase authorized on 09/22 Wine and Spirits 5 Philadelphia PA S307265832055558 Card 2343 | | 64.77 | |
| 9/25 | | ATM Withdrawal authorized on 09/23 1 Freedom Valley Dr. Plumsteadvill PA 0004411 ATM ID 0087R Card 2343 | | 120.00 | |
| 9/25 | | Purchase authorized on 09/23 Tractor Supply # 6719 Eas Bedminster PA P005872666193 20280 Card 2343 | | 19.40 | 6.28 |
| 9/27 | | Money Transfer authorized on 09/27 From Square Cash CA S00587270600965827 Card 2343 | 148.50 | | 154.78 |
| 9/28 | | Purchase authorized on 09/27 Main Street Liquor Stillwater NJ S587270660947215 Card 2343 | | 15.50 | |
| 9/28 | | IRS Usataxpymt 092817 222767154868041 Keith M Scriven | | 41.17 | |
| 9/28 | | IRS Usataxpymt 092817 222767131791860 Keith M Scriven | | 66.00 | 32.11 |
| 10/2 | | ATM Check Deposit on 09/30 1 Freedom Valley Dr. Plumsteadvill PA 0005661 ATM ID 0087R Card 2343 | 500.00 | | |
| 10/2 | | Square Inc 171002R2 171002 L204245144068 Keith M. Scriven | 135.05 | | |
| 10/2 | | Purchase authorized on 09/29 Fredon Deli Newton NJ S587272408582575 Card 2343 | | 4.28 | |
| 10/2 | | Purchase authorized on 09/29 US Fuel Flemington NJ S387272450658478 Card 2343 | | 25.00 | |
| 10/2 | | Transamerica Transameri 171001 42089058 42089058 | | 392.51 | 245.37 |
| 10/3 | | Purchase authorized on 10/02 Joann Stores #2341 Succasunna NJ S307275572040336 Card 2343 | | 53.84 | |
| 10/3 | | Purchase authorized on 10/02 McDonald's F19994 Succasunna NJ S467275601713807 Card 2343 | | 8.11 | |
| 10/3 | | Purchase authorized on 10/02 Shoprite Wines and Stanhope NJ S467275612867976 Card 2343 | | 12.82 | |
| 10/3 | | ATM Withdrawal authorized on 10/03 601 Chestnut St. Philadelphia PA 0006229 ATM ID 6560D Card 2343 | | 120.00 | 50.60 |
| 10/4 | | Money Transfer authorized on 10/04 From Square Cash CA S00387277511749197 Card 2343 | 74.25 | | |
| 10/4 | | ATM Withdrawal authorized on 10/04 122 Water Street Newton NJ 0008620 ATM ID 0115Q Card 2343 | | 40.00 | 84.85 |
| 10/5 | | Purchase authorized on 10/03 US Fuel Flemington NJ S307276454613552 Card 2343 | | 30.00 | 54.85 |
| 10/6 | | Purchase authorized on 10/05 Potbelly #279 New York NY S467278584065995 Card 2343 | | 7.68 | |
| 10/6 | | Purchase authorized on 10/06 #0291 Acme Philadelphia PA P00467279759382961 Card 2343 | | 8.99 | 38.18 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/10 | | Purchase authorized on 10/06 Ppa on Street Mete Philadelphia PA S467279716468486 Card 2343 | | 1.00 | |
| 10/10 | | Purchase authorized on 10/07 Dunkin #331955 Q35 Philadelphia PA S387280482232866 Card 2343 | | 16.57 | 20.61 |
| 10/16 | | ATM Check Deposit on 10/14 1 Freedom Valley Dr. Plumsteadvill PA 0008123 ATM ID 0087R Card 2343 | 600.00 | | |
| 10/16 | | Purchase authorized on 10/13 McDonald's F1962 Philadelphia PA S587286630873822 Card 2343 | | 11.77 | |
| 10/16 | | ATM Withdrawal authorized on 10/14 1 Freedom Valley Dr. Plumsteadvill PA 0008124 ATM ID 0087R Card 2343 | | 200.00 | |
| 10/16 | | Purchase authorized on 10/15 Main Street Liquor Stillwater NJ S587288617408938 Card 2343 | | 24.60 | |
| 10/16 | | Purchase authorized on 10/16 Petsmart # 2143 Flemington NJ P00587289675933487 Card 2343 | | 69.45 | 314.79 |
| **Ending balance on 10/16** | | | | | **314.79** |
| **Totals** | | | **$2,182.45** | **$2,218.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 198 | 9/18 | 194.41 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells   Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to abanker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/16/2017 - 10/16/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $6.28 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $516.65 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 21 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC

Account number:  ▇▇▇▇▇5377   ■ October 17, 2017 - November 14, 2017   ■ Page 2 of 5



## Activity summary

| | |
|---|---|
| Beginning balance on 10/17 | $314.79 |
| Deposits/Additions | 2,337.04 |
| Withdrawals/Subtractions | - 2,620.66 |
| **Ending balance on 11/14** | **$31.17** |

Account number: ▇▇▇▇▇5377

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/17 | | Purchase authorized on 10/16 US Gas Hope Hope NJ S587289430798305 Card 2343 | | 30.00 | |
| 10/17 | | Purchase authorized on 10/17 The Home Depot 4187 Willow Grove PA P004672904737477710 Card 2343 | | 21.17 | 263.62 |
| 10/18 | | Purchase authorized on 10/18 Shoprite Wines and Newton NJ P003072916533662244 Card 2343 | | 12.82 | |
| 10/18 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 117.98 |
| 10/19 | | Money Transfer authorized on 10/19 From Square Cash CA S003072925244569660 Card 2343 | 59.40 | | |
| 10/19 | | Purchase authorized on 10/17 Quick Chek Corpora Belvidere NJ S467290414685111 Card 2343 | | 25.00 | |
| 10/19 | | Peco - Wallet Ac Bill Pay 171018 18562967131 Keith Scriven | | 148.28 | 4.10 |
| 10/23 | | ATM Cash Deposit on 10/23 1 Freedom Valley Dr. Plumsteadvill PA 0009648 ATM ID 0087R Card 2343 | 180.00 | | |
| 10/23 | | Purchase authorized on 10/23 Tractor Supply # 6719 Eas Bedminster PA P003872966191268044 Card 2343 | | 14.51 | 169.59 |
| 10/24 | | Centurylink Speedpay 171023 xxxxx1047 xxxxx2281 | | 155.00 | 14.59 |
| 10/25 | | ATM Check Deposit on 10/25 122 Water Street Newton NJ 0006198 ATM ID 0115N Card 2343 | 562.23 | | |
| 10/25 | | ATM Cash Deposit on 10/25 122 Water Street Newton NJ 0000830 ATM ID 0115Q Card 2343 | 40.00 | | |
| 10/25 | | Money Transfer authorized on 10/25 From Square Cash CA S003072985532500700 Card 2343 | 14.85 | | |
| 10/25 | | ATM Withdrawal authorized on 10/25 122 Water Street Newton NJ 0000829 ATM ID 0115Q Card 2343 | | 240.00 | |
| 10/25 | | Purchase authorized on 10/25 Shoprite Newton S1 127 Newton NJ P000000003736377166 Card 2343 | | 22.89 | 368.78 |
| 10/26 | | Purchase authorized on 10/25 Scmua Lafayette NJ S467298492784707 Card 2343 | | 10.00 | 358.78 |
| 10/27 | | Purchase authorized on 10/25 Metro Self Storage 973-6914848 NJ S587298554883961 Card 2343 | | 186.87 | 171.91 |
| 10/30 | | Purchase authorized on 10/28 Reggae Reggae Vibe Philadelphia PA S587300657473626 Card 2343 | | 47.52 | |
| 10/30 | | ATM Withdrawal authorized on 10/28 2 W. Girard Avenue Philadelphia PA 0003892 ATM ID 2091A Card 2343 | | 40.00 | |
| 10/30 | | IRS Usataxpymt 103017 222770381832937 Keith M Scriven | | 66.00 | 18.39 |
| 11/3 | | ATM Check Deposit on 11/03 601 Chestnut St. Philadelphia PA 0001976 ATM ID 6560D Card 2343 | 661.81 | | 680.20 |
| 11/6 | | ATM Cash Deposit on 11/06 74 Church St Flemington NJ 0007825 ATM ID 6865W Card 2343 | 200.00 | | |
| 11/6 | | Purchase authorized on 11/02 Burger King #1912 Newton NJ S587306576326153 Card 2343 | | 7.90 | |

Account number: ▇▇▇▇5377   ■ October 17, 2017 - November 14, 2017   ■ Page 3 of 5



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/6 | | Purchase authorized on 11/04 Reggae Reggae Vibe Philadelphia PA S387307635497969 Card 2343 | | 56.16 | |
| 11/6 | | Purchase authorized on 11/05 Reggae Reggae Vibe Philadelphia PA S307308646850747 Card 2343 | | 23.76 | |
| 11/6 | | ATM Withdrawal authorized on 11/04 74 Church St Flemington NJ 0007354 ATM ID 6865W Card 2343 | | 100.00 | |
| 11/6 | | ATM Withdrawal authorized on 11/05 122 Water Street Newton NJ 0008600 ATM ID 0115N Card 2343 | | 80.00 | 612.38 |
| 11/7 | | Purchase authorized on 11/06 Nuts to You Philadelphia PA S307310543109495 Card 2343 | | 25.47 | |
| 11/7 | | Credit One Bank Payment 171105 0000227835459 Keith Scriven | | 100.00 | 486.91 |
| 11/8 | | Vz Wireless Ve Vzw Webpay 171107 8429057 Keith *Scriven | | 317.00 | 169.91 |
| 11/10 | | ATM Withdrawal authorized on 11/10 2 W. Girard Avenue Philadelphia PA 0007810 ATM ID 2091A Card 2343 | | 80.00 | 89.91 |
| 11/13 | | Money Transfer authorized on 11/13 From Square Cash CA S00307317413897870 Card 2343 | 618.75 | | |
| 11/13 | | Purchase authorized on 11/10 Ops* Laundrycafe-G Philadelphia PA S387314519505104 Card 2343 | | 5.99 | |
| 11/13 | | Purchase authorized on 11/10 Ppa on Street Mete Philadelphia PA S387314657792464 Card 2343 | | 1.50 | |
| 11/13 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib03Xwn7Mx on 11/13/17 | | 20.00 | |
| 11/13 | 199 | Check | | 650.00 | 31.17 |
| **Ending balance on 11/14** | | | | | **31.17** |
| **Totals** | | | **$2,337.04** | **$2,620.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;   **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 199 | 11/13 | 650.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/17/2017 - 11/14/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $4.10 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 15 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐
RC/RC



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/20 | | Edeposit IN Branch/Store 11/18/17 01:21:20 Pm 5810 Easton Rd Plumsteadville PA 2343 | 300.00 | | |
| 11/20 | | Money Transfer authorized on 11/20 From Square Cash CA S003307324492642253 Card 2343 | 39.60 | | |
| 11/20 | | ATM Withdrawal authorized on 11/18 1 Freedom Valley Dr. Plumsteadvill PA 0003918 ATM ID 0087R Card 2343 | | 200.00 | |
| 11/20 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 37.95 |
| 11/21 | | Money Transfer authorized on 11/21 From Square Cash CA S00467325355313662 Card 2343 | 297.00 | | 334.95 |
| 11/22 | | Vz Wireless Ve E Check 171121 6888841 Keith *Scriven | | 316.00 | 18.95 |
| 11/28 | | Money Transfer authorized on 11/28 From Square Cash CA S00467332660980075 Card 2343 | 99.00 | | |
| 11/28 | | Money Transfer authorized on 11/28 From Square Cash CA S00467332666363099 Card 2343 | 64.35 | | 182.30 |
| 11/29 | | IRS Usataxpymt 112917 222773340013494 Keith M Scriven | | 66.00 | |
| 11/29 | < | Business to Business ACH Debit - Square Inc 171129R2 171129 L204260145050 Keith M. Scriven | | 87.57 | 28.73 |
| 12/1 | | ATM Check Deposit on 12/01 601 Chestnut St. Philadelphia PA 0006287 ATM ID 6560D Card 2343 | 1,566.89 | | 1,595.62 |
| 12/4 | | Purchase authorized on 12/01 Ppa on Street Mete Philadelphia PA S387335573074718 Card 2343 | | 6.00 | |
| 12/4 | | Purchase authorized on 12/01 Ppa on Street Mete Philadelphia PA S587335643448745 Card 2343 | | 6.00 | |
| 12/4 | | ATM Withdrawal authorized on 12/02 1 W Washington Ave Washington NJ 0001653 ATM ID 0216F Card 2343 | | 300.00 | |
| 12/4 | | ATM Withdrawal authorized on 12/04 74 Church St Flemington NJ 0005604 ATM ID 6865W Card 2343 | | 800.00 | |
| 12/4 | | Purchase authorized on 12/04 Petsmart # 0560 Montgomery to PA P00587338688302188 Card 2343 | | 66.77 | 416.85 |
| 12/6 | | Edeposit IN Branch/Store 12/06/17 11:03:56 Am 601 Chestnut St Philadelphia PA | 6,500.00 | | |
| 12/6 | | Purchase authorized on 12/04 Ppa on Street Mete Philadelphia PA S387338611386542 Card 2343 | | 2.25 | |
| 12/6 | | Purchase authorized on 12/06 Fleishman Fabrics Philadelphia PA P00587340612312044 Card 2343 | | 15.50 | |
| 12/6 | 201 | Check | | 2,500.00 | 4,399.10 |
| 12/8 | | Edeposit IN Branch/Store 12/08/17 09:39:05 Am 601 Chestnut St Philadelphia PA | 6,000.00 | | 10,399.10 |
| 12/11 | | ATM Cash Deposit on 12/11 122 Water Street Newton NJ 0005527 ATM ID 0115Q Card 2343 | 100.00 | | |
| 12/11 | | Purchase authorized on 12/08 Speedway 03471 Washington NJ S307342465502828 Card 2343 | | 30.00 | |
| 12/11 | | Purchase authorized on 12/11 Shoprite Wines and Newton NJ P00387345528246742 Card 2343 | | 12.82 | |
| 12/11 | | Vz Wireless Ve E Check 171208 7458749 Keith *Scriven | | 206.75 | |
| 12/11 | 200 | Check | | 10,000.00 | 249.53 |
| 12/12 | | Purchase authorized on 12/11 Scmua Lafayette NJ S587345548237341 Card 2343 | | 10.00 | |
| 12/12 | | Credit One Bank Payment 171210 0000234005409 Keith Scriven | | 100.00 | 139.53 |
| **Ending balance on 12/14** | | | | | **139.53** |
| **Totals** | | | **$14,966.84** | **$14,858.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Account number:  ▇▇▇▇5377  ■  December 15, 2017 - January 16, 2018  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/19 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 6.71 |
| 12/22 | | ATM Check Deposit on 12/22 74 Church St Flemington NJ 0001017 ATM ID 6865W Card 2343 | 617.82 | | |
| 12/22 | | ATM Withdrawal authorized on 12/22 74 Church St Flemington NJ 0001018 ATM ID 6865W Card 2343 | | 400.00 | 224.53 |
| 12/26 | | ATM Withdrawal authorized on 12/23 601 Chestnut St. Philadelphia PA 0009856 ATM ID 6560D Card 2343 | | 100.00 | 124.53 |
| 12/28 | | Purchase authorized on 12/27 19 Petroleum Alpha Alpha NJ S587361577181815 Card 2343 | | 25.00 | 99.53 |
| 12/29 | | Purchase authorized on 12/27 Washington Discoun Washington NJ S467361734836102 Card 2343 | | 13.88 | |
| 12/29 | | IRS Usataxpymt 122917 222776365796705 Keith M Scriven | | 66.00 | 19.65 |
| 1/8 | | Money Transfer authorized on 01/08 From Square Cash CA S004680008691797356 Card 2343 | 659.34 | | 678.99 |
| 1/9 | | Purchase authorized on 01/09 Petsmart # 0560 Montgomery to PA P00468009698386273 Card 2343 | | 48.75 | |
| 1/9 | | Credit One Bank Payment 180108 0000238981849 Keith Scriven | | 66.00 | |
| 1/9 | | IRS Usataxpymt 010918 222840973921996 Keith M Scriven | | 355.00 | 209.24 |
| 1/10 | | Purchase authorized on 01/09 Bourbon Street Poh Phillipsburg NJ S388009736907400 Card 2343 | | 41.57 | |
| 1/10 | | Purchase authorized on 01/10 Weis Markets 14 Newton NJ P00000000135562679 Card 2343 | | 4.99 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 122 Water Street Newton NJ 0002531 ATM ID 0115N Card 2343 | | 40.00 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 122 Water Street Newton NJ 0002535 ATM ID 0115N Card 2343 | | 100.00 | 22.68 |
| 1/12 | | Money Transfer authorized on 01/12 From Square Cash CA S003880012810778489 Card 2343 | 247.50 | | 270.18 |
| 1/16 | | Money Transfer authorized on 01/16 From Square Cash CA S003080016768544622 Card 2343 | 99.00 | | |
| 1/16 | | Purchase authorized on 01/12 Woodmere Art Museu Philadelphia PA S308012739140831 Card 2343 | | 10.00 | |
| 1/16 | | Purchase authorized on 01/12 Nya Joe's #25 Ardmore PA S468013064044577 Card 2343 | | 39.04 | |
| 1/16 | | Purchase authorized on 01/13 Dunkin #331955 Q35 Philadelphia PA S588013508182809 Card 2343 | | 5.81 | |
| 1/16 | | Purchase authorized on 01/13 19 Petroleum Alpha Alpha NJ S468013625072898 Card 2343 | | 30.00 | |
| 1/16 | | Purchase authorized on 01/13 Bourbon Street Poh Phillipsburg NJ S468013629080965 Card 2343 | | 41.57 | |
| 1/16 | | Purchase authorized on 01/15 Shoprite Wines and Newton NJ P00308015605448868 Card 2343 | | 11.83 | |
| 1/16 | | Purchase authorized on 01/15 Fredon Deli Newton NJ S388015728296946 Card 2343 | | 8.58 | |
| 1/16 | | Purchase authorized on 01/16 Fredon Discount Liquor Fredon NJ P00588016740839967 Card 2343 | | 14.92 | 207.43 |
| **Ending balance on 1/16** | | | | | **207.43** |
| **Totals** | | | **$1,623.66** | **$1,555.76** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

# Wells Fargo Way2Save® Savings



Account number: ▉▉▉▉▉1981 ■ October 1, 2017 - November 30, 2017 ■ Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.



## IMPORTANT ACCOUNT INFORMATION

**Introducing Overdraft Rewind Starting November 7, 2017**

With this free account feature, the Bank will reevaluate transactions from the previous business day that resulted in an overdraft or returned item (non-sufficient funds/NSF) if we receive an electronic direct deposit to your account by 9:00 a.m. local time where your account is located (which is noted on your account statement). Direct deposits include your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network by your employer or an outside agency. The Bank will calculate a new balance, including your pending electronic direct deposit (less any pending debits), and may reverse the overdraft or returned item decisions and waive the associated fees from the previous business day if your electronic direct deposit will cover them. Overdraft Protection transfers/advances and the associated fees from the prior business day are not reversed with Overdraft Rewind. Other deposits, such as check(s), cash, or account transfers are not included in Overdraft Rewind.

Set up direct deposit for a safe and easy way to have your payroll or benefit checks automatically deposited into your account.

Go to wellsfargo.com/checking/overdraft-rewind for more details.

### Activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $5.49 |
| Deposits/Additions | 20.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 11/30** | **$15.49** |

Account number: ▉▉▉▉▉1981
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

Account number: ▇▇▇▇▇1981  ■  October 1, 2017 - November 30, 2017  ■  Page 2 of 4

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $8.93 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 10/31 | Monthly Service Fee | | 5.00 | 0.49 |
| 11/13 | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ib03Xwn7Mx on 11/13/17 | 20.00 | | 20.49 |
| 11/30 | Monthly Service Fee | | 5.00 | 15.49 |
| **Ending balance on 11/30** | | | | **15.49** |
| **Totals** | | **$20.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells    Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to abanker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2017 - 10/31/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 11/01/2017 - 11/30/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $0.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

 **IMPORTANT ACCOUNT INFORMATION**

Account number:  ████1981  ▪  December 1, 2017 - December 31, 2017  ▪  Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $15.49 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 12/29 | Monthly Service Fee | | 5.00 | 10.49 |
| **Ending balance on 12/31** | | | | **10.49** |
| **Totals** | | **$0.00** | **$5.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2017 - 12/31/2017 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $15.49 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM

# ✓ IMPORTANT ACCOUNT INFORMATION



If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.