IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith M. Scriven | CHAPTER 11 |
| | CASE NO. 13-18271-BIF |

Ocwen Loan Servicing, LLC servicer for U.S. Bank National Association, as Trustee for American Home Mortgage Investment Trust 2005-4C
    Movant
  vs.
Keith M. Scriven
    Debtor(s)/Respondent(s)
  and
Kevin P Callahan, Esquire
    Trustee/Respondent

### ORDER MODIFYING AUTOMATIC STAY

AND NOW, this __13th__ day of __February__, 20__18__, it is ORDERED AND DECREED that:

The 11 U.S.C. §362 Automatic Stay of all proceedings is hereby modified with respect to property located at:

**937 Route 619
Newton, NJ 07860**

as to allow the Movant to take any legal action for enforcement of its right under state law and the loan documents.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this order shall be effective immediately and shall not be subject to the fourteen day period set forth in Bankruptcy Rule 4001(a)(3).

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc.  Nicole LaBletta, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, New Jersey 08003-3620

Kevin P Callahan, Esquire, Trustee
United States Trustee
Dept. of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Ronald G McNeil, Esq.
McNeil Legal services
1333 Race Street
Philadelphia, PA 19107-1585

Keith M. Scriven
1007 North 6th Street
Philadelphia, PA 19123-1406