UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

Quarterly Post-Confirmation Report for Reorganized Debtor
For the Quarter Ending: 1ˢᵗ  -  2018

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:               November 24, 2015

2. Cash balance at the beginning of this quarter:        $   200.83
   Total receipts during this quarter:                       80,361.44
   Total disbursements during this quarter:                  63,553.81
   Cash balance at the end of this quarter:                  17,586.61

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:       *
   Cumulative paid to date:                              *
   Balance remaining to be made under the Plan:          *

   \*  -  Debtor has modified his mortgages under the Plan
         ($17,194.51 per month until the maturity dates
          of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:                    Yes     No

4. Are all payments required by the confirmed plan
   current at this time?                                          x
   **[If "No," attach an explanatory statement identifying payments not made.  Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

Document      Page 2 of 8

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]**  x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?  x

7. Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]**  x

8. Has the order confirming the Plan become non-appealable?  x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]**  x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?  x

11. Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]**  x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?  x

13. Anticipated date of motion for final decree:   November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

5/16/18
Dated:                      Keith M. Scriven, Debtor

Current Address:   1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.:   (215) 564 - 3999

# Wells Fargo Everyday Checking



Account number:  ▮▮▮▮▮5377  ■ December 15, 2017 - January 16, 2018  ■ Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
         P.O. Box 6995
         Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number:  ▮▮▮▮▮5377
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

### Activity summary

| | |
|---|---:|
| Beginning balance on 12/15 | $139.53 |
| Deposits/Additions | 1,623.66 |
| Withdrawals/Subtractions | - 1,555.76 |
| **Ending balance on 1/16** | **$207.43** |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/19 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 6.71 |
| 12/22 | | ATM Check Deposit on 12/22 74 Church St Flemington NJ 0001017 ATM ID 6865W Card 2343 | 617.82 | | |
| 12/22 | | ATM Withdrawal authorized on 12/22 74 Church St Flemington NJ 0001018 ATM ID 6865W Card 2343 | | 400.00 | 224.53 |
| 12/26 | | ATM Withdrawal authorized on 12/23 601 Chestnut St. Philadelphia PA 0009856 ATM ID 6560D Card 2343 | | 100.00 | 124.53 |
| 12/28 | | Purchase authorized on 12/27 19 Petroleum Alpha Alpha NJ S587361577181815 Card 2343 | | 25.00 | 99.53 |
| 12/29 | | Purchase authorized on 12/27 Washington Discoun Washington NJ S467361734836102 Card 2343 | | 13.88 | |
| 12/29 | | IRS Usataxpymt 122917 222776365796705 Keith M Scriven | | 66.00 | 19.65 |
| 1/8 | | Money Transfer authorized on 01/08 From Square Cash CA S004680086917973566 Card 2343 | 659.34 | | 678.99 |
| 1/9 | | Purchase authorized on 01/09 Petsmart # 0560 Montgomery to PA P00468009698386273 Card 2343 | | 48.75 | |
| 1/9 | | Credit One Bank Payment 180108 0000238981849 Keith Scriven | | 66.00 | |
| 1/9 | | IRS Usataxpymt 010918 222840973921996 Keith M Scriven | | 355.00 | 209.24 |
| 1/10 | | Purchase authorized on 01/09 Bourbon Street Poh Phillipsburg NJ S388009736907400 Card 2343 | | 41.57 | |
| 1/10 | | Purchase authorized on 01/10 Weis Markets 14 Newton NJ P00000000135562679 Card 2343 | | 4.99 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 122 Water Street Newton NJ 0002531 ATM ID 0115N Card 2343 | | 40.00 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 122 Water Street Newton NJ 0002535 ATM ID 0115N Card 2343 | | 100.00 | 22.68 |
| 1/12 | | Money Transfer authorized on 01/12 From Square Cash CA S00388012810778489 Card 2343 | 247.50 | | 270.18 |
| 1/16 | | Money Transfer authorized on 01/16 From Square Cash CA S00308016768544622 Card 2343 | 99.00 | | |
| 1/16 | | Purchase authorized on 01/12 Woodmere Art Museu Philadelphia PA S308012739140831 Card 2343 | | 10.00 | |
| 1/16 | | Purchase authorized on 01/12 Nya Joe's #25 Ardmore PA S468013064044577 Card 2343 | | 39.04 | |
| 1/16 | | Purchase authorized on 01/13 Dunkin #331955 Q35 Philadelphia PA S588013508182809 Card 2343 | | 5.81 | |
| 1/16 | | Purchase authorized on 01/13 19 Petroleum Alpha Alpha NJ S468013625072898 Card 2343 | | 30.00 | |
| 1/16 | | Purchase authorized on 01/13 Bourbon Street Poh Phillipsburg NJ S468013629080965 Card 2343 | | 41.57 | |
| 1/16 | | Purchase authorized on 01/15 Shoprite Wines and Newton NJ P00308015605448868 Card 2343 | | 11.83 | |
| 1/16 | | Purchase authorized on 01/15 Fredon Deli Newton NJ S388015728296946 Card 2343 | | 8.58 | |
| 1/16 | | Purchase authorized on 01/16 Fredon Discount Liquor Fredon NJ P00588016740839967 Card 2343 | | 14.92 | 207.43 |
| **Ending balance on 1/16** | | | | | **207.43** |
| **Totals** | | | **$1,623.66** | **$1,555.76** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<    **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Account number:  ▮▮▮▮5377  ■  January 17, 2018 - February 14, 2018  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/17 | | Money Transfer authorized on 01/17 From Square Cash CA S00468017761124870 Card 2343 | 198.00 | | |
| 1/17 | | Purchase authorized on 01/16 Cescos Pizzeria Newton NJ S308016743707174 Card 2343 | | 21.64 | |
| 1/17 | < | Business to Business ACH Debit - Square Inc 180117R2 180117 L208329846446 Keith M. Scriven | | 106.77 | 277.02 |
| 1/18 | | Purchase authorized on 01/18 Petsmart # 1524 Flanders NJ P00388018636930371 Card 2343 | | 63.85 | |
| 1/18 | | Purchase authorized on 01/18 Shoprite Succasunna S1 Succasunna NJ P00000000583090957 Card 2343 | | 28.34 | |
| 1/18 | | Purchase authorized on 01/18 Shoprite Wines and Succasunna NJ P00588018656594796 Card 2343 | | 12.79 | |
| 1/18 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 39.22 |
| 1/29 | | Money Transfer authorized on 01/28 From Square Cash CA S00468028684240385 Card 2343 | 59.40 | | |
| 1/29 | | IRS Usataxpymt 012918 222842975971158 Keith M Scriven | | 66.00 | 32.62 |
| 1/30 | | Purchase authorized on 01/30 Quick Chek Corp Belvidere NJ P00000000589812387 Card 2343 | | 2.02 | 30.60 |
| 2/6 | | Money Transfer authorized on 02/06 From Square Cash CA S00588037612045938 Card 2343 | 659.34 | | |
| 2/6 | | ATM Withdrawal authorized on 02/06 74 Church St Flemington NJ 0003325 ATM ID 6865W Card 2343 | | 500.00 | 189.94 |
| 2/8 | | Square Inc 180208R2 180208 L208333909740 Keith M. Scriven | 298.37 | | 488.31 |
| 2/9 | | Purchase authorized on 02/08 Lookupdata 888-906-3541 NJ S308039514170495 Card 2343 | | 1.00 | |
| 2/9 | | Purchase authorized on 02/08 Lookupdata 888-906-3541 NJ S388039514603484 Card 2343 | | 1.95 | |
| 2/9 | | City of Philadel 2152886800 A18039 636175263769 Keith Scriven | | 60.00 | 425.36 |
| 2/12 | | Philawatersewer 1190001707 180212 xxxxx4450 Keith M Scriven | | 200.00 | 225.36 |
| 2/14 | | Purchase authorized on 02/13 Lookupdata 888-906-3541 NJ S388044386337562 Card 2343 | | 44.85 | |
| 2/14 | | Monthly Service Fee | | 10.00 | 170.51 |
| **Ending balance on 2/14** | | | | | **170.51** |
| **Totals** | | | **$1,215.11** | **$1,252.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/17/2018 - 02/14/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $30.60 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $298.37 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 8 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Account number: ▮▮▮▮5377 ■ February 15, 2018 - March 14, 2018 ■ Page 2 of 4



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/15 | | Purchase authorized on 02/15 Shoprite Wines and Newton NJ P003880466776700886 Card 2343 | | 12.79 | 157.72 |
| 2/20 | | Square Inc 180220R2 180220 L208336346326 Keith M. Scriven | 119.34 | | |
| 2/20 | | Purchase authorized on 02/16 Reggae Reggae Vibe Philadelphia PA S388047806483594 Card 2343 | | 11.88 | |
| 2/20 | | Purchase authorized on 02/17 McDonald's F35998 Bristol PA S468048571034988 Card 2343 | | 6.33 | |
| 2/20 | | Purchase authorized on 02/20 Shoprite Wines and Newton NJ P003080515799583866 Card 2343 | | 12.79 | |
| 2/20 | 202 | Check | | 650.00 | -403.94 |
| 2/21 | | Overdraft Fee for a Transaction Posted on 02/20 $650.00 Check # 00202 | | 35.00 | |
| 2/21 | | Money Transfer authorized on 02/21 From Square Cash CA S004680524704355945 Card 2343 | 594.00 | | |
| 2/21 | | Money Transfer authorized on 02/21 From Square Cash CA S004680527205777313 Card 2343 | 24.75 | | |
| 2/21 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 46.99 |
| 2/22 | | Purchase authorized on 02/20 Staples 0010 Newton NJ S588051594728800 Card 2343 | | 2.35 | |
| 2/22 | | Purchase authorized on 02/20 Staples 0010 Newton NJ S588051606692731 Card 2343 | | 31.98 | 12.66 |
| 2/28 | | Money Transfer authorized on 02/28 From Square Cash CA S003080597479450049 Card 2343 | 99.00 | | 111.66 |
| 3/5 | | Purchase authorized on 03/02 Ppa on Street Mete Philadelphia PA S308061549301639 Card 2343 | | 6.00 | |
| 3/5 | | Purchase authorized on 03/03 Busy Bee Fredon NJ S308062723713700 Card 2343 | | 25.89 | 79.77 |
| 3/13 | | Money Transfer authorized on 03/13 From Square Cash CA S005880724609328888 Card 2343 | 659.34 | | |
| 3/13 | | ATM Withdrawal authorized on 03/13 122 Water Street Newton NJ 0004794 ATM ID 0115N Card 2343 | | 260.00 | 479.11 |
| 3/14 | | Purchase Return authorized on 03/13 Lookupdata 888-906-3541 NJ S628073546707562 Card 2343 | 44.85 | | |
| 3/14 | | Purchase authorized on 03/13 Lookupdata 888-906-3541 NJ S308072356833917 Card 2343 | | 44.85 | |
| 3/14 | | City of Philadel 2152886800 A18072 595200168126 Keith Scriven | | 60.00 | |
| 3/14 | | Monthly Service Fee | | 10.00 | 409.11 |
| **Ending balance on 3/14** | | | | | **409.11** |
| **Totals** | | | **$1,541.28** | **$1,302.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 202 | 2/20 | 650.00 |



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | Square Inc 180316R2 180316 L208341534861 Keith M. Scriven | 191.81 | | |
| 3/16 | | Purchase authorized on 03/14 The Home Depot #09 Newton NJ S468073626623643 Card 2343 | | 19.16 | |
| 3/16 | | Purchase authorized on 03/15 Main Street Liquor Stillwater NJ S468074639289342 Card 2343 | | 15.45 | |
| 3/16 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib04Czhv6M on 03/16/18 | | 100.00 | |
| 3/16 | | ATM Withdrawal authorized on 03/16 601 Chestnut St. Philadelphia PA 0000967 ATM ID 6560D Card 2343 | | 60.00 | 406.31 |
| 3/19 | | Purchase authorized on 03/16 Fredon Deli Newton NJ S388075410763572 Card 2343 | | 5.77 | |
| 3/19 | | Purchase authorized on 03/16 Ppa on Street Mete Philadelphia PA S388075642547633 Card 2343 | | 2.00 | |
| 3/19 | | Philawatersewer 1190001707 180319 xxxxx2032 Keith M Scriven | | 200.00 | 198.54 |
| 3/20 | | Square Inc 180320R2 180320 L208342351101 Keith M. Scriven | 375.10 | | |
| 3/20 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 440.82 |
| 3/21 | | Money Transfer authorized on 03/21 From Square Cash CA S00468080515634073 Card 2343 | 329.67 | | |
| 3/21 | | Purchase authorized on 03/20 Shoprite Newton S1 Newton NJ S308079582543941 Card 2343 | | 26.84 | |
| 3/21 | | Vz Wireless Ve Vzw Webpay 180320 2675213 Keith *Scriven | | 176.16 | |
| 3/21 | | Capital One Online Pmt 180321 808039919296574 7983013892Scrivenkeith | | 120.00 | 447.49 |
| 3/22 | | Service Electric Service El H8D20J1645641 Keith M Scriven | | 178.00 | |
| 3/22 | | Credit One Bank Payment 180321 0000253254938 Keith Scriven | | 215.00 | 54.49 |
| 3/28 | | NSF Return Item Fee for a Transaction Received on 03/27 $459.54 Check # 00203 | | 35.00 | |
| 3/28 | | Partial Reversal of NSF Return Item Fee for a Transaction Received on 03/27 $459.54 Check # 00203 | 8.75 | | |
| 3/28 | | Money Transfer authorized on 03/28 From Square Cash CA S004680876845293592 Card 2343 | 659.34 | | 687.58 |
| 3/29 | | Square Inc 180329R2 180329 L208344232046 Keith M. Scriven | 319.68 | | |
| 3/29 | | IRS Usataxpymt 032918 222848884107423 Keith M Scriven | | 66.00 | 941.26 |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:13:48 Pm 601 Chestnut St Philadelphia PA 2343 | 2,620.78 | | |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:14:21 Pm 601 Chestnut St Philadelphia PA 2343 | 2,620.78 | | |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:15:18 Pm 601 Chestnut St Philadelphia PA 2343 | 5,682.51 | | |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:16:00 Pm 601 Chestnut St Philadelphia PA 2343 | 5,682.52 | | |
| 3/30 | | ATM Withdrawal authorized on 03/30 228 S Blackhorse Pike Runnemede NJ 0002777 ATM ID 2894A Card 2343 | | 40.00 | 17,507.85 |
| 4/2 | | Purchase authorized on 03/30 Speedway 03471 Washington NJ S468089431944408 Card 2343 | | 25.00 | |
| 4/2 | 205 | Cashed Check | | 1,400.00 | 16,082.85 |
| 4/3 | | Purchase authorized on 04/02 Dnh*Godaddy.Com 480-5058855 AZ S308092707618446 Card 8385 | | 217.12 | |
| 4/3 | | Purchase authorized on 04/03 Tandy Leather Fa 11000 Ro Philadelphia PA P00468093554089004 Card 8385 | | 161.27 | |
| 4/3 | | Withdrawal Made In A Branch/Store | | 8,500.00 | |
| 4/3 | 204 | Check | | 29.50 | 7,174.96 |
| 4/5 | | Purchase authorized on 04/04 Petsmart # 2316 Newton NJ S468094616359863 Card 8385 | | 66.19 | 7,108.77 |
| 4/6 | | Cash eWithdrawal in Branch/Store 04/06/2018 12:22 Pm 601 Chestnut St Philadelphia PA 8385 | | 1,000.00 | 6,108.77 |
| 4/9 | | Purchase authorized on 04/07 Philadelphia Pk Au 888-5913636 PA S308097599438052 Card 8385 | | 80.08 | 6,028.69 |

Account number:  ▇▇▇▇5377    ■   March 15, 2018 - April 13, 2018   ■   Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/10 | | Purchase authorized on 04/09 Flemington Municip Flemington NJ S468099701109081 Card 8385 | | 239.00 | 5,789.69 |
| 4/11 | | Purchase authorized on 04/09 Wilsons Leather Ou Tannersville PA S308099564121232 Card 8385 | | 109.99 | 5,679.70 |
| 4/12 | | ATM Withdrawal authorized on 04/12 41 Sparta Ave Sparta NJ 0002733 ATM ID 9863H Card 4006 | | 200.00 | 5,479.70 |
| 4/13 | | Purchase authorized on 04/12 Sqc*Keith Scriven 8774174551 CA S468102689766414 Card 4006 | | 335.00 | |
| 4/13 | | Peco - Wallet Ac Bill Pay 180412 12809137531 Keith Scriven | | 415.00 | 4,729.70 |
| **Ending balance on 4/13** | | | | | 4,729.70 |
| **Totals** | | | **$18,490.94** | **$14,170.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;   **Business to Business ACH:**  *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 204 | 4/3 | 29.50 | 205 | 4/2 | 1,400.00 |

## Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 3/28 | Check Reference # 00008287008224070468 | 459.54 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $26.25 | $26.25 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/15/2018 - 04/13/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $54.49 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $886.59 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 13 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)    ☐

RC/RC