**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Keith M. Scriven | : | Chapter 11 |
| | : | |
| | : | CASE NO: 13-18271-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

      Stacy J. Brookstein, through her attorney, Erik B. Jensen, Esquire, has filed a Motion to Enforce Stipulation Agreement.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **07/26/18** you or your attorney must do all of the following:

      (a)    file an answer explaining your position at:

            Clerk's Office, U.S. Bankruptcy Court
            Robert N.C. Nix Building
            900 Market Street
            Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)    mail a copy to the movant's attorney:

            Erik B. Jensen, Esquire
            1500 Walnut Street
            Suite 1920
            Philadelphia, PA 19102

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Ashely M. Chan, on July 30, 2018 at 11:00 am, in Courtroom No. 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney name in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.