**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                           :
**Keith M. Scriven**                             :          **Chapter 11**
                                                 :
                                                 :          **CASE NO: 13-18271-amc**

<u>**CERTIFICATE OF SERVICE**</u>

      I, ERIK B. JENSEN, ESQUIRE, do hereby certify that true and correct copies of the Motion to Enforce Stipulation Agreement filed by Stacy J. Brookstein, Movant, has been served upon the following interested parties listed on the mailing matrix this 5th day of July, 2018.

cc:  **Sent Electronically:**

RONALD G. MCNEIL on behalf of Debtor Keith M. Scriven
r.mcneil1@verizon.net

JUSTIN PIERCE BERUTICH on behalf of Creditor TD Bank, N.A.
justin.berutich@bipc.com, heidi.smiegocki@bipc.com

JEROME B. BLANK on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

DANIELLE BOYLE-EBERSOLE on behalf of Creditor US Bank, National Association et al
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

PAUL WILLIAM CRESSMAN on behalf of Creditor WELLS FARGO BANK, N.A.
paeb@fedphe.com

CHRISOVALANTE FLIAKOS on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

JANET L. GOLD on behalf of Creditor Fulton Bank NA
jgold@egalawfirm.com, ksantiago@egalawfirm.com,nmccormack@egalawfirm.com

ANDREW F GORNALL on behalf of Creditor The Bank of New York Mellon
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

MEGAN N. HARPER on behalf of Creditor City of Philadelphia

megan.harper@phila.gov, karena.blaylock@phila.gov

ERIK B. JENSEN on behalf of Creditor Stacy J Brookstein
akeem@jensenbagnatolaw.com,
gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

NICOLE B. LABLETTA on behalf of Creditor Ocwen Loan Servcing, LLC as servicer
for
nlabletta@pincuslaw.com, tbougouneau@pincuslaw.com

JACQUELINE FRANCES MCNALLY on behalf of Creditor Deutsche Bank National
Trust Company
jmcnally@sterneisenberg.com,
seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com

WILLIAM EDWARD MILLER on behalf of Creditor Deutsche Bank National Trust
Company
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER R. MOMJIAN on behalf of Creditor Commonwealth of Pennsylvania
crmomjian@attorneygeneral.gov

DAVID NEEREN on behalf of Creditor Ocwen Loan Servicing, LLC servicer for
dneeren@udren.com, vbarber@udren.com

MARK D. PFEIFFER on behalf of Creditor TD Bank, N.A.
mark.pfeiffer@bipc.com, donna.curcio@bipc.com

THOMAS I. PULEO on behalf of Creditor The Bank of New York Mellon
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

LESLIE J. RASE on behalf of Creditor Deutsche Bank National Trust Company
pabk@logs.com, lerase@logs.com

JACK M. SEITZ on behalf of Creditor New York Community Bank
jseitz@lesavoybutz.com, sblake@lesavoybutz.com

SHERRI J. Smith on behalf of Creditor Ocwen Loan Servicing, LLC
sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MICHAEL D. VAGNONI on behalf of Creditor Obermayer Rebmann Maxwell & Hippel
LLP
michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@ober
mayer.com

JAMES CHRISTOPHER VANDERMARK on behalf of Creditor City of Philadelphia
vandermarkj@whiteandwilliams.com

MATTHEW CHRISTIAN WALDT on behalf of Creditor Seterus, Inc.
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

**Sent via US Mail to:**

Howard Markovitz
J Bernard Kay & Co., P.C.
822 Montgomery Avenue
Narbeth, PA 19072

Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129

Weichert Realtors
c/o Ruth Loschiavo
310 Main Street
Fort Lee, NJ 07646

By:__/S/ERIK B. JENSEN, ESQUIRE
ATTORNEY FOR DEBTOR