United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 13-18271-amc
Keith M. Scriven                                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                    Date Rcvd: Jul 13, 2018
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
13275752       +WELLS FARGO BANK, N.A.,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC# D3347-014C,
        3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania
      crmomjian@attorneygeneral.gov
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association et al
      debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
      DAVID NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
      vbarber@udren.com
      JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com,
      sblake@lesavoybutz.com
      JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company
      jmcnally@sterneisenberg.com,
      seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com
      JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
      vandermarkj@whiteandwilliams.com
      JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com,
      ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
      JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com,
      heidi.smiegocki@bipc.com
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
      LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
      lerase@logs.com
      MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com,
      donna.curcio@bipc.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com,
      bkecf@milsteadlaw.com
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
      karena.blaylock@phila.gov
      MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP
      michael.vagnoni@obermayer.com,
      Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
      NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
      nlabletta@pincuslaw.com,   tbougouneau@pincuslaw.com
      PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
      RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneill@verizon.net
      SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC
      sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                  Date Rcvd: Jul 13, 2018
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                        TOTAL: 25

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18271-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

Keith M. Scriven
1007 North 6th Street
Philadelphia PA 19123-1406

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/29/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: WELLS FARGO BANK, N.A., ATTENTION: BANKRUPTCY DEPARTMENT, MAC# D3347-014C, 3476 STATEVIEW BOULEVARD, FORT MILL, SC 29715 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/15/18

Tim McGrath
**CLERK OF THE COURT**