UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :
                                                 :    Chapter 11
       KEITH M. SCRIVEN         :
                                                 :    Bankruptcy No. 13-18271AMC
       Debtor.                  :

## O R D E R

**AND NOW,** this 30th day of July, 2018, upon consideration of the Motion to Approve and/or Enforce Settlement by Stipulation ("Motion") filed by Stacy Brookstein ("Creditor"), the objection filed thereto by the Debtor and the hearing ("Hearing") scheduled in connection with the Motion on July 30, 2018, the Court hereby finds that, as addressed more fully at the Hearing, the Stipulation entered into on June 20, 2014 by the Creditor and the Debtor is inconsistent with the Debtor's Sixth Amended Plan ("Plan") which was intended to implement the Stipulation, both the Creditor and the Debtor failed to take the requisite actions contemplated under the Plan in connection with the Stipulation and, therefore, the Stipulation is ambiguous and inconsistent with the Plan. As a result, it is hereby ORDERED that the Motion is denied.

_____
Ashely M. Chan
United States Bankruptcy Judge