United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-18271-amc
Keith M. Scriven                                                         Chapter 11
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Aug 01, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db             Keith M. Scriven,   1007 North 6th Street,   Philadelphia, PA  19123-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                   Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association et al debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com, vbarber@udren.com
              ERIK B. JENSEN    on behalf of Creditor Stacy J Brookstein akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com, sblake@lesavoybutz.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company jmcnally@sterneisenberg.com, seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia vandermarkj@whiteandwilliams.com
              JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com, ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com, heidi.smiegocki@bipc.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com, lerase@logs.com
              MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com, donna.curcio@bipc.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
              MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for nlabletta@pincuslaw.com,  vbarber@pincuslaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneill@verizon.net
              SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2         User: YvetteWD           Page 2 of 2              Date Rcvd: Aug 01, 2018
                             Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                          TOTAL: 26

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :     Chapter 11
    KEITH M. SCRIVEN                              :
                                                  :     Bankruptcy No. 13-18271AMC
           Debtor.                                :

## O R D E R

**AND NOW,** this 30th day of July, 2018, upon consideration of the Motion to Approve and/or Enforce Settlement by Stipulation ("Motion") filed by Stacy Brookstein ("Creditor"), the objection filed thereto by the Debtor and the hearing ("Hearing") scheduled in connection with the Motion on July 30, 2018, the Court hereby finds that, as addressed more fully at the Hearing, the Stipulation entered into on June 20, 2014 by the Creditor and the Debtor is inconsistent with the Debtor's Sixth Amended Plan ("Plan") which was intended to implement the Stipulation, both the Creditor and the Debtor failed to take the requisite actions contemplated under the Plan in connection with the Stipulation and, therefore, the Stipulation is ambiguous and inconsistent with the Plan. As a result, it is hereby ORDERED that the Motion is denied.

_____
Ashely M. Chan
United States Bankruptcy Judge