UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |
|---|---|
| In re | Case No. 13 - 18271 |
| Keith M. Scriven | (Chapter 11) |
| Debtor. | |
| | Hon. Ashely M. Chan |

Quarterly Post-Confirmation Report for Reorganized Debtor

For the Quarter Ending: 2nd - 2018

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:     November 24, 2015

2. Cash balance at the beginning of this quarter:     $17,586.61
   Total receipts during this quarter:     $73,132.20
   Total disbursements during this quarter:     $89,393.66
   Cash balance at the end of this quarter:     $1,325.15

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:     *
   Cumulative paid to date:     *
   Balance remaining to be made under the Plan:     *

   * - Debtor has modified his mortgages under the Plan ($17,194.51 per month until the maturity dates of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:     Yes    No

4. Are all payments required by the confirmed plan
   current at this time?     x
   **[If "No," attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? [If "Yes," attach an explanatory statement.]    x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?    x

7. Have all motions, contested matters and adversary proceedings been fully resolved [If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]    x

8. Has the order confirming the Plan become non-appealable?    x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? [If "No," attach an explanatory statement.]    x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?    x

11. Do any property remain to be transferred pursuant to the Plan? [If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]    x

12. Has the Reorganized Debtor or the successor of the Debtor assumed the business or management of the property dealt with by the Plan?    x

13. Anticipated date of motion for final decree:    November 24, 2018

I declare under penalty of perjury that the statements set forth above are true and accurate.

8/20/18
Dated:                            Keith M. Scriven, Debtor

Current Address:    1007 North 6th Street
                    Philadelphia, PA 19123-1406

Telephone No.:    (215) 564 - 3999

# Wells Fargo Everyday Checking

Account number: ■■■■5377 ■ March 15, 2018 - April 13, 2018 ■ Page 1 of 5

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: ■■■■5377
KEITH M SCRIVEN
Pennsylvania account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 031000503

## Activity summary

| | |
|---|---|
| Beginning balance on 3/15 | $409.11 |
| Deposits/Additions | 18,490.94 |
| Withdrawals/Subtractions | - 14,170.35 |
| Ending balance on 4/13 | $4,729.70 |

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(345)

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | Square Inc 180316R2 180316 L208341534861 Keith M. Scriven | 191.81 | | |
| 3/16 | | Purchase authorized on 03/14 The Home Depot #09 Newton NJ S468073626823643 Card 2343 | | 19.16 | |
| 3/16 | | Purchase authorized on 03/15 Main Street Liquor Stillwater NJ S468074639289342 Card 2343 | | 15.45 | |
| 3/16 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib04Czhv6M on 03/16/18 | | 100.00 | |
| 3/16 | | ATM Withdrawal authorized on 03/16 601 Chestnut St. Philadelphia PA 0000967 ATM ID 6560D Card 2343 | | 60.00 | 406.31 |
| 3/19 | | Purchase authorized on 03/16 Fredon Deli Newton NJ S388075410763572 Card 2343 | | 5.77 | |
| 3/19 | | Purchase authorized on 03/16 Ppa on Street Mete Philadelphia PA S388075642547633 Card 2343 | | 2.00 | |
| 3/19 | | Philawatersewer 1190001707 180319 xxxxx2032 Keith M Scriven | | 200.00 | 198.54 |
| 3/20 | | Square Inc 180320R2 180320 L208342351101 Keith M. Scriven | 375.10 | | |
| 3/20 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | 440.82 |
| 3/21 | | Money Transfer authorized on 03/21 From Square Cash CA S00468080515634073 Card 2343 | 329.67 | | |
| 3/21 | | Purchase authorized on 03/20 Shoprite Newton S1 Newton NJ S308079582543941 Card 2343 | | 26.84 | |
| 3/21 | | Vz Wireless Ve Vzw Webpay 180320 2675213 Keith *Scriven | | 176.16 | |
| 3/21 | | Capital One Online Pmt 180321 808039919296574 7983013892Scrivenkeith | | 120.00 | 447.49 |
| 3/22 | | Service Electric Service El H8D20J1645641 Keith M Scriven | | 178.00 | |
| 3/22 | | Credit One Bank Payment 180321 0000253254938 Keith Scriven | | 215.00 | 54.49 |
| 3/28 | | NSF Return Item Fee for a Transaction Received on 03/27 $459.54 Check # 00203 | | 35.00 | |
| 3/28 | | Partial Reversal of NSF Return Item Fee for a Transaction Received on 03/27 $459.54 Check # 00203 | 8.75 | | |
| 3/28 | | Money Transfer authorized on 03/28 From Square Cash CA S00468087684529392 Card 2343 | 659.34 | | 687.58 |
| 3/29 | | Square Inc 180329R2 180329 L208344232046 Keith M. Scriven | 319.68 | | |
| 3/29 | | IRS Usataxpymt 032918 222848884107423 Keith M Scriven | | 66.00 | 941.26 |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:13:48 Pm 601 Chestnut St Philadelphia PA 2343 | 2,620.78 | | |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:14:21 Pm 601 Chestnut St Philadelphia PA 2343 | 2,620.78 | | |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:15:18 Pm 601 Chestnut St Philadelphia PA 2343 | 5,682.51 | | |
| 3/30 | | Edeposit IN Branch/Store 03/30/18 03:16:00 Pm 601 Chestnut St Philadelphia PA 2343 | 5,682.52 | | |
| 3/30 | | ATM Withdrawal authorized on 03/30 228 S Blackhorse Pike Runnemede NJ 0002777 ATM ID 2894A Card 2343 | | 40.00 | 17,507.85 |
| 4/2 | | Purchase authorized on 03/30 Speedway 03471 Washington NJ S468089431944408 Card 2343 | | 25.00 | |
| 4/2 | 205 | Cashed Check | | 1,400.00 | 16,082.85 |
| 4/3 | | Purchase authorized on 04/02 Dnh*Godaddy.Com 480-5058855 AZ S308092707618446 Card 8385 | | 217.12 | |
| 4/3 | | Purchase authorized on 04/03 Tandy Leather Fa 11000 Ro Philadelphia PA P00468093554089004 Card 8385 | | 161.27 | |
| 4/3 | | Withdrawal Made In A Branch/Store | | 8,500.00 | |
| 4/3 | 204 | Check | | 29.50 | 7,174.96 |
| 4/5 | | Purchase authorized on 04/04 Petsmart # 2316 Newton NJ S468094616359863 Card 8385 | | 66.19 | 7,108.77 |
| 4/6 | | Cash eWithdrawal in Branch/Store 04/06/2018 12:22 Pm 601 Chestnut St Philadelphia PA 8385 | | 1,000.00 | 6,108.77 |
| 4/9 | | Purchase authorized on 04/07 Philadelphia Pk Au 888-5913636 PA S308097599438052 Card 8385 | | 80.08 | 6,028.69 |

*(handwritten annotation: "April 1st 2018 →" pointing to 3/30 row)*

WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/10 | | Purchase authorized on 04/09 Flemington Municip Flemington NJ S468099701109081 Card 8385 | | 239.00 | 5,789.69 |
| 4/11 | | Purchase authorized on 04/09 Wilsons Leather Ou Tannersville PA S308099564121232 Card 8385 | | 109.99 | 5,679.70 |
| 4/12 | | ATM Withdrawal authorized on 04/12 41 Sparta Ave Sparta NJ 0002733 ATM ID 9863H Card 4006 | | 200.00 | 5,479.70 |
| 4/13 | | Purchase authorized on 04/12 Sqc*Keith Scriven 8774174551 CA S468102689766414 Card 4006 | | 335.00 | |
| 4/13 | | Peco - Wallet Ac Bill Pay 180412 12809137531 Keith Scriven | | 415.00 | 4,729.70 |
| Ending balance on 4/13 | | | | | 4,729.70 |
| Totals | | | $18,490.94 | $14,170.35 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 204 | 4/3 | 29.50 | 205 | 4/2 | 1,400.00 |

## Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 3/28 | Check Reference # 00008287008224070468 | 459.54 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $26.25 | $26.25 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/15/2018 - 04/13/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $54.49 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $886.59 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 13 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Monthly service fee discount(s) (applied when box is checked)

Age of primary account owner is 17 - 24 ($5.00 discount) ☐

RC/RC

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/16 | | Purchase authorized on 04/13 Quick Ckek Food St Ringoes NJ S308103462299994 Card 4006 | | 30.00 | |
| 4/16 | | Purchase authorized on 04/13 Keystone Sewing MA Philadelphia PA S388103520636760 Card 4006 | | 200.00 | |
| 4/16 | | Purchase authorized on 04/14 Tandy Leather Fa 11000 Ro Philadelphia PA P00388104538043754 Card 4006 | | 69.00 | |
| 4/16 | | ATM Withdrawal authorized on 04/14 74 Church St Flemington NJ 0002019 ATM ID 6865W Card 4006 | | 200.00 | |
| 4/16 | 206 | Check | | 479.54 | |
| 4/16 | | Vz Wireless Ve E Check 180415 8020850 Keith *Scriven | | 96.16 | |
| 4/16 | | Firstenergy Opco Fe Echeck 100110834700 Ronette Streeter | | 160.00 | |
| 4/16 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 255.00 | 3,240.00 |
| 4/17 | | Purchase authorized on 04/17 USPS PO 33585013 39 Main Newton NJ P00588107531557799 Card 4006 | | 21.20 | |
| 4/17 | | Purchase authorized on 04/17 USPS PO 33585013 39 Main Newton NJ P00308107536726912 Card 4006 | | 20.10 | 3,198.70 |
| 4/18 | | Square Inc 180418R2 180418 L208348719271 Keith M. Scriven | 272.80 | | |
| 4/18 | | Purchase authorized on 04/17 Shoprite Wines and Newton NJ S308107539949050 Card 4006 | | 12.79 | |
| 4/18 | < | Business to Business ACH Debit - Superior Payment 1103-139667 Keith M Scriven | | 132.82 | |
| 4/18 | | Centurylink Speedpay 180417 xxxxx1047 xxxxx6181 | | 156.00 | 3,169.89 |
| 4/19 | | ATM Check Deposit on 04/19 122 Water Street Newton NJ 0002295 ATM ID 0115N Card 4006 | 41.34 | | |
| 4/19 | | ATM Withdrawal authorized on 04/19 122 Water Street Newton NJ 0002294 ATM ID 0115N Card 4006 | | 300.00 | |
| 4/19 | | Comcast Cable 180418 4003876 Keith *Scriven | | 103.44 | |
| 4/19 | | Service Electric Service El H8E17I0715618 Keith M Scriven | | 180.00 | 2,627.79 |
| 4/20 | | Purchase authorized on 04/18 Metro Self Storage 973-6914848 NJ S388108530514318 Card 4006 | | 169.77 | |
| 4/20 | | ATM Withdrawal authorized on 04/20 601 Chestnut St. Philadelphia PA 0006290 ATM ID 6560D Card 4006 | | 400.00 | 2,058.02 |
| 4/23 | | Purchase authorized on 04/21 Petsmart # 1649 Philadelphia PA S588111768425310 Card 4006 | | 71.26 | 1,986.76 |
| 4/26 | | WT Fed#09948 The Bridgehampton /Org=Atlantis Resorts Realty Ltd Srf# 0214066670190967 Trn#180426115506 Rfb# | 1,800.00 | | |
| 4/26 | | Wire Trans Svc Charge - Sequence: 180426115506 Srf# 0214066670190967 Trn#180426115506 Rfb# | | 15.00 | 3,771.76 |
| 4/27 | | Purchase authorized on 04/26 Tractor Supply Com Blairstown NJ S308116646529839 Card 4006 | | 101.59 | |
| 4/27 | | ATM Withdrawal authorized on 04/27 74 Church St Flemington NJ 0005543 ATM ID 6865W Card 4006 | | 800.00 | |
| 4/27 | | Healthinspremium EDI Paymts 13265794 Lawrence Kane | | 515.24 | |
| 4/27 | | Capital One Online Pmt 180427 811739919370312 7983013892Scrivenkeith | | 125.00 | 2,229.93 |
| 4/30 | | Purchase authorized on 04/27 The Pipe Rack Philadelphia PA S388117715735967 Card 4006 | | 26.35 | |
| 4/30 | | Purchase authorized on 04/28 Dover Saddlery - W Warrington PA S308118563627354 Card 4006 | | 119.58 | |
| 4/30 | | ATM Withdrawal authorized on 04/28 1 Freedom Valley Dr. Plumsteadvill PA 0000003 ATM ID 0087R Card 4006 | | 300.00 | |
| 4/30 | | IRS Usataxpymt 043018 222852020762569 Keith M Scriven | | 66.00 | 1,718.00 |
| 5/1 | | Money Transfer authorized on 05/01 From Square Cash CA S004681214920399565 Card 4006 | 656.01 | | |
| 5/1 | | ATM Cash Deposit on 05/01 1 Freedom Valley Dr. Plumsteadvill PA 0000510 ATM ID 0087R Card 4006 | 280.00 | | |
| 5/1 | | ATM Cash Deposit on 05/01 1 Freedom Valley Dr. Plumsteadvill PA 0000571 ATM ID 0087R Card 4006 | 145.00 | | |
| 5/1 | | Purchase authorized on 04/30 Villa Capri Pizzer Newton NJ S588120735740637 Card 4006 | | 5.41 | 2,793.60 |

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/2 | | Purchase authorized on 04/30 Experian Scorecard 888-3973742 CA S388120620938735 Card 4006 | | 10.70 | 2,782.90 |
| 5/3 | | Square Inc 180503R2 180503 L208352514651 Keith M. Scriven | 255.75 | | |
| 5/3 | | Purchase authorized on 05/03 Tractor S 128 State Rt Blairstown NJ P00000000435983868 Card 4006 | | 15.77 | |
| 5/3 | | ATM Withdrawal authorized on 05/03 122 Water Street Newton NJ 0008884 ATM ID 0115Q Card 4006 | | 300.00 | |
| 5/3 | 208 | Check | | 2,500.00 | 222.88 |
| 5/7 | | Purchase authorized on 05/04 Reggae Reggae Vibe Philadelphia PA S308124613936024 Card 4006 | | 28.08 | |
| 5/7 | | Purchase authorized on 05/05 Ppa on Street Mete Philadelphia PA S388125496772559 Card 4006 | | 2.25 | 192.55 |
| 5/8 | | Credit One Bank Payment 180507 0000262423963 Keith Scriven | | 70.00 | 122.55 |
| 5/10 | | Money Transfer authorized on 05/10 From Square Cash CA S00388130738757447 Card 4006 | 656.01 | | |
| 5/10 | | Purchase authorized on 05/09 Main Street Liquor Stillwater NJ S468129773024516 Card 4006 | | 25.57 | 752.99 |
| 5/14 | | WT Fed#06010 The Bridgehampton /Org=Atlantis Resorts Realty Ltd Srf# 0214066670192681 Trn#180514084687 Rfb# | 9,000.00 | | |
| 5/14 | | Wire Trans Svc Charge - Sequence: 180514084687 Srf# 0214066670192681 Trn#180514084687 Rfb# | | 15.00 | |
| 5/14 | | Purchase authorized on 05/11 Speedway 06792 Philadelphia PA S388131575166487 Card 4006 | | 10.00 | |
| 5/14 | 209 | Check | | 650.00 | 9,077.99 |
| Ending balance on 5/14 | | | | | 9,077.99 |
| Totals | | | **$13,106.91** | **$8,758.62** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 206 | 4/16 | 479.54 | 208 * | 5/3 | 2,500.00 | 209 | 5/14 | 650.00 |

* Gap in check sequence.

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $26.25 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/14/2018 - 05/14/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/15 | | Purchase authorized on 05/14 Sqc*Keith Scriven 8774174551 CA S468134664754331 Card 4006 | | 900.00 | |
| 5/15 | | Purchase authorized on 05/14 Main Street Liquor Stillwater NJ S388134813337054 Card 4006 | | 12.78 | |
| 5/15 | 210 | Check | | 8,000.00 | 165.21 |
| 5/16 | | Purchase authorized on 05/16 The Home Depot 984 Newton NJ P00588136664340893 Card 4006 | | 149.21 | |
| 5/16 | | Purchase authorized on 05/16 Shoprite Wines and Newton NJ P00468136670117703 Card 4006 | | 10.66 | 5.34 |
| 5/17 | | ATM Cash Deposit on 05/17 122 Water Street Newton NJ 0008152 ATM ID 0115N Card 4006 | 20.00 | | 25.34 |
| 5/31 | | Square Inc 180531R2 180531 L208359353463 Keith M. Scriven | 349.52 | | |
| 5/31 | | Purchase authorized on 05/30 Main Street Liquor Stillwater NJ S388150645115076 Card 4006 | | 17.05 | 357.81 |
| 6/1 | | Purchase authorized on 05/31 Fredon Discount Li Fredon NJ S588151808125108 Card 4006 | | 14.92 | |
| 6/1 | | ATM Withdrawal authorized on 06/01 2 W. Girard Avenue Philadelphia PA 0008471 ATM ID 2091Y Card 4006 | | 100.00 | |
| 6/1 | | Purchase authorized on 06/01 Reggae Reggae Vibes Philadelphia PA P00000000137439436 Card 4006 | | 11.88 | 231.01 |
| 6/4 | | Purchase authorized on 06/01 Fredon Deli Newton NJ S588152407137072 Card 4006 | | 5.77 | |
| 6/4 | | Purchase authorized on 06/03 Marshalls 3 Hampton Ho Newton NJ P00000000031381000 Card 4006 | | 135.91 | 89.33 |
| 6/5 | | Edeposit IN Branch/Store 06/05/18 03:25:39 Pm 5810 Easton Rd Plumsteadville PA 4006 | 4,000.00 | | |
| 6/5 | | Deposit Made In A Branch/Store | 1,200.00 | | |
| 6/5 | | Purchase authorized on 06/04 Petsmart # 2316 Newton NJ S468155743395636 Card 4006 | | 37.31 | |
| 6/5 | | American Express ACH Pmt 180605 W5840 Keith Scriven | | 5,000.00 | 252.02 |
| 6/6 | | Square Inc 180606R2 180606 L208360802642 Keith M. Scriven | 170.50 | | |
| 6/6 | | Non-WF ATM Withdrawal authorized on 06/06 902 Main Street Stillwater NJ 00588157814288039 ATM ID NJ000296 Card 4006 | | 123.50 | |
| 6/6 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 296.52 |
| 6/8 | | ATM Withdrawal authorized on 06/08 601 Chestnut St. Philadelphia PA 0002817 ATM ID 6560S Card 4006 | | 100.00 | |
| 6/8 | | Credit One Bank Payment 180607 0000268443361 Keith Scriven | | 70.00 | 126.52 |
| 6/11 | | Edeposit IN Branch/Store 06/11/18 12:40:15 Pm 122 Water St Newton NJ 4006 | 666.00 | | |
| 6/11 | | Purchase authorized on 06/08 US Fuel Flemington NJ S588159448073169 Card 4006 | | 40.00 | |
| 6/11 | | Purchase authorized on 06/11 USPS PO 33585013 39 Main Newton NJ P00388162607451386 Card 4006 | | 6.70 | 745.82 |
| 6/12 | | Money Transfer authorized on 06/12 From Square Cash CA S00308163717185913 Card 4006 | 623.50 | | 1,369.32 |
| 6/13 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib04Q67Lkt on 06/13/18 | 50.00 | | |
| 6/13 | | Purchase authorized on 06/12 Jewelers Depot Philadelphia PA S308163535565513 Card 4006 | | 20.39 | |
| 6/13 | | Purchase authorized on 06/12 Hop & Vine Liquors Belvidere NJ S468163712990055 Card 4006 | | 12.79 | |
| 6/13 | | Santander Consumer 180613 0021356117 Keith Scriven | | 638.12 | 748.02 |
| 6/14 | 211 | Check | | 621.56 | |
| 6/14 | | IRS Usataxpymt 061418 222856591208129 Keith M Scriven | | 66.00 | 60.46 |
| Ending balance on 6/14 | | | | | 60.46 |
| Totals | | | $7,079.52 | $16,097.05 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/15 | | Purchase authorized on 06/14 Main Street Liquor Stillwater NJ S388165709793209 Card 4006 | | 13.32 | 47.14 |
| 6/18 | | Money Transfer authorized on 06/17 From Square Cash CA S00308168752183961 Card 4006 | 218.67 | | |
| 6/18 | | WT Fed#04113 The Bridgehampton /Org=Atlantis Resorts Realty Ltd Srf# 0214066670196256 Trn#180618132736 Rfb# | 7,200.00 | | |
| 6/18 | | Wire Trans Svc Charge - Sequence: 180618132736 Srf# 0214066670196256 Trn#180618132736 Rfb# | | 15.00 | |
| 6/18 | | Purchase authorized on 06/17 Sqc*Angela Taylor 8774174551 CA S468168753372416 Card 4006 | | 65.00 | |
| 6/18 | | Tele-Transfer to xxxxxx3982 Reference #TF04Qv59Zd | | 3,000.00 | 4,385.81 |
| 6/19 | | ATM Withdrawal authorized on 06/19 50 International Drive Flanders NJ 0002771 ATM ID 9856H Card 4006 | | 60.00 | |
| 6/19 | 213 | Deposited OR Cashed Check | | 3,000.00 | 1,325.81 |
| 6/20 | | Purchase authorized on 06/19 Valor Parking LLC New York NY S308170567823341 Card 4006 | | 48.00 | |
| 6/20 | | Purchase authorized on 06/19 Pgw/EZ-Pay 215-235-1000 PA S588170606034931 Card 4006 | | 737.95 | |
| 6/20 | | ATM Withdrawal authorized on 06/20 122 Water Street Newton NJ 0005504 ATM ID 0115N Card 4006 | | 300.00 | 239.86 |
| 6/21 | | Purchase authorized on 06/21 Walgreens Store 126 Water Newton NJ P00308172555097263 Card 4006 | | 7.77 | 232.09 |
| 6/25 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib04Rgxztz on 06/24/18 | 20.00 | | |
| 6/25 | | Purchase authorized on 06/22 19 Petroleum Alpha Alpha NJ S388173447265035 Card 4006 | | 30.00 | |
| 6/25 | | Purchase authorized on 06/22 Mountain Valley 908-4533000 NJ S388173762687789 Card 4006 | | 26.63 | |
| 6/25 | | Purchase authorized on 06/23 Sunoco 0715042800 Phillipsburg NJ S388174715886882 Card 4006 | | 25.00 | 170.46 |
| 6/26 | | Service Electric Service El G8G24I0319511 Keith M Scriven | | 140.00 | 30.46 |
| 6/28 | | Square Inc 180628R2 180628 L208365944762 Keith M. Scriven | 341.00 | | 371.46 |
| 6/29 | | Purchase authorized on 06/28 Main Street Liquor Stillwater NJ S588179669271498 Card 4006 | | 13.85 | |
| 6/29 | | Purchase authorized on 06/28 Sqc*Ronette Street 8774174551 CA S388180011017045 Card 4006 | | 20.00 | 337.61 |
| 7/2 | | Money Transfer authorized on 06/29 From Square Cash CA S00388181121813845 Card 4006 | 689.50 | | |
| 7/2 | | ATM Withdrawal authorized on 06/29 1400 East Passyunk Ave Philadelphia PA 0005989 ATM ID 0196x Card 4006 | | 600.00 | |
| 7/2 | | Transamerica Transameri 180701 42089058 Keith Scriven | | 393.51 | 33.60 |
| 7/6 | | Square Inc 180706R2 180706 L208367681217 Keith M. Scriven | 213.12 | | |
| 7/6 | | Money Transfer authorized on 07/06 From Square Cash CA S00308187819854577 Card 4006 | 656.01 | | |
| 7/6 | | Purchase authorized on 07/05 Sqc*Keith Scriven 8774174551 CA S588186739457706 Card 4006 | | 25.00 | |
| 7/6 | | ATM Withdrawal authorized on 07/06 25 W. Skippack Pike Broad Axe PA 0008250 ATM ID 0212K Card 4006 | | 600.00 | 277.73 |
| 7/9 | | Money Transfer authorized on 07/09 From Square Cash CA S00308190440169485 Card 4006 | 65.01 | | |
| 7/9 | | Money Transfer authorized on 07/09 From Square Cash CA S00308190681812666 Card 4006 | 98.50 | | |
| 7/9 | | Purchase authorized on 07/06 Sqc*Keith Scriven 8774174551 CA S468187683832156 Card 4006 | | 200.00 | 241.24 |
| 7/10 | | Credit One Bank Payment 180708 0000274884780 Keith Scriven | | 63.00 | 178.24 |
| 7/11 | | Vz Wireless Ve Vzw Webpay 180710 0806373 Keith *Scriven | | 100.00 | 78.24 |
| 7/13 | | Money Transfer authorized on 07/13 From Square Cash CA S00308194503461024 Card 4006 | 656.01 | | |
| 7/13 | | Firstenergy Opco Fe Echeck 100110834633 Ronette Streeter | | 70.00 | 664.25 |

*(handwritten note: April 30th 2018 → pointing to 6/29 row)*

# Wells Fargo Way2Save® Savings



Account number:  ▉▉▉▉1981  ■ April 1, 2018 - June 30, 2018  ■ Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $95.49 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 85.00 |
| **Ending balance on 6/30** | **$10.50** |

Account number:  ▉▉▉▉1981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.01 |
| Average collected balance | $79.28 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 4/30 | Monthly Service Fee | | 5.00 | 90.49 |
| 5/31 | Interest Payment | 0.01 | | |
| 5/31 | Monthly Service Fee | | 5.00 | 85.50 |
| 6/13 | ✳ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib04Q67Lkt on 06/13/18 | | 50.00 | 35.50 |

Account number:  ▮▮▮▮1981  ■  April 1, 2018 - June 30, 2018  ■  Page 2 of 4



## Transaction history  (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 6/25 | ∗ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib04Rgxzlz on 06/24/18 | | 20.00 | 15.50 |
| 6/29 | Monthly Service Fee | | 5.00 | 10.50 |
| **Ending balance on 6/30** | | | | 10.50 |
| **Totals** | | **$0.01** | **$85.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

∗  *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $95.49 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 05/01/2018 - 05/31/2018 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $90.49 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 06/01/2018 - 06/30/2018 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $15.50 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM

# Wells Fargo Simple Business Checking

Account number:  ▇▇▇▇3982  ■  April 1, 2018 - April 30, 2018  ■  Page 1 of 5



HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $78.76 |
| Deposits/Credits | 6,210.68 |
| Withdrawals/Debits | - 4,999.45 |
| **Ending balance on 4/30** | **$1,289.99** |
| Average ledger balance this period | $727.54 |

Account number:  ▇▇▇▇3982
**HANLAN MIDGETTE SCRIVEN LP**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503
For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▮▮▮▮3982 ■ April 1, 2018 - April 30, 2018 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Deposit Made In A Branch/Store | 400.00 | | |
| 4/2 | | Purchase authorized on 03/30 Michaels Stores 78 Woodbury NJ S388089576428782 Card 6448 | | 7.67 | |
| 4/2 | | Transamerica Transameri 180401 42089058 Keith Scriven | | 393.51 | 77.58 |
| 4/3 | | Edeposit IN Branch/Store 04/03/18 12:43:49 Pm 601 Chestnut St Philadelphia PA 4145 | 2,200.00 | | |
| 4/3 | | ATM Withdrawal authorized on 04/03 400 Old York Rd. Jenkintown PA 0005986 ATM ID 0744D Card 4145 | | 300.00 | |
| 4/3 | | Purchase authorized on 04/03 Tractor S 6719 Easton Bedminster PA P00000000234280195 Card 4145 | | 52.61 | |
| 4/3 | 1134 | Check | | 375.00 | |
| 4/3 | < | Business to Business ACH Debit - Capital One Online Pmt 180403 809339919389095 9708868832Kane Lawrenc | | 470.00 | 1,079.97 |
| 4/4 | | American Express ACH Pmt 180404 W1548 Hanlan Midgete Scriven | | 40.00 | |
| 4/4 | | Discover Phone Pay 180404 3391 Kane Lawrence | | 85.00 | 954.97 |
| 4/5 | | Purchase authorized on 04/03 US Fuel Flemington NJ S468093503451237 Card 4145 | | 30.00 | |
| 4/5 | | Chase Credit Crd Epay 180404 3525816142 Lawrence M Kane | | 350.00 | 574.97 |
| 4/6 | | Purchase authorized on 04/05 All County Fuel Oi 845-351-4700 NJ S468095458263846 Card 4145 | | 289.00 | |
| 4/6 | | Purchase authorized on 04/05 Njt Newark Newark NJ S468095481467065 Card 4145 | | 10.50 | |
| 4/6 | | Purchase authorized on 04/05 Laz Parking 590819 Newark NJ S588095816032546 Card 4145 | | 21.00 | |
| 4/6 | | Barclaycard US Creditcard xxxxx2938 Lawrence Kane | | 35.00 | |
| 4/6 | | Citi Card Online Payment 180405 132610824477128 Lawrence M Kane | | 85.00 | 134.47 |
| 4/9 | | Purchase authorized on 04/06 Quick Chek Corpora Belvidere NJ S588096449365199 Card 4145 | | 40.00 | |
| 4/9 | | Recurring Payment authorized on 04/06 Dnh*Godaddy.Com 480-5058855 AZ S308096606189162 Card 4145 | | 12.95 | 81.52 |
| 4/10 | | Purchase authorized on 04/09 Power Gas Belvider Buttzville NJ S308099732798821 Card 4145 | | 30.00 | 51.52 |
| 4/12 | | Money Transfer authorized on 04/12 From Square Cash CA S003081026951 27493 Card 4658 | 329.98 | | 381.50 |
| 4/13 | | Mbfs Web Pay 180412 7004489406001 Lawrence M Kane | | 334.36 | 47.14 |
| 4/19 | | Purchase authorized on 04/17 Burger King #1912 Newton NJ S468107557501959 Card 4658 | | 9.80 | 37.34 |
| 4/20 | | Square Inc 180420P2 180420 L207349555365 Hanlan Midgette Scrive | 2,122.85 | | |
| 4/20 | | ATM Withdrawal authorized on 04/20 2 W. Girard Avenue Philadelphia PA 0008357 ATM ID 2091Y Card 4658 | | 300.00 | 1,860.19 |
| 4/23 | | Purchase authorized on 04/20 Power Gas Belvider Buttzville NJ S388110426034947 Card 4658 | | 30.00 | |
| 4/23 | | Purchase authorized on 04/20 Bourbon Branch Philadelphia PA S308110799158610 Card 4658 | | 98.00 | |
| 4/23 | | Purchase authorized on 04/21 19 Petroleum Alpha Alpha NJ S308111846256932 Card 4658 | | 40.00 | |
| 4/23 | 1135 | Check | | 375.00 | 1,317.19 |
| 4/24 | | Td Bank Payment 180423 Lawrance M Kane 4839501527229500 | | 275.00 | 1,042.19 |
| 4/26 | | Purchase authorized on 04/25 Netflix.Com Netflix.Com CA S308115522329088 Card 4658 | | 11.87 | 1,030.32 |
| 4/27 | | Square Inc 180427P2 180427 L207351333647 Hanlan Midgette Scrive | 1,157.85 | | |
| 4/27 | | Purchase authorized on 04/26 Busy Bee Fredon NJ S468116661744979 Card 4658 | | 32.18 | 2,155.99 |
| 4/30 | | Purchase authorized on 04/27 Keystone Sewing MA Philadelphia PA S468117562654537 Card 4658 | | 375.00 | |

**Wells Fargo**

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/30 | | Purchase authorized on 04/27 Keystone Sewing MA Philadelphia PA S388117566187411 Card 4658 | | 195.00 | |
| 4/30 | | Chase Credit Crd Epay 180428 3558823618 Lawrence M Kane | | 296.00 | 1,289.99 |
| **Ending balance on 4/30** | | | | | **1,289.99** |
| **Totals** | | | **$6,210.68** | **$4,999.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1134 | 4/3 | 375.00 | 1135 | 4/23 | 375.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $728.00  ☑ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,600 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 16 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✓  IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:

Account number: 3982 ■ May 1, 2018 - May 31, 2018 ■ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Square Inc 180501P2 180501 L207352204125 Hanlan Midgette Scrive | 3,280.70 | | |
| 5/1 | | Purchase authorized on 04/30 Geico *Auto Macon DC S308120608824703 Card 4658 | | 300.72 | |
| 5/1 | | ATM Withdrawal authorized on 05/01 1 Freedom Valley Dr. Plumsteadvill PA 0000509 ATM ID 0087R Card 4658 | | 300.00 | 3,969.97 |
| 5/2 | | Purchase authorized on 05/01 Sqc*Keith Scriven 8774174551 CA S468121487584761 Card 4658 | | 666.00 | |
| 5/2 | | Purchase authorized on 05/01 19 Petroleum Alpha Alpha NJ S308121510873801 Card 4658 | | 30.00 | |
| 5/2 | | Transamerica Transameri 180502 42089058 Keith Scriven | | 393.51 | 2,880.46 |
| 5/3 | | Cash eWithdrawal in Branch/Store 05/03/2018 3:59 Pm 122 Water St Newton NJ 4658 | | 2,500.00 | |
| 5/3 | | ATM Withdrawal authorized on 05/03 122 Water Street Newton NJ 0008885 ATM ID 0115Q Card 4658 | | 200.00 | |
| 5/3 | | Discover E-Payment 180503 3391 Kane Lawrence | | 85.00 | 95.46 |
| 5/4 | | Purchase authorized on 05/04 Cvs/Pharmacy #10 10061--7 Ambler PA P00388125021526470 Card 4658 | | 29.79 | 65.67 |
| 5/7 | | Square Inc 180507P2 180507 L207353712068 Hanlan Midgette Scrive | 723.60 | | |
| 5/7 | | Purchase authorized on 05/03 AMC Rockaway Plz # Rockaway NJ S308123563210497 Card 4658 | | 33.46 | |
| 5/7 | | Purchase authorized on 05/05 Mountain Valley 908-4533000 NJ S308125621056187 Card 4658 | | 12.78 | |
| 5/7 | | Barclaycard US Creditcard xxxxx1482 Lawrence Kane | | 35.00 | |
| 5/7 | | American Express ACH Pmt 180507 W7462 Hanlan Midgete Scriven | | 40.00 | |
| 5/7 | | Citi Card Online Payment 180506 112638262293249 Lawrence M Kane | | 86.00 | |
| 5/7 | | Chase Credit Crd Epay 180505 3570186422 Lawrence M Kane | | 370.00 | 212.03 |
| 5/8 | | Purchase authorized on 05/07 Fredon Deli Newton NJ S388127465117417 Card 4658 | | 11.26 | 200.77 |
| 5/9 | | Purchase authorized on 05/07 Metro Self Storage 973-6914848 NJ S308128074303948 Card 4658 | | 146.55 | 54.22 |
| 5/10 | | Square Inc 180510P2 180510 L207354588139 Hanlan Midgette Scrive | 2,122.85 | | 2,177.07 |
| 5/11 | | Square Inc 180511P2 180511 L207354945145 Hanlan Midgette Scrive | 1,061.35 | | |
| 5/11 | | Purchase authorized on 05/10 Weis Markets 143 Newton NJ S388130655462232 Card 4658 | | 65.45 | |
| 5/11 | | Purchase authorized on 05/10 Shoprite Newton S1 Newton NJ S468130679857734 Card 4658 | | 66.04 | |
| 5/11 | | Purchase authorized on 05/10 Sqc*Keith Scriven 8774174551 CA S308130737899682 Card 4658 | | 666.00 | |
| 5/11 | | ATM Withdrawal authorized on 05/11 601 Chestnut St. Philadelphia PA 0000133 ATM ID 6560D Card 4658 | | 300.00 | 2,140.93 |
| 5/14 | | Money Transfer authorized on 05/14 From Square Cash CA S00308134666020754 Card 4658 | 886.50 | | |
| 5/14 | | Purchase authorized on 05/11 Quick Chek Corpora Belvidere NJ S388131417507406 Card 4658 | | 25.00 | |
| 5/14 | | Purchase authorized on 05/11 Ppa on Street Mete Philadelphia PA S388131504590713 Card 4658 | | 6.00 | |
| 5/14 | | ATM Withdrawal authorized on 05/12 1 W Washington Ave Washington NJ 0007896 ATM ID 0216F Card 4658 | | 300.00 | |
| 5/14 | | ATM Withdrawal authorized on 05/13 122 Water Street Newton NJ 0007326 ATM ID 0115N Card 4658 | | 200.00 | |
| 5/14 | < | Business to Business ACH Debit - Firstenergy Opco Fe Echeck 100110834700 Hmslp | | 125.00 | |
| 5/14 | < | Business to Business ACH Debit - Firstenergy Opco Fe Echeck 100110834833 Hmslp | | 259.03 | |

Account number: ▮▮▮▮3982 ■ May 1, 2018 - May 31, 2018 ■ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/14 | | Mbfs Web Pay 180511 7004489406001 Lawrence M Kane | | 319.00 | 1,793.40 |
| 5/15 | | Purchase authorized on 05/14 Sayville Ferry Ser 631-5890810 NY S308134687177152 Card 4658 | | 900.00 | |
| 5/15 | | New York Propert Nypiua 0000014 I051518 002000581616 | | 429.00 | 464.40 |
| 5/16 | | Purchase authorized on 05/15 19 Petroleum Alpha Alpha NJ S308135472550839 Card 4658 | | 25.00 | |
| 5/16 | | Purchase with Cash Back $ 30.00 authorized on 05/16 The Home Depot 984 Newton NJ P003308136665637261 Card 4658 | | 167.81 | 271.59 |
| 5/17 | | Square Inc 180517P2 180517 L207356228736 Hanlan Midgette Scrive | 1,157.85 | | |
| 5/17 | | ATM Withdrawal authorized on 05/17 122 Water Street Newton NJ 0008151 ATM ID 0115N Card 4658 | | 200.00 | 1,229.44 |
| 5/18 | | Purchase authorized on 05/17 Autozone 6753 Newton NJ S468137683895917 Card 4658 | | 31.92 | |
| 5/18 | | ATM Withdrawal authorized on 05/18 601 Chestnut St. Philadelphia PA 0001313 ATM ID 6560D Card 4658 | | 300.00 | 897.52 |
| 5/21 | | Purchase authorized on 05/17 Staples 0010 Newton NJ S468137633316832 Card 4658 | | 1.47 | |
| 5/21 | | Purchase authorized on 05/18 19 Petroleum Alpha Alpha NJ S588138434879542 Card 4658 | | 33.00 | |
| 5/21 | | Purchase authorized on 05/18 Dnh*Godaddy.Com 480-5058855 AZ S388138767938276 Card 4658 | | 12.95 | |
| 5/21 | | Vz Wireless Ve E Check 180518 5341278 Keith *Scriven | | 258.53 | |
| 5/21 | | American Express ACH Pmt 180521 W6568 Hanlan Midgete Scriven | | 60.00 | |
| 5/21 | | Comcast Cable 180520 2522821 Keith *Scriven Hmslp | | 92.69 | 438.88 |
| 5/22 | | ATM Cash Deposit on 05/22 1230 US Hwy. 22 Phillipsburg NJ 0003895 ATM ID 6743S Card 4658 | 500.00 | | |
| 5/22 | < | Business to Business ACH Debit - Chubb Chubb02 180521 405313315195001 Keith M Scriven Hmslp | | 96.36 | |
| 5/22 | 1136 | Check | | 375.00 | 467.52 |
| 5/23 | | Td Bank Payment 180522 Lawrance M Kane 4839501527229500 | | 290.00 | 177.52 |
| 5/24 | | Purchase authorized on 05/23 Seplows Liquors Newton NJ S308143604275012 Card 4658 | | 11.70 | 165.82 |
| 5/25 | | Square Inc 180525P2 180525 L207358445275 Hanlan Midgette Scrive | 1,157.85 | | |
| 5/25 | | Money Transfer authorized on 05/25 From ID 3Zhctcea CA S004681456839100028 Card 4658 | 716.36 | | |
| 5/25 | | Purchase authorized on 05/25 Metal Marketplace 1 IN Philadelphia PA P005881456606651449 Card 4658 | | 217.34 | 1,822.69 |
| 5/29 | | ATM Check Deposit on 05/26 1 Freedom Valley Dr. Plumsteadvill PA 0005124 ATM ID 0087R Card 4658 | 320.00 | | |
| 5/29 | | ATM Check Deposit on 05/26 1 Freedom Valley Dr. Plumsteadvill PA 0005125 ATM ID 0087R Card 4658 | 120.00 | | |
| 5/29 | | Purchase authorized on 05/25 US Fuel Flemington NJ S588145455585139 Card 4658 | | 30.00 | |
| 5/29 | | Purchase authorized on 05/25 Netflix.Com Netflix.Com CA S388145536326720 Card 4658 | | 11.87 | |
| 5/29 | | Purchase authorized on 05/26 Rite Aid Store - 2797 Melrose Park PA P005881464934281799 Card 4658 | | 29.27 | |
| 5/29 | | Purchase authorized on 05/26 Shoprite Cheltenha Cheltenham PA S388146502951209 Card 4658 | | 12.70 | |
| 5/29 | | Purchase authorized on 05/26 Harrow Wash Statio Ottsville PA S588146546050162 Card 4658 | | 10.00 | |
| 5/29 | | Purchase authorized on 05/26 The Home Depot 984 Newton NJ P005881467583699711 Card 4658 | | 9.02 | |
| 5/29 | | Purchase with Cash Back $ 20.00 authorized on 05/27 Shoprite Newton S1 Newton NJ P003881476509355299 Card 4658 | | 78.77 | |
| 5/29 | | ATM Withdrawal authorized on 05/27 122 Water Street Newton NJ 0000349 ATM ID 0115N Card 4658 | | 80.00 | |
| 5/29 | | Recurring Payment authorized on 05/28 Geico *Auto 800-841-3000 DC S468148472942241 Card 4658 | | 441.87 | |

Account number: ▮▮▮▮3982    ■ May 1, 2018 - May 31, 2018    ■ Page 4 of 6



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/29 | | Purchase authorized on 05/28 Marshalls #1267 Phillipsburg NJ S388148612129002 Card 4658 | | 30.00 | |
| 5/29 | < | Business to Business ACH Debit - Capital One Online Pmt 180527 814839910021285 7983013892Scrivenkeith | | 124.00 | |
| 5/29 | | Chase Credit Crd Epay 180527 3599840999 Lawrence M Kane | | 291.00 | |
| 5/29 | | Chase Credit Crd Epay 180527 3599839868 Lawrence M Kane | | 426.00 | 688.19 |
| 5/30 | | Purchase authorized on 05/29 19 Petroleum Alpha Alpha NJ S468149496398160 Card 4658 | | 44.62 | |
| 5/30 | < | Business to Business ACH Debit - Service Electric Service El F8F25D3823352 Keith M Scriven | | 180.00 | 463.57 |
| 5/31 | | Transamerica Transameri 180531 42089058 Keith Scriven | | 393.51 | 70.06 |
| **Ending balance on 5/31** | | | | | **70.06** |
| **Totals** | | | **$12,047.06** | **$13,266.99** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 1136 | 5/22 | 375.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2018 - 05/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,046.00 ☑ |

C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 500 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 29 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

| Account number: ▮▮▮▮3982 | ■ | June 1, 2018 - June 30, 2018 | ■ | Page 2 of 5 |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/5 | | Money Transfer authorized on 06/05 From ID 3Zndpdy5 CA S003081565664297148 Card 4658 | 7,690.12 | | |
| 6/5 | | Withdrawal Made In A Branch/Store | | 4,000.00 | |
| 6/5 | 1139 | Check | | 3,404.00 | 356.18 |
| 6/7 | | Recurring Payment authorized on 06/06 Dnh*Godaddy.Com 480-5058855 AZ S308157614401835 Card 4658 | | 12.95 | |
| 6/7 | | Purchase with Cash Back $ 20.00 authorized on 06/07 Wal-Mart Wal-Mart Sto Newton NJ P00000000633127657 Card 4658 | | 178.00 | 165.23 |
| 6/8 | | Money Transfer authorized on 06/08 From ID 3Zh8Mqd9 CA S004681159521628131 Card 4658 | 716.36 | | |
| 6/8 | | Purchase authorized on 06/07 Etsy Seller Fees 800-595-3865 NY S308158472421654 Card 4658 | | 1.60 | |
| 6/8 | | ATM Withdrawal authorized on 06/08 601 Chestnut St. Philadelphia PA 0002816 ATM ID 6560S Card 4658 | | 300.00 | |
| 6/8 | 1137 | Check | | 250.00 | 329.99 |
| 6/11 | | ATM Cash Deposit on 06/09 1230 US Hwy. 22 Phillipsburg NJ 0000428 ATM ID 6743S Card 4658 | 1,400.00 | | |
| 6/11 | | ATM Cash Deposit on 06/11 122 Water Street Newton NJ 0003513 ATM ID 0115N Card 4658 | 1,100.00 | | |
| 6/11 | | Purchase authorized on 06/07 Staples 0010 Newton NJ S468158541203622 Card 4658 | | 0.59 | |
| 6/11 | | Purchase authorized on 06/07 Staples 0010 Newton NJ S588158545046625 Card 4658 | | 0.12 | |
| 6/11 | | Purchase authorized on 06/08 Jewelers Depot Philadelphia PA S468159539482795 Card 4658 | | 68.40 | |
| 6/11 | | Purchase authorized on 06/08 T B Hagstoz & Sons Philadelphia PA S388159710860909 Card 4658 | | 65.96 | |
| 6/11 | | Cash eWithdrawal in Branch/Store 06/11/2018 12:38 Pm 122 Water St Newton NJ 4658 | | 666.00 | 2,028.92 |
| 6/12 | | Purchase authorized on 06/10 Metro Self Storage 973-6914848 NJ S468161621476647 Card 4658 | | 169.77 | |
| 6/12 | | Mbfs Web Pay 180611 7004489406001 Lawrence M Kane | | 317.88 | |
| 6/12 | | Usliabilityinsur Insurance 180611 6949571 Hanlan Midgette Scrive | | 374.00 | 1,167.27 |
| 6/13 | | Purchase authorized on 06/12 Vzwrlss*Ivr Ve 800-922-0204 FL S308163695099841 Card 4658 | | 82.69 | |
| 6/13 | | Purchase authorized on 06/12 Sqc*Keith Scriven 8774174551 CA S308163714122514 Card 4658 | | 633.00 | |
| 6/13 | | Purchase authorized on 06/12 Cescos Pizzeria Newton NJ S588163734341604 Card 4658 | | 18.13 | |
| 6/13 | | ATM Withdrawal authorized on 06/13 122 Water Street Newton NJ 0003961 ATM ID 0115N Card 4658 | | 80.00 | |
| 6/13 | < | Business to Business ACH Debit - Firstenergy Opco Fe Echeck 100110834833 Hmslp | | 228.51 | 124.94 |
| 6/14 | | Money Transfer authorized on 06/14 From ID 3Znab74N CA S004681655311765549 Card 4658 | 4,633.30 | | |
| 6/14 | | Purchase authorized on 06/12 US Fuel Flemington NJ S588163478898368 Card 4658 | | 30.00 | |
| 6/14 | | Purchase authorized on 06/12 Ppa on Street Mete Philadelphia PA S388163530085316 Card 4658 | | 3.00 | |
| 6/14 | | Purchase authorized on 06/12 McDonald's F1962 Philadelphia PA S308163563004688 Card 4658 | | 7.73 | |
| 6/14 | | Cash eWithdrawal in Branch/Store 06/14/2018 11:56 Am 122 Water St Newton NJ 4658 | | 2,500.00 | 2,217.51 |
| 6/15 | | ATM Check Deposit on 06/15 2 W. Girard Avenue Philadelphia PA 0006120 ATM ID 2091A Card 4658 | 600.00 | | 2,817.51 |
| 6/18 | | Money Transfer authorized on 06/16 From ID 3Z095Gam CA S004681674477399340 Card 4658 | 3,630.18 | | |
| 6/18 | | Tele-Transfer Fr xxxxxx5377 Reference #TF04Qv59Zd | 3,000.00 | | |

Account number:  ▮▮▮▮3982  ■  June 1, 2018 - June 30, 2018  ■  Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/18 | | Purchase authorized on 06/15 US Fuel Flemington NJ S308166504937744 Card 4658 | | 30.00 | |
| 6/18 | | Purchase authorized on 06/15 Ppa on Street Mete Philadelphia PA S308166553916209 Card 4658 | | 1.25 | |
| 6/18 | | Purchase authorized on 06/15 Shoprite Cheltenha Cheltenham PA S588166735917461 Card 4658 | | 84.71 | |
| 6/18 | | Purchase authorized on 06/16 Tractor Supply #11 Ringoes NJ S588167567455475 Card 4658 | | 54.35 | |
| 6/18 | | ATM Withdrawal authorized on 06/16 1 W Washington Ave Washington NJ 0004040 ATM ID 0216F Card 4658 | | 300.00 | |
| 6/18 | | Purchase authorized on 06/16 Shoprite Newton S1 Newton NJ S308167725000885 Card 4658 | | 121.24 | |
| 6/18 | | Purchase authorized on 06/17 Sqc*Keith Scriven 8774174551 CA S468168751575146 Card 4658 | | 222.00 | |
| 6/18 | 1138 | Check | | 2,500.00 | 6,134.14 |
| 6/19 | | Purchase authorized on 06/17 Mountain Valley 908-4533000 NJ S588168738895693 Card 4658 | | 26.63 | |
| 6/19 | | American Express ACH Pmt 180619 W8176 Hanlan Midgete Scriven | | 55.00 | 6,052.51 |
| 6/20 | | Purchase authorized on 06/18 Borro Loan Internet NY S388170010101408 Card 4658 | | 5,812.78 | 239.73 |
| 6/21 | | Purchase authorized on 06/19 Exxonmobil 4797 Andover NJ S588170481211861 Card 4658 | | 30.00 | 209.73 |
| 6/22 | | ATM Cash Deposit on 06/22 2 W. Girard Avenue Philadelphia PA 0008181 ATM ID 2091A Card 4658 | 180.00 | | |
| 6/22 | | Purchase authorized on 06/21 Sp * Outlaw Outfit Newton NJ S588172646270478 Card 4658 | | 37.32 | 352.41 |
| 6/25 | | Td Bank Payment 180622 Lawrance M Kane 4839501527229500 | | 285.00 | 67.41 |
| 6/26 | | Square Inc 180626P2 180626 L207365912678 Hanlan Midgette Scrive | 2,508.85 | | |
| 6/26 | | Recurring Payment authorized on 06/25 Netflix.Com Netflix.Com CA S468176531669870 Card 4658 | | 11.87 | |
| 6/26 | | Purchase authorized on 06/25 Main Street Liquor Stillwater NJ S468176628799573 Card 4658 | | 30.75 | |
| 6/26 | | Cash eWithdrawal in Branch/Store 06/26/2018 2:33 Pm 122 Water St Newton NJ 4658 | | 850.00 | 1,683.64 |
| 6/27 | | Purchase authorized on 06/26 Fredon Discount Li Fredon NJ S588177571654575 Card 4658 | | 14.92 | |
| 6/27 | | Centurylink Speedpay 180626 xxxxx1047 133426856 | | 160.00 | |
| 6/27 | < | Business to Business ACH Debit - Capital One Online Pmt 180627 817839910276921 7983013892Scrivenkeith | | 125.00 | 1,383.72 |
| 6/28 | | Purchase authorized on 06/26 Fredon Animal Hosp Newton NJ S468177562893567 Card 4658 | | 122.00 | |
| 6/28 | | Purchase authorized on 06/27 Sp * Outlaw Outfit Newton NJ S388178527584814 Card 4658 | | 40.41 | |
| 6/28 | | Healthinspremium EDI Paymts 13994639 Lawrence Kane | | 515.24 | 706.07 |
| 6/29 | | Square Inc 180629P2 180629 L207366667182 Hanlan Midgette Scrive | 1,447.35 | | |
| 6/29 | | Recurring Payment authorized on 06/28 Geico *Auto 800-841-3000 DC S388179492125515 Card 4658 | | 437.87 | |

Account number:  ▮▮▮▮3982  ▪  June 1, 2018 - June 30, 2018  ▪  Page 4 of 5

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/29 | | Purchase authorized on 06/28 Shoprite Newton S1 Newton NJ S468179686165214 Card 4658 | | 121.03 | |
| 6/29 | | ATM Withdrawal authorized on 06/29 601 Chestnut St. Philadelphia PA 0005294 ATM ID 6560S Card 4658 | | 300.00 | 1,294.52 |
| **Ending balance on 6/30** | | | | | 1,294.52 |
| **Totals** | | | **$26,906.16** | **$25,681.70** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1137 | 6/8 | 250.00 | 1138 | 6/18 | 2,500.00 | 1139 | 6/5 | 3,404.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2018 - 06/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,209.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,600 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 14 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

☑ **IMPORTANT ACCOUNT INFORMATION**

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 17, 2018.
To see what is changing, please visit wellsfargo.com/onlineupdates.