UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 3rd - 2018

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:   November 24, 2015

2. Cash balance at the beginning of this quarter:   $1,325.15
   Total receipts during this quarter:   $60,207.88
   Total disbursements during this quarter:   $60,368.12
   Cash balance at the end of this quarter:   $1,471.89

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:   *
   Cumulative paid to date:   *
   Balance remaining to be made under the Plan:   *

   * - Debtor has modified his mortgages under the Plan
        ($17,194.51 per month until the maturity dates
        of these mortgages).

   AS OF END OF THIS REPORTING PERIOD:   Yes   No

4. Are all payments required by the confirmed plan
   current at this time?                                                            x
   **[If "No," attach an explanatory statement identifying
   payments not made. Include creditor, amount, due
   date, reason for non-payment and an estimated date
   when payments will be brought current.]**

| | | |
|---|---|---|
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]** | X |
| 6. | Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? | X |
| 7. | Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]** | X |
| 8. | Has the order confirming the Plan become non-appealable? | X |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]** | X |
| 10. | Has any property proposed by the Plan to be transferred pursuant to the Plan? | X |
| 11. | Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]** | X |
| 12. | Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? | X |
| 13. | Anticipated date of motion for final decree: | November 24, 2018 |

I declare under penalty of perjury that the statements set forth above are true and accurate.

11/9/18
Dated: _____    _____ Keith M. Scriven, Debtor

Current Address:   1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.:    (215) 564 - 3999

# Wells Fargo Everyday Checking

Account number: ████5377 ■ June 15, 2018 - July 16, 2018 ■ Page 1 of 5



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288  (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/15 | $60.46 |
| Deposits/Additions | 10,157.82 |
| Withdrawals/Subtractions | - 10,198.15 |
| **Ending balance on 7/16** | **$20.13** |

Account number: ████5377
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/15 | | Purchase authorized on 06/14 Main Street Liquor Stillwater NJ S388165709793209 Card 4006 | | 13.32 | 47.14 |
| 6/18 | | Money Transfer authorized on 06/17 From Square Cash CA S003081687521839961 Card 4006 | 218.67 | | |
| 6/18 | | WT Fed#04113 The Bridgehampton /Org=Atlantis Resorts Realty Ltd Srf# 0214066670196256 Trn#180618132736 Rfb# | 7,200.00 | | |
| 6/18 | | Wire Trans Svc Charge - Sequence: 180618132736 Srf# 0214066670196256 Trn#180618132736 Rfb# | | 15.00 | |
| 6/18 | | Purchase authorized on 06/17 Sqc*Angela Taylor 8774174551 CA S468168753372416 Card 4006 | | 65.00 | |
| 6/18 | | Tele-Transfer to xxxxxx3982 Reference #TF04Qv59Zd | | 3,000.00 | 4,385.81 |
| 6/19 | | ATM Withdrawal authorized on 06/19 50 International Drive Flanders NJ 0002771 ATM ID 9856H Card 4006 | | 60.00 | |
| 6/19 | 213 | Deposited OR Cashed Check | | 3,000.00 | 1,325.81 |
| 6/20 | | Purchase authorized on 06/19 Valor Parking LLC New York NY S308170567823341 Card 4006 | | 48.00 | |
| 6/20 | | Purchase authorized on 06/19 Pgw/EZ-Pay 215-235-1000 PA S588170606034931 Card 4006 | | 737.95 | |
| 6/20 | | ATM Withdrawal authorized on 06/20 122 Water Street Newton NJ 0005504 ATM ID 0115N Card 4006 | | 300.00 | 239.86 |
| 6/21 | | Purchase authorized on 06/21 Walgreens Store 126 Water Newton NJ P00308172555097263 Card 4006 | | 7.77 | 232.09 |
| 6/25 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib04Rgxzlz on 06/24/18 | 20.00 | | |
| 6/25 | | Purchase authorized on 06/22 19 Petroleum Alpha Alpha NJ S388173447265035 Card 4006 | | 30.00 | |
| 6/25 | | Purchase authorized on 06/22 Mountain Valley 908-4533000 NJ S388173762687789 Card 4006 | | 26.63 | |
| 6/25 | | Purchase authorized on 06/23 Sunoco 0715042800 Phillipsburg NJ S388174715886882 Card 4006 | | 25.00 | 170.46 |
| 6/26 | | Service Electric Service EI G8G24I0319511 Keith M Scriven | | 140.00 | 30.46 |
| 6/28 | | Square Inc 180628R2 180628 L208365944762 Keith M. Scriven | 341.00 | | 371.46 |
| 6/29 | | Purchase authorized on 06/28 Main Street Liquor Stillwater NJ S588179669271498 Card 4006 | | 13.85 | |
| 6/29 | | Purchase authorized on 06/28 Sqc*Ronette Street 8774174551 CA S388180011017045 Card 4006 | | 20.00 | 337.61 |
| 7/2 | | Money Transfer authorized on 06/29 From Square Cash CA S003881811218113845 Card 4006 | 689.50 | | |
| 7/2 | | ATM Withdrawal authorized on 06/29 1400 East Passyunk Ave Philadelphia PA 0005989 ATM ID 0196x Card 4006 | | 600.00 | |
| 7/2 | | Transamerica Transameri 180701 42089058 Keith Scriven | | 393.51 | 33.60 |
| 7/6 | | Square Inc 180706R2 180706 L208367681217 Keith M. Scriven | 213.12 | | |
| 7/6 | | Money Transfer authorized on 07/06 From Square Cash CA S003081878198545577 Card 4006 | 656.01 | | |
| 7/6 | | Purchase authorized on 07/05 Sqc*Keith Scriven 8774174551 CA S588186739457706 Card 4006 | | 25.00 | |
| 7/6 | | ATM Withdrawal authorized on 07/06 25 W. Skippack Pike Broad Axe PA 0008250 ATM ID 0212K Card 4006 | | 600.00 | 277.73 |
| 7/9 | | Money Transfer authorized on 07/09 From Square Cash CA S003081904401669485 Card 4006 | 65.01 | | |
| 7/9 | | Money Transfer authorized on 07/09 From Square Cash CA S003081906818122666 Card 4006 | 98.50 | | |
| 7/9 | | Purchase authorized on 07/06 Sqc*Keith Scriven 8774174551 CA S468187683832156 Card 4006 | | 200.00 | 241.24 |
| 7/10 | | Credit One Bank Payment 180708 0000274684780 Keith Scriven | | 63.00 | 178.24 |
| 7/11 | | Vz Wireless Ve Vzw Webpay 180710 0806373 Keith *Scriven | | 100.00 | 78.24 |
| 7/13 | | Money Transfer authorized on 07/13 From Square Cash CA S003081945034611024 Card 4006 | 656.01 | | |
| 7/13 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 70.00 | 664.25 |



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/16 | | Purchase authorized on 07/13 Ppa on Street Mete Philadelphia PA S468194573054434 Card 4006 | | 6.00 | |
| 7/16 | | Santander Consumer 180715 0021356117 Keith Scriven | | 638.12 | 20.13 |
| **Ending balance on 7/16** | | | | | 20.13 |
| **Totals** | | | **$10,157.82** | **$10,198.15** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 213 | 6/19 | 3,000.00 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $26.25 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/15/2018 - 07/16/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $20.13 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $554.12 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 13 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐
RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold on the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. If a merchant does not send the final payment instruction within that timeframe, we must honor the transaction when the final payment instruction is received. While the authorization hold is



transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Activity summary

| | |
|---|---|
| Beginning balance on 7/17 | $20.13 |
| Deposits/Additions | 21,592.28 |
| Withdrawals/Subtractions | - 20,498.33 |
| **Ending balance on 8/14** | **$1,114.08** |

Account number: ▇▇▇▇▇5377
**KEITH M SCRIVEN**
Pennsylvania account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/18 | 214 | Check | | 5.00 | 15.13 |
| 7/23 | | ATM Check Deposit on 07/23 122 Water Street Newton NJ 0002949 ATM ID 0115N Card 4006 | 53.50 | | 68.63 |
| 7/24 | | Purchase authorized on 07/23 Shoprite Wines and Newton NJ S588204670886505 Card 4006 | | 11.83 | 56.80 |
| 7/25 | | Purchase authorized on 07/24 Alpha Liquors Alpha NJ S468205738841568 Card 4006 | | 17.57 | 39.23 |
| 7/26 | | Purchase authorized on 07/24 US Fuel Flemington NJ S388205470068521 Card 4006 | | 30.00 | 9.23 |
| 7/27 | | Money Transfer authorized on 07/27 From Square Cash CA S004682086558894187 Card 4006 | 656.01 | | |
| 7/27 | | Capital One Online Pmt 180727 820839910494725 7983013892Scrivenkeith | | 125.00 | 540.24 |
| 7/30 | | ATM Withdrawal authorized on 07/27 2 W. Girard Avenue Philadelphia PA 0008731 ATM ID 2091A Card 4006 | | 500.00 | 40.24 |
| 7/31 | | Square Inc 180731R2 180731 L208373380132 Keith M. Scriven | 191.81 | | |
| 7/31 | | Purchase authorized on 07/30 Marshalls #440 Flemington NJ S308211654795447 Card 4006 | | 22.99 | 209.06 |
| 8/1 | | Square Inc 180801R2 180801 L208373553242 Keith M. Scriven | 106.56 | | |
| 8/1 | | ATM Withdrawal authorized on 08/01 122 Water Street Newton NJ 0004906 ATM ID 0115N Card 4006 | | 20.00 | 295.62 |
| 8/2 | | Purchase authorized on 08/01 Sqc*Keith Scriven 8774174551 CA S388213502890465 Card 4006 | | 100.00 | 195.62 |
| 8/3 | | Money Transfer authorized on 08/03 From Keith Scriven CA S004682157259822896 Card 4006 | 328.00 | | |
| 8/3 | | Purchase authorized on 08/02 Philadelphia Pk Au 888-5913636 PA S388214663158290 Card 4006 | | 123.50 | 400.12 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/6 | | ATM Cash Deposit on 08/04 1230 US Hwy. 22 Phillipsburg NJ 0000796 ATM ID 6743S Card 4006 | 20.00 | | |
| 8/6 | | Purchase authorized on 08/03 Fredon Deli Newton NJ S308215406794906 Card 4006 | | 8.09 | |
| 8/6 | | Purchase authorized on 08/05 Sqc*Keith Scriven 8774174551 CA S308217645728860 Card 4006 | | 20.00 | |
| 8/6 | 216 | Check | | 375.00 | 17.03 |
| 8/7 | | Square Inc 180807R2 180807 L208375026655 Keith M. Scriven | 136.40 | | |
| 8/7 | | ATM Cash Deposit on 08/07 74 Church St Flemington NJ 0006111 ATM ID 6865W Card 4006 | 100.00 | | |
| 8/7 | | Purchase authorized on 08/06 Sqc*Keith Scriven 8774174551 CA S308218641825182 Card 4006 | | 10.00 | |
| 8/7 | | Purchase authorized on 08/06 Sqc*Keith Scriven 8774174551 CA S468218755720759 Card 4006 | | 40.00 | |
| 8/7 | | Citi Card Online Payment 180806 112717850689100 Lawrence M Kane | | 85.00 | 118.43 |
| 8/8 | | WT Seq133968 Jay Alicandri /Org= Srf# 0075443220321260 Trn#180808133968 Rfb# | 20,000.00 | | |
| 8/8 | | Wire Trans Svc Charge - Sequence: 180808133968 Srf# 0075443220321260 Trn#180808133968 Rfb# | | 15.00 | |
| 8/8 | | Cash eWithdrawal in Branch/Store 08/08/2018 4:29 Pm 122 Water St Newton NJ 4006 | | 1,000.00 | |
| 8/8 | | American Express ACH Pmt 180808 W8210 Keith Scriven | | 13,700.00 | 5,403.43 |
| 8/9 | | ATM Withdrawal authorized on 08/09 601 Chestnut St. Philadelphia PA 0007370 ATM ID 6560D Card 4006 | | 540.00 | |
| 8/9 | | Vz Wireless Ve E Check 180808 7414540 Keith *Scriven | | 100.00 | 4,763.43 |
| 8/10 | | Purchase authorized on 08/09 T B Hagstoz & Sons Philadelphia PA S308221607972473 Card 4006 | | 197.05 | 4,566.38 |
| 8/13 | | Purchase authorized on 08/09 Quick Chek Corpora Belvidere NJ S308221486016363 Card 4006 | | 30.00 | |
| 8/13 | | Purchase authorized on 08/09 Ppa on Street Mete Philadelphia PA S588221575024434 Card 4006 | | 6.00 | |
| 8/13 | | Purchase authorized on 08/09 Ppa on Street Mete Philadelphia PA S468221646987210 Card 4006 | | 4.50 | |
| 8/13 | | Purchase authorized on 08/10 Jewelers Depot Philadelphia PA S388222557711829 Card 4006 | | 37.24 | |
| 8/13 | | Purchase authorized on 08/10 Wawa 991 0000 Flemington NJ S308222755618167 Card 4006 | | 30.00 | |
| 8/13 | | Purchase Bank Check OR Draft | | 1,510.00 | |
| 8/13 | | Purchase authorized on 08/11 Petsmart # 2316 Newton NJ S388223534745406 Card 4006 | | 98.48 | |
| 8/13 | | ATM Withdrawal authorized on 08/13 601 Chestnut St. Philadelphia PA 0008056 ATM ID 6560D Card 4006 | | 200.00 | |
| 8/13 | 217 | Check | | 650.00 | 2,000.16 |
| 8/14 | | Purchase authorized on 08/13 Main Street Liquor Stillwater NJ S388225829805836 Card 4006 | | 17.96 | |
| 8/14 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 230.00 | |
| 8/14 | | Santander Consumer 180814 0021356117 Keith Scriven | | 638.12 | 1,114.08 |
| **Ending balance on 8/14** | | | | | **1,114.08** |
| **Totals** | | | **$21,592.28** | **$20,498.33** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/15 | | Money Transfer authorized on 08/15 From Scriven Keith NY S003882275232206939 Card 4006 | 199.75 | | |
| 8/15 | | Purchase authorized on 08/13 Ppa on Street Mete Philadelphia PA S588225678140495 Card 4006 | | 2.75 | |
| 8/15 | | Purchase authorized on 08/13 Quick Ckek Food St Ringoes NJ S468225725358527 Card 4006 | | 4.96 | |
| 8/15 | | Purchase authorized on 08/14 Sp * Outlaw Outfit Newton NJ S388226531616922 Card 4006 | | 61.76 | |
| 8/15 | | Purchase authorized on 08/14 Peco Payment 800-494-4000 PA S468226591942090 Card 4006 | | 287.19 | 957.17 |
| 8/16 | | Purchase authorized on 08/15 Main Street Liquor Stillwater NJ S468227709801413 Card 4006 | | 15.98 | |
| 8/16 | | ATM Withdrawal authorized on 08/16 601 Chestnut St. Philadelphia PA 0000290 ATM ID 6560S Card 4006 | | 300.00 | |
| 8/16 | | IRS Usataxpymt 081618 222862855789135 Keith M Scriven | | 200.00 | 441.19 |
| 8/20 | | Purchase authorized on 08/16 US Fuel Flemington NJ S468228453589950 Card 4006 | | 25.00 | |
| 8/20 | | Purchase authorized on 08/17 Shoprite Cheltenha Cheltenham PA S468229602599266 Card 4006 | | 78.99 | |
| 8/20 | | Purchase authorized on 08/18 Professional Tire Newton NJ S308230526389358 Card 4006 | | 238.53 | |
| 8/20 | | Purchase authorized on 08/19 Main Street Liquor Stillwater NJ S468231581253555 Card 4006 | | 15.98 | 82.69 |
| 8/21 | | ATM Cash Deposit on 08/21 74 Church St Flemington NJ 0000165 ATM ID 6865W Card 4006 | 200.00 | | |
| 8/21 | | Purchase authorized on 08/20 Joann Stores #2341 Succasunna NJ S308232571849117 Card 4006 | | 28.44 | 254.25 |
| 8/22 | | Purchase authorized on 08/21 US Gas Hope Hope NJ S468233414152026 Card 4006 | | 30.00 | 224.25 |
| 8/23 | | Purchase authorized on 08/21 Wendy's #3092 Philadelphia PA S468233651805566 Card 4006 | | 8.05 | |
| 8/23 | | Vz Wireless Ve Vzw Webpay 180822 2910762 Keith *Scriven | | 151.90 | 64.30 |
| 8/24 | | Purchase authorized on 08/23 Shoprite Wines and Newton NJ S588235652949901 Card 4006 | | 12.79 | 51.51 |
| 8/30 | | Square Inc 180830R2 180830 L208380477755 Keith M. Scriven | 187.55 | | 239.06 |
| 8/31 | | Purchase authorized on 08/30 Tractor Supply Com Blairstown NJ S468242549359005 Card 4006 | | 78.11 | 160.95 |
| 9/4 | | Money Transfer authorized on 09/01 From ID 3Z1Ngygx CA S00588244705786331 Card 4006 | 476.68 | | |
| 9/4 | | Money Transfer authorized on 09/04 From ID 3Zk703V3 CA S003882477202236695 Card 4006 | 210.99 | | |
| 9/4 | | ATM Cash Deposit on 09/04 122 Water Street Newton NJ 0002726 ATM ID 0115N Card 4006 | 160.00 | | |
| 9/4 | | Purchase authorized on 09/04 USPS PO 33585013 39 Main Newton NJ P00588247737161629 Card 4006 | | 401.20 | |
| 9/4 | | Synchrony Bank CC Pymt SEP 02 601918340637221 Lawrence M Kane | | 100.00 | 507.42 |
| 9/5 | | Purchase authorized on 09/04 Sqc*Keith Scriven 8774174551 CA S588247459882571 Card 4006 | | 400.00 | 107.42 |
| 9/6 | | Money Transfer authorized on 09/06 From ID 3Z12N106 CA S00468249628184455 Card 4006 | 147.70 | | 255.12 |
| 9/7 | | Edeposit IN Branch/Store 09/07/18 12:53:47 Pm 601 Chestnut St Philadelphia PA 4006 | 2,300.00 | | |
| 9/7 | | Purchase authorized on 09/06 Speedway 03471 Washington NJ S468249473371830 Card 4006 | | 40.00 | |
| 9/7 | | Purchase authorized on 09/06 Tractor Supply #11 Ringoes NJ S388249643503254 Card 4006 | | 32.71 | |
| 9/7 | | Purchase authorized on 09/06 Sqc*Keith Scriven 8774174551 CA S308249755267395 Card 4006 | | 85.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/7 | | Purchase authorized on 09/06 Sqc*Keith Scriven 8774174551 CA S388249757367508 Card 4006 | | 40.00 | |
| 9/7 | | American Express ACH Pmt 180907 W1358 Keith Scriven | | 2,200.00 | 157.41 |
| 9/10 | | Purchase authorized on 09/06 Tandy Leather Fact Philadelphia PA S588249530976230 Card 4006 | | 12.60 | |
| 9/10 | | Purchase authorized on 09/07 US Fuel Flemington NJ S588250448466488 Card 4006 | | 20.00 | |
| 9/10 | | Purchase authorized on 09/07 Ppa on Street Mete Philadelphia PA S588250530037541 Card 4006 | | 3.50 | |
| 9/10 | | Purchase authorized on 09/08 Giant 6427 Willow Grove PA S468251591814332 Card 4006 | | 18.00 | 103.31 |
| 9/12 | | Money Transfer authorized on 09/12 From Keith Scriven PA S003082557259623345 Card 4006 | 147.75 | | 251.06 |
| 9/13 | | Money Transfer authorized on 09/12 From Scriven Keith NY S005882560711100055 Card 4006 | 399.75 | | |
| 9/13 | | Money Transfer authorized on 09/12 From Keith Scriven PA S004682560777839952 Card 4006 | 19.70 | | |
| 9/13 | | NFCU ACH P2P 180912 Edward J Jordan Keith Scriven | 1,000.00 | | |
| 9/13 | | Purchase authorized on 09/12 Main Street Liquor Stillwater NJ S308255662298926 Card 4006 | | 15.98 | |
| 9/13 | | Discover E-Payment 180913 3391 Kane Lawrence | | 56.00 | 1,598.53 |
| 9/14 | | ATM Cash Deposit on 09/14 601 Chestnut St. Philadelphia PA 0003418 ATM ID 6560S Card 4006 | 1,100.00 | | |
| 9/14 | | Purchase authorized on 09/12 Experian Scorecard 888-3973742 CA S468255495235419 Card 4006 | | 10.70 | |
| 9/14 | | Purchase authorized on 09/13 Petsmart # 2316 Newton NJ S308256528929271 Card 4006 | | 37.31 | |
| 9/14 | | Purchase authorized on 09/13 Marshalls #443 Newton NJ S588256556795050 Card 4006 | | 110.28 | |
| 9/14 | | Vz Wireless Ve Vzw Webpay 180913 5099156 Keith *Scriven | | 177.99 | 2,362.25 |
| 9/17 | | ATM Cash Deposit on 09/14 1400 East Passyunk Ave Philadelphia PA 0000192 ATM ID 0196x Card 4006 | 200.00 | | |
| 9/17 | | Purchase authorized on 09/14 Ppa on Street Mete Philadelphia PA S588257518463224 Card 4006 | | 6.00 | |
| 9/17 | | Purchase authorized on 09/14 Ppa on Street Mete Philadelphia PA S468257592344024 Card 4006 | | 6.00 | |
| 9/17 | | Purchase authorized on 09/14 Pgw/EZ-Pay 215-235-1000 PA S308257665783175 Card 4006 | | 734.95 | |
| 9/17 | | Purchase authorized on 09/14 Eb Black Art IN Am 888-810-2063 CA S468257676316729 Card 4006 | | 75.00 | |
| 9/17 | | Santander Consumer 180915 0021356117 Keith Scriven | | 638.12 | |
| 9/17 | | IRS Usataxpymt 091718 222866003211919 Keith M Scriven | | 200.00 | |
| 9/17 | | Femafloodnfsie Payment 180914 6Mp78Bpqqk1 Keith M Scriven | | 818.00 | 84.18 |
| **Ending balance on 9/17** | | | | | **84.18** |
| **Totals** | | | **$6,749.87** | **$7,779.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $26.25 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/18 | | Purchase authorized on 09/17 Fredon Discount Li Fredon NJ S588260706854879 Card 4006 | | 14.92 | 69.26 |
| 9/19 | | Purchase authorized on 09/18 Main Street Liquor Stillwater NJ S468261802766257 Card 4006 | | 17.96 | |
| 9/19 | | Robinhood (Crfn) ACH SEP 19 20180917259869 Keith Scriven | | 25.00 | 26.30 |
| 9/21 | | ATM Cash Deposit on 09/21 340-50 S. Second St. Philadelphia PA 0004392 ATM ID 0196M Card 4006 | 160.00 | | |
| 9/21 | | ATM Cash Deposit on 09/21 340-50 S. Second St. Philadelphia PA 0004434 ATM ID 0196M Card 4006 | 100.00 | | |
| 9/21 | | Purchase authorized on 09/20 Main Street Liquor Stillwater NJ S308263748860898 Card 4006 | | 15.98 | |
| 9/21 | | ATM Withdrawal authorized on 09/21 340-50 S. Second St. Philadelphia PA 0004435 ATM ID 0196M Card 4006 | | 60.00 | 210.32 |
| 9/24 | | Money Transfer authorized on 09/22 From Zel*Ilene Gaber PA S00468265750547043 Card 4006 | 200.00 | | |
| 9/24 | | Purchase authorized on 09/21 Ppa on Street Mete Philadelphia PA S308264494083347 Card 4006 | | 3.75 | |
| 9/24 | | Purchase authorized on 09/21 Shanks on The Rive Philadelphia PA S468264559724926 Card 4006 | | 12.00 | |
| 9/24 | | Purchase authorized on 09/21 Staples 0010 Philadelphia PA S388264573775570 Card 4006 | | 1.19 | |
| 9/24 | | Purchase authorized on 09/21 North Third Restau Philadelphia PA S388264820258683 Card 4006 | | 76.26 | |
| 9/24 | | ATM Withdrawal authorized on 09/23 122 Water Street Newton NJ 0006734 ATM ID 0115N Card 4006 | | 200.00 | |
| 9/24 | | Centurylink Speedpay 180921 xxxxx1047 xxxxx6205 | | 108.00 | 9.12 |
| 10/3 | | Square Inc 181003R2 181003 L208388447492 Keith M. Scriven | 277.06 | | |
| 10/3 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib057Bzm2S on 10/03/18 | | 16.00 | 270.18 |
| 10/4 | | ATM Check Deposit on 10/04 122 Water Street Newton NJ 0009196 ATM ID 0115N Card 4006 | 50.00 | | |
| 10/4 | | ATM Cash Deposit on 10/04 122 Water Street Newton NJ 0009198 ATM ID 0115N Card 4006 | 20.00 | | 340.18 |
| 10/5 | | ATM Cash Deposit on 10/05 2401 W Cheltenham Ave Wyncote PA 0009604 ATM ID 2818A Card 4006 | 40.00 | | |
| 10/5 | | ATM Withdrawal authorized on 10/05 340-50 S. Second St. Philadelphia PA 0008009 ATM ID 0196M Card 4006 | | 20.00 | 360.18 |
| 10/9 | | Money Transfer authorized on 10/06 From ID 3Z9Rgz0J CA S00308279585235340 Card 4006 | 92.83 | | |
| 10/9 | | Transfer From Jay Alicandri | 13,000.00 | | |
| 10/9 | | Purchase authorized on 10/05 Ppa on Street Mete Philadelphia PA S468278668093066 Card 4006 | | 3.00 | |
| 10/9 | | Purchase authorized on 10/05 Reggae Reggae Vibe Philadelphia PA S468279065014810 Card 4006 | | 14.04 | |
| 10/9 | | ATM Withdrawal authorized on 10/06 2401 W Cheltenham Ave Wyncote PA 0000233 ATM ID 2818A Card 4006 | | 60.00 | |
| 10/9 | | ATM Withdrawal authorized on 10/09 122 Water Street Newton NJ 0000431 ATM ID 0115N Card 4006 | | 200.00 | |
| 10/9 | | American Express ACH Pmt 181009 W6750 Keith Scriven | | 8,281.99 | 4,893.98 |
| 10/10 | | Money Transfer authorized on 10/10 From Scriven Keith NY S00588283444198877 Card 4006 | 399.75 | | |
| 10/10 | | Money Transfer authorized on 10/10 From Scriven Keith NY S00388283782125489 Card 4006 | 499.75 | | |
| 10/10 | | Purchase authorized on 10/08 Staples 0010 Newton NJ S468281515691376 Card 4006 | | 6.17 | |
| 10/10 | | Purchase authorized on 10/09 Sqc*Keith Scriven 8774174551 CA S588282463090239 Card 4006 | | 28.00 | |
| 10/10 | | Purchase authorized on 10/09 Wal-Mart #2604 Newton NJ S588282785758161 Card 4006 | | 17.74 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/10 | | Purchase authorized on 10/09 Shoprite Wines and Newton NJ S388282789470423 Card 4006 | | 12.79 | |
| 10/10 | | Non-WF ATM Withdrawal authorized on 10/10 410 Rt 94 So. Fredon NJ 00388283458369039 ATM ID S1A01000 Card 4006 | | 83.75 | |
| 10/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 10/10 | 218 | Check | | 326.11 | 5,316.42 |
| 10/11 | | Purchase authorized on 10/10 Fredon Deli Newton NJ S388283456759981 Card 4006 | | 1.75 | |
| 10/11 | | Purchase authorized on 10/10 Michaels Stores 37 Flemington NJ S308283549271052 Card 4006 | | 63.32 | |
| 10/11 | | Purchase authorized on 10/10 Sqc*Keith Scriven 8774174551 CA S388283662862407 Card 4006 | | 800.00 | |
| 10/11 | | Purchase authorized on 10/10 T B Hagstoz & Sons Philadelphia PA S588283662901157 Card 4006 | | 188.82 | |
| 10/11 | | Purchase authorized on 10/10 Bp#1686930Hampton Hampton NJ S308283721025481 Card 4006 | | 20.00 | 4,242.53 |
| 10/12 | | Purchase authorized on 10/10 Mountain Valley 908-4533000 NJ S588283727927768 Card 4006 | | 12.78 | |
| 10/12 | | Purchase authorized on 10/11 Tractor Supply Com Blairstown NJ S308284587423408 Card 4006 | | 159.74 | |
| 10/12 | | Purchase authorized on 10/11 Sqc*Keith Scriven 8774174551 CA S468284813994718 Card 4006 | | 350.00 | |
| 10/12 | | ATM Withdrawal authorized on 10/12 74 Church St Flemington NJ 0002272 ATM ID 6865W Card 4006 | | 200.00 | |
| 10/12 | | ATM Withdrawal authorized on 10/12 601 Chestnut St. Philadelphia PA 0006393 ATM ID 6560S Card 4006 | | 40.00 | 3,480.01 |
| 10/15 | | Purchase authorized on 10/12 US Fuel Flemington Flemington NJ S388285443126641 Card 4006 | | 30.00 | |
| 10/15 | | Purchase authorized on 10/12 Tractor Supply #11 Ringoes NJ S468285455203001 Card 4006 | | 42.64 | |
| 10/15 | | Purchase authorized on 10/12 T B Hagstoz & Sons Philadelphia PA S468285568642973 Card 4006 | | 41.15 | |
| 10/15 | | Purchase authorized on 10/12 T B Hagstoz & Sons Philadelphia PA S388285568970215 Card 4006 | | 31.08 | |
| 10/15 | | Purchase authorized on 10/12 Ppa on Street Mete Philadelphia PA S308285570845834 Card 4006 | | 6.00 | |
| 10/15 | | Purchase authorized on 10/12 Reggae Reggae Vibe Philadelphia PA S388285779110283 Card 4006 | | 28.08 | |
| 10/15 | | Purchase authorized on 10/13 The Home Depot #4109 Philadelphia PA P00308286489631281 Card 4006 | | 4.18 | |
| 10/15 | | ATM Withdrawal authorized on 10/13 122 Water Street Newton NJ 0001394 ATM ID 0115N Card 4006 | | 180.00 | |
| 10/15 | | ATM Withdrawal authorized on 10/14 122 Water Street Newton NJ 0001509 ATM ID 0115N Card 4006 | | 300.00 | |
| 10/15 | 219 | Check | | 1,800.00 | |
| 10/15 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 295.73 | |
| 10/15 | | Santander Consumer 181015 0021356117 Keith Scriven | | 638.12 | 83.03 |
| **Ending balance on 10/15** | | | | | **83.03** |
| **Totals** | | | **$14,839.39** | **$14,840.54** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 218 | 10/10 | 326.11 | 219 | 10/15 | 1,800.00 |

# Wells Fargo Simple Business Checking

Account number: ███████3982 ▪ July 1, 2018 - July 31, 2018 ▪ Page 1 of 6



HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $1,294.52 |
| Deposits/Credits | 13,477.41 |
| Withdrawals/Debits | - 13,794.25 |
| **Ending balance on 7/31** | **$977.68** |
| Average ledger balance this period | $1,102.72 |

Account number: ███████3982
**HANLAN MIDGETTE SCRIVEN LP**
Pennsylvania account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0056214


## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/2 | | Purchase authorized on 06/29 US Fuel Flemington NJ S388180450907926 Card 4658 | | 30.00 | |
| 7/2 | | Purchase authorized on 06/29 Jewelers Depot Philadelphia PA S388180599202749 Card 4658 | | 60.48 | |
| 7/2 | | Purchase authorized on 06/29 Sqc*Keith Scriven 8774174551 CA S588181121234705 Card 4658 | | 700.00 | |
| 7/2 | | Purchase authorized on 06/30 Shoprite Cheltenham S1 Cheltenham PA P00468181505235303 Card 4658 | | 75.10 | |
| 7/2 | | Purchase authorized on 07/01 Sp * Outlaw Outfit Newton NJ S308182509011730 Card 4658 | | 29.86 | 399.08 |
| 7/3 | | Square Inc 180703P2 180703 L207367571380 Hanlan Midgette Scrive | 4,356.82 | | |
| 7/3 | | Purchase authorized on 07/03 Tractor S 6719 Easton Bedminster PA P00000000789563546 Card 4658 | | 31.24 | |
| 7/3 | | Purchase authorized on 07/03 Rite Aid Store - 11091 Pipersville PA P00388184478186150 Card 4658 | | 29.94 | |
| 7/3 | | Withdrawal Made In A Branch/Store | | 3,400.00 | |
| 7/3 | < | Business to Business ACH Debit - Capital One Online Pmt 180703 818439910401226 9708868832Kane Lawrenc | | 497.00 | 797.72 |
| 7/5 | | Credit - ATM Claim 70622180732 | 30.00 | | |
| 7/5 | | Money Transfer authorized on 07/05 From Square Cash CA S00388186740716936 Card 4658 | 24.62 | | |
| 7/5 | | Purchase authorized on 07/03 19 Petroleum Alpha Alpha NJ S588184444705210 Card 4658 | | 25.00 | |
| 7/5 | | Purchase authorized on 07/03 Staples 0010 Warrington PA S308184546228826 Card 4658 | | 10.86 | |
| 7/5 | | Purchase authorized on 07/03 Staples 0010 Warrington PA S588184578489508 Card 4658 | | 0.70 | |
| 7/5 | | Purchase authorized on 07/03 Staples 0010 Warrington PA S388184588111246 Card 4658 | | 2.38 | |
| 7/5 | | Discover E-Payment 180704 3391 Kane Lawrence | | 83.00 | 730.40 |
| 7/6 | | Money Transfer authorized on 07/06 From Square Cash CA S00468187684647067 Card 4658 | 197.00 | | |
| 7/6 | | Money Transfer authorized on 07/06 From ID 3Zwfabeb CA S003308187729574366 Card 4658 | 1,146.27 | | |
| 7/6 | | Barclaycard US Creditcard xxxxx6097 Lawrence Kane | | 34.26 | |
| 7/6 | | Chase Credit Crd Epay 180705 3655370229 Lawrence M Kane | | 370.00 | |
| 7/6 | 1140 | Check | | 375.00 | |
| 7/6 | | American Express ACH Pmt 180706 W6500 Hanlan Midgete Scriven | | 35.00 | 1,259.41 |
| 7/9 | | Recurring Payment authorized on 07/06 Dnh*Godaddy.Com 480-5058855 AZ S308187416352217 Card 4658 | | 12.95 | |
| 7/9 | | Purchase authorized on 07/06 Shoprite Cheltenha Cheltenham PA S468187756907713 Card 4658 | | 71.01 | |
| 7/9 | | Purchase authorized on 07/06 Sqc*Keith Scriven 8774174551 CA S588187798733408 Card 4658 | | 666.00 | |
| 7/9 | | Purchase authorized on 07/07 O & F Farms Flower Blue Bell PA S308188513683821 Card 4658 | | 36.30 | |
| 7/9 | | Purchase authorized on 07/07 19 Petroleum Alpha Alpha NJ S388188593304170 Card 4658 | | 25.00 | |
| 7/9 | | Citi Card Online Payment 180706 112691003260901 Lawrence M Kane | | 82.63 | 365.52 |
| 7/10 | | Purchase authorized on 07/09 Sqc*Keith Scriven 8774174551 CA S388190439494437 Card 4658 | | 66.00 | |
| 7/10 | | Purchase authorized on 07/09 Sqc*Keith Scriven 8774174551 CA S468190681412963 Card 4658 | | 100.00 | 199.52 |
| 7/11 | | ATM Cash Deposit on 07/11 122 Water Street Newton NJ 0000275 ATM ID 0115N Card 4658 | 20.00 | | |
| 7/11 | | Purchase authorized on 07/10 19 Petroleum Alpha Alpha NJ S308191765957597 Card 4658 | | 25.00 | 194.52 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/13 | | NFCU ACH P2P 180712 Edward J Jordan Keith Scriven | 1,500.00 | | |
| 7/13 | | ATM Withdrawal authorized on 07/13 601 Chestnut St. Philadelphia PA 0006588 ATM ID 6560S Card 4658 | | 300.00 | |
| 7/13 | | Cash eWithdrawal in Branch/Store 07/13/2018 1:03 Pm 601 Chestnut St Philadelphia PA 4658 | | 60.00 | |
| 7/13 | < | Business to Business ACH Debit - Firstenergy Opco Fe Echeck 100110834833 Hmslp | | 176.00 | 1,158.52 |
| 7/16 | | ATM Cash Deposit on 07/14 1230 US Hwy. 22 Phillipsburg NJ 0002982 ATM ID 6743S Card 4658 | 155.00 | | |
| 7/16 | | Purchase authorized on 07/12 Ppa on Street Mete Philadelphia PA S388193494942045 Card 4658 | | 3.00 | |
| 7/16 | | Purchase authorized on 07/13 Fredon Deli Newton NJ S388194411746488 Card 4658 | | 5.77 | |
| 7/16 | | Purchase authorized on 07/13 Wawa 991 0000 Flemington NJ S388194455642224 Card 4658 | | 40.00 | |
| 7/16 | | Purchase authorized on 07/13 Sqc*Keith Scriven 8774174551 CA S388194500478809 Card 4658 | | 666.00 | |
| 7/16 | | Purchase authorized on 07/13 Ppa on Street Mete Philadelphia PA S588194507098019 Card 4658 | | 6.00 | |
| 7/16 | | Purchase authorized on 07/13 Ppa on Street Mete Philadelphia PA S468194646547809 Card 4658 | | 6.00 | |
| 7/16 | | Purchase authorized on 07/15 Tractor S 128 State Rt Blairstown NJ P00000000336728919 Card 4658 | | 5.81 | |
| 7/16 | | IRS Usataxpymt 071618 222859704090803 Keith M Scriven | | 200.00 | 380.94 |
| 7/17 | | Square Inc 180717P2 180717 L207370716648 Hanlan Midgette Scrive | 1,157.85 | | |
| 7/17 | | Purchase authorized on 07/16 Main Street Liquor Stillwater NJ S308197841817293 Card 4658 | | 15.98 | |
| 7/17 | | New York Propert Nypiua 0000018 I071718 002000581616 | | 335.01 | 1,187.80 |
| 7/18 | | Purchase authorized on 07/18 Tractor S 128 State Rt Blairstown NJ P00000000175736964 Card 4658 | | 45.18 | 1,142.62 |
| 7/19 | | Purchase authorized on 07/17 US Fuel Flemington NJ S308198454047438 Card 4658 | | 25.00 | |
| 7/19 | | Purchase authorized on 07/17 Ppa on Street Mete Philadelphia PA S308198509770497 Card 4658 | | 3.75 | |
| 7/19 | | Purchase authorized on 07/18 Sp * Outlaw Outfit Newton NJ S388199514295627 Card 4658 | | 60.67 | |
| 7/19 | | American Express ACH Pmt 180719 W8802 Hanlan Midgete Scriven | | 55.00 | 998.20 |
| 7/20 | | Purchase authorized on 07/19 Main Street Liquor 973-3009060 NJ S308200719163950 Card 4658 | | 15.98 | |
| 7/20 | | ATM Withdrawal authorized on 07/20 601 Chestnut St. Philadelphia PA 0007255 ATM ID 6560S Card 4658 | | 200.00 | |
| 7/20 | | Purchase authorized on 07/20 Pamma Jewelry Tool Philadelphia PA P00588201617987687 Card 4658 | | 15.00 | 767.22 |
| 7/23 | | ATM Cash Deposit on 07/21 1 Freedom Valley Dr. Plumsteadvill PA 0005716 ATM ID 0087R Card 4658 | 400.00 | | |
| 7/23 | | Purchase authorized on 07/19 Metro Self Storage 973-6914848 NJ S308200411572365 Card 4658 | | 169.77 | |
| 7/23 | | Purchase authorized on 07/20 RA'S Very Eatery Dresher PA S308202070396409 Card 4658 | | 36.00 | |
| 7/23 | | Purchase authorized on 07/21 Target T- 2450 Shopper Philadelphia PA P00000000173148859 Card 4658 | | 31.14 | |
| 7/23 | | Mbfs Web Pay 180720 7004489406001 Lawrence M Kane | | 318.44 | 611.87 |
| 7/24 | | Money Transfer authorized on 07/24 From ID 3Zy5106D CA S00588205825152662 Card 4658 | 286.46 | | |
| 7/24 | | Purchase authorized on 07/20 US Fuel Flemington NJ S388201449870042 Card 4658 | | 30.00 | |
| 7/24 | | Purchase authorized on 07/20 Ppa on Street Mete Philadelphia PA S588201503190897 Card 4658 | | 6.00 | |
| 7/24 | | Purchase authorized on 07/20 Ppa on Street Mete Philadelphia PA S388201578478157 Card 4658 | | 6.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/24 | | < Business to Business ACH Debit - Superior Payment 1103-227140 Keith M Scriven | | 141.05 | |
| 7/24 | | Td Bank Payment 180723 Lawrance M Kane 4839501527229500 | | 295.00 | 420.28 |
| 7/25 | | Purchase authorized on 07/24 Vzwrlss*Ivr Ve 800-922-0204 FL S308205774058440 Card 4658 | | 100.00 | |
| 7/25 | | Recurring Payment authorized on 07/24 Verizon Agent Fee 800-922-0204 FL S588205774073410 Card 4658 | | 7.00 | 313.28 |
| 7/26 | | Money Transfer authorized on 07/26 From ID 3Znpv3Xf CA S00308207518550692 Card 4658 | 4,203.39 | | |
| 7/26 | | Recurring Payment authorized on 07/25 Netflix.Com Netflix.Com CA S308206497835199 Card 4658 | | 11.87 | |
| 7/26 | | Purchase authorized on 07/25 Main Street Liquor Stillwater NJ S308206678753271 Card 4658 | | 15.98 | |
| 7/26 | | ATM Withdrawal authorized on 07/26 122 Water Street Newton NJ 0003504 ATM ID 0115N Card 4658 | | 200.00 | |
| 7/26 | | Centurylink Speedpay 180726 xxxxx1047 Keith M Scriven | | 149.91 | 4,138.91 |
| 7/27 | | Purchase authorized on 07/26 Tractor Supply Com Blairstown NJ S388207445576188 Card 4658 | | 111.42 | |
| 7/27 | | ATM Withdrawal authorized on 07/27 601 Chestnut St. Philadelphia PA 0007996 ATM ID 6560S Card 4658 | | 300.00 | |
| 7/27 | 1117 | Check | | 50.11 | |
| 7/27 | 1141 | Check | | 405.80 | |
| 7/27 | | Healthinspremium EDI Paymts 14354069 Lawrence Kane | | 515.24 | 2,756.34 |
| 7/30 | | Purchase authorized on 07/27 Ppa on Street Mete Philadelphia PA S588208496203933 Card 4658 | | 3.00 | |
| 7/30 | | Purchase authorized on 07/27 T B Hagstoz & Sons Philadelphia PA S588208516474627 Card 4658 | | 166.19 | |
| 7/30 | | Purchase authorized on 07/27 Sqc*Keith Scriven 8774174551 CA S308208654472340 Card 4658 | | 666.00 | |
| 7/30 | | Recurring Payment authorized on 07/28 Geico *Auto 800-841-3000 DC S308209474919253 Card 4658 | | 175.02 | |
| 7/30 | | Purchase authorized on 07/28 Marshalls #1267 Phillipsburg NJ S468209619898497 Card 4658 | | 145.91 | |
| 7/30 | | Purchase authorized on 07/29 Sp * Outlaw Outfit Newton NJ S388210640518495 Card 4658 | | 70.17 | |
| 7/30 | | Chase Credit Crd Epay 180727 3686578552 Lawrence M Kane | | 435.00 | 1,095.05 |
| 7/31 | | Purchase authorized on 07/30 Fredon Discount Li Fredon NJ S388211699657710 Card 4658 | | 14.92 | |
| 7/31 | | Comcast Cable 180730 8254119 Keith *Scriven Hmslp | | 102.45 | 977.68 |
| **Ending balance on 7/31** | | | | | **977.68** |
| **Totals** | | | **$13,477.41** | **$13,794.25** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1117 | 7/27 | 50.11 | 1140 * | 7/6 | 375.00 | 1141 | 7/27 | 405.80 |

\* Gap in check sequence.



was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $977.68 |
| Deposits/Credits | 9,246.16 |
| Withdrawals/Debits | - 10,193.56 |
| **Ending balance on 8/31** | **$30.28** |
| Average ledger balance this period | $320.45 |

Account number: ▮▮▮▮3982
HANLAN MIDGETTE SCRIVEN LP
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 8/1 | | Money Transfer authorized on 08/01 From Square Cash CA S00468213518303095 Card 4658 | 98.50 | | |
| 8/1 | | Purchase authorized on 07/30 US Fuel Flemington NJ S308211446306131 Card 4658 | | 30.00 | |
| 8/1 | | Purchase authorized on 07/30 Ppa on Street Mete Philadelphia PA S388211524358665 Card 4658 | | 6.00 | |
| 8/1 | | Purchase authorized on 07/30 Quick Ckek Food St Ringoes NJ S388211623659489 Card 4658 | | 12.29 | |
| 8/1 | | Healthinspremium EDI Paymts 14399024 Lawrence Kane | | 515.24 | 512.65 |
| 8/2 | | Square Inc 180802P2 180802 L207374481971 Hanlan Midgette Scrive | 1,061.35 | | |
| 8/2 | | ATM Withdrawal authorized on 08/02 122 Water Street Newton NJ 0007614 ATM ID 0115Q Card 4658 | | 40.00 | |
| 8/2 | | Synchrony Bank CC Pymt Aug 01 601918340637221 Lawrence M Kane | | 100.00 | |
| 8/2 | | Transamerica Transameri 180802 42089058 Keith Scriven | | 393.51 | 1,040.49 |
| 8/3 | | Cash eWithdrawal in Branch/Store 08/03/2018 11:46 Am 2385 W Cheltenham Ave Philadelphia PA 4658 | | 400.00 | 640.49 |
| 8/6 | | Money Transfer authorized on 08/05 From Keith Scriven CA S00388217645969358 Card 4658 | 19.70 | | |
| 8/6 | | Money Transfer authorized on 08/06 From Keith Scriven CA S00588218642713015 Card 4658 | 9.85 | | |
| 8/6 | | Money Transfer authorized on 08/06 From Keith Scriven CA S00588218757259748 Card 4658 | 39.40 | | |
| 8/6 | | Recurring Payment authorized on 08/02 Sxm*Siriusxm.Com/A 888-635-5144 NY S588214823396727 Card 4658 | | 125.72 | |
| 8/6 | | Purchase authorized on 08/03 US Fuel Flemington NJ S388215446732084 Card 4658 | | 30.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/6 | | Purchase authorized on 08/03 USPS PO 4124140027 Elkins Park PA S308215505436424 Card 4658 | | 20.00 | |
| 8/6 | | Purchase authorized on 08/03 Sqc*Keith Scriven 8774174551 CA S388215723741962 Card 4658 | | 333.00 | |
| 8/6 | | Purchase authorized on 08/03 Wine and Spirits 5 Philadelphia PA S468215730391184 Card 4658 | | 11.87 | |
| 8/6 | | Purchase authorized on 08/03 Reggae Reggae Vibe Philadelphia PA S588215839868585 Card 4658 | | 42.12 | |
| 8/6 | | ATM Withdrawal authorized on 08/04 601 Chestnut St. Philadelphia PA 0006477 ATM ID 6560D Card 4658 | | 40.00 | |
| 8/6 | | Purchase authorized on 08/04 Dunkin #330122 Q35 Philadelphia PA S468216601675769 Card 4658 | | 11.84 | |
| 8/6 | | Barclaycard US Creditcard xxxxx5858 Lawrence Kane | | 36.00 | |
| 8/6 | | American Express ACH Pmt 180806 W9476 Hanlan Midgete Scriven | | 35.00 | 23.89 |
| 8/7 | | Recurring Payment authorized on 08/06 Dnh*Godaddy.Com 480-5058855 AZ S468218633990645 Card 4658 | | 12.95 | 10.94 |
| 8/13 | | Money Transfer authorized on 08/11 From ID 3Zb25E5Q CA S004682234461686617 Card 4658 | 6,914.67 | | |
| 8/13 | | Withdrawal Made In A Branch/Store | | 5,510.00 | |
| 8/13 | | ATM Withdrawal authorized on 08/11 122 Water Street Newton NJ 0008611 ATM ID 0115Q Card 4658 | | 200.00 | |
| 8/13 | | ATM Withdrawal authorized on 08/13 74 Church St Flemington NJ 0007817 ATM ID 6865W Card 4658 | | 100.00 | 1,115.61 |
| 8/14 | | Purchase authorized on 08/12 Metro Self Storage 973-6914848 NJ S468224562838023 Card 4658 | | 169.77 | |
| 8/14 | | Purchase authorized on 08/13 Jewelers Depot Philadelphia PA S308225519761090 Card 4658 | | 154.32 | |
| 8/14 | | Purchase authorized on 08/13 Tractor Supply #11 Ringoes NJ S588225734760306 Card 4658 | | 49.23 | |
| 8/14 | < | Business to Business ACH Debit - Firstenergy Opco Fe Echeck 100110834700 Hmslp | | 149.28 | 593.01 |
| 8/15 | | Purchase authorized on 08/13 Ppa on Street Mete Philadelphia PA S388225495870155 Card 4658 | | 6.00 | |
| 8/15 | | Purchase authorized on 08/13 Ppa on Street Mete Philadelphia PA S308225567760882 Card 4658 | | 6.00 | |
| 8/15 | | Purchase authorized on 08/13 Quick Ckek Food St Ringoes NJ S388225726449154 Card 4658 | | 30.00 | |
| 8/15 | | Mbfs Web Pay 180813 7004489406001 Lawrence M Kane | | 318.44 | 232.57 |
| 8/16 | < | Business to Business ACH Debit - Chubb Chubb02 180815 405313315195001 Keith M Scriven Hmslp | | 142.54 | 90.03 |
| 8/20 | | Purchase authorized on 08/16 Ppa on Street Mete Philadelphia PA S308228523208196 Card 4658 | | 6.00 | |
| 8/20 | | Purchase authorized on 08/16 Ppa on Street Mete Philadelphia PA S308228595400361 Card 4658 | | 5.25 | |
| 8/20 | | Purchase authorized on 08/17 Ppa on Street Mete Philadelphia PA S468229505621147 Card 4658 | | 3.50 | |
| 8/20 | | Purchase authorized on 08/17 USPS PO 4165920047 Pipersville PA S588229714123902 Card 4658 | | 12.49 | |
| 8/20 | | American Express ACH Pmt 180820 W2536 Hanlan Midgete Scriven | | 49.00 | 13.79 |
| 8/21 | | ATM Cash Deposit on 08/21 74 Church St Flemington NJ 0000167 ATM ID 6865W Card 4658 | 100.00 | | 113.79 |
| 8/23 | | Purchase authorized on 08/21 Ppa on Street Mete Philadelphia PA S588233517012163 Card 4658 | | 5.00 | |
| 8/23 | | Centurylink Speedpay 180823 xxxxx1047 Keith M Scriven | | 93.50 | 15.29 |
| 8/24 | | Money Transfer authorized on 08/24 From ID 3Zhe5HSA CA S005882364170336231 Card 4658 | 125.16 | | |
| 8/24 | | Money Transfer authorized on 08/24 From ID 3Zeab96R CA S004682365620980002 Card 4658 | 477.53 | | 617.98 |
| 8/27 | | ATM Cash Deposit on 08/27 100 W. Lincoln Hwy Exton PA 0000345 ATM ID 0123E Card 4658 | 400.00 | | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/27 | | Purchase authorized on 08/24 Njt Trenton Trenton NJ S588236493372592 Card 4658 | | 33.50 | |
| 8/27 | | Purchase authorized on 08/24 Botani Trimmings I Newyork NY S468236582613881 Card 4658 | | 45.80 | |
| 8/27 | | Purchase authorized on 08/24 Botani Trimmings I Newyork NY S388236615910917 Card 4658 | | 10.00 | |
| 8/27 | | Purchase authorized on 08/24 Carraghers New York NY S308236675622869 Card 4658 | | 39.00 | |
| 8/27 | | Purchase authorized on 08/24 Station Plza Pkng- Trenton NJ S388236776104101 Card 4658 | | 10.00 | |
| 8/27 | | Recurring Payment authorized on 08/25 Netflix.Com Netflix.Com CA S308237475982441 Card 4658 | | 11.87 | |
| 8/27 | | Purchase authorized on 08/25 Sq *Kaplan's New M Philadelphia PA S588237484187606 Card 4658 | | 13.05 | |
| 8/27 | | Purchase authorized on 08/25 Port Richmond Thri Philadelphia PA S388237500644225 Card 4658 | | 15.60 | |
| 8/27 | | Purchase authorized on 08/25 Tandy Leather Fact Philadelphia PA S388237652054548 Card 4658 | | 58.59 | |
| 8/27 | | Purchase authorized on 08/25 Mountain Valley 908-4533000 NJ S468237702190903 Card 4658 | | 12.78 | 767.79 |
| 8/28 | | Purchase authorized on 08/27 Pour House Exton Exton PA S468239683255202 Card 4658 | | 98.42 | 669.37 |
| 8/29 | | Purchase authorized on 08/27 Ppa on Street Mete Philadelphia PA S308239490701634 Card 4658 | | 2.75 | |
| 8/29 | | Purchase authorized on 08/27 US Fuel Flemington NJ S588239448395488 Card 4658 | | 25.00 | |
| 8/29 | | Recurring Payment authorized on 08/28 Geico *Auto 800-841-3000 DC S308240474390932 Card 4658 | | 271.34 | |
| 8/29 | < | Business to Business ACH Debit - Capital One Online Pmt 180829 824139910005853 7983013892Scrivenkeith | | 130.00 | 240.28 |
| 8/31 | | ATM Withdrawal authorized on 08/31 601 Chestnut St. Philadelphia PA 0001919 ATM ID 6560S Card 4658 | | 200.00 | |
| 8/31 | | Monthly Service Fee | | 10.00 | 30.28 |
| **Ending balance on 8/31** | | | | | **30.28** |
| **Totals** | | | **$9,246.16** | **$10,193.56** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2018 - 08/31/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $320.00 ☐ |

C1/C1



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/4 | | Money Transfer authorized on 09/04 From Keith Scriven PA S003882474630349772 Card 4658 | 394.00 | | 424.28 |
| 9/5 | 1142 | Check | | 375.00 | 49.28 |
| 9/6 | | Money Transfer authorized on 09/06 From Keith Scriven PA S005882497562754155 Card 4658 | 83.72 | | |
| 9/6 | | Money Transfer authorized on 09/06 From Keith Scriven PA S003882497576794944 Card 4658 | 39.40 | | |
| 9/6 | | Barclaycard US Creditcard xxxxx5587 Lawrence Kane | | 35.73 | |
| 9/6 | | American Express ACH Pmt 180906 W8232 Hanlan Midgete Scriven | | 35.00 | 101.67 |
| 9/7 | | Edeposit IN Branch/Store 09/07/18 11:41:20 Am 601 Chestnut St Philadelphia PA 4658 | 2,200.00 | | |
| 9/7 | | Edeposit IN Branch/Store 09/07/18 11:42:58 Am 601 Chestnut St Philadelphia PA 4658 | 600.00 | | |
| 9/7 | | Recurring Payment authorized on 09/06 Dnh*Godaddy.Com 480-505-8855 AZ S308249568062582 Card 4658 | | 12.95 | |
| 9/7 | 1143 | Cashed Check | | 2,300.00 | |
| 9/7 | | Citi Card Online Payment 180906 122744639378028 Lawrence M Kane | | 79.26 | 509.46 |
| 9/10 | | Purchase authorized on 09/07 Ppa on Street Mete Philadelphia PA S588250573547318 Card 4658 | | 2.75 | |
| 9/10 | | Purchase authorized on 09/07 Ppa on Street Mete Philadelphia PA S588250611414830 Card 4658 | | 4.00 | |
| 9/10 | | Purchase authorized on 09/07 Pamma Jewelry Tool Philadelphia PA S308250630373762 Card 4658 | | 19.00 | |
| 9/10 | | Purchase authorized on 09/07 T B Hagstoz & Sons Philadelphia PA S308250643365778 Card 4658 | | 118.08 | |
| 9/10 | | Purchase authorized on 09/07 North Third Restau Philadelphia PA S388251024419159 Card 4658 | | 31.40 | |
| 9/10 | | Purchase authorized on 09/07 North Third Restau Philadelphia PA S388251103467365 Card 4658 | | 77.55 | |
| 9/10 | | ATM Withdrawal authorized on 09/10 50 International Drive Flanders NJ 0004960 ATM ID 9856H Card 4658 | | 40.00 | 216.68 |
| 9/11 | | Purchase authorized on 09/10 Nycdot Parking Met Long Is City NY S388253567937523 Card 4658 | | 1.00 | |
| 9/11 | | Purchase authorized on 09/10 Nycdot Parking Met Long Is City NY S588253604677599 Card 4658 | | 1.00 | 214.68 |
| 9/12 | | Purchase authorized on 09/10 Shell Oil 91002541 Andover NJ S388253514425061 Card 4658 | | 25.00 | 189.68 |
| 9/13 | | Purchase authorized on 09/12 Sqc*Keith Scriven 8774174551 CA S468255725557098 Card 4658 | | 150.00 | |
| 9/13 | | Purchase authorized on 09/12 Sqc*Keith Scriven 8774174551 CA S468256075230856 Card 4658 | | 20.00 | 19.68 |
| 9/17 | | Purchase authorized on 09/14 Fredon Deli Newton NJ S588257405868691 Card 4658 | | 6.81 | 12.87 |
| 9/21 | | ATM Cash Deposit on 09/21 340-50 S. Second St. Philadelphia PA 0004394 ATM ID 0196M Card 4658 | 100.00 | | 112.87 |
| 9/24 | | ATM Cash Deposit on 09/22 1 Freedom Valley Dr. Plumsteadvill PA 0007363 ATM ID 0087R Card 4658 | 200.00 | | |
| 9/24 | | Purchase authorized on 09/21 Staples 0010 Philadelphia PA S588264588441990 Card 4658 | | 0.71 | |
| 9/24 | | Purchase authorized on 09/21 Ppa on Street Mete Philadelphia PA S468264850908258 Card 4658 | | 7.25 | 304.91 |
| 9/25 | | ATM Cash Deposit on 09/25 10168 Bustleton Avenue Philadelphia PA 0002782 ATM ID 0157L Card 4658 | 2,200.00 | | |
| 9/25 | | Td Bank Payment 180924 Lawrance M Kane 4839501527229500 | | 296.00 | 2,208.91 |
| 9/26 | | Recurring Payment authorized on 09/25 Netflix.Com Netflix.Com CA S468268421901854 Card 4658 | | 11.87 | |
| 9/26 | | Purchase authorized on 09/25 Tandy Leather Fact Philadelphia PA S388268736975342 Card 4658 | | 474.76 | 1,722.28 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/27 | | ATM Check Deposit on 09/27 122 Water Street Newton NJ 0007506 ATM ID 0115N Card 4658 | 86.89 | | |
| 9/27 | | ATM Cash Deposit on 09/27 122 Water Street Newton NJ 0007507 ATM ID 0115N Card 4658 | 400.00 | | |
| 9/27 | | ATM Withdrawal authorized on 09/27 122 Water Street Newton NJ 0007508 ATM ID 0115N Card 4658 | | 60.00 | |
| 9/27 | | Purchase with Cash Back $ 166.20 authorized on 09/27 USPS PO 33585013 39 Main Newton NJ P00468270478911559 Card 4658 | | 166.83 | |
| 9/27 | | Mbfs Web Pay 180926 7004489406001 Lawrence M Kane | | 369.00 | 1,613.34 |
| 9/28 | | Purchase authorized on 09/27 Petsmart # 2316 Newton NJ S308270474386164 Card 4658 | | 72.47 | |
| 9/28 | < | Business to Business ACH Debit - Capital One Online Pmt 180928 8271399100000886 7599724319Kane Lawrenc | | 60.00 | |
| 9/28 | | Monthly Service Fee | | 10.00 | |
| 9/28 | | Cash Deposited Fee | | 8.10 | 1,462.77 |
| **Ending balance on 9/30** | | | | | **1,462.77** |
| **Totals** | | | **$6,304.01** | **$4,871.52** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

&lt; **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

**Summary of checks written**   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1142 | 9/5 | 375.00 | 1143 | 9/7 | 2,300.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2018 - 09/30/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $453.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,700 | 3,000 | 2,700 | 0.0030 | 8.10 |
| Transactions | 11 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$8.10** |