IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | |
| Keith M. Scriven : | Case No.: 13-18271 |
| : | **Chapter 11** |
| Debtor(s). : | **Judge Ashely M. Chan** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

>  Karina Velter, Esquire
>  MANLEY DEAS KOCHALSKI LLC
>  P.O. Box 165028
>  Columbus, OH  43216-5028
>  614-222-4921
>  Atty File No.: 19-006714

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

19-006714_CJP

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall
    Sarah E. Barngrover
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

19-006714_CJP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                :

**Keith M. Scriven**            :     Case No.: 13-18271
                               :     **Chapter 11**
     **Debtor(s).**               :     **Judge Ashely M. Chan**
                               :     \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Ronald G. McNeil, Attorney for Keith M. Scriven, 1333 Race Street, Philadelphia, PA 19107-1585, r.mcneil1@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 14, 2019:

Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on February 14, 2019:

Bank of America, 100 No. Tryon Street, Charlotte, NC 28202

Capital One Financial, P.O. Box 30285, S.L. City, UT 84130

Jersey Central Power & Light, 8998 Route 18 North, Old Bridge, NJ 08857J

Otis Smith, P.O. Box 8222, Philadelphia, PA 19101

Lawrence M. Kane, 1007 North 6th Street, Philadelphia, PA 19123

Obermayer Rebmann, Maxwell & Hippel, LLP, 1617 JFK Blvd, 19th Floor, Philadelphia, PA 19103

19-006714_CJP

PECo, 2301 Market Street, Philadelphia, PA 19103

Philidelphia Gas Works, 800 W. Montgomery Ave., Philedelphia, PA 19122

Public Service Enterprise Group Inc (PSE&G), PO Box 490, Cranford, NJ 07016

Romette Streeter, 25 East 23rd Street, Chester, PA 19013

Stacy J Brookstein, 324 Queen Street, Philadelphia, PA 19147

Suffolk Co Water Auth., 4060 Sunrise Highway, Oakdale, NY 11769

United Water- NJ, 69 DeVoe Place, Hackensack, NJ 07601

Verizon, 404 Brock Drive, Bloomington, IL 61701

William Whalon, 138 North 2nd Street, Philedelphia, PA 19106


DATE:  _February 14, 2019_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-006714_CJP