United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-18271-amc
Keith M. Scriven                                                       Chapter 11
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 2                   Date Rcvd: Feb 21, 2019
                              Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
13667810       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania
               crmomjian@attorneygeneral.gov
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association et al
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
               vbarber@udren.com
              ERIK B. JENSEN    on behalf of Creditor Stacy J Brookstein akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
               erneisenberg.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
               vandermarkj@whiteandwilliams.com
              JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com,
               heidi.smiegocki@bipc.com
              KARINA  VELTER    on behalf of Creditor    Ajax Mortgage Loan Trust amps@manleydeas.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
               lerase@logs.com
              MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
               nlabletta@pincuslaw.com, vbarber@pincuslaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com

```
District/off: 0313-2           User: YvetteWD            Page 2 of 2                  Date Rcvd: Feb 21, 2019
                               Form ID: trc              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net
              SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 27
```

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18271-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

Keith M. Scriven
1007 North 6th Street
Philadelphia PA 19123-1406

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/20/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 10: Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129 | Ajax Mortgage Loan Trust<br>C/O Gregory Funding LLC<br>PO Box 742334<br>Los Angeles CA 90074-2334 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/23/19

Tim McGrath
**CLERK OF THE COURT**