UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## Quarterly Post-Confirmation Report for Reorganized Debtor
For the Quarter Ending: 1st - 2019

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:                November 24, 2015

2. Cash balance at the beginning of this quarter:         $2,117.01
   Total receipts during this quarter:                    $95,969.35
   Total disbursements during this quarter:               $96,556.06
   Cash balance at the end of this quarter:               $3,563.30

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:     *
   Cumulative paid to date:                            *
   Balance remaining to be made under the Plan:        *

   * - Debtor has modified his mortgages under the Plan.

   AS OF END OF THIS REPORTING PERIOD:                    Yes    No

4. Are all payments required by the confirmed plan
   current at this time?                                            x
   **[If "No," attach an explanatory statement identifying
   payments not made. Include creditor, amount, due
   date, reason for non-payment and an estimated date
   when payments will be brought current.]**

| | | |
|---|---|---|
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? [If "Yes," attach an explanatory statement.] | X |
| 6. | Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? | X |
| 7. | Have all motions, contested matters and adversary proceedings been fully resolved [If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.] | X |
| 8. | Has the order confirming the Plan become non-appealable? | X |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? [If "No," attach an explanatory statement.] | X |
| 10. | Has any property proposed by the Plan to be transferred pursuant to the Plan? | X |
| 11. | Do any property remain to be transferred pursuant to the Plan? [If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.] | X |
| 12. | Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? | X |
| 13. | Anticipated date of motion for final decree: May 24, 2019 | |

I declare under penalty of perjury that the statements set forth above are true and accurate.

4/30/19
Dated:                                    Keith M. Scriven, Debtor

Current Address:    1007 North 6th Street
                    Philadelphia, PA 19123-1406

Telephone No.:      (215) 564 - 3999

# Wells Fargo Everyday Checking



Account number:  ▇▇▇▇▇5377  ■  December 15, 2018 - January 15, 2019  ■  Page 1 of 5

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 12/15 | $3,082.91 |
| Deposits/Additions | 13,106.21 |
| Withdrawals/Subtractions | - 15,727.57 |
| **Ending balance on 1/15** | **$461.55** |

Account number:  ▇▇▇▇▇5377

**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/17 | | Purchase authorized on 12/14 Fredon Deli Newton NJ S588348439565659 Card 4006 | | 6.81 | |
| 12/17 | | Purchase authorized on 12/14 US Fuel Flemington Flemington NJ S308348482175094 Card 4006 | | 25.00 | |
| 12/17 | | Purchase authorized on 12/14 Ppa on Street Mete Philadelphia PA S468348526671948 Card 4006 | | 6.00 | |
| 12/17 | | Purchase authorized on 12/14 Jewelers Depot Philadelphia PA S468348558528657 Card 4006 | | 150.00 | |
| 12/17 | | Purchase authorized on 12/15 Hop & Vine Liquors Belvidere NJ S388349770817492 Card 4006 | | 13.86 | |
| 12/17 | | ATM Withdrawal authorized on 12/17 601 Chestnut St. Philadelphia PA 0000378 ATM ID 6560D Card 4006 | | 200.00 | |
| 12/17 | | IRS Usataxpymt 121718 222875171299094 Keith M Scriven | | 200.00 | |
| 12/17 | | IRS Usataxpymt 121718 222875135127352 Keith M Scriven | | 200.00 | 2,281.24 |
| 12/18 | | Purchase authorized on 12/17 Jewelers Depot Philadelphia PA S308351579706339 Card 4006 | | 77.72 | |
| 12/18 | | Purchase authorized on 12/17 Tandy Leather Fact Philadelphia PA S308351672150024 Card 4006 | | 75.04 | |
| 12/18 | | Purchase authorized on 12/17 Tandy Leather Fact Philadelphia PA S388351675310052 Card 4006 | | 172.06 | 1,956.42 |
| 12/19 | | Purchase authorized on 12/18 Tandy Leather Fact Philadelphia PA S308352701030704 Card 4006 | | 156.00 | |
| 12/19 | | Non-WF ATM Withdrawal authorized on 12/19 902 Main Street Stillwater NJ 003883536474704 24 ATM ID NJ000296 Card 4006 | | 303.50 | |
| 12/19 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 1,494.42 |
| 12/20 | | Square Inc 181220R2 181220 L208407147185 Keith M. Scriven | 1,156.31 | | |
| 12/20 | | Purchase authorized on 12/18 Qdoba 2606 Jenkintown PA S468352640711672 Card 4006 | | 10.71 | |
| 12/20 | | Purchase authorized on 12/18 Quick Chek Corpora Belvidere NJ S308352763301252 Card 4006 | | 30.00 | |
| 12/20 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib05Kdzf5M on 12/20/18 | | 666.00 | |
| 12/20 | | Purchase authorized on 12/20 Pamma Jew 809 Sansom S Philadelphia PA P00000000886477614 Card 4006 | | 30.00 | |
| 12/20 | | ATM Withdrawal authorized on 12/20 601 Chestnut St. Philadelphia PA 0000957 ATM ID 6560D Card 4006 | | 200.00 | |
| 12/20 | | Centurylink Speedpay 181219 xxxxx1047 xxxxx7776 | | 200.00 | 1,514.02 |
| 12/21 | | ATM Withdrawal authorized on 12/21 601 Chestnut St. Philadelphia PA 0003988 ATM ID 6560S Card 4006 | | 500.00 | |
| 12/21 | | Service Electric Service El E8M19N4238029 Keith M Scriven | | 356.00 | 658.02 |
| 12/24 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib05Kt25R6 on 12/23/18 | 200.00 | | |
| 12/24 | | Purchase authorized on 12/21 T B Hagstoz & Sons Philadelphia PA S468355608084735 Card 4006 | | 208.50 | |
| 12/24 | | Purchase authorized on 12/21 Ops* Laundrycafe-G Philadelphia PA S588355752342459 Card 4006 | | 10.49 | |
| 12/24 | | ATM Withdrawal authorized on 12/22 601 Chestnut St. Philadelphia PA 0001096 ATM ID 6560D Card 4006 | | 200.00 | |
| 12/24 | | ATM Withdrawal authorized on 12/22 601 Chestnut St. Philadelphia PA 0001098 ATM ID 6560D Card 4006 | | 200.00 | |
| 12/24 | | Purchase authorized on 12/23 Marshalls #443 Newton NJ S308357627752414 Card 4006 | | 136.82 | |
| 12/24 | | Purchase authorized on 12/23 Shoprite Newton S1 Newton NJ S468357643449128 Card 4006 | | 45.19 | 57.02 |
| 12/26 | | Purchase authorized on 12/24 Hop & Vine Liquors Belvidere NJ S588358789817248 Card 4006 | | 21.29 | 35.73 |
| 12/28 | | Square Inc 181228R2 181228 L208408614842 Keith M. Scriven | 97.25 | | |
| 12/28 | | Money Transfer authorized on 12/28 From ID 3Zy49B88 CA S00388362555552989 Card 4006 | 444.80 | | |

Account number: 5377 ■ December 15, 2018 - January 15, 2019 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/28 | | ATM Withdrawal authorized on 12/28 2843 North Broad Street Philadelphia PA 0000203 ATM ID 6598x Card 4006 | | 200.00 | 377.78 |
| 12/31 | | Purchase authorized on 12/28 Dunkin #308212 Q35 Philadelphia PA S388362565469281 Card 4006 | | 11.43 | |
| 12/31 | | Purchase authorized on 12/28 Wawa Gas Store0008 Marlton NJ S308362703585276 Card 4006 | | 30.00 | |
| 12/31 | | Purchase with Cash Back $ 40.00 authorized on 12/29 Wal-Mart Wal-Mart Sto Newton NJ P00000000831909700 Card 4006 | | 58.88 | 277.47 |
| 1/2 | | Healthinspremium EDI Paymts 16261302 Keith Scriven | | 129.19 | 148.28 |
| 1/7 | | Money Transfer authorized on 01/05 From ID 3Zsnfj6Y CA S00469005594925341 Card 4006 | 200.88 | | |
| 1/7 | | ATM Check Deposit on 01/07 25 W. Skippack Pike Broad Axe PA 0007857 ATM ID 0212K Card 4006 | 1,000.00 | | |
| 1/7 | | Purchase authorized on 01/04 Tractor Supply #18 Pipersville PA S309004685391286 Card 4006 | | 66.64 | |
| 1/7 | | Purchase authorized on 01/04 Cescos Pizzeria Newton NJ S309004744921365 Card 4006 | | 31.99 | 1,250.53 |
| 1/8 | | Purchase authorized on 01/07 Hop & Vine Liquors Belvidere NJ S389007851782514 Card 4006 | | 51.16 | 1,199.37 |
| 1/10 | | WT Seq#46409 Jay Alicandri /Org= Srf# 0075443010060745 Trn#190110046409 Rfb# | 7,000.00 | | |
| 1/10 | | Wire Trans Svc Charge - Sequence: 190110046409 Srf# 0075443010060745 Trn#190110046409 Rfb# | | 15.00 | |
| 1/10 | | Purchase authorized on 01/09 Shoprite Byram S1 Byram NJ S389009538094369 Card 4006 | | 88.81 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 1 Freedom Valley Dr. Plumsteadvill PA 0005115 ATM ID 0087R Card 4006 | | 800.00 | |
| 1/10 | | Withdrawal Made In A Branch/Store | | 7,000.00 | |
| 1/10 | < | Business to Business ACH Debit - Superior Payment 1103-227140 Keith M Scriven | | 141.05 | 154.51 |
| 1/11 | | Purchase authorized on 01/10 Fredon Deli Newton NJ S589010469382546 Card 4006 | | 5.06 | 149.45 |
| 1/14 | | Purchase authorized on 01/11 Marshalls #1267 Phillipsburg NJ S389011829729893 Card 4006 | | 40.00 | |
| 1/14 | | Purchase authorized on 01/12 Main Street Liquor Stillwater NJ S589012574809359 Card 4006 | | 15.98 | 93.47 |
| 1/15 | | Money Transfer authorized on 01/15 From ID 3Z8Rk31K CA S00469015596071732 Card 4006 | 2,350.96 | | |
| 1/15 | | Money Transfer authorized on 01/15 From Keith Scriven PA S00389015621214872 Card 4006 | 656.01 | | |
| 1/15 | | Purchase with Cash Back $ 100.00 authorized on 01/15 Wal-Mart #5229 Wyncote PA P00000000079163149 Card 4006 | | 138.89 | |
| 1/15 | 223 | Check | | 2,500.00 | 461.55 |
| **Ending balance on 1/15** | | | | | **461.55** |
| **Totals** | | | **$13,106.21** | **$15,727.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 223 | 1/15 | 2,500.00 |



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/16 | | Purchase Return authorized on 01/16 Marshalls 3 Hampton Ho Newton NJ P00000000039059710 Card 4006 | 20.00 | | 481.55 |
| 1/17 | | Purchase authorized on 01/16 Shoprite Newton S1 Newton NJ S309016560430269 Card 4006 | | 80.26 | 401.29 |
| 1/22 | | Purchase authorized on 01/19 Sp * Outlaw Outfit Newton NJ S309019685689588 Card 4006 | | 46.36 | |
| 1/22 | | Purchase authorized on 01/19 Busy Bee Fredon NJ S309019730222426 Card 4006 | | 22.67 | |
| 1/22 | | Purchase authorized on 01/21 McDonald's F4449 Gillbertsvill PA S589021721586685 Card 4006 | | 6.13 | 326.13 |
| 1/23 | | WT Fed#07982 Bank of America, N /Org=Joel A Felix Srf# 2019012300362421 Trn#190123085019 Rfb# xxxxx0414 | 18,000.00 | | |
| 1/23 | | Wire Trans Svc Charge - Sequence: 190123085019 Srf# 2019012300362421 Trn#190123085019 Rfb# xxxxx0414 | | 15.00 | |
| 1/23 | | Purchase authorized on 01/21 Quick Chek Corpora Belvidere NJ S469021535534586 Card 4006 | | 7.34 | |
| 1/23 | | Centurylink Speedpay 190122 xxxxx1047 xxxxx7702 | | 155.00 | 18,148.79 |
| 1/24 | | Purchase authorized on 01/23 Main Street Liquor Stillwater NJ S589023583558205 Card 4006 | | 13.70 | |
| 1/24 | | Withdrawal Made In A Branch/Store | | 3,400.00 | 14,735.09 |
| 1/25 | | Purchase authorized on 01/24 Wal-Mart #2604 Newton NJ S389024623624769 Card 4006 | | 65.89 | |
| 1/25 | | ATM Withdrawal authorized on 01/25 2401 W Cheltenham Ave Wyncote PA 0005082 ATM ID 2818A Card 4006 | | 800.00 | 13,869.20 |
| 1/28 | | Purchase authorized on 01/25 Wine and Spirits 5 Philadelphia PA S309026039531037 Card 4006 | | 30.23 | |
| 1/28 | | ATM Withdrawal authorized on 01/26 2401 W Cheltenham Ave Wyncote PA 0005488 ATM ID 2818A Card 4006 | | 800.00 | |
| 1/28 | | Purchase authorized on 01/26 Marshalls #1267 Phillipsburg NJ S469026690801465 Card 4006 | | 74.93 | |
| 1/28 | | Purchase authorized on 01/27 Sqc*Keith Scriven 8774174551 CA S309027801796608 Card 4006 | | 800.00 | |
| 1/28 | | Vz Wireless Ve Vzw Webpay 190125 2505896 Keith *Scriven | | 178.18 | 11,985.86 |
| 1/29 | | Purchase authorized on 01/27 Metro Self Storage 973-6914848 NJ S389027601937693 Card 4006 | | 182.23 | |
| 1/29 | | Purchase authorized on 01/28 Sqc*Keith Scriven 8774174551 CA S309028845708279 Card 4006 | | 250.00 | |
| 1/29 | | Purchase authorized on 01/29 Fleishman Fabrics Philadelphia PA P00309029683701741 Card 4006 | | 45.90 | |
| 1/29 | 215 | Check | | 4,000.00 | 7,507.73 |
| 1/30 | | Purchase authorized on 01/29 Wawa 991 0000 Flemington NJ S589029778074522 Card 4006 | | 30.00 | |
| 1/30 | | Purchase authorized on 01/29 Shoprite Washingto Washington NJ S389029808169760 Card 4006 | | 83.91 | 7,393.82 |
| 1/31 | | Purchase authorized on 01/29 Mountain Valley 908-4533000 NJ S389029811418009 Card 4006 | | 23.44 | |
| 1/31 | | Purchase authorized on 01/30 Sqc*Keith Scriven 8774174551 CA S389030505524138 Card 4006 | | 125.00 | |
| 1/31 | | Purchase authorized on 01/30 Busy Bee Fredon NJ S309030784858274 Card 4006 | | 77.00 | |
| 1/31 | | Purchase authorized on 01/30 Busy Bee Fredon NJ S389030821883762 Card 4006 | | 75.00 | |
| 1/31 | | Cash eWithdrawal in Branch/Store 01/31/2019 9:41 Am 122 Water St Newton NJ 4006 | | 1,200.00 | 5,893.38 |
| 2/4 | | Purchase authorized on 02/01 Cescos Pizzeria Newton NJ S309032635986771 Card 4006 | | 18.13 | |
| 2/4 | | Purchase authorized on 02/02 Petco 1867 6351 Succasunna NJ S469033581172748 Card 4006 | | 83.10 | |
| 2/4 | | Purchase authorized on 02/02 Staples 0010 Succasunna NJ S469033593883773 Card 4006 | | 63.44 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/4 | | Purchase authorized on 02/02 Staples 0010 Succasunna NJ S389033598510209 Card 4006 | | 2.46 | |
| 2/4 | | Purchase authorized on 02/02 Staples 0010 Succasunna NJ S469033608753856 Card 4006 | | 5.98 | |
| 2/4 | | Purchase authorized on 02/02 Staples 0010 Succasunna NJ S389033628350771 Card 4006 | | 50.39 | |
| 2/4 | | Purchase authorized on 02/02 Ramsey Outdoor -Su Succasunna NJ S389033643326773 Card 4006 | | 70.00 | |
| 2/4 | | Purchase authorized on 02/02 Joann Stores #2341 Succasunna NJ P00589033659026717 Card 4006 | | 21.44 | |
| 2/4 | | Purchase authorized on 02/03 Skle Inc East Norriton PA P000000000984729313 Card 4006 | | 20.07 | |
| 2/4 | | Purchase authorized on 02/03 Sqc*Keith Scriven 8774174551 CA S589034824844989 Card 4006 | | 525.00 | 5,033.37 |
| 2/6 | | Purchase authorized on 02/05 US Fuel Flemington Flemington NJ S469036535501475 Card 4006 | | 25.00 | |
| 2/6 | | Purchase authorized on 02/05 Sqc*Keith Scriven 8774174551 CA S389036761359179 Card 4006 | | 450.00 | |
| 2/6 | 224 | Check | | 1,000.00 | 3,558.37 |
| 2/7 | | Purchase authorized on 02/06 Sqc*Keith Scriven 8774174551 CA S469038052840320 Card 4006 | | 125.00 | |
| 2/7 | | Cash eWithdrawal in Branch/Store 02/07/2019 12:37 Pm 25 W Skippack Pike Ambler PA 4006 | | 100.00 | |
| 2/7 | < | Business to Business ACH Debit - Superior Payment 1103-227140 Keith M Scriven | | 141.05 | |
| 2/7 | | Centurylink Speedpay 190206 xxxxx1047 xxxxx8591 | | 151.29 | 3,041.03 |
| 2/8 | | WT Fed#05473 Bank of America, N /Org=Joel A Felix Srf# 2019020800225279 Trn#190208057748 Rfb# xxxxx5234 | 7,000.00 | | |
| 2/8 | | Wire Trans Svc Charge - Sequence: 190208057748 Srf# 2019020800225279 Trn#190208057748 Rfb# xxxxx5234 | | 15.00 | |
| 2/8 | | Purchase authorized on 02/07 US Fuel Flemington Flemington NJ S589038525048823 Card 4006 | | 25.00 | |
| 2/8 | 226 | Deposited OR Cashed Check | | 2,500.00 | |
| 2/8 | | Tele-Transfer to xxxxxx3982 Reference #TF05Rvz4Jk | | 6,000.00 | 1,501.03 |
| 2/11 | | Money Transfer authorized on 02/09 From ID 3Zcd4Zb8 CA S00469040496057711 Card 4006 | 211.81 | | |
| 2/11 | | Purchase authorized on 02/08 Nya Joe's #25 Ardmore PA S389040017788464 Card 4006 | | 64.72 | |
| 2/11 | | Purchase authorized on 02/09 Pepboys Store # 234 10 Philadelphia PA P000000000570676644 Card 4006 | | 783.47 | |
| 2/11 | | Purchase authorized on 02/09 Shoprite Greenwich S1 Greenwich NJ P00309040706463926 Card 4006 | | 44.77 | |
| 2/11 | | Purchase authorized on 02/10 Main Street Liquor Stillwater NJ S309041737264758 Card 4006 | | 17.96 | |
| 2/11 | | Discover Phone Pay 190209 3391 Kane Lawrence | | 91.00 | |
| 2/11 | 225 | Check | | 500.00 | 210.92 |
| 2/12 | | Purchase authorized on 02/11 3G Trimming Corp New York NY S309042607227572 Card 4006 | | 200.00 | 10.92 |
| **Ending balance on 2/14** | | | | | **10.92** |
| **Totals** | | | **$25,231.81** | **$25,682.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Account number: ████5377 ▪ February 15, 2019 - March 14, 2019 ▪ Page 2 of 5



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/15 | | Money Transfer authorized on 02/14 From ID 3Za8P798 CA S003890460958325 43 Card 4006 | 168.49 | | |
| 2/15 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib05Stbngl on 02/15/19 | 250.00 | | |
| 2/15 | | Purchase authorized on 02/14 Sqc*Marki 8774174551 CA S589046096224099 Card 4006 | | 30.00 | |
| 2/15 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib05Stbjtp on 02/15/19 | | 125.00 | |
| 2/15 | | ATM Withdrawal authorized on 02/15 2401 W Cheltenham Ave Wyncote PA 0001901 ATM ID 9867C Card 4006 | | 240.00 | 34.41 |
| 2/19 | | ATM Check Deposit on 02/19 1 Freedom Valley Dr. Plumsteadvill PA 0000977 ATM ID 0087R Card 4006 | 1,100.00 | | |
| 2/19 | | ATM Withdrawal authorized on 02/19 1 Freedom Valley Dr. Plumsteadvill PA 0000980 ATM ID 0087R Card 4006 | | 50.00 | 1,084.41 |
| 2/20 | | ATM Cash Deposit on 02/20 122 Water Street Newton NJ 0009846 ATM ID 0115N Card 4006 | 20.00 | | |
| 2/20 | | Purchase authorized on 02/19 Hop & Vine Liquors Belvidere NJ S469050737536839 Card 4006 | | 13.86 | 1,090.55 |
| 2/21 | | Purchase authorized on 02/20 Sqc*Keith Scriven 8774174551 CA S469051618555266 Card 4006 | | 300.00 | |
| 2/21 | | Purchase authorized on 02/21 Quick Chek Food Phillipsburg NJ P00000000179389887 Card 4006 | | 3.78 | 786.77 |
| 2/22 | | Edeposit IN Branch/Store 02/22/19 02:20:11 Pm 601 Chestnut St Philadelphia PA 4006 | 7,000.00 | | |
| 2/22 | | Purchase authorized on 02/21 Alpha Liquors Alpha NJ S389052648652968 Card 4006 | | 25.48 | |
| 2/22 | 227 | Check | | 650.00 | 7,111.29 |
| 2/25 | | Purchase authorized on 02/21 Quick Chek Food St Phillipsburg NJ S589052653562708 Card 4006 | | 30.00 | |
| 2/25 | | Purchase authorized on 02/21 Campbells Place Philadelphia PA S469052773493569 Card 4006 | | 43.98 | |
| 2/25 | | Purchase authorized on 02/22 Sqc*Keith Scriven 8774174551 CA S309053754179631 Card 4006 | | 100.00 | |
| 2/25 | | Purchase authorized on 02/22 Sqc*Keith Scriven 8774174551 CA S589053769543816 Card 4006 | | 300.00 | |
| 2/25 | | Purchase authorized on 02/23 Sp * Outlaw Outfit Newton NJ S309054613438916 Card 4006 | | 79.64 | |
| 2/25 | | Purchase authorized on 02/23 Sqc*Keith Scriven 8774174551 CA S589054778952335 Card 4006 | | 100.00 | |
| 2/25 | | Purchase authorized on 02/24 Main Street Liquor Stillwater NJ S589055791092543 Card 4006 | | 17.96 | |
| 2/25 | | ATM Withdrawal authorized on 02/25 50 International Drive Flanders NJ 0003183 ATM ID 9856H Card 4006 | | 260.00 | |
| 2/25 | | Purchase authorized on 02/25 Shoprite Succasunna S1 Succasunna NJ P00469056623940482 Card 4006 | | 45.10 | |
| 2/25 | 228 | Check | | 5,000.00 | |
| 2/25 | 230 | Check | | 250.00 | |
| 2/25 | 229 | Check | | 375.00 | 509.61 |
| 2/26 | | ATM Check Deposit on 02/26 228 S Blackhorse Pike Runnemede NJ 0008974 ATM ID 2894A Card 4006 | 250.00 | | 759.61 |
| 2/27 | | Purchase authorized on 02/25 Shell Oil 57545297 Stanhope NJ S589056567696859 Card 4006 | | 25.00 | |
| 2/27 | | Purchase authorized on 02/25 Staples 0010 Succasunna NJ S309056587872384 Card 4006 | | 2.12 | |
| 2/27 | | Purchase authorized on 02/25 Staples 0010 Succasunna NJ S309056592279669 Card 4006 | | 0.53 | |
| 2/27 | | Purchase authorized on 02/26 Tractor Supply #18 Pipersville PA S469057522251740 Card 4006 | | 60.36 | |
| 2/27 | | Purchase authorized on 02/26 Wawa 8340 0008 Barrington NJ S589057702925411 Card 4006 | | 25.00 | |

Account number: ▮▮▮▮5377    ■ February 15, 2019 - March 14, 2019    ■ Page 3 of 5


**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/27 | | Capital One Online Pmt 190227 905839910340358 Scrivenkeith | | 142.00 | 504.60 |
| 2/28 | | Square Inc 190228R2 190228 L208422153154 Keith M. Scriven | 97.25 | | |
| 2/28 | | Money Transfer authorized on 02/28 From ID 3Zb7Emxs CA S00309059513885852 Card 4006 | 202.18 | | |
| 2/28 | | ATM Check Deposit on 02/28 2401 W Cheltenham Ave Wyncote PA 0006002 ATM ID 2818A Card 4006 | 1,050.00 | | |
| 2/28 | | Purchase authorized on 02/26 McDonald's F5245 Deptford NJ S469057614734932 Card 4006 | | 7.88 | |
| 2/28 | | Purchase authorized on 02/27 Main Street Liquor Stillwater NJ S309058698034771 Card 4006 | | 15.98 | |
| 2/28 | | Purchase authorized on 02/27 Sqc*Keith Scriven 8774174551 CA S589058860651368 Card 4006 | | 330.00 | |
| 2/28 | | ATM Withdrawal authorized on 02/28 122 Water Street Newton NJ 0001307 ATM ID 0115N Card 4006 | | 220.00 | 1,280.17 |
| 3/1 | | Money Transfer authorized on 03/01 From Keith Scriven PA S00389060577428966 Card 4006 | 492.50 | | |
| 3/1 | | Purchase authorized on 02/27 Metro Self Storage 973-6914848 NJ S389058514352652 Card 4006 | | 182.23 | |
| 3/1 | | ATM Withdrawal authorized on 03/01 2401 W Cheltenham Ave Wyncote PA 0005511 ATM ID 9867C Card 4006 | | 800.00 | |
| 3/1 | | Purchase authorized on 03/01 Venmo* VISA Direct NY S00389060641395727 Card 4006 | | 295.00 | 495.44 |
| 3/4 | | Purchase authorized on 02/28 Quick Chek Food St Phillipsburg NJ S469059673858366 Card 4006 | | 30.00 | |
| 3/4 | | Non-WF ATM Withdrawal authorized on 03/03 395 Route 94 Fredon NJ 00589062708358906 ATM ID NJ000312 Card 4006 | | 303.50 | |
| 3/4 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 159.44 |
| 3/6 | | Money Transfer authorized on 03/06 From ID 3Zbe1M4Y CA S00309065820710452 Card 4006 | 154.53 | | |
| 3/6 | | Purchase authorized on 03/05 Sqc*Keith Scriven 8774174551 CA S469065023055676 Card 4006 | | 50.00 | |
| 3/6 | | Purchase authorized on 03/06 Wal-Mart Store Newton NJ P000000000971842554 Card 4006 | | 33.69 | 230.28 |
| 3/7 | | Purchase authorized on 03/06 Sqc*Keith Scriven 8774174551 CA S589065823285837 Card 4006 | | 130.00 | |
| 3/7 | | Purchase authorized on 03/07 Tandy Leather Fa 11000 Ro Philadelphia PA P00469066720188461 Card 4006 | | 49.89 | 50.39 |
| 3/8 | | ATM Check Deposit on 03/08 25 W. Skippack Pike Broad Axe PA 0003737 ATM ID 0212K Card 4006 | 500.00 | | |
| 3/8 | | Purchase authorized on 03/07 US Fuel Flemington Flemington NJ S589066655662869 Card 4006 | | 30.00 | 520.39 |
| 3/11 | | ATM Cash Deposit on 03/09 122 Water Street Newton NJ 0003219 ATM ID 0115N Card 4006 | 1,600.00 | | |
| 3/11 | | Purchase authorized on 03/07 Ppa on Street Mete Philadelphia PA S589066861904310 Card 4006 | | 9.00 | |
| 3/11 | | Purchase authorized on 03/09 1 Shot Coffee LLC Philadelphia PA S309068495089972 Card 4006 | | 2.49 | |
| 3/11 | | Purchase authorized on 03/09 Joann Stores #2357 Philadelphia PA P00469068526830923 Card 4006 | | 76.18 | |
| 3/11 | 231 | Check | | 2,000.00 | 32.72 |
| 3/13 | | ATM Withdrawal authorized on 03/13 122 Water Street Newton NJ 0003820 ATM ID 0115N Card 4006 | | 20.00 | 12.72 |
| 3/14 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib05Xjc78S on 03/14/19 | 20.00 | | 32.72 |
| **Ending balance on 3/14** | | | | | **32.72** |
| **Totals** | | | **$12,904.95** | **$12,883.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/15 | | ATM Check Deposit on 03/15 601 Chestnut St. Philadelphia PA 0000916 ATM ID 6560S Card 4006 | 3,500.00 | | |
| 3/15 | | Purchase authorized on 03/14 McDonald's F26462 Philadelphia PA S389073624819093 Card 4006 | | 7.08 | |
| 3/15 | | Purchase authorized on 03/14 Cvs/Pharmacy #05 05867--4 Philadelphia PA P00309074042129591 Card 4006 | | 6.59 | 3,519.05 |
| 3/18 | | Non-WF ATM Balance Inquiry Fee 03/18 902 Main Str Stillwater NJ ATM ID NJ000296 Card 4006 | | 2.00 | |
| 3/18 | | Money Transfer authorized on 03/17 From Keith Scriven PA S00309076544554122 Card 4006 | 492.50 | | |
| 3/18 | | Purchase authorized on 03/14 Ppa on Street Mete Philadelphia PA S389073815392247 Card 4006 | | 3.50 | |
| 3/18 | | Purchase authorized on 03/15 Dunkin #331955 Q35 Philadelphia PA S469074446232157 Card 4006 | | 2.04 | |
| 3/18 | | Purchase authorized on 03/15 Ppa on Street Mete Philadelphia PA S389074706588733 Card 4006 | | 2.25 | |
| 3/18 | | Purchase authorized on 03/17 Sp * Outlaw Outfit Newton NJ S589076599605532 Card 4006 | | 78.48 | |
| 3/18 | | Purchase authorized on 03/17 Busy Bee Fredon NJ S469076609371942 Card 4006 | | 74.01 | |
| 3/18 | | Purchase authorized on 03/17 Cescos Pizzeria Newton NJ S309076824972758 Card 4006 | | 18.13 | |
| 3/18 | | Non-WF ATM Withdrawal authorized on 03/18 902 Main Street Stillwater NJ 00469077730122399 ATM ID NJ000296 Card 4006 | | 203.50 | |
| 3/18 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/18 | 232 | Check | | 3,500.00 | 125.14 |
| 3/19 | | ATM Check Deposit on 03/19 1 Freedom Valley Dr. Plumsteadvill PA 0005100 ATM ID 0087R Card 4006 | 89.88 | | 215.02 |
| 3/20 | | Purchase authorized on 03/19 Sqc*Keith Scriven . / CA S629079548055961 Card 4006 | | 40.00 | 175.02 |
| 3/21 | | Purchase authorized on 03/19 Quick Chek Corpora Belvidere NJ S469078446591277 Card 4006 | | 30.00 | |
| 3/21 | | Purchase authorized on 03/20 Busy Bee Fredon NJ S469079665441119 Card 4006 | | 71.62 | 73.40 |
| 3/22 | | Purchase authorized on 03/22 Fleishman Fabrics Philadelphia PA P00589081694626459 Card 4006 | | 45.80 | 27.60 |
| 3/25 | | Purchase authorized on 03/22 Ppa on Street Mete Philadelphia PA S469081643063572 Card 4006 | | 2.75 | 24.85 |
| 3/26 | | Purchase authorized on 03/25 Main St. Liquors Stillwater NJ S589084773770572 Card 4006 | | 11.72 | 13.13 |
| 3/27 | | ATM Cash Deposit on 03/27 4523 Church Road Mount Laurel NJ 0002225 ATM ID 0045J Card 4006 | 240.00 | | 253.13 |
| 3/28 | | Deposit Made In A Branch/Store | 10,000.00 | | |
| 3/28 | | Money Transfer authorized on 03/28 From Keith Scriven PA S00389087707377597 Card 4006 | 98.50 | | |
| 3/28 | | Money Transfer authorized on 03/28 From ID 3Z36Yer5 CA S00469087744829637 Card 4006 | 192.55 | | |
| 3/28 | | Purchase authorized on 03/27 Sqc*Keith Scriven 8774174551 CA S469086685911498 Card 4006 | | 50.00 | |
| 3/28 | | ATM Withdrawal authorized on 03/28 4523 Church Road Mount Laurel NJ 0002488 ATM ID 0045J Card 4006 | | 80.00 | |
| 3/28 | | ATM Withdrawal authorized on 03/28 4523 Church Road Mount Laurel NJ 0002489 ATM ID 0045J Card 4006 | | 220.00 | 10,194.18 |
| 3/29 | | Purchase authorized on 03/27 Exxonmobil 4767 Burlington NJ S469086585652667 Card 4006 | | 30.00 | |
| 3/29 | | Purchase authorized on 03/27 Tsi 877-8657686 PA S469086668440833 Card 4006 | | 85.50 | |
| 3/29 | | Purchase authorized on 03/28 Busy Bee Fredon NJ S589087477852634 Card 4006 | | 59.00 | |

Account number: ████5377 ■ March 15, 2019 - April 12, 2019 ■ Page 3 of 6



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/29 | | Purchase authorized on 03/28 Sqc*Keith Scriven 8774174551 CA S309087792872623 Card 4006 | | 300.00 | |
| 3/29 | | Purchase authorized on 03/28 Philadelphia Pk Au 888-5913636 PA S389087856887312 Card 4006 | | 29.71 | |
| 3/29 | | Purchase authorized on 03/29 Shoprite Cheltenham S1 Cheltenham PA P00589088610086515 Card 4006 | | 157.67 | |
| 3/29 | | Purchase authorized on 03/29 Tandy Leather Fa 11000 Ro Philadelphia PA P003090886890318911 Card 4006 | | 323.30 | |
| 3/29 | | Withdrawal Made In A Branch/Store | | 2,900.00 | |
| 3/29 | 233 | Check | | 6,000.00 | 309.00 |
| 4/1 | | Purchase authorized on 03/28 Kc's Alley Ambler PA S589087703142765 Card 4006 | | 50.00 | |
| 4/1 | | Purchase authorized on 03/30 Staples 0010 Newton NJ S309089558539135 Card 4006 | | 1.80 | |
| 4/1 | | Purchase authorized on 03/30 Main St. Liquors Stillwater NJ S469089732189366 Card 4006 | | 15.98 | 241.22 |
| 4/2 | | Money Transfer authorized on 04/02 From Keith Scriven PA S00309092462534491 Card 4006 | 147.75 | | |
| 4/2 | | Purchase authorized on 04/01 Pgw/EZ-Pay 215-235-1000 PA S389091481073527 Card 4006 | | 102.95 | |
| 4/2 | | Purchase authorized on 04/02 Wal-Mart Super Center Flemington NJ P00000000074482673 Card 4006 | | 52.55 | |
| 4/2 | | Healthinspremium EDI Paymts 17436743 Keith Scriven | | 127.19 | 106.28 |
| 4/3 | | Purchase authorized on 04/03 Shoprite Newton S1 Newton NJ P00589093577253473 Card 4006 | | 10.24 | 96.04 |
| 4/4 | | Money Transfer authorized on 04/03 From ID 3Z1Bbj9K CA S004690940572555333 Card 4006 | 2,101.62 | | |
| 4/4 | | Money Transfer authorized on 04/04 From Keith Scriven PA S00309094671222757 Card 4006 | 2,167.00 | | |
| 4/4 | | Purchase authorized on 04/02 Wendy's #3099 Philadelphia PA S589092588108713 Card 4006 | | 10.84 | |
| 4/4 | | Purchase authorized on 04/03 Sqc*Keith Scriven 8774174551 CA S309094058759554 Card 4006 | | 2,100.00 | 2,253.82 |
| 4/5 | | Purchase authorized on 04/04 Sqc*Keith Scriven 8774174551 CA S589094675849978 Card 4006 | | 580.00 | |
| 4/5 | | Purchase authorized on 04/05 Joann Stores #615 Norristown PA P00469095705561531 Card 4006 | | 140.47 | 1,533.35 |
| 4/8 | | Money Transfer authorized on 04/08 From ID 3Zjn0Nth CA S00469098569440689 Card 4006 | 312.90 | | |
| 4/8 | | Purchase authorized on 04/04 Station Plza Pkng- Trenton NJ S309095049931071 Card 4006 | | 10.00 | |
| 4/8 | | Purchase authorized on 04/05 Sqc*Keith Scriven 8774174551 CA S469095720957563 Card 4006 | | 900.00 | |
| 4/8 | | Purchase authorized on 04/06 Fredon Deli Newton NJ S309096463227525 Card 4006 | | 13.52 | |
| 4/8 | | Purchase authorized on 04/06 Sp * Outlaw Outfit Newton NJ S309096620494866 Card 4006 | | 156.65 | |
| 4/8 | | Purchase authorized on 04/07 Marshalls 3 Hampton Ho Newton NJ P00000000872117640 Card 4006 | | 127.93 | |
| 4/8 | | Purchase authorized on 04/08 Njt Newark 5044 Newark NJ P00000000832152410 Card 4006 | | 10.50 | |
| 4/8 | | Purchase authorized on 04/08 Tandy Leather Fa 409 Vall Lyndhurst NJ P00309098679744132 Card 4006 | | 73.70 | 553.95 |
| 4/9 | | Money Transfer authorized on 04/09 From ID 3Zseyrsw CA S00589099509358244 Card 4006 | 1,222.70 | | |
| 4/9 | | Purchase authorized on 04/08 Botani Trimmings New York NY S389098608925892 Card 4006 | | 176.20 | |
| 4/9 | | Purchase authorized on 04/08 Laz Parking 590233 Newark NJ S589098649315172 Card 4006 | | 15.00 | |
| 4/9 | | Purchase authorized on 04/08 Sqc*Keith Scriven 8774174551 CA S309098735861452 Card 4006 | | 100.00 | |

# Wells Fargo Simple Business Checking

Account number:  ▮▮▮▮▮3982   ■   January 1, 2019 - January 31, 2019   ■   Page 1 of 5



HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ✓
Online Statements ✓
Business Bill Pay ✓
Business Spending Report ✓
Overdraft Protection ☐

**Other Wells Fargo Benefits**

**Apply for a Commercial Equity Line of Credit by March 31, 2019, and enjoy Wells Fargo Prime Rate on your balance for 12 months**

Whether you're looking to fund property improvements, business expansion, or the purchase of large equipment or property - we're here to help.

Wells Fargo offers up to $500,000 in secured real estate financing that can help you move your business forward. Enjoy easy access to this Wells Fargo Prime Rate-based equity line of credit for up to 5 years, after which it will convert to an adjustable rate 15-year loan for a total term of 20 years.

Key benefits:
- Low closing costs with competitive rates
- 1% origination fee due at closing
- No application fees
- No appraisal fees

To learn more or apply, call us at 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time, or visit us on the web at wellsfargo.com/biz/business-credit/real-estate/equity-line-of-credit/

Note: All financing is subject to credit approval. Some restrictions may apply.

## Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $1,372.54 |
| Deposits/Credits | 9,257.37 |
| Withdrawals/Debits | - 10,182.14 |
| **Ending balance on 1/31** | **$447.77** |
| Average ledger balance this period | $1,710.29 |

Account number:  ▮▮▮▮3982

**HANLAN MIDGETTE SCRIVEN LP**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/2 | | Purchase authorized on 12/31 AAA Midatlantic (W AAA.Com DE S388365729983793 Card 4658 | | 201.00 | |
| 1/2 | | ATM Withdrawal authorized on 01/01 122 Water Street Newton NJ 0000678 ATM ID 0115N Card 4658 | | 40.00 | |
| 1/2 | | Purchase authorized on 01/01 Marshalls #443 Newton NJ S469001636577168 Card 4658 | | 63.95 | 1,067.59 |
| 1/3 | < | Business to Business ACH Debit - Capital One Online Pmt 190103 900339910434961 Kane Lawrence | | 496.00 | 571.59 |
| 1/4 | | Purchase authorized on 01/03 Fredon Deli Newton NJ S589003469235226 Card 4658 | | 6.56 | |
| 1/4 | | Purchase authorized on 01/03 Shoprite Cheltenha Cheltenham PA S309003740303141 Card 4658 | | 154.73 | 410.30 |
| 1/7 | | ATM Check Deposit on 01/07 25 W. Skippack Pike Broad Axe PA 0007858 ATM ID 0212K Card 4658 | 7,000.00 | | |
| 1/7 | | Purchase authorized on 01/04 Sunoco 0972601900 North Wales PA S469004659342546 Card 4658 | | 24.39 | |
| 1/7 | | Recurring Payment authorized on 01/06 Dnh*Godaddy.Com 480-5058855 AZ S309006435334000 Card 4658 | | 12.95 | |
| 1/7 | | Barclaycard US Creditcard xxxxx5161 Lawrence Kane | | 35.22 | |
| 1/7 | | American Express ACH Pmt 190107 W8306 Hanlan Midgete Scriven | | 40.00 | |
| 1/7 | | Citi Card Online Payment 190106 122850850698119 Lawrence M Kane | | 79.25 | 7,218.49 |
| 1/8 | | American Express ACH Pmt 190108 W3274 Hanlan Midgete Scriven | | 2,751.11 | 4,467.38 |
| 1/9 | | ATM Withdrawal authorized on 01/09 50 International Drive Flanders NJ 0002666 ATM ID 9856H Card 4658 | | 200.00 | |
| 1/9 | | Discover E-Payment 190109 3391 Kane Lawrence | | 55.00 | 4,212.38 |
| 1/10 | | Purchase authorized on 01/09 Affiliated Parking New York NY S469009646918201 Card 4658 | | 60.00 | |
| 1/10 | | Non-WF ATM Withdrawal authorized on 01/10 4753 North Broad S Philadelphia PA 00469010697960284 ATM ID Pj3836 Card 4658 | | 103.50 | |
| 1/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 1/10 | | Purchase authorized on 01/10 Shoprite Cheltenham S1 Cheltenham PA P0038901074050723 Card 4658 | | 109.51 | |
| 1/10 | | Mbfs Web Pay 190109 5000964905001 Keith M Scriven | | 516.63 | 3,420.24 |

Account number:  ▮▮▮▮3982  ■  January 1, 2019 - January 31, 2019  ■  Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/11 | | Purchase authorized on 01/10 19 Petroleum Alpha Alpha NJ S589010508683414 Card 4658 | | 32.29 | |
| 1/11 | | Purchase authorized on 01/10 Vincent Difrancesc 215-6462405 PA S589010794189687 Card 4658 | | 60.00 | |
| 1/11 | | Comcast Cable 190110 2158733 Keith *Scriven Hmslp | | 102.41 | 3,225.54 |
| 1/14 | | Non-WF ATM Balance Inquiry Fee 01/12 902 Main Str Stillwater NJ ATM ID NJ000296 Card 4658 | | 2.00 | |
| 1/14 | | Purchase authorized on 01/10 Blue Fin East Norriton PA S589011082121300 Card 4658 | | 39.73 | |
| 1/14 | | Purchase authorized on 01/11 T B Hagstoz & Sons Philadelphia PA S469011524881607 Card 4658 | | 85.58 | |
| 1/14 | | Non-WF ATM Withdrawal authorized on 01/12 902 Main Street Stillwater NJ 004690125767477795 ATM ID NJ000296 Card 4658 | | 103.50 | |
| 1/14 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 1/14 | | Purchase with Cash Back $ 176.20 authorized on 01/12 USPS PO 33585013 39 Main Newton NJ P00589012612574546 Card 4658 | | 177.19 | |
| 1/14 | | ATM Withdrawal authorized on 01/13 122 Water Street Newton NJ 0003094 ATM ID 0115N Card 4658 | | 300.00 | |
| 1/14 | | Santander Consumer 190114 0021356117 Keith Scriven | | 678.12 | 1,836.92 |
| 1/16 | | Purchase authorized on 01/15 Wawa 8080 0008 Cheltenham PA S589015550400981 Card 4658 | | 25.09 | |
| 1/16 | | Purchase authorized on 01/15 Sqc*Keith Scriven 8774174551 CA S309015620172907 Card 4658 | | 666.00 | 1,145.83 |
| 1/17 | | Purchase authorized on 01/16 Marshalls #443 Newton NJ S309016588100872 Card 4658 | | 116.97 | 1,028.86 |
| 1/18 | | ATM Check Deposit on 01/18 481 W. Germantown Pike Plymouth Meet PA 0008796 ATM ID 0092R Card 4658 | 1,100.00 | | |
| 1/18 | | Purchase authorized on 01/17 US Fuel Flemington Flemington NJ S389017590896823 Card 4658 | | 30.00 | |
| 1/18 | | Purchase authorized on 01/17 Keystone Sewing MA Philadelphia PA S389017749150669 Card 4658 | | 105.30 | |
| 1/18 | | ATM Withdrawal authorized on 01/18 481 W. Germantown Pike Plymouth Meet PA 0008797 ATM ID 0092R Card 4658 | | 200.00 | 1,793.56 |
| 1/22 | | Purchase authorized on 01/16 All County Fuel 845-351-4700 NJ S309016608892433 Card 4658 | | 289.90 | |
| 1/22 | | Purchase authorized on 01/17 Quick Ckek Food St Ringoes NJ S309017603441193 Card 4658 | | 7.44 | |
| 1/22 | | Purchase authorized on 01/19 Quick Chek Corpora Lafayette NJ S589019668671419 Card 4658 | | 31.28 | |
| 1/22 | | Purchase authorized on 01/20 Fredon Deli Newton NJ S469020798845040 Card 4658 | | 11.13 | |
| 1/22 | | Purchase authorized on 01/20 Cescos Pizzeria Newton NJ S469020803012794 Card 4658 | | 18.13 | |
| 1/22 | | Purchase authorized on 01/21 Hop & Vine Liquors Belvidere NJ S389021763684352 Card 4658 | | 21.29 | |
| 1/22 | | American Express ACH Pmt 190122 W0364 Hanlan Midgete Scriven | | 49.00 | 1,365.39 |
| 1/23 | | Td Bank Payment 190122 Lawrance M Kane 4839501527229500 | | 298.00 | 1,067.39 |
| 1/24 | | Purchase authorized on 01/23 Tractor Supply Com Blairstown NJ S469023573366443 Card 4658 | | 92.73 | |
| 1/24 | < | Business to Business ACH Debit - Service Electric Service El B9B22S0025618 Keith M Scriven | | 177.00 | 797.66 |
| 1/25 | | Purchase authorized on 01/24 Wawa 288 0000 Pipersville PA S469024771395121 Card 4658 | | 41.75 | |
| 1/25 | | ATM Withdrawal authorized on 01/25 307 Levering Mill Road Bala Cynwyd PA 0009204 ATM ID 0174K Card 4658 | | 300.00 | 455.91 |
| 1/28 | | Money Transfer authorized on 01/27 From Keith Scriven PA S00389027802369046 Card 4658 | 788.00 | | |
| 1/28 | | Money Transfer authorized on 01/28 From Keith Scriven PA S003090290013425516 Card 4658 | 246.25 | | |
| 1/28 | | Recurring Payment authorized on 01/25 Netflix.Com Netflix.Com CA S589025478339999 Card 4658 | | 11.87 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/28 | | Purchase authorized on 01/25 Ppa on Street Mete Philadelphia PA S389025699289480 Card 4658 | | 6.00 | |
| 1/28 | | Purchase authorized on 01/25 Ppa on Street Mete Philadelphia PA S469025699733535 Card 4658 | | 6.00 | |
| 1/28 | | Purchase authorized on 01/26 Shoprite Cheltenha Cheltenham PA S389026538048162 Card 4658 | | 46.93 | |
| 1/28 | | Chase Credit Crd Epay 190127 3950416736 Lawrence M Kane | | 450.00 | |
| 1/28 | < | Business to Business ACH Debit - Capital One Online Pmt 190127 902839910028433 Kane Lawrence | | 59.00 | 910.36 |
| 1/29 | | Recurring Payment authorized on 01/28 Geico *Auto 800-841-3000 DC S469028509312584 Card 4658 | | 264.79 | |
| 1/29 | | Chase Credit Crd Epay 190128 3951828694 Lawrence M Kane | | 306.00 | 339.57 |
| 1/30 | | Money Transfer authorized on 01/30 From Keith Scriven PA S003890305070786333 Card 4658 | 123.12 | | 462.69 |
| 1/31 | | Purchase authorized on 01/30 Fredon Discount Li Fredon NJ S389030816015815 Card 4658 | | 14.92 | 447.77 |
| **Ending balance on 1/31** | | | | | **447.77** |
| **Totals** | | | **$9,257.37** | **$10,182.14** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2019 - 01/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,710.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 17 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number:  ▇▇▇▇3982  ■  February 1, 2019 - February 28, 2019  ■  Page 2 of 4

**WELLS FARGO**

To learn more or apply, call us at 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time, or visit us on the web at **wellsfargo.com/biz/business-credit/real-estate/equity-line-of-credit/**

Note: All financing is subject to credit approval. Some restrictions may apply.

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $447.77 |
| Deposits/Credits | 8,196.54 |
| Withdrawals/Debits | - 8,369.19 |
| **Ending balance on 2/28** | **$275.12** |
| Average ledger balance this period | $245.49 |

Account number: ▇▇▇▇3982

**HANLAN MIDGETTE SCRIVEN LP**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 2/4 | | Money Transfer authorized on 02/03 From Keith Scriven PA S00589034825251901 Card 4658 | 517.12 | | |
| 2/4 | | Purchase authorized on 02/01 Etsy.Com 800-595-3865 NY S389032686678054 Card 4658 | | 1.60 | |
| 2/4 | < | Business to Business ACH Debit - Capital One Online Pmt 190203 903539910019602 Kane Lawrence | | 507.00 | 456.29 |
| 2/5 | | Money Transfer authorized on 02/05 From Keith Scriven PA S003389036769335127 Card 4658 | 443.25 | | 899.54 |
| 2/6 | | Money Transfer authorized on 02/06 From Keith Scriven PA S003389038054338168 Card 4658 | 123.12 | | |
| 2/6 | | Barclaycard US Creditcard xxxxx8931 Lawrence Kane | | 45.00 | |
| 2/6 | | Chase Credit Crd Epay 190205 3963998486 Lawrence M Kane | | 383.00 | 594.66 |
| 2/7 | | Recurring Payment authorized on 02/06 Dnh*Godaddy.Com 480-5058855 AZ S389037459284147 Card 4658 | | 12.95 | |
| 2/7 | | Purchase authorized on 02/06 All County Fuel 845-351-4700 NJ S469030497277666 Card 4658 | | 419.85 | |
| 2/7 | | American Express ACH Pmt 190207 V4010 Hanlan Midgete Scriven | | 35.00 | 126.86 |
| 2/8 | | Tele-Transfer Fr xxxxxx5377 Reference #TF05Rvz4Jk | 6,000.00 | | |
| 2/8 | | Citi Card Online Payment 190207 112877809949495 Lawrence M Kane | | 74.63 | |
| 2/8 | | American Express ACH Pmt 190208 W2108 Hanlan Midgete Scriven | | 6,000.00 | 52.23 |
| 2/11 | | Purchase authorized on 02/09 Shoprite Cheltenham S1 Cheltenham PA P003090406053005288 Card 4658 | | 7.03 | |
| 2/11 | | Purchase authorized on 02/09 Quick Chek Food St Phillipsburg NJ S389040692459392 Card 4658 | | 25.00 | 20.20 |
| 2/20 | | Money Transfer authorized on 02/20 From Keith Scriven PA S003090051619377239 Card 4658 | 295.50 | | 315.70 |
| 2/22 | | Money Transfer authorized on 02/22 From Keith Scriven PA S003090053755438954 Card 4658 | 98.50 | | |
| 2/22 | | Money Transfer authorized on 02/22 From Keith Scriven PA S003090053769804061 Card 4658 | 295.50 | | 709.70 |
| 2/25 | | Money Transfer authorized on 02/23 From Keith Scriven PA S003090054779626944 Card 4658 | 98.50 | | |

Account number: ▉▉▉▉3982 ■ February 1, 2019 - February 28, 2019 ■ Page 3 of 4



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/25 | | Purchase authorized on 02/20 All County Fuel 845-351-4700 NJ S589051633442681 Card 4658 | | 289.90 | |
| 2/25 | | Purchase authorized on 02/22 Dettera 724-2831878 PA S589054041280951 Card 4658 | | 93.00 | |
| 2/25 | < | Business to Business ACH Debit - Chubb Chubb02 190224 405313315195001 Keith M Scriven Hmslp | | 96.36 | |
| 2/25 | | Td Bank Payment 190222 Lawrance M Kane 4839501527229500 | | 298.00 | 30.94 |
| 2/26 | | Recurring Payment authorized on 02/25 Netflix.Com Netflix.Com CA S389056489582944 Card 4658 | | 11.87 | 19.07 |
| 2/28 | | Money Transfer authorized on 02/28 From Keith Scriven PA S00389059455408778 Card 4658 | 325.05 | | |
| 2/28 | < | Business to Business ACH Debit - Capital One Online Pmt 190227 905839910494823 Kane Lawrence | | 59.00 | |
| 2/28 | | Monthly Service Fee | | 10.00 | 275.12 |
| **Ending balance on 2/28** | | | | | **275.12** |
| **Totals** | | | **$8,196.54** | **$8,369.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2019 - 02/28/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $245.00 ☐ |
| C1/C1 | | |

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Recurring Payment authorized on 02/28 Geico *Auto 800-841-3000 DC S469059547292260 Card 4658 | | 264.79 | 10.33 |
| 3/5 | | Money Transfer authorized on 03/05 From Keith Scriven PA S003090650237288288 Card 4658 | 49.25 | | 59.58 |
| 3/6 | | Money Transfer authorized on 03/06 From Keith Scriven PA S003890658236884486 Card 4658 | 128.05 | | |
| 3/6 | | American Express ACH Pmt 190306 W7210 Hanlan Midgete Scriven | | 35.00 | 152.63 |
| 3/7 | | Recurring Payment authorized on 03/06 Dnh*Godaddy.Com 480-505-8855 AZ S469065520621569 Card 4658 | | 12.95 | |
| 3/7 | | Barclaycard US Creditcard xxxxx2591 Lawrence Kane | | 36.00 | 103.68 |
| 3/8 | | Money Transfer authorized on 03/08 From Scriven Keith PA S003890675695550509 Card 4658 | 891.00 | | |
| 3/8 | | Cash eWithdrawal in Branch/Store 03/08/2019 2:06 Pm 601 Chestnut St Philadelphia PA 4658 | | 400.00 | |
| 3/8 | | Purchase authorized on 03/08 Target T- 456 N 5th St Philadelphia PA P00000000775709599 Card 4658 | | 6.58 | |
| 3/8 | | Citi Card Online Payment 190307 142901919952448 Lawrence M Kane | | 75.97 | 512.13 |
| 3/11 | | Purchase authorized on 03/09 Tandy Leather Fa 11000 Ro Philadelphia PA P00469068542914483 Card 4658 | | 156.00 | |
| 3/11 | | Purchase authorized on 03/09 Tractor S 144 Hwy 202 Ringoes NJ P000000000382846961 Card 4658 | | 34.62 | |
| 3/11 | | ATM Withdrawal authorized on 03/09 122 Water Street Newton NJ 0003218 ATM ID 0115N Card 4658 | | 100.00 | 221.51 |
| 3/12 | | Purchase authorized on 03/11 Main St. Liquors Stillwater NJ S309070734403985 Card 4658 | | 17.96 | |
| 3/12 | < | Business to Business ACH Debit - Superior Payment 1103-227140 Keith M Scriven | | 141.05 | 62.50 |
| 3/13 | | Purchase authorized on 03/13 Shoprite Rte.206 Shop Newton NJ P000000000033003879 Card 4658 | | 12.79 | |
| 3/13 | | ATM Withdrawal authorized on 03/13 122 Water Street Newton NJ 0003819 ATM ID 0115N Card 4658 | | 40.00 | 9.71 |
| 3/15 | | ATM Check Deposit on 03/15 601 Chestnut St. Philadelphia PA 0000915 ATM ID 6560S Card 4658 | 500.00 | | 509.71 |
| 3/18 | | Purchase authorized on 03/15 North Third Restau Philadelphia PA S469075026136426 Card 4658 | | 65.00 | |
| 3/18 | | Purchase authorized on 03/16 Speedway 03500 Pennsauken NJ S309075429414901 Card 4658 | | 25.00 | |
| 3/18 | | Purchase authorized on 03/16 Nycdot Parking Met Long Is City NY S589075502310267 Card 4658 | | 2.00 | |
| 3/18 | | Purchase authorized on 03/16 3G Trimming Corp New York NY S389075509208298 Card 4658 | | 290.00 | |
| 3/18 | | ATM Withdrawal authorized on 03/16 50 International Drive Flanders NJ 0007717 ATM ID 9856H Card 4658 | | 100.00 | 27.71 |
| 3/19 | | Money Transfer authorized on 03/19 From Keith Scriven PA S003090787652339225 Card 4658 | 39.40 | | |
| 3/19 | | Money Transfer authorized on 03/19 From Scriven Keith PA S005890787674111316 Card 4658 | 277.20 | | |
| 3/19 | | American Express ACH Pmt 190319 W9182 Hanlan Midgete Scriven | | 44.00 | 300.31 |
| 3/21 | | Santander Consumer 190321 0021356117 Keith Scriven | | 250.00 | 50.31 |
| 3/22 | | Money Transfer authorized on 03/22 From Scriven Keith PA S005890815020577803 Card 4658 | 742.50 | | |
| 3/22 | | ATM Withdrawal authorized on 03/22 601 Chestnut St. Philadelphia PA 0002531 ATM ID 6560D Card 4658 | | 80.00 | 712.81 |
| 3/25 | | Purchase authorized on 03/23 Starbucks Store 00 Plymouth Meet PA S309082549318649 Card 4658 | | 2.07 | |
| 3/25 | | Purchase authorized on 03/23 Hop & Vine Liquors Belvidere NJ S589082636662047 Card 4658 | | 13.86 | |

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/25 | | Td Bank Payment 190322 Lawrance M Kane 4839501527229500 | | 296.00 | 400.88 |
| 3/26 | | Recurring Payment authorized on 03/25 Netflix.Com Netflix.Com CA S469084453778621 Card 4658 | | 11.87 | |
| 3/26 | < | Business to Business ACH Debit - Service Electric Service El E9D22O5844178 Keith M Scriven | | 100.00 | |
| 3/26 | 1148 | Check | | 271.00 | 18.01 |
| 3/27 | | ATM Check Deposit on 03/27 4523 Church Road Mount Laurel NJ 0002224 ATM ID 0045J Card 4658 | 10,000.00 | | |
| 3/27 | | Money Transfer authorized on 03/27 From Scriven Keith PA S003890866683604504 Card 4658 | 480.15 | | |
| 3/27 | | Money Transfer authorized on 03/27 From Keith Scriven PA S005890866686751564 Card 4658 | 49.25 | | |
| 3/27 | | Adjustment to Ef ATM Deposit | | 10,000.00 | |
| 3/27 | < | Business to Business ACH Debit - Capital One Online Pmt 190327 908639910268868 Kane Lawrence | | 56.00 | 491.41 |
| 3/28 | | ATM Cash Deposit on 03/28 4523 Church Road Mount Laurel NJ 0002490 ATM ID 0045J Card 4658 | 220.00 | | |
| 3/28 | | Money Transfer authorized on 03/28 From Scriven Keith PA S003890877784872705 Card 4658 | 485.10 | | |
| 3/28 | | Money Transfer authorized on 03/28 From Keith Scriven PA S005890877793234456 Card 4658 | 295.50 | | |
| 3/28 | | Purchase authorized on 03/26 Exxonmobil 4797 Andover NJ S469085534725447 Card 4658 | | 15.00 | |
| 3/28 | | Chase Credit Crd Epay 190327 4041052044 Lawrence M Kane | | 428.00 | 1,049.01 |
| 3/29 | | Deposit Made In A Branch/Store | 2,900.00 | | |
| 3/29 | | Recurring Payment authorized on 03/28 Geico *Auto 800-841-3000 DC S389087475424520 Card 4658 | | 264.71 | |
| 3/29 | | Purchase authorized on 03/28 Capital One Credit 877-488-0757 VA S309087805549116 Card 4658 | | 140.00 | |
| 3/29 | | Chase Credit Crd Epay 190328 4042636809 Lawrence M Kane | | 290.00 | 3,254.30 |
| **Ending balance on 3/31** | | | | | **3,254.30** |
| **Totals** | | | **$17,057.40** | **$14,078.22** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 1148 | 3/26 | 271.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $589.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1