IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | 13-18271 (AMC) |
| KEITH M. SCRIVEN ) | |
| ) | |
| **Debtor(s)** ) | Chapter 11 |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Santander Consumer USA Inc. hereby certifies as follows:

1. I am the attorney for Santander Consumer USA Inc. and am fully familiar with the facts of this case.

2. On May 7, 2019, I served by regular mail, a copy of the Notice Of Motion, Motion For Stay Relief, and Proposed Order to the following individuals:

Debtors
Keith M. Scriven
1007 North 6th Street
Philadelphia, PA 19123-1406

Debtors' Attorney
Ronald G. McNeil, Esq.
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Office of the US Trustee
Kevin P. Callahan, Esq.
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

CONTINUED:

CREDITORS:

| | |
|---|---|
| **Bank of America**<br>100 No. Tryon Street<br>Charlotte, NC 28202 | **Capital One Financial**<br>P.O. Box 30285<br>S.L. City, UT 84130 |
| **Jersey Central Power & Light**<br>8998 Route 18 North<br>Old Bridge, NJ 08857 | **J. Otis Smith**<br>P.O. Box 8222<br>Philadelphia, PA 19101 |
| **Lawrence M. Kane**<br>1007 North 6th Street<br>Philadelphia, PA 19123 | **Obermayer Rebmann Maxwell & Hippel, LLP**<br>1617 JFK Blvd., 19th Floor<br>Philadelphia, PA 19103 |
| **PECO**<br>2301 Market Street<br>Philadelphia, PA 19103 | **Philadelphia Gas Works**<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 |
| **Public Service Enterprise Group, Inc. (PSE&G)**<br>P.O. Box 490<br>Cranford, NJ 07016 | **Ronette Streeter**<br>25 East 23rd Street<br>Chester, PA 19013 |
| **Stacy J. Brookstein**<br>324 Queen Street<br>Philadelphia, PA 19147 | **Suffolk Co. Water Auth**<br>4060 Sunrise Highway<br>Oakdale, NY 11769 |
| **United Water – N.J.**<br>69 DeVoe Place<br>Hackensack, NJ 07601 | **Verizon**<br>404 Brock Drive<br>Bloomington, IL 61701 |
| **William Whalon**<br>138 North 2nd Street<br>Philadelphia, PA 19106 | |

Date: 5-7-2019

                By:  /s/ William E. Craig
                     William E. Craig
                     Morton & Craig LLC
                     110 Marter Ave., Suite 301
                     Moorestown, NJ 08057
                     (856) 866-0100
                     Bar I.D. 92329 - Pennsylvania