## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 13-18271** |
| **Keith M. Scriven** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Ajax Mortgage Loan Trust 2018-F,** | : | **Related Document 112** |
| **Mortgage-Backed Securities, Series** | : | |
| **2018-F, by U.S. Bank National** | : | |
| **Association, as Indenture Trustee** | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| **Keith M. Scriven** | : | |

Respondents.

### <u>ORDER OF COURT</u>

AND NOW, this <u>17th</u> day of <u>June</u>, 2019, upon consideration of the Certificate of Default on the Stipulation resolving the Motion for Relief from the Automatic Stay filed by Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED,** that  the Automatic Stay be and hereby is terminated as it affects the interest of Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee in and to the Real Property of Debtor located at 1007 North 6th Street, Philadelphia, PA 19123 and more particularly described in the Mortgage, recorded November 30, 2005, at Instrument Number 51326222.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

19-006714_SCS2