United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-18271-amc
Keith M. Scriven                                                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 2              Date Rcvd: Jun 17, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
db              Keith M. Scriven,    1007 North 6th Street,    Philadelphia, PA   19123-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania
               crmomjian@attorneygeneral.gov
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   US Bank, National Association et al
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
               vbarber@udren.com
              ERIK B. JENSEN    on behalf of Creditor Stacy J Brookstein akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
               erneisenberg.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
               vandermarkj@whiteandwilliams.com
              JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com,
               heidi.smiegocki@bipc.com
              KARINA  VELTER    on behalf of Creditor    Ajax Mortgage Loan Trust amps@manleydeas.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
               lerase@logs.com
              MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneill@verizon.net
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    Ajax Mortgage Loan Trust amps@manleydeas.com

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Jun 17, 2019
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC
          sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
          ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company
          wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                               TOTAL: 29

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 13-18271 |
| Keith M. Scriven | : | Chapter 11 |
| | : | Judge Ashely M. Chan |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee | : | Related Document 112 |
| Movant, | : | |
| vs | : | |
| Keith M. Scriven | : | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, this  17th  day of  June         , 2019, upon consideration of the Certificate of Default on the Stipulation resolving the Motion for Relief from the Automatic Stay filed by Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee in and to the Real Property of Debtor located at 1007 North 6th Street, Philadelphia, PA 19123 and more particularly described in the Mortgage, recorded November 30, 2005, at Instrument Number 51326222.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

19-006714_SCS2