IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: KEITH M. SCRIVEN<br>**Debtor(s)** | )<br>)<br>) | CHAPTER 11 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party**<br>v. | )<br>)<br>)<br>) | Case No.: 13-18271 (AMC) |
| KEITH M. SCRIVEN<br>**Respondent(s)** | )<br>)<br>) | **Hearing Date:  5-20-19 at 11:00 AM**<br>11 U.S.C. 362 |
| UNITED STATES TRUSTEE<br>**Trustee** | )<br>)<br>)<br>)<br>)<br>) | |

**STIPULATION OF SETTLEMENT OF MOTION OF SANTANDER CONSUMER USA INC. FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for Santander Consumer USA Inc. ("Santander"), and the Debtor having opposed such Motion through his counsel, Ronald G. McNeil, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Santander is the holder of a first purchase money security interest in a 2015 Mercedes-Benz C300 bearing vehicle identification number 55SWF4KB0FU015122.

2. That commencing June 2019, if the Debtor fails to make any payment to Santander within thirty (30) days after it falls due, Santander may send, via facsimile and regular mail, the Debtor and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

3. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for the Debtor


/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander Consumer USA Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH M. SCRIVEN<br>**Debtor(s)** | )<br>)<br>) CHAPTER 11 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party**<br>v. | )<br>) Case No.: 13-18271 (AMC)<br>)<br>) |
| KEITH M. SCRIVEN<br>**Respondent(s)** | ) **Hearing Date: 5-20-19 at 11:00 AM**<br>)<br>) 11 U.S.C. 362 |
| UNITED STATES TRUSTEE<br>**Trustee** | )<br>) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 23, 2019 in the above matter is APPROVED.

Dated: **July 25, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE