United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-18271-amc
Keith M. Scriven                                                          Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Jul 25, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
db            Keith M. Scriven,    1007 North 6th Street,    Philadelphia, PA  19123-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania
               crmomjian@attorneygeneral.gov
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   US Bank, National Association et al
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for dneeren@udren.com,
               vbarber@udren.com
              ERIK B. JENSEN    on behalf of Creditor Stacy J Brookstein akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JACK M. SEITZ    on behalf of Creditor    New York Community Bank jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Deutsche Bank National Trust Company
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com
              JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    City of Philadelphia
               vandermarkj@whiteandwilliams.com
              JANET L. GOLD    on behalf of Creditor    Fulton Bank NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com;dvillari@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JUSTIN PIERCE BERUTICH    on behalf of Creditor    TD Bank, N.A. justin.berutich@bipc.com,
               heidi.smiegocki@bipc.com
              KARINA  VELTER    on behalf of Creditor    Ajax Mortgage Loan Trust amps@manleydeas.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
               lerase@logs.com
              MARK D. PFEIFFER    on behalf of Creditor    TD Bank, N.A. mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel LLP
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com
              NICOLE B. LABLETTA    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Keith M. Scriven r.mcneill@verizon.net
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    Ajax Mortgage Loan Trust amps@manleydeas.com

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2             Date Rcvd: Jul 25, 2019
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Deutsche Bank National Trust Company
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 29
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH M. SCRIVEN<br>**Debtor(s)** | )<br>)<br>) CHAPTER 11 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party**<br>v. | )<br>) Case No.: 13-18271 (AMC)<br>)<br>) |
| KEITH M. SCRIVEN<br>**Respondent(s)** | ) **Hearing Date:  5-20-19 at 11:00 AM**<br>)<br>) 11 U.S.C. 362 |
| UNITED STATES TRUSTEE<br>**Trustee** | )<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF SETTLEMENT OF MOTION OF SANTANDER CONSUMER USA INC. FOR RELIEF FROM THE AUTOMATIC STAY

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for Santander Consumer USA Inc. ("Santander"), and the Debtor having opposed such Motion through his counsel, Ronald G. McNeil, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Santander is the holder of a first purchase money security interest in a 2015 Mercedes-Benz C300 bearing vehicle identification number 55SWF4KB0FU015122.

2. That commencing June 2019, if the Debtor fails to make any payment to Santander within thirty (30) days after it falls due, Santander may send, via facsimile and regular mail, the Debtor and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

3. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for the Debtor


/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander Consumer USA Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH M. SCRIVEN<br>**Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>**Moving Party**<br>v.<br><br>KEITH M. SCRIVEN<br>**Respondent(s)**<br><br>UNITED STATES TRUSTEE<br>**Trustee** | CHAPTER 11<br><br>Case No.: 13-18271 (AMC)<br><br>**Hearing Date: 5-20-19 at 11:00 AM**<br><br>11 U.S.C. 362 |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 23, 2019 in the above matter is APPROVED.

Dated: **July 25, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE