UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 3rd - 2019

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:     November 24, 2015

2. Cash balance at the beginning of this quarter:     $ 1,152.25
   Total receipts during this quarter:     58,770.99
   Total disbursements during this quarter:     58,434.85
   Cash balance at the end of this quarter:     728.39

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan:
   Cumulative paid to date:
   Balance remaining to be made under the Plan:

   AS OF END OF THIS REPORTING PERIOD:     Yes     No

4. Are all payments required by the confirmed plan
   current at this time?     x
   **[If "No," attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

| | | |
|---|---|---|
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]** | X |
| 6. | Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? | X |
| 7. | Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]** | X |
| 8. | Has the order confirming the Plan become non-appealable? | X |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]** | X |
| 10. | Has any property proposed by the Plan to be transferred pursuant to the Plan? | X |
| 11. | Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]** | X |
| 12. | Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? | X |
| 13. | Anticipated date of motion for final decree: November 24, 2020 | |

I declare under penalty of perjury that the statements set forth above are true and accurate.

11/2019
Dated:

Keith M. Scriven, Debtor

Current Address: 1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.: (215) 564 - 3999

# Wells Fargo Everyday Checking

July 15, 2019 ■ Page 1 of 5



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 6/15 | $178.58 |
| Deposits/Additions | 11,533.18 |
| Withdrawals/Subtractions | - 11,342.42 |
| **Ending balance on 7/15** | **$369.34** |

Account number:  ▮▮▮▮▮▮5377
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/17 | | Purchase authorized on 06/13 Venmo 855-812-4430 NY S309165024544520 Card 4006 | | 65.00 | |
| 6/17 | | Purchase authorized on 06/14 Parkmobile-10 770-818-9036 GA S469165567868768 Card 4006 | | 2.65 | 110.93 |
| 6/18 | | Purchase authorized on 06/17 Sqc*Cash App Keith 8774174551 CA S389168704077877 Card 4006 | | 70.00 | 40.93 |
| 6/21 | | Edeposit IN Branch/Store 06/21/19 03:46:32 Pm 161 S Easton Rd Glenside PA 4006 | 5,100.00 | | |
| 6/21 | | Purchase authorized on 06/20 Parkmobile-10 770-818-9036 GA S389171663718198 Card 4006 | | 3.40 | |
| 6/21 | | Purchase authorized on 06/20 Parkmobile-10 770-818-9036 GA S469171701932530 Card 4006 | | 0.77 | |
| 6/21 | 236 | Check | | 5,000.00 | 136.76 |
| 6/24 | | Money Transfer authorized on 06/24 From Keith Scriven PA S00309175758904141 Card 4006 | 167.45 | | |
| 6/24 | | Purchase authorized on 06/21 Parkmobile-10 770-818-9036 GA S309172476056551 Card 4006 | | 3.40 | |
| 6/24 | | Purchase authorized on 06/21 Parkmobile-10 770-818-9036 GA S389172518091232 Card 4006 | | 1.15 | 299.66 |
| 6/26 | | Venmo Verifyban 2200065378 Keith Scriven | 0.20 | | |
| 6/26 | | Venmo Verifyban 2200065375 Keith Scriven | 0.28 | | |
| 6/26 | | Venmo Cashout 2200066190 Keith Scriven | 250.00 | | |
| 6/26 | | Purchase authorized on 06/24 Service Electric C 973-7297653 NJ S469175761654071 Card 4006 | | 191.00 | |
| 6/26 | | Purchase authorized on 06/25 Hop & Vine Liquors Belvidere NJ S589176724978472 Card 4006 | | 13.86 | |
| 6/26 | | Venmo Verifyban 2200065392 Keith Scriven | | 0.20 | |
| 6/26 | | Venmo Verifyban 2200065380 Keith Scriven | | 0.28 | 344.80 |
| 6/27 | | Venmo Cashout 2204171072 Keith Scriven | 650.00 | | 994.80 |
| 6/28 | | ATM Check Deposit on 06/28 161 S.Easton/@Dwaverly Rd Glenside PA 0001834 ATM ID 0221I Card 4006 | 400.00 | | |
| 6/28 | | Purchase authorized on 06/27 US Fuel Flemington Flemington NJ S469178479794104 Card 4006 | | 30.00 | |
| 6/28 | | Purchase authorized on 06/27 Parkmobile-10 770-818-9036 GA S389178576673378 Card 4006 | | 6.40 | |
| 6/28 | | Purchase authorized on 06/27 Parkmobile-10 770-818-9036 GA S389178633771564 Card 4006 | | 6.40 | |
| 6/28 | | Purchase authorized on 06/27 Sqc*Cash App Keith 8774174551 CA S589178779383327 Card 4006 | | 280.00 | |
| 6/28 | | ATM Withdrawal authorized on 06/28 161 S.Easton/@Dwaverly Rd Glenside PA 0001835 ATM ID 0221I Card 4006 | | 400.00 | 672.00 |
| 7/1 | | Purchase authorized on 06/29 Sqc*Cash App Keith 8774174551 CA S309180436758886 Card 4006 | | 430.00 | |
| 7/1 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib06Gj3J55 on 06/29/19 | | 30.00 | |
| 7/1 | | Purchase authorized on 07/01 Tandy Leather Fa 11000 Ro Philadelphia PA P00389182542910950 Card 4006 | | 59.49 | |
| 7/1 | | Vz Wireless Ve Vzw Webpay 190630 3024016 Keith *Scriven | | 100.00 | 52.51 |
| 7/3 | | Money Transfer authorized on 07/03 From Keith Scriven PA S005891844371772775 Card 4006 | 443.25 | | |
| 7/3 | | Money Transfer authorized on 07/03 From Keith Scriven PA S00309184630075061 Card 4006 | 197.00 | | |
| 7/3 | | Purchase authorized on 07/03 Wal-Mart Super Center Flemington NJ P000000000576922303 Card 4006 | | 104.67 | |
| 7/3 | | ATM Withdrawal authorized on 07/03 601 Chestnut St. Philadelphia PA 0000140 ATM ID 6560D Card 4006 | | 80.00 | |
| 7/3 | | Purchase authorized on 07/03 Walgreens Store 2727 W Ch Wyncote PA P004691846453519508 Card 4006 | | 27.41 | 480.68 |
| 7/5 | | Venmo Cashout 2234943118 Keith Scriven | 650.00 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/5 | | Purchase authorized on 07/03 Sqc*Cash App Wanda 8774174551 CA S469184613676339 Card 4006 | | 300.00 | |
| 7/5 | | Purchase authorized on 07/03 Sqc*Cash App Wanda 8774174551 CA S469184642870042 Card 4006 | | 120.00 | 710.68 |
| 7/8 | | Venmo Cashout 2243668162 Keith Scriven | 675.00 | | |
| 7/8 | | Purchase authorized on 07/05 Tandy Leather Fact Philadelphia PA S589186690077529 Card 4006 | | 29.00 | |
| 7/8 | | ATM Withdrawal authorized on 07/08 601 Chestnut St. Philadelphia PA 0001923 ATM ID 6560S Card 4006 | | 140.00 | 1,216.68 |
| 7/9 | | Purchase authorized on 07/08 Parkmobile-10 770-818-9036 GA S309189610926913 Card 4006 | | 2.90 | |
| 7/9 | | Purchase authorized on 07/08 Parkmobile-10 770-818-9036 GA S389189644096109 Card 4006 | | 1.79 | 1,211.99 |
| 7/10 | | Purchase authorized on 07/09 Sqc*Cash App Keith 8774174551 CA S309190454052133 Card 4006 | | 330.00 | 881.99 |
| 7/11 | | Purchase authorized on 07/10 PA Driver & Vehicl 717-412-5300 PA S389191594837947 Card 4006 | | 30.50 | 851.49 |
| 7/12 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 7/12 | | Purchase authorized on 07/11 Cash App*Keith Scr 8774174551 CA S589192428574778 Card 4006 | | 25.00 | |
| 7/12 | | Purchase authorized on 07/11 Tandy Leather Fact Philadelphia PA S389192540139358 Card 4006 | | 79.96 | |
| 7/12 | | Purchase authorized on 07/11 Cash App*Keith Scr 8774174551 CA S309192684851730 Card 4006 | | 80.00 | |
| 7/12 | | ATM Withdrawal authorized on 07/12 9101 Roosevelt Blvd Philadelphia PA 0006693 ATM ID 6690E Card 4006 | | 800.00 | |
| 7/12 | | Discover E-Payment 190712 3391 Kane Lawrence | | 92.00 | |
| 7/12 | 237 | Check | | 634.28 | 2,140.25 |
| 7/15 | | Purchase authorized on 07/12 Cash App*Keith Scr 8774174551 CA S309193552369453 Card 4006 | | 20.00 | |
| 7/15 | | Purchase authorized on 07/12 Cash App*Keith Scr 8774174551 CA S309193660828606 Card 4006 | | 1,300.00 | |
| 7/15 | | Purchase authorized on 07/12 Tandy Leather Fact Philadelphia PA S389193709840507 Card 4006 | | 203.97 | |
| 7/15 | | Purchase authorized on 07/13 Main St. Liquors Stillwater NJ S589194730837141 Card 4006 | | 17.96 | |
| 7/15 | | Purchase authorized on 07/14 Cash App*Keith Scr 8774174551 CA S589195535783217 Card 4006 | | 65.00 | |
| 7/15 | | Purchase authorized on 07/14 Main St. Liquors Stillwater NJ S309195717583385 Card 4006 | | 15.98 | |
| 7/15 | | Purchase Bank Check OR Draft | | 33.00 | |
| 7/15 | | Citi Card Online Payment 190712 143012390209377 Lawrence M Kane | | 115.00 | 369.34 |
| **Ending balance on 7/15** | | | | | **369.34** |
| **Totals** | | | **$11,533.18** | **$11,342.42** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 236 | 6/21 | 5,000.00 | 237 | 7/12 | 634.28 |



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/16 | | New York Propert Nypiua 0000063 I071619 002000581617 | | 335.01 | 34.33 |
| 7/18 | | ATM Cash Deposit on 07/18 601 Chestnut St. Philadelphia PA 0003165 ATM ID 6560S Card 4006 | 200.00 | | |
| 7/18 | | Purchase authorized on 07/18 Venmo* VISA Direct NY S004691996507178 41 Card 4006 | | 180.00 | 54.33 |
| 7/19 | | ATM Check Deposit on 07/19 481 W. Germantown Pike Plymouth Meet PA 0009786 ATM ID 0092R Card 4006 | 400.00 | | |
| 7/19 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib06Kl478T on 07/19/19 | 20.00 | | |
| 7/19 | | Purchase authorized on 07/18 Parkmobile-10 770-818-9036 GA S469199637779875 Card 4006 | | 3.40 | 470.93 |
| 7/22 | | Money Transfer authorized on 07/21 From Keith Scriven PA S003309202666403085 Card 4006 | 591.00 | | |
| 7/22 | | Purchase authorized on 07/19 Parkmobile-10 770-818-9036 GA S309200558707882 Card 4006 | | 1.15 | |
| 7/22 | | Purchase authorized on 07/19 Cash App*Keith Scr 8774174551 CA S309200658087781 Card 4006 | | 30.00 | |
| 7/22 | | Purchase authorized on 07/21 Sp * Outlaw Outfit Newton NJ S589202681022317 Card 4006 | | 67.75 | |
| 7/22 | | Purchase authorized on 07/21 Fredon Discount Liquor Fredon NJ P00389202686480568 Card 4006 | | 14.92 | |
| 7/22 | | Tele-Transfer to xxxxxx3982 Reference #TF06Ktjlqt | | 240.00 | |
| 7/22 | | Tele-Transfer to xxxxxx3982 Reference #TF06Ktjt2Y | | 375.00 | 333.11 |
| 7/23 | | ATM Withdrawal authorized on 07/23 50 International Drive Flanders NJ 0009536 ATM ID 9856H Card 4006 | | 40.00 | |
| 7/23 | | Purchase authorized on 07/23 Botani Trimmings New York NY P00000000734422150 Card 4006 | | 52.80 | 240.31 |
| 7/24 | | Purchase authorized on 07/23 Nycdot Parking Met Long Is City NY S469204590081707 Card 4006 | | 12.00 | 228.31 |
| 7/25 | | ATM Check Deposit on 07/25 400 Old York Rd. Jenkintown PA 0007912 ATM ID 0744D Card 4006 | 400.00 | | |
| 7/25 | | ATM Withdrawal authorized on 07/25 2401 W Cheltenham Ave Wyncote PA 0008730 ATM ID 9867C Card 4006 | | 40.00 | 588.31 |
| 7/26 | | Purchase authorized on 07/25 Walgreens #6894 Wyncote PA S589206589749579 Card 4006 | | 25.68 | |
| 7/26 | | Purchase authorized on 07/25 Walgreens #6894 Wyncote PA S389206683633661 Card 4006 | | 40.00 | |
| 7/26 | | Purchase authorized on 07/26 Shoprite Cheltenham S1 Cheltenham PA P00469207560929032 Card 4006 | | 35.34 | |
| 7/26 | | Centurylink Speedpay 190725 xxxxx1047 xxxxx4609 | | 225.00 | 262.29 |
| 7/29 | | Purchase authorized on 07/25 Campbells Place Philadelphia PA S309207097805833 Card 4006 | | 71.00 | 191.29 |
| 8/2 | | Edeposit IN Branch/Store 08/02/19 03:06:02 Pm 601 Chestnut St Philadelphia PA 4006 | 3,000.00 | | |
| 8/2 | | ATM Withdrawal authorized on 08/02 2 W. Girard Avenue Philadelphia PA 0004903 ATM ID 2091A Card 4006 | | 140.00 | |
| 8/2 | | American Express ACH Pmt 190802 W1016 Keith Scriven | | 3,019.98 | 31.31 |
| 8/5 | | Edeposit IN Branch/Store 08/05/19 10:28:50 Am 122 Water St Newton NJ 4006 | 2,600.00 | | |
| 8/5 | | Venmo Cashout 2342859582 Keith Scriven | 275.00 | | |
| 8/5 | | Purchase authorized on 08/02 Parkmobile-10 770-818-9036 GA S389214505655317 Card 4006 | | 1.79 | |
| 8/5 | | Tele-Transfer to xxxxxx3982 Reference #TF06Mydbgs | | 200.00 | 2,704.52 |
| 8/6 | | Purchase authorized on 08/05 East Coast Equine 908-852-1316 NJ S469217708197848 Card 4006 | | 150.00 | |
| 8/6 | | Purchase authorized on 08/06 Quick Chek Corp Belvidere NJ P00000000571165329 Card 4006 | | 1.91 | |
| 8/6 | | ATM Withdrawal authorized on 08/06 1230 US Hwy. 22 Phillipsburg NJ 0004780 ATM ID 6743S Card 4006 | | 200.00 | |
| 8/6 | | Pgw/EZ-Pay Utility 190805 1781253 Keith Scriven | | 854.95 | 1,497.66 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/7 | | Venmo Cashout 2350359794 Keith Scriven | 675.00 | | |
| 8/7 | | Purchase authorized on 08/06 Jewelers Depot Philadelphia PA S589218579966267 Card 4006 | | 100.00 | |
| 8/7 | | Purchase authorized on 08/06 McDonald's F3885 Flourtown PA S389218616941801 Card 4006 | | 8.68 | |
| 8/7 | | Purchase authorized on 08/06 Tractor Supply #18 Pipersville PA S469218667775779 Card 4006 | | 76.81 | 1,987.17 |
| 8/8 | | ATM Withdrawal authorized on 08/08 601 Chestnut St. Philadelphia PA 0005182 ATM ID 6560S Card 4006 | | 400.00 | |
| 8/8 | | ATM Withdrawal authorized on 08/08 25 W. Skippack Pike Broad Axe PA 0000270 ATM ID 0212K Card 4006 | | 140.00 | 1,447.17 |
| 8/9 | | Venmo Cashout 2356814258 Keith Scriven | 450.00 | | |
| 8/9 | | ATM Check Deposit on 08/09 161 S.Easton/@Dwaverly Rd Glenside PA 0002137 ATM ID 0221I Card 4006 | 500.00 | | |
| 8/9 | | Purchase authorized on 08/07 Quick Chek Corpora Newton NJ S309219610095101 Card 4006 | | 30.00 | |
| 8/9 | | Purchase authorized on 08/08 Cash App*Keith Scr 8774174551 CA S309220479487862 Card 4006 | | 525.00 | |
| 8/9 | | Purchase authorized on 08/08 Rite Aid Store - 1 Philadelphia PA S589220714781407 Card 4006 | | 13.87 | |
| 8/9 | | ATM Withdrawal authorized on 08/09 161 S.Easton/@Dwaverly Rd Glenside PA 0002138 ATM ID 0221I Card 4006 | | 800.00 | |
| 8/9 | | Discover E-Payment 190809 3391 Kane Lawrence | | 91.00 | 937.30 |
| 8/12 | | Purchase authorized on 08/09 Ppa on Street Mete Philadelphia PA S309221663668746 Card 4006 | | 3.25 | |
| 8/12 | | Purchase authorized on 08/09 Tandy Leather #181 Philadelphia PA S469221716561748 Card 4006 | | 119.98 | |
| 8/12 | | Purchase authorized on 08/09 Starbucks Store 23 Flemington NJ S389221750088391 Card 4006 | | 5.60 | |
| 8/12 | | Purchase authorized on 08/09 Mountain Valley Fl Washington to NJ S309221776323299 Card 4006 | | 12.78 | |
| 8/12 | | Purchase authorized on 08/10 Main St. Liquors Stillwater NJ S309222711970525 Card 4006 | | 15.98 | |
| 8/12 | | Purchase authorized on 08/11 Main St. Liquors Stillwater NJ S309223710749340 Card 4006 | | 17.96 | |
| 8/12 | | Non-WF ATM Withdrawal authorized on 08/12 1755 Route 46 East Little Falls NJ 005892247954022224 ATM ID P506236 Card 4006 | | 62.40 | |
| 8/12 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 696.85 |
| 8/13 | | Purchase authorized on 08/12 Sp * Outlaw Outfit Newton NJ S389224590000817 Card 4006 | | 42.48 | |
| 8/13 | | Purchase authorized on 08/12 Nycdot Parking Met Long Is City NY S309224822061597 Card 4006 | | 10.75 | |
| 8/13 | | Purchase authorized on 08/12 Nycdot Parknyc 877-7275307 NY S309225021961451 Card 4006 | | 25.00 | |
| 8/13 | | ATM Withdrawal authorized on 08/13 1230 US Hwy. 22 Phillipsburg NJ 0007151 ATM ID 6743S Card 4006 | | 100.00 | |
| 8/13 | 238 | Check | | 350.00 | |
| 8/13 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 23.92 |
| 8/14 | | ATM Check Deposit on 08/14 122 Water Street Newton NJ 0005324 ATM ID 0115N Card 4006 | 600.00 | | |
| 8/14 | | Purchase authorized on 08/13 Parkmobile-10 770-818-9036 GA S389225552437578 Card 4006 | | 1.44 | |
| 8/14 | | Purchase authorized on 08/13 Parkmobile-10 770-818-9036 GA S589225570208884 Card 4006 | | 2.65 | |

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/14 | | Purchase authorized on 08/13 Cash App*Keith Scr 8774174551 CA S389225719661928 Card 4006 | | 15.00 | |
| 8/14 | | ATM Withdrawal authorized on 08/14 122 Water Street Newton NJ 0005325 ATM ID 0115N Card 4006 | | 100.00 | 504.83 |
| **Ending balance on 8/14** | | | | | **504.83** |
| **Totals** | | | **$9,711.00** | **$9,575.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 238 | 8/13 | 350.00 |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

**Summary of Overdraft Rewind**<sup>SM</sup> **Benefits**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/16/2019 - 08/14/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $23.92 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,400.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 33 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐
RC/RC



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/15 | | ATM Check Deposit on 08/15 1230 US Hwy. 22 Phillipsburg NJ 0007645 ATM ID 6743S Card 4006 | 500.00 | | |
| 8/15 | | Purchase authorized on 08/14 Fredon Discount Li Fredon NJ S469226762872714 Card 4006 | | 11.84 | |
| 8/15 | | ATM Withdrawal authorized on 08/15 1886 Bethlehem Pike Flourtown PA 0002844 ATM ID 0013A Card 4006 | | 140.00 | 852.99 |
| 8/16 | | ATM Check Deposit on 08/16 601 Chestnut St. Philadelphia PA 0006051 ATM ID 6560S Card 4006 | 200.00 | | |
| 8/16 | | Purchase authorized on 08/15 Fattys Bar & Grill Wyndmoor PA S389227741596295 Card 4006 | | 45.00 | |
| 8/16 | | Firstenergy Opco Fe Echeck 100110834833 Ronette Streeter | | 288.39 | 719.60 |
| 8/19 | | Money Transfer authorized on 08/17 From Keith Scriven PA S00469229753328771 Card 4006 | 591.00 | | |
| 8/19 | | Purchase authorized on 08/15 Quick Chek Food St Phillipsburg NJ S469227468495701 Card 4006 | | 25.00 | |
| 8/19 | | Purchase authorized on 08/15 Quick Chek Food St Phillipsburg NJ S309227474652469 Card 4006 | | 1.65 | |
| 8/19 | | Purchase authorized on 08/16 Pamma Jewelry Tool Philadelphia PA S389228506157934 Card 4006 | | 23.00 | |
| 8/19 | | Purchase authorized on 08/16 Pamma Jewelry Tool Philadelphia PA S389228509100871 Card 4006 | | 10.00 | |
| 8/19 | | Purchase authorized on 08/16 Tractor Supply #18 Pipersville PA S309228782607213 Card 4006 | | 59.33 | |
| 8/19 | | Purchase authorized on 08/16 Quick Chek Food St Phillipsburg NJ S589228804306437 Card 4006 | | 30.00 | |
| 8/19 | | Purchase authorized on 08/17 Main St. Liquors Stillwater NJ S389229753617116 Card 4006 | | 17.96 | |
| 8/19 | | Purchase authorized on 08/18 Joann Stores #2341 Succasunna NJ S589230651461494 Card 4006 | | 131.23 | 1,012.43 |
| 8/20 | | ATM Cash Deposit on 08/20 1230 US Hwy. 22 Phillipsburg NJ 0009308 ATM ID 6743S Card 4006 | 100.00 | | |
| 8/20 | | ATM Cash Deposit on 08/20 1230 US Hwy. 22 Phillipsburg NJ 0009309 ATM ID 6743S Card 4006 | 100.00 | | |
| 8/20 | | ATM Cash Deposit on 08/20 1230 US Hwy. 22 Phillipsburg NJ 0009310 ATM ID 6743S Card 4006 | 100.00 | | |
| 8/20 | | Purchase authorized on 08/19 Fredon Discount Li Fredon NJ S309231518847144 Card 4006 | | 19.17 | |
| 8/20 | | Purchase authorized on 08/20 Joann Stores #1588 Quakertown PA P003092322663068085 Card 4006 | | 43.22 | |
| 8/20 | | Chubb-Prs Ins.Prem 190819 Prs Keith Scriven | | 142.54 | 1,107.50 |
| 8/21 | | Purchase authorized on 08/20 Shoprite Cheltenha Cheltenham PA S589232560964272 Card 4006 | | 164.87 | |
| 8/21 | | Purchase authorized on 08/20 Hop & Vine Liquors Belvidere NJ S309232700714152 Card 4006 | | 13.86 | |
| 8/21 | | Vz Wireless Ve Vzw Webpay 190820 0398931 Keith *Scriven | | 203.63 | 725.14 |
| 8/22 | | ATM Cash Deposit on 08/22 481 W. Germantown Pike Plymouth Meet PA 0005963 ATM ID 0092R Card 4006 | 340.00 | | 1,065.14 |
| 8/23 | | Venmo Cashout 2407748008 Keith Scriven | 750.00 | | |
| 8/23 | | Money Transfer authorized on 08/23 From Keith Scriven PA S00589235793637383 Card 4006 | 197.00 | | |
| 8/23 | | Purchase authorized on 08/22 US Fuel Flemington Flemington NJ S309234484425675 Card 4006 | | 25.00 | |
| 8/23 | | Purchase authorized on 08/23 Fleishman Fabrics Philadelphia PA P004692355568606838 Card 4006 | | 60.00 | |
| 8/23 | | Td Bank Payment 190822 Lawrance M Kane 4839501527229500 | | 294.00 | |
| 8/23 | 239 | Check | | 651.31 | 981.83 |
| 8/26 | | Purchase authorized on 08/23 Mountain Valley Fl Washington to NJ S389235701399415 Card 4006 | | 16.50 | |
| 8/26 | | Purchase authorized on 08/24 Main St. Liquors Stillwater NJ S389236678490516 Card 4006 | | 15.98 | |

September 16, 2019 ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/26 | | Purchase authorized on 08/25 Fredon Discount Li Fredon NJ S589237703534848 Card 4006 | | 14.92 | 934.43 |
| 8/27 | | Money Transfer authorized on 08/27 From Keith Scriven PA S003092397465226782 Card 4006 | 788.00 | | |
| 8/27 | | Purchase authorized on 08/26 Shoprite Wines & S Newton NJ S389238619430121 Card 4006 | | 11.83 | |
| 8/27 | | Tele-Transfer to xxxxxx3982 Reference #TF06R29Hvy | | 700.00 | 1,010.60 |
| 8/28 | | Purchase authorized on 08/27 Cash App*Keith Scr 8774174551 CA S389239749809902 Card 4006 | | 100.00 | |
| 8/28 | | Purchase authorized on 08/27 Fredon Discount Li Fredon NJ S589239820715825 Card 4006 | | 14.92 | |
| 8/28 | | Purchase authorized on 08/27 Fredon Deli Newton NJ S389239825599930 Card 4006 | | 9.28 | |
| 8/28 | | Purchase authorized on 08/28 Shoprite Liquors 60 Beave Lincoln Park NJ P004469240601359531 Card 4006 | | 191.87 | |
| 8/28 | | Purchase authorized on 08/28 Shoprite Lncoln Prk S1 Lincoln Park NJ P004469240605222764 Card 4006 | | 72.79 | |
| 8/28 | | Td Bank Payment 190827 Keith M Scriven 4839501527229500 | | 100.00 | |
| 8/28 | | Centurylink Speedpay 190827 xxxxx1047 xxxxx0284 | | 133.02 | 388.72 |
| 8/29 | | ATM Check Deposit on 08/29 601 Chestnut St. Philadelphia PA 0007183 ATM ID 6560S Card 4006 | 500.00 | | |
| 8/29 | | Purchase authorized on 08/28 McDonald's F23405 Stanhope NJ S389240630932519 Card 4006 | | 7.45 | |
| 8/29 | | Purchase authorized on 08/28 Cash App*Keith Scr 8774174551 CA S469240861720798 Card 4006 | | 310.00 | 571.27 |
| 8/30 | | Edeposit IN Branch/Store 08/30/19 12:23:21 Pm 161 S Easton Rd Glenside PA 5377 | 6,000.00 | | |
| 8/30 | | Purchase authorized on 08/28 Exxonmobil 4797 Andover NJ S309240573646895 Card 4006 | | 40.00 | |
| 8/30 | | Purchase authorized on 08/29 Parkmobile-10 770-818-9036 GA S469241626711159 Card 4006 | | 1.97 | |
| 8/30 | | Withdrawal Made In A Branch/Store | | 5,997.00 | 532.30 |
| 9/3 | | ATM Check Deposit on 09/03 1 Freedom Valley Dr. Plumsteadvill PA 0004297 ATM ID 0087R Card 4006 | 1,000.00 | | |
| 9/3 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib06Rml4Vj on 08/31/19 | | 30.00 | |
| 9/3 | | Purchase authorized on 08/31 Quick Chek Corpora Belvidere NJ S589243644212833 Card 4006 | | 25.00 | |
| 9/3 | | Purchase authorized on 09/02 Wal-Mart Wal-Mart Sto Newton NJ P000000000135693675 Card 4006 | | 50.88 | 1,426.42 |
| 9/4 | | Purchase authorized on 09/02 Staples 0010 Newton NJ S469245608043531 Card 4006 | | 5.58 | |
| 9/4 | | Purchase authorized on 09/03 Hop & Vine Liquors Belvidere NJ S469247008036296 Card 4006 | | 13.86 | |
| 9/4 | 240 | Check | | 270.00 | |
| 9/4 | | Capital One Online Pmt 190904 924739910145398 Kane Lawrence | | 510.00 | 626.98 |
| 9/5 | | Purchase authorized on 09/03 Staples 0010 Newton NJ S389246457254877 Card 4006 | | 4.35 | |
| 9/5 | | Purchase authorized on 09/03 Newton Express Was Newton NJ S589246604562189 Card 4006 | | 17.50 | 605.13 |
| 9/6 | | Purchase authorized on 09/05 US Fuel Flemington Flemington NJ S309248477430210 Card 4006 | | 25.00 | |
| 9/6 | | Cash eWithdrawal in Branch/Store 09/06/2019 1:18 Pm 2401 W Cheltenham Ave Wyncote PA 4006 | | 500.00 | 80.13 |
| 9/9 | | Venmo Cashout 2468788931 Keith Scriven | 325.00 | | |
| 9/9 | | Money Transfer authorized on 09/09 From Keith Scriven PA S003092524792100992 Card 4006 | 295.50 | | |
| 9/9 | | Purchase authorized on 09/06 Walgreens #6894 Wyncote PA S309249579505830 Card 4006 | | 10.00 | 690.63 |
| 9/10 | | Money Transfer authorized on 09/10 From Keith Scriven PA S00589253687700109 Card 4006 | 49.25 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/10 | | Purchase authorized on 09/09 Shoprite Wines & S Newton NJ S589252634621404 Card 4006 | | 21.31 | |
| 9/10 | | Discover E-Payment 190910 3391 Kane Lawrence | | 92.00 | 626.57 |
| 9/11 | | Purchase authorized on 09/10 Cash App*Keith Scr 8774174551 CA S389253687393083 Card 4006 | | 120.00 | |
| 9/11 | | Purchase authorized on 09/11 Shoprite Newton S1 Newton NJ P00309254760438448 Card 4006 | | 44.77 | 461.80 |
| 9/12 | | ATM Cash Deposit on 09/12 122 Water Street Newton NJ 0001014 ATM ID 0115N Card 4006 | 31.00 | | |
| 9/12 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib06Tg97x9 on 09/12/19 | 15.00 | | |
| 9/12 | | Purchase authorized on 09/10 Pods Northern New 800-7767637 NJ S309253311037299 Card 4006 | | 299.61 | |
| 9/12 | | Purchase authorized on 09/11 Cash App*Keith Scr 8774174551 CA S389254511608184 Card 4006 | | 75.00 | |
| 9/12 | | ATM Withdrawal authorized on 09/12 122 Water Street Newton NJ 0001132 ATM ID 0115N Card 4006 | | 20.00 | |
| 9/12 | | Comcast Cable 190911 6304869 Keith *Scriven | | 106.88 | 6.31 |
| 9/13 | | Edeposit IN Branch/Store 09/13/19 12:43:41 Pm 50 International Dr S Flanders NJ 4006 | 13,159.00 | | |
| 9/13 | | Purchase authorized on 09/11 McDonald's F11979 Newton NJ S389254763497998 Card 4006 | | 5.96 | |
| 9/13 | | ATM Withdrawal authorized on 09/13 122 Water Street Newton NJ 0001346 ATM ID 0115N Card 4006 | | 300.00 | |
| 9/13 | 241 | Check | | 1,700.00 | 11,159.35 |
| 9/16 | | Purchase authorized on 09/15 Venmo* VISA Direct NY S003092584720007 29 Card 4006 | | 200.00 | |
| 9/16 | | Purchase authorized on 09/15 Wine and Spirits 4 Ambler PA S469258741882433 Card 4006 | | 31.77 | |
| 9/16 | | Purchase authorized on 09/16 The Home Depot 984 Newton NJ P00309259753126841 Card 4006 | | 19.16 | |
| 9/16 | | Femafloodnfsie Payment 190913 6Nhhrsajek1 Keith M Scriven | | 831.00 | 10,077.42 |
| **Ending balance on 9/16** | | | | | **10,077.42** |
| **Totals** | | | **$25,040.75** | **$15,468.16** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 239 | 8/23 | 651.31 | 240 | 9/4 | 270.00 | 241 | 9/13 | 1,700.00 |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

**Summary of Overdraft Rewind** SM **Benefits**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/17 | | Purchase authorized on 09/15 Quick Chek Corpora Belvidere NJ S589258499544399 Card 4006 | | 30.00 | |
| 9/17 | | Purchase authorized on 09/15 Metro Self Storage 973-6914848 NJ S309258557241694 Card 4006 | | 182.23 | |
| 9/17 | | Purchase authorized on 09/16 Enterprise Rent-A- Augusta NJ S389259738832969 Card 4006 | | 479.00 | |
| 9/17 | | Cash eWithdrawal in Branch/Store 09/17/2019 12:57 Pm 755 S West End Blvd Quakertown PA 4006 | | 2,500.00 | |
| 9/17 | | Healthinspremium EDI Paymts 19736827 Lawrence Kane | | 128.94 | |
| 9/17 | | American Express ACH Pmt 190917 W1628 Keith Scriven | | 2,565.25 | 4,192.00 |
| 9/18 | | Purchase authorized on 09/17 Hop & Vine Liquors Belvidere NJ S469261000493018 Card 4006 | | 13.86 | |
| 9/18 | | Santander Consumer 190918 0021356117 Keith Scriven | | 552.48 | |
| 9/18 | | Santander Consumer 190918 0021356117 Keith Scriven | | 2,000.00 | 1,625.66 |
| 9/19 | | Venmo Cashout 2515457746 Keith Scriven | 850.00 | | 2,475.66 |
| 9/20 | | Purchase authorized on 09/20 Fredon Discount Liquor Fredon NJ P00589263525904103 Card 4006 | | 29.83 | 2,445.83 |
| 9/23 | | Purchase authorized on 09/19 Tatamy Food Mart Tatamy PA S389262753448485 Card 4006 | | 33.34 | |
| 9/23 | | Purchase authorized on 09/20 Quick Chek Corpora Belvidere NJ S309263554170480 Card 4006 | | 30.00 | |
| 9/23 | | Purchase authorized on 09/21 Applebees 99896470 Newton NJ S589264763019383 Card 4006 | | 38.00 | |
| 9/23 | | Purchase authorized on 09/22 Cash App*Marki 8774174551 CA S309265392907506 Card 4006 | | 400.00 | |
| 9/23 | | Vz Wireless Ve E Check 190920 1091964 Keith *Scriven | | 221.20 | |
| 9/23 | | City of Philadel 2152886800 A19263 2Jz8Vhexwebmj9x Scriven Keith | | 352.74 | 1,370.55 |
| 9/24 | | Purchase authorized on 09/23 Enterprise Rent-A- Augusta NJ S589266550787257 Card 4006 | | 92.35 | |
| 9/24 | | Purchase authorized on 09/23 Main St. Liquors Stillwater NJ S589266756914916 Card 4006 | | 15.98 | |
| 9/24 | | ATM Withdrawal authorized on 09/24 601 Chestnut St. Philadelphia PA 0004391 ATM ID 6560D Card 4006 | | 500.00 | 762.22 |
| 9/25 | | Purchase authorized on 09/24 Wawa 991 0000 Flemington NJ S469267463880907 Card 4006 | | 25.00 | |
| 9/25 | | Purchase authorized on 09/24 Parkmobile-10 770-818-9036 GA S389267658330941 Card 4006 | | 1.90 | |
| 9/25 | | Service Electric Service El D9J23G2421005 Keith M Scriven | | 185.00 | |
| 9/25 | 242 | Check | | 270.00 | 280.32 |
| 9/26 | | Purchase authorized on 09/24 Ppa on Street Mete Philadelphia PA S469267566874007 Card 4006 | | 5.00 | 275.32 |
| 9/27 | | Capital One Online Pmt 190927 927039910550638 Kane Lawrence | | 55.00 | 220.32 |
| 9/30 | | Venmo Cashout 2547907480 Keith Scriven | 650.00 | | |
| 9/30 | | Purchase authorized on 09/27 Kc's Alley Ambler PA S469271078928989 Card 4006 | | 51.08 | |
| 9/30 | | Purchase authorized on 09/27 x Mark'S The Spot Philadelphia PA S389271195828383 Card 4006 | | 43.00 | |
| 9/30 | | Purchase authorized on 09/28 Rite Aid Store - 2604 Philadelphia PA P00589271547813997 Card 4006 | | 44.28 | |
| 9/30 | | Purchase authorized on 09/28 McDonald's F19946 North Wales PA S469271585636921 Card 4006 | | 5.29 | |
| 9/30 | | Purchase authorized on 09/28 Tractor S 6719 Easton Bedminster PA P00000000474397921 Card 4006 | | 16.42 | 710.25 |
| 10/1 | | Purchase authorized on 09/29 Shoprite Wines & S Newton NJ S589272609800693 Card 4006 | | 12.79 | |
| 10/1 | | Purchase authorized on 09/30 Fredon Discount Li Fredon NJ S469273354750587 Card 4006 | | 17.05 | 680.41 |
| 10/2 | | Vz Wireless Ve Vzw Webpay 191001 0227265 Keith *Scriven | | 216.21 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | | Transamerica Transameri 191002 42089058 Keith Scriven | | 393.51 | 70.69 |
| 10/4 | | Purchase authorized on 10/03 Wine and Spirits 5 Philadelphia PA S309277019914685 Card 4006 | | 12.95 | 57.74 |
| 10/7 | | Purchase authorized on 10/03 Reggae Reggae Vibe Philadelphia PA S389276638322946 Card 4006 | | 11.88 | 45.86 |
| 10/8 | | ATM Cash Deposit on 10/08 122 Water Street Newton NJ 0006582 ATM ID 0115N Card 4006 | 200.00 | | 245.86 |
| 10/10 | | ATM Cash Deposit on 10/10 74 Church St Flemington NJ 0009607 ATM ID 6865W Card 4006 | 200.00 | | |
| 10/10 | | Purchase authorized on 10/10 Keystone Sewing Machin Philadelphia PA P00309283552654009 Card 4006 | | 29.16 | |
| 10/10 | | Citi Card Online Payment 191009 143088656584293 Lawrence M Kane | | 85.14 | 331.56 |
| 10/15 | | Purchase authorized on 10/10 Pods Northern New 800-7767637 NJ S589283310521617 Card 4006 | | 203.65 | |
| 10/15 | | Purchase authorized on 10/10 Tandy Leather #181 Philadelphia PA S589283524983696 Card 4006 | | 43.42 | |
| 10/15 | | Purchase authorized on 10/11 Ppa on Street Mete Philadelphia PA S469284526724788 Card 4006 | | 3.00 | |
| 10/15 | | Purchase authorized on 10/11 Hop & Vine Liquors Belvidere NJ S389284822202201 Card 4006 | | 18.15 | |
| 10/15 | | Purchase authorized on 10/13 Fredon Discount Liquor Fredon NJ P004692866697315598 Card 4006 | | 17.05 | |
| 10/15 | | Purchase authorized on 10/14 Cash App*Keith Scr 8774174551 CA S309287419490755 Card 4006 | | 30.00 | 16.29 |
| **Ending balance on 10/15** | | | | | **16.29** |
| **Totals** | | | **$1,900.00** | **$11,961.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 242 | 9/25 | 270.00 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

## Summary of Overdraft Rewind ᴿᴹ Benefits

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

# Wells Fargo Simple Business Checking

July 31, 2019 ■ Page 1 of 5



HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $480.25 |
| Deposits/Credits | 8,026.61 |
| Withdrawals/Debits | - 8,466.97 |
| **Ending balance on 7/31** | **$39.89** |
| Average ledger balance this period | $503.97 |

Account number:  ▇▇▇▇**3982**

**HANLAN MIDGETTE SCRIVEN LP**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

July 31, 2019 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Money Transfer authorized on 06/29 From Keith Scriven PA S003091804380732l6 Card 4658 | 423.55 | | |
| 7/1 | | Edeposit IN Branch/Store 07/01/19 01:01:16 Pm 222 E Main St Collegeville PA 4658 | 1,670.00 | | |
| 7/1 | | ATM Cash Deposit on 07/01 601 Chestnut St. Philadelphia PA 0001392 ATM ID 6560S Card 4658 | 100.00 | | |
| 7/1 | | Recurring Payment authorized on 06/28 Geico *Auto 800-841-3000 DC S389179476765375 Card 4658 | | 265.50 | |
| 7/1 | 1152 | Check | | 1,681.73 | 726.57 |
| 7/3 | | Purchase authorized on 07/02 Njt Newark Newark NJ S589183532729297 Card 4658 | | 10.50 | |
| 7/3 | | Purchase authorized on 07/02 Laz Parking 590233 Newark NJ S389183615141628 Card 4658 | | 15.00 | |
| 7/3 | | ATM Withdrawal authorized on 07/03 601 Chestnut St. Philadelphia PA 0000141 ATM ID 6560D Card 4658 | | 20.00 | 681.07 |
| 7/5 | | Purchase authorized on 07/03 Sunoco 0363395503 Bensalem PA S469184513593918 Card 4658 | | 30.68 | |
| 7/5 | | Transamerica Transameri 190705 42089058 Keith Scriven | | 393.51 | 256.88 |
| 7/8 | | Purchase authorized on 07/05 Quick Chek Food St Phillipsburg NJ S469186455759829 Card 4658 | | 30.00 | |
| 7/8 | | Purchase authorized on 07/05 Bourbon & Branch Philadelphia PA S309186656884037 Card 4658 | | 57.00 | |
| 7/8 | | Purchase authorized on 07/05 Mountain Valley Fl Washington to NJ S309186736687961 Card 4658 | | 12.78 | |
| 7/8 | | Purchase authorized on 07/05 Dnh*Godaddy.Com 480-5058855 AZ S589186832881905 Card 4658 | | 100.91 | 56.19 |
| 7/9 | | Money Transfer authorized on 07/09 From Keith Scriven PA S003091904544576813 Card 4658 | 325.05 | | 381.24 |
| 7/10 | | Stop Payment Fee | | 31.00 | |
| 7/10 | | Purchase authorized on 07/08 Ppa on Street Mete Philadelphia PA S589189739296301 Card 4658 | | 2.00 | |
| 7/10 | | Purchase authorized on 07/09 Nycdot Parking Met Long Is City NY S309190561368747 Card 4658 | | 2.50 | |
| 7/10 | | Td Bank Payment 190709 Lawrance M Kane 4839501527229500 | | 330.00 | 15.74 |
| 7/11 | | Overdraft Fee for a Transaction Posted on 07/10 $330.00 Td Bank Payment 190709 Lawrance M K Ane 4839501527229500 | | 35.00 | |
| 7/11 | | Money Transfer authorized on 07/11 From Keith Scriven PA S003091924383391l32 Card 4658 | 24.62 | | |
| 7/11 | | Money Transfer authorized on 07/11 From Keith Scriven PA S003091926860710l97 Card 4658 | 78.80 | | |
| 7/11 | | Purchase authorized on 07/09 Shell Oil 57545295 Flanders NJ S389190679097827 Card 4658 | | 30.00 | 54.16 |
| 7/12 | | Money Transfer authorized on 07/12 From Keith Scriven PA S003091935532506l81 Card 4658 | 19.70 | | |
| 7/12 | | Money Transfer authorized on 07/12 From Keith Scriven PA S003891936613105l49 Card 4658 | 1,280.50 | | |
| 7/12 | | ATM Cash Deposit on 07/12 9101 Roosevelt Blvd Philadelphia PA 0006703 ATM ID 6690E Card 4658 | 80.00 | | |
| 7/12 | | Barclaycard US Creditcard xxxxx1521 Lawrence Kane | | 65.00 | |
| 7/12 | < | Business to Business ACH Debit - Capital One Online Pmt 190712 919339910525010 Kane Lawrence | | 75.00 | 1,294.36 |
| 7/15 | | Money Transfer authorized on 07/14 From Keith Scriven PA S003091955378084l76 Card 4658 | 64.02 | | |
| 7/15 | | American Express ACH Pmt 190715 W6946 Hanlan Midgete Scriven | | 65.00 | |
| 7/15 | | Chase Credit Crd Epay 190712 4203969941 Lawrence M Kane | | 350.00 | |
| 7/15 | | Chase Credit Crd Epay 190712 4203963522 Lawrence M Kane | | 425.00 | |
| 7/15 | | Chase Credit Crd Epay 190712 4203966964 Lawrence M Kane | | 500.00 | 18.38 |
| 7/17 | 1153 | Check | | 704.00 | -685.62 |

July 31, 2019 ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/18 | | Overdraft Fee for a Transaction Posted on 07/17 $704.00 Check # 01153 | | 35.00 | |
| 7/18 | | ATM Cash Deposit on 07/18 601 Chestnut St. Philadelphia PA 0003163 ATM ID 6560S Card 4658 | 800.00 | | 79.38 |
| 7/19 | | Money Transfer authorized on 07/19 From Keith Scriven PA S003092006595999916 Card 4658 | 29.55 | | |
| 7/19 | | Purchase authorized on 07/18 Wine and Spirits 5 Philadelphia PA S469199812400500 Card 4658 | | 25.91 | |
| 7/19 | | American Express ACH Pmt 190719 W8904 Hanlan Midgete Scriven | | 56.00 | 27.02 |
| 7/22 | | Tele-Transfer Fr xxxxxx5377 Reference #TF06Ktjlqt | 240.00 | | |
| 7/22 | | Tele-Transfer Fr xxxxxx5377 Reference #TF06Ktjt2Y | 375.00 | | |
| 7/22 | | Purchase authorized on 07/22 Fredon Discount Liquor Fredon NJ P00389203713049577 Card 4658 | | 14.92 | 627.10 |
| 7/23 | | Recurring Payment authorized on 07/22 Dnh*Godaddy.Com 480-5058855 AZ S469203498463812 Card 4658 | | 259.08 | |
| 7/23 | | Purchase authorized on 07/22 Dnh*Godaddy.Com 480-5058855 AZ S589203536271807 Card 4658 | | 10.89 | |
| 7/23 | | Purchase authorized on 07/22 Fredon Deli Newton NJ S589203715734887 Card 4658 | | 9.28 | |
| 7/23 | | Recurring Payment Reversal on 07/22 Dnh*Godaddy.Com 480-5058855 AZ S619204546980121 Card 4658 | 215.82 | | |
| 7/23 | | Td Bank Payment 190722 Lawrance M Kane 4839501527229500 | | 340.00 | 223.67 |
| 7/25 | | Purchase authorized on 07/24 Shoprite Newton S1 Newton NJ S389205578725920 Card 4658 | | 73.86 | |
| 7/25 | | Purchase authorized on 07/25 WM Superc Wal-Mart Sup Flemington NJ P00000000630708618 Card 4658 | | 46.44 | |
| 7/25 | | Purchase authorized on 07/25 Fleishman Fabrics Philadelphia PA P00469206544842909 Card 4658 | | 17.00 | 86.37 |
| 7/26 | | ATM Cash Deposit on 07/26 3625 Horizon Boulevard Trevose PA 0004524 ATM ID 0642N Card 4658 | 2,000.00 | | |
| 7/26 | | Purchase authorized on 07/24 Quick Chek Corpora Newton NJ S589205582746309 Card 4658 | | 27.46 | |
| 7/26 | | Purchase authorized on 07/24 Quick Chek Corpora Newton NJ S309205582596869 Card 4658 | | 30.00 | |
| 7/26 | | Recurring Payment authorized on 07/25 Netflix.Com Netflix.Com CA S469206439301435 Card 4658 | | 9.71 | 2,019.20 |
| 7/29 | | Purchase authorized on 07/27 Ac Moore Str 138 973-891-3208 NJ S589208669756043 Card 4658 | | 43.11 | |
| 7/29 | | Recurring Payment authorized on 07/28 Geico *Auto 800-841-3000 DC S3092094741117284 Card 4658 | | 265.50 | |
| 7/29 | < | Business to Business ACH Debit - Capital One Online Pmt 190727 920839910206367 Kane Lawrence | | 75.00 | |
| 7/29 | | Chase Credit Crd Epay 190727 4226268184 Lawrence M Kane | | 340.00 | |
| 7/29 | | Chase Credit Crd Epay 190727 4226265019 Lawrence M Kane | | 470.00 | 825.59 |
| 7/30 | | ATM Cash Deposit on 07/30 2401 W Cheltenham Ave Wyncote PA 0008635 ATM ID 2818A Card 4658 | 300.00 | | |
| 7/30 | 1154 | Check | | 1,080.00 | 45.59 |
| 7/31 | | Cash Deposit Processing Fee | | 5.70 | 39.89 |
| **Ending balance on 7/31** | | | | | **39.89** |
| **Totals** | | | **$8,026.61** | **$8,466.97** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/2 | | ATM Cash Deposit on 08/02 601 Chestnut St. Philadelphia PA 0004692 ATM ID 6560S Card 4658 | 280.00 | | |
| 8/2 | | Edeposit IN Branch/Store 08/02/19 04:56:28 Pm 2 W Girard Ave Philadelphia PA 4658 | 4,000.00 | | |
| 8/2 | | ATM Cash Deposit on 08/02 2 W. Girard Avenue Philadelphia PA 0004904 ATM ID 2091A Card 4658 | 100.00 | | |
| 8/2 | | American Express ACH Pmt 190802 M7932 Hanlan Midgete Scriven | | 4,000.00 | 419.89 |
| 8/5 | | ATM Cash Deposit on 08/03 222 E. Main St. Collegeville PA 0005894 ATM ID 0232K Card 4658 | 1,000.00 | | |
| 8/5 | | Tele-Transfer Fr xxxxxx5377 Reference #TF06Mydbgs | 200.00 | | |
| 8/5 | | Purchase authorized on 08/03 Sunoco 0715042800 Phillipsburg NJ S309215748687005 Card 4658 | | 30.00 | |
| 8/5 | | Purchase authorized on 08/03 Hop & Vine Liquors Belvidere NJ S589215759130751 Card 4658 | | 13.86 | |
| 8/5 | | Purchase authorized on 08/04 Main St. Liquors Stillwater NJ S389216745450838 Card 4658 | | 15.98 | |
| 8/5 | | Transamerica Transameri 190804 42089058 Keith Scriven | | 393.51 | |
| 8/5 | < | Business to Business ACH Debit - Capital One Phone Pymt 190803 921539750004873 Kane Lawrence | | 523.00 | 643.54 |
| 8/6 | | ATM Cash Deposit on 08/06 1230 US Hwy. 22 Phillipsburg NJ 0004781 ATM ID 6743S Card 4658 | 140.00 | | |
| 8/6 | | Purchase authorized on 08/05 Homegoods #489 Newton NJ S469217542697917 Card 4658 | | 55.36 | |
| 8/6 | | Barclaycard US Creditcard xxxxx0883 Lawrence Kane | | 60.00 | |
| 8/6 | | Chase Credit Crd Epay 190805 4239841924 Lawrence M Kane | | 405.00 | |
| 8/6 | | American Express ACH Pmt 190806 W2850 Hanlan Midgete Scriven | | 71.00 | 192.18 |
| 8/7 | | Recurring Payment authorized on 08/06 Dnh*Godaddy.Com 480-5058855 AZ S309218493485826 Card 4658 | | 12.95 | |
| 8/7 | | Citi Payment Payment 190806 203034042505200 Lawrence Kane Jr | | 91.24 | 87.99 |
| 8/8 | | Money Transfer authorized on 08/08 From Keith Scriven PA S00309220481350220 Card 4658 | 517.12 | | 605.11 |
| 8/9 | | ATM Withdrawal authorized on 08/09 161 S.Easton/@Dwaverly Rd Glenside PA 0002139 ATM ID 0221I Card 4658 | | 40.00 | |
| 8/9 | | Mbfs Web Pay 190808 5000964905001 Keith M Scriven | | 517.00 | 48.11 |
| 8/12 | | Purchase authorized on 08/08 Ppa on Street Mete Philadelphia PA S309220570346833 Card 4658 | | 3.00 | 45.11 |
| 8/13 | | Money Transfer authorized on 08/13 From Keith Scriven PA S00389225720533391 Card 4658 | 14.78 | | |
| 8/13 | | Purchase authorized on 08/12 Fredon Deli Newton NJ S589224598689417 Card 4658 | | 8.46 | |
| 8/13 | | ATM Withdrawal authorized on 08/13 1230 US Hwy. 22 Phillipsburg NJ 0007154 ATM ID 6743S Card 4658 | | 40.00 | 11.43 |
| 8/16 | | ATM Cash Deposit on 08/16 601 Chestnut St. Philadelphia PA 0006049 ATM ID 6560S Card 4658 | 700.00 | | 711.43 |
| 8/19 | < | Business to Business ACH Debit - Firstenergy Opco Fe Echeck 100110834700 Hmslp | | 683.72 | 27.71 |
| 8/22 | | Purchase authorized on 08/20 Burger King #10754 Coopersburg PA S389232673517817 Card 4658 | | 6.89 | 20.82 |
| 8/26 | | Recurring Payment authorized on 08/25 Netflix.Com Netflix.Com CA S389237468306035 Card 4658 | | 9.71 | 11.11 |
| 8/27 | | Cash Deposited Fees Assessed IN Error | 4.80 | | |
| 8/27 | | Money Transfer authorized on 08/27 From Keith Scriven PA S00389239750480813 Card 4658 | 98.50 | | |
| 8/27 | | Tele-Transfer Fr xxxxxx5377 Reference #TF06R29Hvy | 700.00 | | |
| 8/27 | < | Business to Business ACH Debit - Capital One Online Pmt 190827 923939910273864 Kane Lawrence | | 60.00 | 754.41 |

**Wells Fargo**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/28 | | Money Transfer authorized on 08/28 From Keith Scriven PA S003092408638801487 Card 4658 | 305.35 | | |
| 8/28 | | Chase Credit Crd Epay 190827 4273083303 Lawrence M Kane | | 450.00 | 609.76 |
| 8/29 | | Recurring Payment authorized on 08/28 Geico *Auto 800-841-3000 DC S589240475758910 Card 4658 | | 265.50 | |
| 8/29 | | Chase Credit Crd Epay 190828 4274712859 Lawrence M Kane | | 301.00 | 43.26 |
| 8/30 | | Monthly Service Fee | | 10.00 | |
| 8/30 | | Cash Deposit Processing Fee | | 9.60 | 23.66 |
| **Ending balance on 8/31** | | | | | **23.66** |
| **Totals** | | | **$8,060.55** | **$8,076.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;  **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $221.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 6,200 | 3,000 | 3,200 | 0.0030 | 9.60 |
| Transactions | 13 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$9.60** |

September 30, 2019  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | ATM Check Deposit on 09/03 1 Freedom Valley Dr. Plumsteadvill PA 0004296 ATM ID 0087R Card 4658 | 500.00 | | |
| 9/3 | | ATM Cash Deposit on 09/03 1230 US Hwy. 22 Phillipsburg NJ 0004171 ATM ID 6743S Card 4658 | 100.00 | | |
| 9/3 | | American Express ACH Pmt 190903 M6482 Hanlan Midgete Scriven | | 500.00 | 123.66 |
| 9/9 | | Recurring Payment authorized on 09/06 Dnh*Godaddy.Com 480-5058855 AZ S589249479941363 Card 4658 | | 12.95 | 110.71 |
| 9/10 | | Money Transfer authorized on 09/10 From Keith Scriven PA S00589253711714151 Card 4658 | 118.20 | | |
| 9/10 | < | Business to Business ACH Debit - American Express ACH Pmt 190910 W4818 Hanlan Midgete Scriven | | 40.00 | |
| 9/10 | | Discover E-Payment 190910 3391 Kane Lawrence | | 92.00 | 96.91 |
| 9/11 | | Money Transfer authorized on 09/11 From Keith Scriven PA S003092545142765524 Card 4658 | 73.88 | | |
| 9/11 | | Barclaycard US Creditcard xxxxx9995 Lawrence Kane | | 60.00 | |
| 9/11 | | Citi Card Online Payment 190910 113064249965629 Lawrence M Kane | | 95.00 | 15.79 |
| 9/16 | | Purchase authorized on 09/13 Shoprite Wines & S Newton NJ S589256717781214 Card 4658 | | 12.79 | 3.00 |
| 9/19 | | Money Transfer authorized on 09/19 From Keith Scriven PA S00389262722280074 Card 4658 | 68.95 | | |
| 9/19 | < | Business to Business ACH Debit - American Express ACH Pmt 190919 W3078 Hanlan Midgete Scriven | | 50.00 | 21.95 |
| 9/23 | | Money Transfer authorized on 09/22 From Keith Scriven PA S00389265491893329 Card 4658 | 49.25 | | |
| 9/23 | | Money Transfer authorized on 09/22 From Keith Scriven PA S00389265732496166 Card 4658 | 197.00 | | |
| 9/23 | | Recurring Payment authorized on 09/22 Dnh*Godaddy.Com 480-5058855 AZ S469265455443143 Card 4658 | | 32.40 | 235.80 |
| 9/24 | | Td Bank Payment 190923 Lawrance M Kane 4839501527229500 | | 198.00 | 37.80 |
| 9/26 | | Recurring Payment authorized on 09/25 Netflix.Com Netflix.Com CA S589268476380080 Card 4658 | | 9.71 | 28.09 |
| 9/27 | | ATM Cash Deposit on 09/27 25 W. Skippack Pike Broad Axe PA 0005547 ATM ID 0212K Card 4658 | 160.00 | | |
| 9/27 | | Money Transfer authorized on 09/27 From Keith Scriven PA S003092707640813333 Card 4658 | 78.80 | | 266.89 |
| 9/30 | | Money Transfer authorized on 09/28 From Keith Scriven PA S003092716418700014 Card 4658 | 295.50 | | |
| 9/30 | | Money Transfer authorized on 09/28 From Keith Scriven PA S00589271760775780 Card 4658 | 591.00 | | |
| 9/30 | | Money Transfer authorized on 09/28 From Keith Scriven PA S003092717640418122 Card 4658 | 49.25 | | |
| 9/30 | | Recurring Payment authorized on 09/28 Geico *Auto 800-841-3000 DC S389271474265391 Card 4658 | | 265.50 | |
| 9/30 | | Cash eWithdrawal in Branch/Store 09/28/2019 1:56 Pm 1230 US Hwy 22 Phillipsburg NJ 4658 | | 160.00 | |
| 9/30 | | Chase Credit Crd Epay 190928 4322395067 Lawrence M Kane | | 302.00 | |
| 9/30 | | Chase Credit Crd Epay 190928 4322390570 Lawrence M Kane | | 447.00 | |
| 9/30 | | Monthly Service Fee | | 10.00 | 18.14 |
| **Ending balance on 9/30** | | | | | **18.14** |
| **Totals** | | | **$2,281.83** | **$2,287.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;   **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*