UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |

# Quarterly Post-Confirmation Report for Reorganized Debtor
## For the Quarter Ending: 4th - 2019

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan: November 24, 2015

2. Cash balance at the beginning of this quarter: $ 728.39
   Total receipts during this quarter: $28,702.31
   Total disbursements during this quarter: $30,278.79
   Cash balance at the end of this quarter: - $847.70

3. Payments made pursuant to the Plan this quarter:
   Total payments to be made pursuant to the Plan: *
   Cumulative paid to date: *
   Balance remaining to be made under the Plan: *

   * - Debtor has modified his mortgages under the Plan.

| AS OF END OF THIS REPORTING PERIOD: | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? | | x |

**[If "No," attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If "Yes," attach an explanatory statement.]** x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)? x

7. Have all motions, contested matters and adversary proceedings been fully resolved **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]** x

8. Has the order confirming the Plan become non-appealable? x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]** x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan? x

11. Do any property remain to be transferred pursuant to the Plan? **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]** x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan? x

13. Anticipated date of motion for final decree: November 24, 2020

I declare under penalty of perjury that the statements set forth above are true and accurate.

1-27-2020
Dated:

Keith M. Scriven, Debtor

Current Address: 1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.: (215) 564 - 3999

# Wells Fargo Everyday Checking

October 15, 2019 ■ Page 1 of 5

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/17 | $10,077.42 |
| Deposits/Additions | 1,900.00 |
| Withdrawals/Subtractions | - 11,961.13 |
| **Ending balance on 10/15** | **$16.29** |

Account number: [redacted]**5377**

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/17 | | Purchase authorized on 09/15 Quick Chek Corpora Belvidere NJ S589258499544399 Card 4006 | | 30.00 | |
| 9/17 | | Purchase authorized on 09/15 Metro Self Storage 973-6914848 NJ S309258557241694 Card 4006 | | 182.23 | |
| 9/17 | | Purchase authorized on 09/16 Enterprise Rent-A- Augusta NJ S389259738832969 Card 4006 | | 479.00 | |
| 9/17 | | Cash eWithdrawal in Branch/Store 09/17/2019 12:57 Pm 755 S West End Blvd Quakertown PA 4006 | | 2,500.00 | |
| 9/17 | | Healthinspremium EDI Paymts 19736827 Lawrence Kane | | 128.94 | |
| 9/17 | | American Express ACH Pmt 190917 W1628 Keith Scriven | | 2,565.25 | 4,192.00 |
| 9/18 | | Purchase authorized on 09/17 Hop & Vine Liquors Belvidere NJ S469261000493018 Card 4006 | | 13.86 | |
| 9/18 | | Santander Consumer 190918 0021356117 Keith Scriven | | 552.48 | |
| 9/18 | | Santander Consumer 190918 0021356117 Keith Scriven | | 2,000.00 | 1,625.66 |
| 9/19 | | Venmo Cashout 2515457746 Keith Scriven | 850.00 | | 2,475.66 |
| 9/20 | | Purchase authorized on 09/20 Fredon Discount Liquor Fredon NJ P00589263525904103 Card 4006 | | 29.83 | 2,445.83 |
| 9/23 | | Purchase authorized on 09/19 Tatamy Food Mart Tatamy PA S389262753448485 Card 4006 | | 33.34 | |
| 9/23 | | Purchase authorized on 09/20 Quick Chek Corpora Belvidere NJ S309263554170480 Card 4006 | | 30.00 | |
| 9/23 | | Purchase authorized on 09/21 Applebees 99896470 Newton NJ S589264763019383 Card 4006 | | 38.00 | |
| 9/23 | | Purchase authorized on 09/22 Cash App*Marki 8774174551 CA S309265392907506 Card 4006 | | 400.00 | |
| 9/23 | | Vz Wireless Ve E Check 190920 1091964 Keith *Scriven | | 221.20 | |
| 9/23 | | City of Philadel 2152886800 A19263 2Jz8Vhexwebmj9x Scriven Keith | | 352.74 | 1,370.55 |
| 9/24 | | Purchase authorized on 09/23 Enterprise Rent-A- Augusta NJ S589266550787257 Card 4006 | | 92.35 | |
| 9/24 | | Purchase authorized on 09/23 Main St. Liquors Stillwater NJ S589266756914916 Card 4006 | | 15.98 | |
| 9/24 | | ATM Withdrawal authorized on 09/24 601 Chestnut St. Philadelphia PA 0004391 ATM ID 6560D Card 4006 | | 500.00 | 762.22 |
| 9/25 | | Purchase authorized on 09/24 Wawa 991 0000 Flemington NJ S469267463880907 Card 4006 | | 25.00 | |
| 9/25 | | Purchase authorized on 09/24 Parkmobile-10 770-818-9036 GA S389267658330941 Card 4006 | | 1.90 | |
| 9/25 | | Service Electric Service El D9J23G2421005 Keith M Scriven | | 185.00 | |
| 9/25 | 242 | Check | | 270.00 | 280.32 |
| 9/26 | | Purchase authorized on 09/24 Ppa on Street Mete Philadelphia PA S469267566874007 Card 4006 | | 5.00 | 275.32 |
| 9/27 | | Capital One Online Pmt 190927 927039910550638 Kane Lawrence | | 55.00 | 220.32 |
| 9/30 | | Venmo Cashout 2547907480 Keith Scriven | 650.00 | | |
| 9/30 | | Purchase authorized on 09/27 Kc's Alley Ambler PA S469271078928989 Card 4006 | | 51.08 | |
| 9/30 | | Purchase authorized on 09/27 x Mark'S The Spot Philadelphia PA S389271195828383 Card 4006 | | 43.00 | |
| 9/30 | | Purchase authorized on 09/28 Rite Aid Store - 2604 Philadelphia PA P00589271547813997 Card 4006 | | 44.28 | |
| 9/30 | | Purchase authorized on 09/28 McDonald's F19946 North Wales PA S469271585636921 Card 4006 | | 5.29 | |
| 9/30 | | Purchase authorized on 09/28 Tractor S 6719 Easton Bedminster PA P00000000474397921 Card 4006 | | 16.42 | 710.25 |
| 10/1 | | Purchase authorized on 09/29 Shoprite Wines & S Newton NJ S589272609800693 Card 4006 | | 12.79 | |
| 10/1 | | Purchase authorized on 09/30 Fredon Discount Li Fredon NJ S469273574750587 Card 4006 | | 17.05 | 680.41 |
| 10/2 | | Vz Wireless Ve Vzw Webpay 191001 0227265 Keith *Scriven | | 216.21 | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | | Transamerica Transameri 191002 42089058 Keith Scriven | | 393.51 | 70.69 |
| 10/4 | | Purchase authorized on 10/03 Wine and Spirits 5 Philadelphia PA S309277019914685 Card 4006 | | 12.95 | 57.74 |
| 10/7 | | Purchase authorized on 10/03 Reggae Reggae Vibe Philadelphia PA S389276638322946 Card 4006 | | 11.88 | 45.86 |
| 10/8 | | ATM Cash Deposit on 10/08 122 Water Street Newton NJ 0006582 ATM ID 0115N Card 4006 | 200.00 | | 245.86 |
| 10/10 | | ATM Cash Deposit on 10/10 74 Church St Flemington NJ 0009607 ATM ID 6865W Card 4006 | 200.00 | | |
| 10/10 | | Purchase authorized on 10/10 Keystone Sewing Machin Philadelphia PA P00309283552654009 Card 4006 | | 29.16 | |
| 10/10 | | Citi Card Online Payment 191009 143088656584293 Lawrence M Kane | | 85.14 | 331.56 |
| 10/15 | | Purchase authorized on 10/10 Pods Northern New 800-7767637 NJ S589283310521617 Card 4006 | | 203.65 | |
| 10/15 | | Purchase authorized on 10/10 Tandy Leather #181 Philadelphia PA S589283524983696 Card 4006 | | 43.42 | |
| 10/15 | | Purchase authorized on 10/11 Ppa on Street Mete Philadelphia PA S469284526724788 Card 4006 | | 3.00 | |
| 10/15 | | Purchase authorized on 10/11 Hop & Vine Liquors Belvidere NJ S389284822202201 Card 4006 | | 18.15 | |
| 10/15 | | Purchase authorized on 10/13 Fredon Discount Liquor Fredon NJ P00469286697315598 Card 4006 | | 17.05 | |
| 10/15 | | Purchase authorized on 10/14 Cash App*Keith Scr 8774174551 CA S309287419490755 Card 4006 | | 30.00 | 16.29 |
| **Ending balance on 10/15** | | | | | **16.29** |
| **Totals** | | | **$1,900.00** | **$11,961.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 242 | 9/25 | 270.00 |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

**Summary of Overdraft Rewind SM Benefits**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/16 | | Deposit Made In A Branch/Store | 350.00 | | |
| 10/16 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF06Zj58Cf | | 100.00 | |
| 10/16 | | Tele-Transfer to xxxxxx3982 Reference #TF06Zj5J68 | | 50.00 | |
| 10/16 | | Purchase authorized on 10/16 Fredon Discount Liquor Fredon NJ P00309289644759686 Card 4006 | | 23.44 | 192.85 |
| 10/18 | | Purchase authorized on 10/17 Sp * Outlaw Outfit Newton NJ S469290590736188 Card 4006 | | 158.28 | |
| 10/18 | | Purchase authorized on 10/17 Fredon Deli Newton NJ S469290597176614 Card 4006 | | 8.26 | 26.31 |
| 10/21 | | ATM Check Deposit on 10/19 25 W. Skippack Pike Broad Axe PA 0008012 ATM ID 0212K Card 4006 | 616.00 | | |
| 10/21 | | Venmo Cashout 2637694529 Keith Scriven | 400.00 | | |
| 10/21 | | Purchase authorized on 10/18 Fredon Deli Newton NJ S309291574017008 Card 4006 | | 8.26 | |
| 10/21 | | Purchase authorized on 10/18 Cash App*Keith Scr 8774174551 CA S469291722166682 Card 4006 | | 10.00 | |
| 10/21 | | ATM Withdrawal authorized on 10/19 25 W. Skippack Pike Broad Axe PA 0008013 ATM ID 0212K Card 4006 | | 200.00 | |
| 10/21 | | Purchase authorized on 10/20 Joann Stores #1588 Quakertown PA P00389293639785758 Card 4006 | | 112.90 | |
| 10/21 | | Purchase authorized on 10/20 Sunoco 0715042800 Phillipsburg NJ S389293667406217 Card 4006 | | 30.00 | |
| 10/21 | | ATM Withdrawal authorized on 10/21 122 Water Street Newton NJ 0009070 ATM ID 0115N Card 4006 | | 440.00 | |
| 10/21 | | Purchase authorized on 10/21 Shoprite 125 Water St Newton NJ P00000000587604568 Card 4006 | | 11.83 | 229.32 |
| 10/22 | | Purchase authorized on 10/22 Wal-Mart #5649 Warrington PA P00000000471066409 Card 4006 | | 31.48 | |
| 10/22 | | ATM Withdrawal authorized on 10/22 1230 US Hwy. 22 Phillipsburg NJ 0009395 ATM ID 6743S Card 4006 | | 80.00 | 117.84 |
| 10/23 | | Purchase authorized on 10/22 Cash App*Keith Scr 8774174551 CA S309295821807795 Card 4006 | | 30.00 | 87.84 |
| 10/24 | | Money Transfer authorized on 10/24 From Keith Scriven PA S00469297818959233 Card 4006 | 55.16 | | 143.00 |
| 10/25 | | ATM Check Deposit on 10/25 25 W. Skippack Pike Broad Axe PA 0008524 ATM ID 0212K Card 4006 | 210.00 | | |
| 10/25 | | Purchase authorized on 10/23 Quick Chek Corpora Newton NJ S309296589510896 Card 4006 | | 25.00 | |
| 10/25 | | Purchase authorized on 10/24 Wine and Spirits 5 Philadelphia PA S389297862327928 Card 4006 | | 12.95 | 315.05 |
| 10/28 | | Purchase authorized on 10/25 Cash App*Keith Scr 8774174551 CA S389298446837269 Card 4006 | | 20.00 | |
| 10/28 | | Purchase authorized on 10/25 Hop & Vine Liquors Belvidere NJ S589298772639446 Card 4006 | | 13.86 | |
| 10/28 | | Purchase authorized on 10/25 Quick Chek Corpora Belvidere NJ S469298778073865 Card 4006 | | 30.00 | |
| 10/28 | | Purchase authorized on 10/25 Cash App*Keith Scr 8774174551 CA S389298820163217 Card 4006 | | 100.00 | |
| 10/28 | | Purchase authorized on 10/26 Ledgewood Power Sp Ledgewood NJ S589299590292712 Card 4006 | | 61.83 | |
| 10/28 | | Purchase authorized on 10/27 Fredon Discount Liquor Fredon NJ P00389300721325343 Card 4006 | | 14.92 | |
| 10/28 | | Purchase authorized on 10/28 Fredon Discount Liquor Fredon NJ P00309301817090526 Card 4006 | | 12.78 | 61.66 |
| 10/29 | | Purchase authorized on 10/28 Fredon Deli Newton NJ S309301820759571 Card 4006 | | 8.26 | 53.40 |
| 10/31 | | Money Transfer authorized on 10/31 From Keith Scriven PA S00589304575543811 Card 4006 | 49.25 | | |
| 10/31 | | Edeposit IN Branch/Store 10/31/19 04:56:07 Pm 25 W Skippack Pike Ambler PA 4006 | 45.71 | | |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Purchase authorized on 10/30 Main St. Liquors Stillwater NJ S589303699870449 Card 4006 | | 17.96 | |
| 10/31 | | Purchase authorized on 10/31 USPS PO 41659401 615 Ches Philadelphia PA P00469304594875646 Card 4006 | | 46.96 | 83.44 |
| 11/1 | | ATM Check Deposit on 11/01 1886 Bethlehem Pike Flourtown PA 0005959 ATM ID 0013A Card 4006 | 300.20 | | |
| 11/1 | | Purchase authorized on 10/31 Parkmobile-10 770-818-9036 GA S389304648726358 Card 4006 | | 2.90 | |
| 11/1 | | Purchase authorized on 10/31 Parkmobile-10 770-818-9036 GA S589304675231273 Card 4006 | | 2.40 | |
| 11/1 | | Purchase authorized on 10/31 Parkmobile-10 770-818-9036 GA S589304711227708 Card 4006 | | 0.66 | 377.68 |
| 11/4 | | Money Transfer authorized on 11/04 From Keith Scriven PA S00389308528012447 Card 4006 | 753.52 | | |
| 11/4 | | ATM Cash Deposit on 11/04 2401 W Cheltenham Ave Wyncote PA 0005595 ATM ID 0148R Card 4006 | 450.00 | | |
| 11/4 | | Purchase authorized on 10/31 Quick Chek Corpora Belvidere NJ S469304476979319 Card 4006 | | 20.00 | |
| 11/4 | | Purchase authorized on 11/01 Quick Chek Corpora Belvidere NJ S589306000621298 Card 4006 | | 30.00 | |
| 11/4 | | Purchase authorized on 11/02 Fredon Deli Newton NJ S469306431119076 Card 4006 | | 9.24 | |
| 11/4 | | Purchase Bank Check OR Draft | | 750.00 | 771.96 |
| 11/5 | | Purchase authorized on 11/04 Pgw/EZ-Pay 215-235-1000 PA S309308660833798 Card 4006 | | 737.95 | |
| 11/5 | | Purchase authorized on 11/04 McDonald's F3885 Flourtown PA S589308676188220 Card 4006 | | 5.61 | 28.40 |
| 11/7 | | Purchase authorized on 11/06 Parkmobile-10 770-818-9036 GA S309310581915994 Card 4006 | | 4.15 | |
| 11/7 | | Purchase authorized on 11/06 Parkmobile-10 770-818-9036 GA S469310620077569 Card 4006 | | 1.40 | |
| 11/7 | | Purchase authorized on 11/06 Parkmobile-10 770-818-9036 GA S469310635799302 Card 4006 | | 0.65 | 22.20 |
| 11/8 | | Venmo Cashout 2711802062 Keith Scriven | 300.00 | | |
| 11/8 | | Purchase authorized on 11/06 Mountain Valley Fl Washington to NJ S469310702727107 Card 4006 | | 12.78 | |
| 11/8 | | Purchase authorized on 11/07 Parkmobile-10 770-818-9036 GA S309311567136476 Card 4006 | | 6.30 | 303.12 |
| 11/12 | | Money Transfer authorized on 11/10 From Keith Scriven PA S00389314832568349 Card 4006 | 295.50 | | |
| 11/12 | | Purchase authorized on 11/08 Quick Chek Corpora Belvidere NJ S309312838589829 Card 4006 | | 58.00 | |
| 11/12 | | Purchase authorized on 11/10 Fredon Discount Liquor Fredon NJ P00469314662386913 Card 4006 | | 14.92 | |
| 11/12 | | Purchase authorized on 11/10 Fredon Deli Newton NJ S589314664612691 Card 4006 | | 9.60 | |
| 11/12 | | Citi Card Online Payment 191111 113117749029149 Lawrence M Kane | | 120.00 | |
| 11/12 | | Comcast Cable 191111 8538699 Keith *Scriven | | 124.40 | 271.70 |
| 11/13 | | ATM Withdrawal authorized on 11/13 122 Water Street Newton NJ 0003386 ATM ID 0115N Card 4006 | | 220.00 | |
| 11/13 | | Purchase authorized on 11/13 Shoprite Newton S1 Newton NJ P00469317693317677 Card 4006 | | 8.95 | |
| 11/13 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF075Mfnxn | | 25.00 | 17.75 |
| 11/14 | | Money Transfer authorized on 11/14 From Keith Scriven PA S00309318577537630 Card 4006 | 98.50 | | |

## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/14 | | ATM Withdrawal authorized on 11/14 601 Chestnut St. Philadelphia PA 0004013 ATM ID 6560S Card 4006 | | 100.00 | 16.25 |
| 11/15 | | Purchase authorized on 11/14 Dunkin #349009 Q35 Washington NJ S309318506259337 Card 4006 | | 1.94 | 14.31 |
| **Ending balance on 11/15** | | | | | **14.31** |
| **Totals** | | | **$3,923.84** | **$3,925.82** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | *Total this statement period* | *Total year-to-date †* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

### Summary of Overdraft Rewind SM Benefits

| | *Total this statement period* | *Total year-to-date †* |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/16/2019 - 11/15/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $14.31 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $700.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 40 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/18 | | Venmo Cashout 2746750131 Keith Scriven | 600.00 | | 614.31 |
| 11/19 | | Purchase authorized on 11/18 Cash App*Keith Scr 8774174551 CA S589322470308748 Card 4006 | | 550.00 | 64.31 |
| 11/20 | | Purchase authorized on 11/19 Cash App*Keith Scr 8774174551 CA S469323443379905 Card 4006 | | 30.00 | 34.31 |
| 11/21 | | Purchase authorized on 11/19 Quick Chek Corpora Belvidere NJ S589323500460030 Card 4006 | | 25.00 | 9.31 |
| 11/22 | | ATM Check Deposit on 11/22 2401 W Cheltenham Ave Wyncote PA 0000175 ATM ID 9867C Card 4006 | 100.00 | | |
| 11/22 | | Venmo Cashout 2766894438 Keith Scriven | 240.00 | | |
| 11/22 | | ATM Withdrawal authorized on 11/22 2401 W Cheltenham Ave Wyncote PA 0000176 ATM ID 9867C Card 4006 | | 60.00 | |
| 11/22 | | Purchase authorized on 11/22 Shoprite 90 Rt 206 N Stanhope NJ P00000000182955327 Card 4006 | | 19.18 | 270.13 |
| 11/25 | | Purchase authorized on 11/22 Parkmobile-10 770-818-9036 GA S309326588390572 Card 4006 | | 2.15 | |
| 11/25 | | Purchase authorized on 11/22 Cash App*Keith Scr 8774174551 CA S589326625977069 Card 4006 | | 200.00 | |
| 11/25 | | Purchase authorized on 11/22 Speedway 03500 Pennsauken NJ S389326626750148 Card 4006 | | 30.00 | |
| 11/25 | | Purchase authorized on 11/22 Nycdot Parking Met Long Is City NY S469326718419920 Card 4006 | | 2.00 | 35.98 |
| 11/26 | | Venmo Cashout 2784788942 Keith Scriven | 600.00 | | 635.98 |
| 11/29 | | Purchase authorized on 11/26 Ppa on Street Kios Philadelphia PA S589330660741138 Card 4006 | | 2.50 | |
| 11/29 | | Purchase authorized on 11/27 Quick Chek Corpora Newton NJ S589331744874561 Card 4006 | | 59.25 | |
| 11/29 | | ATM Withdrawal authorized on 11/29 122 Water Street Newton NJ 0006315 ATM ID 0115N Card 4006 | | 40.00 | |
| 11/29 | | Purchase authorized on 11/29 Tandy Leather #181 110 Philadelphia PA P00000000030256269 Card 4006 | | 254.98 | 279.25 |
| 12/2 | | Purchase authorized on 11/27 Metro Self Storage 973-6914848 NJ S309331611108895 Card 4006 | | 200.00 | |
| 12/2 | | Purchase authorized on 11/30 Cash App*Keith Scr 8774174551 CA S309334462974937 Card 4006 | | 25.00 | |
| 12/2 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib078565L5 on 11/30/19 | | 15.00 | 39.25 |
| 12/5 | | Purchase authorized on 12/03 Quick Chek Corpora Newton NJ S469337738111563 Card 4006 | | 25.00 | 14.25 |
| 12/6 | | Money Transfer authorized on 12/06 From Keith Scriven PA S00389340537542858 Card 4006 | 1,970.00 | | |
| 12/6 | | Money Transfer authorized on 12/06 From Keith Scriven PA S00309340574344439 Card 4006 | 492.50 | | |
| 12/6 | | Money Transfer authorized on 12/06 From Keith Scriven PA S00389340652086206 Card 4006 | 246.25 | | |
| 12/6 | | ATM Check Deposit on 12/06 1230 US Hwy. 22 Phillipsburg NJ 0003146 ATM ID 6743S Card 4006 | 600.00 | | |
| 12/6 | | Cash eWithdrawal in Branch/Store 12/06/2019 10:19 Am 340 S 2nd St Philadelphia PA 4006 | | 1,050.00 | |
| 12/6 | | Tele-Transfer to xxxxxx3982 Reference #TF0798Nndk | | 920.00 | |
| 12/6 | | ATM Withdrawal authorized on 12/06 601 Chestnut St. Philadelphia PA 0005335 ATM ID 6560D Card 4006 | | 400.00 | 953.00 |
| 12/9 | | ATM Cash Deposit on 12/09 122 Water Street Newton NJ 0005905 ATM ID 0115Q Card 4006 | 700.00 | | |



### *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/9 | | Purchase authorized on 12/06 Wal-Mart #5103 Philadelphia PA S309340708066999 Card 4006 | | 98.42 | |
| 12/9 | | Purchase authorized on 12/06 Shoprite Cheltenha Cheltenham PA S589340774245489 Card 4006 | | 117.83 | |
| 12/9 | | Purchase authorized on 12/06 Cash App*Keith Scr 8774174551 CA S469341069694732 Card 4006 | | 50.00 | |
| 12/9 | | Purchase authorized on 12/06 Cash App*Keith Scr 8774174551 CA S469341077134755 Card 4006 | | 100.00 | |
| 12/9 | | Purchase authorized on 12/08 Fredon Deli Newton NJ S389342517661116 Card 4006 | | 12.73 | |
| 12/9 | | Purchase authorized on 12/08 Fredon Deli Newton NJ S589342519719181 Card 4006 | | 3.96 | |
| 12/9 | | Purchase authorized on 12/08 Fredon Discount Li Fredon NJ S389342602870398 Card 4006 | | 13.85 | |
| 12/9 | | Purchase authorized on 12/08 Fredon Discount Li Fredon NJ S469342603962057 Card 4006 | | 14.92 | |
| 12/9 | | Purchase Bank Check OR Draft | | 655.00 | |
| 12/9 | | Citi Card Online Payment 191208 433139626278157 Lawrence M Kane | | 88.91 | 497.38 |
| 12/10 | | Purchase authorized on 12/08 Pods Northern New 800-7767637 NJ S469342767552797 Card 4006 | | 203.65 | |
| 12/10 | | Purchase authorized on 12/08 Metro Self Storage 973-6914848 NJ S469342773063733 Card 4006 | | 157.21 | |
| 12/10 | | Purchase authorized on 12/09 Fredon Deli Newton NJ S309343756846994 Card 4006 | | 8.26 | |
| 12/10 | | Purchase authorized on 12/10 Tractor S 128 State Rt Blairstown NJ P00000000574843982 Card 4006 | | 55.98 | 72.28 |
| 12/12 | | Money Transfer authorized on 12/12 From Keith Scriven PA S00589346536331580 Card 4006 | 290.58 | | |
| 12/12 | | Purchase authorized on 12/11 Main St. Liquors Stillwater NJ S469345701832813 Card 4006 | | 17.05 | |
| 12/12 | | ATM Withdrawal authorized on 12/12 74 Church St Flemington NJ 0005662 ATM ID 6865W Card 4006 | | 320.00 | 25.81 |
| 12/13 | | Money Transfer authorized on 12/13 From Keith Scriven PA S00469347713133818 Card 4006 | 1,477.50 | | |
| 12/13 | | ATM Withdrawal authorized on 12/13 601 Chestnut St. Philadelphia PA 0006525 ATM ID 6560S Card 4006 | | 20.00 | |
| 12/13 | | Cash eWithdrawal in Branch/Store 12/13/2019 3:08 Pm 601 Chestnut St Philadelphia PA 4006 | | 1,450.00 | 33.31 |
| **Ending balance on 12/13** | | | | | **33.31** |
| **Totals** | | | **$7,316.83** | **$7,297.83** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of Overdraft and Returned Item fee(s)**

| | *Total this statement period* | *Total year-to-date †* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

**Summary of Overdraft Rewind SM Benefits**

| | *Total this statement period* | *Total year-to-date †* |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/17 | | Venmo Cashout 2872641371 Keith Scriven | 215.00 | | 248.31 |
| 12/19 | | Tele-Transfer Fr xxxxxx3982 Reference #TF07C74Vtx | 10.00 | | |
| 12/19 | | Purchase authorized on 12/18 Shoprite Newton S1 Newton NJ S309352545264002 Card 4006 | | 17.68 | |
| 12/19 | | Purchase authorized on 12/18 Shoprite Wines & S Newton NJ S469352546808827 Card 4006 | | 11.83 | |
| 12/19 | | ATM Withdrawal authorized on 12/19 601 Chestnut St. Philadelphia PA 0006956 ATM ID 6560S Card 4006 | | 20.00 | 208.80 |
| 12/20 | | Money Transfer authorized on 12/19 From Keith Scriven PA S00469354129435694 Card 4006 | 197.00 | | |
| 12/20 | | Money Transfer authorized on 12/20 From Keith Scriven PA S00309354628639001 Card 4006 | 1,970.00 | | |
| 12/20 | | Venmo Cashout 2884337361 Keith Scriven | 1,000.00 | | |
| 12/20 | | Purchase authorized on 12/19 Jewelers Depot Philadelphia PA S469353577071499 Card 4006 | | 200.28 | |
| 12/20 | | Cash eWithdrawal in Branch/Store 12/20/2019 12:37 Pm 601 Chestnut St Philadelphia PA 4006 | | 1,700.00 | 1,475.52 |
| 12/23 | | Purchase authorized on 12/20 Lukoil 69708 Philadelphia PA S389354696942094 Card 4006 | | 43.31 | |
| 12/23 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Ckx7Gz | | 300.00 | |
| 12/23 | | Purchase authorized on 12/21 Sp * Outlaw Outfit Newton NJ S469355652464918 Card 4006 | | 135.83 | |
| 12/23 | | Tele-Transfer to xxxxxx3982 Reference #TF07Cpr6Jb | | 300.00 | |
| 12/23 | | ATM Withdrawal authorized on 12/23 601 Chestnut St. Philadelphia PA 0007273 ATM ID 6560S Card 4006 | | 200.00 | |
| 12/23 | | Purchase authorized on 12/23 USPS PO 41655701 9925 Bus Philadelphia PA P00309357744204308 Card 4006 | | 27.05 | |
| 12/23 | | Vz Wireless Ve E Check 191220 7591004 Keith *Scriven | | 184.72 | 284.61 |
| 12/26 | | ATM Cash Deposit on 12/26 74 Church St Flemington NJ 0009591 ATM ID 6865W Card 4006 | 100.00 | | |
| 12/26 | | Purchase authorized on 12/23 Quick Chek Corpora Newton NJ S309357477508150 Card 4006 | | 20.00 | |
| 12/26 | | Purchase authorized on 12/23 Quick Chek Corpora Newton NJ S309357478055010 Card 4006 | | 75.00 | |
| 12/26 | | Purchase authorized on 12/24 Turkey Hill #0293 Ottsville PA S309358514934091 Card 4006 | | 20.10 | |
| 12/26 | | Service Electric Service El A9M23F5734043 Keith M Scriven | | 191.00 | 78.51 |
| 12/27 | | Money Transfer authorized on 12/27 From Keith Scriven PA S00589361814159158 Card 4006 | 67.96 | | |
| 12/27 | | Purchase authorized on 12/26 Lukoil 69266 Philadelphia PA S309360761455604 Card 4006 | | 18.01 | 128.46 |
| 12/30 | | Money Transfer authorized on 12/29 From Keith Scriven PA S00469363551799266 Card 4006 | 49.25 | | |
| 12/30 | | Purchase authorized on 12/26 Quick Chek Corpora Newton NJ S389360459589640 Card 4006 | | 60.25 | |
| 12/30 | | Purchase authorized on 12/29 Shoprite Newton S1 Newton NJ S589363653792323 Card 4006 | | 24.11 | 93.35 |
| 12/31 | | Purchase authorized on 12/28 Main St. Liquors Stillwater NJ S469362714998963 Card 4006 | | 17.05 | |
| 12/31 | | Purchase authorized on 12/29 Quick Chek Corpora Newton NJ S389363648039085 Card 4006 | | 28.37 | |
| 12/31 | | Purchase authorized on 12/29 Quick Chek Corpora Newton NJ S589363648276257 Card 4006 | | 20.00 | |
| 12/31 | | Td Bank Payment 191230 Keith M Scriven 4839503956349536 | | 20.00 | 7.93 |
| 1/2 | | Purchase authorized on 01/02 Quick Chek Corp Belvidere NJ P00000000384516751 Card 4006 | | 1.91 | 6.02 |
| 1/3 | | Money Transfer authorized on 01/03 From Keith Scriven PA S00580003610595507 Card 4006 | 246.25 | | |
| 1/3 | | ATM Check Deposit on 01/03 1 Freedom Valley Dr. Plumsteadvill PA 0004349 ATM ID 0087R Card 4006 | 600.00 | | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Money Transfer authorized on 01/03 From Keith Scriven PA S00460003802013371 Card 4006 | 2,167.00 | | |
| 1/3 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Fhwygc | | 215.00 | |
| 1/3 | | American Express ACH Pmt 200103 W3804 Keith Scriven | | 2,046.00 | 758.27 |
| 1/6 | | Purchase authorized on 01/03 Quick Chek Food St Phillipsburg NJ S460003822647805 Card 4006 | | 25.00 | |
| 1/6 | | ATM Withdrawal authorized on 01/06 74 Church St Flemington NJ 0002295 ATM ID 6865W Card 4006 | | 300.00 | |
| 1/6 | | Transamerica Transameri 200105 42089058 Keith Scriven | | 393.51 | 39.76 |
| 1/7 | | Purchase authorized on 01/07 Fredon Discount Liquor Fredon NJ P00460007726048557 Card 4006 | | 14.92 | 24.84 |
| 1/8 | | Purchase authorized on 01/07 Fredon Deli Newton NJ S460007730573070 Card 4006 | | 13.28 | 11.56 |
| 1/9 | | ATM Cash Deposit on 01/09 601 Chestnut St. Philadelphia PA 0008443 ATM ID 6560S Card 4006 | 10.00 | | |
| 1/9 | | ATM Check Deposit on 01/09 1886 Bethlehem Pike Flourtown PA 0007057 ATM ID 0013A Card 4006 | 250.00 | | |
| 1/9 | | ATM Withdrawal authorized on 01/09 601 Chestnut St. Philadelphia PA 0008444 ATM ID 6560S Card 4006 | | 20.00 | |
| 1/9 | | ATM Withdrawal authorized on 01/09 1886 Bethlehem Pike Flourtown PA 0007058 ATM ID 0013A Card 4006 | | 220.00 | |
| 1/9 | | Purchase authorized on 01/09 Southport Libert Philadelphia PA P00580009775274286 Card 4006 | | 20.03 | 11.53 |
| 1/10 | | Money Transfer authorized on 01/10 From Keith Scriven PA S00580010443190463 Card 4006 | 1,280.50 | | |
| 1/10 | | ATM Cash Deposit on 01/10 74 Church St Flemington NJ 0003377 ATM ID 6865W Card 4006 | 322.00 | | |
| 1/10 | | ATM Withdrawal authorized on 01/10 601 Chestnut St. Philadelphia PA 0008540 ATM ID 6560S Card 4006 | | 600.00 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 601 Chestnut St. Philadelphia PA 0008673 ATM ID 6560S Card 4006 | | 80.00 | |
| 1/10 | | Purchase authorized on 01/10 Venmo* VISA Direct NY S00460011000252420 Card 4006 | | 200.00 | 734.03 |
| 1/13 | | Purchase authorized on 01/10 Cash App*Keith Scr 8774174551 CA S580010443626842 Card 4006 | | 200.00 | |
| 1/13 | | Purchase authorized on 01/10 Jewelers Depot Philadelphia PA S300010523411394 Card 4006 | | 401.35 | |
| 1/13 | | Purchase authorized on 01/10 Wal-Mart #5103 Philadelphia PA S620013545300479 Card 4006 | | 45.87 | |
| 1/13 | | Comcast Cable 200111 8641837 Keith *Scriven | | 117.32 | -30.51 |
| 1/14 | | Overdraft Fee for a Transaction Posted on 01/13 $117.32 Comcast Cable 200111 8641837 Keith *Scriven | | 35.00 | |
| 1/14 | | Venmo Cashout 2978182625 Keith Scriven | 125.00 | | 59.49 |
| 1/15 | | Purchase authorized on 01/15 Lukoil 69702 Philadelphia PA P00300015610889340 Card 4006 | | 27.24 | 32.25 |
| **Ending balance on 1/15** | | | | | **32.25** |
| **Totals** | | | **$8,609.96** | **$8,611.02** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of Overdraft and Returned Item fee(s)**

| | *Total this statement period* | *Total year-to-date †* |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

# Wells Fargo Simple Business Checking

HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $18.14 |
| Deposits/Credits | 2,100.49 |
| Withdrawals/Debits | - 2,117.66 |
| **Ending balance on 10/31** | **$0.97** |
| Average ledger balance this period | $125.09 |

Account number: ██████ **3982**

**HANLAN MIDGETTE SCRIVEN LP**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 10/1 | | Purchase authorized on 09/29 Staples 0010 Newton NJ S589272612978665 Card 4658 | | 0.26 | 17.88 |
| 10/2 | | ATM Check Deposit on 10/02 122 Water Street Newton NJ 0005118 ATM ID 0115N Card 4658 | 500.00 | | |
| 10/2 | | Purchase authorized on 10/01 Etsy Inc Seller Fe 718-8557955 NY S309274669272519 Card 4658 | | 1.60 | 516.28 |
| 10/3 | | American Express ACH Pmt 191003 M6484 Hanlan Midgete Scriven | | 500.00 | 16.28 |
| 10/7 | | Recurring Payment authorized on 10/06 Dnh*Godaddy.Com 480-5058855 AZ S309279504471574 Card 4658 | | 21.60 | -5.32 |
| 10/8 | | Overdraft Fee for a Transaction Posted on 10/07 $21.60 Recurring Payment Authori Zed on 10/06 Dnh*Godaddy.Com 480-5058 | | 35.00 | |
| 10/8 | | Money Transfer authorized on 10/08 From Keith Scriven PA S00389281698475209 Card 4658 | 43.34 | | |
| 10/8 | | ATM Cash Deposit on 10/08 122 Water Street Newton NJ 0006581 ATM ID 0115N Card 4658 | 1,300.00 | | 1,303.02 |
| 10/9 | < | Business to Business ACH Debit - American Express ACH Pmt 191009 W0614 Hanlan Midgete Scriven | | 70.00 | |
| 10/9 | | Mbfs Web Pay 191008 5000964905001 Keith M Scriven | | 516.63 | |
| 10/9 | | Discover E-Payment 191009 3391 Kane Lawrence | | 91.00 | 625.39 |
| 10/10 | | Barclaycard US Creditcard xxxxx2169 Lawrence Kane | | 55.00 | |
| 10/10 | | Chase Credit Crd Epay 191008 4339017373 Lawrence M Kane | | 389.00 | 181.39 |
| 10/11 | | ATM Cash Deposit on 10/11 2401 W Cheltenham Ave Wyncote PA 0004013 ATM ID 2818A Card 4658 | 20.00 | | |
| 10/11 | | ATM Withdrawal authorized on 10/11 2401 W Cheltenham Ave Wyncote PA 0004014 ATM ID 2818A Card 4658 | | 80.00 | 121.39 |
| 10/15 | | Money Transfer authorized on 10/14 From Keith Scriven PA S00469287420783324 Card 4658 | 29.55 | | |
| 10/15 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 6.24 |
| 10/16 | | Tele-Transfer Fr xxxxxx5377 Reference #TF06Zj5J68 | 50.00 | | 56.24 |
| 10/17 | | Purchase authorized on 10/16 Fredon Deli Newton NJ S309289648214029 Card 4658 | | 13.78 | |
| 10/17 | | Purchase authorized on 10/17 Fredon Discount Liquor Fredon NJ P00309290595749146 Card 4658 | | 11.72 | 30.74 |
| 10/18 | | Money Transfer authorized on 10/18 From Keith Scriven PA S00309291724417590 Card 4658 | 9.85 | | 40.59 |
| 10/21 | | Purchase authorized on 10/18 Tandy Leather #181 Philadelphia PA S589291702563538 Card 4658 | | 32.03 | 8.56 |
| 10/22 | | Money Transfer authorized on 10/22 From Keith Scriven PA S00389295825255789 Card 4658 | 29.55 | | 38.11 |
| 10/23 | | Recurring Payment authorized on 10/22 Dnh*Godaddy.Com 480-5058855 AZ S309295546095372 Card 4658 | | 32.40 | 5.71 |
| 10/25 | | Money Transfer authorized on 10/25 From Keith Scriven PA S00309298481104104 Card 4658 | 19.70 | | |
| 10/25 | | Money Transfer authorized on 10/25 From Keith Scriven PA S00389299015515565 Card 4658 | 98.50 | | 123.91 |
| 10/28 | | Recurring Payment authorized on 10/25 Netflix.Com Netflix.Com CA S469298432069135 Card 4658 | | 9.71 | |
| 10/28 | | Purchase authorized on 10/25 McDonald's F10327 Philadelphia PA S469298600578105 Card 4658 | | 6.87 | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/28 | < | Business to Business ACH Debit - Chubb Chubb02 191027 405313315195001 Keith M Scriven Hmslp | | 96.36 | 10.97 |
| 10/31 | | Monthly Service Fee | | 10.00 | 0.97 |
| **Ending balance on 10/31** | | | | | **0.97** |
| **Totals** | | | **$2,100.49** | **$2,117.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $125.00 ☐ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,300 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/4 | | ATM Check Deposit on 11/04 1886 Bethlehem Pike Flourtown PA 0006587 ATM ID 0013A Card 4658 | 701.76 | | |
| 11/4 | | American Express ACH Pmt 191104 M8062 Hanlan Midgete Scriven | | 500.00 | 202.73 |
| 11/5 | | Purchase authorized on 11/05 Shoprite Newton S1 Newton NJ P00309309532499702 Card 4658 | | 72.70 | |
| 11/5 | | ATM Withdrawal authorized on 11/05 122 Water Street Newton NJ 0001842 ATM ID 0115N Card 4658 | | 100.00 | 30.03 |
| 11/7 | | Recurring Payment authorized on 11/06 Dnh*Godaddy.Com 480-5058855 AZ S589310376510842 Card 4658 | | 21.60 | 8.43 |
| 11/13 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | |
| 11/13 | | New York Propert Nypiua 0000021 I111319 002000581617 | | 334.99 | -471.26 |
| 11/14 | | Overdraft Fee for a Transaction Posted on 11/13 $144.70 First Insurance Insurance 900-90203357 Keith M Scriven | | 35.00 | |
| 11/14 | | Overdraft Fee for a Transaction Posted on 11/13 $334.99 New York Propert Nypiua 0000021 I111319 002000581617 | | 35.00 | -541.26 |
| 11/18 | | Money Transfer authorized on 11/18 From Keith Scriven PA S00389322471721124 Card 4658 | 541.75 | | 0.49 |
| 11/19 | | Money Transfer authorized on 11/19 From Keith Scriven PA S00589323451248546 Card 4658 | 29.55 | | |
| 11/19 | | Purchase authorized on 11/19 Wal-Mart Store Wyncote, PA PA P00000000773894924 Card 4658 | | 10.73 | 19.31 |
| 11/20 | | Purchase authorized on 11/20 Fredon Discount Liquor Fredon NJ P00389324725018546 Card 4658 | | 14.92 | 4.39 |
| 11/22 | | Money Transfer authorized on 11/22 From Keith Scriven PA S00589326626880798 Card 4658 | 197.00 | | |
| 11/22 | | Edeposit IN Branch/Store 11/22/19 03:21:14 Pm 180 Madison Ave New York NY 4658 | 5,400.00 | | |
| 11/22 | | Purchase authorized on 11/22 Shoprite Byram S1 Byram NJ P00309326825993217 Card 4658 | | 66.75 | 5,534.64 |
| 11/25 | | Recurring Payment authorized on 11/22 Norton *AP12963962 877-294-5265 CA S589326533642656 Card 4658 | | 161.98 | |
| 11/25 | | Recurring Payment authorized on 11/22 Dnh*Godaddy.Com 480-5058855 AZ S309326550082120 Card 4658 | | 32.40 | |
| 11/25 | | Purchase authorized on 11/22 Quick Chek Corpora Newton NJ S469327014840350 Card 4658 | | 58.88 | |
| 11/25 | | ATM Withdrawal authorized on 11/23 122 Water Street Newton NJ 0005236 ATM ID 0115N Card 4658 | | 300.00 | |
| 11/25 | | Purchase authorized on 11/25 The Home Depot 984 Newton NJ P00389329673673100 Card 4658 | | 159.87 | 4,821.51 |
| 11/26 | | Recurring Payment authorized on 11/25 Netflix.Com Netflix.Com CA S389329483291007 Card 4658 | | 9.71 | |
| 11/26 | | Purchase authorized on 11/25 Sussex County Plum Newton NJ S469329690974071 Card 4658 | | 115.26 | |
| 11/26 | | Td Bank Payment 191125 Lawrance M Kane 4839503956349536 | | 286.00 | |
| 11/26 | | American Express ACH Pmt 191126 W4098 Hanlan Midgete Scriven | | 4,018.50 | 392.04 |
| 11/27 | | Purchase authorized on 11/25 Quick Chek Corpora Newton NJ S389329680682170 Card 4658 | | 59.16 | 332.88 |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/29 | | Purchase authorized on 11/26 Quick Chek Corpora Belvidere NJ S389330526144942 Card 4658 | | 30.00 | |
| 11/29 | < | Business to Business ACH Debit - American Express ACH Pmt 191129 W6614 Hanlan Midgete Scriven | | 60.00 | 242.88 |
| **Ending balance on 11/30** | | | | | **242.88** |
| **Totals** | | | **$6,870.06** | **$6,628.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $689.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 12/2 | | Money Transfer authorized on 11/30 From Keith Scriven PA S00469334466007233 Card 4658 | 24.62 | | |
| 12/2 | | Purchase authorized on 11/27 Metro Self Storage 973-6914848 NJ S469331612372491 Card 4658 | | 164.46 | |
| 12/2 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07857Nxr | | 15.00 | |
| 12/2 | | Purchase authorized on 11/30 Marshalls 1220 US Rt 2 Phillipsburg NJ P00000000281133614 Card 4658 | | 36.98 | 51.06 |
| 12/3 | | Purchase authorized on 12/01 Quick Chek Corpora Newton NJ S589335596850980 Card 4658 | | 29.13 | |
| 12/3 | | Purchase authorized on 12/01 Quick Chek Corpora Newton NJ S309335598360860 Card 4658 | | 12.30 | |
| 12/3 | | American Express ACH Pmt 191203 M7354 Hanlan Midgete Scriven | | 680.00 | -670.37 |
| 12/4 | | Overdraft Fee for a Transaction Posted on 12/03 $680.00 American Express ACH Pmt 191203 M7354 Hanlan Midgete Scriven | | 35.00 | |
| 12/4 | | ATM Cash Deposit on 12/04 122 Water Street Newton NJ 0005430 ATM ID 0115Q Card 4658 | 600.00 | | |
| 12/4 | | ATM Cash Deposit on 12/04 122 Water Street Newton NJ 0005431 ATM ID 0115Q Card 4658 | 120.00 | | 14.63 |
| 12/6 | | Tele-Transfer Fr xxxxxx5377 Reference #TF0798Nndk | 920.00 | | |
| 12/6 | | Money Transfer authorized on 12/06 From Keith Scriven PA S00389341070930498 Card 4658 | 49.25 | | 983.88 |
| 12/9 | | Money Transfer authorized on 12/06 From Keith Scriven PA S00389341077862782 Card 4658 | 98.50 | | |
| 12/9 | | ATM Cash Deposit on 12/09 122 Water Street Newton NJ 0005906 ATM ID 0115Q Card 4658 | 1,700.00 | | |
| 12/9 | | Recurring Payment authorized on 12/06 Dnh*Godaddy.Com 480-5058855 AZ S469340534563802 Card 4658 | | 21.60 | |
| 12/9 | | Cash eWithdrawal in Branch/Store 12/09/2019 3:36 Pm 122 Water St Newton NJ 4658 | | 765.00 | |
| 12/9 | | Purchase authorized on 12/09 USPS PO 33585013 39 Main Newton NJ P00589343752083517 Card 4658 | | 1.10 | |
| 12/9 | 1157 | Check | | 900.00 | |
| 12/9 | < | Business to Business ACH Debit - American Express ACH Pmt 191209 W0322 Hanlan Midgete Scriven | | 35.00 | |
| 12/9 | | Barclaycard US Creditcard xxxxx6442 Lawrence Kane | | 80.00 | 979.68 |
| 12/11 | | Purchase authorized on 12/10 Mb Fin Svcs 800-654-6222 MI S389344516503137 Card 4658 | | 540.00 | |
| 12/11 | | Discover E-Payment 191211 3391 Kane Lawrence | | 65.00 | 374.68 |
| 12/12 | | ATM Withdrawal authorized on 12/12 74 Church St Flemington NJ 0005663 ATM ID 6865W Card 4658 | | 100.00 | |
| 12/12 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 129.98 |
| 12/13 | | Purchase authorized on 12/11 Quick Chek Corpora Newton NJ S589345481808324 Card 4658 | | 30.00 | |
| 12/13 | | Purchase authorized on 12/11 Quick Chek Corpora Newton NJ S309345482014302 Card 4658 | | 88.50 | 11.48 |
| 12/19 | | ATM Cash Deposit on 12/19 7782 Crittenden St. Philadelphia PA 0004042 ATM ID 0262J Card 4658 | 300.00 | | |
| 12/19 | | Tele-Transfer to xxxxxx5377 Reference #TF07C74Vtx | | 10.00 | 301.48 |
| 12/20 | | Purchase authorized on 12/19 Cash App*Keith Scr 8774174551 CA S389354129128941 Card 4658 | | 200.00 | |
| 12/20 | < | Business to Business ACH Debit - American Express ACH Pmt 191220 W6132 Hanlan Midgete Scriven | | 64.00 | 37.48 |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/23 | | Tele-Transfer Fr xxxxxx5377 Reference #TF07Cpr6Jb | 300.00 | | |
| 12/23 | | Recurring Payment authorized on 12/22 Dnh*Godaddy.Com 480-505-8855 AZ S309356500688754 Card 4658 | | 32.40 | 305.08 |
| 12/24 | | Td Bank Payment 191223 Lawrance M Kane 4839503956349536 | | 292.00 | 13.08 |
| 12/26 | | ATM Cash Deposit on 12/26 122 Water Street Newton NJ 0001707 ATM ID 0115N Card 4658 | 170.00 | | |
| 12/26 | | ATM Check Deposit on 12/26 1675 Limekiln Pike Dresher PA 0000904 ATM ID 0688D Card 4658 | 200.00 | | |
| 12/26 | | Recurring Payment authorized on 12/25 Netflix.Com 408-5403700 CA S589359385608454 Card 4658 | | 9.71 | |
| 12/26 | | ATM Withdrawal authorized on 12/26 74 Church St Flemington NJ 0009590 ATM ID 6865W Card 4658 | | 100.00 | 273.37 |
| 12/27 | | Centurylink Speedpay 191226 xxxxx1047 157643921 | | 165.00 | 108.37 |
| 12/30 | | Purchase authorized on 12/27 Cash App*Keith Scr 8774174551 CA S589361735179663 Card 4658 | | 69.00 | |
| 12/30 | | Chase Credit Crd Epay 191228 4465053382 Lawrence M Kane | | 340.00 | |
| 12/30 | | Chase Credit Crd Epay 191227 4463679930 Lawrence M Kane | | 475.00 | -775.63 |
| 12/31 | | Overdraft Fee for a Transaction Posted on 12/30 $340.00 Chase Credit Crd Epay 191228 4465053382 Lawrence M Kane | | 35.00 | |
| 12/31 | | Overdraft Fee for a Transaction Posted on 12/30 $475.00 Chase Credit Crd Epay 191227 4463679930 Lawrence M Kane | | 35.00 | |
| 12/31 | | Monthly Service Fee | | 10.00 | -855.63 |
| **Ending balance on 12/31** | | | | | **-855.63** |
| **Totals** | | | **$4,482.37** | **$5,580.88** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1157 | 12/9 | 900.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $157.00 ☐ |

C1/C1