UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

Quarterly Post-Confirmation Report for Reorganized Debtor
For the Quarter Ending: 1st - 2020

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming Plan:     November 24, 2015

2. Cash balance at the beginning of this quarter:     - $847.70
    Total receipts during this quarter:     $82,832.93
    Total disbursements during this quarter:     $82,292.03
    Cash balance at the end of this quarter:     - $306.80

3. Payments made pursuant to the Plan this quarter:
    Total payments to be made pursuant to the Plan:     *
    Cumulative paid to date:     *
    Balance remaining to be made under the Plan:     *

    * - Debtor has modified his mortgages under the Plan.

AS OF END OF THIS REPORTING PERIOD:     Yes    No

4. Are all payments required by the confirmed plan current at this time?     x

**[If "No," attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? [If "Yes," attach **an explanatory statement.**]     x

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?     x

7. Have all motions, contested matters and adversary proceedings been fully resolved [If "No," **for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.**]     x

8. Has the order confirming the Plan become non-appealable?     x

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? [If "No," **attach an explanatory statement.**]     x

10. Has any property proposed by the Plan to be transferred pursuant to the Plan?     x

11. Do any property remain to be transferred pursuant to the Plan? [If "Yes," **attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.**]     x

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?     x

13. Anticipated date of motion for final decree:     November 24, 2020

I declare under penalty of perjury that the statements set forth above are true and accurate.

5/12/2020
Dated:                    Keith M. Scriven, Debtor

Current Address:    1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.:    (215) 564 - 3999

# Wells Fargo Everyday Checking

January 15, 2020 ■ Page 1 of 5



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 12/14 | $33.31 |
| Deposits/Additions | 8,609.96 |
| Withdrawals/Subtractions | - 8,611.02 |
| **Ending balance on 1/15** | **$32.25** |

Account number:  ▉▉▉▉ **5377**
**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/17 | | Venmo Cashout 2872641371 Keith Scriven | 215.00 | | 248.31 |
| 12/19 | | Tele-Transfer Fr xxxxxx3982 Reference #TF07C74Vtx | 10.00 | | |
| 12/19 | | Purchase authorized on 12/18 Shoprite Newton S1 Newton NJ S309352545264002 Card 4006 | | 17.68 | |
| 12/19 | | Purchase authorized on 12/18 Shoprite Wines & S Newton NJ S469352546808827 Card 4006 | | 11.83 | |
| 12/19 | | ATM Withdrawal authorized on 12/19 601 Chestnut St. Philadelphia PA 0006956 ATM ID 6560S Card 4006 | | 20.00 | 208.80 |
| 12/20 | | Money Transfer authorized on 12/19 From Keith Scriven PA S004693541294435694 Card 4006 | 197.00 | | |
| 12/20 | | Money Transfer authorized on 12/20 From Keith Scriven PA S003093546286399001 Card 4006 | 1,970.00 | | |
| 12/20 | | Venmo Cashout 2884337361 Keith Scriven | 1,000.00 | | |
| 12/20 | | Purchase authorized on 12/19 Jewelers Depot Philadelphia PA S469353577071499 Card 4006 | | 200.28 | |
| 12/20 | | Cash eWithdrawal in Branch/Store 12/20/2019 12:37 Pm 601 Chestnut St Philadelphia PA 4006 | | 1,700.00 | 1,475.52 |
| 12/23 | | Purchase authorized on 12/20 Lukoil 69708 Philadelphia PA S389354696942094 Card 4006 | | 43.31 | |
| 12/23 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Ckx7Gz | | 300.00 | |
| 12/23 | | Purchase authorized on 12/21 Sp * Outlaw Outfit Newton NJ S469355652464918 Card 4006 | | 135.83 | |
| 12/23 | | Tele-Transfer to xxxxxx3982 Reference #TF07Cpr6Jb | | 300.00 | |
| 12/23 | | ATM Withdrawal authorized on 12/23 601 Chestnut St. Philadelphia PA 0007273 ATM ID 6560S Card 4006 | | 200.00 | |
| 12/23 | | Purchase authorized on 12/23 USPS PO 41655701 9925 Bus Philadelphia PA P00309357744204308 Card 4006 | | 27.05 | |
| 12/23 | | Vz Wireless Ve E Check 191220 7591004 Keith *Scriven | | 184.72 | 284.61 |
| 12/26 | | ATM Cash Deposit on 12/26 74 Church St Flemington NJ 0009591 ATM ID 6865W Card 4006 | 100.00 | | |
| 12/26 | | Purchase authorized on 12/23 Quick Chek Corpora Newton NJ S309357477508150 Card 4006 | | 20.00 | |
| 12/26 | | Purchase authorized on 12/23 Quick Chek Corpora Newton NJ S309357478055010 Card 4006 | | 75.00 | |
| 12/26 | | Purchase authorized on 12/24 Turkey Hill #0293 Ottsville PA S309358514934091 Card 4006 | | 20.10 | |
| 12/26 | | Service Electric Service El A9M23F5734043 Keith M Scriven | | 191.00 | 78.51 |
| 12/27 | | Money Transfer authorized on 12/27 From Keith Scriven PA S00589361814159158 Card 4006 | 67.96 | | |
| 12/27 | | Purchase authorized on 12/26 Lukoil 69266 Philadelphia PA S309360761455604 Card 4006 | | 18.01 | 128.46 |
| 12/30 | | Money Transfer authorized on 12/29 From Keith Scriven PA S004693635517799266 Card 4006 | 49.25 | | |
| 12/30 | | Purchase authorized on 12/26 Quick Chek Corpora Newton NJ S389360459589640 Card 4006 | | 60.25 | |
| 12/30 | | Purchase authorized on 12/29 Shoprite Newton S1 Newton NJ S589363653792323 Card 4006 | | 24.11 | 93.35 |
| 12/31 | | Purchase authorized on 12/28 Main St. Liquors Stillwater NJ S469362714998963 Card 4006 | | 17.05 | |
| 12/31 | | Purchase authorized on 12/29 Quick Chek Corpora Newton NJ S389363648039085 Card 4006 | | 28.37 | |
| 12/31 | | Purchase authorized on 12/29 Quick Chek Corpora Newton NJ S589363648276257 Card 4006 | | 20.00 | |
| 12/31 | | Td Bank Payment 191230 Keith M Scriven 4839503956349536 | | 20.00 | 7.93 |
| 1/2 | | Purchase authorized on 01/02 Quick Chek Corp Belvidere NJ P000000000384516751 Card 4006 | | 1.91 | 6.02 |
| 1/3 | | Money Transfer authorized on 01/03 From Keith Scriven PA S005800036105955507 Card 4006 | 246.25 | | |
| 1/3 | | ATM Check Deposit on 01/03 1 Freedom Valley Dr. Plumsteadvill PA 0004349 ATM ID 0087R Card 4006 | 600.00 | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Money Transfer authorized on 01/03 From Keith Scriven PA S00460003802013371 Card 4006 | 2,167.00 | | |
| 1/3 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Fhwygc | | 215.00 | |
| 1/3 | | American Express ACH Pmt 200103 W3804 Keith Scriven | | 2,046.00 | 758.27 |
| 1/6 | | Purchase authorized on 01/03 Quick Chek Food St Phillipsburg NJ S460003822647805 Card 4006 | | 25.00 | |
| 1/6 | | ATM Withdrawal authorized on 01/06 74 Church St Flemington NJ 0002295 ATM ID 6865W Card 4006 | | 300.00 | |
| 1/6 | | Transamerica Transameri 200105 42089058 Keith Scriven | | 393.51 | 39.76 |
| 1/7 | | Purchase authorized on 01/07 Fredon Discount Liquor Fredon NJ P00460007726048557 Card 4006 | | 14.92 | 24.84 |
| 1/8 | | Purchase authorized on 01/07 Fredon Deli Newton NJ S460007730573070 Card 4006 | | 13.28 | 11.56 |
| 1/9 | | ATM Cash Deposit on 01/09 601 Chestnut St. Philadelphia PA 0008443 ATM ID 6560S Card 4006 | 10.00 | | |
| 1/9 | | ATM Check Deposit on 01/09 1886 Bethlehem Pike Flourtown PA 0007057 ATM ID 0013A Card 4006 | 250.00 | | |
| 1/9 | | ATM Withdrawal authorized on 01/09 601 Chestnut St. Philadelphia PA 0008444 ATM ID 6560S Card 4006 | | 20.00 | |
| 1/9 | | ATM Withdrawal authorized on 01/09 1886 Bethlehem Pike Flourtown PA 0007058 ATM ID 0013A Card 4006 | | 220.00 | |
| 1/9 | | Purchase authorized on 01/09 Southport Libert Philadelphia PA P00580009775274286 Card 4006 | | 20.03 | 11.53 |
| 1/10 | | Money Transfer authorized on 01/10 From Keith Scriven PA S00580010443190463 Card 4006 | 1,280.50 | | |
| 1/10 | | ATM Cash Deposit on 01/10 74 Church St Flemington NJ 0003377 ATM ID 6865W Card 4006 | 322.00 | | |
| 1/10 | | ATM Withdrawal authorized on 01/10 601 Chestnut St. Philadelphia PA 0008540 ATM ID 6560S Card 4006 | | 600.00 | |
| 1/10 | | ATM Withdrawal authorized on 01/10 601 Chestnut St. Philadelphia PA 0008673 ATM ID 6560S Card 4006 | | 80.00 | |
| 1/10 | | Purchase authorized on 01/10 Venmo* VISA Direct NY S00460011000252420 Card 4006 | | 200.00 | 734.03 |
| 1/13 | | Purchase authorized on 01/10 Cash App*Keith Scr 8774174551 CA S580010443626842 Card 4006 | | 200.00 | |
| 1/13 | | Purchase authorized on 01/10 Jewelers Depot Philadelphia PA S300010523411394 Card 4006 | | 401.35 | |
| 1/13 | | Purchase authorized on 01/10 Wal-Mart #5103 Philadelphia PA S620013545300479 Card 4006 | | 45.87 | |
| 1/13 | | Comcast Cable 200111 8641837 Keith *Scriven | | 117.32 | -30.51 |
| 1/14 | | Overdraft Fee for a Transaction Posted on 01/13 $117.32 Comcast Cable 200111 8641837 Keith *Scriven | | 35.00 | |
| 1/14 | | Venmo Cashout 2978182625 Keith Scriven | 125.00 | | 59.49 |
| 1/15 | | Purchase authorized on 01/15 Lukoil 69702 Philadelphia PA P00300015610889340 Card 4006 | | 27.24 | 32.25 |
| **Ending balance on 1/15** | | | | | **32.25** |
| **Totals** | | | **$8,609.96** | **$8,611.02** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $8.75 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/16 | | Purchase authorized on 01/15 Hop & Vine Liquors Belvidere NJ S300015771951352 Card 4006 | | 14.92 | 17.33 |
| 1/17 | | Tele-Transfer Fr xxxxxx3982 Reference #TF07Hpdxf4 | 400.00 | | |
| 1/17 | | ATM Withdrawal authorized on 01/17 74 Church St Flemington NJ 0005188 ATM ID 6865W Card 4006 | | 300.00 | 117.33 |
| 1/21 | | Tele-Transfer Fr xxxxxx3982 Reference #TF07Hvw9WY | 3,000.00 | | |
| 1/21 | | Purchase authorized on 01/17 Sq *Dawud Harrigan 877-417-4551 PA S460017810632431 Card 4006 | | 50.00 | |
| 1/21 | | Purchase authorized on 01/17 Quick Chek Corpora Belvidere NJ S460017862779010 Card 4006 | | 53.81 | |
| 1/21 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07Hvwdzq on 01/19/20 | | 500.00 | |
| 1/21 | | Purchase authorized on 01/19 Metro Self Storage 973-6914848 NJ S380019623263787 Card 4006 | | 182.23 | |
| 1/21 | | Purchase authorized on 01/19 Metro Self Storage 973-6914848 NJ S300019627623023 Card 4006 | | 35.07 | |
| 1/21 | | Purchase authorized on 01/19 Cash App*Marki 8774174551 CA S580019841363168 Card 4006 | | 250.00 | |
| 1/21 | | Purchase authorized on 01/20 East Coast Equine 9088521316 NJ S460020584176669 Card 4006 | | 652.49 | |
| 1/21 | | Purchase authorized on 01/20 Fredon Deli Newton NJ S580020780054967 Card 4006 | | 6.27 | 1,387.46 |
| 1/22 | | Purchase authorized on 01/20 Pods Northern New 800-7767637 NJ S300020589978367 Card 4006 | | 432.30 | 955.16 |
| 1/24 | | Tele-Transfer Fr xxxxxx3982 Reference #TF07Jm7Jkt | 2,000.00 | | |
| 1/24 | | Purchase authorized on 01/23 Parkmobile-10 770-818-9036 GA S580023573006253 Card 4006 | | 1.40 | |
| 1/24 | | Purchase authorized on 01/24 Venmo* VISA Direct NY S00460024662200767 Card 4006 | | 2,000.00 | |
| 1/24 | | Td Bank Payment 200123 Keith M Scriven 4839503956349536 | | 285.00 | 668.76 |
| 1/27 | | Purchase authorized on 01/24 Metro Self Storage 973-6914848 NJ S300024618420323 Card 4006 | | 35.07 | |
| 1/27 | | Recurring Payment authorized on 01/24 Sxm*Siriusxm.Com/A 888-635-5144 NY S580024788601409 Card 4006 | | 77.67 | |
| 1/27 | | Purchase authorized on 01/25 Lyft *Ride Sat 9 Lyft.Com CA S300025511314158 Card 4006 | | 21.99 | |
| 1/27 | | Purchase authorized on 01/25 Uhl*Bins and Bays Sparta NJ S460020523564568 Card 4006 | | 274.27 | |
| 1/27 | | Vz Wireless Ve Vzw Webpay 200124 9226609 Keith *Scriven | | 191.72 | 68.04 |
| 2/4 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07Lc39T7 on 02/04/20 | 140.00 | | |
| 2/4 | | Purchase authorized on 02/04 Dick's Clothing&Sporting North Wales PA P00580035573411008 Card 4006 | | 116.58 | |
| 2/4 | | Purchase authorized on 02/04 Marshalls 801 Bethlehe North Wales PA P00000000676056518 Card 4006 | | 49.99 | 41.47 |
| 2/7 | | Money Transfer authorized on 02/07 From Keith Scriven PA S003000386254985800 Card 4006 | 98.50 | | |
| 2/7 | | Purchase authorized on 02/07 Quick Chek Corp Belvidere NJ P000000000472154932 Card 4006 | | 1.91 | 138.06 |
| 2/10 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07M6452H on 02/09/20 | 95.00 | | |
| 2/10 | | Purchase authorized on 02/08 Nya Joe's #25 Ardmore PA S380039685283404 Card 4006 | | 90.00 | 143.06 |
| 2/11 | | ATM Cash Deposit on 02/11 307 Levering Mill Road Bala Cynwyd PA 0008821 ATM ID 0174K Card 4006 | 200.00 | | |
| 2/11 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 198.36 |
| 2/12 | | ATM Cash Deposit on 02/12 601 Chestnut St. Philadelphia PA 0001211 ATM ID 6560S Card 4006 | 80.00 | | |
| 2/12 | | Purchase authorized on 02/11 Parkmobile-10 770-818-9036 GA S580042505153113 Card 4006 | | 1.65 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/12 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Mkr6Z2 | | 180.00 | |
| 2/12 | | Purchase authorized on 02/12 USPS PO 41659401 615 Ches Philadelphia PA P00380043748336504 Card 4006 | | 45.47 | 51.24 |
| 2/13 | | Purchase authorized on 02/12 Parkmobile-10 770-818-9036 GA S580043724566398 Card 4006 | | 3.40 | 47.84 |
| 2/14 | | Purchase authorized on 02/14 Quick Chek Corp Belvidere NJ P00000000275490069 Card 4006 | | 1.70 | 46.14 |
| **Ending balance on 2/14** | | | | | 46.14 |
| **Totals** | | | **$6,013.50** | **$5,999.61** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/16/2020 - 02/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $17.33 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 23 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐
RC/RC



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/18 | | Money Transfer authorized on 02/18 From Keith Scriven PA S00580049720925893 Card 4006 | 98.50 | | |
| 2/18 | | Purchase authorized on 02/13 Quick Chek Corpora Newton NJ S380044589593773 Card 4006 | | 30.00 | 114.64 |
| 2/19 | | Purchase authorized on 02/18 Cescos Pizzeria Newton NJ S460049843820503 Card 4006 | | 19.19 | 95.45 |
| 2/20 | | Money Transfer authorized on 02/20 From Keith Scriven PA S00300051791884107 Card 4006 | 443.25 | | |
| 2/20 | | Purchase authorized on 02/18 Quick Ckek Food St Ringoes NJ S380049785840218 Card 4006 | | 30.00 | |
| 2/20 | | Purchase authorized on 02/18 Mountain Valley Fl Washington to NJ S580049818336308 Card 4006 | | 13.85 | |
| 2/20 | | Purchase authorized on 02/19 Hop & Vine Liquors Belvidere NJ S300050720651323 Card 4006 | | 16.92 | |
| 2/20 | | ATM Withdrawal authorized on 02/20 122 Water Street Newton NJ 0001886 ATM ID 0115N Card 4006 | | 460.00 | 17.93 |
| 2/24 | | ATM Check Deposit on 02/24 307 Levering Mill Road Bala Cynwyd PA 0001334 ATM ID 0174K Card 4006 | 2,300.00 | | |
| 2/24 | | Purchase authorized on 02/20 Staples 0010 Newton NJ S580051802709787 Card 4006 | | 3.84 | |
| 2/24 | | ATM Withdrawal authorized on 02/24 307 Levering Mill Road Bala Cynwyd PA 0001335 ATM ID 0174K Card 4006 | | 260.00 | 2,054.09 |
| 2/25 | | Money Transfer authorized on 02/25 From Keith Scriven PA S00300056594184136 Card 4006 | 147.75 | | |
| 2/25 | | ATM Withdrawal authorized on 02/25 307 Levering Mill Road Bala Cynwyd PA 0001428 ATM ID 0174K Card 4006 | | 80.00 | |
| 2/25 | 243 | Check | | 2,000.00 | 121.84 |
| 2/26 | | ATM Check Deposit on 02/26 50 International Drive Flanders NJ 0001476 ATM ID 9856H Card 4006 | 3,000.00 | | |
| 2/26 | | Venmo Cashout 3161454671 Keith Scriven | 1,000.00 | | |
| 2/26 | | Purchase authorized on 02/24 Net Cost Gas Narberth PA S300055579377757 Card 4006 | | 10.00 | |
| 2/26 | | Purchase authorized on 02/25 Wawa 998 0000 Blackwood NJ S460056508677868 Card 4006 | | 20.00 | |
| 2/26 | | Purchase authorized on 02/25 Narberth Pizza Narberth PA S460056646191468 Card 4006 | | 16.95 | |
| 2/26 | | Purchase authorized on 02/25 Hop & Vine Liquors Belvidere NJ S460056810881701 Card 4006 | | 14.92 | 4,059.97 |
| 2/27 | | Venmo Cashout 3164300367 Keith Scriven | 2,000.00 | | |
| 2/27 | | Purchase authorized on 02/27 Venmo* VISA Direct NY S00380058537700410 Card 4006 | | 1,500.00 | 4,559.97 |
| 2/28 | | Purchase authorized on 02/26 Quick Chek Food St Phillipsburg NJ S580057504380952 Card 4006 | | 25.00 | |
| 2/28 | | Cash eWithdrawal in Branch/Store 02/28/2020 11:34 Am 340 S 2nd St Philadelphia PA 4006 | | 1,300.00 | |
| 2/28 | | Purchase authorized on 02/28 Acme 0613 Penn Valley PA P003000597543138876 Card 4006 | | 34.14 | 3,200.83 |
| 3/2 | | Purchase authorized on 02/28 Quick Chek Corpora Belvidere NJ S300059447844585 Card 4006 | | 30.00 | |
| 3/2 | | Purchase authorized on 02/28 The Home Depot #41 Conshohocken PA S580059553627420 Card 4006 | | 1,676.42 | |
| 3/2 | | Purchase authorized on 02/28 Parkmobile-10 770-818-9036 GA S580059581300585 Card 4006 | | 1.24 | |
| 3/2 | | Purchase authorized on 02/28 Besito Suburban Sq Ardmore PA S380059821600798 Card 4006 | | 50.88 | |
| 3/2 | | Purchase authorized on 03/01 Shoprite 125 Water St Newton NJ P000000000539386566 Card 4006 | | 13.86 | |
| 3/2 | 244 | Check | | 1,000.00 | |
| 3/2 | | Vz Wireless Ve E Check 200228 4141044 Keith *Scriven | | 378.50 | 49.93 |

March 13, 2020 ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/4 | | ATM Withdrawal authorized on 03/04 1 Freedom Valley Dr. Plumsteadvill PA 0003272 ATM ID 0087R Card 4006 | | 40.00 | 9.93 |
| 3/6 | | Money Transfer authorized on 03/06 From Keith Scriven PA S003000666601570199 Card 4006 | 147.75 | | |
| 3/6 | | Money Transfer authorized on 03/06 From Keith Scriven PA S003800666679485470 Card 4006 | 344.75 | | |
| 3/6 | | Purchase authorized on 03/06 Shoprite Cheltenham S1 Cheltenham PA P00460066658588710 Card 4006 | | 123.01 | |
| 3/6 | | ATM Withdrawal authorized on 03/06 307 Levering Mill Road Bala Cynwyd PA 0003570 ATM ID 0174K Card 4006 | | 220.00 | 159.42 |
| 3/9 | | Tele-Transfer Fr xxxxxx3982 Reference #TF07Rtywd7 | 18.00 | | |
| 3/9 | | Purchase authorized on 03/06 Walgreens #6894 Wyncote PA S580066680963056 Card 4006 | | 102.63 | |
| 3/9 | | Purchase authorized on 03/07 Fresh Groc Monument S1 Philadelphia PA P00580067574162859 Card 4006 | | 29.13 | |
| 3/9 | | Purchase authorized on 03/07 Sunoco 06196943 Belmont Hills PA P00000000582891068 Card 4006 | | 19.86 | 25.80 |
| 3/10 | | Money Transfer authorized on 03/10 From Keith Scriven PA S00580070674083070 Card 4006 | 39.40 | | |
| 3/10 | | Purchase authorized on 03/10 Lukoil 69702 Philadelphia PA P00460070694026379 Card 4006 | | 24.91 | 40.29 |
| 3/11 | | Money Transfer authorized on 03/11 From Keith Scriven PA S00580071695053036 Card 4006 | 19.70 | | |
| 3/11 | | ATM Cash Deposit on 03/11 1 Freedom Valley Dr. Plumsteadvill PA 0004411 ATM ID 0087R Card 4006 | 200.00 | | |
| 3/11 | | Purchase authorized on 03/09 Quick Chek Corpora Belvidere NJ S580069434621337 Card 4006 | | 7.80 | |
| 3/11 | | Purchase authorized on 03/10 Hop & Vine Liquors Belvidere NJ S380070850476152 Card 4006 | | 10.66 | |
| 3/11 | | Purchase authorized on 03/11 Lukoil 69702 Philadelphia PA P00460071595280814 Card 4006 | | 10.79 | |
| 3/11 | | ATM Withdrawal authorized on 03/11 1 Freedom Valley Dr. Plumsteadvill PA 0004412 ATM ID 0087R Card 4006 | | 40.00 | |
| 3/11 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07S7P3Sx on 03/11/20 | | 20.00 | 170.74 |
| 3/13 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 26.04 |
| **Ending balance on 3/13** | | | | | **26.04** |
| **Totals** | | | **$9,759.10** | **$9,779.20** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 243 | 2/25 | 2,000.00 | 244 | 3/2 | 1,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/15/2020 - 03/13/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $9.93 ☐ |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | WT Fed#09528 Legend Bank, N.A. /Org=Ann Myra Smith Srf# 1119032900032502 Trn#200316176825 Rfb# | 10,000.00 | | |
| 3/16 | | Wire Trans Svc Charge - Sequence: 200316176825 Srf# 1119032900032502 Trn#200316176825 Rfb# | | 15.00 | |
| 3/16 | | Withdrawal Made In A Branch/Store | | 3,000.00 | 7,011.04 |
| 3/17 | | Purchase authorized on 03/16 Parkmobile-10 770-818-9036 GA S460076640821333 Card 4006 | | 0.97 | |
| 3/17 | | Purchase authorized on 03/16 Parkmobile-10 770-818-9036 GA S460076656026831 Card 4006 | | 1.22 | |
| 3/17 | | Purchase authorized on 03/16 Wu Santander Cnsmr 888-222-4227 TX S460076739738988 Card 4006 | | 2,003.75 | |
| 3/17 | | Purchase authorized on 03/16 Wu Santander Cnsmr 888-222-4227 TX S300076742865621 Card 4006 | | 556.23 | |
| 3/17 | | ATM Withdrawal authorized on 03/17 307 Levering Mill Road Bala Cynwyd PA 0005363 ATM ID 0174K Card 4006 | | 200.00 | |
| 3/17 | | Purchase authorized on 03/17 Shoprite Hunterdon S1 Flemington NJ P00580077698472862 Card 4006 | | 46.90 | 4,201.97 |
| 3/18 | | Healthinspremium EDI Paymts Rspax0002789033 Lawrence Kane | | 124.40 | |
| 3/18 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | |
| 3/18 | | Chubb-Sci Ins.Prem 200317 Sci Keith M Scriven | | 799.20 | 2,680.77 |
| 3/19 | | Purchase authorized on 03/18 Sp * Outlaw Outfit Newton NJ S580078512192927 Card 4006 | | 115.98 | |
| 3/19 | | ATM Withdrawal authorized on 03/19 122 Water Street Newton NJ 0007023 ATM ID 0115N Card 4006 | | 200.00 | |
| 3/19 | | ATM Withdrawal authorized on 03/19 122 Water Street Newton NJ 0007024 ATM ID 0115N Card 4006 | | 400.00 | 1,964.79 |
| 3/20 | | Money Transfer authorized on 03/20 From Keith Scriven PA S00460080728177232 Card 4006 | 492.50 | | |
| 3/20 | | ATM Withdrawal authorized on 03/20 601 Chestnut St. Philadelphia PA 0003995 ATM ID 6560S Card 4006 | | 800.00 | |
| 3/20 | | Purchase authorized on 03/20 Wal-Mart #5103 Philadelphia PA P00000000085042049 Card 4006 | | 47.22 | |
| 3/20 | | Cash eWithdrawal in Branch/Store 03/20/2020 3:08 Pm 2401 W Cheltenham Ave Wyncote PA 4006 | | 80.00 | |
| 3/20 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Tprrn2 | | 525.00 | 1,005.07 |
| 3/23 | | Money Transfer authorized on 03/23 From Keith Scriven PA S003000084001146586 Card 4006 | 394.00 | | |
| 3/23 | | Money Transfer authorized on 03/23 From Keith Scriven PA S003000084010764523 Card 4006 | 49.25 | | |
| 3/23 | | Purchase authorized on 03/19 Metro Self Storage 973-6914848 NJ S300079833446531 Card 4006 | | 248.91 | |
| 3/23 | | Tele-Transfer to xxxxxx3982 Reference #TF07Tvtqqr | | 25.00 | |
| 3/23 | | Purchase authorized on 03/23 Fresh Groc Monument S1 Philadelphia PA P00380083720187447 Card 4006 | | 16.19 | |
| 3/23 | | Tele-Transfer to xxxxxx3982 Reference #TF07V2Qxjd | | 410.00 | |
| 3/23 | 246 | Check | | 651.03 | 97.19 |
| 3/24 | | Purchase authorized on 03/21 Bagelsmith Grill Phillipsburg NC S580081662055574 Card 4006 | | 27.69 | |
| 3/24 | | Purchase authorized on 03/24 Wawa 288 Pipersville PA P00580084650919858 Card 4006 | | 6.76 | 62.74 |
| 3/27 | | Venmo Cashout 3285897733 Keith Scriven | 500.00 | | |
| 3/27 | | Purchase authorized on 03/26 Main St. Liquors Stillwater NJ S460086805947234 Card 4006 | | 17.05 | 545.69 |
| 3/30 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07Vwvxtb on 03/30/20 | 15.00 | | |
| 3/30 | | Purchase authorized on 03/27 Quick Chek Food St Phillipsburg NJ S460087452472640 Card 4006 | | 25.00 | |
| 3/30 | | ATM Withdrawal authorized on 03/28 307 Levering Mill Road Bala Cynwyd PA 0006637 ATM ID 0174K Card 4006 | | 40.00 | |

April 14, 2020 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/30 | | Purchase authorized on 03/28 Wawa 288 Pipersville PA P003000886659725293 Card 4006 | | 32.82 | |
| 3/30 | | Purchase authorized on 03/30 The Home Depot #4106 Conshohocken PA P00460090502502069 Card 4006 | | 45.60 | |
| 3/30 | | Purchase authorized on 03/30 Fresh Groc Monument S1 Philadelphia PA P00580090740764617 Card 4006 | | 20.51 | |
| 3/30 | | Transamerica Transameri 200329 42089058 Keith Scriven | | 393.51 | 3.25 |
| 4/1 | | Money Transfer authorized on 04/01 From Keith Scriven PA S00580092446884911 Card 4006 | 19.70 | | 22.95 |
| 4/2 | | Purchase authorized on 04/01 Hop & Vine Liquors Belvidere NJ S380092721216137 Card 4006 | | 14.92 | 8.03 |
| 4/3 | | ATM Check Deposit on 04/03 307 Levering Mill Road Bala Cynwyd PA 0007260 ATM ID 0174K Card 4006 | 2,000.00 | | |
| 4/3 | | ATM Withdrawal authorized on 04/03 2843 North Broad Street Philadelphia PA 0003818 ATM ID 6598C Card 4006 | | 100.00 | |
| 4/3 | | Tele-Transfer to xxxxxx3982 Reference #TF07Wsbd6Z | | 300.00 | 1,608.03 |
| 4/6 | | Purchase authorized on 04/03 McDonald's F14516 Philadelphia PA S460094529264658 Card 4006 | | 7.32 | |
| 4/6 | | Purchase authorized on 04/04 Hop & Vine Liquors Belvidere NJ S300095758600295 Card 4006 | | 29.84 | |
| 4/6 | | ATM Withdrawal authorized on 04/06 1230 US Hwy. 22 Phillipsburg NJ 0007762 ATM ID 6743S Card 4006 | | 60.00 | 1,510.87 |
| 4/7 | | Venmo Cashout 3325186029 Keith Scriven | 170.00 | | |
| 4/7 | | Purchase authorized on 04/07 Fredon Discount Liquor Fredon NJ P00380098798545202 Card 4006 | | 14.92 | 1,665.95 |
| 4/8 | | Purchase authorized on 04/06 McDonald's F14516 Philadelphia PA S460097792219951 Card 4006 | | 8.33 | |
| 4/8 | | Purchase authorized on 04/07 McDonald's F13963 Plumsteadvill PA S580098749121349 Card 4006 | | 12.59 | |
| 4/8 | | Withdrawal Made In A Branch/Store | | 800.00 | |
| 4/8 | | ATM Withdrawal authorized on 04/08 1 Freedom Valley Dr. Plumsteadvill PA 0007668 ATM ID 0087R Card 4006 | | 800.00 | 45.03 |
| 4/9 | | Venmo Cashout 3333759115 Keith Scriven | 695.00 | | |
| 4/9 | | Purchase authorized on 04/08 US Gas Blairstown NJ S460099447712854 Card 4006 | | 25.00 | 715.03 |
| 4/10 | | Venmo Cashout 3336571449 Keith Scriven | 250.00 | | |
| 4/10 | | Purchase authorized on 04/09 Main St. Liquors Stillwater NJ S300100757587817 Card 4006 | | 18.04 | |
| 4/10 | | Purchase authorized on 04/10 Fresh Groc Monument S1 Philadelphia PA P00300101793865017 Card 4006 | | 16.19 | 930.80 |
| 4/13 | | ATM Cash Deposit on 04/11 307 Levering Mill Road Bala Cynwyd PA 0008073 ATM ID 0174K Card 4006 | 20.00 | | |
| 4/13 | | Money Transfer authorized on 04/12 From Keith Scriven PA S00460103719525678 Card 4006 | 73.88 | | |
| 4/13 | | Venmo Cashout 3344850880 Keith Scriven | 125.00 | | |
| 4/13 | | Purchase authorized on 04/10 McDonald's F13963 Plumsteadvill PA S380101449222133 Card 4006 | | 13.21 | |
| 4/13 | | Purchase authorized on 04/11 Lukoil 69708 Philadelphia PA S380102432047220 Card 4006 | | 20.95 | |
| 4/13 | | ATM Withdrawal authorized on 04/11 307 Levering Mill Road Bala Cynwyd PA 0008072 ATM ID 0174K Card 4006 | | 760.00 | |
| 4/13 | | Purchase authorized on 04/13 Fresh Groc Monument S1 Philadelphia PA P00580104698371850 Card 4006 | | 20.50 | |
| 4/13 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Y36Pqw | | 45.00 | |



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/13 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 145.32 |
| 4/14 | | Purchase authorized on 04/13 McDonald's F23405 Stanhope NJ S380104419069239 Card 4006 | | 6.39 | 138.93 |
| **Ending balance on 4/14** | | | | | **138.93** |
| **Totals** | | | **$14,804.33** | **$14,691.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 246 | 3/23 | 651.03 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/14/2020 - 04/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $3.25 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,740.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 29 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐

RC/RC

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 5



HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | -$855.63 |
| Deposits/Credits | 47,275.57 |
| Withdrawals/Debits | - 45,061.86 |
| **Ending balance on 1/31** | **$1,358.08** |
| Average ledger balance this period | $9,367.98 |

Account number: ▇▇▇▇ 3982
**HANLAN MIDGETTE SCRIVEN LP**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0046236
Sheet 00001 of  00003



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Edeposit IN Branch/Store 01/03/20 02:10:04 Pm 888 Baltimore Pike Springfield PA 4658 | 8,000.00 | | |
| 1/3 | | Withdrawal Made In A Branch/Store | | 3,010.00 | 4,134.37 |
| 1/6 | | Purchase authorized on 01/03 Geico *Auto Macon DC S300003743322424 Card 4658 | | 526.40 | |
| 1/6 | | Purchase authorized on 01/03 Cash App*Keith Scr 8774174551 CA S380003799727356 Card 4658 | | 2,200.00 | |
| 1/6 | | Purchase authorized on 01/04 Quick Chek Corpora Newton NJ S580004602236692 Card 4658 | | 93.12 | |
| 1/6 | | ATM Withdrawal authorized on 01/06 74 Church St Flemington NJ 0002296 ATM ID 6865W Card 4658 | | 300.00 | |
| 1/6 | | Citi Card Online Payment 200105 430003907235395 Lawrence M Kane | | 69.05 | |
| 1/6 | | Barclaycard US Creditcard xxxxx7313 Lawrence Kane | | 73.19 | |
| 1/6 | | American Express ACH Pmt 200106 M0248 Hanlan Midgete Scriven | | 800.00 | 72.61 |
| 1/7 | | Recurring Payment authorized on 01/06 Dnh*Godaddy.Com 480-5058855 AZ S580006396405073 Card 4658 | | 21.60 | |
| 1/7 | < | Business to Business ACH Debit - American Express ACH Pmt 200107 W9234 Hanlan Midgete Scriven | | 35.00 | 16.01 |
| 1/9 | | Purchase authorized on 12/27 Silk City 215-5928838 PA S589361143339167 Card 4658 | | 38.00 | -21.99 |
| 1/10 | | Reversal of Overdraft Fee for a Transaction Posted on 12/30 $475.00 Chase Credit Crd Epay 191227 4463679930 Lawrence M Kane | 35.00 | | |
| 1/10 | | Reversal of Overdraft Fee for a Transaction Posted on 12/30 $340.00 Chase Credit Crd Epay 191228 4465053382 Lawrence M Kane | 35.00 | | |
| 1/10 | | Money Transfer authorized on 01/10 From Keith Scriven PA S004600010459353656 Card 4658 | 197.00 | | |
| 1/10 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 100.31 |
| 1/16 | | ATM Withdrawal authorized on 01/16 307 Levering Mill Road Bala Cynwyd PA 0004139 ATM ID 0174K Card 4658 | | 80.00 | 20.31 |
| 1/17 | | Edeposit IN Branch/Store 01/17/20 04:12:34 Pm 340 S 2nd St Philadelphia PA 4658 | 39,000.00 | | |
| 1/17 | | Tele-Transfer to xxxxxx5377 Reference #TF07Hpdxf4 | | 400.00 | 38,620.31 |
| 1/21 | | Purchase authorized on 01/18 USPS PO 3358501340 Newton NJ S380018601926131 Card 4658 | | 32.09 | |
| 1/21 | | Purchase authorized on 01/18 USPS PO 3358501340 Newton NJ S380018602987959 Card 4658 | | 19.54 | |
| 1/21 | | ATM Withdrawal authorized on 01/18 122 Water Street Newton NJ 0005954 ATM ID 0115N Card 4658 | | 300.00 | |
| 1/21 | | Purchase authorized on 01/18 Quick Chek Corpora Newton NJ S460018611072564 Card 4658 | | 41.54 | |
| 1/21 | | Purchase authorized on 01/18 Quick Chek Corpora Newton NJ S380018611280698 Card 4658 | | 40.76 | |
| 1/21 | | Purchase authorized on 01/18 Quick Chek Corpora Newton NJ S580018613445502 Card 4658 | | 11.63 | |
| 1/21 | | Purchase authorized on 01/18 The Home Depot #09 Newton NJ S300018628499307 Card 4658 | | 106.18 | |
| 1/21 | | Purchase authorized on 01/18 Autozone 6753 Newton NJ S580018636900591 Card 4658 | | 55.64 | |
| 1/21 | | Tele-Transfer to xxxxxx5377 Reference #TF07Hvw9WY | | 3,000.00 | |
| 1/21 | | Purchase authorized on 01/20 Fredon Discount Li Fredon NJ S460020778201247 Card 4658 | | 29.83 | |
| 1/21 | < | Business to Business ACH Debit - American Express ACH Pmt 200121 W9820 Hanlan Midgete Scriven | | 50.00 | |
| 1/21 | 1160 | Check | | 600.00 | 34,333.10 |
| 1/23 | | Recurring Payment authorized on 01/22 Dnh*Godaddy.Com 480-5058855 AZ S460022571294200 Card 4658 | | 32.40 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/23 | | Withdrawal Made In A Branch/Store | | 6,510.00 | |
| 1/23 | | Withdrawal Made In A Branch/Store | | 16,730.00 | 11,060.70 |
| 1/24 | | Tele-Transfer to xxxxxx5377 Reference #TF07Jm7Jkt | | 2,000.00 | 9,060.70 |
| 1/27 | | Purchase authorized on 01/24 Autozone 6753 Newton NJ S580024549869458 Card 4658 | | 89.55 | |
| 1/27 | | Purchase authorized on 01/24 Enterprise Rent-A- Augusta NJ S380024838432695 Card 4658 | | 481.00 | |
| 1/27 | | Recurring Payment authorized on 01/25 Netflix.Com 408-5403700 CA S460025388927029 Card 4658 | | 9.71 | |
| 1/27 | | American Express ACH Pmt 200127 M1118 Hanlan Midgete Scriven | | 1,967.00 | 6,513.44 |
| 1/28 | | Purchase authorized on 01/27 Pgw/EZ-Pay Ivr Csr 215-235-1000 PA S380027454457379 Card 4658 | | 402.95 | |
| 1/28 | | Purchase authorized on 01/27 Peco Residential P 800-494-4000 IL S460027458279463 Card 4658 | | 164.38 | |
| 1/28 | | Geico Prem Coll 200127 8Aj27Xpcj46Oe E Keith M Scriven | | 522.40 | 5,423.71 |
| 1/29 | | Purchase authorized on 01/28 Target 0002 Philadelphia PA S300028788260757 Card 4658 | | 32.21 | |
| 1/29 | 1155 | Check | | 3,500.00 | 1,891.50 |
| 1/30 | | Purchase authorized on 01/28 Verizon Wrls D5018 Philadelphia PA S460028796503188 Card 4658 | | 21.59 | |
| 1/30 | | Purchase authorized on 01/29 Nya Joe's #25 Ardmore PA S300029740362787 Card 4658 | | 81.00 | 1,788.91 |
| 1/31 | | Purchase Return authorized on 01/30 Enterprise Rent-A- Augusta NJ S380024838432695 Card 4658 | 8.57 | | |
| 1/31 | | ATM Withdrawal authorized on 01/31 601 Chestnut St. Philadelphia PA 0000276 ATM ID 6560S Card 4658 | | 300.00 | |
| 1/31 | | Healthinspremium EDI Paymts 21457145 Lawrence Kane | | 124.40 | |
| 1/31 | | Cash Deposit Processing Fee | | 15.00 | 1,358.08 |
| **Ending balance on 1/31** | | | | | 1,358.08 |
| **Totals** | | | **$47,275.57** | **$45,061.86** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 1155 | 1/29 | 3,500.00 | 1160 * | 1/21 | 600.00 |

 * *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $9,368.00 ☑ |
| C1/C1 | | |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Purchase Return authorized on 02/01 Autozone 6753 Newton NJ S610033545945265 Card 4658 | 89.55 | | |
| 2/3 | | Purchase authorized on 01/30 Art City Vets Philadelphia PA S380031063097757 Card 4658 | | 306.00 | |
| 2/3 | | Purchase authorized on 02/01 Etsy Inc Seller Fe 718-8557955 NY S580032491623399 Card 4658 | | 1.60 | |
| 2/3 | | Purchase authorized on 02/01 Wawa 288 Pipersville PA P00300032665535167 Card 4658 | | 31.61 | 1,108.42 |
| 2/4 | | Purchase authorized on 02/04 Tandy Leather #181 110 Philadelphia PA P00000000975795926 Card 4658 | | 179.47 | 928.95 |
| 2/5 | | ATM Cash Deposit on 02/05 601 Chestnut St. Philadelphia PA 0000617 ATM ID 6560S Card 4658 | 900.00 | | |
| 2/5 | | Purchase authorized on 02/03 Puff City 973-3004100 NJ S380034799090888 Card 4658 | | 21.31 | |
| 2/5 | | Cash eWithdrawal in Branch/Store 02/05/2020 10:19 Am 601 Chestnut St Philadelphia PA 4658 | | 1,005.00 | |
| 2/5 | | Transamerica Transameri 200205 42089058 Keith Scriven | | 393.51 | 409.13 |
| 2/6 | | Purchase authorized on 02/04 Quick Chek Food St Phillipsburg NJ S580035518703716 Card 4658 | | 25.00 | 384.13 |
| 2/7 | | Recurring Payment authorized on 02/06 Dnh*Godaddy.Com 480-5058855 AZ S380037530599077 Card 4658 | | 21.60 | |
| 2/7 | | Purchase authorized on 02/06 Fredon Deli Newton NJ S300037609566183 Card 4658 | | 5.33 | |
| 2/7 | | ATM Withdrawal authorized on 02/07 74 Church St Flemington NJ 0000144 ATM ID 6865W Card 4658 | | 300.00 | 57.20 |
| 2/11 | | NSF Return Item Fee for a Transaction Received on 02/10 $1,914.36 Santander Consumer 200209 0021356117 Keith Scriven | | 35.00 | 22.20 |
| 2/24 | | Recurring Payment authorized on 02/22 Dnh*Godaddy.Com 480-5058855 AZ S460053527234396 Card 4658 | | 32.40 | -10.20 |
| 2/25 | | Overdraft Fee for a Transaction Posted on 02/24 $32.40 Recurring Payment Authori Zed on 02/22 Dnh*Godaddy.Com 480-5058 | | 35.00 | |
| 2/25 | | ATM Cash Deposit on 02/25 307 Levering Mill Road Bala Cynwyd PA 0001429 ATM ID 0174K Card 4658 | 60.00 | | 14.80 |
| 2/26 | | Recurring Payment authorized on 02/25 Netflix.Com 408-5403700 CA S580056403837548 Card 4658 | | 9.71 | 5.09 |
| 2/28 | | ATM Cash Deposit on 02/28 340-50 S. Second St. Philadelphia PA 0002374 ATM ID 0196M Card 4658 | 300.00 | | |
| 2/28 | | Geico Prem Coll 200227 8Aj27Xpcj46Oe E Keith M Scriven | | 261.70 | |
| 2/28 | | Monthly Service Fee | | 10.00 | 33.39 |
| **Ending balance on 2/29** | | | | | **33.39** |
| **Totals** | | | **$1,349.55** | **$2,674.24** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Items returned unpaid

| Date | Description | | Amount |
|---|---|---|---|
| 2/11 | Santander Consumer 200209 0021356117 Keith Scriven  Reference # | 021000029930595 | 1,914.36 |
| 2/21 | Santander Retry Pymt 200209 0021356117 Keith Scriven  Reference # | 021000025701774 | 1,914.36 |

March 31, 2020 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Purchase authorized on 02/29 Quick Chek Food St Phillipsburg NJ S380060757073152 Card 4658 | | 25.00 | 8.39 |
| 3/3 | | ATM Cash Deposit on 03/03 307 Levering Mill Road Bala Cynwyd PA 0002822 ATM ID 0174K Card 4658 | 1,200.00 | | |
| 3/3 | | Healthinspremium EDI Paymts 21891060 Lawrence Kane | | 124.40 | |
| 3/3 | | American Express ACH Pmt 200303 W7584 Hanlan Midgete Scriven | | 931.00 | 152.99 |
| 3/4 | | ATM Cash Deposit on 03/04 1 Freedom Valley Dr. Plumsteadvill PA 0003271 ATM ID 0087R Card 4658 | 300.00 | | |
| 3/4 | | ATM Cash Deposit on 03/04 1 Freedom Valley Dr. Plumsteadvill PA 0003273 ATM ID 0087R Card 4658 | 20.00 | | |
| 3/4 | < | Business to Business ACH Debit - American Express ACH Pmt 200304 W1354 Hanlan Midgete Scriven | | 338.00 | 134.99 |
| 3/6 | | ATM Cash Deposit on 03/06 307 Levering Mill Road Bala Cynwyd PA 0003569 ATM ID 0174K Card 4658 | 25.00 | | |
| 3/6 | | Purchase authorized on 03/05 Ops* Newton Expres Newton NJ S300065529177734 Card 4658 | | 7.25 | |
| 3/6 | | Purchase authorized on 03/05 Villa Capri Pizzer Newton NJ S460065664342503 Card 4658 | | 10.50 | 142.24 |
| 3/9 | | Purchase authorized on 03/05 Quick Chek Corpora Newton NJ S300065534229372 Card 4658 | | 25.00 | |
| 3/9 | | Purchase authorized on 03/06 Jewelers Depot Philadelphia PA S460066610995606 Card 4658 | | 73.39 | |
| 3/9 | | Recurring Payment authorized on 03/06 Dnh*Godaddy.Com 480-5058855 AZ S460066685338178 Card 4658 | | 21.60 | |
| 3/9 | | Tele-Transfer to xxxxxx5377 Reference #TF07Rtywd7 | | 18.00 | 4.25 |
| 3/13 | | Recurring Payment Reversal on 03/12 Netflix.Com 408-5403700 CA S580056403837548 Card 4658 | 9.71 | | 13.96 |
| 3/23 | | Tele-Transfer Fr xxxxxx5377 Reference #TF07Tvtqqr | 25.00 | | |
| 3/23 | | Tele-Transfer Fr xxxxxx5377 Reference #TF07V2Qxjd | 410.00 | | |
| 3/23 | | Recurring Payment authorized on 03/22 Dnh*Godaddy.Com 480-5058855 AZ S380082398512038 Card 4658 | | 32.40 | |
| 3/23 | | Chase Credit Crd Epay 200320 4600737187 555420245211950 | | 389.00 | 27.56 |
| 3/25 | | Purchase authorized on 03/24 Cescos Pizzeria Newton NJ S380084694145053 Card 4658 | | 18.13 | 9.43 |
| 3/30 | | Geico Prem Coll 200327 8Aj27Xpcj46Oe E Keith M Scriven | | 269.70 | -260.27 |
| 3/31 | | Overdraft Fee for a Transaction Posted on 03/30 $269.70 Geico Prem Coll 200327 8Aj27Xpcj46O E E Keith M Scriven | | 35.00 | |
| 3/31 | | Monthly Service Fee | | 10.00 | -305.27 |
| **Ending balance on 3/31** | | | | | **-305.27** |
| **Totals** | | | **$1,989.71** | **$2,328.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $19.00 ☐ |