UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No.  13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

Quarterly Post-Confirmation Report for Reorganized Debtor
For the Quarter Ending: 2nd - 2020

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1.  Date of entry of order confirming Plan:                  November 24, 2015

2.  Cash balance at the beginning of this quarter:          - $306.80
    Total receipts during this quarter:                     $60,958.18
    Total disbursements during this quarter:                $57,604.51
    Cash balance at the end of this quarter:                 $3,046.87

3.  Payments made pursuant to the Plan this quarter:
    Total payments to be made pursuant to the Plan:          *
    Cumulative paid to date:                                 *
    Balance remaining to be made under the Plan:             *

    *  -  Debtor has modified his mortgages under the Plan.

    AS OF END OF THIS REPORTING PERIOD:                      Yes    No

4.  Are all payments required by the confirmed plan
    current at this time?                                              x
    **[If "No," attach an explanatory statement identifying
    payments not made.  Include creditor, amount, due
    date, reason for non-payment _and_ an estimated date
    when payments will be brought current.]**

5.     Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan?  **[If "Yes," attach an explanatory statement.]**       X

6.     Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?       X

7.     Have all motions, contested matters and adversary proceedings been fully resolved  **[If "No," for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]**       X

8.     Has the order confirming the Plan become non-appealable?       X

9.     Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If "No," attach an explanatory statement.]**       X

10.     Has any property proposed by the Plan to be transferred pursuant to the Plan?       X

11.     Do any property remain to be transferred pursuant to the Plan?  **[If "Yes," attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]**       X

12.     Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?       X

13.     Anticipated date of motion for final decree:     November 24, 2020

I declare under penalty of perjury that the statements set forth above are true and accurate.

8/11/20

Dated:                   Keith M. Scriven, Debtor

Current Address:      1007 North 6th Street
Philadelphia, PA 19123-1406

Telephone No.:      (215) 564 - 3999

# Wells Fargo Everyday Checking



April 14, 2020 ■ Page 1 of 5

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/14 | $26.04 |
| Deposits/Additions | 14,804.33 |
| Withdrawals/Subtractions | - 14,691.44 |
| **Ending balance on 4/14** | **$138.93** |

Account number:  ████5377

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | WT Fed#09528 Legend Bank, N.A. /Org=Ann Myra Smith Srf# 1119032900032502 Trn#200316176825 Rfb# | 10,000.00 | | |
| 3/16 | | Wire Trans Svc Charge - Sequence: 200316176825 Srf# 1119032900032502 Trn#200316176825 Rfb# | | 15.00 | |
| 3/16 | | Withdrawal Made In A Branch/Store | | 3,000.00 | 7,011.04 |
| 3/17 | | Purchase authorized on 03/16 Parkmobile-10 770-818-9036 GA S460076640821333 Card 4006 | | 0.97 | |
| 3/17 | | Purchase authorized on 03/16 Parkmobile-10 770-818-9036 GA S460076656026831 Card 4006 | | 1.22 | |
| 3/17 | | Purchase authorized on 03/16 Wu Santander Cnsmr 888-222-4227 TX S460076739738988 Card 4006 | | 2,003.75 | |
| 3/17 | | Purchase authorized on 03/16 Wu Santander Cnsmr 888-222-4227 TX S300076742865621 Card 4006 | | 556.23 | |
| 3/17 | | ATM Withdrawal authorized on 03/17 307 Levering Mill Road Bala Cynwyd PA 0005363 ATM ID 0174K Card 4006 | | 200.00 | |
| 3/17 | | Purchase authorized on 03/17 Shoprite Hunterdon S1 Flemington NJ P00580077698472862 Card 4006 | | 46.90 | 4,201.97 |
| 3/18 | | Healthinspremium EDI Paymts Rspax0002789033 Lawrence Kane | | 124.40 | |
| 3/18 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | |
| 3/18 | | Chubb-Sci Ins.Prem 200317 Sci Keith M Scriven | | 799.20 | 2,680.77 |
| 3/19 | | Purchase authorized on 03/18 Sp * Outlaw Outfit Newton NJ S580078512192927 Card 4006 | | 115.98 | |
| 3/19 | | ATM Withdrawal authorized on 03/19 122 Water Street Newton NJ 0007023 ATM ID 0115N Card 4006 | | 200.00 | |
| 3/19 | | ATM Withdrawal authorized on 03/19 122 Water Street Newton NJ 0007024 ATM ID 0115N Card 4006 | | 400.00 | 1,964.79 |
| 3/20 | | Money Transfer authorized on 03/20 From Keith Scriven PA S00460080728177232 Card 4006 | 492.50 | | |
| 3/20 | | ATM Withdrawal authorized on 03/20 601 Chestnut St. Philadelphia PA 0003995 ATM ID 6560S Card 4006 | | 800.00 | |
| 3/20 | | Purchase authorized on 03/20 Wal-Mart #5103 Philadelphia PA P00000000085042049 Card 4006 | | 47.22 | |
| 3/20 | | Cash eWithdrawal in Branch/Store 03/20/2020 3:08 Pm 2401 W Cheltenham Ave Wyncote PA 4006 | | 80.00 | |
| 3/20 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Tprrn2 | | 525.00 | 1,005.07 |
| 3/23 | | Money Transfer authorized on 03/23 From Keith Scriven PA S00300084001146586 Card 4006 | 394.00 | | |
| 3/23 | | Money Transfer authorized on 03/23 From Keith Scriven PA S00300084010764523 Card 4006 | 49.25 | | |
| 3/23 | | Purchase authorized on 03/19 Metro Self Storage 973-6914848 NJ S300079833446531 Card 4006 | | 248.91 | |
| 3/23 | | Tele-Transfer to xxxxxx3982 Reference #TF07Tvtqqr | | 25.00 | |
| 3/23 | | Purchase authorized on 03/23 Fresh Groc Monument S1 Philadelphia PA P00380083720187447 Card 4006 | | 16.19 | |
| 3/23 | | Tele-Transfer to xxxxxx3982 Reference #TF07V2Qxjd | | 410.00 | |
| 3/23 | 246 | Check | | 651.03 | 97.19 |
| 3/24 | | Purchase authorized on 03/21 Bagelsmith Grill Phillipsburg NC S580081662055574 Card 4006 | | 27.69 | |
| 3/24 | | Purchase authorized on 03/24 Wawa 288 Pipersville PA P00580084650919858 Card 4006 | | 6.76 | 62.74 |
| 3/27 | | Venmo Cashout 3285897733 Keith Scriven | 500.00 | | |
| 3/27 | | Purchase authorized on 03/26 Main St. Liquors Stillwater NJ S460086805947234 Card 4006 | | 17.05 | 545.69 |
| 3/30 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07Vwvxtb on 03/30/20 | 15.00 | | |
| 3/30 | | Purchase authorized on 03/27 Quick Chek Food St Phillipsburg NJ S460087452472640 Card 4006 | | 25.00 | |
| 3/30 | | ATM Withdrawal authorized on 03/28 307 Levering Mill Road Bala Cynwyd PA 0006637 ATM ID 0174K Card 4006 | | 40.00 | |



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/30 | | Purchase authorized on 03/28 Wawa 288 Pipersville PA P00300088659725293 Card 4006 | | 32.82 | |
| 3/30 | | Purchase authorized on 03/30 The Home Depot #4106 Conshohocken PA P00460090502502069 Card 4006 | | 45.60 | |
| 3/30 | | Purchase authorized on 03/30 Fresh Groc Monument S1 Philadelphia PA P00580090740764617 Card 4006 | | 20.51 | |
| 3/30 | | Transamerica Transameri 200329 42089058 Keith Scriven | | 393.51 | 3.25 |
| 4/1 | | Money Transfer authorized on 04/01 From Keith Scriven PA S00580092446884911 Card 4006 | 19.70 | | 22.95 |
| 4/2 | | Purchase authorized on 04/01 Hop & Vine Liquors Belvidere NJ S380092721216137 Card 4006 | | 14.92 | 8.03 |
| 4/3 | | ATM Check Deposit on 04/03 307 Levering Mill Road Bala Cynwyd PA 0007260 ATM ID 0174K Card 4006 | 2,000.00 | | |
| 4/3 | | ATM Withdrawal authorized on 04/03 2843 North Broad Street Philadelphia PA 0003818 ATM ID 6598C Card 4006 | | 100.00 | |
| 4/3 | | Tele-Transfer to xxxxxx3982 Reference #TF07Wsbd6Z | | 300.00 | 1,608.03 |
| 4/6 | | Purchase authorized on 04/03 McDonald's F14516 Philadelphia PA S460094529264658 Card 4006 | | 7.32 | |
| 4/6 | | Purchase authorized on 04/04 Hop & Vine Liquors Belvidere NJ S300095758600295 Card 4006 | | 29.84 | |
| 4/6 | | ATM Withdrawal authorized on 04/06 1230 US Hwy. 22 Phillipsburg NJ 0007762 ATM ID 6743S Card 4006 | | 60.00 | 1,510.87 |
| 4/7 | | Venmo Cashout 3325186029 Keith Scriven | 170.00 | | |
| 4/7 | | Purchase authorized on 04/07 Fredon Discount Liquor Fredon NJ P00380098798545202 Card 4006 | | 14.92 | 1,665.95 |
| 4/8 | | Purchase authorized on 04/06 McDonald's F14516 Philadelphia PA S460097792219951 Card 4006 | | 8.33 | |
| 4/8 | | Purchase authorized on 04/07 McDonald's F13963 Plumsteadvill PA S580098749121349 Card 4006 | | 12.59 | |
| 4/8 | | Withdrawal Made In A Branch/Store | | 800.00 | |
| 4/8 | | ATM Withdrawal authorized on 04/08 1 Freedom Valley Dr. Plumsteadvill PA 0007668 ATM ID 0087R Card 4006 | | 800.00 | 45.03 |
| 4/9 | | Venmo Cashout 3333759115 Keith Scriven | 695.00 | | |
| 4/9 | | Purchase authorized on 04/08 US Gas Blairstown NJ S460099447712854 Card 4006 | | 25.00 | 715.03 |
| 4/10 | | Venmo Cashout 3336571449 Keith Scriven | 250.00 | | |
| 4/10 | | Purchase authorized on 04/09 Main St. Liquors Stillwater NJ S300100757587817 Card 4006 | | 18.04 | |
| 4/10 | | Purchase authorized on 04/10 Fresh Groc Monument S1 Philadelphia PA P00300101793865017 Card 4006 | | 16.19 | 930.80 |
| 4/13 | | ATM Cash Deposit on 04/11 307 Levering Mill Road Bala Cynwyd PA 0008073 ATM ID 0174K Card 4006 | 20.00 | | |
| 4/13 | | Money Transfer authorized on 04/12 From Keith Scriven PA S00460103719525678 Card 4006 | 73.88 | | |
| 4/13 | | Venmo Cashout 3344850880 Keith Scriven | 125.00 | | |
| 4/13 | | Purchase authorized on 04/10 McDonald's F13963 Plumsteadvill PA S380101449222133 Card 4006 | | 13.21 | |
| 4/13 | | Purchase authorized on 04/11 Lukoil 69708 Philadelphia PA S380102432047220 Card 4006 | | 20.95 | |
| 4/13 | | ATM Withdrawal authorized on 04/11 307 Levering Mill Road Bala Cynwyd PA 0008072 ATM ID 0174K Card 4006 | | 760.00 | |
| 4/13 | | Purchase authorized on 04/13 Fresh Groc Monument S1 Philadelphia PA P00580104698371850 Card 4006 | | 20.50 | |
| 4/13 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF07Y36Pqw | | 45.00 | |

**WELLS FARGO**

---

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------|------|------|
| 4/13 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 145.32 |
| 4/14 | | Purchase authorized on 04/13 McDonald's F23405 Stanhope NJ S380104419069239 Card 4006 | | 6.39 | 138.93 |
| **Ending balance on 4/14** | | | | | **138.93** |
| **Totals** | | | **$14,804.33** | **$14,691.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 246 | 3/23 | 651.03 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/14/2020 - 04/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $3.25 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,740.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 29 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

RC/RC



---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/15 | | Purchase authorized on 04/13 Exxonmobil 4797 Andover NJ S460104412582632 Card 4006 | | 30.00 | |
| 4/15 | | Purchase authorized on 04/15 USPS PO 41041200 1 Union Bala Cynwyd PA P00300106623374894 Card 4006 | | 8.30 | 100.63 |
| 4/16 | | Money Transfer authorized on 04/16 From Keith Scriven PA S00300107600887081 Card 4006 | 246.25 | | |
| 4/16 | | Purchase with Cash Back $ 20.00 authorized on 04/16 USPS PO 33585013 39 Main Newton NJ P00380107615865966 Card 4006 | | 21.94 | 324.94 |
| 4/17 | | ATM Cash Deposit on 04/17 307 Levering Mill Road Bala Cynwyd PA 0008704 ATM ID 0174K Card 4006 | 400.00 | | 724.94 |
| 4/20 | | Purchase authorized on 04/16 Staples 0010 Newton NJ S300107574844525 Card 4006 | | 13.22 | |
| 4/20 | | Purchase authorized on 04/16 Staples 0010 Newton NJ S300107605925571 Card 4006 | | 17.17 | |
| 4/20 | | Purchase authorized on 04/17 Lukoil 69708 Philadelphia PA S580108811064002 Card 4006 | | 25.03 | |
| 4/20 | | Purchase with Cash Back $ 88.50 authorized on 04/20 USPS PO 41041200 1 Union Bala Cynwyd PA P00380111546083357 Card 4006 | | 90.44 | |
| 4/20 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 569.14 | 9.94 |
| 4/21 | | WT Fed#04950 Legend Bank, N.A. /Org=Ann Myra Smith Srf# 1119032900033196 Trn#200421134622 Rfb# | 9,250.00 | | |
| 4/21 | | Wire Trans Svc Charge - Sequence: 200421134622 Srf# 1119032900033196 Trn#200421134622 Rfb# | | 15.00 | |
| 4/21 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib07Zdzj8W on 04/21/20 | | 2,250.00 | |
| 4/21 | | ATM Withdrawal authorized on 04/21 1 Freedom Valley Dr. Plumsteadvill PA 0009095 ATM ID 0087R Card 4006 | | 800.00 | 6,194.94 |
| 4/22 | | Tele-Transfer to xxxxxx3982 Reference #TF07Zjvkkx | | 250.00 | 5,944.94 |
| 4/23 | | Purchase authorized on 04/22 Cash App*Karon Woo 8774174551 CA S580113533385745 Card 4006 | | 60.00 | 5,884.94 |
| 4/24 | | Money Transfer authorized on 04/24 From Keith Scriven PA S00460115654086294 Card 4006 | 123.12 | | |
| 4/24 | | Purchase authorized on 04/22 Metro Self Storage 973-6914848 NJ S460113591095414 Card 4006 | | 248.91 | |
| 4/24 | | Purchase authorized on 04/24 Tractor S 6719 Easton Bedminster PA P00000000432127454 Card 4006 | | 272.88 | 5,486.27 |
| 4/27 | | Purchase authorized on 04/27 Joann Stores #615 Norristown PA P00460118534207900 Card 4006 | | 54.67 | |
| 4/27 | | Purchase authorized on 04/27 Shoprite E.Norriton S1 East Norriton PA P00300118543015507 Card 4006 | | 88.94 | |
| 4/27 | | Purchase authorized on 04/27 Rite Aid Store - 2604 Philadelphia PA P00460118685205604 Card 4006 | | 33.98 | |
| 4/27 | | Vz Wireless Ve Vzw Webpay 200424 5453177 Keith *Scriven | | 167.17 | |
| 4/27 | | Transamerica Transameri 200426 42089058 Keith M Scriven | | 393.51 | 4,748.00 |
| 4/28 | | Purchase authorized on 04/28 WM Superc Wal-Mart Sup Phillipsburg NJ P0000000482177977 Card 4006 | | 114.02 | |
| 4/28 | 249 | Cashed Check | | 3,000.00 | 1,633.98 |
| 4/29 | | Purchase authorized on 04/29 Shoprite 90 Rt 206 N Stanhope NJ P00000000680055126 Card 4006 | | 28.76 | |
| 4/29 | | Purchase authorized on 04/29 The Home Depot 984 Newton NJ P00580120705983848 Card 4006 | | 298.08 | 1,307.14 |
| 4/30 | | Purchase authorized on 04/30 The Home Depot 984 Newton NJ P00300121665765820 Card 4006 | | 115.12 | 1,192.02 |
| 5/1 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib083342x5 on 05/01/20 | 1,200.00 | | |
| 5/1 | | Purchase authorized on 04/29 Metro Self Storage 973-6914848 NJ S380120558111193 Card 4006 | | 157.21 | |
| 5/1 | | Purchase authorized on 05/01 Lowe's #3169 Havertown PA P00300122576002600 Card 4006 | | 148.55 | 2,086.26 |

May 14, 2020 ■ Page 3 of 5

**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/4 | | Purchase authorized on 04/30 Metro Self Storage 973-6914848 NJ S380121702635494 Card 4006 | | 399.72 | |
| 5/4 | | Purchase authorized on 05/01 Turkey Hill #0293 Ottsville PA S460122451072364 Card 4006 | | 21.54 | |
| 5/4 | | Purchase authorized on 05/02 Hymie's Deli Merion Sta PA S580123509156182 Card 4006 | | 14.79 | |
| 5/4 | | Purchase authorized on 05/04 Fresh Groc Monument S1 Philadelphia PA P00380125675564552 Card 4006 | | 32.38 | |
| 5/4 | 250 | Check | | 650.00 | 967.83 |
| 5/6 | | Purchase authorized on 05/04 Hymie's Deli Merion Sta PA S300125699175999 Card 4006 | | 14.79 | |
| 5/6 | | Purchase authorized on 05/05 Hymie's Deli Merion Sta PA S580126482205700 Card 4006 | | 8.32 | 944.72 |
| 5/8 | | ATM Cash Deposit on 05/08 1230 US Hwy. 22 Phillipsburg NJ 0005025 ATM ID 6743S Card 4006 | 201.00 | | |
| 5/8 | | ATM Check Deposit on 05/08 307 Levering Mill Road Bala Cynwyd PA 0001167 ATM ID 0174K Card 4006 | 2,200.00 | | |
| 5/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08489Rxq | | 950.00 | 2,395.72 |
| 5/11 | | Purchase authorized on 05/08 Quick Chek Corpora Belvidere NJ S380129458775283 Card 4006 | | 30.00 | |
| 5/11 | | ATM Withdrawal authorized on 05/09 307 Levering Mill Road Bala Cynwyd PA 0001271 ATM ID 0174K Card 4006 | | 800.00 | |
| 5/11 | | Purchase authorized on 05/09 McDonald's F13963 Plumsteadvill PA S460130786420798 Card 4006 | | 2.75 | |
| 5/11 | | ATM Withdrawal authorized on 05/10 122 Water Street Newton NJ 0004944 ATM ID 0115N Card 4006 | | 800.00 | |
| 5/11 | | Purchase authorized on 05/10 Sp * Outlaw Outfit Newton NJ S460131630844853 Card 4006 | | 76.26 | 686.71 |
| 5/12 | | First Insurance Insurance 900-90203357 Keith M Scriven | | 144.70 | 542.01 |
| 5/13 | | Purchase authorized on 05/11 Staples 0010 Narberth PA S380132667789541 Card 4006 | | 0.45 | 541.56 |
| 5/14 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF084Zljcg | | 80.00 | 461.56 |
| **Ending balance on 5/14** | | | | | **461.56** |
| **Totals** | | | **$13,620.37** | **$13,297.74** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 249 | 4/28 | 3,000.00 | 250 | 5/4 | 650.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/15/2020 - 05/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $9.94 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 29 ☑ |

June 12, 2020 ▪ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 5/18 | | Purchase authorized on 05/14 Staples 0010 Newton NJ S380135519551371 Card 4006 | | 0.68 | |
| 5/18 | | Purchase authorized on 05/15 Quick Chek Corpora Belvidere NJ S460136419112842 Card 4006 | | 30.00 | 430.88 |
| 5/19 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib085T74Kw on 05/19/20 | 200.00 | | |
| 5/19 | | ATM Withdrawal authorized on 05/19 307 Levering Mill Road Bala Cynwyd PA 0002436 ATM ID 0174K Card 4006 | | 600.00 | 30.88 |
| 5/22 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib086Dq8Vn on 05/22/20 | 30.00 | | 60.88 |
| 5/26 | | Online Transfer From Scriven K Ref #Ib086Gntkp Way2Save Savings C19 | 3,500.00 | | |
| 5/26 | | Purchase authorized on 05/22 Speedway 03471 Washington NJ S460143411532742 Card 4006 | | 20.00 | |
| 5/26 | | Purchase authorized on 05/22 McDonald's F14516 Philadelphia PA S460143817714699 Card 4006 | | 6.92 | |
| 5/26 | | Purchase authorized on 05/23 Dunkin #331955 Q35 Philadelphia PA S460144416840426 Card 4006 | | 5.59 | |
| 5/26 | | ATM Withdrawal authorized on 05/23 307 Levering Mill Road Bala Cynwyd PA 0002959 ATM ID 0174K Card 4006 | | 800.00 | |
| 5/26 | | Purchase authorized on 05/23 Staples 0010 Newton NJ S380144759754895 Card 4006 | | 426.49 | |
| 5/26 | | Purchase authorized on 05/24 Wal-Mart Store Newton NJ P00000000030009549 Card 4006 | | 98.38 | |
| 5/26 | | Purchase authorized on 05/25 WM Superc Wal-Mart Sup Phillipsburg NJ P00000000134125810 Card 4006 | | 15.97 | |
| 5/26 | | Purchase authorized on 05/25 Fresh Groc Monument S1 Philadelphia PA P00300146716071501 Card 4006 | | 17.27 | |
| 5/26 | | Purchase authorized on 05/26 Shoprite Wines & 125 Wate Newton NJ P00300147817064259 Card 4006 | | 58.63 | |
| 5/26 | | Purchase authorized on 05/26 Wal-Mart Wal-Mart Sto Newton NJ P00000000086546216 Card 4006 | | 66.90 | 2,044.73 |
| 5/27 | | ATM Transfer authorized on 05/27 From Keith M Scriven Savings 1 Freedom Valley Dr. Plumsteadvill PA 0003900 ATM ID 0087R Card 4006 | 2,000.00 | | |
| 5/27 | | Purchase authorized on 05/27 The Home Depot #0909 Succasunna NJ P00300148510536128 Card 4006 | | 136.58 | |
| 5/27 | | ATM Withdrawal authorized on 05/27 1 Freedom Valley Dr. Plumsteadvill PA 0003901 ATM ID 0087R Card 4006 | | 160.00 | |
| 5/27 | | Purchase authorized on 05/27 The Home Depot #0931 Phillipsburg NJ P00300148736573953 Card 4006 | | 21.29 | |
| 5/27 | 251 | Check | | 1,595.00 | 2,131.86 |
| 5/28 | | Purchase authorized on 05/28 Tractor S 128 State Rt Blairstown NJ P00000000632764272 Card 4006 | | 78.86 | |
| 5/28 | | Purchase authorized on 05/28 Wal-Mart Store Newton NJ P00000000173356841 Card 4006 | | 95.83 | |
| 5/28 | | Purchase authorized on 05/28 Wal-Mart Store Newton NJ P00000000980451276 Card 4006 | | 91.03 | |
| 5/28 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF0874Rnht | | 20.00 | |
| 5/28 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 1,138.28 | 707.86 |
| 5/29 | | ATM Cash Deposit on 05/29 307 Levering Mill Road Bala Cynwyd PA 0003677 ATM ID 0174K Card 4006 | 500.00 | | |
| 5/29 | | Purchase authorized on 05/27 Quick Ckek Food St Ringoes NJ S580148550188271 Card 4006 | | 25.00 | 1,182.86 |
| 6/1 | | Purchase authorized on 05/29 Cash App*Marki 8774174551 CA S460150504271670 Card 4006 | | 450.00 | |
| 6/1 | 252 | Check | | 648.97 | 83.89 |
| 6/5 | | ATM Transfer authorized on 06/05 From Keith M Scriven Savings 307 Levering Mill Road Bala Cynwyd PA 0005133 ATM ID 0174K Card 4006 | 1,000.00 | | |



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/5 | | ATM Withdrawal authorized on 06/05 307 Levering Mill Road Bala Cynwyd PA 0005134 ATM ID 0174K Card 4006 | | 400.00 | 683.89 |
| 6/8 | | ATM Check Deposit on 06/08 307 Levering Mill Road Bala Cynwyd PA 0005715 ATM ID 0174K Card 4006 | 4,500.00 | | |
| 6/8 | | Purchase authorized on 06/05 Cash App*Diana Tra 8774174551 CA S580157737145635 Card 4006 | | 250.00 | |
| 6/8 | | ATM Withdrawal authorized on 06/08 6918-32 Ridge Ave Philadelphia PA 0002198 ATM ID 0191M Card 4006 | | 800.00 | 4,133.89 |
| 6/9 | | Purchase authorized on 06/09 Tractor S 6719 Easton Bedminster PA P00000000383270114 Card 4006 | | 59.37 | |
| 6/9 | 253 | Check | | 2,000.00 | 2,074.52 |
| 6/10 | | Chubb-Sci Ins.Prem 200609 Sci Keith M Scriven | | 809.20 | 1,265.32 |
| 6/11 | | Purchase authorized on 06/11 Venmo* VISA Direct NY S00380163606587720 Card 4006 | | 250.00 | 1,015.32 |
| 6/12 | | ATM Transfer authorized on 06/12 From Keith M Scriven Savings 307 Levering Mill Road Bala Cynwyd PA 0006684 ATM ID 0174K Card 4006 | 1,100.00 | | |
| 6/12 | | Venmo Cashout 3609519042 Keith Scriven | 150.00 | | |
| 6/12 | | ATM Withdrawal authorized on 06/12 307 Levering Mill Road Bala Cynwyd PA 0006685 ATM ID 0174K Card 4006 | | 800.00 | 1,465.32 |
| **Ending balance on 6/12** | | | | | **1,465.32** |
| **Totals** | | | **$12,980.00** | **$11,976.24** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 251 | 5/27 | 1,595.00 | 252 | 6/1 | 648.97 | 253 | 6/9 | 2,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/15/2020 - 06/12/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $30.88 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $150.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 21 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)       ☐

RC/RC

July 14, 2020 ■ Page 2 of 5



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/15 | | ATM Check Deposit on 06/15 307 Levering Mill Road Bala Cynwyd PA 0007218 ATM ID 0174K Card 4006 | 540.00 | | |
| 6/15 | | Purchase authorized on 06/11 Five Below 305 Rockaway NJ S300163519199567 Card 4006 | | 48.73 | |
| 6/15 | | Purchase authorized on 06/12 Benash Liquors Cherry Hill NJ S380164508172542 Card 4006 | | 149.23 | |
| 6/15 | | ATM Withdrawal authorized on 06/14 122 Water Street Newton NJ 0000931 ATM ID 0115N Card 4006 | | 300.00 | |
| 6/15 | | Peco Residental Util Pmt 200613 6221154 Keith M *Scriven | | 331.23 | |
| 6/15 | | Pgw Webpay Utility 200612 1433382 Keith Scriven | | 500.00 | 676.13 |
| 6/16 | | ATM Check Deposit on 06/16 307 Levering Mill Road Bala Cynwyd PA 0007454 ATM ID 0174K Card 4006 | 515.00 | | 1,191.13 |
| 6/18 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08Bprj9G on 06/18/20 | 2,000.00 | | |
| 6/18 | | Purchase authorized on 06/18 Wal-Mart #2604 Newton NJ P0000000373395916 Card 4006 | | 86.06 | |
| 6/18 | | Quarterly Fee Payment 200617 6O0Uh2En7F1 Keith M Scriven | | 326.65 | 2,778.42 |
| 6/19 | | ATM Transfer authorized on 06/19 From Keith M Scriven Savings 601 Chestnut St. Philadelphia PA 0005162 ATM ID 6560D Card 4006 | 2,500.00 | | 5,278.42 |
| 6/22 | | Purchase authorized on 06/19 Hymie's Deli Merion Sta PA S580171626878417 Card 4006 | | 24.27 | |
| 6/22 | | Purchase authorized on 06/21 Wal-Mart Store Newton NJ P0000000773020748 Card 4006 | | 49.34 | |
| 6/22 | | Santander Consumer 200620 0021356117 Keith Scriven | | 1,920.00 | 3,284.81 |
| 6/24 | | ATM Cash Deposit on 06/24 122 Water Street Newton NJ 0002917 ATM ID 0115N Card 4006 | 100.00 | | |
| 6/24 | | Purchase authorized on 06/23 Parkmobile-10 770-818-9036 GA S460175521841141 Card 4006 | | 1.15 | |
| 6/24 | | Purchase authorized on 06/23 Parkmobile-10 770-818-9036 GA S380175536835270 Card 4006 | | 3.40 | |
| 6/24 | | Purchase authorized on 06/23 Parkmobile-10 770-818-9036 GA S460175537714929 Card 4006 | | 0.42 | |
| 6/24 | | Purchase authorized on 06/23 Fleishman Fabrics Philadelphia PA S460175559742983 Card 4006 | | 15.00 | |
| 6/24 | | Purchase authorized on 06/24 Wal-Mart Store Newton NJ P0000000780500946 Card 4006 | | 123.05 | |
| 6/24 | 254 | Check | | 779.62 | 2,462.17 |
| 6/25 | 256 | Check | | 2,295.00 | 167.17 |
| 6/29 | | Venmo Cashout 3691128162 Keith Scriven | 1,300.00 | | |
| 6/29 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08D96Tb5 on 06/28/20 | 480.00 | | |
| 6/29 | | Purchase authorized on 06/26 Parkmobile-10 770-818-9036 GA S460178499637140 Card 4006 | | 1.90 | 1,945.27 |
| 6/30 | | Purchase authorized on 06/28 Metro Self Storage 973-6914848 NJ S380180531243462 Card 4006 | | 431.94 | |
| 6/30 | | ATM Withdrawal authorized on 06/30 1 Freedom Valley Dr. Plumsteadvill PA 0009012 ATM ID 0087R Card 4006 | | 600.00 | 913.33 |
| 7/1 | | Purchase authorized on 06/30 Parkmobile-10 770-818-9036 GA S300182513030978 Card 4006 | | 3.40 | |
| 7/1 | | Purchase authorized on 06/30 Metal Marketplace 2155928777 PA S580182548101347 Card 4006 | | 385.40 | |
| 7/1 | | Purchase authorized on 06/30 Parkmobile-10 770-818-9036 GA S580182550113098 Card 4006 | | 2.40 | |
| 7/1 | | Purchase authorized on 06/30 The Bagel Smith Fo Alpha NJ S460182806751565 Card 4006 | | 29.75 | |
| 7/1 | 257 | Check | | 404.65 | 87.73 |
| 7/2 | | Purchase authorized on 07/02 Shoprite 125 Water St Newton NJ P0000000572178509 Card 4006 | | 13.86 | 73.87 |
| 7/6 | | Venmo Cashout 3717825097 Keith Scriven | 150.00 | | |

July 14, 2020 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/6 | | Purchase authorized on 07/03 Parkmobile-10 770-818-9036 GA S580185495705444 Card 4006 | | 1.90 | 221.97 |
| 7/7 | | Purchase authorized on 07/06 US Fuel Flemington Flemington NJ S380188436879314 Card 4006 | | 25.00 | 196.97 |
| 7/8 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08G52Zfp on 07/08/20 | 45.00 | | |
| 7/8 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08G548Nb on 07/08/20 | 100.00 | | |
| 7/8 | | Purchase authorized on 07/07 Parkmobile-10 770-818-9036 GA S580189520548411 Card 4006 | | 3.40 | |
| 7/8 | | Purchase authorized on 07/07 Parkmobile-10 770-818-9036 GA S460189552457271 Card 4006 | | 3.15 | |
| 7/8 | | Purchase authorized on 07/07 McDonald's F13963 Plumsteadvill PA S300189747178256 Card 4006 | | 7.62 | |
| 7/8 | | ATM Withdrawal authorized on 07/08 122 Water Street Newton NJ 0005651 ATM ID 0115N Card 4006 | | 80.00 | |
| 7/8 | | Purchase authorized on 07/08 Tractor S 128 State Rt Blairstown NJ P00000000132289193 Card 4006 | | 43.68 | |
| 7/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08G53Nsn | | 50.00 | |
| 7/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08G54N6G | | 100.00 | 54.12 |
| 7/10 | | ATM Transfer authorized on 07/10 From Keith M Scriven Savings 601 Chestnut St. Philadelphia PA 0008478 ATM ID 6560D Card 4006 | 700.00 | | |
| 7/10 | | ATM Withdrawal authorized on 07/10 601 Chestnut St. Philadelphia PA 0008479 ATM ID 6560D Card 4006 | | 200.00 | |
| 7/10 | | Purchase authorized on 07/10 Venmo* VISA Direct NY S00460192500523378 Card 4006 | | 500.00 | 54.12 |
| 7/13 | | ATM Check Deposit on 07/11 1 Freedom Valley Dr. Plumsteadvill PA 0000638 ATM ID 0087R Card 4006 | 3,000.00 | | |
| 7/13 | | Purchase authorized on 07/10 Parkmobile-10 770-818-9036 GA S460192493499203 Card 4006 | | 1.90 | |
| 7/13 | | Purchase authorized on 07/11 Venmo* VISA Direct NY S00460193821692592 Card 4006 | | 75.00 | |
| 7/13 | | Purchase authorized on 07/12 Sp * Outlaw Outfit Newton NJ S380194570540114 Card 4006 | | 92.43 | |
| 7/13 | | Purchase authorized on 07/12 Sp * Outlaw Outfit Newton NJ S580194769882097 Card 4006 | | 63.40 | |
| 7/13 | | Purchase authorized on 07/13 The Home Depot #4101 Philadelphia PA00380195652924337 Card 4006 | | 37.17 | 2,784.22 |
| 7/14 | | Purchase authorized on 07/13 Parkmobile-10 770-818-9036 GA S300195482713240 Card 4006 | | 1.40 | |
| 7/14 | | Purchase authorized on 07/13 Parkmobile-10 770-818-9036 GA S300195605347574 Card 4006 | | 2.91 | |
| 7/14 | | Purchase authorized on 07/13 Pamma Jewelry Tool Philadelphia PA S380195632953845 Card 4006 | | 69.00 | |
| 7/14 | | ATM Withdrawal authorized on 07/14 307 Levering Mill Road Bala Cynwyd PA 0003048 ATM ID 0174K Card 4006 | | 600.00 | |
| 7/14 | | Vz Wireless Ve E Check 200713 9052650 Keith *Scriven | | 67.53 | 2,043.38 |
| **Ending balance on 7/14** | | | | | **2,043.38** |
| **Totals** | | | **$11,430.00** | **$10,851.94** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

# Wells Fargo Way2Save® Savings

April 30, 2020 ■ Page 1 of 3



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語   1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $0.50 |
| Deposits/Additions | 2,250.01 |
| Withdrawals/Subtractions | - 5.00 |
| **Ending balance on 4/30** | **$2,245.51** |

Account number:      1981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $750.50 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

April 30, 2020 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 4/21 | Online Transfer From Scriven K Everyday Checking xxxxxx5377 Ref #Ib07Zdzj8W on 04/21/20 | 2,250.00 | | 2,250.50 |
| 4/30 | Interest Payment | 0.01 | | |
| 4/30 | Monthly Service Fee | | 5.00 | 2,245.51 |
| **Ending balance on 4/30** | | | | **2,245.51** |
| **Totals** | | **$2,250.01** | **$5.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $0.50 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

# Wells Fargo Way2Save® Savings



May 31, 2020 ■ Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $2,245.51 |
| Deposits/Additions | 11,505.01 |
| Withdrawals/Subtractions | - 7,735.00 |
| **Ending balance on 5/31** | **$6,015.52** |

Account number: ▮▮▮▮1981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,740.02 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 5/1 | ※ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib083342x5 on 05/01/20 | | 1,200.00 | 1,045.51 |
| 5/15 | ATM Withdrawal authorized on 05/15 307 Levering Mill Road Bala Cynwyd PA 0001962 ATM ID 0174K Card 4006 | | 800.00 | 245.51 |



## Transaction history  *(continued)*

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 5/19 | ✻ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib085T74Kw on 05/19/20 | | 200.00 | 45.51 |
| 5/22 | ✻ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib086Dq8Vn on 05/22/20 | | 30.00 | 15.51 |
| 5/26 | Comm of PA Ucd Ucbenefits May-20 402302 Keith Scriven | 3,780.00 | | |
| 5/26 | Comm of PA Ucd Ucbenefits May-20 402302 Keith Scriven | 7,725.00 | | |
| 5/26 | ✻ Online Transfer to Scriven K Ref #Ib086Gntkp Everyday Checking C19 | | 3,500.00 | 8,020.51 |
| 5/27 | ATM Transfer authorized on 05/27 to Keith M Scriven Checking 1 Freedom Valley Dr. Plumsteadvill PA 0003900 ATM ID 0087R Card 4006 | | 2,000.00 | 6,020.51 |
| 5/29 | Interest Payment | 0.01 | | |
| 5/29 | Monthly Service Fee | | 5.00 | 6,015.52 |
| **Ending balance on 5/31** | | | | **6,015.52** |
| **Totals** | | **$11,505.01** | **$7,735.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✻   *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $300.00 | $15.51 ☐ |
| ·  A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| ·  Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| ·  A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| ·  The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM

 # IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

# Wells Fargo Way2Save® Savings



June 30, 2020 ■ Page 1 of 4

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $6,015.52 |
| Deposits/Additions | 2,110.04 |
| Withdrawals/Subtractions | - 7,080.00 |
| **Ending balance on 6/30** | **$1,045.56** |

Account number: ▬▬▬1981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.04 |
| Average collected balance | $3,958.52 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.06 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 6/5 | ATM Transfer authorized on 06/05 to Keith M Scriven Checking 307 Levering Mill Road Bala Cynwyd PA 0005133 ATM ID 0174K Card 4006 | | 1,000.00 | 5,015.52 |
| 6/8 | ATM Check Deposit on 06/08 307 Levering Mill Road Bala Cynwyd PA 0005790 ATM ID 0174K Card 4006 | 515.00 | | 5,530.52 |



## Transaction history  (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 6/12 | ATM Check Deposit on 06/12 601 Chestnut St. Philadelphia PA 0003998 ATM ID 6560D Card 4006 | 1,595.00 | | |
| 6/12 | ATM Transfer authorized on 06/12 to Keith M Scriven Checking 307 Levering Mill Road Bala Cynwyd PA 0006684 ATM ID 0174K Card 4006 | | 1,100.00 | 6,025.52 |
| 6/18 | ✳ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib08Bprj9G on 06/18/20 | | 2,000.00 | 4,025.52 |
| 6/19 | ATM Transfer authorized on 06/19 to Keith M Scriven Checking 601 Chestnut St. Philadelphia PA 0005162 ATM ID 6560D Card 4006 | | 2,500.00 | 1,525.52 |
| 6/29 | ✳ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib08D96Tb5 on 06/28/20 | | 480.00 | 1,045.52 |
| 6/30 | Interest Payment | 0.04 | | 1,045.56 |
| **Ending balance on 6/30** | | | | **1,045.56** |
| **Totals** | | **$2,110.04** | **$7,080.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳    *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2020 - 06/30/2020 | | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $300.00 | $1,045.52 ☑ |
| · A daily automatic transfer from a Wells Fargo checking account | | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | | |

AM/AM



# IMPORTANT ACCOUNT INFORMATION

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

# Wells Fargo Simple Business Checking

April 30, 2020  ■  Page 1 of 4



HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | -$305.27 |
| Deposits/Credits | 3,654.00 |
| Withdrawals/Debits | - 3,109.72 |
| **Ending balance on 4/30** | **$239.01** |
| Average ledger balance this period | $859.36 |

Account number:  ████3982

**HANLAN MIDGETTE SCRIVEN LP**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

April 30, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/3 | | ATM Cash Deposit on 04/03 2843 North Broad Street Philadelphia PA 0003817 ATM ID 6598C Card 4658 | 300.00 | | |
| 4/3 | | ATM Cash Deposit on 04/03 2843 North Broad Street Philadelphia PA 0003819 ATM ID 6598C Card 4658 | 20.00 | | |
| 4/3 | | Tele-Transfer Fr xxxxxx5377 Reference #TF07Wsbd6Z | 300.00 | | 314.73 |
| 4/6 | | ATM Cash Deposit on 04/06 1230 US Hwy. 22 Phillipsburg NJ 0007763 ATM ID 6743S Card 4658 | 60.00 | | |
| 4/6 | | ATM Cash Deposit on 04/06 307 Levering Mill Road Bala Cynwyd PA 0007610 ATM ID 0174K Card 4658 | 4.00 | | |
| 4/6 | | American Express ACH Pmt 200406 M1962 Hanlan Midgete Scriven | | 355.00 | 23.73 |
| 4/7 | | Recurring Payment authorized on 04/06 Dnh*Godaddy.Com 480-5058855 AZ S380097683054434 Card 4658 | | 21.60 | 2.13 |
| 4/17 | | ATM Cash Deposit on 04/17 125 W. Lancaster Ave. Ardmore PA 0001801 ATM ID 0194Y Card 4658 | 2,500.00 | | 2,502.13 |
| 4/20 | | Purchase authorized on 04/18 Joann Stores #615 Norristown PA P00300109676715103 Card 4658 | | 60.80 | |
| 4/20 | | Purchase authorized on 04/20 The Home Depot #4106 Conshohocken PA P00380111574490849 Card 4658 | | 53.28 | |
| 4/20 | | ATM Withdrawal authorized on 04/20 307 Levering Mill Road Bala Cynwyd PA 0009027 ATM ID 0174K Card 4658 | | 160.00 | |
| 4/20 | | Purchase authorized on 04/20 Cvs/Pharmacy #05 05867--4 Philadelphia PA P00300111807951866 Card 4658 | | 15.11 | 2,212.94 |
| 4/21 | | ATM Cash Deposit on 04/21 2401 W Cheltenham Ave Wyncote PA 0002199 ATM ID 2818A Card 4658 | 120.00 | | 2,332.94 |
| 4/22 | | Tele-Transfer Fr xxxxxx5377 Reference #TF07Zjvkkx | 250.00 | | 2,582.94 |
| 4/23 | | Purchase authorized on 04/21 Hymie's Deli Merion Sta PA S380112592118727 Card 4658 | | 16.85 | |
| 4/23 | | Recurring Payment authorized on 04/22 Dnh*Godaddy.Com 480-5058855 AZ S380113578252148 Card 4658 | | 32.40 | 2,533.69 |
| 4/24 | | Purchase authorized on 04/24 USPS PO 41659200 6907 Eas Pipersville PA P00580115471088880 Card 4658 | | 8.30 | 2,525.39 |
| 4/27 | | Purchase authorized on 04/27 Tractor S 6719 Easton Bedminster PA P00000000573020555 Card 4658 | | 91.08 | |
| 4/27 | 1161 | Check | | 2,295.00 | 139.31 |
| 4/30 | | ATM Cash Deposit on 04/30 122 Water Street Newton NJ 0003078 ATM ID 0115N Card 4658 | 100.00 | | |
| 4/30 | | Cash Deposit Processing Fee | | 0.30 | 239.01 |
| **Ending balance on 4/30** | | | | | **239.01** |
| **Totals** | | | **$3,654.00** | **$3,109.72** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1161 | 4/27 | 2,295.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

May 31, 2020 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Citi Card Online Payment 200430 420104176362117 Lawrence M Kane | | 173.74 | 65.27 |
| 5/4 | | ATM Cash Deposit on 05/02 1 Freedom Valley Dr. Plumsteadvill PA 0000531 ATM ID 0087R Card 4658 | 300.00 | | |
| 5/4 | | Purchase authorized on 05/01 McDonald's F13963 Plumsteadvill PA S380122459577356 Card 4658 | | 6.34 | |
| 5/4 | | Purchase authorized on 05/01 Hymie's Deli Merion Sta PA S460122606322168 Card 4658 | | 15.85 | |
| 5/4 | | Purchase authorized on 05/02 McDonald's F13963 Plumsteadvill PA S580123747239057 Card 4658 | | 3.81 | 339.27 |
| 5/7 | | Recurring Payment authorized on 05/06 Dnh*Godaddy.Com 480-5058855 AZ S300127537862096 Card 4658 | | 21.60 | |
| 5/7 | | American Express ACH Pmt 200507 M2366 Hanlan Midgete Scriven | | 300.00 | 17.67 |
| 5/8 | | Tele-Transfer Fr xxxxxx5377 Reference #TF08489Rxq | 950.00 | | |
| 5/8 | | American Express ACH Pmt 200508 R2292 Hanlan Midgete Scriven | | 923.00 | 44.67 |
| 5/12 | | ATM Check Deposit on 05/12 1 Freedom Valley Dr. Plumsteadvill PA 0001848 ATM ID 0087R Card 4658 | 175.17 | | |
| 5/12 | | ATM Check Deposit on 05/12 1230 US Hwy. 22 Phillipsburg NJ 0006113 ATM ID 6743S Card 4658 | 25.00 | | 244.84 |
| 5/18 | | ATM Check Deposit on 05/16 1 Freedom Valley Dr. Plumsteadvill PA 0002504 ATM ID 0087R Card 4658 | 150.00 | | |
| 5/18 | | Purchase authorized on 05/14 McDonald's F11979 Newton NJ S300135548498250 Card 4658 | | 8.52 | |
| 5/18 | | Purchase authorized on 05/16 Fredon Discount Liquor Fredon NJ P00580137855728013 Card 4658 | | 29.83 | |
| 5/18 | | Purchase authorized on 05/18 USPS PO 41041200 1 Union Bala Cynwyd PA P00380139553854309 Card 4658 | | 8.45 | 348.04 |
| 5/19 | | Purchase authorized on 05/18 NJ Motor Vehicle P Egov.Com NJ S460139673683227 Card 4658 | | 47.93 | |
| 5/19 | | ATM Withdrawal authorized on 05/19 307 Levering Mill Road Bala Cynwyd PA 0002437 ATM ID 0174K Card 4658 | | 200.00 | 100.11 |
| 5/20 | | Purchase authorized on 05/18 Staples 0010 Narberth PA S300139675026403 Card 4658 | | 11.24 | 88.87 |
| 5/21 | | Purchase authorized on 05/19 Staples 0010 Narberth PA S380140500068412 Card 4658 | | 40.49 | |
| 5/21 | | Purchase authorized on 05/19 Staples 0010 Narberth PA S380140539377760 Card 4658 | | 4.75 | |
| 5/21 | | Purchase authorized on 05/19 Staples 0010 Narberth PA S460140572157720 Card 4658 | | 19.08 | 24.55 |
| 5/26 | | ATM Cash Deposit on 05/24 122 Water Street Newton NJ 0007318 ATM ID 0115N Card 4658 | 40.00 | | |
| 5/26 | | Purchase authorized on 05/21 Fredon Deli Newton NJ S380142591131576 Card 4658 | | 10.01 | |
| 5/26 | | Recurring Payment authorized on 05/22 Dnh*Godaddy.Com 480-5058855 AZ S580143593523756 Card 4658 | | 32.40 | 22.14 |
| 5/27 | | Purchase authorized on 05/26 Dunkin #331955 Q35 Philadelphia PA S380147459939743 Card 4658 | | 5.49 | 16.65 |
| 5/28 | | Purchase authorized on 05/26 McDonald's F10327 Philadelphia PA S300147706751369 Card 4658 | | 6.98 | 9.67 |
| 5/29 | | Purchase authorized on 05/27 Fredon Deli Newton NJ S580148477360743 Card 4658 | | 6.55 | |
| 5/29 | | Monthly Service Fee | | 10.00 | -6.88 |
| **Ending balance on 5/31** | | | | | **-6.88** |
| **Totals** | | | **$1,640.17** | **$1,886.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | ATM Check Deposit on 05/31 1230 US Hwy. 22 Phillipsburg NJ 0000722 ATM ID 6743S Card 4658 | 100.00 | | 93.12 |
| 6/2 | | Purchase authorized on 05/31 Staples 0010 Narberth PA S460152680129483 Card 4658 | | 3.18 | |
| 6/2 | | Purchase authorized on 06/01 Etsy Inc Seller Fe 718-8557955 NY S380153539887486 Card 4658 | | 1.60 | 88.34 |
| 6/3 | | American Express ACH Pmt 200603 M0520 Hanlan Midgete Scriven | | 300.00 | -211.66 |
| 6/4 | | Overdraft Fee for a Transaction Posted on 06/03 $300.00 American Express ACH Pmt 200603 M0520 Hanlan Midgete Scriven | | 35.00 | -246.66 |
| 6/5 | | ATM Cash Deposit on 06/05 74 Church St Flemington NJ 0004987 ATM ID 6865W Card 4658 | 250.00 | | |
| 6/5 | | ATM Cash Deposit on 06/05 307 Levering Mill Road Bala Cynwyd PA 0005135 ATM ID 0174K Card 4658 | 360.00 | | 363.34 |
| 6/8 | | Recurring Payment authorized on 06/06 Dnh*Godaddy.Com 480-5058855 AZ S580158714045605 Card 4658 | | 21.60 | |
| 6/8 | | Vz Wireless Ve E Check 200605 3351776 Keith *Scriven | | 305.44 | 36.30 |
| 6/12 | | ATM Cash Deposit on 06/12 307 Levering Mill Road Bala Cynwyd PA 0006686 ATM ID 0174K Card 4658 | 600.00 | | 636.30 |
| 6/15 | | Aqua Aqua Servi 200613 002573013009516 Hmslt CO Keith | | 92.40 | |
| 6/15 | | Pmntus Svc Fee Servicefee 200612 4453185 Keith M Scriven *Inc | | 5.95 | |
| 6/15 | | Peco Commercial Util Pmt 200613 6218744 Keith M Scriven *Inc | | 289.77 | 248.18 |
| 6/23 | | Recurring Payment authorized on 06/22 Dnh*Godaddy.Com 480-5058855 AZ S380174553763129 Card 4658 | | 32.40 | 215.78 |
| 6/24 | | ATM Cash Deposit on 06/24 122 Water Street Newton NJ 0002916 ATM ID 0115N Card 4658 | 100.00 | | 315.78 |
| 6/25 | | Purchase authorized on 06/23 Vzwrlss*Ivr Ve 800-922-0204 FL S380175464234865 Card 4658 | | 185.46 | |
| 6/25 | | Recurring Payment authorized on 06/23 Verizon Agent Fee 800-922-0204 FL S460175464246296 Card 4658 | | 7.00 | 123.32 |
| 6/29 | | Purchase authorized on 06/26 Quick Chek Corpora Belvidere NJ S460178425942157 Card 4658 | | 20.00 | 103.32 |
| 6/30 | | ATM Cash Deposit on 06/30 1 Freedom Valley Dr. Plumsteadvill PA 0009013 ATM ID 0087R Card 4658 | 690.00 | | |
| 6/30 | | ATM Check Deposit on 06/30 1 Freedom Valley Dr. Plumsteadvill PA 0009014 ATM ID 0087R Card 4658 | 150.00 | | |
| 6/30 | | ATM Cash Deposit on 06/30 1 Freedom Valley Dr. Plumsteadvill PA 0009015 ATM ID 0087R Card 4658 | 160.00 | | |
| 6/30 | | Monthly Service Fee | | 10.00 | 1,093.32 |
| **Ending balance on 6/30** | | | | | **1,093.32** |
| **Totals** | | | **$2,410.00** | **$1,309.80** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to commonly monthly service fee questions.

| Fee period 06/01/2020 - 06/30/2020 | | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | | $500.00 | $236.00 ☐ |