United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 13-18271-amc |
| Keith M. Scriven | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 1 of 5 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| cr | + | Commonwealth of Pennsylvania, c/o Christopher R Momjian, Esquire, 21 S 12 St 3rd Floor, Philadelphia, PA 19107-3604 |
| cr | + | Deutsche Bank National Trust Company, Stern and Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| acc | + | Howard Markovitz, J Bernard Kay & Co., P.C., 822 Montgomery Avenue, Narbeth, PA 19072-1945 |
| cr | #+ | New York Community Bank, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 7535 Windsor Drive, Suite 200, Allentown, PA 18195-1042 |
| cr | + | Obermayer Rebmann Maxwell & Hippel LLP, c/o Michael D. Vagnoni, Esquire, 1617 JFK Boulevard, 19th Fl, One Penn Center, Philadelphia, PA 19103-1823 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Stacy J Brookstein, 324 Queen Street, Unit B, Philadelphia, PA 19147, UNITED STATES 19147-3216 |
| cr | + | TD Bank, N.A., c/o Mark Pfeiffer, Esquire, Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Ste. 3200, Philadelphia, PA 19102-2555 |
| r | + | Weichert Realtors, c/o Ruth Loschiavo, 310 Main Street, Fort Lee, NJ 07024-4796 |
| 14276183 | | Ajax Mortgage Loan Trust, C/O Gregory Funding LLC, PO Box 742334, Los Angeles CA 90074-2334 |
| 14274192 | | Ajax Mortgage Loan Trust, Manley, Deas, Kochalski LLC, c/o Karina Velter, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13151999 | | American Home Mortgage Acceptance, Inc., Bankruptcy Department, 538 Broadhollow Road, Melville, NY 11747-3676 |
| 13152002 | | BAC Home Loans Servicing, LP, Bankruptcy Department, SV-314B, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13172251 | + | Bank of America, 100 No. Tryon Street, Charlotte, NC 28202-4024 |
| 13152001 | | Bank of America, Office of General Counsel, Corporate Center, 100 No. Tryon Street, Charlotte, NC 28202-4000 |
| 13152005 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, CitiCorp Credit Services, Inc., Bankruptcy Recovery Unit, P.O. Box 20487, Kansas City, MO 64195-9904 |
| 13152006 | | CitiMortgage, Inc., Bankruptcy Services Center, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 13610745 | + | Deutsche Bank National Trust Company, as Trustee, c/o Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 13294854 | | Edgewater Colony, Inc., c/o Bruce J. Ackerman, Esquire, Pashman Stein, P.C., 21 Main Street, Court Plaza, Suite 100, Hackensack, New Jersey 07601 |
| 13152007 | + | Edgewater Colony, Inc., 15 Annett Avenue, Edgewater, NJ 07020-1562 |
| 13152009 | | FirstEnergy Electric Company, Jersey Central Power & Light, 8998 Route 18 North, Old Bridge, NJ 08857-3360 |
| 13152012 | | J. Otis Smith, P.O. Box 8222, Philadelphia, PA 19101-8222 |
| 13279363 | + | Jersey Central Power & Light, a First Energy Company, 331 Newman Springs Rd, Bldg 3, Red Bank, NJ 07701-5688 |
| 13172253 | + | Jersey Central Power & Light, 8998 Route 18 North, Old Bridge, NJ 08857-3360 |
| 13225301 | + | Laddey, Clark, & Ryan, Angelo J. Bolcato, Esq., 60 Blue Heron Road, Ste 300, Sparta, NJ 07871-2608 |
| 13152013 | | Lawrence M. Kane, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| 13243990 | + | New York Community Bank, c/o Jack M. Seitz, Esquire, 7535 Windsor Drive, Allentown, PA 18195-1014 |
| 13968628 | | Nicole LaBletta, Esquire, UDREN LAW OFFICES, P.C., Atty for Ocwen Loan Servicing, LLC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200 Cherry Hill, NJ 08003-3620 |
| 13152014 | + | Obermayer Rebmann Maxwell & Hippel, LLP, ATTN: Catherine M. Chan, Esquire, 1617 JFK Blvd, 19th Floor, One Penn Center, Philadelphia, PA 19103-1823 |
| 13172256 | + | Obermayer Rebmann Maxwell & Hippel, LLP, 1617 JFK Blvd, 19th Floor, Philadelphia, PA 19103-1833 |
| 13356027 | | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept, PO Box 24605, W Palm Beach, FL 33416-4605 |
| 13152015 | | Ocwen Loan Servicing, LLC, Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 13194861 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE,3F, PHILADELPHIA,PA 19122-2898, ATTN:BANKRUPTCY UNIT |
| 13172258 | + | Philadelphia Gas Works, 800 W. Montgomery Ave, Philadelphia, PA 19122-2898 |
| 13152018 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

Case 13-18271-amc  Doc 371  Filed 10/01/20  Entered 10/02/20 01:39:17  Desc
Imaged Certificate of Notice  Page 2 of 6

| District/off: 0313-2 | User: Antoinett | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 83 |

| | | |
|---|---|---|
| 13152020 | + | Public Service Enterprise Group, Inc. (PSE&G), Collection/Bankrutpcy, P.O. Box 490, Cranford, NJ 07016-0490 |
| 13172259 | + | Public Service Enterprise Group, Inc. (PSE&G), P.O. Box 490, Cranford, NJ 07016-0490 |
| 13152021 | | Roger W. (III) & Amanda A. Main, 102 Revere Drive, Mullica Hill, NJ 08062-4540 |
| 13152022 | | Ronette Streeter, 25 East 23rd Street, Chester, PA 19013-5101 |
| 13152023 | | Rushmore Loan Management, Bankruptcy Department, 15480 Laguna Canyon Road, Irvine, CA 92618-2132 |
| 14312838 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 13152024 | | Sears, Roebuck & Co., Regional Credit Card Operations Center, P.O. Box 20363, Kansas City, MO 64195-0363 |
| 13667810 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 14131202 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13172261 | + | Stacy J. Brookstein, 324 Queen Street, Philadelphia, PA 19147-3216 |
| 13152025 | | Stacy J. Brookstein, 324 Queen Street, Unit # B, Philadelphia, PA 19147-3216 |
| 13165590 | | Suffolk County Water Authority, 2045 Route 112, Suite #5, New York, NY 10027 |
| 13297551 | + | T.D. Bank, N.A., c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th St., Ste. 3200, Philadelphia, PA 19102-2555 |
| 13256137 | + | TD Bank, N.A., c/o JUSTIN PIERCE BERUTICH, Buchanan Ingersoll & Rooney, PC, 700 Alexander Park, Suite 300, Princeton, NJ 08540-6351 |
| 13152027 | | TD Bank, f/k/a, Commerce Bank, N.A., Collection/Bankruptcy Department, AIM # 02-203-01-97, 6000 Atrium Way, Mt. Laurel, NJ 08054-3918 |
| 13326759 | | The Bank of New York Mellon FKA The Bank, of New York, et al., Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13229639 | + | US Bank, National Association et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14489487 | + | United States Trustee for Region 3, c/o George M. Conway, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 13172263 | + | United Water - NJ, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 13152029 | | United Water - New Jersey, Bankruptcy Department, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 13275752 | + | WELLS FARGO BANK, N.A., ATTENTION: BANKRUPTCY DEPARTMENT, MAC# D3347-014C, 3476 STATEVIEW BOULEVARD, FORT MILL, SC 29715-7203 |
| 13276920 | + | WELLS FARGO BANK, N.A., c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 13152031 | | Wells Fargo Bank, N.A., Bankruptcy Department, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 13492804 | + | Wells Fargo Bank, N.A., c/o CHRISOVALANTE FLIAKOS, 1617 John F. Kennedy Boulevard, 1 Penn Center, Suite 1400, Philadelphia, PA 19103-1814 |
| 13152032 | | William Whalon, 138 North 2nd Street, Philadelphia, PA 19106-1902 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 30 2020 01:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2020 01:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2020 01:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | Sep 30 2020 01:42:00 | City of Philadelphia, Law Revenue Departments, c/o James C. Vandermark, Esquire, 1401 John F. Kennedy Boulevard, 5th Floor, MSB, Philadelphia, PA 19102 |
| cr + | Email/Text: bankruptcy@fult.com | Sep 30 2020 01:42:00 | Fulton Bank NA, One Penn Square, Lancaster, PA 17602-2853 |
| 13152004 | Email/Text: bankruptcy@cavps.com | Sep 30 2020 01:41:00 | Cavalry Portfolio Services, 7 Skyline Drive, 3rd Floor, P.O. Box 9, Hawthorn, NY 10532 |
| 13221502 | Email/Text: megan.harper@phila.gov | Sep 30 2020 01:42:00 | City of Philadelphia Law Department, Tax Unit - Bankruptcy, Municipal Services Building, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13152003 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:12:26 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13172252 + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:08:58 | Capital One Financial, P.O. Box 30285, S.L. City, UT 84130-0285 |

| Recip ID | | Delivery | Timestamp | Name and Address |
|---|---|---|---|---|
| 13175675 | + | Email/Text: bankruptcy@cavps.com | Sep 30 2020 01:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13152008 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2020 01:41:00 | Encore Capital Group, Inc., Midland Credit Mgmt, Inc., 8875 Aero Drive, Ste 220, San Diego, CA 92123-2255 |
| 13283292 | + | Email/Text: bankruptcy@fult.com | Sep 30 2020 01:42:00 | Fulton Bank, NA, 117 West End Avenue, Somerville, NJ 08876-1828 |
| 13172257 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 30 2020 01:41:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13183090 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 30 2020 01:41:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13152017 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 30 2020 01:41:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 13152016 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2020 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 13152019 | + | Email/Text: megan.harper@phila.gov | Sep 30 2020 01:42:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 13172262 | + | Email/Text: scwabcn@scwa.com | Sep 30 2020 01:42:00 | Suffolk Co Water Auth, 4060 Sunrise Highway, Oakdale, NY 11769-1005 |
| 13152026 | | Email/Text: scwabcn@scwa.com | Sep 30 2020 01:42:00 | Suffolk County Water Authority, Bankruptcy Department, 4060 Sunrise Highway, Suite 1000, Oakdale, NY 11769-1005 |
| 13152028 | | Email/Text: bankruptcy@td.com | Sep 30 2020 01:41:00 | TD Banknorth Mortgage, Bankruptcy Department, P.O. Box 9547, Portland, ME 04112-9547 |
| 13172264 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2020 01:41:00 | Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13152030 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2020 01:41:00 | Verizon Communications, Bankruptcy Department, 404 Brock Drive, Bloomington, IL 61701-2654 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13152011 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of District Counsel, 701 Market Street, Suite 2200, Philadelphia, PA 19106-1533 |
| 13152010 | * | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13172254 | *+ | J. Otis Smith, P.O. Box 8222, Philadelphia, PA 19101-8222 |
| 13172255 | *+ | Lawrence M. Kane, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| 13172260 | *+ | Ronette Streeter, 25 East 23rd Street, Chester, PA 19013-5101 |
| 13172265 | *+ | William Whalon, 138 North 2nd Street, Philadelphia, PA 19106-1902 |
| 13152000 | ## | AmeriFund Home Mortgage, LLC, Bankruptcy Department, 152 Madison Avenue, Suite 803, New York, NY 10016-5477 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor The Bank of New York Mellon agornall@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor US Bank National Association et al debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| DAVID NEEREN | on behalf of Creditor Ocwen Loan Servicing LLC servicer for dneeren@udren.com, vbarber@udren.com |
| ERIK B. JENSEN | on behalf of Creditor Stacy J Brookstein jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK M. SEITZ | on behalf of Creditor New York Community Bank jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| JACQUELINE FRANCES MCNALLY | on behalf of Creditor Deutsche Bank National Trust Company jmcnally@sterneisenberg.com seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com |
| JAMES CHRISTOPHER VANDERMARK | on behalf of Creditor City of Philadelphia vandermarkj@whiteandwilliams.com |
| JANET L. GOLD | on behalf of Creditor Fulton Bank NA jgold@egalawfirm.com ksantiago@egalawfirm.com;dvillari@egalawfirm.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com |
| JUSTIN PIERCE BERUTICH | on behalf of Creditor TD Bank N.A. justin.berutich@bipc.com, heidi.smiegocki@bipc.com |
| KARINA VELTER | on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LESLIE J. RASE | on behalf of Creditor Deutsche Bank National Trust Company pabk@logs.com lerase@logs.com |
| MARK D. PFEIFFER | on behalf of Creditor TD Bank N.A. mark.pfeiffer@bipc.com, donna.curcio@bipc.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Seterus Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov |

| | |
|---|---|
| District/off: 0313-2 | User: Antoinett    Page 5 of 5 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900    Total Noticed: 83 |

MICHAEL D. VAGNONI
    on behalf of Creditor Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

NICOLE B. LABLETTA
    on behalf of Creditor Ocwen Loan Servcing  LLC as servicer for nlabletta@pincuslaw.com, brausch@pincuslaw.com

PAUL WILLIAM CRESSMAN
    on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

RONALD G. MCNEIL
    on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com  acs2@manleydeas.com

SHERRI J. SMITH
    on behalf of Creditor Ocwen Loan Servicing  LLC sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com

THOMAS I. PULEO
    on behalf of Creditor The Bank of New York Mellon tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor Deutsche Bank National Trust Company wmiller@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 29

**LOCAL BANKRUPTCY FORM 9014-3**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: :
: CHAPTER 11
KEITH M. SCRIVEN :
:
:
        Debtor : BANKR. NO. 13-18271 (AMC)
:

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    The United States trustee has filed **a Motion to Compel the Filing of Reports and Payments of Fees, or Alternatively to Dismiss or Convert to Chapter 7** with the Court.

    **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days** from date of service, you or your attorney must do all of the following:
        (a)    file an answer explaining your position at:
            U.S. Bankruptcy Court, Eastern District of Pennsylvania
            900 Market Street, Suite 400
            Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
        (b)    mail a copy to the movant's attorney:
            George M. Conway, Trial Attorney
            Office of the U.S. Trustee
            200 Chestnut Street, Suite 502
            Philadelphia, PA 19106
            (215) 597-4411 fax (215) 923-1293

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan **on October 28, 2020 at 12:30 p.m. The hearing will be held telephonically, and if you wish to participate, you may call 1-877-873-8017 Authorization code 3027681 on said date and time.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 29, 2020