IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH M. SCRIVEN )<br>**Debtor(s)** )<br> )<br>SANTANDER CONSUMER USA INC. )<br>**Moving Party** )<br>v. )<br> )<br>KEITH M. SCRIVEN )<br>**Respondent(s)** )<br> )<br>UNITED STATES TRUSTEE )<br>**Trustee** )<br> )<br> )<br> )<br>_____ ) | CHAPTER 11<br><br>Case No.: 13-18271 (AMC)<br><br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2015 Mercedes-Benz C300** bearing vehicle identification number 55SWF4KB0FU015122 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: October 21, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE