## UNITED STATES BANKRUPTCY COURT
### for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Quarterly Post-Confirmation Report for Reorganized Debtor
### for the Quarter Ending: 3rd  -  2020

The reorganized Debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1.  Date of entry of order confirming Plan:                     November 24, 2015

2.  Cash balance at the beginning of this quarter:              $3,046.87
    Total receipts during this quarter:                        $30,957.45
    Total disbursements during this quarter:                   $30,576.91
    Cash balance at the end of this quarter:                    $3,427.41

3.  Payments made pursuant to the Plan this quarter:
    Total payments to be made pursuant to the Plan:            *
    Cumulative paid to date:                                   *
    Balance remaining to be made under the Plan:               *

    *  -  Debtor has modified his mortgages under the Plan
          ($17,194.51 per month until the maturity dates
          of these mortgages).

    AS OF END OF THIS REPORTING PERIOD:                    Yes    No

4.  Are all payments required by the confirmed plan
      current at this time?                                            x
    **[If "No," attach an explanatory statement identifying
    payments not made.  Include creditor, amount, due
    date, reason for non-payment <u>and</u> an estimated date
    when payments will be brought current.]**

5.  Do you currently anticipate a circumstance/event which
    will cause an interruption or cessation of payments or
    other performance under the Plan?  **[If "Yes," attach
    an explanatory statement.]**                                    x

6.  Have quarterly fees due to the United States Trustee as
    of the date of this report been paid pursuant to
    28 U.S.C. § 1930(a)(6)?                                      x

7.  Have all motions, contested matters and adversary
    proceedings been fully resolved  **[If "No," for each
    motion, contested matter or adversary proceeding,
    attach a statement identifying the parties and nature
    of the dispute and state the anticipated resolution.]**        x

8.  Has the order confirming the Plan become non-appealable?           x

9.  Have deposits, if any, required by the Plan been
    distributed pursuant to the Plan? **[If "No," attach an
    explanatory statement.]**                                    x

10. Has any property proposed by the Plan to be
    transferred pursuant to the Plan?                                x

11. Do any property remain to be transferred pursuant
    to the Plan?  **[If "Yes," attach a statement identifying
    each property to be transferred and the anticipated
    date of transfer pursuant to the Plan.]**                        x

12. Has the Reorganized Debtor(s) or the successor of the
    Debtor(s) assumed the business or management of
    the property dealt with by the Plan?                          x

13. Anticipated date of motion for final decree:       November 24, 2020

I declare under penalty of perjury that the statements set forth
above are true and accurate.

10/26/20
Dated:                          Keith M. Scriven, Debtor

          Current Address:      1007 North 6th Street
                                Philadelphia, PA 19123-1406

          Telephone No.:        (215) 564 - 3999

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Report of Distributions Under Confirmed Chapter 11 Plan

Date of Distribution:                    Date Plan Confirmed: November 24, 2015

Check one:     [ ]     Initial Distribution
               [x]     Subsequent Distribution

Will future distributions be made under the Plan      [x] Yes            [ ] No

Future distributions will be made to (check all that apply):
          [ ]     Administrative fees and expenses
          [ ]     Secured claims
          [ ]     Priority secured claims
          [x]     General unsecured claims
          [ ]     Equity security holders

Anticipated date of next distributions, if known:           November 23, 2020

Percentage dividend to general unsecured creditors:
          Paid in this distribution:                        0.0%
          Paid to date:                                     73.8%
          To be paid after all distributions made under Plan:      100.0%

## Summary of Payments Made in This Distribution:

| | |
|---|---|
| $0.00 | Administrative fees and expenses |
| $0.00 | Secured claims |
| $0.00 | Priority secured claims |
| $0.00 | General unsecured claims |
| $0.00 | Equity security holders |
| $0.00 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name:                                    Keith M. Scriven

Company:

Address 1:                               1007 North 6th Street

Address 2:

City, State, ZIP:                        Philadelphia, PA 19123-1406

Telephone:

Facsimile:

Email:

Relationship to Plan proponent:          Debtor

I certify under penalty of perjury that the above is true.

DATE: 10/26/20

Disbursing Agent

# Wells Fargo Everyday Checking



July 14, 2020 ■ Page 1 of 5

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/13 | $1,465.32 |
| Deposits/Additions | 11,430.00 |
| Withdrawals/Subtractions | - 10,851.94 |
| **Ending balance on 7/14** | **$2,043.38** |

Account number:  ████5377

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 6/15 | | ATM Check Deposit on 06/15 307 Levering Mill Road Bala Cynwyd PA 0007218 ATM ID 0174K Card 4006 | 540.00 | | |
| 6/15 | | Purchase on 06/11 Five Below 305 Rockaway NJ S300163519199567 Card 4006 | | 48.73 | |
| 6/15 | | Purchase on 06/12 Benash Liquors Cherry Hill NJ S380164508172542 Card 4006 | | 149.23 | |
| 6/15 | | ATM Withdrawal authorized on 06/14 122 Water Street Newton NJ 0000931 ATM ID 0115N Card 4006 | | 300.00 | |
| 6/15 | | Peco Residental Util Pmt 200613 6221154 Keith M *Scriven | | 331.23 | |
| 6/15 | | Pgw Webpay Utility 200612 1433382 Keith Scriven | | 500.00 | 676.13 |
| 6/16 | | ATM Check Deposit on 06/16 307 Levering Mill Road Bala Cynwyd PA 0007454 ATM ID 0174K Card 4006 | 515.00 | | 1,191.13 |
| 6/18 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08Bprj9G on 06/18/20 | 2,000.00 | | |
| 6/18 | | Purchase authorized on 06/18 Wal-Mart #2604 Newton NJ P0000000373395916 Card 4006 | | 86.06 | |
| 6/18 | | Quarterly Fee Payment 200617 6O0Uh2En7F1 Keith M Scriven | | 326.65 | 2,778.42 |
| 6/19 | | ATM Transfer authorized on 06/19 From Keith M Scriven Savings 601 Chestnut St. Philadelphia PA 0005162 ATM ID 6560D Card 4006 | 2,500.00 | | 5,278.42 |
| 6/22 | | Purchase authorized on 06/19 Hymie's Deli Merion Sta PA S580171626878417 Card 4006 | | 24.27 | |
| 6/22 | | Purchase authorized on 06/21 Wal-Mart Store Newton NJ P0000000773020748 Card 4006 | | 49.34 | |
| 6/22 | | Santander Consumer 200620 0021356117 Keith Scriven | | 1,920.00 | 3,284.81 |
| 6/24 | | ATM Cash Deposit on 06/24 122 Water Street Newton NJ 0002917 ATM ID 0115N Card 4006 | 100.00 | | |
| 6/24 | | Purchase authorized on 06/23 Parkmobile-10 770-818-9036 GA S460175521841141 Card 4006 | | 1.15 | |
| 6/24 | | Purchase authorized on 06/23 Parkmobile-10 770-818-9036 GA S380175536835270 Card 4006 | | 3.40 | |
| 6/24 | | Purchase authorized on 06/23 Parkmobile-10 770-818-9036 GA S460175537714929 Card 4006 | | 0.42 | |
| 6/24 | | Purchase authorized on 06/23 Fleishman Fabrics Philadelphia PA S460175559742983 Card 4006 | | 15.00 | |
| 6/24 | | Purchase authorized on 06/24 Wal-Mart Store Newton NJ P0000000780500946 Card 4006 | | 123.05 | |
| 6/24 | 254 | Check | | 779.62 | 2,462.17 |
| 6/25 | 256 | Check | | 2,295.00 | 167.17 |
| 6/29 | | Venmo Cashout 3691128162 Keith Scriven | 1,300.00 | | |
| 6/29 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08D96Tb5 on 06/28/20 | 480.00 | | |
| 6/29 | | Purchase authorized on 06/26 Parkmobile-10 770-818-9036 GA S460178499637140 Card 4006 | | 1.90 | 1,945.27 |
| 6/30 | | Purchase authorized on 06/28 Metro Self Storage 973-6914848 NJ S380180531243462 Card 4006 | | 431.94 | |
| 6/30 | | ATM Withdrawal authorized on 06/30 1 Freedom Valley Dr. Plumsteadvill PA 0009012 ATM ID 0087R Card 4006 | | 600.00 | 913.33 |
| 7/1 | | Purchase authorized on 06/30 Parkmobile-10 770-818-9036 GA S300182513030978 Card 4006 | | 3.40 | |
| 7/1 | | Purchase authorized on 06/30 Metal Marketplace 2155928777 PA S580182548101347 Card 4006 | | 385.40 | |
| 7/1 | | Purchase authorized on 06/30 Parkmobile-10 770-818-9036 GA S580182550113098 Card 4006 | | 2.40 | |
| 7/1 | | Purchase authorized on 06/30 The Bagel Smith Fo Alpha NJ S460182806751565 Card 4006 | | 29.75 | |
| 7/1 | 257 | Check | | 404.65 | 87.73 |
| 7/2 | | Purchase authorized on 07/02 Shoprite 125 Water St Newton NJ P0000000572178509 Card 4006 | | 13.86 | 73.87 |
| 7/6 | | Venmo Cashout 3717825097 Keith Scriven | 150.00 | | |

July 14, 2020 ■ Page 3 of 5



---

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/6 | | Purchase authorized on 07/03 Parkmobile-10 770-818-9036 GA S580185495705444 Card 4006 | | 1.90 | 221.97 |
| 7/7 | | Purchase authorized on 07/06 US Fuel Flemington Flemington NJ S380188436879314 Card 4006 | | 25.00 | 196.97 |
| 7/8 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08G52Zfp on 07/08/20 | 45.00 | | |
| 7/8 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08G548Nb on 07/08/20 | 100.00 | | |
| 7/8 | | Purchase authorized on 07/07 Parkmobile-10 770-818-9036 GA S580189520548411 Card 4006 | | 3.40 | |
| 7/8 | | Purchase authorized on 07/07 Parkmobile-10 770-818-9036 GA S460189552457271 Card 4006 | | 3.15 | |
| 7/8 | | Purchase authorized on 07/07 McDonald's F13963 Plumsteadvill PA S300189747178256 Card 4006 | | 7.62 | |
| 7/8 | | ATM Withdrawal authorized on 07/08 122 Water Street Newton NJ 0005651 ATM ID 0115N Card 4006 | | 80.00 | |
| 7/8 | | Purchase authorized on 07/08 Tractor S 128 State Rt Blairstown NJ P00000000132289193 Card 4006 | | 43.68 | |
| 7/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08G53Nsn | | 50.00 | |
| 7/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08G54N6G | | 100.00 | 54.12 |
| 7/10 | | ATM Transfer authorized on 07/10 From Keith M Scriven Savings 601 Chestnut St. Philadelphia PA 0008478 ATM ID 6560D Card 4006 | 700.00 | | |
| 7/10 | | ATM Withdrawal authorized on 07/10 601 Chestnut St. Philadelphia PA 0008479 ATM ID 6560D Card 4006 | | 200.00 | |
| 7/10 | | Purchase authorized on 07/10 Venmo* VISA Direct NY S00460192500523378 Card 4006 | | 500.00 | 54.12 |
| 7/13 | | ATM Check Deposit on 07/11 1 Freedom Valley Dr. Plumsteadvill PA 0000638 ATM ID 0087R Card 4006 | 3,000.00 | | |
| 7/13 | | Purchase authorized on 07/10 Parkmobile-10 770-818-9036 GA S460192493499203 Card 4006 | | 1.90 | |
| 7/13 | | Purchase authorized on 07/11 Venmo* VISA Direct NY S00460193821692592 Card 4006 | | 75.00 | |
| 7/13 | | Purchase authorized on 07/12 Sp * Outlaw Outfit Newton NJ S380194570540114 Card 4006 | | 92.43 | |
| 7/13 | | Purchase authorized on 07/12 Sp * Outlaw Outfit Newton NJ S580194769882097 Card 4006 | | 63.40 | |
| 7/13 | | Purchase authorized on 07/13 The Home Depot #4101 Philadelphia PA00380195652924337 Card 4006 | | 37.17 | 2,784.22 |
| 7/14 | | Purchase authorized on 07/13 Parkmobile-10 770-818-9036 GA S300195482713240 Card 4006 | | 1.40 | |
| 7/14 | | Purchase authorized on 07/13 Parkmobile-10 770-818-9036 GA S300195605347574 Card 4006 | | 2.91 | |
| 7/14 | | Purchase authorized on 07/13 Pamma Jewelry Tool Philadelphia PA S380195632953845 Card 4006 | | 69.00 | |
| 7/14 | | ATM Withdrawal authorized on 07/14 307 Levering Mill Road Bala Cynwyd PA 0003048 ATM ID 0174K Card 4006 | | 600.00 | |
| 7/14 | | Vz Wireless Ve E Check 200713 9052650 Keith *Scriven | | 67.53 | 2,043.38 |
| **Ending balance on 7/14** | | | | | 2,043.38 |
| **Totals** | | | **$11,430.00** | **$10,851.94** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 254 | 6/24 | 779.62 | 256 * | 6/25 | 2,295.00 | 257 | 7/1 | 404.65 |

\* *Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/13/2020 - 07/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $54.12 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,450.00 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 32 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐

RC/RC

# Wells Fargo Everyday Checking

August 14, 2020 ■ Page 1 of 6



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/15 | $2,043.38 |
| Deposits/Additions | 6,109.24 |
| Withdrawals/Subtractions | - 8,131.30 |
| **Ending balance on 8/14** | **$21.32** |

Account number: ▇▇▇▇5377

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/15 | | ATM Cash Deposit on 07/15 122 Water Street Newton NJ 0007131 ATM ID 0115N Card 4006 | 1,000.00 | | |
| 7/15 | | Purchase authorized on 07/13 Quick Ckek Food St Ringoes NJ S460195447851444 Card 4006 | | 25.00 | |
| 7/15 | | Purchase authorized on 07/14 Alpha Liquors Alpha NJ S580196829614038 Card 4006 | | 292.66 | |
| 7/15 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF08Hbvrbx | | 200.00 | 2,525.72 |
| 7/16 | | ATM Check Deposit on 07/16 1 Freedom Valley Dr. Plumsteadvill PA 0001363 ATM ID 0087R Card 4006 | 490.00 | | |
| 7/16 | | ATM Withdrawal authorized on 07/16 601 Chestnut St. Philadelphia PA 0007331 ATM ID 6560S Card 4006 | | 400.00 | 2,615.72 |
| 7/17 | | Money Transfer authorized on 07/17 From Keith Scriven PA S00460199558039592 Card 4006 | 591.00 | | |
| 7/17 | | Withdrawal Made In A Branch/Store | | 3,000.00 | |
| 7/17 | | Purchase authorized on 07/17 Bob Warks Libert Merion Statio PA P00580199697251387 Card 4006 | | 23.55 | 183.17 |
| 7/20 | | ATM Cash Deposit on 07/20 601 Chestnut St. Philadelphia PA 0007508 ATM ID 6560S Card 4006 | 20.00 | | |
| 7/20 | | Online Transfer From Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08J5Frhg on 07/20/20 | 50.00 | | |
| 7/20 | | Purchase authorized on 07/16 Parkmobile-10 770-818-9036 GA S380198631281197 Card 4006 | | 3.40 | |
| 7/20 | | Purchase authorized on 07/16 Parkmobile-10 770-818-9036 GA S580198660255770 Card 4006 | | 2.40 | |
| 7/20 | | Purchase authorized on 07/17 Parkmobile-10 770-818-9036 GA S580199502759901 Card 4006 | | 3.40 | |
| 7/20 | | Purchase authorized on 07/17 Hymie's Deli Merion Sta PA S300199640576916 Card 4006 | | 25.66 | |
| 7/20 | | Purchase authorized on 07/18 The Bagel Smith Fo Alpha NJ S580200805636236 Card 4006 | | 26.55 | |
| 7/20 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF08J2Mmls | | 40.00 | 151.76 |
| 7/21 | | ATM Check Deposit on 07/21 307 Levering Mill Road Bala Cynwyd PA 0004612 ATM ID 0174K Card 4006 | 1,281.00 | | |
| 7/21 | | Money Transfer authorized on 07/21 From Scriven Keith PA S00300203695355158 Card 4006 | 230.49 | | |
| 7/21 | | Purchase authorized on 07/20 Parkmobile-10 770-818-9036 GA S460202574792307 Card 4006 | | 1.36 | |
| 7/21 | | Purchase authorized on 07/20 T B Hagstoz & Sons Philadelphia PA S460202585252051 Card 4006 | | 85.00 | |
| 7/21 | | Purchase authorized on 07/20 Parkmobile-10 770-818-9036 GA S300202688772061 Card 4006 | | 3.40 | |
| 7/21 | | Purchase authorized on 07/20 Parkmobile-10 770-818-9036 GA S300202716231141 Card 4006 | | 1.15 | |
| 7/21 | | Purchase authorized on 07/20 Parkmobile-10 770-818-9036 GA S580202716653920 Card 4006 | | 1.90 | |
| 7/21 | | Purchase authorized on 07/20 Wine and Spirits 5 Philadelphia PA S580202816026316 Card 4006 | | 10.79 | |
| 7/21 | | Purchase authorized on 07/21 Acme 2833 Philadelphia PA P00300203763797591 Card 4006 | | 15.99 | 1,543.66 |
| 7/22 | | ATM Cash Deposit on 07/22 122 Water Street Newton NJ 0008472 ATM ID 0115N Card 4006 | 850.00 | | |
| 7/22 | | ATM Cash Deposit on 07/22 122 Water Street Newton NJ 0008473 ATM ID 0115N Card 4006 | 50.00 | | |
| 7/22 | | Purchase authorized on 07/20 Quick Chek Corpora Belvidere NJ S300202432176094 Card 4006 | | 25.00 | |
| 7/22 | | Purchase authorized on 07/20 McDonald's F14516 Philadelphia PA S580202612186644 Card 4006 | | 8.43 | |
| 7/22 | | Purchase authorized on 07/21 O & F Farms Flower Blue Bell PA S300203757050223 Card 4006 | | 14.83 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/22 | | ATM Withdrawal authorized on 07/22 122 Water Street Newton NJ 0008509 ATM ID 0115N Card 4006 | | 20.00 | 2,375.40 |
| 7/23 | | Purchase authorized on 07/22 Shoprite Wines & S Newton NJ S380204617938266 Card 4006 | | 13.86 | 2,361.54 |
| 7/27 | | Purchase authorized on 07/24 Dunkin #349009 Q35 Washington NJ S460206432786561 Card 4006 | | 6.59 | |
| 7/27 | | Purchase authorized on 07/24 Hymie's Deli Merion Sta PA S380206612139368 Card 4006 | | 22.49 | |
| 7/27 | 258 | Check | | 2,295.00 | 37.46 |
| 7/28 | | ATM Cash Deposit on 07/28 307 Levering Mill Road Bala Cynwyd PA 0006318 ATM ID 0174K Card 4006 | 60.00 | | |
| 7/28 | | Money Transfer authorized on 07/28 From Keith Scriven PA S00300210750863750 Card 4006 | 49.25 | | |
| 7/28 | | ATM Withdrawal authorized on 07/28 1230 US Hwy. 22 Phillipsburg NJ 0006818 ATM ID 6743S Card 4006 | | 40.00 | 106.71 |
| 7/29 | | ATM Cash Deposit on 07/29 1 Freedom Valley Dr. Plumsteadvill PA 0003296 ATM ID 0087R Card 4006 | 5.00 | | |
| 7/29 | | Money Transfer authorized on 07/29 From Keith Scriven PA S00300211682758667 Card 4006 | 246.25 | | |
| 7/29 | | ATM Cash Deposit on 07/29 25 W. Skippack Pike Ambler PA 0000854 ATM ID 0212K Card 4006 | 120.00 | | |
| 7/29 | | Purchase authorized on 07/27 Quick Chek Corpora Belvidere NJ S58020943813300 Card 4006 | | 25.00 | |
| 7/29 | | ATM Withdrawal authorized on 07/29 1 Freedom Valley Dr. Plumsteadvill PA 0003297 ATM ID 0087R Card 4006 | | 60.00 | |
| 7/29 | | Purchase authorized on 07/29 Venmo* VISA Direct NY S00580211697739053 Card 4006 | | 350.00 | 42.96 |
| 7/30 | | ATM Cash Deposit on 07/30 122 Water Street Newton NJ 0000046 ATM ID 0115N Card 4006 | 150.00 | | |
| 7/30 | | Purchase authorized on 07/28 Quick Chek Food St Phillipsburg NJ S460210825695321 Card 4006 | | 25.00 | 167.96 |
| 7/31 | | Venmo Cashout 3848089806 Keith Scriven | 400.00 | | |
| 7/31 | | ATM Withdrawal authorized on 07/31 307 Levering Mill Road Bala Cynwyd PA 0007098 ATM ID 0174K Card 4006 | | 140.00 | 427.96 |
| 8/3 | | Purchase authorized on 07/31 Quick Ckek Food St Ringoes NJ S380213437831922 Card 4006 | | 20.00 | |
| 8/3 | | Tele-Transfer to xxxxxx3982 Reference #TF08L8Xfv2 | | 50.00 | |
| 8/3 | | Purchase authorized on 08/01 Cash App*Marki 8774174551 CA S580214763595513 Card 4006 | | 250.00 | |
| 8/3 | | Purchase authorized on 08/02 Shoprite Newton S1 Newton NJ P00380215774083590 Card 4006 | | 33.86 | 74.10 |
| 8/4 | | Purchase authorized on 08/03 Wine and Spirits 5 Philadelphia PA S380217031485584 Card 4006 | | 14.03 | 60.07 |
| 8/5 | | Purchase authorized on 08/03 Quick Chek Corpora Belvidere NJ S580216442452274 Card 4006 | | 25.00 | |
| 8/5 | | Purchase authorized on 08/05 Dollartre 17 Hampton H Newton NJ P00000000571570559 Card 4006 | | 9.33 | |
| 8/5 | | Purchase authorized on 08/05 Wal-Mart #2604 Newton NJ P00000000081276886 Card 4006 | | 14.94 | 10.80 |
| 8/7 | | Money Transfer authorized on 08/07 From Keith Scriven PA S00300220702347869 Card 4006 | 246.25 | | |
| 8/7 | | ATM Withdrawal authorized on 08/07 307 Levering Mill Road Bala Cynwyd PA 0008694 ATM ID 0174K Card 4006 | | 240.00 | 17.05 |
| 8/10 | | Purchase authorized on 08/07 Parkmobile-10 770-818-9036 GA S380220721504065 Card 4006 | | 0.73 | 16.32 |
| 8/11 | | Purchase authorized on 08/10 US Fuel Flemington Flemington NJ S300223462522009 Card 4006 | | 15.00 | 1.32 |



## *Transaction history* *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 8/12 | | ATM Cash Deposit on 08/12 122 Water Street Newton NJ 0002950 ATM ID 0115N Card 4006 | 270.00 | | 271.32 |
| 8/13 | | Purchase authorized on 08/12 Cash App*Marki 8774174551 CA S580225613730717 Card 4006 | | 250.00 | 21.32 |
| **Ending balance on 8/14** | | | | | **21.32** |
| **Totals** | | | **$6,109.24** | **$8,131.30** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 258 | 7/27 | 2,295.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/15/2020 - 08/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1.32 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $400.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 34 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

## IMPORTANT ACCOUNT INFORMATION:

**As a valuable customer, your monthly service fee for this Everyday Checking account will be waived beginning November 9, 2020 for nine consecutive fee periods.**
If you have converted or choose to convert this Everyday Checking account to another checking account type at any time, this waiver will not be applied to that account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply.

On this statement, we've included another important message describing changes we are making to the current options to avoid the monthly service fee for Everyday Checking. Please review that message for details. Your monthly service fee summary will include information on the fee periods remaining for the waiver as you get closer to the expiration and options to avoid the monthly service fee. After the monthly service fee has been waived for nine consecutive fee periods, you'll need to start meeting one of the options to avoid the monthly service fee.

Thank you for being a valuable customer. If you have any questions about this change, please contact your local banker or call the number listed on your statement. Please note the Consumer Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.

# Wells Fargo Everyday Checking

September 15, 2020 ■ Page 1 of 7



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/15 | $21.32 |
| Deposits/Additions | 16,937.62 |
| Withdrawals/Subtractions | - 14,352.48 |
| **Ending balance on 9/15** | **$2,606.46** |

Account number: ▆▆▆▆5377

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 8/17 | | ATM Check Deposit on 08/15 307 Levering Mill Road Bala Cynwyd PA 0000355 ATM ID 0174K Card 4006 | 2,000.00 | | |
| 8/17 | | Money Transfer authorized on 08/17 From Scriven Keith PA S00460230808966470 Card 4006 | 2,490.00 | | |
| 8/17 | | Purchase authorized on 08/16 Sp * Outlaw Outfit Newton NJ S300229527378570 Card 4006 | | 129.64 | 4,381.68 |
| 8/18 | | Purchase authorized on 08/17 US Fuel Flemington Flemington NJ S460230452351229 Card 4006 | | 25.00 | |
| 8/18 | | ATM Withdrawal authorized on 08/18 307 Levering Mill Road Bala Cynwyd PA 0000738 ATM ID 0174K Card 4006 | | 800.00 | 3,556.68 |
| 8/19 | | Money Transfer authorized on 08/19 From Keith Scriven PA S00460232688717211 Card 4006 | 2,758.00 | | |
| 8/19 | | Purchase authorized on 08/18 Parkmobile-10 770-818-9036 GA S580231485570101 Card 4006 | | 6.40 | |
| 8/19 | | Purchase authorized on 08/18 Jewelers Depot Philadelphia PA S380231492056244 Card 4006 | | 211.34 | |
| 8/19 | | Purchase authorized on 08/19 Fredon Discount Liquor Fredon NJ P00380232777354805 Card 4006 | | 29.83 | |
| 8/19 | 259 | Check | | 2,295.00 | 3,772.11 |
| 8/20 | | Purchase authorized on 08/19 Parkmobile-10 770-818-9036 GA S580232686444625 Card 4006 | | 1.90 | |
| 8/20 | | Vz Wireless Ve E Check 200819 6239494 Keith *Scriven | | 304.73 | |
| 8/20 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | 2,867.88 |
| 8/21 | | Purchase authorized on 08/19 Metro Self Storage 973-6914848 NJ S460232501670907 Card 4006 | | 521.49 | |
| 8/21 | | Purchase authorized on 08/20 Petsmart # 2316 Newton NJ S580233599257185 Card 4006 | | 204.08 | |
| 8/21 | | Purchase authorized on 08/21 Petsmart #3116 Philadelphia PA P00300234772640070 Card 4006 | | 34.00 | 2,108.31 |
| 8/24 | | Purchase authorized on 08/21 Quick Ckek Food St Ringoes NJ S460234435780259 Card 4006 | | 25.00 | |
| 8/24 | | Purchase authorized on 08/21 Hymie's Deli Merion Sta PA S300234698504347 Card 4006 | | 20.79 | |
| 8/24 | | Purchase authorized on 08/21 Parkmobile-10 770-818-9036 GA S300234735951849 Card 4006 | | 3.40 | |
| 8/24 | | Purchase authorized on 08/22 Alpha Liquors Alpha NJ S300235735233208 Card 4006 | | 21.06 | |
| 8/24 | | Tele-Transfer to xxxxxx3982 Reference #TF08Pywjlq | | 200.00 | |
| 8/24 | | Purchase authorized on 08/23 Cash App*Marki 8774174551 CA S380236674614684 Card 4006 | | 300.00 | 1,538.06 |
| 8/25 | | ATM Check Deposit on 08/25 307 Levering Mill Road Bala Cynwyd PA 0002179 ATM ID 0174K Card 4006 | 1,000.00 | | |
| 8/25 | | Purchase authorized on 08/24 Parkmobile-10 770-818-9036 GA S380237522425856 Card 4006 | | 6.40 | |
| 8/25 | | Purchase authorized on 08/24 Jewelers Depot Philadelphia PA S300237595464319 Card 4006 | | 111.66 | |
| 8/25 | | Purchase authorized on 08/25 Staples 0721 Narberth PA P00380238569644749 Card 4006 | | 30.19 | 2,389.81 |
| 8/26 | | Purchase authorized on 08/25 Parkmobile-10 770-818-9036 GA S460238486267827 Card 4006 | | 3.40 | |
| 8/26 | | Purchase authorized on 08/25 Parkmobile-10 770-818-9036 GA S380238519646276 Card 4006 | | 6.40 | |
| 8/26 | | ATM Withdrawal authorized on 08/26 307 Levering Mill Road Bala Cynwyd PA 0002400 ATM ID 0174K Card 4006 | | 800.00 | 1,580.01 |
| 8/27 | | Purchase authorized on 08/26 Parkmobile-10 770-818-9036 GA S460239547109047 Card 4006 | | 3.40 | |
| 8/27 | | Purchase authorized on 08/26 Parkmobile-10 770-818-9036 GA S580239571427220 Card 4006 | | 3.40 | 1,573.21 |
| 8/31 | | RTP From Venmo on 08/31 Ref#20200831021000021P1Brjpm00050049694 | 396.00 | | |

September 15, 2020 ■ Page 3 of 7



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Purchase authorized on 08/27 Fredon Plaza 973-3002411 NJ S580240777737905 Card 4006 | | 15.43 | |
| 8/31 | | Purchase authorized on 08/28 Wine and Spirits 4 Bala Cynwyd PA S380241784239514 Card 4006 | | 13.77 | |
| 8/31 | | Purchase authorized on 08/29 Shoprite Newton S1 Newton NJ P00380242734458873 Card 4006 | | 36.29 | |
| 8/31 | | Purchase authorized on 08/30 Wal-Mart Wal-Mart Sto Newton NJ P00000000737389296 Card 4006 | | 83.94 | |
| 8/31 | | ATM Withdrawal on 08/31 74 Church St Flemington NJ 0005214 ATM ID 6865W Card 4006 | | 800.00 | |
| 8/31 | | Purchase Return authorized on 08/30 Staples 0400 Newton NJ P00300243547458670 Card 4006 | 24.37 | | 1,044.15 |
| 9/1 | | Money Transfer authorized on 09/01 From Keith Scriven PA S00580245679683091 Card 4006 | 49.25 | | |
| 9/1 | | Purchase authorized on 08/31 Parkmobile-10 770-818-9036 GA S380244466303823 Card 4006 | | 3.40 | |
| 9/1 | | Purchase authorized on 08/31 Jewelers Depot Philadelphia PA S460244491474369 Card 4006 | | 204.11 | |
| 9/1 | | Purchase authorized on 08/31 Parkmobile-10 770-818-9036 GA S300244504232607 Card 4006 | | 1.90 | |
| 9/1 | | Transamerica Transameri 200901 42089058 Keith Scriven | | 357.51 | 526.48 |
| 9/2 | | Purchase authorized on 09/01 Parkmobile-10 770-818-9036 GA S580245508161123 Card 4006 | | 3.40 | |
| 9/2 | | Purchase authorized on 09/01 Parkmobile-10 770-818-9036 GA S380245542980758 Card 4006 | | 1.40 | |
| 9/2 | | Transamerica Transameri 200902 42089058 Keith Scriven | | 108.95 | |
| 9/2 | | Transamerica Transameri 200902 42089058 Keith Scriven | | 108.95 | 303.78 |
| 9/3 | | Purchase authorized on 09/01 Fedex 396399096005 Memphis TN S580245637742164 Card 4006 | | 69.79 | |
| 9/3 | | Purchase authorized on 09/01 Fedex 940511531828 Memphis TN S300245637897744 Card 4006 | | 1.86 | |
| 9/3 | | Purchase authorized on 09/02 Vincent Difrancesc Ambler PA S460246634764146 Card 4006 | | 150.00 | |
| 9/3 | | Purchase authorized on 09/02 Hop & Vine Liquors Belvidere NJ S300246686890586 Card 4006 | | 14.92 | 67.21 |
| 9/8 | | ATM Cash Deposit on 09/08 125 W. Lancaster Ave. Ardmore PA 0006600 ATM ID 0194Y Card 4006 | 420.00 | | |
| 9/8 | | Purchase authorized on 09/05 Hop & Vine Liquors Belvidere NJ S380249784447511 Card 4006 | | 14.92 | |
| 9/8 | | Purchase authorized on 09/06 Shoprite Newton S1 Newton NJ P00380250580308763 Card 4006 | | 15.52 | |
| 9/8 | | ATM Withdrawal authorized on 09/08 125 W. Lancaster Ave. Ardmore PA 0006601 ATM ID 0194Y Card 4006 | | 400.00 | 56.77 |
| 9/9 | | Purchase authorized on 09/07 Quick Chek Corpora Belvidere NJ S580251422627673 Card 4006 | | 25.00 | |
| 9/9 | | Purchase authorized on 09/08 Parkmobile-10 770-818-9036 GA S580252483961956 Card 4006 | | 1.90 | 29.87 |
| 9/10 | | Edeposit IN Branch/Store 09/10/20 02:51:32 Pm 2024 Naamans Rd Wilmington DE 5377 | 7,800.00 | | |
| 9/10 | | ATM Withdrawal authorized on 09/10 2024 Naaman's Rd. Wilmington DE 0008012 ATM ID 6900E Card 4006 | | 400.00 | 7,429.87 |
| 9/11 | | ATM Withdrawal authorized on 09/11 74 Church St Flemington NJ 0007829 ATM ID 6865W Card 4006 | | 800.00 | |
| 9/11 | | Withdrawal Made In A Branch/Store | | 2,500.00 | 4,129.87 |
| 9/14 | | Purchase authorized on 09/11 Campbells Place Philadelphia PA S580255758342463 Card 4006 | | 58.26 | |
| 9/14 | | ATM Withdrawal authorized on 09/12 2 W. Girard Avenue Philadelphia PA 0003397 ATM ID 2091A Card 4006 | | 800.00 | |
| 9/14 | | Purchase authorized on 09/12 USPS PO 4131960038 Glenside PA S580256549409428 Card 4006 | | 23.20 | |
| 9/14 | | Purchase authorized on 09/13 Shoprite Newton S1 Newton NJ S380257462006404 Card 4006 | | 49.15 | |



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-------------|---------|
| 9/14 | | Vz Wireless Ve Vzw Webpay 200913 3279580 Keith *Scriven | | 342.80 | |
| 9/14 | | Discover E-Payment 200914 3391 Kane Lawrence | | 250.00 | 2,606.46 |
| **Ending balance on 9/15** | | | | | **2,606.46** |
| **Totals** | | | **$16,937.62** | **$14,352.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 259 | 8/19 | 2,295.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/15/2020 - 09/15/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $29.87 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 41 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

---

**IMPORTANT ACCOUNT INFORMATION:**

**As a valuable customer, your monthly service fee for this Everyday Checking account will be waived beginning November 9, 2020 for nine consecutive fee periods.**
If you have converted or choose to convert this Everyday Checking account to another checking account type at any time, this waiver will not be applied to that account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply.

On this statement, we've included another important message describing changes we are making to the current options to avoid the monthly service fee for Everyday Checking. Please review that message for details. Your monthly service fee summary will include information on the fee periods remaining for the waiver as you get closer to the expiration and options to avoid the monthly service fee. After the monthly service fee has been waived for nine consecutive fee periods, you'll need to start meeting one of the options to avoid the monthly service fee.

Thank you for being a valuable customer. If you have any questions about this change, please contact your local banker or call the number listed on your statement. Please note the Consumer Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.

---

**IMPORTANT ACCOUNT INFORMATION:**

# Wells Fargo Everyday Checking

October 15, 2020  ■  Page 1 of 7



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/16 | $2,606.46 |
| Deposits/Additions | 20,181.14 |
| Withdrawals/Subtractions | - 14,615.21 |
| **Ending balance on 10/15** | **$8,172.39** |

Account number:  ███5377

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/16 | | RTP From Venmo on 09/16 Ref#20200916021000021P1Brjpm00540036199 | 396.00 | | |
| 9/16 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | 2,404.86 |
| 9/17 | | Purchase authorized on 09/16 Tractor Supply Com Blairstown NJ S380260524540764 Card 4006 | | 100.90 | 2,303.96 |
| 9/18 | | Money Transfer authorized on 09/18 From Keith Scriven PA S00580262581856156 Card 4006 | 295.50 | | |
| 9/18 | 261 | Check | | 2,295.00 | 304.46 |
| 9/21 | | Purchase authorized on 09/18 Parkmobile-10 770-818-9036 GA S300262495909205 Card 4006 | | 3.40 | |
| 9/21 | | Purchase authorized on 09/18 Parkmobile-10 770-818-9036 GA S300262527052746 Card 4006 | | 1.40 | |
| 9/21 | | Purchase authorized on 09/18 Senor Salsa Abington PA S300262765955749 Card 4006 | | 35.85 | |
| 9/21 | | Purchase authorized on 09/19 Wawa Store 8060008 Jenkintown PA S460263572469704 Card 4006 | | 6.36 | |
| 9/21 | | Purchase authorized on 09/19 Quick Chek Corpora Belvidere NJ S300263740612983 Card 4006 | | 25.00 | 232.45 |
| 9/22 | | Purchase authorized on 09/20 Fredon Plaza 973-3002411 NJ S300264501256332 Card 4006 | | 7.75 | |
| 9/22 | | Purchase authorized on 09/21 Parkmobile-10 770-818-9036 GA S460265535205940 Card 4006 | | 1.02 | |
| 9/22 | | Purchase authorized on 09/21 Wine and Spirits 5 Philadelphia PA S380265859895749 Card 4006 | | 16.19 | |
| 9/22 | | ATM Withdrawal authorized on 09/22 307 Levering Mill Road Bala Cynwyd PA 0007966 ATM ID 0174K Card 4006 | | 160.00 | 47.49 |
| 9/23 | | Purchase authorized on 09/22 Parkmobile-10 770-818-9036 GA S580266478913401 Card 4006 | | 3.40 | 44.09 |
| 9/24 | | Money Transfer authorized on 09/24 From Keith Scriven PA S00300268643047439 Card 4006 | 295.50 | | |
| 9/24 | | ATM Withdrawal authorized on 09/24 1 W Washington Ave Washington NJ 0004230 ATM ID 0216F Card 4006 | | 260.00 | 79.59 |
| 9/25 | | Money Transfer authorized on 09/24 From Scriven Keith PA S00380269077113924 Card 4006 | 704.56 | | |
| 9/25 | | Purchase authorized on 09/24 Parkmobile-10 770-818-9036 GA S300268500738991 Card 4006 | | 2.52 | |
| 9/25 | | Purchase authorized on 09/24 Parkmobile-10 770-818-9036 GA S300268654507285 Card 4006 | | 0.76 | |
| 9/25 | | ATM Withdrawal authorized on 09/25 601 Chestnut St. Philadelphia PA 0007787 ATM ID 6560D Card 4006 | | 100.00 | 680.87 |
| 9/28 | | ATM Check Deposit on 09/26 1886 Bethlehem Pike Flourtown PA 0001329 ATM ID 0013A Card 4006 | 150.00 | | |
| 9/28 | | Purchase authorized on 09/25 Quick Chek Corpora Belvidere NJ S380269448763018 Card 4006 | | 25.00 | |
| 9/28 | | Purchase authorized on 09/25 Parkmobile-10 770-818-9036 GA S460269526286510 Card 4006 | | 0.71 | |
| 9/28 | | Purchase authorized on 09/25 Boston Style Pizza Bala Cynwyd PA S460269572906026 Card 4006 | | 19.44 | |
| 9/28 | | Purchase authorized on 09/25 Boston Style Pizza Bala Cynwyd PA S380269573822384 Card 4006 | | 4.77 | |
| 9/28 | | Purchase authorized on 09/25 Nya Joe's #25 Ardmore PA S380269762340495 Card 4006 | | 50.00 | |
| 9/28 | | Purchase authorized on 09/25 Wine and Spirits 5 Philadelphia PA S300269824702200 Card 4006 | | 16.19 | |
| 9/28 | | Purchase authorized on 09/26 Cash App*Patrice S 8774174551 CA S380270591352304 Card 4006 | | 500.00 | 214.76 |
| 9/29 | | Money Transfer authorized on 09/29 From Scriven Keith PA S00380273504959243 Card 4006 | 594.00 | | |
| 9/29 | | ATM Check Deposit on 09/29 122 Water Street Newton NJ 0003200 ATM ID 0115N Card 4006 | 1,280.03 | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/29 | | ATM Withdrawal authorized on 09/29 122 Water Street Newton NJ 0003201 ATM ID 0115N Card 4006 | | 800.00 | 1,288.79 |
| 9/30 | | ATM Cash Deposit on 09/30 122 Water Street Newton NJ 0003240 ATM ID 0115N Card 4006 | 200.00 | | |
| 9/30 | | Purchase authorized on 09/28 Quick Ckek Food St Ringoes NJ S460272501108629 Card 4006 | | 25.00 | |
| 9/30 | | Purchase authorized on 09/29 Hop & Vine Liquors Belvidere NJ S460273756255862 Card 4006 | | 14.92 | 1,448.87 |
| 10/1 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08Xws4C8 on 10/01/20 | | 48.00 | |
| 10/1 | | Quarterly Fee Payment 200930 6O3Ie626Vm1 Keith M. Scriven | | 650.00 | 750.87 |
| 10/2 | | ATM Check Deposit on 10/02 307 Levering Mill Road Bala Cynwyd PA 0000033 ATM ID 0174K Card 4006 | 2,000.00 | | |
| 10/2 | | ATM Withdrawal authorized on 10/02 74 Church St Flemington NJ 0002716 ATM ID 6865W Card 4006 | | 540.00 | |
| 10/2 | | ATM Withdrawal authorized on 10/02 307 Levering Mill Road Bala Cynwyd PA 0000035 ATM ID 0174K Card 4006 | | 260.00 | 1,950.87 |
| 10/5 | | Purchase authorized on 10/02 Parkmobile-10 770-818-9036 GA S380276529952802 Card 4006 | | 0.72 | |
| 10/5 | | Purchase authorized on 10/02 Tractor Supply #18 Pipersville PA S460276827335691 Card 4006 | | 57.52 | |
| 10/5 | | Purchase authorized on 10/02 Alpha Liquors Alpha NJ S460276847504246 Card 4006 | | 16.62 | |
| 10/5 | | Purchase authorized on 10/03 Enterprise Rent-A- Augusta NJ S580277516588597 Card 4006 | | 150.00 | |
| 10/5 | | ATM Withdrawal authorized on 10/03 122 Water Street Newton NJ 0004100 ATM ID 0115N Card 4006 | | 800.00 | |
| 10/5 | | Purchase authorized on 10/04 Shoprite Wines & S Stanhope NJ S460278685327535 Card 4006 | | 21.24 | 904.77 |
| 10/6 | | Purchase authorized on 10/04 Metro Self Storage Andover NJ S300278528423719 Card 4006 | | 538.32 | 366.45 |
| 10/7 | | Purchase authorized on 10/05 Quick Chek Corpora Belvidere NJ S460279458820088 Card 4006 | | 25.00 | |
| 10/7 | | Purchase authorized on 10/05 Tandy Leather #181 Philadelphia PA S300279529242783 Card 4006 | | 60.56 | |
| 10/7 | | Recurring Payment authorized on 10/05 Dnh*Godaddy.Com 480-5058855 AZ S380280003161597 Card 4006 | | 134.18 | |
| 10/7 | | Purchase authorized on 10/06 Hop & Vine Liquors Belvidere NJ S380280819689610 Card 4006 | | 17.67 | 129.04 |
| 10/8 | | Money Transfer authorized on 10/07 From Scriven Keith PA S003802822209355331 Card 4006 | 2,500.00 | | |
| 10/8 | | Money Transfer authorized on 10/08 From Scriven Keith PA S0030028243260162 Card 4006 | 2,490.00 | | |
| 10/8 | | Purchase authorized on 10/06 Qdoba 2292 Bala Cynwyd PA S580280629295407 Card 4006 | | 11.50 | |
| 10/8 | | ATM Withdrawal authorized on 10/08 1230 US Hwy. 22 Phillipsburg NJ 0006227 ATM ID 6743S Card 4006 | | 800.00 | |
| 10/8 | | Purchase authorized on 10/08 Venmo* VISA Direct NY S00380282510128187 Card 4006 | | 500.00 | |
| 10/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08Zbfzvl | | 3,000.00 | 807.54 |
| 10/9 | | Money Transfer authorized on 10/09 From Keith Scriven PA S00580283810811726 Card 4006 | 29.55 | | |
| 10/9 | | Purchase authorized on 10/07 Ppa on Street Kios Philadelphia PA S300281580094645 Card 4006 | | 3.00 | 834.09 |
| 10/13 | | ATM Cash Deposit on 10/12 307 Levering Mill Road Bala Cynwyd PA 0001764 ATM ID 0174K Card 4006 | 200.00 | | |
| 10/13 | | ATM Cash Deposit on 10/12 2 W. Girard Avenue Philadelphia PA 0002913 ATM ID 2091A Card 4006 | 150.00 | | |
| 10/13 | | Purchase authorized on 10/08 Ppa on Street Kios Philadelphia PA S460282595810453 Card 4006 | | 6.00 | |
| 10/13 | | Purchase authorized on 10/08 Ppa on Street Kios Philadelphia PA S380282671070770 Card 4006 | | 6.00 | |

October 15, 2020 ◾ Page 4 of 7



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|--------------|
| 10/13 | | Purchase authorized on 10/08 Cash App*Ronette S 8774174551 CA S460283183592818 Card 4006 | | 30.00 | |
| 10/13 | | Purchase authorized on 10/09 Ppa on Street Kios Philadelphia PA S460283467800018 Card 4006 | | 6.00 | |
| 10/13 | | Purchase authorized on 10/09 Metro Self Storage Andover NJ S300283638614654 Card 4006 | | 464.16 | |
| 10/13 | | Purchase authorized on 10/09 Walgreens #7225 Elkins Park PA S580283667384402 Card 4006 | | 54.99 | |
| 10/13 | | Purchase authorized on 10/09 Cash App*Bri 8774174551 CA S580283810568853 Card 4006 | | 50.00 | |
| 10/13 | | Purchase authorized on 10/10 Fredon Discount Li Fredon NJ S300284830823322 Card 4006 | | 29.83 | |
| 10/13 | | Purchase authorized on 10/12 Comcast 800-Comcast NJ S300286585370074 Card 4006 | | 313.76 | 223.35 |
| 10/14 | | First Insurance Insurance 900-92339134 Keith M Scriven | | 146.96 | 76.39 |
| 10/15 | | RTP From Venmo on 10/15 Ref#20201015021000021P1Brjpm00020020629 | 396.00 | | |
| 10/15 | | ATM Check Deposit on 10/15 307 Levering Mill Road Bala Cynwyd PA 0002318 ATM ID 0174K Card 4006 | 8,500.00 | | |
| 10/15 | | ATM Withdrawal authorized on 10/15 307 Levering Mill Road Bala Cynwyd PA 0002319 ATM ID 0174K Card 4006 | | 800.00 | 8,172.39 |
| **Ending balance on 10/15** | | | | | **8,172.39** |
| **Totals** | | | **$20,181.14** | **$14,615.21** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|--------|------|--------|
| 261 | 9/18 | 2,295.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/16/2020 - 10/15/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $44.09 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 43 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| RC/RC | | |

**IMPORTANT ACCOUNT INFORMATION:**

**As a valuable customer, your monthly service fee for this Everyday Checking account will be waived beginning November 9, 2020 for nine consecutive fee periods.**

# Wells Fargo Way2Save® Savings



July 31, 2020 ■ Page 1 of 3

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $1,045.56 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 1,040.00 |
| **Ending balance on 7/31** | **$5.56** |

Account number: █████51981

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $340.39 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.06 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 7/8 | ❋ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib08G52Zfp on 07/08/20 | | 45.00 | |
| 7/8 | ❋ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib08G548Nb on 07/08/20 | | 100.00 | 900.56 |



---

## Transaction history  *(continued)*

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 7/10 | ATM Transfer authorized on 07/10 to Keith M Scriven Checking 601 Chestnut St. Philadelphia PA 0008478 ATM ID 6560D Card 4006 | | 700.00 | 200.56 |
| 7/13 | ATM Withdrawal authorized on 07/13 601 Chestnut St. Philadelphia PA 0008807 ATM ID 6560D Card 4006 | | 100.00 | 100.56 |
| 7/20 | ✳ Online Transfer to Scriven K Everyday Checking xxxxxx5377 Ref #Ib08J5Frhg on 07/20/20 | | 50.00 | |
| 7/20 | ATM Withdrawal authorized on 07/20 601 Chestnut St. Philadelphia PA 0007507 ATM ID 6560S Card 4006 | | 40.00 | 10.56 |
| 7/31 | Monthly Service Fee | | 5.00 | 5.56 |
| **Ending balance on 7/31** | | | | **5.56** |
| **Totals** | | **$0.00** | **$1,040.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2020 - 07/31/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $300.00 | $10.56 ☐ |
| ·  A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| ·  Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| ·  A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| ·  The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

# Wells Fargo Way2Save® Savings

September 30, 2020 ■ Page 1 of 4



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $5.56 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 9/30** | **-$4.44** |

Account number:  ▬▬▬**1981**

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $3.10 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.06 |

September 30, 2020 ■ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 8/31 | Monthly Service Fee | | 5.00 | 0.56 |
| 9/30 | Monthly Service Fee | | 5.00 | -4.44 |
| **Ending balance on 9/30** | | | | **-4.44** |
| **Totals** | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.56 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 09/01/2020 - 09/30/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $0.56 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

 # IMPORTANT ACCOUNT INFORMATION

Effective June 1, 2020, the Deposit Account Agreement has been updated.

In the section of the Deposit Account Agreement titled "Available balance, posting order, and overdrafts," the second bullet of the paragraph titled "Then, we sort your transactions into categories before we process them" under the subsection titled "How do we process (post) transactions to your account?" is deleted and replaced with the following: "Then, we process withdrawals/payments we have previously authorized and cannot return unpaid, such as debit card purchases, ATM withdrawals, account transfers, Online Bill Pay transactions, and teller-cashed checks. If we receive more than one of these transactions for payment from your account, we will generally sort and pay them based on the date and time you conducted the transactions. For a debit card transaction, if a merchant does not seek authorization from the Bank at the time of the transaction or you conducted the transaction more than 10 business days before we receive it for payment, we will use the date the transaction is received for payment from your account. For some transactions, such as Online Bill Pay transactions or teller-cashed checks, the time may be assigned by our systems and may vary from