UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## Debtor's Motion for Final Decree

AND NOW, comes Debtor, Keith M. Scriven, by and through his attorney, Ronald G. McNeil, Esquire, hereby moves for a final decree, pursuant to 11 U.S.C. § 1141, and, as reasons therefor, states as follows:

1. Debtor filed this Chapter 11 bankruptcy on September 21, 2013, which was confirmed on November 24, 2015.

2. This case has been fully administered.

3. Debtor has fully paid and/or has almost satisfied his allowed unsecured, nonpriority claims.

4. Debtor will complete a personal financial management course and will obtain a certificate of completion for such course.

5. That the interest of justice in fulfilling his Plan's obligations, Debtor should be granted a discharge.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order granting him a discharge pursuant to 11 U.S.C. § 1141 and for such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: November 27, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net