UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

# ORDER

AND NOW, upon consideration of Debtor's Motion for Final Decree, and any response thereto, it is hereby ORDERED that

a) Debtor's Motion for Final Decree is GRANTED;

b) this Court finds that
   i) Debtor Chapter 11 Plan was confirmed on December 3, 2014,
   ii) Debtor has satisfied his allowed unsecured, nonpriority claims under his confirmed Plan, and
   iii) Debtor has completed a personal financial management course and has obtained a certificate of completion for such course.

c) Debtor is granted a Discharge as otherwise provided in § 1141(d)(5) of the Code.

DATE:                                BY THE COURT:

                                     _____
                                     Hon. Ashely M. Chan
                                     U.S. Bankruptcy Judge