UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |

# POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

| | | | |
|---|---|---|---|
| Debtor's Name: | Keith M. Scriven | Bank: | Wells Fargo Bank, N.A. |
| Bankruptcy No.: | 13 - 18271 AMC | Account No.: | 8153 285 377 |
| Date of Confirmation: | November 24, 2015 | Account Type: | Checking |
| Report Period: | 4th Quarter/2020 | | |

| | | | |
|---|---|---|---|
| Beginning Cash Balance: | $ 1,448.87 | | |
| All receipts received by the debtor: | $23,989.30 | | |
| Cash Sales: | $ | | |
| Collection of Accounts Receivable: | $ | | |
| Proceeds from Litigation (settlement or otherwise) | $ | | |
| Sale of Debtor's Assets: | $ | | |
| Capital Infusion pursuant to the Plan: | $ | | |
| Total of cash received: | $23,989.30 | | |
| Total of cash available: | | $25,438.17 | |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | | |
| All other disbursements made in the ordinary course: | | $ | |
| Total Disbursements | | | $25,250.07 |
| Ending Cash Balance | | | $ 188.10 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/13/2021
Date

[signature]
Keith M. Scriven, Debtor in Possession

Debtor: Keith M. Scriven
Case No.: 13 - 18271 AMC

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |

# POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

| | | |
|---|---|---|
| Debtor's Name: | Keith M. Scriven | Bank: Wells Fargo Bank, N.A. |
| Bankruptcy No.: | 13 - 18271 AMC | Account No.: 7362 453 982 |
| Date of Confirmation: | November 24, 2015 | Account Type: Checking |
| Report Period: | 4th Quarter/2020 | |

| | | | |
|---|---|---|---|
| Beginning Cash Balance: | $ 17.22 | | |
| All receipts received by the debtor: | $30,440.00 | | |
| Cash Sales: | $ | | |
| Collection of Accounts Receivable: | $ | | |
| Proceeds from Litigation (settlement or otherwise) | $ | | |
| Sale of Debtor's Assets: | $ | | |
| Capital Infusion pursuant to the Plan: | $ | | |
| Total of cash received: | $30,440.00 | | |
| Total of cash available: | | $30,457.22 | |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | | |
| All other disbursements made in the ordinary course: | | $ | |
| Total Disbursements | | | $29,076.76 |
| Ending Cash Balance | | | $ 40.46 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/13/2021
Date

Keith M. Scriven, Debtor in Possession

Debtor: Keith M. Scriven
Case No.: 13 - 18271 AMC

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |

# POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

| | | | |
|---|---|---|---|
| Debtor's Name: | Keith M. Scriven | Bank: | Wells Fargo Bank, N.A. |
| Bankruptcy No.: | 13 - 18271 AMC | Account No.: | 6153 451 981 |
| Date of Confirmation: | November 24, 2015 | Account Type: | Savings |
| Report Period: | 4th Quarter/2020 | | |

| | | | |
|---|---|---|---|
| Beginning Cash Balance: | $ -4.44 | | |
| All receipts received by the debtor: | $ 48.00 | | |
| Cash Sales: | $ | | |
| Collection of Accounts Receivable: | $ | | |
| Proceeds from Litigation (settlement or otherwise) | $ | | |
| Sale of Debtor's Assets: | $ | | |
| Capital Infusion pursuant to the Plan: | $ | | |
| Total of cash received: | $ 48.00 | | |
| Total of cash available: | $43.56 | | |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | | |
| All other disbursements made in the ordinary course: | | $ 15.00 | |
| Total Disbursements | | | $15.00 |
| Ending Cash Balance | | | $ 28.56 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to ~~the best of my~~ knowledge and belief.

1/13/2021 [signature]

Date

Keith M. Scriven, Debtor in Possession

Debtor: Keith M. Scriven
Case No.: 13 - 18271 AMC

# CHAPTER 11 POST CONFIRMATION REPORT FOR QUARTER ENDED 4th Quarter/2020

Debtor: Keith M. Scriven

Case No. 13 - 18271 AMC

## Total Disbursement for Quarter

All disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements: $ $28,241.83

## Summary of Amounts Distributed Under Plan:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| A. Fees and Expenses | | | |
| 1. Trustee Compensation | $1,298.35 | $14,298.35 * | |
| 2. Fee for Attorney for Trustee | | | |
| 3. Fee for Attorney for Debtor | | 2,500.00 | 19,329.50 |
| 4. Other Professionals | | | |
| 5. All expenses, including trustee | | | |
| B. Distributions | | | |
| 6. Secured Creditors | | | *2 |
| 7. Priority Creditors | | | |
| 8. Unsecured Creditors | | 303,182.00 *3 | 107,880.00 |
| 9. Equity Security Holders | | | |
| 10. Other Payments or Transfers | 26,943.48 | | |
| | | | |
| | | | |
| Total Plan Payments (Sum of Lines 1-10) | $28,241.83 | | |

* ~ estimated

*2 ~ mortgages have been granted relief

*3 ~ includes paid & compromised amounts

## Summary of Status of Consummation of Plan

Plan Payments are Current — Yes____ No X *2

If no, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.

Quarterly fee due to the United States Trustee are current: Yes X No____

Anticipated date of final report/motion for final decree: 01/20/21

# Wells Fargo Everyday Checking

October 15, 2020 ■ Page 1 of 7

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

# IMPORTANT ACCOUNT INFORMATION

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/16 | $2,606.46 |
| Deposits/Additions | 20,181.14 |
| Withdrawals/Subtractions | - 14,615.21 |
| **Ending balance on 10/15** | **$8,172.39** |

Account number: ████ **5377**

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/16 | | RTP From Venmo on 09/16 Ref#20200916021000021P1Brjpm00540036199 | 396.00 | | |
| 9/16 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | 2,404.86 |
| 9/17 | | Purchase authorized on 09/16 Tractor Supply Com Blairstown NJ S380260524540764 Card 4006 | | 100.90 | 2,303.96 |
| 9/18 | | Money Transfer authorized on 09/18 From Keith Scriven PA S00580262581856156 Card 4006 | 295.50 | | |
| 9/18 | 261 | Check | | 2,295.00 | 304.46 |
| 9/21 | | Purchase authorized on 09/18 Parkmobile-10 770-818-9036 GA S300262495909205 Card 4006 | | 3.40 | |
| 9/21 | | Purchase authorized on 09/18 Parkmobile-10 770-818-9036 GA S300262527052746 Card 4006 | | 1.40 | |
| 9/21 | | Purchase authorized on 09/18 Senor Salsa Abington PA S300262765955749 Card 4006 | | 35.85 | |
| 9/21 | | Purchase authorized on 09/19 Wawa Store 8060008 Jenkintown PA S460263572469704 Card 4006 | | 6.36 | |
| 9/21 | | Purchase authorized on 09/19 Quick Chek Corpora Belvidere NJ S300263740612983 Card 4006 | | 25.00 | 232.45 |
| 9/22 | | Purchase authorized on 09/20 Fredon Plaza 973-3002411 NJ S300264501256332 Card 4006 | | 7.75 | |
| 9/22 | | Purchase authorized on 09/21 Parkmobile-10 770-818-9036 GA S460265535205940 Card 4006 | | 1.02 | |
| 9/22 | | Purchase authorized on 09/21 Wine and Spirits 5 Philadelphia PA S380265859895749 Card 4006 | | 16.19 | |
| 9/22 | | ATM Withdrawal authorized on 09/22 307 Levering Mill Road Bala Cynwyd PA 0007966 ATM ID 0174K Card 4006 | | 160.00 | 47.49 |
| 9/23 | | Purchase authorized on 09/22 Parkmobile-10 770-818-9036 GA S580266478913401 Card 4006 | | 3.40 | 44.09 |
| 9/24 | | Money Transfer authorized on 09/24 From Keith Scriven PA S00300268643047439 Card 4006 | 295.50 | | |
| 9/24 | | ATM Withdrawal authorized on 09/24 1 W Washington Ave Washington NJ 0004230 ATM ID 0216F Card 4006 | | 260.00 | 79.59 |
| 9/25 | | Money Transfer authorized on 09/24 From Scriven Keith PA S00380269077113924 Card 4006 | 704.56 | | |
| 9/25 | | Purchase authorized on 09/24 Parkmobile-10 770-818-9036 GA S300268500738991 Card 4006 | | 2.52 | |
| 9/25 | | Purchase authorized on 09/24 Parkmobile-10 770-818-9036 GA S300268654507285 Card 4006 | | 0.76 | |
| 9/25 | | ATM Withdrawal authorized on 09/25 601 Chestnut St. Philadelphia PA 0007787 ATM ID 6560D Card 4006 | | 100.00 | 680.87 |
| 9/28 | | ATM Check Deposit on 09/26 1886 Bethlehem Pike Flourtown PA 0001329 ATM ID 0013A Card 4006 | 150.00 | | |
| 9/28 | | Purchase authorized on 09/25 Quick Chek Corpora Belvidere NJ S380269448763018 Card 4006 | | 25.00 | |
| 9/28 | | Purchase authorized on 09/25 Parkmobile-10 770-818-9036 GA S460269526286510 Card 4006 | | 0.71 | |
| 9/28 | | Purchase authorized on 09/25 Boston Style Pizza Bala Cynwyd PA S460269572906026 Card 4006 | | 19.44 | |
| 9/28 | | Purchase authorized on 09/25 Boston Style Pizza Bala Cynwyd PA S380269573822384 Card 4006 | | 4.77 | |
| 9/28 | | Purchase authorized on 09/25 Nya Joe's #25 Ardmore PA S380269762340495 Card 4006 | | 50.00 | |
| 9/28 | | Purchase authorized on 09/25 Wine and Spirits 5 Philadelphia PA S300269824702200 Card 4006 | | 16.19 | |
| 9/28 | | Purchase authorized on 09/26 Cash App*Patrice S 8774174551 CA S380270591352304 Card 4006 | | 500.00 | 214.76 |
| 9/29 | | Money Transfer authorized on 09/29 From Scriven Keith PA S00380273504959243 Card 4006 | 594.00 | | |
| 9/29 | | ATM Check Deposit on 09/29 122 Water Street Newton NJ 0003200 ATM ID 0115N Card 4006 | 1,280.03 | | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/29 | | ATM Withdrawal authorized on 09/29 122 Water Street Newton NJ 0003201 ATM ID 0115N Card 4006 | | 800.00 | 1,288.79 |
| 9/30 | | ATM Cash Deposit on 09/30 122 Water Street Newton NJ 0003240 ATM ID 0115N Card 4006 | 200.00 | | |
| 9/30 | | Purchase authorized on 09/28 Quick Ckek Food St Ringoes NJ S460272501108629 Card 4006 | | 25.00 | |
| 9/30 | | Purchase authorized on 09/29 Hop & Vine Liquors Belvidere NJ S460273756255862 Card 4006 | | 14.92 | 1,448.87 |
| 10/1 | | Online Transfer to Scriven K Way2Save Savings xxxxxx1981 Ref #Ib08Xws4C8 on 10/01/20 | | 48.00 | |
| 10/1 | | Quarterly Fee Payment 200930 6O3Ie626Vm1 Keith M. Scriven | | 650.00 | 750.87 |
| 10/2 | | ATM Check Deposit on 10/02 307 Levering Mill Road Bala Cynwyd PA 0000033 ATM ID 0174K Card 4006 | 2,000.00 | | |
| 10/2 | | ATM Withdrawal authorized on 10/02 74 Church St Flemington NJ 0002716 ATM ID 6865W Card 4006 | | 540.00 | |
| 10/2 | | ATM Withdrawal authorized on 10/02 307 Levering Mill Road Bala Cynwyd PA 0000035 ATM ID 0174K Card 4006 | | 260.00 | 1,950.87 |
| 10/5 | | Purchase authorized on 10/02 Parkmobile-10 770-818-9036 GA S380276529952802 Card 4006 | | 0.72 | |
| 10/5 | | Purchase authorized on 10/02 Tractor Supply #18 Pipersville PA S460276827335691 Card 4006 | | 57.52 | |
| 10/5 | | Purchase authorized on 10/02 Alpha Liquors Alpha NJ S460276847504246 Card 4006 | | 16.62 | |
| 10/5 | | Purchase authorized on 10/03 Enterprise Rent-A- Augusta NJ S580277516588597 Card 4006 | | 150.00 | |
| 10/5 | | ATM Withdrawal authorized on 10/03 122 Water Street Newton NJ 0004100 ATM ID 0115N Card 4006 | | 800.00 | |
| 10/5 | | Purchase authorized on 10/04 Shoprite Wines & S Stanhope NJ S460278685327535 Card 4006 | | 21.24 | 904.77 |
| 10/6 | | Purchase authorized on 10/04 Metro Self Storage Andover NJ S300278528423719 Card 4006 | | 538.32 | 366.45 |
| 10/7 | | Purchase authorized on 10/05 Quick Chek Corpora Belvidere NJ S460279458820088 Card 4006 | | 25.00 | |
| 10/7 | | Purchase authorized on 10/05 Tandy Leather #181 Philadelphia PA S300279529242783 Card 4006 | | 60.56 | |
| 10/7 | | Recurring Payment authorized on 10/05 Dnh*Godaddy.Com 480-5058855 AZ S380280003161597 Card 4006 | | 134.18 | |
| 10/7 | | Purchase authorized on 10/06 Hop & Vine Liquors Belvidere NJ S380280819689610 Card 4006 | | 17.67 | 129.04 |
| 10/8 | | Money Transfer authorized on 10/07 From Scriven Keith PA S00380282220935531 Card 4006 | 2,500.00 | | |
| 10/8 | | Money Transfer authorized on 10/08 From Scriven Keith PA S00300282439260162 Card 4006 | 2,490.00 | | |
| 10/8 | | Purchase authorized on 10/06 Qdoba 2292 Bala Cynwyd PA S580280629295407 Card 4006 | | 11.50 | |
| 10/8 | | ATM Withdrawal authorized on 10/08 1230 US Hwy. 22 Phillipsburg NJ 0006227 ATM ID 6743S Card 4006 | | 800.00 | |
| 10/8 | | Purchase authorized on 10/08 Venmo* VISA Direct NY S00380282510128187 Card 4006 | | 500.00 | |
| 10/8 | | Tele-Transfer to xxxxxx3982 Reference #TF08Zbfzvl | | 3,000.00 | 807.54 |
| 10/9 | | Money Transfer authorized on 10/09 From Keith Scriven PA S00580283810811726 Card 4006 | 29.55 | | |
| 10/9 | | Purchase authorized on 10/07 Ppa on Street Kios Philadelphia PA S300281580094645 Card 4006 | | 3.00 | 834.09 |
| 10/13 | | ATM Cash Deposit on 10/12 307 Levering Mill Road Bala Cynwyd PA 0001764 ATM ID 0174K Card 4006 | 200.00 | | |
| 10/13 | | ATM Cash Deposit on 10/12 2 W. Girard Avenue Philadelphia PA 0002913 ATM ID 2091A Card 4006 | 150.00 | | |
| 10/13 | | Purchase authorized on 10/08 Ppa on Street Kios Philadelphia PA S460282595810453 Card 4006 | | 6.00 | |
| 10/13 | | Purchase authorized on 10/08 Ppa on Street Kios Philadelphia PA S380282671070770 Card 4006 | | 6.00 | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/13 | | Purchase authorized on 10/08 Cash App*Ronette S 8774174551 CA S460283183592818 Card 4006 | | 30.00 | |
| 10/13 | | Purchase authorized on 10/09 Ppa on Street Kios Philadelphia PA S460283467800018 Card 4006 | | 6.00 | |
| 10/13 | | Purchase authorized on 10/09 Metro Self Storage Andover NJ S300283638614654 Card 4006 | | 464.16 | |
| 10/13 | | Purchase authorized on 10/09 Walgreens #7225 Elkins Park PA S580283667384402 Card 4006 | | 54.99 | |
| 10/13 | | Purchase authorized on 10/09 Cash App*Bri 8774174551 CA S580283810568853 Card 4006 | | 50.00 | |
| 10/13 | | Purchase authorized on 10/10 Fredon Discount Li Fredon NJ S300284830823322 Card 4006 | | 29.83 | |
| 10/13 | | Purchase authorized on 10/12 Comcast 800-Comcast NJ S300286585370074 Card 4006 | | 313.76 | 223.35 |
| 10/14 | | First Insurance Insurance 900-92339134 Keith M Scriven | | 146.96 | 76.39 |
| 10/15 | | RTP From Venmo on 10/15 Ref#20201015021000021P1Brjpm00020020629 | 396.00 | | |
| 10/15 | | ATM Check Deposit on 10/15 307 Levering Mill Road Bala Cynwyd PA 0002318 ATM ID 0174K Card 4006 | 8,500.00 | | |
| 10/15 | | ATM Withdrawal authorized on 10/15 307 Levering Mill Road Bala Cynwyd PA 0002319 ATM ID 0174K Card 4006 | | 800.00 | 8,172.39 |
| **Ending balance on 10/15** | | | | | **8,172.39** |
| **Totals** | | | **$20,181.14** | **$14,615.21** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 261 | 9/18 | 2,295.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/16/2020 - 10/15/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $44.09 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 43 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

**IMPORTANT ACCOUNT INFORMATION:**

**As a valuable customer, your monthly service fee for this Everyday Checking account will be waived beginning November 9, 2020 for nine consecutive fee periods.**



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/19 | | ATM Withdrawal authorized on 10/17 340-50 S. Second St. Philadelphia PA 0002320 ATM ID 5858G Card 4006 | | 800.00 | |
| 10/19 | | Tele-Transfer to xxxxxxxxx8791 Reference #TF092Xpkpz | | 300.00 | |
| 10/19 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | 6,474.79 |
| 10/20 | | Purchase authorized on 10/19 Enterprise Rent-A- Augusta NJ S580293474196618 Card 4006 | | 33.00 | |
| 10/20 | | Vz Wireless Ve Vzw Webpay 201019 6753557 Keith *Scriven | | 203.88 | |
| 10/20 | 262 | Check | | 2,295.00 | 3,942.91 |
| 10/22 | | Purchase authorized on 10/21 Cash App*215 66913 8774174551 CA S380295631725990 Card 4006 | | 900.00 | 3,042.91 |
| 10/26 | | ATM Check Deposit on 10/24 1 Freedom Valley Dr. Plumsteadvill PA 0006961 ATM ID 0087R Card 4006 | 1,000.00 | | |
| 10/26 | | Purchase authorized on 10/23 Dunkin #349009 Q35 Washington NJ S460297471563922 Card 4006 | | 2.44 | |
| 10/26 | | Purchase authorized on 10/24 Shoprite Fox St S1 Philadelphia PA S580298475973270 Card 4006 | | 19.74 | |
| 10/26 | | Purchase authorized on 10/25 Old Navy US 4160 Tannersville PA S580299557491598 Card 4006 | | 169.97 | |
| 10/26 | | Purchase authorized on 10/26 Target T- 456 N 5th St Philadelphia PA P00000000285219856 Card 4006 | | 8.59 | 3,842.17 |
| 10/27 | | Purchase authorized on 10/25 Wilsons Leather Ou Tannersville PA S300299580040487 Card 4006 | | 125.97 | |
| 10/27 | | Purchase authorized on 10/26 Enterprise Rent-A- Augusta NJ S580300423499111 Card 4006 | | 110.28 | |
| 10/27 | | Purchase authorized on 10/26 Parkmobile-10 770-818-9036 GA S300300508489257 Card 4006 | | 1.90 | |
| 10/27 | | Purchase authorized on 10/26 Parkmobile-10 770-818-9036 GA S380300633508171 Card 4006 | | 0.86 | |
| 10/27 | | Quarterly Fee Payment 201026 6O46G8Kr9R1 Keith M. Scriven | | 648.35 | 2,954.81 |
| 10/28 | | Purchase authorized on 10/27 Enterprise Rent-A- Augusta NJ S380301431834662 Card 4006 | | 72.78 | |
| 10/28 | | Purchase authorized on 10/27 Parkmobile-10 770-818-9036 GA S300301475069941 Card 4006 | | 3.40 | |
| 10/28 | | Purchase authorized on 10/27 Parkmobile-10 770-818-9036 GA S300301507540530 Card 4006 | | 1.15 | |
| 10/28 | | Purchase authorized on 10/27 Bp#4802500MT View Trenton NJ S580301735420930 Card 4006 | | 19.86 | 2,857.62 |
| 10/29 | | Purchase authorized on 10/28 Parkmobile-10 770-818-9036 GA S380302589356941 Card 4006 | | 3.40 | |
| 10/29 | | Purchase authorized on 10/28 Parkmobile-10 770-818-9036 GA S460302617128232 Card 4006 | | 1.15 | 2,853.07 |
| 10/30 | | ATM Withdrawal authorized on 10/30 2401 W Cheltenham Ave Wyncote PA 0000855 ATM ID 9867C Card 4006 | | 800.00 | 2,053.07 |
| 11/2 | | Purchase authorized on 10/30 Enterprise Rent-A- Augusta NJ S460304427104082 Card 4006 | | 26.38 | 2,026.69 |
| 11/3 | | Purchase authorized on 11/03 PA0037 Riegelsville PA P00000000575623739 Card 4006 | | 12.40 | 2,014.29 |
| 11/4 | | Purchase authorized on 11/03 Parkmobile-10 770-818-9036 GA S380308521598728 Card 4006 | | 1.65 | |
| 11/4 | | Purchase authorized on 11/03 Parkmobile-10 770-818-9036 GA S300308533562408 Card 4006 | | 0.66 | |
| 11/4 | | Purchase authorized on 11/03 Parkmobile-10 770-818-9036 GA S300308544054546 Card 4006 | | 0.78 | |
| 11/4 | | Vz Wireless Ve Vzw Webpay 201103 0407291 Keith *Scriven | | 200.00 | 1,811.20 |
| 11/5 | | Purchase authorized on 11/04 Enterprise Rent-A- Augusta NJ S380309450630377 Card 4006 | | 86.39 | |
| 11/5 | | Purchase authorized on 11/04 Enterprise Rent-A- Augusta NJ S300309452424920 Card 4006 | | 250.00 | 1,474.81 |
| 11/6 | | Purchase authorized on 11/05 Parkmobile-10 770-818-9036 GA S300310560596666 Card 4006 | | 1.27 | 1,473.54 |

### *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/12 | | Purchase authorized on 11/09 Enterprise Rent-A- Augusta NJ S460315167359884 Card 4006 | | 48.00 | |
| 11/12 | | Purchase authorized on 11/10 Enterprise Rent-A- Augusta NJ S580315477475405 Card 4006 | | 61.16 | |
| 11/12 | | Purchase authorized on 11/12 Venmo* VISA Direct NY S00300317668686337 Card 4006 | | 1,000.00 | |
| 11/12 | | First Insurance Insurance 900-92339134 Keith M Scriven | | 146.96 | 217.42 |
| 11/13 | | ATM Cash Deposit on 11/13 307 Levering Mill Road Bala Cynwyd PA 0007683 ATM ID 0174K Card 4006 | 600.00 | | |
| 11/13 | | Purchase authorized on 11/12 Wawa 285 0000 Horsham PA S380317685886819 Card 4006 | | 3.24 | |
| 11/13 | | Purchase authorized on 11/13 Quick Chek Food Ringoes NJ P00000000586144012 Card 4006 | | 4.30 | 809.88 |
| 11/16 | | ATM Cash Deposit on 11/14 2 W. Girard Avenue Philadelphia PA 0002896 ATM ID 2091A Card 4006 | 400.00 | | |
| 11/16 | | Tele-Transfer Fr xxxxxx3982 Reference #TF098B4Hb6 | 3,000.00 | | |
| 11/16 | | Purchase authorized on 11/13 Quick Ckek Food St Ringoes NJ S460318510559704 Card 4006 | | 20.00 | |
| 11/16 | | Purchase authorized on 11/14 Cash App*Jacksonco 8774174551 CA S580319474707163 Card 4006 | | 450.00 | |
| 11/16 | | ATM Withdrawal authorized on 11/16 1 Freedom Valley Dr. Plumsteadvill PA 0000225 ATM ID 0087R Card 4006 | | 800.00 | |
| 11/16 | | Withdrawal Made In A Branch/Store | | 1,500.00 | |
| 11/16 | | Ipfs850-558-5000 Ipfspmtnjp 37557 Keith M Scriven | | 597.60 | 842.28 |
| **Ending balance on 11/16** | | | | | **842.28** |
| **Totals** | | | **$5,000.00** | **$12,330.11** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* |
|---|---|---|
| 262 | 10/20 | 2,295.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/16/2020 - 11/16/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $217.42 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

**IMPORTANT ACCOUNT INFORMATION:**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/17 | | Purchase authorized on 11/16 Enterprise Rent-A- Augusta NJ S380321473234261 Card 4006 | | 266.71 | 575.57 |
| 11/18 | | Vz Wireless Ve Vzw Webpay 201117 5188202 Keith *Scriven | | 195.67 | 379.90 |
| 11/23 | | Money Transfer authorized on 11/21 From Keith Scriven PA S00300326723268854 Card 4006 | 492.50 | | |
| 11/23 | | Purchase authorized on 11/20 Hymie's Deli Merion Sta PA S460325641738141 Card 4006 | | 15.75 | |
| 11/23 | | Purchase authorized on 11/20 Parkmobile-10 770-818-9036 GA S380325695040182 Card 4006 | | 1.90 | |
| 11/23 | | Purchase authorized on 11/20 Hymie's Deli Merion Sta PA S460325785671826 Card 4006 | | 13.36 | |
| 11/23 | | ATM Withdrawal authorized on 11/21 1101 Old York Rd Abington PA 0000569 ATM ID 0684E Card 4006 | | 500.00 | |
| 11/23 | | Purchase authorized on 11/21 McDonald's F33755 Warrington PA S380326769653428 Card 4006 | | 7.62 | |
| 11/23 | | Purchase authorized on 11/22 Shoprite 125 Water St Newton NJ P00000000587495771 Card 4006 | | 13.86 | 319.91 |
| 11/24 | | Purchase authorized on 11/24 Quick Chek Food Phillipsburg NJ P00000000180191641 Card 4006 | | 4.78 | 315.13 |
| 11/25 | | Money Transfer authorized on 11/25 From Keith Scriven PA S00300330696943274 Card 4006 | 492.50 | | |
| 11/25 | | Purchase authorized on 11/24 Dunkin #331955 Q35 Philadelphia PA S380329453605442 Card 4006 | | 4.08 | |
| 11/25 | | Purchase authorized on 11/24 Enterprise Rent-A- Augusta NJ S380329526299673 Card 4006 | | 250.00 | |
| 11/25 | | Purchase authorized on 11/24 Boston Style Pizza Bala Cynwyd PA S580329671426499 Card 4006 | | 17.90 | |
| 11/25 | | Purchase authorized on 11/24 McDonald's F13963 Plumsteadvill PA S580329771379826 Card 4006 | | 6.03 | |
| 11/25 | | ATM Withdrawal authorized on 11/25 1 Freedom Valley Dr. Plumsteadvill PA 0001622 ATM ID 0087R Card 4006 | | 300.00 | 229.62 |
| 11/27 | | Purchase authorized on 11/25 Parkmobile-10 770-818-9036 GA S460330587295427 Card 4006 | | 1.65 | 227.97 |
| 11/30 | | ATM Cash Deposit on 11/28 2 W. Girard Avenue Philadelphia PA 0006509 ATM ID 2091A Card 4006 | 140.00 | | |
| 11/30 | | ATM Check Deposit on 11/30 307 Levering Mill Road Bala Cynwyd PA 0000405 ATM ID 0174K Card 4006 | 800.00 | | |
| 11/30 | | Purchase authorized on 11/27 Tst* Nothing Bundt Wynnewood PA S580332657138935 Card 4006 | | 27.00 | |
| 11/30 | | Purchase authorized on 11/28 Hymie's Deli Merion Sta PA S460333661855738 Card 4006 | | 32.22 | |
| 11/30 | | ATM Withdrawal authorized on 11/30 307 Levering Mill Road Bala Cynwyd PA 0000406 ATM ID 0174K Card 4006 | | 400.00 | 708.75 |
| 12/2 | | ATM Cash Deposit on 12/02 122 Water Street Newton NJ 0006037 ATM ID 0115N Card 4006 | 60.00 | | 768.75 |
| 12/3 | | Money Transfer authorized on 12/03 From Keith Scriven PA S00580338555351879 Card 4006 | 246.25 | | |
| 12/3 | | Purchase authorized on 12/01 Parkmobile-10 770-818-9036 GA S380336600704282 Card 4006 | | 1.15 | |
| 12/3 | | Purchase authorized on 12/02 Enterprise Rent-A- Augusta NJ S300337514701751 Card 4006 | | 456.22 | |
| 12/3 | | Purchase authorized on 12/03 Dollartre 17 Hampton H Newton NJ P00000000282845625 Card 4006 | | 12.66 | |
| 12/3 | | Purchase authorized on 12/03 Shoprite Wines & 125 Wate Newton NJ P00580338647736363 Card 4006 | | 16.04 | 528.93 |
| 12/4 | | Purchase authorized on 12/02 Quick Chek Corpora Newton NJ S580337548726980 Card 4006 | | 20.00 | |
| 12/4 | | Purchase authorized on 12/03 Enterprise Rent-A- Augusta NJ S380338555046039 Card 4006 | | 276.15 | |



*Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/4 | | ATM Withdrawal authorized on 12/04 74 Church St Flemington NJ 0007114 ATM ID 6865W Card 4006 | | 100.00 | 132.78 |
| 12/7 | | Purchase authorized on 12/05 Twp of Lower Merio 610-6456138 PA S460340573888950 Card 4006 | | 26.00 | 106.78 |
| 12/8 | | Purchase authorized on 12/07 Parkmobile-10 770-818-9036 GA S300342523199868 Card 4006 | | 2.23 | 104.55 |
| 12/9 | | Money Transfer authorized on 12/09 From Keith Scriven PA S00380344444583211 Card 4006 | 492.50 | | |
| 12/9 | | Purchase authorized on 12/07 Campbells Place Philadelphia PA S380342804038992 Card 4006 | | 63.12 | 533.93 |
| 12/10 | | Purchase authorized on 12/08 Parkmobile-10 770-818-9036 GA S460343512061473 Card 4006 | | 3.40 | |
| 12/10 | | Purchase authorized on 12/09 Enterprise Rent-A- Augusta NJ S300344505098036 Card 4006 | | 334.99 | 195.54 |
| 12/14 | | Purchase authorized on 12/14 Quick Chek Corp Belvidere NJ P00000000983322163 Card 4006 | | 7.44 | 188.10 |
| **Ending balance on 12/14** | | | | | **188.10** |
| **Totals** | | | **$2,723.75** | **$3,377.93** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/17/2020 - 12/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $104.55 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

**IMPORTANT ACCOUNT INFORMATION:**

**As a valuable customer, your monthly service fee for this Everyday Checking account is waived beginning November 9, 2020 for nine consecutive fee periods.**

If you have converted or choose to convert this Everyday Checking account to another checking account type at any time, this waiver will not be applied to that account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply.

Your monthly service fee summary will include information on the fee periods remaining for the waiver as you get closer to the expiration and options to avoid the monthly service fee. After the monthly service fee has been waived for nine consecutive fee periods, you'll need to start meeting one of the options to avoid the monthly service fee.

# Wells Fargo Simple Business Checking

HANLAN MIDGETTE SCRIVEN LP
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $17.22 |
| Deposits/Credits | 27,760.00 |
| Withdrawals/Debits | - 13,658.18 |
| **Ending balance on 10/31** | **$14,119.04** |
| Average ledger balance this period | $8,854.94 |

Account number: [redacted]**3982**
**HANLAN MIDGETTE SCRIVEN LP**
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | | Purchase authorized on 10/01 Etsy Inc Seller Fe 718-8557955 NY S380275615494306 Card 4658 | | 1.60 | 15.62 |
| 10/5 | | ATM Cash Deposit on 10/03 122 Water Street Newton NJ 0004101 ATM ID 0115N Card 4658 | 600.00 | | |
| 10/5 | | ATM Cash Deposit on 10/03 122 Water Street Newton NJ 0004102 ATM ID 0115N Card 4658 | 160.00 | | 775.62 |
| 10/6 | | American Express ACH Pmt 201006 M4214 Hanlan Midgete Scriven | | 750.00 | 25.62 |
| 10/7 | | Recurring Payment authorized on 10/06 Dnh*Godaddy.Com 480-5058855 AZ S380280659019670 Card 4658 | | 21.59 | 4.03 |
| 10/8 | | Tele-Transfer Fr xxxxxx5377 Reference #TF08Zbfzvl | 3,000.00 | | |
| 10/8 | 1168 | Check | | 2,827.00 | 177.03 |
| 10/9 | 1167 | Check | | 1,010.00 | -832.97 |
| 10/13 | | Overdraft Fee for a Transaction Posted on 10/09 $1,010.00 Check # 01167 | | 35.00 | |
| 10/13 | | Paypal Transfer 201010 1010675083093 Keith Scriven | 5,000.00 | | |
| 10/13 | | Cash eWithdrawal in Branch/Store 10/13/2020 07:48 Am 601 Chestnut St Philadelphia PA 4658 | | 2,500.00 | |
| 10/13 | | ATM Withdrawal authorized on 10/13 601 Chestnut St. Philadelphia PA 0001052 ATM ID 6560S Card 4658 | | 500.00 | 1,132.03 |
| 10/15 | | Edeposit IN Branch/Store 10/15/20 02:38:52 Pm 307 Levering Mill Rd Bala Cynwyd PA 3982 | 19,000.00 | | |
| 10/15 | | Purchase authorized on 10/15 Lord & Taylor #006 Cit Bala Cynwyd PA P00000000172565213 Card 4658 | | 206.70 | |
| 10/15 | | ATM Withdrawal authorized on 10/15 307 Levering Mill Road Bala Cynwyd PA 0002410 ATM ID 0174K Card 4658 | | 500.00 | |
| 10/15 | | Firstenergy Opco Fe Echeck 100110834700 Hmslp | | 754.56 | 18,670.77 |
| 10/16 | | Purchase authorized on 10/14 Ppa on Street Kios Philadelphia PA S300288613920045 Card 4658 | | 6.00 | |
| 10/16 | | Purchase authorized on 10/16 The Home Depot #4101 Philadelphia PA P00460290427154850 Card 4658 | | 66.90 | 18,597.87 |
| 10/19 | | Purchase authorized on 10/16 T B Hagstoz & Sons Philadelphia PA S580290594972892 Card 4658 | | 207.00 | |
| 10/19 | | Purchase authorized on 10/16 T B Hagstoz & Sons Philadelphia PA S460290751705859 Card 4658 | | 327.00 | |
| 10/19 | | Purchase authorized on 10/16 Speedway 06792 Philadelphia PA S460291053889214 Card 4658 | | 19.94 | |
| 10/19 | | ATM Withdrawal authorized on 10/17 340-50 S. Second St. Philadelphia PA 0002321 ATM ID 5858G Card 4658 | | 700.00 | |
| 10/19 | | Purchase authorized on 10/17 Alpha Liquors Alpha NJ S460291846435361 Card 4658 | | 236.12 | |
| 10/19 | | Purchase authorized on 10/19 USPS PO 41659401 615 Ches Philadelphia PA P00300293559387358 Card 4658 | | 8.74 | |
| 10/19 | | ATM Withdrawal authorized on 10/19 601 Chestnut St. Philadelphia PA 0001275 ATM ID 6560S Card 4658 | | 500.00 | |
| 10/19 | | Citi Card Online Payment 201016 420250026481203 Lawrence M Kane | | 157.17 | 16,441.90 |
| 10/20 | | ATM Withdrawal authorized on 10/20 307 Levering Mill Road Bala Cynwyd PA 0003279 ATM ID 0174K Card 4658 | | 500.00 | 15,941.90 |
| 10/21 | | Purchase authorized on 10/19 Ppa on Street Kios Philadelphia PA S460293554165283 Card 4658 | | 6.00 | 15,935.90 |
| 10/22 | < | Business to Business ACH Debit - American Express ACH Pmt 201022 W9136 Hanlan Midgete Scriven | | 80.00 | 15,855.90 |

### *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/23 | | Recurring Payment authorized on 10/22 Dnh*Godaddy.Com 480-5058855 AZ S300296480466670 Card 4658 | | 32.39 | 15,823.51 |
| 10/26 | | Purchase authorized on 10/23 Lord & Taylor Bala Cynwyd PA S580297732006945 Card 4658 | | 300.00 | |
| 10/26 | | Purchase authorized on 10/24 Dunkin #331955 Q35 Philadelphia PA S380298410111345 Card 4658 | | 2.15 | |
| 10/26 | | Purchase authorized on 10/24 Wawa 8080 Cheltenham PA P00460298509618016 Card 4658 | | 25.84 | |
| 10/26 | | Purchase authorized on 10/25 Lowes #02252* Bartonsville PA S380299495945091 Card 4658 | | 26.48 | 15,469.04 |
| 10/28 | | Purchase authorized on 10/27 Jewelers Depot Philadelphia PA S300301506607479 Card 4658 | | 150.00 | |
| 10/28 | | ATM Withdrawal authorized on 10/28 601 Chestnut St. Philadelphia PA 0001638 ATM ID 6560S Card 4658 | | 700.00 | 14,619.04 |
| 10/30 | | ATM Withdrawal authorized on 10/30 2401 W Cheltenham Ave Wyncote PA 0000856 ATM ID 9867C Card 4658 | | 500.00 | 14,119.04 |
| **Ending balance on 10/31** | | | | | **14,119.04** |
| **Totals** | | | **$27,760.00** | **$13,658.18** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1167 | 10/9 | 1,010.00 | 1168 | 10/8 | 2,827.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2020 - 10/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $8,855.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 700 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/2 | | Purchase authorized on 10/30 Uline *Ship Suppl 800-295-5510 WI S300304724947466 Card 4658 | | 179.98 | |
| 11/2 | | ATM Withdrawal authorized on 11/01 122 Water Street Newton NJ 0009969 ATM ID 0115N Card 4658 | | 500.00 | |
| 11/2 | | Healthinspremium EDI Paymts 25364015 Lawrence Kane | | 124.40 | 13,314.66 |
| 11/3 | | Purchase authorized on 11/01 Metro Self Storage 973-6914848 NJ S380306591169987 Card 4658 | | 489.27 | 12,825.39 |
| 11/4 | | Purchase authorized on 11/04 Tractor S 135 Hampton Newton NJ P00000000272631091 Card 4658 | | 47.20 | |
| 11/4 | | Transamerica Transameri 201104 42089058 Keith Scriven | | 393.51 | |
| 11/4 | | American Express ACH Pmt 201104 M0738 Hanlan Midgete Scriven | | 750.00 | 11,634.68 |
| 11/9 | | Recurring Payment authorized on 11/06 Dnh*Godaddy.Com 480-505-8855 AZ S300311657816608 Card 4658 | | 21.59 | |
| 11/9 | | Purchase authorized on 11/07 Exxonmobil 4813 Riegelsville PA S380312833545470 Card 4658 | | 19.71 | 11,593.38 |
| 11/12 | | Purchase authorized on 11/12 PA0037 Riegelsville PA P00000000073095998 Card 4658 | | 14.89 | 11,578.49 |
| 11/13 | | Purchase authorized on 11/12 Alpha Liquors Alpha NJ S580317723086951 Card 4658 | | 96.76 | |
| 11/13 | | ATM Withdrawal authorized on 11/13 307 Levering Mill Road Bala Cynwyd PA 0007682 ATM ID 0174K Card 4658 | | 700.00 | 10,781.73 |
| 11/16 | | ATM Withdrawal authorized on 11/14 2 W. Girard Avenue Philadelphia PA 0002895 ATM ID 2091A Card 4658 | | 700.00 | |
| 11/16 | | Tele-Transfer to xxxxxx5377 Reference #TF098B4Hb6 | | 3,000.00 | |
| 11/16 | | ATM Withdrawal authorized on 11/16 1 Freedom Valley Dr. Plumsteadvill PA 0000226 ATM ID 0087R Card 4658 | | 700.00 | 6,381.73 |
| 11/17 | | Recurring Payment authorized on 11/16 Norton *AP13259155 877-294-5265 AZ S380321605933730 Card 4658 | | 167.38 | |
| 11/17 | | Purchase authorized on 11/17 PA0037 Riegelsville PA P00000000983835808 Card 4658 | | 18.30 | 6,196.05 |
| 11/18 | | Purchase authorized on 11/17 Jewelers Depot Philadelphia PA S380322672804800 Card 4658 | | 670.72 | |
| 11/18 | | Geico Geico Pymt 201119 Uaj27Xpcj46Oeie Keith M Scriven | | 265.99 | 5,259.34 |
| 11/19 | | Purchase authorized on 11/18 Twp of Lower Merio 610-6456138 PA S580323495539804 Card 4658 | | 26.00 | |
| 11/19 | | Purchase authorized on 11/19 Tractor S 135 Hampton Newton NJ P00000000582333443 Card 4658 | | 75.66 | |
| 11/19 | | Purchase authorized on 11/19 The Home Depot 984 Newton NJ P00580324542021569 Card 4658 | | 92.17 | |
| 11/19 | | Purchase authorized on 11/19 Shoprite Newton S1 Newton NJ P00380324553363704 Card 4658 | | 82.23 | |
| 11/19 | < | Business to Business ACH Debit - American Express ACH Pmt 201119 W6938 Hanlan Midgete Scriven | | 80.00 | 4,903.28 |
| 11/20 | | ATM Withdrawal authorized on 11/20 307 Levering Mill Road Bala Cynwyd PA 0008962 ATM ID 0174K Card 4658 | | 100.00 | |
| 11/20 | 1169 | Check | | 2,295.00 | 2,508.28 |
| 11/23 | | Purchase authorized on 11/20 Pamma Jewelry Tool Philadelphia PA S460325700467725 Card 4658 | | 12.00 | |
| 11/23 | | ATM Withdrawal authorized on 11/21 1101 Old York Rd Abington PA 0000570 ATM ID 0684E Card 4658 | | 500.00 | |
| 11/23 | | Purchase authorized on 11/21 Quick Chek Corpora Belvidere NJ S380326816290036 Card 4658 | | 20.00 | |
| 11/23 | | Purchase authorized on 11/21 Doterra*Int USA 800-411-8151 UT S460327041166640 Card 4658 | | 268.17 | |
| 11/23 | | Purchase authorized on 11/22 Wal-Mart Wal-Mart Sto Newton NJ P00000000772144448 Card 4658 | | 115.43 | |
| 11/23 | | Recurring Payment authorized on 11/22 Dnh*Godaddy.Com 480-5058855 AZ S460327557971099 Card 4658 | | 29.99 | |

## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/23 | | Purchase authorized on 11/22 Dollartre 17 Hampton H Newton NJ P00000000575565840 Card 4658 | | 8.00 | |
| 11/23 | | Purchase authorized on 11/22 Staples 0400 Newton NJ P00300327577714028 Card 4658 | | 63.94 | |
| 11/23 | | Purchase authorized on 11/23 Staples 0721 Narberth PA P00460328779509586 Card 4658 | | 18.01 | 1,472.74 |
| 11/24 | | Purchase authorized on 11/23 Hymie's Deli Merion Sta PA S580328565721135 Card 4658 | | 8.32 | |
| 11/24 | | Purchase authorized on 11/24 Speedway 3300 Grays Ferry Philadelphia PA P00380329563968608 Card 4658 | | 14.87 | 1,449.55 |
| 11/25 | | Purchase authorized on 11/23 McDonald's F14516 Philadelphia PA S580328811233354 Card 4658 | | 9.91 | |
| 11/25 | | Purchase authorized on 11/24 Wine and Spirits 0 Pipersville PA S380329769747300 Card 4658 | | 26.45 | |
| 11/25 | | Purchase authorized on 11/25 Quick Chek Corp Belvidere NJ P00000000680585843 Card 4658 | | 4.30 | |
| 11/25 | | Purchase with Cash Back $ 40.00 authorized on 11/25 Target T-4000 Monumen Philadelphia PA P00000000075599955 Card 4658 | | 58.35 | 1,350.54 |
| 11/27 | | Purchase authorized on 11/24 Comcast 800-Comcast NJ S460329606380361 Card 4658 | | 150.00 | |
| 11/27 | | Purchase authorized on 11/25 Quick Chek Corpora Belvidere NJ S460330488980138 Card 4658 | | 25.00 | 1,175.54 |
| 11/30 | | ATM Withdrawal authorized on 11/28 2 W. Girard Avenue Philadelphia PA 0006508 ATM ID 2091A Card 4658 | | 240.00 | 935.54 |
| **Ending balance on 11/30** | | | | | **935.54** |
| **Totals** | | | **$0.00** | **$13,183.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1169 | 11/20 | 2,295.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2020 - 11/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $7,250.00 ☑ |
| · Minimum daily balance | $500.00 | $935.54 ☑ |

C1/C1

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/3 | | American Express ACH Pmt 201203 M9778 Hanlan Midgete Scriven | | 400.00 | 535.54 |
| 12/4 | | ATM Cash Deposit on 12/04 74 Church St Flemington NJ 0007115 ATM ID 6865W Card 4658 | 40.00 | | |
| 12/4 | | Purchase authorized on 12/02 Mbfs Repy800.654.6 866-2420120 TX S580337770262272 Card 4658 | | 531.63 | 43.91 |
| 12/7 | | ATM Cash Deposit on 12/07 74 Church St Flemington NJ 0007937 ATM ID 6865W Card 4658 | 20.00 | | |
| 12/7 | | Recurring Payment authorized on 12/04 Doterra*Int USA 800-411-8151 UT S580339294488467 Card 4658 | | 23.31 | |
| 12/7 | | Purchase authorized on 12/05 Dunkin #331955 Q35 Philadelphia PA S380340448768724 Card 4658 | | 2.15 | |
| 12/7 | | Recurring Payment authorized on 12/06 Dnh*Godaddy.Com 480-5058855 AZ S300341577533642 Card 4658 | | 21.59 | 16.86 |
| 12/9 | | ATM Cash Deposit on 12/09 122 Water Street Newton NJ 0007532 ATM ID 0115N Card 4658 | 120.00 | | 136.86 |
| 12/10 | | Citi Card Online Payment 201209 420296684934665 Lawrence M Kane | | 80.00 | 56.86 |
| 12/14 | | Purchase authorized on 12/12 Hop & Vine Liquors Belvidere NJ S460347818105352 Card 4658 | | 14.92 | 41.94 |
| 12/15 | | Tele-Transfer Fr xxxxxx5377 Reference #TF09Fvc28W | 400.00 | | |
| 12/15 | | ATM Withdrawal authorized on 12/15 601 Chestnut St. Philadelphia PA 0003277 ATM ID 6560S Card 4658 | | 360.00 | 81.94 |
| 12/17 | | Purchase authorized on 12/15 Quick Ckek Food St Ringoes NJ S300350809429537 Card 4658 | | 25.00 | 56.94 |
| 12/18 | | Tele-Transfer Fr xxxxxx5377 Reference #TF09Ggfw72 | 140.00 | | |
| 12/18 | | ATM Cash Deposit on 12/18 74 Church St Flemington NJ 0000645 ATM ID 6865W Card 4658 | 20.00 | | |
| 12/18 | | Purchase authorized on 12/16 Fredon Plaza 973-3002411 NJ S380351509662042 Card 4658 | | 13.32 | 203.62 |
| 12/21 | | Purchase authorized on 12/18 WWW.Botanitrim.Com 212-244-3222 NY S580353623895699 Card 4658 | | 100.20 | 103.42 |
| 12/22 | | ATM Cash Deposit on 12/22 161 S.Easton/@Dwaverly Rd Glenside PA 0009238 ATM ID 0221I Card 4658 | 600.00 | | |
| 12/22 | | ATM Withdrawal authorized on 12/22 161 S.Easton/@Dwaverly Rd Glenside PA 0009239 ATM ID 0221I Card 4658 | | 500.00 | 203.42 |
| 12/23 | | Recurring Payment authorized on 12/22 Dnh*Godaddy.Com Eu 480-5058855 AZ S300357570739471 Card 4658 | | 32.39 | 171.03 |
| 12/24 | | Purchase authorized on 12/23 McDonald's F13963 Plumsteadvill PA S380358760549136 Card 4658 | | 6.88 | 164.15 |
| 12/28 | | Purchase authorized on 12/23 Quick Chek Corpora Belvidere NJ S460358796132333 Card 4658 | | 25.00 | |
| 12/28 | | Purchase authorized on 12/25 Little Brothers Be Flemington NJ S580360548831440 Card 4658 | | 27.67 | |
| 12/28 | | Purchase authorized on 12/25 Quick Chek Food Ringoes NJ P00000000281321602 Card 4658 | | 13.86 | |
| 12/28 | | Purchase authorized on 12/26 Quick Chek Corpora Belvidere NJ S460361787906877 Card 4658 | | 20.00 | 77.62 |
| 12/29 | | Purchase authorized on 12/27 Fredon Plaza 973-3002411 NJ S380362547875908 Card 4658 | | 7.08 | 70.54 |
| 12/30 | | Purchase authorized on 12/28 Shell Oil 12695360 Philadelphia PA S580363843719802 Card 4658 | | 20.08 | 50.46 |
| 12/31 | | Monthly Service Fee | | 10.00 | 40.46 |
| **Ending balance on 12/31** | | | | | **40.46** |
| **Totals** | | | **$1,340.00** | **$2,235.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

# Wells Fargo Way2Save® Savings

KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $38.56 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 12/31** | **$28.56** |

Account number: ██████**1981**

**KEITH M SCRIVEN**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $36.01 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.06 |



## Transaction history

| *Date* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|
| 11/30 | Monthly Service Fee | | 5.00 | 33.56 |
| 12/31 | Monthly Service Fee | | 5.00 | 28.56 |
| **Ending balance on 12/31** | | | | **28.56** |
| **Totals** | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2020 - 11/30/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $38.56 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $33.56 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM