Certificate Number: 15317-PAE-DE-035281902

Bankruptcy Case Number: 13-18271



15317-PAE-DE-035281902

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2021, at 8:25 o'clock AM PST, Keith M Scriven completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 19, 2021                    By:     /s/Julie Dumlao

                                            Name:   Julie Dumlao

                                            Title:  Counselor