UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                           :      Case No. 13 - 18271
  Keith M. Scriven         :            (Chapter 11)
    Debtor.              :
                    :      Hon. Ashely M. Chan

## POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

Debtor's Name:       Keith M. Scriven            Bank: Wells Fargo Bank, N.A.
Bankruptcy No.:      13 - 18271 AMC              Account No.: ▓▓▓▓▓ 377
Date of Confirmation: November 24, 2015          Account Type: Checking
Report Period:       1st Quarter/2021

|   |   |
|---|---|
| Beginning Cash Balance: | $ 65.22 |
| All receipts received by the debtor: | $1,150.00 |
|   Cash Sales: | $ |
|   Collection of Accounts Receivable: | $ |
|   Proceeds from Litigation (settlement or otherwise) | $ |
|   Sale of Debtor's Assets: | $ |
|   Capital Infusion pursuant to the Plan: | $ |
|   Total of cash received: | $1,150.00 |
| Total of cash available: | $1,215.22 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
|   Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
|   Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |
|   All other disbursements made in the ordinary course: | $ |
| Total Disbursements | $1,232.64 |
| Ending Cash Balance | -$ 17.42 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/20/2021         _/s/ Keith M. Scriven_
Date              Keith M. Scriven, Debtor in Possession
Debtor: Keith M. Scriven
Case No.: 13 - 18271 AMC

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                              :    Case No. 13 - 18271
   Keith M. Scriven        :           (Chapter 11)
      Debtor.              :
                             :    Hon. Ashely M. Chan
                             :

## POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

Debtor's Name:       Keith M. Scriven           Bank: Wells Fargo Bank, N.A.
Bankruptcy No.:      13 - 18271 AMC             Account No.: ▆▆▆▆3 982
Date of Confirmation: November 24, 2015          Account Type: Checking
Report Period:       1st Quarter/2021

|  |  |
|---|---|
| Beginning Cash Balance: | $   40.46 |
| All receipts received by the debtor: | $2,810.00 |
|    Cash Sales: | $ |
|    Collection of Accounts Receivable: | $ |
|    Proceeds from Litigation (settlement or otherwise) | $ |
|    Sale of Debtor's Assets: | $ |
|    Capital Infusion pursuant to the Plan: | $ |
|    Total of cash received: | $2,810.00 |
| Total of cash available: | $2,850.46 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |
| All other disbursements made in the ordinary course: | $ |
| Total Disbursements | $2,831.91 |
| Ending Cash Balance | $    18.55 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/20/2021
Date                                  Keith M. Scriven, Debtor-in-Possession

Debtor: Keith M. Scriven
Case No.: 13 - 18271 AMC

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                   :    Case No.  13 - 18271
   Keith M. Scriven     :         (Chapter 11)
      Debtor.          :
                        :    Hon. Ashely M. Chan
                        :

## POST CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

Debtor's Name:         Keith M. Scriven          Bank: Wells Fargo Bank, N.A.
Bankruptcy No.:        13 - 18271 AMC            Account No.: ▓▓▓▓ 1 981
Date of Confirmation:  November 24, 2015         Account Type: Savings
Report Period:         1st Quarter/2021

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 28.56 |
| All receipts received by the debtor: | $ | 0.00 |
|   Cash Sales: | $ | |
|   Collection of Accounts Receivable: | $ | |
|   Proceeds from Litigation (settlement or otherwise) | $ | |
|   Sale of Debtor's Assets: | $ | |
|   Capital Infusion pursuant to the Plan: | $ | |
|   Total of cash received: | $ | 0.00 |
| Total of cash available: | | $28.56 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | |
| All other disbursements made in the ordinary course: | $ | 5.00 |
| Total Disbursements | | $5.00 |
| Ending Cash Balance | $ | 23.56 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__1/20/2021__                    _/s/ Keith M. Scriven_
Date                             Keith M. Scriven, Debtor in Possession
Debtor:  Keith M. Scriven
Case No.: 13 - 18271 AMC

# Wells Fargo Everyday Checking

January 15, 2021    Page 1 of 5



KEITH M SCRIVEN
1007 N 6TH ST
PHILADELPHIA PA 19123-1406

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/15 | $188.10 |
| Deposits/Additions | 6,521.46 |
| Withdrawals/Subtractions | - 6,726.98 |
| **Ending balance on 1/15** | **-$17.42** |

Account number: ████5377

**KEITH M SCRIVEN**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  031000503

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | | RTP From Venmo on 12/15 Ref#20201215021000021P1Brjpm00610044069 | 1,646.00 | | |
| 12/15 | | ATM Withdrawal authorized on 12/15 601 Chestnut St. Philadelphia PA 0005991 ATM ID 6560D Card 4006 | | 140.00 | |
| 12/15 | | Tele-Transfer to xxxxxx3982 Reference #TF09Fvc28W | | 400.00 | |
| 12/15 | | ATM Withdrawal authorized on 12/15 601 Chestnut St. Philadelphia PA 0003276 ATM ID 6560S Card 4006 | | 640.00 | 654.10 |
| 12/16 | | Purchase authorized on 12/14 Quick Chek Corpora Belvidere NJ S380349467961373 Card 4006 | | 25.00 | |
| 12/16 | | Purchase authorized on 12/16 Tractor S 135 Hampton Newton NJ P000000000283898169 Card 4006 | | 83.68 | |
| 12/16 | | Purchase authorized on 12/16 The UPS Store #1862 27 Sparta NJ P000000000686674068 Card 4006 | | 36.82 | 508.60 |
| 12/17 | | Purchase authorized on 12/15 Parkmobile-10 770-818-9036 GA S460350505215871 Card 4006 | | 3.40 | |
| 12/17 | | Purchase authorized on 12/15 Parkmobile-10 770-818-9036 GA S300350757912715 Card 4006 | | 1.90 | |
| 12/17 | | Purchase authorized on 12/16 Enterprise Rent-A- Augusta NJ S300351554732271 Card 4006 | | 315.00 | 188.30 |
| 12/18 | | Edeposit IN Branch/Store 12/18/20 11:30:38 Am 307 Levering Mill Rd Bala Cynwyd PA | 2,000.00 | | |
| 12/18 | | Purchase authorized on 12/16 Quick Chek Corpora Newton NJ S460351528978803 Card 4006 | | 45.25 | |
| 12/18 | | Tele-Transfer to xxxxxx3982 Reference #TF09Ggfw72 | | 140.00 | 2,003.05 |
| 12/21 | | ATM Cash Deposit on 12/19 307 Levering Mill Road Bala Cynwyd PA 0003775 ATM ID 0174K Card 4006 | 300.00 | | |
| 12/21 | | ATM Cash Deposit on 12/19 307 Levering Mill Road Bala Cynwyd PA 0003776 ATM ID 0174K Card 4006 | 40.00 | | |
| 12/21 | | RTP From Venmo on 12/19 Ref#20201219021000021P1Brjpm00610027602 | 36.46 | | |
| 12/21 | | Purchase authorized on 12/18 Parkmobile-10 770-818-9036 GA S380353667295046 Card 4006 | | 0.70 | |
| 12/21 | 267 | Check | | 2,295.00 | 83.81 |
| 12/22 | | ATM Cash Deposit on 12/22 161 S.Easton/@Dwaverly Rd Glenside PA 0009237 ATM ID 0221I Card 4006 | 500.00 | | |
| 12/22 | | ATM Cash Deposit on 12/22 1 Freedom Valley Dr. Plumsteadvill PA 0005591 ATM ID 0087R Card 4006 | 400.00 | | |
| 12/22 | | ATM Withdrawal authorized on 12/22 161 S.Easton/@Dwaverly Rd Glenside PA 0009240 ATM ID 0221I Card 4006 | | 500.00 | 483.81 |
| 12/23 | | Purchase authorized on 12/21 Parkmobile-10 770-818-9036 GA S380356542319429 Card 4006 | | 2.08 | 481.73 |
| 12/24 | | Purchase authorized on 12/22 Parkmobile-10 770-818-9036 GA S380357484365734 Card 4006 | | 1.16 | |
| 12/24 | | Purchase authorized on 12/22 Parkmobile-10 770-818-9036 GA S380357556335665 Card 4006 | | 3.40 | |
| 12/24 | | Purchase authorized on 12/22 Parkmobile-10 770-818-9036 GA S580357590130042 Card 4006 | | 2.40 | |
| 12/24 | | Purchase authorized on 12/23 Enterprise Rent-A- Augusta NJ S460358651952636 Card 4006 | | 250.00 | 224.77 |
| 12/28 | | Purchase authorized on 12/23 Parkmobile-10 770-818-9036 GA S300358517164535 Card 4006 | | 1.90 | |
| 12/28 | | Purchase authorized on 12/23 Parkmobile-10 770-818-9036 GA S580358528354844 Card 4006 | | 1.65 | |
| 12/28 | | Purchase authorized on 12/25 Venmo* VISA Direct NY S003380360583788379 Card 4006 | | 155.00 | 66.22 |
| 12/29 | | Zelle From Jennifer Alicandri on 12/29 Ref # Bac1D099Fe25 | 150.00 | | |
| 12/29 | | ATM Cash Deposit on 12/29 307 Levering Mill Road Bala Cynwyd PA 0005653 ATM ID 0174K Card 4006 | 200.00 | | 416.22 |
| 12/30 | | Purchase authorized on 12/29 Enterprise Rent-A- Augusta NJ S300364826188219 Card 4006 | | 250.00 | 166.22 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/31 | | RTP From Venmo on 12/31 Ref#20201231021000021P1Brjpm00620021725 | 99.00 | | |
| 12/31 | | ATM Withdrawal authorized on 12/31 601 Chestnut St. Philadelphia PA 0007196 ATM ID 6560D Card 4006 | | 200.00 | 65.22 |
| 1/4 | | ATM Cash Deposit on 01/04 8527 Germantown Ave. Philadelphia PA 0004278 ATM ID 0331G Card 4006 | 350.00 | | |
| 1/4 | | Purchase authorized on 12/31 Parkmobile-10 770-818-9036 GA S380366614716154 Card 4006 | | 3.40 | |
| 1/4 | | Purchase authorized on 01/02 Wine and Spirits 0 Pipersville PA S581002835280340 Card 4006 | | 25.42 | 386.40 |
| 1/5 | | Purchase authorized on 01/04 Parkmobile-10 770-818-9036 GA S381004706028595 Card 4006 | | 1.40 | 385.00 |
| 1/6 | | Purchase authorized on 01/04 Hymie's Deli Merion Sta PA S381004617977388 Card 4006 | | 27.45 | 357.55 |
| 1/7 | | Purchase authorized on 01/05 Parkmobile-10 770-818-9036 GA S381005736867353 Card 4006 | | 1.40 | |
| 1/7 | | Purchase authorized on 01/05 Parkmobile-10 770-818-9036 GA S461005750903330 Card 4006 | | 0.82 | |
| 1/7 | | Purchase authorized on 01/06 Enterprise Rent-A- Augusta NJ S461006502001757 Card 4006 | | 229.86 | |
| 1/7 | | Purchase authorized on 01/06 Wawa 8101 0008 Montgomeryvil PA S461006718183738 Card 4006 | | 24.87 | 100.60 |
| 1/8 | | Purchase authorized on 01/08 Quick Chek Corp Belvidere NJ P00000000077736612 Card 4006 | | 7.44 | 93.16 |
| 1/11 | | ATM Check Deposit on 01/11 307 Levering Mill Road Bala Cynwyd PA 0007788 ATM ID 0174K Card 4006 | 800.00 | | |
| 1/11 | | Purchase authorized on 01/08 Quick Chek Corpora Belvidere NJ S581008486085324 Card 4006 | | 20.00 | |
| 1/11 | | Purchase authorized on 01/09 Boston Style Pizza Bala Cynwyd PA S301009677689205 Card 4006 | | 17.90 | |
| 1/11 | | Purchase authorized on 01/09 Hop & Vine Liquors Belvidere NJ S301009806068269 Card 4006 | | 14.92 | |
| 1/11 | | Purchase authorized on 01/11 Wawa 8080 Cheltenham PA P00000000179769608 Card 4006 | | 15.70 | 824.64 |
| 1/12 | | Purchase authorized on 01/11 AAA Mid-Atl R 0100 Ardmore PA S381011688043335 Card 4006 | | 45.50 | 779.14 |
| 1/13 | | Purchase authorized on 01/11 Quick Chek Corpora Belvidere NJ S461011462625787 Card 4006 | | 20.00 | |
| 1/13 | | Purchase authorized on 01/11 Campbells Place Philadelphia PA S461011784020021 Card 4006 | | 82.02 | |
| 1/13 | | Purchase authorized on 01/12 Enterprise Rent-A- Augusta NJ S461012596617394 Card 4006 | | 159.98 | 517.14 |
| 1/14 | | Purchase authorized on 01/12 Staples 0010 Newton NJ S381012851337286 Card 4006 | | 7.61 | |
| 1/14 | | Purchase authorized on 01/12 Staples 0010 Newton NJ S461012855459373 Card 4006 | | 7.46 | |
| 1/14 | | Vz Wireless Ve Vzw Webpay 210113 3307175 Keith *Scriven | | 249.51 | 252.56 |
| 1/15 | | Purchase authorized on 01/14 Enterprise Rent-A- Augusta NJ S381014482464286 Card 4006 | | 119.98 | |
| 1/15 | | ATM Withdrawal authorized on 01/15 601 Chestnut St. Philadelphia PA 0008410 ATM ID 6560D Card 4006 | | 150.00 | -17.42 |
| **Ending balance on 1/15** | | | | | **-17.42** |
| **Totals** | | | **$6,521.46** | **$6,726.98** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

  .secure.wellsfargo.com  

# WELLS FARGO

## BUSINESS CHECKING

Account ...3982     Routing Numbers

Transfer Money     Send Money     Digital Wallet     View Statements

Available balance     $18.55

Ending collected balance as of 01/15/21     $18.55

Show more detail

Transactions     Deposits     Checks

**Pending Transactions**

No pending transactions to view.

**Posted Transactions**

 Accounts    Transfer    Zelle®    Menu

Case 13-18271-amc   Doc 384   Filed 01/20/21   Entered 01/20/21 09:57:47   Desc Main
Document    Page 8 of 10

# WELLS FARGO

**Posted Transactions**

| Posting Date | Ending Daily Balance |
|---|---|
| 01/15/21 | $18.55 |

(+) AMERICAN EXPRESS ACH PMT 210115 M7462 HANLAN MIDGETE SCRIVEN
01/15/21                                       $500.00

(+) ATM CASH DEPOSIT ON 01/15 601 CHESTNUT ST. PHILADELPHIA PA 0008409 ATM ID 6560D CARD 4658
01/15/21                                    + $420.00

| Posting Date | Ending Daily Balance |
|---|---|
| 01/14/21 | $98.55 |

(+) PURCHASE AUTHORIZED ON 01/14 THE HOME DEPOT 984 NEWTON NJ P00581014530714254 CARD 4658
01/14/21                                        $59.11

| Posting Date | Ending Daily Balance |
|---|---|
| 01/11/21 | $157.66 |

(+) WITHDRAWAL MADE IN A BRANCH/STORE
01/11/21                                      $2,210.00

(+) ATM CASH DEPOSIT ON 01/11 307 LEVERING MILL ROAD BALA CYNWYD PA 0007790 ATM ID 0174K CARD 4658
01/11/21                                    + $350.00

(+) ATM CASH DEPOSIT ON 01/11 307 LEVERING MILL ROAD BALA CYNWYD PA 0007789 ATM ID 0174K

 Accounts    Transfer    Zelle®    Menu



# WELLS FARGO

| Posting Date | Ending Daily Balance |
|---|---|
| 01/07/21 | $17.66 |

(+) RECURRING PAYMENT AUTHORIZED ON 01/06 DNH*GODADDY.COM EU 480-5058855 AZ S301006428584219 CARD 4658

01/07/21     $21.59

| Posting Date | Ending Daily Balance |
|---|---|
| 01/06/21 | $39.25 |

(+) RECURRING PAYMENT AUTHORIZED ON 01/04 DOTERRA*INT USA 800-411-8151 UT S581004294957398 CARD 4658

01/06/21     $23.31

(+) ATM CASH DEPOSIT ON 01/06 307 LEVERING MILL ROAD BALA CYNWYD PA 0006949 ATM ID 0174K CARD 4658

01/06/21     + $20.00

| Posting Date | Ending Daily Balance |
|---|---|
| 01/04/21 | $42.56 |

(+) PURCHASE AUTHORIZED ON 01/02 BOSTON STYLE PIZZA 610-668-2310 PA S381002612569951 CARD 4658

01/04/21     $17.90

(+) ATM CASH DEPOSIT ON 01/04 1230 US HWY. 22 PHILLIPSBURG NJ 0000282 ATM ID 6743S CARD 4658

01/04/21     + $20.00

Accounts   Transfer   Zelle®   Menu

12:25

# WELLS FARGO

| Posting Date | Ending Daily Balance |
|---|---|
| 12/31/20 | $40.46 |

 **MONTHLY SERVICE FEE**
Monthly Service Fee Summary

| 12/31/20 | $10.00 |
|---|---|

| Posting Date | Ending Daily Balance |
|---|---|
| 12/30/20 | $50.46 |

 PURCHASE AUTHORIZED ON 12/28 SHELL OIL 12695360 PHILADELPHIA PA S580363843719802 CARD 4658

| 12/30/20 | $20.08 |
|---|---|

| Posting Date | Ending Daily Balance |
|---|---|
| 12/29/20 | $70.54 |

 PURCHASE AUTHORIZED ON 12/27 FREDON PLAZA 973-3002411 NJ S380362547875908 CARD 4658

| 12/29/20 | $7.08 |
|---|---|

| Posting Date | Ending Daily Balance |
|---|---|
| 12/28/20 | $77.62 |

 PURCHASE AUTHORIZED ON 12/26 QUICK CHEK CORPORA BELVIDERE NJ S460361787906877 CARD 4658

| 12/28/20 | $20.00 |
|---|---|

 PURCHASE AUTHORIZED ON 12/25 QUICK CHEK FOOD RINGOES NJ P00000000281321602 CARD 4658

12/28/20                                    $12.86

 Accounts     Transfer     Zelle®     Menu

|||      ◯      ＜