UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
|    Keith M. Scriven | : |    (Chapter 11) |
|       Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

# CHAPTER 11 FINAL REPORT

The following is the report of payments made pursuant to the Plan, confirmed by this Court on November 24, 2015.

**TOTAL DISTRIBUTION**  $5,020,907.00 *

Percentage of Claims paid or proposed to be paid to the
General Class of Unsecured Creditors within the Plan   100%

A.  Gross Cash Receipt   $451,955.07 *

|  |  | Paid | Proposed | Total |
|---|---|---|---|---|
| B. | Priority Payments of Expenses of Administration Other Than Operating Expenses: |  |  |  |
|  | 1. Trustee's commission | $14,298.35 | 15,271.35 | 15,271.35 ** |
|  | 2. Fee and expenses, Trustee's counsel | 0.00 | 0.00 | 0.00 |
|  | 3. Filing fees | 1,213.00 | 1,213.00 | 1,213.00 |
| C. | Other Professional Fees and Expenses: |  |  |  |
|  | Fee and expenses, Debtor's attorney (3/1/2016 Order) | $2,500.00 | 21,829.50 | 21,829.50 |
| D. | Payments to creditors: |  |  |  |
|  | 1. Payment to secured creditors (Relief from the Automatic Stay has been granted to all of Debtor's mortgages, except TD Bank). | *** 253,121.54 | 4,549,730.00 | 4,549,730.00 |
|  | 2. Payment to priority creditors | 31,040.85 | 60,115.00 | 60,115.00 |
|  | 3. Payment to unsecured creditors | *** 148,568.33 | 411,062.00 | 411,062.00 |

TOTAL DISTRIBUTION    *

    \*   - includes amounts on schedules and projections at case closure.
    \*\* - guestimations
    \*\*\* - compromised amount to Obermayer, to TD Bank, to Edgewater Colony, Inc. and to unsecured, nonpriority creditors

The Plan Administrator, hereby avers that all provisions of the Plan have been substantially consummated, and Plan payments have been completed. Furthermore, the Debtor hereby certify, under penalty of perjury that the following statements are true and correct:

1. Debtor has completed all payments under the Plan.
2. Debtor has completed an instructional course concerning financial management as described in 11 U.S.C. § 111.
3. Debtor did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $146,450.00 for a case filed on or after April 1, 2013 and before April 1, 2016, in the type of property described in 11 U.S.C. § 522(p)(1).
4. There is not currently pending any proceeding in which Debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

_____
Keith M. Scriven, Debtor
DATE: 1/20/2021

WHEREFORE, the Plan Administrator, having fully administered this estate, prays for entry of a an Order of Discharge and the entry of a Final Decree.

1/20/2021                     _____
Dated:                        Keith M. Scriven, Debtor-in-Possession