United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 13-18271-amc |
| Keith M. Scriven | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| aty | + GEORGE M. CONWAY, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor The Bank of New York Mellon agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor US Bank  National Association et al debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| DAVID NEEREN | on behalf of Creditor Ocwen Loan Servicing  LLC servicer for dneeren@udren.com, vbarber@udren.com |
| ERIK B. JENSEN | |

Case 13-18271-amc    Doc 388    Filed 01/22/21    Entered 01/23/21 00:59:57    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Stacy J Brookstein jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JACK M. SEITZ
on behalf of Creditor New York Community Bank jseitz@lesavoybutz.com sblake@lesavoybutz.com

JACQUELINE FRANCES MCNALLY
on behalf of Creditor Deutsche Bank National Trust Company jmcnally@sterneisenberg.com seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com

JAMES CHRISTOPHER VANDERMARK
on behalf of Creditor City of Philadelphia vandermarkj@whiteandwilliams.com

JANET L. GOLD
on behalf of Creditor Fulton Bank NA jgold@egalawfirm.com ksantiago@egalawfirm.com;dvillari@egalawfirm.com

JEROME B. BLANK
on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

JUSTIN PIERCE BERUTICH
on behalf of Creditor TD Bank N.A. justin.berutich@bipc.com, heidi.smiegocki@bipc.com

KARINA VELTER
on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE J. RASE
on behalf of Creditor Deutsche Bank National Trust Company pabk@logs.com lerase@logs.com

MARK D. PFEIFFER
on behalf of Creditor TD Bank N.A. mark.pfeiffer@bipc.com, donna.curcio@bipc.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Seterus Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

MICHAEL D. VAGNONI
on behalf of Creditor Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

NICOLE B. LABLETTA
on behalf of Creditor Ocwen Loan Servcing LLC as servicer for nlabletta@pincuslaw.com, brausch@pincuslaw.com

PAUL WILLIAM CRESSMAN
on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

RONALD G. MCNEIL
on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net

SARAH ELISABETH BARNGROVER
on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com acs2@manleydeas.com

SHERRI J. SMITH
on behalf of Creditor Ocwen Loan Servicing LLC ssmith@pincuslaw.com, pa.bkecf@fedphe.com

THOMAS I. PULEO
on behalf of Creditor The Bank of New York Mellon tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
on behalf of Creditor Deutsche Bank National Trust Company wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 29

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 13 - 18271 |
| Keith M. Scriven | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## ORDER

AND NOW, upon consideration of Debtor's Motion for Final Decree, and any response thereto, it is hereby ORDERED that

a) Debtor's Motion for Final Decree is GRANTED;

b) this Court finds that
    i) Debtor Chapter 11 Plan was confirmed on December 3, 2014,
    ii) Debtor has satisfied his allowed unsecured, nonpriority claims under his confirmed Plan, and
    iii) Debtor has completed a personal financial management course and has obtained a certificate of completion for such course.

c) Debtor is granted a Discharge as otherwise provided in § 1141(d)(5) of the Code.

DATE:    BY THE COURT:

**Date: January 20, 2021**

Hon. Ashely M. Chan
U.S. Bankruptcy Judge