**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Keith M. Scriven** | : | **Case No.: 13-18271** |
| | : | **Chapter 11** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

19-006714_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 13-18271 |
| **Keith M. Scriven** | : **Chapter 11** |
| | : **Judge Ashely M. Chan** |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Ajax Mortgage Loan Trust 2018-F,** | : **Related Document #** |
| **Mortgage-Backed Securities, Series** | : |
| **2018-F, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| Movant, | : |
| vs | : |
| | : |
| **Keith M. Scriven** | : |

**Respondents.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronald G. McNeil, Attorney for Keith M. Scriven, 1333 Race Street, Philadelphia, PA 19107-1585, r.mcneil1@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406

Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123

DATE: <u>March 6, 2021</u>

/s/ Sarah E. Barngrover<br>
Sarah E. Barngrover, Esquire (323972)<br>
Adam B. Hall (323867)<br>
Manley Deas Kochalski LLC<br>
P.O. Box 165028<br>
Columbus, OH 43216-5028

19-006714_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-006714_PS