# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Keith M. Scriven** | : | Case No.: 13-18271 |
| | : | **Chapter 11** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

19-006714_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 13-18271 |
| Keith M. Scriven | : Chapter 11 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee | : Related Document # |
| | : |
| | : |
| | : |
| Movant, | : |
| | : |
| vs | : |
| | : |
| Keith M. Scriven | : |

**Respondents.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Ronald G. McNeil, Attorney for Keith M. Scriven, 1333 Race Street, Philadelphia, PA 19107-1585, r.mcneil1@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 30, 2021:

   Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA  19123-1406

   Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA  19123

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid, on August 30, 2021:

Bank of America
100 No. Tryon Street
Charlotte, NC 28202Capital One Financial
P.O. Box 30285

19-006714_PS

S.L. City, UT 84130Jersey Central Power & Light
8998 Route 18 North
Old Bridge, NJ 08857

J. Otis Smith
P.O. Box 8222
Philadelphia, PA 19101

Lawrence M. Kane
1007 North 6th Street
Philadelphia, PA 19123

Obermayer Rebmann
Maxwell & Hippel, LLP
1617 JFK Blvd, 19th Floor
Philadelphia, PA 19103

PECo
2301 Market Street
Philadelphia, PA 19103

Philidelphia Gas Works
800 W. Montgomery Ave
Philedelphia, PA 19122

Public Service Enterprise Group Inc (PSE&G)
PO Box 490
Cranford, NJ 07016

Romette Streeter
25 East 23rd Street
Chester, PA 19013

Stacy J Brookstein
324 Queen Street
Philadelphia, PA 19147

Suffolk Co Water Auth
4060 Sunrise Highway
Oakdale, NY 11769

United Water- NJ
69 DeVoe Place
Hackensack, NJ 07601

19-006714_PS

Verizon
404 Brock Drive
Bloomington, IL 61701
William Whalon
138 North 2nd Street
Philadelphia, PA 19106

DATE: August 30, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-006714_PS