United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 13-18271-amc

Keith M. Scriven    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 5

Date Rcvd: Apr 04, 2022    Form ID: pdf900    Total Noticed: 85

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Keith M. Scriven, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| aty | + | GEORGE M. CONWAY, United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| cr | + | Commonwealth of Pennsylvania, c/o Christopher R Momjian, Esquire, 21 S 12 St 3rd Floor, Philadelphia, PA 19107-3604 |
| cr | + | Deutsche Bank National Trust Company, Stern and Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| acc | + | Howard Markovitz, J Bernard Kay & Co., P.C., 822 Montgomery Avenue, Narbeth, PA 19072-1945 |
| cr | #+ | New York Community Bank, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 7535 Windsor Drive, Suite 200, Allentown, PA 18195-1014 |
| cr | + | Obermayer Rebmann Maxwell & Hippel LLP, c/o Michael D. Vagnoni, Esquire, 1617 JFK Boulevard, 19th Fl, One Penn Center, Philadelphia, PA 19103-1823 |
| cr | + | Stacy J Brookstein, 324 Queen Street, Unit B, Philadelphia, PA 19147, UNITED STATES 19147-3216 |
| cr | + | TD Bank, N.A., c/o Mark Pfeiffer, Esquire, Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Ste. 3200, Philadelphia, PA 19102-2555 |
| r | + | Weichert Realtors, c/o Ruth Loschiavo, 310 Main Street, Fort Lee, NJ 07024-4796 |
| 14276183 | | Ajax Mortgage Loan Trust, C/O Gregory Funding LLC, PO Box 742334, Los Angeles CA 90074-2334 |
| 13152000 | | AmeriFund Home Mortgage, LLC, Bankruptcy Department, 152 Madison Avenue, Suite 803, New York, NY 10016-5477 |
| 13151999 | | American Home Mortgage Acceptance, Inc., Bankruptcy Department, 538 Broadhollow Road, Melville, NY 11747-3676 |
| 13152002 | | BAC Home Loans Servicing, LP, Bankruptcy Department, SV-314B, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13172251 | + | Bank of America, 100 No. Tryon Street, Charlotte, NC 28202-4024 |
| 13152001 | | Bank of America, Office of General Counsel, Corporate Center, 100 No. Tryon Street, Charlotte, NC 28202-4000 |
| 13294854 | | Edgewater Colony, Inc., c/o Bruce J. Ackerman, Esquire, Pashman Stein, P.C., 21 Main Street, Court Plaza, Suite 100, Hackensack, New Jersey 07601 |
| 13152007 | + | Edgewater Colony, Inc., 15 Annett Avenue, Edgewater, NJ 07020-1562 |
| 13152009 | | FirstEnergy Electric Company, Jersey Central Power & Light, 8998 Route 18 North, Old Bridge, NJ 08857-3360 |
| 13152012 | | J. Otis Smith, P.O. Box 8222, Philadelphia, PA 19101-8222 |
| 13279363 | + | Jersey Central Power & Light, a First Energy Company, 331 Newman Springs Rd, Bldg 3, Red Bank, NJ 07701-5688 |
| 13172253 | + | Jersey Central Power & Light, 8998 Route 18 North, Old Bridge, NJ 08857-3360 |
| 13225301 | + | Laddey, Clark, & Ryan, Angelo J. Bolcato, Esq., 60 Blue Heron Road, Ste 300, Sparta, NJ 07871-2608 |
| 13152013 | | Lawrence M. Kane, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| 13243990 | + | New York Community Bank, c/o Jack M. Seitz, Esquire, 7535 Windsor Drive, Allentown, PA 18195-1014 |
| 13968628 | | Nicole LaBletta, Esquire, UDREN LAW OFFICES, P.C., Atty for Ocwen Loan Servicing, LLC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200 Cherry Hill, NJ 08003-3620 |
| 13152014 | + | Obermayer Rebmann Maxwell & Hippel, LLP, ATTN: Catherine M. Chan, Esquire, 1617 JFK Blvd, 19th Floor, One Penn Center, Philadelphia, PA 19103-1823 |
| 13172256 | + | Obermayer Rebmann Maxwell & Hippel, LLP, 1617 JFK Blvd, 19th Floor, Philadelphia, PA 19103-1833 |
| 13194861 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE,3F, PHILADELPHIA,PA 19122-2898, ATTN:BANKRUPTCY UNIT |
| 13172258 | + | Philadelphia Gas Works, 800 W. Montgomery Ave, Philadelphia, PA 19122-2898 |
| 13152018 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13152020 | + | Public Service Enterprise Group, Inc. (PSE&G), Collection/Bankrutpcy, P.O. Box 490, Cranford, NJ 07016-0490 |
| 13172259 | + | Public Service Enterprise Group, Inc. (PSE&G), P.O. Box 490, Cranford, NJ 07016-0490 |
| 13152021 | | Roger W. (III) & Amanda A. Main, 102 Revere Drive, Mullica Hill, NJ 08062-4540 |
| 13152022 | | Ronette Streeter, 25 East 23rd Street, Chester, PA 19013-5101 |
| 13152023 | | Rushmore Loan Management, Bankruptcy Department, 15480 Laguna Canyon Road, Irvine, CA 92618-2132 |
| 14312838 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 13667810 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 14131202 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13172261 | + | Stacy J. Brookstein, 324 Queen Street, Philadelphia, PA 19147-3216 |

| | |
|---|---|
| 13152025 | Stacy J. Brookstein, 324 Queen Street, Unit # B, Philadelphia, PA 19147-3216 |
| 13165590 | Suffolk County Water Authority, 2045 Route 112, Suite #5, New York, NY 10027 |
| 13297551 | + T.D. Bank, N.A., c/o Mark Pfeiffer, Esq., Buchanan Ingersoll & Rooney PC, 50 S. 16th St., Ste. 3200, Philadelphia, PA 19102-2555 |
| 13256137 | + TD Bank, N.A., c/o JUSTIN PIERCE BERUTICH, Buchanan Ingersoll & Rooney, PC, 700 Alexander Park, Suite 300, Princeton, NJ 08540-6351 |
| 13152027 | TD Bank, f/k/a, Commerce Bank, N.A., Collection/Bankruptcy Department, AIM # 02-203-01-97, 6000 Atrium Way, Mt. Laurel, NJ 08054-3918 |
| 13326759 | The Bank of New York Mellon FKA The Bank, of New York, et al., Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13229639 | + US Bank, National Association et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14489487 | + United States Trustee for Region 3, c/o George M. Conway, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 13172263 | + United Water - NJ, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 13152029 | United Water - New Jersey, Bankruptcy Department, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 13275752 | + WELLS FARGO BANK, N.A., ATTENTION: BANKRUPTCY DEPARTMENT, MAC# D3347-014C, 3476 STATEVIEW BOULEVARD, FORT MILL, SC 29715-7203 |
| 13276920 | + WELLS FARGO BANK, N.A., c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 13152031 | Wells Fargo Bank, N.A., Bankruptcy Department, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 13492804 | + Wells Fargo Bank, N.A., c/o CHRISOVALANTE FLIAKOS, 1617 John F. Kennedy Boulevard, 1 Penn Center, Suite 1400, Philadelphia, PA 19103-1814 |
| 13152032 | William Whalon, 138 North 2nd Street, Philadelphia, PA 19106-1902 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 04 2022 23:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2022 23:22:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2022 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | Apr 04 2022 23:22:00 | City of Philadelphia, Law Revenue Departments, c/o James C. Vandermark, Esquire, 1401 John F. Kennedy Boulevard, 5th Floor, MSB, Philadelphia, PA 19102 |
| cr | + Email/Text: bankruptcy@fult.com | Apr 04 2022 23:22:00 | Fulton Bank NA, One Penn Square, Lancaster, PA 17602-2853 |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Apr 04 2022 23:22:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14274192 | Email/Text: amps@manleydeas.com | Apr 04 2022 23:22:00 | Ajax Mortgage Loan Trust, Manley, Deas, Kochalski LLC, c/o Karina Velter, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13152002 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2022 23:22:22 | BAC Home Loans Servicing, LP, Bankruptcy Department, SV-314B, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13172251 | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2022 23:22:13 | Bank of America, 100 No. Tryon Street, Charlotte, NC 28202-4024 |
| 13152001 | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2022 23:22:13 | Bank of America, Office of General Counsel, Corporate Center, 100 No. Tryon Street, Charlotte, NC 28202-4000 |
| 13152004 | Email/Text: bankruptcy@cavps.com | Apr 04 2022 23:22:00 | Cavalry Portfolio Services, 7 Skyline Drive, 3rd Floor, P.O. Box 9, Hawthorn, NY 10532 |
| 13152005 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2022 23:30:14 | CitiCorp Credit Services, Inc., Bankruptcy Recovery Unit, P.O. Box 20487, Kansas City, MO 64195-9904 |
| 13221502 | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2    User: admin    Page 3 of 5
Date Rcvd: Apr 04, 2022    Form ID: pdf900    Total Noticed: 85

| | | Apr 04 2022 23:22:00 | City of Philadelphia Law Department, Tax Unit - Bankruptcy, Municipal Services Building, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
|---|---|---|---|
| 13152003 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2022 23:30:22 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13172252 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2022 23:30:22 | Capital One Financial, P.O. Box 30285, S.L. City, UT 84130-0285 |
| 13175675 | + Email/Text: bankruptcy@cavps.com | Apr 04 2022 23:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13152006 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2022 23:30:23 | CitiMortgage, Inc., Bankruptcy Services Center, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 13610745 | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2022 23:22:00 | Deutsche Bank National Trust Company, as Trustee, c/o Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 13152008 | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:22:00 | Encore Capital Group, Inc., Midland Credit Mgmt, Inc., 8875 Aero Drive, Ste 220, San Diego, CA 92123-2255 |
| 13283292 | + Email/Text: bankruptcy@fult.com | Apr 04 2022 23:22:00 | Fulton Bank, NA, 117 West End Avenue, Somerville, NJ 08876-1828 |
| 13356027 | Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2022 23:22:00 | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept, PO Box 24605, W Palm Beach, FL 33416-4605 |
| 13152015 | Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2022 23:22:00 | Ocwen Loan Servicing, LLC, Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 13172257 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 04 2022 23:22:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13183090 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 04 2022 23:22:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13152017 | Email/Text: bankruptcygroup@peco-energy.com | Apr 04 2022 23:22:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 13152016 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 13152019 | + Email/Text: megan.harper@phila.gov | Apr 04 2022 23:22:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 13152024 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2022 23:30:14 | Sears, Roebuck & Co., Regional Credit Card Operations Center, P.O. Box 20363, Kansas City, MO 64195-0363 |
| 13172262 | + Email/Text: scwabcn@scwa.com | Apr 04 2022 23:22:00 | Suffolk Co Water Auth, 4060 Sunrise Highway, Oakdale, NY 11769-1005 |
| 13152026 | Email/Text: scwabcn@scwa.com | Apr 04 2022 23:22:00 | Suffolk County Water Authority, Bankruptcy Department, 4060 Sunrise Highway, Suite 1000, Oakdale, NY 11769-1005 |
| 13152028 | Email/Text: bankruptcy@td.com | Apr 04 2022 23:22:00 | TD Banknorth Mortgage, Bankruptcy Department, P.O. Box 9547, Portland, ME 04112-9547 |
| 13172264 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2022 23:22:00 | Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13152030 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2022 23:22:00 | Verizon Communications, Bankruptcy Department, 404 Brock Drive, Bloomington, IL 61701-2654 |

District/off: 0313-2       User: admin       Page 4 of 5

Date Rcvd: Apr 04, 2022       Form ID: pdf900       Total Noticed: 85

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13152011 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of District Counsel, 701 Market Street, Suite 2200, Philadelphia, PA 19106-1533 |
| 13152010 | * | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13172254 | *+ | J. Otis Smith, P.O. Box 8222, Philadelphia, PA 19101-8222 |
| 13172255 | *+ | Lawrence M. Kane, 1007 North 6th Street, Philadelphia, PA 19123-1406 |
| 13172260 | *+ | Ronette Streeter, 25 East 23rd Street, Chester, PA 19013-5101 |
| 13172265 | *+ | William Whalon, 138 North 2nd Street, Philadelphia, PA 19106-1902 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2022       Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com |
| ANDREW F GORNALL | on behalf of Creditor The Bank of New York Mellon agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor US Bank  National Association et al dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DAVID NEEREN | on behalf of Creditor Ocwen Loan Servicing  LLC servicer for dneeren@udren.com, vbarber@udren.com |
| ERIK B. JENSEN | on behalf of Creditor Stacy J Brookstein erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956 @notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JACK M. SEITZ | on behalf of Creditor New York Community Bank jseitz@lesavoybutz.com  sblake@lesavoybutz.com |
| JACQUELINE FRANCES MCNALLY | |

on behalf of Creditor Deutsche Bank National Trust Company jackie.mcnally@gmail.com
seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com

JAMES CHRISTOPHER VANDERMARK
on behalf of Creditor City of Philadelphia vandermarkj@whiteandwilliams.com

JANET L. GOLD
on behalf of Creditor Fulton Bank NA jgold@egalawfirm.com  alapinski@egalawfirm.com;dvillari@egalawfirm.com

JEROME B. BLANK
on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JUSTIN PIERCE BERUTICH
on behalf of Creditor TD Bank  N.A. justin.berutich@bipc.com, heidi.smiegocki@bipc.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE J. RASE
on behalf of Creditor Deutsche Bank National Trust Company pabk@logs.com  lerase@logs.com

MARK D. PFEIFFER
on behalf of Creditor TD Bank  N.A. mark.pfeiffer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Seterus  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL D. VAGNONI
on behalf of Creditor Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

NICOLE B. LABLETTA
on behalf of Creditor Ocwen Loan Servcing  LLC as servicer for nlabletta@lablettawalters.com, brausch@pincuslaw.com

PAUL WILLIAM CRESSMAN
on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

RONALD G. MCNEIL
on behalf of Debtor Keith M. Scriven r.mcneil1@verizon.net

SHERRI J. SMITH
on behalf of Creditor Ocwen Loan Servicing  LLC ssmith@pincuslaw.com, brausch@pincuslaw.com

THOMAS I. PULEO
on behalf of Creditor The Bank of New York Mellon tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
on behalf of Creditor Deutsche Bank National Trust Company wmiller@friedmanvartolo.com  bankruptcy@friedmanvartolo.com


TOTAL: 29

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  13 - 18271 |
|    Keith M. Scriven | : | (Chapter 11) |
|        Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## ORDER

    AND NOW, upon consideration of Debtor's Motion for Final Decree, and

any response thereto, it is hereby ORDERED that

a)    Debtor's Motion for Final Decree is GRANTED;

b)    this Court finds that
      i)    Debtor Chapter 11 Plan was confirmed on December 3, 2014,
      ii)    Debtor has satisfied his allowed unsecured, nonpriority
           claims under his confirmed Plan, and
      iii)    Debtor has completed a personal financial management course
           and has obtained a certificate of completion for such course.

c)    Debtor is granted a Discharge as otherwise provided in § 1141(d)(5)
    of the Code.

    DATE:                                     BY THE COURT:

**Date: January 20, 2021**

                                             Hon. Ashely M. Chan
                                           U.S. Bankruptcy Judge